| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| District of Columbia |
| Case number (*If known*): _____ Chapter __7__ |

☐ Check if this is an amended filing

Official Form 105
# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's full name**

Charles
First name

Paxton
Middle name

Paret
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

xxx – xx – _0_ _3_ _1_ _9_       OR       **9** xx – xx – ___ ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☐ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Debtor   **Charles Paret**                    Case number *(if known)*_____

**6. Debtor's address**

**Principal residence**

343 First Street
Number    Street

_____

Berryville           VA    22611
City                 State ZIP Code

Clarke
County

**Principal place of business**

_____
Number    Street

_____

Washinton            DC
City                 State ZIP Code

District of Columbia
County

**Mailing address, if different from residence**

_____
Number    Street

_____

_____
City                 State ZIP Code

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____    Relationship _____
       District _____ Date filed _____    Case number, if known _____
                            MM / DD / YYYY

       Debtor _____       Relationship _____
       District _____ Date filed _____    Case number, if known _____
                            MM / DD / YYYY

Official Form 105                Involuntary Petition Against an Individual                page **2**

Debtor  Charles Paret                                    Case number (*if known*)_____

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☑ Other reason. Explain. (See 28 U.S.C. § 1408.) Principal assets and business in district

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| DP Capital LLC | Guarantee on loan | $ 430,647.93 |
| 1Sharpe Opportunity Intermediate Trust | Guarantee on loan | $ 873,273.59 |
| WCP Fund I LLC | Guarantee on loan | $ 1,791,060.93 |
| | Total | $ 3,094,982.45 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

| | | |
|---|---|---|
| Debtor | Charles Paret | Case number (if known) _____ |

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X /s/ Christina Araujo
Signature of petitioner or representative, including representative's title

Christina Araujo, Agent for Servicer
Printed name of petitioner

Date signed  08/04/2023
           MM / DD / YYYY

**Mailing address of petitioner**

8401 Greensboro Drive, Suite 960
Number   Street

McLean                VA        22102
City                  State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

WCP Fund I LLC
Name

8401 Greensboro Drive, Suite 960
Number   Street

McLean                VA        22101
City                  State     ZIP Code

**Attorneys**

X /s/ Maurice B. VerStandig
Signature of attorney

Maurice B. VerStandig
Printed name

The VerStandig Law Firm, LLC
Firm name, if any

1452 W. Horizon Ridge Pkwy, #665
Number   Street

Henderson             NV        89012
City                  State     ZIP Code

Date signed  08/04/2023
           MM / DD / YYYY

Contact phone (301) 444-4600   Email mac@mbvesq.com

Official Form 105                Involuntary Petition Against an Individual                page 4

Debtor  Charles Paret                               Case number *(if known)*_____



✗ **Christina Araujo** (DocuSigned by, 62D7955F60F1460...)
Signature of petitioner or representative, including representative's title

Christina Araujo, Agent for Servicer
Printed name of petitioner

Date signed  08/04/2023
            MM / DD / YYYY

**Mailing address of petitioner**

8401 Greensboro Drive, Suite 960
Number    Street

McLean                VA            22101
City                  State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

WCP Fund I LLC
Name

8401 Greensboro Drive, Suite 960
Number    Street

McLean                VA            22101
City           State ZIP Code



✗ /s/ Maurice B. VerStandig
Signature of Attorney

Maurice B. VerStandig
Printed name

The VerStandig Law Firm, LLC
Firm name, if any

1452 W. Horizon Ridge Pkwy, #665
Number    Street

Henderson             NV           89012
City                  State        ZIP Code

Date signed  08/04/2023
            MM / DD / YYYY

Contact phone  (301) 444-4600  Email  mac@mbvesq.com



✗ **Christina Araujo** (DocuSigned by, 62D7955F60F1460...)
Signature of petitioner or representative, including representative's title

Christina Araujo, Agent for Servicer
Printed name of petitioner

Date signed  08/04/2023
            MM / DD / YYYY

**Mailing address of petitioner**

8401 Greensboro Drive, Suite 960
Number    Street

McLean                VA            22101
City                  State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

WCP Fund I LLC
Name

8401 Greensboro Drive, Suite 960
Number    Street

McLean                VA            22101
City                  State         ZIP Code



✗ /s/ Maurice B. VerStandig
Signature of Attorney

Maurice B. VerStandig
Printed name

The VerStandig Law Firm, LLC
Firm name, if any

1452 W. Horizon Ridge Pkwy, #665
Number    Street

Henderson             NV           89012
City                  State        ZIP Code

Date signed  08/04/2023
            MM / DD / YYYY

Contact phone  (301) 444-4600  Email  mac@mbvesq.com

Official Form 105          Involuntary Petition Against an Individual          page **5**