B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court

U.S. Bankruptcy for the District Of Columbia

In re   Charles Paxton Paret          ,          )          Case No. 23-00217-ELG
　　　　　　　　　 Debtor*                        )
　　　　　　　　　　　　　　　　　　　　　 )          Chapter 7
　　　　　　　　　　　　　　　　　　　　　 )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

　　　 A petition under title 11, United States Code was filed against you in this bankruptcy court on
_____08/04/2023_____ (date), requesting an order for relief under chapter __7__ of the Bankruptcy
Code (title 11 of the United States Code).

　　　 YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion
or answer to the petition within 21 days after the service of this summons.  A copy of the petition is
attached.

　　　　　　　　　　Address of the clerk:　　U.S. Bankruptcy Court for the District of Columbia
　　　　　　　　　　　　　　　　　　　　　 333 Constitution Avenue N.W.
　　　　　　　　　　　　　　　　　　　　　 Washington D.C. 20001

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

　　　　　　　　　　Name and Address of Petitioner's Attorney:
　　　　　　　　　　　　　　Maurice Belmont VerStandig
　　　　　　　　　　　　　　The VerStandig Law Firm, LLC
　　　　　　　　　　　　　　1452 W. Horizon Ridge Pkwy, #665
　　　　　　　　　　　　　　Henderson, NV 89012
If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

　　　　　　　　　　　　　　　　　　　　 Angela D. Caesar _____(Clerk of the Bankruptcy Court)

　　　Date: __08/09/2023___　　　　 By: __Claude Alde_____(Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____
(date), I served this summons and a copy of the involuntary petition on _____
(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

        Print Name:        _____

        Business Address:    _____

                _____