B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court

U.S. Bankruptcy for the **District Of** Columbia

In re  Charles Paxton Paret       ,       )   Case No. 23-00217-ELG
       Debtor*                                 )
                                         )   Chapter 7
                                         )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on __08/04/2023__ (date), requesting an order for relief under chapter _7_ of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:   U.S. Bankruptcy Court for the District of Columbia
                                    333 Constitution Avenue N.W.
                                    Washington D.C. 20001

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner's Attorney:

       Maurice Belmont VerStandig
       The VerStandig Law Firm, LLC
       1452 W. Horizon Ridge Pkwy, #665
       Henderson, NV 89012

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                        Angela D. Caesar      (Clerk of the Bankruptcy Court)

Date: 08/09/2023              By:  Claude Alde       (Deputy Clerk)

---

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, Maurice VerStandig (name), certify that on August 9, 2023 (date), I served this summons and a copy of the involuntary petition on Charles Paxton Paret (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*: sending, via First Class Mail, postage prepaid, a copy of the petition and summons to:

Charles Paxton Paret          and          Charles Paxton Paret
343 First Street                                      1140 3rd Street, NE
Berryville, Virginia 22611                   Suite 2152
                                                              Washington, DC 20002

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  August 9, 2023     Signature  /s/ Maurice VerStandig

Print Name:     Maurice VerStandig

Business Address:    The VerStandig Law Firm, LLC

1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012