The order below is hereby signed.

Signed: August 31 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Charles Paxton Paret, | ) | Case No. 23-217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the involuntary petition filed on August 4, 2023 (DE #1), the summons issued thereupon on August 9, 2023 (DE #3), and service of said summons on August 9, 2023 (DE #4), and finding that the time for Charles Paxton Paret to file an answer or motion in response to said petition and summons has now expired pursuant to Federal Rule of Bankruptcy Procedure 1011, this shall constitute an order for relief in the above-captioned matter.

[Signed and dated above.]

<u>I ASK FOR THIS</u>

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig (MD18071)
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson Nevada 89012
301-444-4600
mac@mbvesq.com
*Counsel for the Petitioning Creditors*