UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
Charles Paxton Paret

Case No.: 23-00217-ELG

Chapter: 7

Judge: Elizabeth L Gunn

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Charles Paxton Paret___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Donald M. Temple, Esq.
1310 L Street, N.W. #750
Washington, DC. 20005
Tel: 202-628-1101   Fax: 202-217-2774
Dtemplelaw@gmail.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 08/11/2023

/s/Donald M. Temple, Esq.
Signature

*new.8/1/15*