**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF COLUMBIA**

|                              |   |                      |
|------------------------------|---|----------------------|
| In re:                       | ) |                      |
|                              | ) | Case No. 23-217-ELG  |
| Charles Paxton Paret,        | ) |                      |
|                              | ) | Chapter 7            |
| Debtor.                      | ) |                      |

**AFFIDAVIT OF CHARLES PAXTON PARET IN SUPPORT OF
MOTION FOR RELIEF FROM THE ORDER FOR RELIEF IN
AN INVOLUNTARY CASE ENTERED ON AUGUST 31, 2023**

I, CHARLES PAXTON PARET, the undersigned affiant, under penalty of perjury swear or affirm that:

1. I am over 18 years of age and make this Affidavit on personal knowledge. I am competent to make the statements herein. I am the Debtor in the above-captioned case.

2. I make this Affidavit in support of my Motion for Relief from the Order for Relief in an Involuntary Case Entered on August 31, 2023, that is also filed herewith.

3. On August 4, 2023, purported creditors 1Sharpe Opportunity Intermediate Trust, WCP Fund I LLC ("WCP Fund"), and DP Capital LLC (collectively referred to as "Petitioners") filed an Involuntary Petition for Chapter 7 bankruptcy against me in this Court

4. On August 9, 2023, Petitioners' counsel filed a Certificate of Service, in which he stated and affirmed that the Summons and a copy of the Involuntary Petition were served on me by sending, via United States first-class mail, postage prepaid, a copy of the Involuntary Petition and Summons to the following addresses: (1) 343 First Street, Berryville, Virginia 22611 and (2) 1140 3rd St., NE, Suite 2152, Washington, D.C. 20002.

5. As of August 9, 2023, the date of service, and continuing through the present time, I have not resided at either of the two addressed listed in the Certificate of Service.

6. As of August 9, 2023, the date of service, I was in the process of obtaining a divorce from my wife. My wife alone resided at the Washington, D.C. address listed in the Certificate of Service. I did not reside at that address on the date of service.

7. As of the date of service, I owned the Virginia residence listed in the Certificate of Service. Although I formerly resided at this location, I no longer lived there on the date of service nor do I reside there at the present time.

8. I was never personally served with the Summons and Involuntary Petition in this case.

9. I never received a copy of the Summons and Involuntary Petition in any mailing delivered to my actual place of residence.

10. I hereby waive my right to receive service of the Summons and Involuntary Petition in this matter, and I hereby authorize my attorney, Donald M. Temple, of the Temple Law Offices, to accept service of these documents on my behalf.

11. The statements above are true and accurate to the best of my knowledge and belief.

September 11, 2023.

*/S/ Charles P. Paret*
CHARLES PAXTON PARET