IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-217-ELG |
| Charles Paxton Paret, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

### DECLARATION OF DONALD M. TEMPLE, ESQ.

I, DONALD M. TEMPLE., declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly licensed to practice law in the District of Columbia and the United States Bankruptcy Court for the District of Columbia. I am the attorney of record for Debtor Charles Paxton Paret in the above-referenced case.

2. I am fully familiar with the facts and circumstances stated herein.

3. I submit this Declaration in support of Debtor's Motion for Relief from the Order for Relief in an Involuntary Case Entered on August 31, 2023.

4. On August 4, 2023, purported creditors 1Sharpe Opportunity Intermediate Trust, WCP Fund I LLC ("WCP Fund"), and DP Capital LLC (collectively referred to as "Petitioners") filed an Involuntary Petition for Chapter 7 bankruptcy against the Debtor in this Court.

5. On August 9, 2023, Petitioners' counsel filed a Certificate of Service for the Summons and Involuntary Petition.

6. The Certificate of Service does not state or otherwise indicate that service was made on me as counsel for Debtor.

7. However, at the time Petitioners filed the Chapter 7 Involuntary Petition, they knew that I represented the Debtor. I had previously filed a Complaint for Declaratory Relief on

Debtor's behalf and against Daniel Huertas, the principal of purported creditor WPC Fund, in the Superior Court for the District of Columbia. That case bore the heading *Charles Paret v. Daniel Huertas* and was filed under Docket No. 2023-CAB-004507.

8. At no point in time was there any communication between Petitioners' counsel and me regarding the filing of the Involuntary Petition.

9. On September 1, 2023, Daniel Huertas removed the District of Columbia Superior Court case referenced above to this Court.

10. However, counsel for Daniel Huertas and Petitioners did not engage in any communication with the me either prior to or after removing the case from the District of Columbia Superior Court to this Court.

11. Debtor has agreed to waive his right to receive service of the Summons and Involuntary Petition in this matter, and he has authorized me to accept service of these documents on his behalf.

12. I am willing and agree to accept service of Petitioners' Summons and Involuntary Petition in this matter on Debtor's behalf.

Dated: September 11, 2023

                Respectfully submitted,

                */s/ Donald M. Temple*
                Donald M. Temple #408749
                1310 L Street, NW, Suite 750
                Washington, DC 20005
                Tel.: (202) 628-1101
                Fax: (202) 628-1149
                dtemple@gmail.com
                *Counsel for Debtor*