# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 23-217-ELG |
| Charles Paxton Paret, | ) |
|  | ) Chapter 7.  Involuntary Bankruptcy |
| Debtor. | ) |
|  | ) |

**Praecipe to Withdraw Debtor's Motion and Combined Memorandum Facts
and Law in Support of Relief from the Order for Relief in An Involuntary Case
Entered on August 31, 2023**

PLEASE TAKE NOTICE that Debtor, Charles Paxton Paret, by and through the undersigned counsel, hereby withdraws Debtor's Motion and Combined Memorandum Facts and Law in Support of Relief from the Order for Relief in An Involuntary Case Entered on August 31, 2023, filed on September 11, 2023.

**Dated:** September 12, 2023.

    Respectfully submitted,

    **DONALD M. TEMPLE, P.C.**

    *Donald M. Temple,*

    Donald M. Temple, Esq.
    1101 15th Street, N.W. Suite 203
    Washington, DC 20005
    dtemplelaw@gmail.com
    202-628-1101

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this September 12, 2023, I served, by electronic filing, a copy of this document on:

Maurice B. VerStandig, Esq.
The VerStanding Law Firm, LLC
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
mac@mbvesq.com
Counsel for the Petitioning Creditors

Wendell W. Webster, Trustee
1101 Connecticut Ave. NW, Suite 402
Washington, D.C. 20036

US Trustee
U.S. Trustee for Region Four
U.S. Trustee's Office
1725  Duke Street, Suite 650

*/s/ Donald M. Temple*
Donald M. Temple #408749
Temple Law Offices
1310 L Street, N.W., Suite 750
Washington, D.C. 20005
Tel: (202) 628-1101
Fax: (202) 628-1149
dtemplelaw@gmail.com