# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | 23-00217-ELG |
| CHARLES PAXTON PARET, | CHAPTER 7 |
| Debtor. |  |

## VERIFIED STATEMENT OF ATTORNEYS TO BE EMPLOYED AS COUNSEL

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE

Justin P. Fasano and the law firm of McNamee Hosea, P.A. ("McNamee Hosea"), as proposed counsel for Wendell W. Webster, the Chapter 7 Trustee in the above-captioned cases, and pursuant to Fed. R. Bankr. P. 2014(a), respectfully represent as follows:

1. McNamee Hosea has made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases, and believes that neither Janet M. Nesse, Justin Fasano nor McNamee Hosea has any disqualifying conflicts of interest.[1]

2. McNamee Hosea has no connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as follows:

   A. McNamee Hosea has represented the Trustee in his capacity as trustee on other unrelated cases. Janet M. Nesse is a Chapter 7 trustee in Maryland and subject to the supervision of the Office of the United States Trustee.

---

[1] Because no schedules have been filed, McNamee Hosea only ran conflicts on the petitioning creditors, those parties who appear to have been in litigation with the Debtor in the Superior Court for the District of Columbia, and Debtor's co-defendants that appear to be under the Debtor's control in those actions. Those persons or entities are listed on **Exhibit A.**

B. McNamee Hosea has represented companies owned in part by a former business partner of the Debtor.  McNamee Hosea does not believe there are claims between the Debtor and that business partner and does not believe this represents a conflict.

I, Justin P. Fasano, a principal at McNamee Hosea P.A. declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  September 12, 2023                                    Respectfully submitted,

/s/ Justin P. Fasano
Justin P. Fasano

## EXHIBIT A

**Petitioning Creditors**

WCP Fund I, LLC
DP Capital LLC
1Sharpe Opportunity Intermediate Trust

**Apparent Creditors**

Mihir Shah
Luke Kamel
Ask Mam Dc LLC
Rajat Batra
Fatima Khambaty
EAJ 1309 5Th St, LLC
Midatlantic IRA, LLC FBO Susan B. Hepner IRA
Daniel Huertas
John Gosnell
GJC Private Lending LLC
Yi Rong Jean LLC
Brad Heffler

**Apparent Related Entities**

1262 Holbrook Holdings, LLC
433 Kennedy St. Holdings, LLC
729 Kennedy St Holdings, LLC
Coloma River Capital, LLC
Coloma River Holdings, LLC
Collective Group
Somtam Holdings 1 LLC
4910 Georgia Ave Holdings, LLC
5419 First Street NWW DC LLC