# Mac VerStandig

| | |
|---|---|
| **From:** | Charles Paret <cpp@colomariver.com> |
| **Sent:** | Wednesday, August 9, 2023 11:32 AM |
| **To:** | Mac VerStandig |
| **Subject:** | This was filed against me? Can you please send supporting documents |
| **Attachments:** | Paret Bankruptcy docket (2).pdf |

All of these loans were non-recourse and WCP took back the properties.   Can you please explain what these three Guarantees are and provide supporting documents?

Thank you.

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Bankruptcy Petition #: 23-00217-ELG

*Date filed:* 08/04/2023

*Assigned to:* Bankruptcy Judge Elizabeth L. Gunn
Chapter 7
Involuntary

*Petitioning Creditor*
**WCP Fund I LLC**
c/o Maurice B. VertSandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012
301-444-4600

represented by **Maurice Belmont VerStandig**
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy,
#665
Henderson, NV 89012
301-444-4600
Email: mac@mbvesq.com

*Petitioning Creditor*
**DP Capital LLC**
c/o The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

represented by **Maurice Belmont VerStandig**
(See above for address)

*Petitioning Creditor*
**1Sharpe Opportunity Intermediate Trust**
c/o Maurice B. VerStandig, Esq.
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
301-444-4600

represented by **Maurice Belmont VerStandig**
(See above for address)

*Alleged Debtor*
**Charles Paxton Paret**
343 First Street
Berryville, VA 22611
CLARKE-VA
SSN / ITIN: xxx-xx-0319

represented by **Charles Paxton Paret**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 08/04/2023 | 2 | Receipt of Chapter 7 Involuntary Petition( 23-00217) [misc,invol7] ( 338.00) Filing Fee. Receipt numberA2678821. Fee Amount 338.00 (VerStandig, Maurice) (re:Doc# 1) (U.S. Treasury) (Entered: 08/04/2023) |
| 08/04/2023 | 1 (5 pgs) | Chapter 7 Involuntary Petition Against an Individual. Fee Amount $338 Re: Charles Paxton ParetFiled by Petitioning Creditor(s): WCP Fund I LLC (attorney Maurice Belmont VerStandig), DP Capital LLC (attorney Maurice Belmont VerStandig), 1Sharpe Opportunity Intermediate Trust (attorney Maurice Belmont VerStandig). (VerStandig, Maurice) (Entered: 08/04/2023) |

Fill in this information to identify the case:

United States Bankruptcy Court for the:
District of Columbia

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 105
# Involuntary Petition Against an Individual                              12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

**Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. Chapter of the Bankruptcy Code

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

**Part 2: Identify the Debtor**

2. Debtor's full name

   Charles
   First name

   Paxton
   Middle name

   Paret
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. Other names you know the debtor has used in the last 8 years

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)

   ☐ Unknown

   xxx – xx – 0 3 1 9      OR     9xx – xx – __ __ __ __

5. Any Employer Identification Numbers (EINs) used in the last 8 years

   ☐ Unknown

   EIN __ __ – __ __ __ __ __ __ __

   EIN __ __ – __ __ __ __ __ __ __

Official Form 105                 Involuntary Petition Against an Individual                 page 1

Debtor **Charles Paret**     Case number (if known) _____

### 6. Debtor's address

**Principal residence**

**343 First Street**
Number    Street

**Berryville**    **VA**    **22611**
City    State    ZIP Code

**Clarke**
County

**Principal place of business**

Number    Street

**Washinton**    **DC**
City    State    ZIP Code

**District of Columbia**
County

**Mailing address, if different from residence**

Number    Street

City    State    ZIP Code

### 7. Type of business

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

### 8. Type of debt

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

### 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

Official Form 105     Involuntary Petition Against an Individual     page 2

| Debtor | Charles Paret | Case number *(if known)* |
|---|---|---|

### Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☒ Other reason. Explain. (See 28 U.S.C. § 1408.) **Principal assets and business in district**

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| DP Capital LLC | Guarantee on loan | $ 430,647.93 |
| 1Sharpe Opportunity Intermediate Trust | Guarantee on loan | $ 873,273.59 |
| WCP Fund I LLC | Guarantee on loan | $ 1,791,060.93 |
| | Total | $ 3,094,982.45 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  Charles Paret                               Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ /s/ Christina Araujo
Signature of petitioner or representative, including representative's title

Christina Araujo, Agent for Servicer
Printed name of petitioner

Date signed  08/04/2023
             MM / DD / YYYY

**Mailing address of petitioner**

8401 Greensboro Drive, Suite 960
Number    Street

McLean                VA        22102
City                  State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

WCP Fund I LLC
Name

8401 Greensboro Drive, Suite 960
Number    Street

McLean                VA        22101
City                  State     ZIP Code

**Attorneys**

✗ /s/ Maurice B. VerStandig
Signature of attorney

Maurice B. VerStandig
Printed name

The VerStandig Law Firm, LLC
Firm name, if any

1452 W. Horizon Ridge Pkwy, #665
Number    Street

Henderson             NV        89012
City                  State     ZIP Code

Date signed  08/04/2023
             MM / DD / YYYY

Contact phone (301) 444-4600    Email mac@mbvesq.com

Official Form 105                    Involuntary Petition Against an Individual                    page 4

Debtor    **Charles Paret** _____    Case number (if known) _____



X  /s/ Christina Araujo
Signature of petitioner or representative, including representative's title

**Christina Araujo, Agent for Servicer**
Printed name of petitioner

Date signed  08/04/2023
            MM / DD / YYYY

Mailing address of petitioner

8401 Greensboro Drive, Suite 960
Number   Street

McLean                VA           22101
City                  State        ZIP Code

Name and mailing address of petitioner's representative, if any

WCP Fund I LLC
Name

8401 Greensboro Drive, Suite 960
Number   Street

McLean                VA           22101
City         State  ZIP Code



X  /s/ Maurice B. VerStandig
Signature of Attorney

Maurice B. VerStandig
Printed name

The VerStandig Law Firm, LLC
Firm name, if any

1452 W. Horizon Ridge Pkwy, #665
Number   Street

Henderson             NV           89012
City                  State        ZIP Code

Date signed  08/04/2023
            MM / DD / YYYY

Contact phone  (301) 444-4600   Email mac@mbvesq.com



X  /s/ Christina Araujo
Signature of petitioner or representative, including representative's title

**Christina Araujo, Agent for Servicer**
Printed name of petitioner

Date signed  08/04/2023
            MM / DD / YYYY

Mailing address of petitioner

8401 Greensboro Drive, Suite 960
Number   Street

McLean                VA           22101
City                  State        ZIP Code

Name and mailing address of petitioner's representative, if any

WCP Fund I LLC
Name

8401 Greensboro Drive, Suite 960
Number   Street

McLean                VA           22101
City                  State        ZIP Code



X  /s/ Maurice B. VerStandig
Signature of Attorney

Maurice B. VerStandig
Printed name

The VerStandig Law Firm, LLC
Firm name, if any

1452 W. Horizon Ridge Pkwy, #665
Number   Street

Henderson             NV           89012
City                  State        ZIP Code

Date signed  08/04/2023
            MM / DD / YYYY

Contact phone  (301) 444-4600   Email mac@mbvesq.com

Official Form 105                Involuntary Petition Against an Individual                page 5