Case 23-00217-ELG   Doc 18-2   Filed 09/15/23   Entered 09/15/23 09:18:05   Desc
Exhibit B - Affidavit of Service   Page 1 of 1

eFiled
08/23/2023 10:32:36 AM
Superior Court
of the District of Columbia

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA - CIVIL DIVISION

**Charles Paret**

**Plaintiff**

Case No.: 2023-CAB-004507

vs.

**Daniel Huertas**

**Defendant**

## AFFIDAVIT OF SERVICE

I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Initial Order, Summons in English and Spanish, and Complaint for Declaratory Relief in the above entitled case.

That on 08/17/2023 at 8:25 PM, I personally served Daniel Huertas with the Initial Order, Summons in English and Spanish, and Complaint for Declaratory Relief at 909 Chinquapin Road, McLean, Virginia 22102.

Daniel Huertas is described herein as:

Gender: Male   Race/Skin: White   Age: 47   Weight: 230   Height: 5'11"   Hair: Brown   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Sworn to before me on 08/21/2023

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires: March 31, 2024

David S. Felter

Client Ref Number: N/A
Job #: 1621983

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050