Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF HEARING ON OPPOSITION TO DEBTOR'S MOTION AND COMBINED MEMORANDUM IN SUPPORT OF RELIEF FROM THE ORDER FOR <u>RELIEF IN AN INVOLUNTARY CASE ENTERED ON AUGUST 31, 2023</u>**

Please take notice that a hearing will be held on September 27, 2023 at 10:00 am on the following matters:

**Opposition to Debtor's Motion and Combined Memorandum in Support of Relief from the Order for Relief in an Involuntary Case Entered on August 31, 2023 (DE #18)**

The hearing will be conducted in Courtroom 1 at the United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001 and via Zoom video conferencing. Parties may contact Aimee_Mathewes@dcb.uscourts.gov for Zoom access codes.

*[Signature on Following Page]*

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 15, 2023 | By: /s/ Maurice B. VerStandig<br>Maurice B. VerStandig, Esq.<br>Bar No. MD18071<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>Phone: (301) 444-4600<br>Facsimile: (301) 444-4600<br>mac@mbvesq.com<br>*Counsel for WCP Fund I LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

Donald M. Temple, Esq.
1310 L Street, NW
Suite 750
Washington, DC 20005
*Counsel for the Plaintiff*

Wendell W. Webster, Esq.
1101 Connecticut Avenue, NW
Suite 402
Washington, DC 20036
*Chapter 7 Trustee*

Justin Philip Fasano, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070
*Counsel for the Trustee*

/s/ Maurice B. VerStandig
Maurice B. VerStandig