# EXHIBIT 1-A

**Partnership**

message

aniel Huertas <daniel@wcp.team>      Fri, Sep 20, 2019 at 2:54 PI
o: Charles Paret <cpp@colomariver.com>

Received Charlie.

Here is further confirmation that by providing the below capital including future capital to the partnership, this is debt that will be split 51% Daniel Huertas, 49% Charles Paret.

Charles Paret will manage day to day operation of all projects (construction, development, stabilization) including in this email.

Daniel Huertas will manage all financial aspects related to capital, partnerships, ventures and will have final word related to execution of the real estate.

Charles Paret is responsible solely for all debt and obligations prior to 9/20/19. (payments)

Charles Paret is not going to incur any additional debt or loans against real estate attached to this email or any purchase of any additional real estate.

Please return with Agree and confirm that we will operate as such.

Daniel Huertas | CEO

Washington Capital Partners

www.washingtoncapitalpartners.com

2815 Hartland Road, Suite 200

CP_000774





This message and its attachments contain confidential information. If you are not the intended recipient of this message, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete it from your system.

**From:** Charles Paret <cpp@colomariver.com>
**Sent:** Friday, September 20, 2019 2:10 PM
**To:** Daniel Huertas <daniel@wcp.team>
**Subject:** REVISED: Construction Breakdown for Immediate Draws To Push Work // Main - Portfolio Draw #101

This is the immediate list so I can make sure people are getting things done. I did payroll a week ago, so we have until next week to get that done and organized with you. This is more than $200,000, but everyone has stopped until I give them a deposits.

I'm focusing on the things that we need to pay to get done ASAP - cannot wait and Contractors need to get paid.

### $150,000 - TOTAL - not including furniture that I sent you break down for.

HVAC Contractor - $25,000 - deposit for the 1264-1266 Holbrook St. - One Stop Heating and Cooling

Electrical Contractor - $10,000 - deposit for the - Renee Duartes

Concrete Contractor - $25,000 - TEX MEX - deposit for 1264-1268 and concrete work at bladensburg

Concrete Contractor - $35,000 - TEX MEX - deposit for foundation work at bladensburg

Foundation Contractor - Mario and Sons - $15,000 - deposit for P Street work

Utility Contractor - $20,000 - 1264-1268 - AGS Enterprises

Finish Work / Punch Work for 1260 Holbrook St NE and Trinidad Ave NE- $10,000. ( still need around $65,000 to finish)- Mario and Sons - NEEDS TO BE PAID - All people have stopped.

DCRA - Permit Due - $10,000 for 2507 I ST NW - Velocity Permit Process. - need to pay this ASAP to get it out ASAP.

CP_000775

We have a 4pm meeting with entire team to work on the new schedule for next week to bring all of these to the finish line.

I REALLY need to make sure you and I meet this weekend to go over all of this. I'm going to be 100% focused on bringing all of these to a close. We have a huge opp with Common.com now and they could master-lease ALL of the properties in Trinidad, but they need to get done.

—

|_____|

Charles Paxton Paret

Managing Partner

e. cpp@colomariver.com
m. 202.834.7673
DC | NYC | ATL | LA

This communication, including attachments, is for the exclusive use of

the named recipient and may contain proprietary, confidential or
privileged information. If you are not the intended recipient, any
use, copying, disclosure, dissemination or distribution is strictly
prohibited. If you are not the intended recipient, please notify the
sender immediately by return email and delete this communication and
destroy all copies. Unless specifically noted, the views, opinions and
statements contained within this communication should not be construed
to be the official position of

Coloma River Holdings

, LLC.

---

📎 **Copy of Coloma River Assets Debt Construction ARV_FULL Project_Pipeline_DANIEL.xlsx**
15K

| Property Address | Total Debt / Acquisition Costs | Asset Class | Unit Count | EBS or OZ Zone - APPROVED YES / NO | Hard and Soft Costs | ARV | Phase | Notes |
|---|---|---|---|---|---|---|---|---|
| 1736-1738 Montello Ave NE Washington DC | $ 1,463,222.00 | Condos | 12.00 | | $ 1,750,000.00 | $ 4,500,000.00 | P2 - Pre-Development | Currently need to sov velocity and then ready to build |
| 431 Kennedy St NW | $ 1,526,314.00 | Condos | 19.00 | | $ 3,500,000.00 | $ 8,500,000.00 | P2 - Pre-Development | Need to Take Out Susan Hepner Eventually |
| 605 East Main St. | $ 425,000.00 | Retail / Shared Commercial Kitchen | None | | $ 575,000.00 | $ 1,500,000.00 | P2 - Pre-Development | Need to Take Out Susan Hepner Eventually |
| 433 Kennedy St. NW | $ 1,542,000.00 | Condos | 19.00 | | $ 3,500,000.00 | $ 8,500,000.00 | P2 - Pre-Development | Capital Bank in place here, this we can work with |
| 419-423 Kennedy St. NW | $ 3,564,862.00 | Condos/Mixed Use | 33.00 | | $ 7,500,000.00 | $ 16,850,000.00 | P3 - Construction | Loan needs to go for construction |
| 5412 1st St. NW | $ 1,201,028.00 | Condos | 16.00 | | $ 3,000,000.00 | $ 6,500,000.00 | P2 - Pre-Development | Can take out Roan and develop this into condos |
| 326-340 First St. | $ 1,800,000.00 | Brewery / Industrial / Cidery Manufacturing | N/A | YES | $ 4,500,000.00 | $ 12,000,000.00 | P2 - Pre-Development | Currently being used as staging for Construction |
| 729 Kennedy St NW | $ 1,501,827.00 | Condos | 12.00 | YES | $ 3,500,000.00 | $ 4,000,000.00 | P2 - Pre-Development | Opportunity Zone Site |
| 429 Kennedy St NW | $ 1,514,984.63 | Condos | 19.00 | | $ 3,500,000.00 | $ 8,500,000.00 | P2 - Pre-Development | Need to be refinanced by end of month - key to all three buildings |
| 5501-5505 1st St. NW & 67-71 Kennedy St NW | $ 4,238,888.00 | Condos/Mixed Use | 48.00 | YES | $ 1,350,000.00 | $ 29,000,000.00 | P2 - Pre-Development | Need To Restructure and Hold, Revenue will support longer term hold |
| 2507 I St. NW | $ 1,365,000.00 | Single Family Estate | 1.00 | | $ 990,000.00 | $ 2,750,000.00 | P2 - Pre-Development | Single Family To Sell |
| 159 Fairfield Lane | $ 2,068,900.00 | Hotel and Restaurant and Shooting Club | 65.00 | YES | $ 7,500,000.00 | $ 22,000,000.00 | P2 - Pre-Development | Still finishing overall landscape plan and overall hotel |
| 1471 Girard St. NW | $ 2,426,500.00 | Condos | 4.00 | | | $ 3,100,000.00 | P4 - Stabilization | Corporate Housing Rentals |
| 1732-1738 Trinidad Ave NE | $ 1,500,000.00 | Co-Living / Apartments | 24.00 | | $ 750,000.00 | $ 4,500,000.00 | P4 - Stabilization | Almost Complete - Weeks Away |
| 5419 1st N NW | $ 3,200,000.00 | Co-Living / Apartments / Mixed Use | 24.00 | | | $ 5,000,000.00 | P4 - Stabilization | 24 Bed Co-Living with Commercial |
| 208 first St | $ 1,250,000.00 | Hotel | 110.00 | YES | $ - | | P0 - Under Contract | 2 Year Close - $50,000 deposit paid |
| 1260 Holbrook Terrace NE | $ 1,100,000.00 | Co-Living / Apartments | 15.00 | | $ 900,000.00 | $ 8,750,000.00 | P4 - Stabilization | 6 Units / 15 Beds - Co Living |
| 1262 Holbrook Terrace NE | $ 750,000.00 | Condos | 3.00 | | $ 650,000.00 | $ 1,900,000.00 | P3 - Construction | Under Construction |
| 4910 Georgia Ave NW | $ 3,740,000.00 | Condos | 47.00 | | $ 8,000,000.00 | $ 16,000,000.00 | P3 - Construction | Under Construction, but need to finish Debt Funding |
| 1264-1268 Holbrook Terrace NE | $ 1,850,000.00 | Condos | 7.00 | | $ 1,100,000.00 | $ 5,320,000.00 | P3 - Construction | Under Construction |
| 1249 Bladensburg Rd NE | $ 1,250,000.00 | Condos | 20.00 | | $ 2,200,000.00 | $ 5,500,000.00 | P3 - Construction | Under Construction |
| 107 Rhode Island Ave NW | $ 1,250,000.00 | Hotel and Restaurant | 48.00 | | $ 950,000.00 | $ 13,850,000.00 | P3 - Construction | Under Construction |
| 205 West Madison St | $ 1,400,000.00 | Hotel and Restaurant | 220.00 | | $ 3,500,000.00 | $ 12,000,000.00 | P2 - Pre-Development | Under Construction |
| 1619 Swann St NW | $ 1,500,000.00 | Condos | 3.00 | | $ 750,000.00 | $ 3,000,000.00 | P3 - Construction | Under Construction - Corporate Housing |
| 1236 Raum St NE | $ 850,000.00 | Student Apartments | 24.00 | | $ 750,000.00 | $ 2,400,000.00 | P3 - Construction | 24 Bed Co-Living |
| 2449 P St NW | $ 1,500,000.00 | Condos | 3.00 | | $ 575,000.00 | $ 2,850,000.00 | P3 - Construction | Under Construction - Corporate Housing |
| 201-203 Kennedy St NE | $ 1,350,000.00 | Condos / Mixed Use | 9.00 | | $ 2,000,000.00 | $ 5,350,000.00 | P0 - Under Contract | $75,000 Deposit Paid |
| 119-127 Kennedy St NW | $ 1,100,000.00 | Multi-Family Development - Co-Living | 83.00 | | $ 7,780,000.00 | $ 14,880,000.00 | P0 - Under Contract | $150,000 Deposit Paid |
| **Total:** | **$ 49,327,645.63** | **Total Unit Count** | **888.00** | | **$ 70,470,000.00** | **$ 215,800,000.00** | | |

| | | |
|---|---|---|
| Total Purchase Price | $ | 49,327,645.63 |
| Total Construction Costs | $ | 70,470,000.00 |
| Total Costs | $ | 119,797,645.63 |
| Total After Renovated Value | $ | 215,800,000.00 |
| Total GP Value / Equity Value | $ | 96,002,354.37 |

CP_000777

# EXHIBIT 1-B

| **Property Address** |
|---|
| 1736-1738 Montello Ave NE Washington DC |
| 431 Kennedy St NW |
| 635 East Main St. |
| 433 Kennedy St NW |
| 419-423 Kennedy St. NW |
| 5412 1st St. NW |
| 326-340 First St. |
| 729 Kennedy St. NW |
| 429 Kennedy St NW |
| 5501-5505 1st St. NW & 67-71 Kennedy St NW |
| 2507 I St. NW |
| 159 Fairfield Lane |
| 1471 Girard St. NW |
| 1732-1738 Trinidad Ave NE |
| 5419 1st st NW |
| 208 first St |
| 1260 Holbrook Terrace NE |
| 1262 Holbrook Terrace NE |
| 4910 Georgia Ave NW |
| 1264-1268 Holbrook Terrace NE |
| 1249 Bladensburg Rd NE |
| 107 Rhode Island Ave NW |
| 205 West Madison St |
| 1619 Swann St NW |
| 1216 Raum St NE |
| 2449 P St NW |
| 201-203 Kennedy St NW |
| 123-127 Kennedy St NW |
| |
| **Total:** |

| Total Debt / Acquisition Costs |
|---:|
| $ 1,463,222.00 |
| $ 1,526,314.00 |
| $ 425,000.00 |
| $ 1,542,000.00 |
| $ 3,564,882.00 |
| $ 1,201,028.00 |
| $ 1,800,000.00 |
| $ 1,101,827.00 |
| $ 1,514,984.63 |
| $ 4,238,888.00 |
| $ 1,365,000.00 |
| $ 2,068,000.00 |
| $ 2,426,500.00 |
| $ 1,500,000.00 |
| $ 3,200,000.00 |
| $ 1,250,000.00 |
| $ 1,100,000.00 |
| $ 750,000.00 |
| $ 3,740,000.00 |
| $ 1,350,000.00 |
| $ 1,250,000.00 |
| $ 1,250,000.00 |
| $ 1,400,000.00 |
| $ 1,500,000.00 |
| $ 850,000.00 |
| $ 1,500,000.00 |
| $ 1,350,000.00 |
| $ 3,100,000.00 |
| |
| $ 49,327,645.63 |

| Asset Class |
|---|
| Condos |
| Condos |
| Retail / Shared Commercial Kitchen |
| Condos |
| Condos/Mixed Use |
| Condos |
| Brewery / Industrial / Cidery Manufacturing |
| Condos |
| Condos |
| Condos/Mixed Use |
| Single Family Estate |
| Hotel and Restaurant and Shooting Club |
| Condos |
| Co-Living / Apartments |
| Co-Living / Apartments / Mixed Use |
| Hotel |
| Co-Living / Apartments |
| Condos |
| Condos |
| Condos |
| Condos |
| Hotel and Restaurant |
| Hotel and Restaurant |
| Condos |
| Student Apartments |
| Condos |
| Condos / Mixed Use |
| Multi-Family Development - Co-Living |

**Total Unit Count**

| Unit Count | EB5 or OZ Zone - APPROVED YES / NO |
|---:|:---:|
| 12.00 | |
| 19.00 | |
| None | |
| 19.00 | |
| 33.00 | |
| 16.00 | |
| N/A | YES |
| 12.00 | YES |
| 19.00 | |
| 48.00 | YES |
| 1.00 | |
| 65.00 | YES |
| 4.00 | |
| 24.00 | |
| 24.00 | |
| 110.00 | YES |
| 15.00 | |
| 3.00 | |
| 47.00 | |
| 7.00 | |
| 20.00 | |
| 48.00 | |
| 220.00 | |
| 3.00 | |
| 24.00 | |
| 3.00 | |
| 9.00 | |
| 83.00 | |
| **888.00** | |

Total Purchase Price
Total Construction Costs

| | |
|---|---:|
| $ | 119,797,645.63 |
| $ | 215,800,000.00 |
| $ | 96,002,354.37 |

| Hard and Soft Costs | ARV |
|---:|---:|
| $ 1,750,000.00 | $ 4,500,000.00 |
| $ 3,500,000.00 | $ 8,500,000.00 |
| $ 575,000.00 | $ 3,500,000.00 |
| $ 3,500,000.00 | $ 8,500,000.00 |
| $ 7,500,000.00 | $ 16,650,000.00 |
| $ 3,000,000.00 | $ 6,500,000.00 |
| $ 4,500,000.00 | $ 12,000,000.00 |
| $ 1,900,000.00 | $ 4,000,000.00 |
| $ 3,500,000.00 | $ 8,500,000.00 |
| $ 1,350,000.00 | $ 29,000,000.00 |
| $ 990,000.00 | $ 2,750,000.00 |
| $ 7,500,000.00 | $ 22,000,000.00 |
| $ - | $ 3,100,000.00 |
| $ 750,000.00 | $ 4,500,000.00 |
|  | $ 5,000,000.00 |
| $ - | $ - |
| $ 900,000.00 | $ 3,750,000.00 |
| $ 650,000.00 | $ 1,900,000.00 |
| $ 8,000,000.00 | $ 16,000,000.00 |
| $ 2,100,000.00 | $ 5,320,000.00 |
| $ 2,200,000.00 | $ 5,500,000.00 |
| $ 950,000.00 | $3,850,000 |
| $ 3,500,000.00 | $12,000,000 |
| $ 750,000.00 | $ 3,000,000.00 |
| $ 750,000.00 | $ 2,400,000.00 |
| $ 575,000.00 | $ 2,850,000.00 |
| $ 2,000,000.00 | $ 5,350,000.00 |
| $ 7,780,000.00 | $ 14,880,000.00 |
|  |  |
| $ 70,470,000.00 | $ 215,800,000.00 |

| |
|---:|
| $ 49,327,645.63 |
| $ 70,470,000.00 |

| **Phase** |
|---|
| P2 - Pre-Development |
| P2 - Pre-Development |
| P2 - Pre-Development |
| P2 - Pre-Development |
| P3 - Construction |
| P2 - Pre-Development |
| P2 - Pre-Development |
| P2 - Pre-Development |
| P2 - Pre-Development |
| P2 - Pre-Development |
| P2 - Pre-Development |
| P2 - Pre-Development |
| P4 - Stabilization |
| P4 - Stabilization |
| P4 - Stabilization |
| P0 - Under Contract |
| P4 - Stabilization |
| P3 - Construction |
| P3 - Construction |
| P3 - Construction |
| P3 - Construction |
| P3 - Construction |
| P2 - Pre-Development |
| P3 - Construction |
| P3 - Construction |
| P3 - Construction |
| P0 - Under Contract |
| P0 - Under Contract |

| Notes |
|---|
| Currently need to pay velocity and then ready to build |
| Need to Take Out Susan Hepner Eventually |
| Need to Take Out Susan Hepner Eventually |
| Capital Bank in place here, this we can work with |
| Loan ready to go for construction |
| Can take out Ryan and develop this into condos |
| Currently being used as staging for Construction |
| Opportunity Zone Site |
| Need to be refinanced by end of month - key to all three buildings |
| Need To Restructure and Hold, Revenue will support longer term hold |
| Single Family To Sell |
| Still finishing overall landscape plan and overall hotel |
| Corporate Housing Rentals |
| Almost Complete - Weeks Away |
| 24 Bed Co-Living with Commercial |
| 2 Year Close - $50,000 deposit paid |
| 6 Units ( 15 Beds)  - Co Living |
| Under Construction |
| Under Construction, but need to finish Debt Funding |
| Under Construction |
| Under Construction |
| Under Construction |
| Under Construction |
| Under Construction - Corporate Housing |
| 24 Bed Co-Living |
| Under Construction - Corporate Housing |
| $75,000 Deposit Paid |
| $150,000 Deposit Paid |

| Total Costs |
|---|
| Total After Renovated Value |
| **Total GP Value | Equity Value** |

# EXHIBIT 2

From: **Daniel Huertas** <daniel@wcp.team>
Date: Mon, Sep 30, 2019 at 3:10 PM
Subject: FW: Past Due Payments for Charles Paret
To: Charles Paret <cpp@colomariver.com>

Charlie –

Please see attached payment requests.

By Daniel Huertas and/or companies paying the attached invoices for properties, Daniel Huertas will have 50% ownership of the properties and 51% in regards of control. Any other partnerships set by Charles Paret will be taking from his side.

The payments here are a loan to the partnership at 10% APR. Before any distribution is provided, the partnership needs to pay all amounts paid here.

- 429 Kennedy (#5068) – $4,030.16
- 433 Kennedy (#5120) -- $4,182.80
- 4910 Georgia Ave (#5607) -- $13,339.91

Please reply to this email in agreement and confirm

Thanks

Daniel


**Daniel Huertas | CEO**
Washington Capital Partners
www.washingtoncapitalpartners.com
2815 Hartland Road, Suite 200
Falls Church, VA, 22043
+1 7037275464

*This message and its attachments contain confidential information. If you are not the intended recipient of this message, you should not disseminate, distribute or copy this e this e-mail by mistake and delete it from your system.*

**From:** Paul Merritt <pmerritt@capitalbankmd.com>
**Sent:** Monday, September 30, 2019 2:50 PM
**To:** Daniel Huertas <daniel@wcp.team>
**Subject:** FW: Past Due Payments for Charles Paret
**Importance:** High

See below and attached.

**Paul L. Merritt**
**Commercial Loan Officer, Senior Vice President**
**NMLS #402212**

**Need to send an attachment over 20MB? Click here to email it to me.**

240-283-1906 (Direct)
301-762-1033 (Fax)

**From:** Helena Han <HHan@capitalbankmd.com>
**Sent:** Monday, September 30, 2019 2:49 PM
**To:** Paul Merritt <pmerritt@capitalbankmd.com>
**Subject:** Past Due Payments for Charles Paret

Please note that the past due amounts were paid after the invoice date for #5120 & #5607, so the below amounts are correct:

- 429 Kennedy (#5068) – $4,030.16
- 433 Kennedy (#5120) -- $4,182.80
- 4910 Georgia Ave (#5607) -- $13,339.91

Wire instructions:

    ABA: 055003340
    ACCT: 11213001 (reference loan #_____) – WIP account
    CAPITAL BANK NA
    2275 RESEARCH BLVD., STE 600
    ROCKVILLE MD 20850

**Helena H. Han**
**CRE Administrative Specialist**
**Capital Bank, N.A.**
**2275 Research Blvd., Suite 600**
**Rockville, MD  20850**
**301-468-8848 ext. 1294**
**844-409-2371 - Fax**
hhan@capitalbankmd.com