**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-217-ELG |
| Charles Paxton Paret, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| CHARLES PARET ) | |
| *Plaintiff,* ) | Adv. Proc. 23-10025-ELG |
| ) | (Removed from D.C. Superior Court) |
| v. ) | |
| ) | |
| DANIEL HUERTAS, ) | |
| *Defendant* ) | |

## NOTICE

Attached is a copy of Debtor's Supplemental Exhibit to Debtor's Motion for Reconsideration (Docket #10) in the above captioned case.

Respectfully submitted,

*/s/Donald M. Temple*
Donald M. Temple #408749
1310 L Street NW, Suite 750
Washington, D.C. 20005
Tel: (202) 628-1101
Fax: (202) 628-1149
dtemplelaw@gmail.com
*Attorney for Debtor*