The order below is hereby signed.

Signed: October 2 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00217-ELG |
| **Charles Paxton Paret,** | Chapter 7 |
| Debtor. | |

## AMENDED ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the involuntary petition filed on August 4, 2023 (ECF No. 1), finding that service of the involuntary petition and summons against the above-named debtor was appropriate, and finding time expired on September 5, 2023 to file an answer or motion in response, an order for relief under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code) is granted effective September 6, 2023.

[Signed and dated above.]

Copies to: recipients of electronic notice