Proposed Order    Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of:** : | |
| : | |
| **Charles Paxton Paret,** : | Case No. 23-00217-ELG |
| : | Chapter 7 |
| Debtor. : | |
| : | |

## ORDER CONVERTING FROM CHAPTER 7
## TO A CASE UNDER CHAPTER 11
## ON THE MOTION OF DEBTOR

UPON CONSIDERATION of the request for conversion made by the Debtor, and it appearing that this case has not previously been converted and that 11 U.S.C. § 706(a) grants Debtor the right to convert a case from Chapter 7 to Chapter 11, it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the above−captioned case under Chapter 7 is converted to a case under Chapter 11.

cc:
Debtor
Debtor's Counsel
Chapter 7 trustee
U.S. Trustee
Creditors

**END OF ORDER**