### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of:** : | |
| : | |
| **Charles Paxton Paret** : | **Case No. 23-00217-ELG** |
| : | **Chapter 7** |
| **Debtor.** : | |
| : | |

## AMENDED MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 11

COMES NOW the Debtor, through his under-signed counsel, and states as follows:

1. On August 4, 2023 (the "Petition Date"), 1Sharpe Opportunity Intermediate Trust, WCP Fund I LLC, and DP Capital LLC (collectively referred to as "Petitioners"), filed a Chapter 7 Involuntary Petition in this Court against Charles Paxton Paret ("Debtor").

2. Upon further investigation, Debtor reasonably believes that it is in the best interest of the parties to proceed under Chapter 11 of the U.S. Bankruptcy Code.

3. This case has not been converted previously from another chapter.

4. As the Debtor meets the requirement for conversion of his case to one under Chapter 11 pursuant to 11 U.S. Code § 706(a), and is eligible to be a Chapter 11 Debtor, it would be in the best interests of the Debtor to convert this case to a Chapter 11 estate.

WHEREFORE, the Debtor respectfully requests that this case be converted to a case under Chapter 11.

Date:  October 17, 2023                  **CHARELES PAXTON PARET**
                                                       **By Counsel**

                                                       /s/ Jeffery T. Martin, Jr.
                                                       Jeffery T. Martin, Jr., Bar No. VA71860
                                                       Martin Law Group, P.C.
                                                       7918 Jones Branch Dr., 4th Floor
                                                       McLean, VA, 22102 – 3337
                                                       703-223-1822
                                                       jeff@martinlawgroupva.com
                                                       Counsel to the Debtor

## **CERTIFICATION OF SERVICE**

       I certify that on this 17th day of October 2023, a true and correct copy of the foregoing was filed electronically with the Court through the ECF filing system with notice being automatically provided to all those entitle to receive the same.

                                                                                             /s/ Jeffery T. Martin, Jr.
                                                                                             Jeffery T. Martin, Jr.