```
Label Matrix for local noticing          1Sharpe Opportunity Intermediate Trust    Ask MAM DC LLC
0090-1                                   c/o Maurice B. VerStandig, Esq.           42 El Camino Real
Case 23-00217-ELG                        1452 W. Horizon Ridge Pkwy, #665          Palo Alto, CA 94306
United States Bankruptcy Court for the Distri   Henderson, NV 89012-4422
Washington, D.C.
Tue Oct 17 09:43:57 EDT 2023

Astute Technologies                      BSI Financial Services                    Brighton KSD LLC
11620 Verna Drive                        PO Box 679002 Lockbox Number 679002       107 S. West Street, #119
Oakton, VA 22124-2045                    Dallas, TX 75267-9002                     Alexandria, VA 22314-2824


Callicorp LLC                            Child Support Services Division           D.C. Office of Tax and Revenue
3975 University Drive, Suite 410         Office of the Attorney General            Bankruptcy Division
Fairfax, VA 22030-2520                   Judiciary Square 441 4th Street, NW       1101 4th Street SW
                                         5th Floor                                 Washington, DC 20024-4457
                                         Washington, DC 20001

D.C. Unemploy. Comp. Board               DC Unemploy. Comp. Board                  DP Capital LLC
6th and Penna. Ave., N.W.                609 H St., NE                             c/o The VerStandig Law Firm, LLC
Washington, DC 20001-2106                Room 3530367                              1452 W. Horizon Ridge Pkwy, #665
                                         Washington, DC 20002-7184                 Henderson, NV 89012-4422


Dion Davitian                            District Unemployment Compensation Board  Dr. Eung Kwom Kim
9201 Kristin Lane                        4058 Minnesota Ave., NE                   C/O J. Chapman Petersen Esq.
Fairfax, VA 22032-1810                   4th Floor                                 3970 Chain Bridge Road
                                         Washington, DC 20019-3540                 Fairfax, VA 22030-3316


EZ Express Loan LLC                      Justin Philip Fasano                      GJC Private Lending LLC
1114 8th Street                          McNamee Hosea, P.A.                       2101 Connecticut Ave, NW, Third Floor
Washington, DC 20002-3623                6404 Ivy Lane                             Washington, DC 20008-1728
                                         Ste 820
                                         Greenbelt, MD 20770-1416

Great Jones Capital                      Harold Murnane III                        Innovation Factory
2101 Connecticut Ave, NW, Third Floor    7425 Balto Annapolis Blvd                 1500 Cordova Rd
Washington, DC 20008-1728                Glen Burnie, MD 21061-3507                Fort Lauderdale, FL 33316-2115


Internal Revenue Service                 (p)INTERNAL REVENUE SERVICE               John Gosnell
P.O. Box 7346                            CENTRALIZED INSOLVENCY OPERATIONS         10516 Bridle Lane
Philadelphia, PA 19101-7346              PO BOX 7346                               Potomac, MD 20854-3888
                                         PHILADELPHIA PA 19101-7346


Kenneth Welch                            Luke Kamel                                Jeffery T. Martin
910 M Street NW                          C/O Vanessa Carpenter Lourie, P.C         Martin Law Group, P.C.
Washington, DC 20001-6313                4400 MacArthur Blvd., NW, Suite 205       7918 Jones Branch Drive
                                         Washington, DC 20007-2521                 4th Floor
                                                                                   Mc Lean, VA 22102-3319

Matt Cochran                             Mihir Shah                                Ofc of Corp. Counsel
2725 Connecticut Ave NW Apt 501          500 Regent Place NE                       1 Judiciary Sq.
Washington, DC 20008-5305                Washington, DC 20017-2600                 441 4th St., N.W.
                                                                                   6th Fl. North, Ste 1060
                                                                                   Washington, DC 20001-2714
```

Office of Attorney General
Tax, Bankruptcy, and Finance
One Judiciary Square
441 4th Street, NW
6th Floor
Washington, DC 20001-2714

Charles Paxton Paret
343 First Street
Berryville, VA 22611-1605

PennyMac Mortgage
3043 Townsgate Rd., Ste. 200
Westlake Village, CA 91361-3027

Carlyn Winter Prisk
US Environmental Protection Agency
Region III (3HS62)
1650 Arch St.
Philadelphia, PA 19103-2029

Qassay LLC
1201 Connecticut Ave., Ste. 500B
Washington, DC 20036-2605

Queen Street Partners
500 Regent Place NE
Washington, DC 20017-2600

Rainman Capital LLC
910 M Street NW
Washington, DC 20001-6313

Rappahannock Electric Cooperative
P.O. Box 7388
Fredericksburg, VA 22404-7388

Reddy Parikh Parini Shah
2300 N Street, NW Suite 300
Washington, DC 20037-1194

Ronjeet Reddy
500 Regent Place NE
Washington, DC 20017-2600

Ryan Shandel
1114 8th Street NE
Washington, DC 20002-3623

Secretary of the Treasury
15th and Pennsylvania Aveneu, NW
Washington, DC 20220-0001

Securities and Exchange Commission
Atlanta Regional Office
Office of Reorganization
950 East Paces Ferry Road NE, Ste. 900
Atlanta, GA 30326-1382

Shah Investment Group, LLC
6605 Spring Rd
Springfield, VA 22150-3530

Tara Gorman
5100 Saratoga Ave
Bethesda, MD 20816-3040

Donald Melvin Temple
Donald M. Temple
1310 L Street, N.W.
Suite #750
Washington, DC 20005-4561

Trent Heminger
5605 Durbin Road
Bethesda, MD 20814-1013

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

U.S. Attorney's Office
Civil Division
601 D Street, NW
Washington, DC 20530-0034

U.S. Environmental Protection Agency
US EPA Region 3
Attn: Bettina Dunn, Paralegal Specialist
Office of Regional Counsel
1650 Arch Street (3RC60)
Philadelphia, PA 19103-2029

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

WCP Fund I LLC
c/o Maurice B. VertSandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012-4422

WCP, DP Capital
8401 Greensboro Drive Suite 960
Mc Lean, VA 22102-5149

Wendell W. Webster
Wendell W. Webster, Trustee
1101 Connecticut Avenue, NW
Suite 402
Washington, DC 20036-4303

Welch Limited Partnership
910 M Street NW
Washington, DC 20001-6313

Wells Fargo Auto Loan
P.O. Box 17900
Denver, CO 80217-0900

Wesley Burdette
81 Ladoga Avenue
Tampa, FL 33606-3832

William Trapp
1103 Dale Street
Staunton, VA 24401-2046

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| **Internal Revenue Service**<br>1111 Constitution Ave, NW<br>Washington, DC 20224 | **End of Label Matrix**<br>Mailable recipients    57<br>Bypassed recipients     0<br>**Total**                   57 |