**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In the Matter of:** : | |
| : | |
| **Charles Paxton Paret** : | **Case No. 23-00217-ELG** |
| : | **Chapter 7** |
| Debtor. : | |
| : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John E. Reid, Esq. ("Counsel") hereby appears in the above-captioned bankruptcy case as counsel for Charles Paxton Paret, debtor in this case, and such Counsel hereby enters his appearance, and requests, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules, that copies of all notices and pleadings given or filed in this case be given and served upon:

> John E. Reid
> Martin Law Group, P.C.
> 7918 Jones Branch Dr., 4th Floor
> McLean, VA, 22102 – 3337
> jack@martinlawgroupva.com

Date:  October 17, 2023       **Archway Real Estate Holdings II, LLC**
                              **By Counsel**

                              /s/ John E. Reid
                              Jeffery T. Martin, Jr., Bar No. VA71860
                              John E. Reid, Bar No. 473541
                              Martin Law Group, P.C.
                              7918 Jones Branch Dr., 4th Floor
                              McLean, VA, 22102 – 3337
                              703-223-1822
                              jack@martinlawgroupva.com
                              Counsel for Debtor

## CERTIFICATION OF SERVICE

      I certify that on this 17th day of October, 2023, a true and correct copy of the foregoing was filed electronically with the Court through the ECF filing system with notice being automatically provided to all those entitled to receive the same.

      /s/ John E. Reid
      **John E. Reid**