## United States Bankruptcy Court
### District of District of Columbia

| | | |
|---|---|---|
| In re  Charles Paret | Case No. | 23-00217-ELG |
| Debtor(s) | Chapter | 11 |

## LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of __4__ pages and a total of __34__ entities listed.

2. The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 18, 2023          /s/ Charles Paret
                                 Charles Paret
                                 Signature of Debtor

Software Copyright (c) 1996-2023 Best Case, LLC  - www.bestcase.com                                                    Best Case Bankruptcy

Ask MAM DC LLC  
42 El Camino Real  
Palo Alto, CA 94306

Astute Technologies  
11620 Verna Drive  
Oakton, VA 22124

Brighton KSD LLC  
107 S. West Street, #119  
Alexandria, VA 22314

BSI Financial Services  
PO Box 679002 Lockbox Number 679002  
Dallas, TX 75267-9002

Callicorp LLC  
3975 University Drive, Suite 410  
Fairfax, VA 22030

Dion Davitian  
9201 Kristin Lane  
Fairfax, VA 22032

Dr. Eung Kwom Kim  
C/O J. Chapman Petersen Esq.  
3970 Chain Bridge Road  
Fairfax, VA 22030

EZ Express Loan LLC  
1114 8th Street  
Washington, DC 20002

GJC Private Lending LLC  
2101 Connecticut Ave, NW, Third Floor  
Washington, DC 20008

Great Jones Capital
2101 Connecticut Ave, NW, Third Floor
Washington, DC 20008


Harold Murnane III
7425 Balto Annapolis Blvd
Glen Burnie, MD 21061


Innovation Factory
1500 Cordova Rd
Fort Lauderdale, FL 33316


Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224


John Gosnell
10516 Bridle Lane
Potomac, MD 20854


Kenneth Welch
910 M Street NW
Washington, DC 20005


Luke Kamel
C/O Vanessa Carpenter Lourie, P.C
4400 MacArthur Blvd., NW, Suite 205
Washington, DC 20007


Matt Cochran
2725 Connecticut Ave NW Apt 501
Washington, DC 20008


Mihir Shah
500 Regent Place NE
Washington, DC 20017

```
PennyMac Mortgage
3043 Townsgate Rd., Ste. 200
Westlake Village, CA 91361


Qassay LLC
1201 Connecticut Ave., Ste. 500B
Washington, DC 20009


Queen Street Partners
500 Regent Place NE
Washington, DC 20017


Rainman Capital LLC
910 M Street NW
Washington, DC 20005


Rappahannock Electric Cooperative
P.O. Box 7388
Fredericksburg, VA 22404


Reddy Parikh Parini Shah
2300 N Street, NW Suite 300
Washington, DC 20037


Ronjeet Reddy
500 Regent Place NE
Washington, DC 20017


Ryan Shandel
1114 8th Street NE
Washington, DC 20002


Shah Investment Group, LLC
6605 Spring Rd
Springfield, VA 22150
```

Tara Gorman
5100 Saratoga Ave
Bethesda, MD 20816

Trent Heminger
5605 Durbin Road
Bethesda, MD 20814

WCP, DP Capital
8401 Greensboro Drive Suite 960
Mc Lean, VA 22102

Welch Limited Partnership
910 M Street NW
Washington, DC 20005

Wells Fargo Auto Loan
P.O. Box 17900
Denver, CO 80217

Wesley Burdette
81 Ladoga Avenue
Tampa, FL 33606

William Trapp
1103 Dale Street
Staunton, VA 24401