**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHARLES PAXTON PARET, | ) | Case No. 23-00217-ELG |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |

**AMENDED NOTICE OF MOTION TO CONVERT CASE**
**FROM CHAPTER 7 TO CHAPTER 11 AND OPPORTUNITY TO OBJECT**

**PLEASE TAKE NOTICE** that the Debtor Charles Paxton Paret ("Debtor"), has filed Motion to Convert Case from Chapter 7 to Chapter 11. A copy of the motion and proposed order in support were previously sent to you, and another copy may be obtained by request on undersigned counsel.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion or if you want the court to consider your views on the motion, then on or before November 8, 2023, you or your attorney must:

File with the court a written response explaining your position at:

> U.S. Bankruptcy Court for the District of Columbia
> 333 Constitution Avenue, N.W.
> Washington D.C. 20001

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

> Jeffery T. Martin, Jr., Esq.
> Martin Law Group, P.C.
> 7918 Jones Branch Dr
> 4th Floor
> McLean, VA 22102

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: <u>October 18, 2023</u>　　　　　　　　　　Signature, name, address and telephone number
　　　　　　　　　　　　　　　　　　　　　　　of person giving notice:

　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Jeffery T. Martin, Jr.</u>
　　　　　　　　　　　　　　　　　　　　　　　Jeffery T. Martin, Jr., VSB #71860
　　　　　　　　　　　　　　　　　　　　　　　Martin Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　7918 Jones Branch Dr
　　　　　　　　　　　　　　　　　　　　　　　4th Floor
　　　　　　　　　　　　　　　　　　　　　　　McLean, VA 22102
　　　　　　　　　　　　　　　　　　　　　　　703-223-1822
　　　　　　　　　　　　　　　　　　　　　　　jeff@martinlawgroupva.com
　　　　　　　　　　　　　　　　　　　　　　　Counsel for the Debtor


**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of October 2023, a true copy of the foregoing pleading was sent by CM/ECF to all parties requesting notice (including the United States Trustee) and by first class mail, postage prepaid, to all creditors per the attached matrix.

　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Jeffery T. Martin, Jr.</u>
　　　　　　　　　　　　　　　　　　　　　　　Jeffery T. Martin, Jr.

2