| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 23-00217-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Tue Oct 17 09:43:57 EDT 2023 | 1Sharpe Opportunity Intermediate Trust<br>c/o Maurice B. VerStandig, Esq.<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012-4422 | Ask MAM DC LLC<br>42 El Camino Real<br>Palo Alto, CA 94306 |
| Astute Technologies<br>11620 Verna Drive<br>Oakton, VA 22124-2045 | BSI Financial Services<br>PO Box 679002 Lockbox Number 679002<br>Dallas, TX 75267-9002 | Brighton KSD LLC<br>107 S. West Street, #119<br>Alexandria, VA 22314-2824 |
| Callicorp LLC<br>3975 University Drive, Suite 410<br>Fairfax, VA 22030-2520 | Child Support Services Division<br>Office of the Attorney General<br>Judiciary Square 441 4th Street, NW<br>5th Floor<br>Washington, DC 20001 | D.C. Office of Tax and Revenue<br>Bankruptcy Division<br>1101 4th Street SW<br>Washington, DC 20024-4457 |
| D.C. Unemploy. Comp. Board<br>6th and Penna. Ave., N.W.<br>Washington, DC 20001-2106 | DC Unemploy. Comp. Board<br>609 H St., NE<br>Room 3530367<br>Washington, DC 20002-7184 | DP Capital LLC<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012-4422 |
| Dion Davitian<br>9201 Kristin Lane<br>Fairfax, VA 22032-1810 | District Unemployment Compensation Board<br>4058 Minnesota Ave., NE<br>4th Floor<br>Washington, DC 20019-3540 | Dr. Eung Kwom Kim<br>C/O J. Chapman Petersen Esq.<br>3970 Chain Bridge Road<br>Fairfax, VA 22030-3316 |
| EZ Express Loan LLC<br>1114 8th Street<br>Washington, DC 20002-3623 | Justin Philip Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 | GJC Private Lending LLC<br>2101 Connecticut Ave, NW, Third Floor<br>Washington, DC 20008-1728 |
| Great Jones Capital<br>2101 Connecticut Ave, NW, Third Floor<br>Washington, DC 20008-1728 | Harold Murnane III<br>7425 Balto Annapolis Blvd<br>Glen Burnie, MD 21061-3507 | Innovation Factory<br>1500 Cordova Rd<br>Fort Lauderdale, FL 33316-2115 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | John Gosnell<br>10516 Bridle Lane<br>Potomac, MD 20854-3888 |
| Kenneth Welch<br>910 M Street NW<br>Washington, DC 20001-6313 | Luke Kamel<br>C/O Vanessa Carpenter Lourie, P.C<br>4400 MacArthur Blvd., NW, Suite 205<br>Washington, DC 20007-2521 | Jeffery T. Martin<br>Martin Law Group, P.C.<br>7918 Jones Branch Drive<br>4th Floor<br>Mc Lean, VA 22102-3319 |
| Matt Cochran<br>2725 Connecticut Ave NW Apt 501<br>Washington, DC 20008-5305 | Mihir Shah<br>500 Regent Place NE<br>Washington, DC 20017-2600 | Ofc of Corp. Counsel<br>1 Judiciary Sq.<br>441 4th St., N.W.<br>6th Fl. North, Ste 1060<br>Washington, DC 20001-2714 |

| | | |
|---|---|---|
| Office of Attorney General<br>Tax, Bankruptcy, and Finance<br>One Judiciary Square<br>441 4th Street, NW<br>6th Floor<br>Washington, DC 20001-2714 | Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611-1605 | PennyMac Mortgage<br>3043 Townsgate Rd., Ste. 200<br>Westlake Village, CA 91361-3027 |
| Carlyn Winter Prisk<br>US Environmental Protection Agency<br>Region III (3HS62)<br>1650 Arch St.<br>Philadelphia, PA 19103-2029 | Qassay LLC<br>1201 Connecticut Ave., Ste. 500B<br>Washington, DC 20036-2605 | Queen Street Partners<br>500 Regent Place NE<br>Washington, DC 20017-2600 |
| Rainman Capital LLC<br>910 M Street NW<br>Washington, DC 20001-6313 | Rappahannock Electric Cooperative<br>P.O. Box 7388<br>Fredericksburg, VA 22404-7388 | Reddy Parikh Parini Shah<br>2300 N Street, NW Suite 300<br>Washington, DC 20037-1194 |
| Ronjeet Reddy<br>500 Regent Place NE<br>Washington, DC 20017-2600 | Ryan Shandel<br>1114 8th Street NE<br>Washington, DC 20002-3623 | Secretary of the Treasury<br>15th and Pennsylvania Aveneu, NW<br>Washington, DC 20220-0001 |
| Securities and Exchange Commission<br>Atlanta Regional Office<br>Office of Reorganization<br>950 East Paces Ferry Road NE, Ste. 900<br>Atlanta, GA 30326-1382 | Shah Investment Group, LLC<br>6605 Spring Rd<br>Springfield, VA 22150-3530 | Tara Gorman<br>5100 Saratoga Ave<br>Bethesda, MD 20816-3040 |
| Donald Melvin Temple<br>Donald M. Temple<br>1310 L Street, N.W.<br>Suite #750<br>Washington, DC 20005-4561 | Trent Heminger<br>5605 Durbin Road<br>Bethesda, MD 20814-1013 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| U.S. Attorney's Office<br>Civil Division<br>601 D Street, NW<br>Washington, DC 20530-0034 | U.S. Environmental Protection Agency<br>US EPA Region 3<br>Attn: Bettina Dunn, Paralegal Specialist<br>Office of Regional Counsel<br>1650 Arch Street (3RC60)<br>Philadelphia, PA 19103-2029 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012-4422 |
| WCP Fund I LLC<br>c/o Maurice B. VertSandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 | WCP, DP Capital<br>8401 Greensboro Drive Suite 960<br>Mc Lean, VA 22102-5149 | Wendell W. Webster<br>Wendell W. Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036-4303 |
| Welch Limited Partnership<br>910 M Street NW<br>Washington, DC 20001-6313 | Wells Fargo Auto Loan<br>P.O. Box 17900<br>Denver, CO 80217-0900 | Wesley Burdette<br>81 Ladoga Avenue<br>Tampa, FL 33606-3832 |
| William Trapp<br>1103 Dale Street<br>Staunton, VA 24401-2046 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

End of Label Matrix
Mailable recipients    57
Bypassed recipients     0
Total                  57