**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | |
| **Charles Paxton Paret** | : | **Case No. 23-00217-ELG** |
| | : | **Chapter 7** |
| **Debtor.** | : | |
| | : | |

**ORDER GRANTING DEBTOR'S MOTION TO**
**EXTEND TIME TO FILE SCHEDULES, STATEMENTS**
**OF FINANCIAL AFFAIRS, AND STATEMENT OF INTENTION**

WHEREAS, Debtor is before this Court pursuant to an involuntary petition filed under

Chapter 7 of the Bankruptcy Code on August 4, 2023, with the United States Bankruptcy Court

for the District of Columbia,

WHEREAS, on October 20, 2023, the Debtor filed with the Court a Motion to Extend

Time to File Schedules, Statement of Financial Affairs, and Statement of Intention (the "Motion")

NOW THEREFORE, it is by the United States Bankruptcy Court for the District of

Columbia, ORDERED as follows:

1.      The Motion is granted.

2.      The deadline for the Debtor to file his Schedules, Statement of Financial Affairs,

and Statement of Intention is hereby extended through and including November 6, 2023.

### END OF ORDER

cc:

Maurice B. VerStandig, Esq. Counsel for Petitioning Creditor DP Capital, LLC
mac@mbvesq.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
wwebster@websterfredrickson.com, DC03@ecfcbis.com