**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **CHARLES PAXTON PARET,** ) | **Case No. 23-00217-ELG** |
| ) | **Chapter 7** |
| **Debtor** ) | |
| ) | |

**NOTICE OF HEARING ON APPLICATION TO MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, AND STATEMENT OF INTENTIONS AND OPPORTUNITY TO OBJECT**

**PLEASE TAKE NOTICE** that the Debtor Charles Paxton Paret ("Debtor"), has filed a Motion to Extend Time to File Schedules, Statements of Financial Affairs, and Statement of Intentions. A copy of the motion and proposed order are attached hereto for your reference.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion or if you want the court to consider your views on the motion, then on or before October 27, 2023, you or your attorney must:

X    File with the court a written response explaining your position at:

U.S. Bankruptcy Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Jeffery T. Martin, Jr., Esq.
Martin Law Group, P.C.
7918 Jones Branch Dr
4th Floor
McLean, VA 22102

X    Attend the hearing on the motion scheduled to be held on November 1, 2023, at 10:00 a.m., at the United States Bankruptcy Court, Courtroom 1, 333 Constitution Avenue, N.W. Washington D.C. 20001.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: <u>October 20, 2023</u>         Signature, name, address and telephone number of person giving notice:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. VA71860
John E. Reid, Bar No. 473541
Martin Law Group, P.C.
7918 Jones Branch Dr
4th Floor
McLean, VA 22102
703-223-1822 Office
jeff@martinlawgroupva.com
Counsel for the Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October 2023, a true copy of the foregoing pleading was sent by CM/ECF to all parties requesting notice (including the United States Trustee) and by first class mail, postage prepaid, to the 20 largest creditors and all secured creditors per the attached matrix.

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.