## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of:** : | |
| : | |
| **Charles Paxton Paret** : | Case No. 23-00217-ELG |
| : | **Chapter 7** |
| Debtor. : | |
| : | |

### DEBTOR'S AMENDED MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, AND STATEMENT OF INTENTION

Charles Paxton Paret (the "Debtor"), the debtor herein, by counsel, files this Amended Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Statement of Intention (the "Motion"), and in support thereof, states as follows:

### Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This Motion is a core proceeding within the meaning of 28 U.S.C. § 157.

2. The relief sought with this Motion is based upon section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et. seq. (the "Bankruptcy Code") and rules 1007 and 3015 of the Federal Rules of Bankruptcy Procedure, together with Local Rule 1007-1(d)(2) (the "Bankruptcy Rules").

Jeffery T. Martin, Jr., Bar No.VA71860
John E. Reid, Bar No. 473541
Martin Law Group, P.C.
7918 Jones Branch Dr.
4th Floor
McLean, VA 22102
703-223-1822 Office
jack@martinlawgroupva.com
Counsel for the Debtor

**The Chapter 7 Case**

3.      The Debtor is before this Court pursuant to an involuntary petition filed under Chapter 7 of the Bankruptcy Code on August 4, 2023.

4.      Wendell Webster has been appointed as Chapter 7 Trustee.

5.      The meeting of creditors in this case, initially scheduled for October 5, 2023, has been continued indefinitely pending the court's adjudication of the Debtor's motion to convert to Chapter 11.

**Relief Requested**

6.      Pursuant to 11 U.S.C. § 521(a)(1), a Chapter 7 debtor must file with the applicable court a schedule of all assets and liabilities, a statement of financial affairs, and a statement of intention (the "Schedules and Statements").

7.      Bankruptcy Rule 1007(c) allows the debtor to file his Schedules and Statements within fourteen (14) days of the entry of an order for relief but provides that the Court may extend the deadline to file such documents "for cause."  The Court entered an Amended Order for Relief on October 2, 2023, and the Schedules and Statements were due on October 16, 2023.

8.      This case involves disparate documentation of Debtor's affairs both within Debtor's control and with various third parties.  Debtor has been diligently gathering the required documentation but has not yet completed his investigation.

9.      The Debtor believes he may need an additional fourteen (14) days, or until November 6, 2023, to complete his investigation and file all required documents.

### Conclusion

**WHEREFORE**, the Debtor respectfully requests entry of an order of this Court: (i) extending the deadline for the Debtor to file his Schedules and Statements through and including November 6, 2023; and (ii) granting the Debtor such other and further relief as this Court deems just and proper.

Dated: October 24, 2023                    **Charles Paxton Paret**
                                           **By counsel**


/s/ John E. Reid
Jeffery T. Martin, Jr., Bar No. VA71860
John E. Reid, Bar No. 473541
Martin Law Group, P.C.
7918 Jones Branch Dr.
4th Floor
McLean, VA 22102
703-223-1822 Office
jack@martinlawgroupva.com
Counsel for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, a copy of the foregoing was served by CM/ECF on all parties requesting such notice, including the following attorneys.

Maurice B. VerStandig, Esq.
Counsel for Petitioning Creditor DP Capital, LLC
mac@mbvesq.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
wwebster@websterfredrickson.com, DC03@ecfcbis.com

/s/ John E. Reid
John E. Reid