The order below is hereby signed.

Signed: November 2 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of:** : | |
| : | |
| **Charles Paxton Paret** : | Case No. 23-00217-ELG |
| : | Chapter 7 |
| Debtor. : | |
| : | |

### ORDER GRANTING DEBTOR'S MOTION TO
### EXTEND TIME TO FILE SCHEDULES, STATEMENTS
### OF FINANCIAL AFFAIRS, AND STATEMENT OF INTENTION

WHEREAS, Debtor is before this Court pursuant to an involuntary petition filed under Chapter 7 of the Bankruptcy Code on August 4, 2023, with the United States Bankruptcy Court for the District of Columbia,

WHEREAS, on October 20, 2023, the Debtor filed with the Court a Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Statement of Intention (the "Motion")

NOW THEREFORE, it is by the United States Bankruptcy Court for the District of Columbia, ORDERED as follows:

1. The Motion is granted.

2. The deadline for the Debtor to file his Schedules, Statement of Financial Affairs, and Statement of Intention is hereby extended through and including November 6, 2023.

I ask for this:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
7918 Jones Branch Drive, 4th Floor
Mc Lean, VA 22102
jeff@martinlawgroupva.com
Counsel for the Debtor

**END OF ORDER**

cc:

Maurice B. VerStandig, Esq. Counsel for Petitioning Creditor DP Capital, LLC
mac@mbvesq.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
wwebster@websterfredrickson.com, DC03@ecfcbis.com