**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | |
| **Charles Paxton Paret,** | Case No. 23-00217-ELG |
| **Debtor.** | Chapter 7 |

**NOTICE OF APPEARANCE**

WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Kristen S. Eustis, Trial Attorney, on behalf of Gerard R. Vetter, the Acting United States Trustee, Region Four.

Dated: November 3, 2023

                                           Gerard R. Vetter,
                                           Acting United States Trustee, Region Four

                                           By:  */s/ Kristen S. Eustis*
                                                 Kristen S. Eustis, Bar # MD28984
                                                 Trial Attorney
                                                 Office of United States Trustee
                                                 1725 Duke Street, Suite 650
                                                 Alexandria, VA 22314
                                                 (703) 557-7227 (Direct Dial)
                                                 (202) 934-4173 (Office Cell)
                                                 kristen.s.eustis@usdoj.gov