**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | |
| **Charles Paxton Paret** | : | **Case No. 23-00217-ELG** |
| | : | **Chapter 7** |
| Debtor. | : | |
| | : | |

**ORDER GRANTING DEBTOR'S SECOND MOTION TO
EXTEND TIME TO FILE SCHEDULES, STATEMENTS
OF FINANCIAL AFFAIRS, AND STATEMENT OF INTENTION**

WHEREAS, Debtor is before this Court pursuant to an involuntary petition filed under Chapter 7 of the Bankruptcy Code on August 4, 2023, with the United States Bankruptcy Court for the District of Columbia,

WHEREAS, on November 7, 2023, the Debtor filed with the Court a Second Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Statement of Intention (the "Motion")

NOW THEREFORE, it is by the United States Bankruptcy Court for the District of Columbia, ORDERED as follows:

1.  The Motion is granted.

2.  The deadline for the Debtor to file his Schedules, Statement of Financial Affairs, and Statement of Intention is hereby extended through and including November 14, 2023.

I ask for this:

/s/ John E. Reid_____
Jeffery T. Martin, Jr., Bar No. VA71860
John E. Reid, Bar No. 473541
Martin Law Group, P.C.
7918 Jones Branch Drive, 4th Floor
Mc Lean, VA 22102
jack@martinlawgroupva.com
Counsel for the Debtor

**END OF ORDER**

cc:

Maurice B. VerStandig, Esq. Counsel for Petitioning Creditor DP Capital, LLC
mac@mbvesq.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
wwebster@websterfredrickson.com, DC03@ecfcbis.com