Ask MAM DC LLC  
42 El Camino Real  
Palo Alto, CA 94306  

Astute Technologies  
11620 Verna Drive  
Oakton, VA 22124  

Brighton KSD LLC  
107 S. West Street, #119  
Alexandria, VA 22314  

BSI Financial Services  
PO Box 679002 Lockbox Number 679002  
Dallas, TX 75267-9002  

Callicorp LLC  
3975 University Drive, Suite 410  
Fairfax, VA 22030  

Dion Davitian  
9201 Kristin Lane  
Fairfax, VA 22032  

Dr. Eung Kwom Kim  
C/O J. Chapman Petersen Esq.  
3970 Chain Bridge Road  
Fairfax, VA 22030  

EZ Express Loan LLC  
1114 8th Street  
Washington, DC 20002  

GJC Private Lending LLC  
2101 Connecticut Ave, NW, Third Floor  
Washington, DC 20008

Great Jones Capital
2101 Connecticut Ave, NW, Third Floor
Washington, DC 20008

Harold Murnane III
7425 Balto Annapolis Blvd
Glen Burnie, MD 21061

Innovation Factory
1500 Cordova Rd
Fort Lauderdale, FL 33316

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

John Gosnell
10516 Bridle Lane
Potomac, MD 20854

Kenneth Welch
910 M Street NW
Washington, DC 20005

Luke Kamel
C/O Vanessa Carpenter Lourie, P.C
4400 MacArthur Blvd., NW, Suite 205
Washington, DC 20007

Matt Cochran
2725 Connecticut Ave NW Apt 501
Washington, DC 20008

Mihir Shah
500 Regent Place NE
Washington, DC 20017

PennyMac Mortgage
3043 Townsgate Rd., Ste. 200
Westlake Village, CA 91361


Qassay LLC
1201 Connecticut Ave., Ste. 500B
Washington, DC 20009


Queen Street Partners
500 Regent Place NE
Washington, DC 20017


Rainman Capital LLC
910 M Street NW
Washington, DC 20005


Rappahannock Electric Cooperative
P.O. Box 7388
Fredericksburg, VA 22404


Reddy Parikh Parini Shah
2300 N Street, NW Suite 300
Washington, DC 20037


Ronjeet Reddy
500 Regent Place NE
Washington, DC 20017


Ryan Shandel
1114 8th Street NE
Washington, DC 20002


Shah Investment Group, LLC
6605 Spring Rd
Springfield, VA 22150

Tara Gorman
5100 Saratoga Ave
Bethesda, MD 20816


Trent Heminger
5605 Durbin Road
Bethesda, MD 20814


WCP, DP Capital
8401 Greensboro Drive Suite 960
Mc Lean, VA 22102


Welch Limited Partnership
910 M Street NW
Washington, DC 20005


Wells Fargo Auto Loan
P.O. Box 17900
Denver, CO 80217


Wesley Burdette
81 Ladoga Avenue
Tampa, FL 33606


William Trapp
1103 Dale Street
Staunton, VA 24401