UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

    Charles Paxton Paret    Chapter 7
                                  Case No. 23-00217-ELG

    Debtor

_____

**NOTICE OF APPEARANCE**

    Please take notice that Orlans PC has been retained as Attorney for Creditor, Servis One, Inc. dba BSI Financial Services, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  November 13, 2023

                                Respectfully submitted,

                                /s/Daniel K. Eisenhauer_____
                                Daniel K. Eisenhauer, Bar #888314169
                                Orlans PC
                                PO Box 2548
                                Leesburg, VA 20177
                                (703) 777-7101
                                Attorneys for Servis One, Inc. dba BSI Financial
                                Services
                                deisenhauer@orlans.com

Daniel K. Eisenhauer, Bar #888314169
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

## **CERTIFICATE OF SERVICE**

The undersigned states that on November 13, 2023, copies of the foregoing Notice of Appearance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Wendell W. Webster
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036
*Bankruptcy Trustee*

Jeffery T. Martin
Martin Law Group, P.C.
7918 Jones Branch Drive
4th Floor
McLean, VA 22102
jeff@martinlawgroupva.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Appearance to the following non-ECF participants:

Charles Paxton Paret
343 First Street
Berryville, VA 22611
*Debtor*

/s/Daniel K. Eisenhauer
Daniel K. Eisenhauer, Esquire