**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re:                                             )
                                                   )
CHARLES PAXTON PARET              )   Case No. 23-00217
                                                   )   Chapter 11
    Debtor-in-Possession.         )
_____)

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Alan D. Eisler on behalf of creditor, Calliecorp, L.L.C., and send copies of all pleadings, notices, and orders to:

    Alan D. Eisler
    Eisler Hamilton, LLC
    1 Research Court, Suite 450
    Rockville, MD 20850
    Phone: (240) 283-1164
    Email: aeisler@e-hlegal.com

    EISLER HAMILTON, LLC

    By: /s/ Alan D. Eisler
    Alan D. Eisler, D.C. Bar 435054
    1 Research Court, Suite 450
    Rockville, MD 20850
    Phone: (240) 283-1164
    Fax: (301) 519-8005
    Email: aeisler@e-hlegal.com
    Attorneys for Calliecorp, L.L.C.

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, copies of the Notice of Appearance were sent by CM/ECF to:

Jeffrey T. Martin at jeff@martinlawgroupva.com
John E. Reid at jack@martinlawgroupva.com
Donald Melvin Temple at dtemplelaw@gmail.com
Maurice Belmont Verstandig at mac@mbvesq.com
Justin Philip Fasano at jfasano@mhlawyers.com
Kristen S. Eustis at kristen.s.eustis@usdoj.gov


 /s/ Alan D. Eisler
Alan D. Eisler