The order below is hereby signed.

Signed: November 22 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | |
| **Charles Paxton Paret** | : | **Case No. 23-00217-ELG** |
| | : | **Chapter 7** |
| Debtor. | : | |
| | : | |

### ORDER GRANTING DEBTOR'S SECOND MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, AND STATEMENT OF INTENTION

WHEREAS, Debtor is before this Court pursuant to an involuntary petition filed under Chapter 7 of the Bankruptcy Code on August 4, 2023, with the United States Bankruptcy Court for the District of Columbia,

WHEREAS, on November 7, 2023, the Debtor filed with the Court a Second Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Statement of Intention (the "Motion")

NOW THEREFORE, it is by the United States Bankruptcy Court for the District of Columbia, ORDERED as follows:

1. The Motion is granted.

2. The deadline for the Debtor to file his Schedules, Statement of Financial Affairs, and Statement of Intention is hereby extended through and including November 15, 2023.

I ask for this:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
jeff@martinlawgroupva.com
Counsel for the Debtor

**END OF ORDER**

cc:

Maurice B. VerStandig, Esq. Counsel for Petitioning Creditors
mac@mbvesq.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
wwebster@websterfredrickson.com, DC03@ecfcbis.com