The order below is hereby signed.

Signed: November 22 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | |
| Charles Paxton Paret, | : | Case No. 23-00217-ELG |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | |

### ORDER CONVERTING FROM CHAPTER 7
### TO A CASE UNDER CHAPTER 11
### ON THE MOTION OF DEBTOR

UPON CONSIDERATION of the request for conversion made by the Debtor, and it appearing that this case has not previously been converted and that 11 U.S.C. § 706(a) grants Debtor the right to convert a case from Chapter 7 to Chapter 11, it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the above−captioned case under Chapter 7 is converted to a case under Chapter 11.

I ask for this:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
jeff@martinlawgroupva.com
Counsel for the Debtor

Seen and no objection:

/s/ Justin Philip Fasano
Justin Philip Fasano, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070
301-441-2420
jfasano@mhlawyers.com
Counsel to Wendell W. Webster, Chapter 7 Trustee


Seen and no objection:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
301-444-4600
mac@mbvesq.com
Counsel to petitioning creditors


**END OF ORDER**

cc:
Debtor
Debtor's Counsel
Chapter 7 trustee
U.S. Trustee
Creditors