The order below is hereby signed.

Signed: November 22 2023

*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of:** : | |
| : | |
| **Charles Paxton Paret,** : | **Case No. 23-00217-ELG** |
| : | **Chapter 7** |
| Debtor. : | |
| : | |

### ORDER CONVERTING FROM CHAPTER 7
### TO A CASE UNDER CHAPTER 11
### ON THE MOTION OF DEBTOR

UPON CONSIDERATION of the request for conversion made by the Debtor, and it appearing that this case has not previously been converted and that 11 U.S.C. § 706(a) grants Debtor the right to convert a case from Chapter 7 to Chapter 11, it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the above−captioned case under Chapter 7 is converted to a case under Chapter 11.

I ask for this:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
jeff@martinlawgroupva.com
Counsel for the Debtor

Seen and no objection:

/s/ Justin Philip Fasano
Justin Philip Fasano, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070
301-441-2420
jfasano@mhlawyers.com
Counsel to Wendell W. Webster, Chapter 7 Trustee


Seen and no objection:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
301-444-4600
mac@mbvesq.com
Counsel to petitioning creditors


**END OF ORDER**

cc:
Debtor
Debtor's Counsel
Chapter 7 trustee
U.S. Trustee
Creditors

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00217-ELG

Charles Paxton Paret  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 3
Date Rcvd: Nov 22, 2023  Form ID: pdf001  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 772751 | | Ask MAM DC LLC, 42 El Camino Real, Palo Alto, CA 94306 |
| 772752 | + | Astute Technologies, 11620 Verna Drive, Oakton, VA 22124-2045 |
| 772754 | | BSI Financial Services, PO Box 679002 Lockbox Number 679002, Dallas, TX 75267-9002 |
| 772753 | + | Brighton KSD LLC, 107 S. West Street, #119, Alexandria, VA 22314-2824 |
| 772755 | + | Callicorp LLC, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 773675 | + | Calliecorp, L.L.C., c/o Zach Hillerson, 11 Battletown Drive, Berryville, VA 22611-9500 |
| 772756 | + | Dion Davitian, 9201 Kristin Lane, Fairfax, VA 22032-1810 |
| 772757 | + | Dr. Eung Kwom Kim, C/O J. Chapman Petersen Esq., 3970 Chain Bridge Road, Fairfax, VA 22030-3316 |
| 772758 | + | EZ Express Loan LLC, 1114 8th Street, Washington, DC 20002-3623 |
| 772759 | + | GJC Private Lending LLC, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772760 | + | Great Jones Capital, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772761 | + | Harold Murnane III, 7425 Balto Annapolis Blvd, Glen Burnie, MD 21061-3507 |
| 772762 | + | Innovation Factory, 1500 Cordova Rd, Fort Lauderdale, FL 33316-2115 |
| 772764 | + | John Gosnell, 10516 Bridle Lane, Potomac, MD 20854-3888 |
| 772765 | + | Kenneth Welch, 910 M Street NW, Washington, DC 20001-6313 |
| 772766 | + | Luke Kamel, C/O Vanessa Carpenter Lourie, P.C, 4400 MacArthur Blvd., NW, Suite 205, Washington, DC 20007-2521 |
| 772767 | + | Matt Cochran, 2725 Connecticut Ave NW Apt 501, Washington, DC 20008-5305 |
| 772768 | + | Mihir Shah, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772769 | + | PennyMac Mortgage, 3043 Townsgate Rd., Ste. 200, Westlake Village, CA 91361-3027 |
| 772770 | + | Qassay LLC, 1201 Connecticut Ave., Ste. 500B, Washington, DC 20036-2605 |
| 772771 | + | Queen Street Partners, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772772 | + | Rainman Capital LLC, 910 M Street NW, Washington, DC 20001-6313 |
| 772773 | + | Rappahannock Electric Cooperative, P.O. Box 7388, Fredericksburg, VA 22404-7388 |
| 772774 | + | Reddy Parikh Parini Shah, 2300 N Street, NW Suite 300, Washington, DC 20037-1194 |
| 772775 | + | Ronjeet Reddy, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772776 | + | Ryan Shandel, 1114 8th Street NE, Washington, DC 20002-3623 |
| 772777 | + | Shah Investment Group, LLC, 6605 Spring Rd, Springfield, VA 22150-3530 |
| 772778 | + | Tara Gorman, 5100 Saratoga Ave, Bethesda, MD 20816-3040 |
| 772779 | + | Trent Heminger, 5605 Durbin Road, Bethesda, MD 20814-1013 |
| 773704 | + | United Bank, 11185 Fairfax Blvd, Fairfax, VA 22030-5087 |
| 772780 | + | WCP, DP Capital, 8401 Greensboro Drive Suite 960, Mc Lean, VA 22102-5149 |
| 772781 | + | Welch Limited Partnership, 910 M Street NW, Washington, DC 20001-6313 |
| 772783 | #+ | Wesley Burdette, 81 Ladoga Avenue, Tampa, FL 33606-3832 |
| 772784 | + | William Trapp, 1103 Dale Street, Staunton, VA 24401-2046 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 772763 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 22 2023 22:15:00 | Internal Revenue Service, 1111 Constitution Ave, NW, Washington, DC 20224 |
| 772782 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 22 2023 22:21:41 | Wells Fargo Auto Loan, P.O. Box 17900, Denver, CO 80217-0900 |

District/off: 0090-1 User: admin Page 2 of 3
Date Rcvd: Nov 22, 2023 Form ID: pdf001 Total Noticed: 36
TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Creditor Calliecorp L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Servis One Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com |
| Donald Melvin Temple | on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com |
| Donald Melvin Temple | on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com |
| Jeffery T. Martin | on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com |
| John E. Reid | on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

District/off: 0090-1 User: admin Page 3 of 3
Date Rcvd: Nov 22, 2023 Form ID: pdf001 Total Noticed: 36

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
    wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 15