| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Charles Paxton Paret**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0319<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   United States Bankruptcy Court for the District of Columbia | | Date case filed in chapter:   7   8/4/23 | |
| Case number:   23–00217–ELG | | Date case converted to chapter:   11   11/22/23 | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Charles Paxton Paret | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 343 First Street<br>Berryville, VA 22611 | |
| 4. | **Debtor's attorney**<br>Name and address | Donald Melvin Temple<br>Donald M. Temple<br>1310 L Street, N.W.<br>Suite #750<br>Washington, DC 20005 | Contact phone  202–628–1101<br><br>Email  Dtemplelaw@gmail.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br><br>Contact phone  (202) 354–3280<br><br>Date: 11/28/23 |

**For more information, see page 2 >**

Debtor  **Charles Paxton Paret**                                                                     Case number **23‑00217‑ELG**

| | | |
|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007–1. | **December 20, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Telephone #: (877) 465–7076,**<br>**Passcode: 7191296** |
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is:  2/20/24.**<br><br>**Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 3/29/24<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.<br><br>**Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors | |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

United States Bankruptcy Court

District of Columbia

In re:

Charles Paxton Paret

    Debtor

Case No. 23-00217-ELG

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1              User: admin              Page 1 of 3

Date Rcvd: Nov 28, 2023           Form ID: 309E1            Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605 |
| aty | + | Jeffery T. Martin, Martin Law Group, P.C., 8065 Leesburg Pike, Ste 750, Vienna, VA 22182-2702 |
| aty | + | John E. Reid, Martin Law Group, P.C., 8065 Leesburg Pike, Suite 750, Vienna, VA 22182-2702 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 772751 | | Ask MAM DC LLC, 42 El Camino Real, Palo Alto, CA 94306 |
| 772752 | + | Astute Technologies, 11620 Verna Drive, Oakton, VA 22124-2045 |
| 772754 | | BSI Financial Services, PO Box 679002 Lockbox Number 679002, Dallas, TX 75267-9002 |
| 772753 | + | Brighton KSD LLC, 107 S. West Street, #119, Alexandria, VA 22314-2824 |
| 772755 | + | Callicorp LLC, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 773675 | + | Calliecorp, L.L.C., c/o Zach Hillerson, 11 Battletown Drive, Berryville, VA 22611-9500 |
| 772756 | + | Dion Davitian, 9201 Kristin Lane, Fairfax, VA 22032-1810 |
| 772757 | + | Dr. Eung Kwom Kim, C/O J. Chapman Petersen Esq., 3970 Chain Bridge Road, Fairfax, VA 22030-3316 |
| 772758 | + | EZ Express Loan LLC, 1114 8th Street, Washington, DC 20002-3623 |
| 772759 | + | GJC Private Lending LLC, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772760 | + | Great Jones Capital, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772761 | + | Harold Murnane III, 7425 Balto Annapolis Blvd, Glen Burnie, MD 21061-3507 |
| 772762 | + | Innovation Factory, 1500 Cordova Rd, Fort Lauderdale, FL 33316-2115 |
| 772764 | + | John Gosnell, 10516 Bridle Lane, Potomac, MD 20854-3888 |
| 772765 | + | Kenneth Welch, 910 M Street NW, Washington, DC 20001-6313 |
| 772766 | + | Luke Kamel, C/O Vanessa Carpenter Lourie, P.C, 4400 MacArthur Blvd., NW, Suite 205, Washington, DC 20007-2521 |
| 772767 | + | Matt Cochran, 2725 Connecticut Ave NW Apt 501, Washington, DC 20008-5305 |
| 772768 | + | Mihir Shah, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772769 | + | PennyMac Mortgage, 3043 Townsgate Rd., Ste. 200, Westlake Village, CA 91361-3027 |
| 772770 | + | Qassay LLC, 1201 Connecticut Ave., Ste. 500B, Washington, DC 20036-2605 |
| 772771 | + | Queen Street Partners, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772772 | + | Rainman Capital LLC, 910 M Street NW, Washington, DC 20001-6313 |
| 772773 | + | Rappahannock Electric Cooperative, P.O. Box 7388, Fredericksburg, VA 22404-7388 |
| 772774 | + | Reddy Parikh Parini Shah, 2300 N Street, NW Suite 300, Washington, DC 20037-1194 |
| 772775 | + | Ronjeet Reddy, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772776 | + | Ryan Shandel, 1114 8th Street NE, Washington, DC 20002-3623 |
| 772777 | + | Shah Investment Group, LLC, 6605 Spring Rd, Springfield, VA 22150-3530 |
| 772778 | + | Tara Gorman, 5100 Saratoga Ave, Bethesda, MD 20816-3040 |
| 772779 | + | Trent Heminger, 5605 Durbin Road, Bethesda, MD 20814-1013 |
| 773704 | + | United Bank, 11185 Fairfax Blvd, Fairfax, VA 22030-5087 |
| 772780 | + | WCP, DP Capital, 8401 Greensboro Drive Suite 960, Mc Lean, VA 22102-5149 |
| 772781 | + | Welch Limited Partnership, 910 M Street NW, Washington, DC 20001-6313 |
| 772783 | #+ | Wesley Burdette, 81 Ladoga Avenue, Tampa, FL 33606-3832 |
| 772784 | + | William Trapp, 1103 Dale Street, Staunton, VA 24401-2046 |

TOTAL: 38

District/off: 0090-1                              User: admin                                    Page 2 of 3

Date Rcvd: Nov 28, 2023                          Form ID: 309E1                                 Total Noticed: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: Dtemplelaw@gmail.com | Nov 28 2023 22:05:00 | Donald Melvin Temple, Donald M. Temple, 1310 L Street, N.W., Suite #750, Washington, DC 20005 |
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 28 2023 22:05:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| smg | + | EDI: DCGOVT | Nov 29 2023 03:08:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | + | Email/Text: angela.coleman@dc.gov | Nov 28 2023 22:05:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Nov 28 2023 22:02:01 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | EDI: IRS.COM | Nov 29 2023 03:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Nov 28 2023 22:02:04 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Nov 28 2023 22:05:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Nov 28 2023 22:05:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Nov 28 2023 22:05:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 28 2023 22:05:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 772782 | + | EDI: WFFC2 | Nov 29 2023 03:08:00 | Wells Fargo Auto Loan, P.O. Box 17900, Denver, CO 80217-0900 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 772763 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1111 Constitution Ave, NW, Washington, DC 20224 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Creditor Calliecorp  L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Servis One  Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com |
| Donald Melvin Temple | on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com |
| Donald Melvin Temple | on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com |
| Jeffery T. Martin | on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com  Martin.JefferyT.B119228@notify.bestcase.com |
| John E. Reid | on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 14