**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Case No. 23-00217-ELG |
| CHARLES PAXTON PARET, | |
| Debtor. | Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Gregory Mullen and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of PennyMac Loan Services, LLC ("Creditor"), in the above-captioned case related to the property located at 98 East Fairfax St, Berryville, VA 22611 and the loan number ending XXXXXX4567 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Gregory Mullen
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
bankruptcy@bww-law.com

Respectfully Submitted,

Dated: <u>December 1, 2023</u>

_____<u>/s/ Gregory C. Mullen</u>_____
Gregory Mullen, Bar No. MD0020
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

U. S. Trustee                                  Jeffery T. Martin, Esq.

I hereby further certify that on this 1st day of December, 2023, a copy of the foregoing Notice of Appearance was also mailed first class mail, postage prepaid, to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

_____<u>/s/  Gregory C. Mullen</u>_____
Gregory Mullen, *Attorney for the Creditor*