**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00217-ELG |
| **Charles Paxton Paret**<br>Debtor(s). | Chapter 11 |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 1/10/2024 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

> For the Court:
> Angela D. Caesar
> BY: AM
> Dated: 12/4/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.