UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

IN RE

CHARLES PAXTON PARET

Debtor(s)

Chapter 11
Case NO. 23-00217-ELG

## NOTICE ENTERING APPEARANCE AND REQUEST FOR ALL NOTICES

Dear Clerk:

Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES..  Please add my name to the mailing matrix and send all notices to:

Mark D. Meyer, Esq.
4340 East West Highway, Suite 600
Bethesda, MD 20814

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of December, 2023, a copy of the foregoing Notice Entering appearance was mailed, first class postage prepaid, or emailed, to the following:

U.S.Trustee

U.S. Trustee for Region Four
U.S. Trustee's Office
1725 Duke Street, Suite 650101 Constitution Avenue NW, Suite 900
Alexandria, VA 22314

Jeffery T. Martin
8065 Leesburg Pike, Suite 750

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 23-002022-VA-B-1

Vienna, VA 22182

Charles Paxton Paret

343 First Street

Berryville, VA 22611

   /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000