**22NTCHRG**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| In re: | Case No. 23-00217-ELG |
|---|---|
| **Charles Paxton Paret**<br>Debtor(s). | Chapter 11 |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 1/10/2024 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

    For the Court:
    Angela D. Caesar
    BY: AM
    Dated: 12/4/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.

United States Bankruptcy Court

District of Columbia

In re:   Case No. 23-00217-ELG

Charles Paxton Paret   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1   User: admin   Page 1 of 3
Date Rcvd: Dec 04, 2023   Form ID: pdf001   Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| ptcrd | + | 1Sharpe Opportunity Intermediate Trust, c/o Maurice B. VerStandig, Esq., 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| ptcrd | + | DP Capital LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| cr | + | PENNYMAC LOAN SERVICES, LLC, BWW Law Group, LLC., 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| ptcrd | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |
| 772751 | | Ask MAM DC LLC, 42 El Camino Real, Palo Alto, CA 94306 |
| 772752 | + | Astute Technologies, 11620 Verna Drive, Oakton, VA 22124-2045 |
| 772754 | | BSI Financial Services, PO Box 679002 Lockbox Number 679002, Dallas, TX 75267-9002 |
| 772753 | + | Brighton KSD LLC, 107 S. West Street, #119, Alexandria, VA 22314-2824 |
| 772755 | + | Callicorp LLC, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 773675 | + | Calliecorp, L.L.C., c/o Zach Hillerson, 11 Battletown Drive, Berryville, VA 22611-9500 |
| 772756 | + | Dion Davitian, 9201 Kristin Lane, Fairfax, VA 22032-1810 |
| 772757 | + | Dr. Eung Kwom Kim, C/O J. Chapman Petersen Esq., 3970 Chain Bridge Road, Fairfax, VA 22030-3316 |
| 772758 | + | EZ Express Loan LLC, 1114 8th Street, Washington, DC 20002-3623 |
| 772759 | + | GJC Private Lending LLC, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772760 | + | Great Jones Capital, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772761 | + | Harold Murnane III, 7425 Balto Annapolis Blvd, Glen Burnie, MD 21061-3507 |
| 772762 | + | Innovation Factory, 1500 Cordova Rd, Fort Lauderdale, FL 33316-2115 |
| 772764 | + | John Gosnell, 10516 Bridle Lane, Potomac, MD 20854-3888 |
| 772765 | + | Kenneth Welch, 910 M Street NW, Washington, DC 20001-6313 |
| 772766 | + | Luke Kamel, C/O Vanessa Carpenter Lourie, P.C., 4400 MacArthur Blvd., NW, Suite 205, Washington, DC 20007-2521 |
| 772767 | + | Matt Cochran, 2725 Connecticut Ave NW Apt 501, Washington, DC 20008-5305 |
| 772768 | + | Mihir Shah, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772769 | + | PennyMac Mortgage, 3043 Townsgate Rd., Ste. 200, Westlake Village, CA 91361-3027 |
| 772770 | + | Qassay LLC, 1201 Connecticut Ave., Ste. 500B, Washington, DC 20036-2605 |
| 772771 | + | Queen Street Partners, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772772 | + | Rainman Capital LLC, 910 M Street NW, Washington, DC 20001-6313 |
| 772773 | + | Rappahannock Electric Cooperative, P.O. Box 7388, Fredericksburg, VA 22404-7388 |
| 772774 | + | Reddy Parikh Parini Shah, 2300 N Street, NW Suite 300, Washington, DC 20037-1194 |
| 772775 | + | Ronjeet Reddy, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772776 | + | Ryan Shandel, 1114 8th Street NE, Washington, DC 20002-3623 |
| 772777 | + | Shah Investment Group, LLC, 6605 Spring Rd, Springfield, VA 22150-3530 |
| 772778 | + | Tara Gorman, 5100 Saratoga Ave, Bethesda, MD 20816-3040 |
| 772779 | + | Trent Heminger, 5605 Durbin Road, Bethesda, MD 20814-1013 |
| 773704 | + | United Bank, 11185 Fairfax Blvd, Fairfax, VA 22030-5087 |
| 772780 | + | WCP, DP Capital, 8401 Greensboro Drive Suite 960, Mc Lean, VA 22102-5149 |
| 772781 | + | Welch Limited Partnership, 910 M Street NW, Washington, DC 20001-6313 |
| 772784 | + | William Trapp, 1103 Dale Street, Staunton, VA 24401-2046 |

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2023 | Form ID: pdf001 | Total Noticed: 47 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: angela.coleman@dc.gov | Dec 04 2023 22:17:10 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ MEBN | Dec 04 2023 22:07:46 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2023 22:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ MEBN | Dec 04 2023 22:07:48 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | Email/Text: karen.brown@treasury.gov | Dec 04 2023 22:17:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | Email/Text: atlreorg@sec.gov | Dec 04 2023 22:17:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + Email/Text: USADC.BankruptcyNotices@usdoj.gov | Dec 04 2023 22:17:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 772782 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 04 2023 22:16:34 | Wells Fargo Auto Loan, P.O. Box 17900, Denver, CO 80217-0900 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Servis One, Inc. dba BSI Financial Services |
| cr | *+ | Calliecorp, L.L.C, c/o Zach Hillerson, 11 Battletown Drive, Berryville, VA 22611-9500 |
| 772763 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1111 Constitution Ave, NW, Washington, DC 20224 |
| 772783 | ##+ | Wesley Burdette, 81 Ladoga Avenue, Tampa, FL 33606-3832 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 06, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

Case 23-00217-ELG    Doc 61    Filed 12/06/23    Entered 12/07/23 00:05:46    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0090-1 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 04, 2023 | Form ID: pdf001 | Total Noticed: 47 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alan D. Eisler | on behalf of Creditor Calliecorp L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Servis One Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com |
| Donald Melvin Temple | on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com |
| Donald Melvin Temple | on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com |
| Gregory C Mullen | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com |
| Jeffery T. Martin | on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com |
| John E. Reid | on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 15