IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00217-ELG |
| | (Chapter 11) |
| CHARLES PAXTON PARET | |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
AND SERVICE OF PAPERS**

TO THE CLERK OF THE COURT:

Please take notice that the undersigned counsel hereby enters her appearance on behalf of LUKE KAMEL, a creditor in the above-captioned Chapter 11 case. In accordance with 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002, 3017(a) and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully requests that all notices given, or required to be given, be served on the undersigned attorney at the following address:

>Vanessa Carpenter Lourie, Esquire
>4400 MacArthur Blvd., N.W.
>Suite 205
>Washington, D.C. 20007-2521
>vlourie@carpenterlourie.com

Please take further notice that, in accordance with the applicable rules, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and

notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by any means which effect, or seek to effect, in any way any rights or interests of Luke Kamel.

Dated:  December 13, 2023

>Respectfully submitted,
>
>*/s/ Vanessa Carpenter Lourie*
>Vanessa Carpenter Lourie, #250068
>4400 MacArthur Blvd., N.W.
>Suite 205
>Washington, D.C. 20007-2521
>(202) 342-8000 (Office)
>(202) 342-9000 (Facsimile)
>vlourie@carpenterlourie.com
>Counsel for Creditor
>Luke Kamel

### CERTIFICATE OF SERVICE

I hereby certify that on this December 13, 2023 a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers was eServed via the Court's CM/ECF electronic case filing system.

>*/s/ Vanessa Carpenter Lourie*
>Vanessa Carpenter Lourie, Esquire