IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CHARLES PAXTON PARET,** | ) | Case No. 23-00217-ELG |
| | ) | Chapter 11 |
| **Debtor** | ) | |
| | ) | |

**APPLICATION TO EMPLOY LEGAL COUNSEL**

COMES NOW, Charles Paxton Paret ("Debtor"), by counsel, and respectfully represents the following in support of its Application to Employ Martin Law Group, P.C. ("Counsel") as its legal counsel in this Chapter 7 proceeding:

1. The Debtor is before this Court pursuant to an involuntary petition filed under Chapter 7 of the Bankruptcy Code on August 4, 2023.

2. The Debtor has retained Jeffery T. Martin, Jr., Esq. and the Martin Law Group, P.C. as counsel.

3. Compensation of Counsel shall be based on the usual hourly rates for attorney time established from time to time by Counsel for matters of this kind, which rates presently are $475.00 per hour for attorney time. Debtor has offered payment of an initial retainer in the amount of $15,000.00 to Counsel in connection with this proceeding, to be paid as follows:

   - $5,000.00 paid by Charles Paxton Paret on or about October 3, 2023;

   - $10,000.00 paid by Charles Paxton Paret on or before October 4, 2023; and

Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-223-1822 Office
703-474-3436 Cell
Jeff@martinlawgroupva.com
Counsel for the Debtor

- An additional $10,000.00 shall be paid every two (2) weeks thereafter by paid by Charles Paxton Paret to replenish Debtor's retainer.

4. Other than as set forth herein, Counsel has no connection with the Debtor, the U.S. Trustee, or with any party in interest in connection with this case, or their respective attorneys or accountants, and represents no interest adverse to the Debtor or its estate in the matters upon which they are to be engaged by the Debtor.

5. Employment would be in the best interests of the Debtor and its creditors as a whole.

6. A Verified Statement of Counsel pursuant to Bankruptcy Rule 2014 is attached hereto as **Exhibit A**.

7. A copy of a signed Engagement Letter setting forth the terms of Counsel's employment is attached hereto as **Exhibit B**.

WHEREFORE, the Debtor prays that this Court authorize the employment and compensation of the law firm of Martin Law Group, P.C. as counsel for the Debtor, that such employment be approved from September 28, 2023, and for such other and further relief as this Court may deem appropriate.

**Charles Paxton Paret**
**By counsel**

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-223-1822 Office
703-474-3436 Cell
Jeff@martinlawgroupva.com
Counsel for the Debtor

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of January 2024, a true copy of the foregoing pleading was sent by CM/ECF to all parties requesting notice (including the United States Trustee) and by first class mail, postage prepaid, to the 20 largest creditors and all secured creditors per the attached matrix.

                                            /s/ Jeffery T. Martin, Jr.
                                            Jeffery T. Martin, Jr.