# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CHARLES PAXTON PARET,** ) | Case No. 23-00217-ELG |
| ) | Chapter 11 |
| **Debtor** ) | |
| ) | |

## VERIFIED STATEMENT OF COUNSEL
## PURSUANT TO BANKRUPTCY RULE 2014

Jeffery T. Martin, on behalf of Martin Law Group, P.C. ("Counsel"), hereby states as follows:

1. He is a principal and officer of Counsel and is authorized to make this Verified Statement on its behalf.

2. Counsel is the law firm sought to be appointed and compensated as counsel for Charles Paxton Paret, the above-named debtor (the "Debtor"), in the Application with which this Verified Statement is filed.

3. No agreement or understanding exists between Counsel or any other person for a division of the compensation to be received by Counsel for its services rendered herein, and no such division of compensation shall be made by Counsel.

4. To the best of Counsel's information and belief and other than as set forth herein, Counsel has no connection with the Debtor or its related interests, nor with any other party in

Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-223-1822 Office
703-474-3436 Cell
jeff@martinlawgroupva.com
Counsel for the Debtor

interest in connection with this case, their respective attorney or accountant, and it represents no interest adverse to the Debtor or its estate.

     5.     None of the attorneys employed by Counsel are related by either blood or marriage to any employee of the Office of the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-223-1822 Office
703-474-3436 Cell
jeff@martinlawgroupva.com
Counsel for the Debtor