## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CHARLES PAXTON PARET,** | ) | **Case No. 23-00217-ELG** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| | ) | |

### NOTICE OF APPLICATION TO EMPLOY LEGAL COUNSEL,

**PLEASE TAKE NOTICE** that the Debtor Charles Paxton Paret ("Debtor"), has filed an Application to Employ Counsel.  A copy of the application, proposed order, and verified statement in support are attached hereto for your reference.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application to Employ Legal Counsel for the Debtor or if you want the court to consider your views on the Application, then on or before January 24, 2024, you or your attorney must:

File with the court a written response explaining your position at:

U.S. Bankruptcy Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Jeffery T. Martin, Jr., Esq.
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.


Date:  January 10, 2024

Signature, name, address and telephone number of person giving notice:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-223-1822 Office
703-474-3436 Cell
jeff@martinlawgroupva.com
Counsel for the Debtor


### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2024, a true copy of the foregoing pleading was sent by CM/ECF to all parties requesting notice (including the United States Trustee) and by first class mail, postage prepaid, to the 20 largest creditors and all secured creditors per the attached matrix.


/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.