```
Label Matrix for local noticing          Wells Fargo Bank N.A. d/b/a Wells Fargo    1Sharpe Opportunity Intermediate Trust
0090-1                                   PO Box 130000                              c/o Maurice B. VerStandig, Esq.
Case 23-00217-ELG                        Raleigh, NC 27605-1000                     1452 W. Horizon Ridge Pkwy, #665
United States Bankruptcy Court for the Distri                                       Henderson, NV 89012-4422
Washington, D.C.
Wed Jan 10 10:12:45 EST 2024

Ask MAM DC LLC                           Astute Technologies                        BSI Financial Services
42 El Camino Real                        11620 Verna Drive                          PO Box 679002 Lockbox Number 679002
Palo Alto, CA 94306                      Oakton, VA 22124-2045                      Dallas, TX 75267-9002


Brighton KSD LLC                         Callicorp LLC                              Calliecorp, L.L.C
107 S. West Street, #119                 3975 University Drive, Suite 410           c/o Zach Hillerson
Alexandria, VA 22314-2824                Fairfax, VA 22030-2520                     11 Battletown Drive
                                                                                    Berryville, VA 22611-9500


Child Support Services Division          D.C. Office of Tax and Revenue             D.C. Unemploy. Comp. Board
Office of the Attorney General           Bankruptcy Division                        6th and Penna. Ave., N.W.
Judiciary Square 441 4th Street, NW      1101 4th Street SW                         Washington, DC 20001-2106
5th Floor                                Washington, DC 20024-4457
Washington, DC 20001

DC Unemploy. Comp. Board                 DP Capital LLC                             Dion Davitian
609 H St., NE                            c/o The VerStandig Law Firm, LLC           9201 Kristin Lane
Room 3530367                             1452 W. Horizon Ridge Pkwy, #665           Fairfax, VA 22032-1810
Washington, DC 20002-7184                Henderson, NV 89012-4422


District Unemployment Compensation Board Dr. Eung Kwom Kim                          EZ Express Loan LLC
4058 Minnesota Ave., NE                  C/O J. Chapman Petersen Esq.               1114 8th Street
4th Floor                                3970 Chain Bridge Road                     Washington, DC 20002-3623
Washington, DC 20019-3540                Fairfax, VA 22030-3316


Daniel Kevin Eisenhauer                  Alan D. Eisler                             Kristen S. Eustis
Orlans, PC                               Eisler Hamilton, LLC                       Office of the United States Trustee
1602 Village Market Blvd SE              1 Research Court                           1725 Duke Street
Ste 310                                  Suite 450                                  Ste 650
Leesburg, VA 20175-4716                  Rockville, MD 20850-6252                   Alexandria, VA 22314-3489


Justin Philip Fasano                     GJC Private Lending LLC                    Great Jones Capital
McNamee Hosea, P.A.                      2101 Connecticut Ave, NW, Third Floor      2101 Connecticut Ave, NW, Third Floor
6404 Ivy Lane                            Washington, DC 20008-1728                  Washington, DC 20008-1728
Ste 820
Greenbelt, MD 20770-1416


Harold Murnane III                       Innovation Factory                         Internal Revenue Service
7425 Balto Annapolis Blvd                1500 Cordova Rd                            P.O. Box 7346
Glen Burnie, MD 21061-3507               Fort Lauderdale, FL 33316-2115             Philadelphia, PA 19101-7346


(p)INTERNAL REVENUE SERVICE              John Gosnell                               Luke Kamel
CENTRALIZED INSOLVENCY OPERATIONS        10516 Bridle Lane                          145 Ardmore Avenue
PO BOX 7346                              Potomac, MD 20854-3888                     Hernosa Beach, CA 90254-5230
PHILADELPHIA PA 19101-7346
```

| | | |
|---|---|---|
| Kenneth Welch<br>910 M Street NW<br>Washington, DC 20001-6313 | Vanessa Carpenter Lourie<br>Law Offices of Vanessa Carpenter Lourie<br>4400 Macarthur BLVD. Nw<br>Suite 205<br>Washington, DC 20007-2521 | Luke Kamel<br>C/O Vanessa Carpenter Lourie, P.C<br>4400 MacArthur Blvd., NW, Suite 205<br>Washington, DC 20007-2521 |
| Jeffery T. Martin<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 | Matt Cochran<br>2725 Connecticut Ave NW Apt 501<br>Washington, DC 20008-5305 | Mark Meyer<br>Rosenberg & Assoc.<br>4340 East West Highway<br>Suite 600<br>Bethesda, MD 20814-4411 |
| Mihir Shah<br>500 Regent Place NE<br>Washington, DC 20017-2600 | Gregory C Mullen<br>BWW Law Group, LLC<br>6003 Executive Blvd<br>Suite 101<br>Rockville, MD 20852-3813 | Ofc of Corp. Counsel<br>1 Judiciary Sq.<br>441 4th St., N.W.<br>6th Fl. North, Ste 1060<br>Washington, DC 20001-2714 |
| Office of Attorney General<br>Tax, Bankruptcy, and Finance<br>One Judiciary Square<br>441 4th Street, NW<br>6th Floor<br>Washington, DC 20001-2714 | PENNYMAC LOAN SERVICES, LLC<br>BWW Law Group, LLC.<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611-1605 |
| PennyMac Mortgage<br>3043 Townsgate Rd., Ste. 200<br>Westlake Village, CA 91361-3027 | Carlyn Winter Prisk<br>US Environmental Protection Agency<br>Region III (3HS62)<br>1650 Arch St.<br>Philadelphia, PA 19103-2029 | Qassay LLC<br>1201 Connecticut Ave., Ste. 500B<br>Washington, DC 20036-2605 |
| Queen Street Partners<br>500 Regent Place NE<br>Washington, DC 20017-2600 | Rainman Capital LLC<br>910 M Street NW<br>Washington, DC 20001-6313 | Rappahannock Electric Cooperative<br>P.O. Box 7388<br>Fredericksburg, VA 22404-7388 |
| Reddy Parikh Parini Shah<br>2300 N Street, NW Suite 300<br>Washington, DC 20037-1194 | John E. Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 | Ronjeet Reddy<br>500 Regent Place NE<br>Washington, DC 20017-2600 |
| Ryan Shandel<br>1114 8th Street NE<br>Washington, DC 20002-3623 | SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES<br>1425 Greenway Dr., Ste 400<br>Irving, TX 75038-2480 | Secretary of the Treasury<br>15th and Pennsylvania Aveneu, NW<br>Washington, DC 20220-0001 |
| Securities and Exchange Commission<br>Atlanta Regional Office<br>Office of Reorganization<br>950 East Paces Ferry Road NE, Ste. 900<br>Atlanta, GA 30326-1382 | Shah Investment Group, LLC<br>6605 Spring Rd<br>Springfield, VA 22150-3530 | Tara Gorman<br>5100 Saratoga Ave<br>Bethesda, MD 20816-3040 |
| Donald Melvin Temple<br>Donald M. Temple<br>1310 L Street, N.W.<br>Suite #750<br>Washington, DC 20005-4561 | Trent Heminger<br>5605 Durbin Road<br>Bethesda, MD 20814-1013 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |

| | | |
|---|---|---|
| U.S. Attorney's Office<br>Civil Division<br>601 D Street, NW<br>Washington, DC 20530-0034 | U.S. Environmental Protection Agency<br>US EPA Region 3<br>Attn: Bettina Dunn, Paralegal Specialist<br>Office of Regional Counsel<br>1650 Arch Street (3RC60)<br>Philadelphia, PA 19103-2029 | United Bank<br>11185 Fairfax Blvd<br>Fairfax, VA 22030-5087 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012-4422 | WCP Fund I LLC<br>c/o Maurice B. VertSandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy #665<br>Henderson, NV 89012-4422 | WCP, DP Capital<br>8401 Greensboro Drive Suite 960<br>Mc Lean, VA 22102-5149 |
| Welch Limited Partnership<br>910 M Street NW<br>Washington, DC 20001-6313 | Wells Fargo Auto Loan<br>P.O. Box 17900<br>Denver, CO 80217-0900 | Wesley Burdette<br>81 Ladoga Avenue<br>Tampa, FL 33606-3832 |
| William Trapp<br>1103 Dale Street<br>Staunton, VA 24401-2046 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Calliecorp, L.L.C.<br>c/o Zach Hillerson<br>11 Battletown Drive<br>Berryville, VA 22611-9500 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (u)Servis One, Inc. dba BSI Financial Service |

End of Label Matrix
Mailable recipients    69
Bypassed recipients     3
Total                  72