UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
|     Charles Paxton Paret | ) Case No. 23-00217-ELG |
|  | ) Chapter 11 |
|  | ) |
|     Debtor. | ) |
|  | ) |

### *REQUEST OF UNITED BANK FOR*
### *SERVICE OF NOTICES PURSUANT TO FED. BANKR. P. RULE 2002(g)*

    PLEASE TAKE NOTICE that United Bank, a creditor in the above-captioned case, requests, pursuant to Rules 2002(g), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Jonathan E. Levine, Esquire
MAHDAVI, BACON, HALFHILL & YOUNG, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, VA 22207
Telephone: (703) 352-1300
Facsimile: (703) 352-1301
jlevine@mbhylaw.com

Dated: January 22, 2024

                                                                                              United Bank
                                                                                              By Counsel

MAHDAVI, BACON, HALFHILL & YOUNG, PLLC

By:    /s/ Jonathan E. Levine
     Jonathan E. Levine, Esquire
     D.C. Bar No. 475891
     11350 Random Hills Rd., Suite 700
     Fairfax, Virginia 22030
     Telephone: (703) 352-1300
     Facsimile: (703) 352-1301
     jlevine@mbhylaw.com
     *Counsel for United Bank*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024 a true copy of the foregoing Request for Service of Notices was electronically served on all parties and counsel of record in this matter using the Court's CM/ECF service.

                                                   /s/ Jonathan E. Levine
                                                   Jonathan E. Levine