UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>CHARLES PAXTON PARET<br><br>    Debtor(s) | Chapter 11<br>Case NO. 23-00217-ELG |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES.<br>1425 Greenway Dr., Ste. 400<br>Irving, TX 75038<br><br>    Movant<br><br>v.<br><br>Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611<br><br>    Respondent(s) | Motion No. |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

Mark D. Meyer
DC BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 23-002022-VA-B-3

    COMES NOW, SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES., its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

    1. Jurisdiction is based on 11 U.S.C. Section 362(d)(1).

    2. On or about August 4, 2023, Charles Paxton Paret ("Debtors") filed a Voluntary Petition in the Court under Chapter 11 of the Bankruptcy Code.

    3. At the time of the initiation of these proceedings, the Debtors owned a parcel of fee simple real estate improved by a residence with a legal description of "All that certain lot or parcel of land situate in the City of Berryville, County of Clarke, Commonwealth of Virginia, and being more particularly described as follows:

All that certain Improved lot or parcel of land, containing 10.000 acres, situate in Battletown Magisterial District, Clarke County, Virginia shown on Parcel "A" on a plat dated September 21, 1972 revised September 25, 1972, prepared by J.R. Nicely, Certified Land Surveyor,

attached to Deed recorded in Deed Book 96, at Page 11, among the land records of Clarke County, Virginia.

LESS AND EXCEPT all of that certain lot or parcel of land containing 0.07 acres, more or less, as shown on the plat of record among the aforesaid land records in Deed Book 177, at Pages 783-785, which was conveyed to Beverly Lee Longerbeam by Deed from Michael A. Kirby and Catherine M. Thomas dated May 22, 1987, of record in the aforesaid Clerk`s Office in Deed Book 177, at Page 779;

And being the same real estate conveyed to Michael A. Kirby and Catherine M. Thomas (now known as Catherine Mills Kirby by Deed from Ivan W. Barb et al. dated February 16, 1987, of record in Deed Book 175, at Page 652 among the land records of Clarke County, Virginia LESS AND EXCEPT the aforementioned conveyance to Longerbeam.", also known as 343 1st Street, Berryville, VA 22611 (hereinafter "the subject property").

4. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase, order, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

5. SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES. directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay. The promissory note has been duly endorsed.

6. The total amount due under the Deed of Trust securing the Movant as of January 17, 2024, not including attorney's fees and court costs, is approximately $337,990.37.

7. The Debtors are in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

8. Cause exists to grant relief from the automatic stay as the Debtors have not made post-petition payments for the months of December 1, 2023 - February 1, 2024 as required by the note and deed of trust.

9. The Movant has been and continues to be irreparably injured by the stay of Sections 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

10. Cause exists for lifting the automatic stay imposed by Sections 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

11. The subject property is not necessary for an effective reorganization.

WHEREFORE, the Movant, SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES. its successors and/or assigns, respectfully requests that this Honorable Court.

1. Enter an order terminating the automatic stay imposed by Sections 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 343 1st Street, Berryville, VA 22611; and

2. Grant such other and further relief as may be just and necessary.

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 74290
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I hereby further certify that on the 13th day of February, 2024, a copy of the foregoing Motion for Relief from the Automatic Stay was mailed first class mail, postage prepaid to:

Kristen S. Eustis, Esq., Office of the US Trustee
1725 Duke Street, Ste 650
Alexandria, VA 22314

Jeffery T. Martin, Jr., Esquire
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

Maurice Belmont VerStanding
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

Charles Paxton Paret
343 First Street
Berryville, VA 22611

The 20 Largest Unsecured Creditors listed on the attached schedule

/s/ Mark D. Meyer
Mark D. Meyer, Esq.