UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>CHARLES PAXTON PARET<br><br>    Debtor(s) | Chapter 11<br>Case NO. 23-00217-ELG |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES.<br>1425 Greenway Dr., Ste. 400<br>Irving, TX 75038<br><br>    Movant<br>v.<br><br>Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611<br><br>    Respondent(s) | Motion No. |

## **EXHIBIT A - DEBT**

**Pre Petition Arrears**

| | | |
|---|---|---|
| POC Arrears | | $4,748.33 |
| | Total: | $4,748.33 |

**Post Petition Arrears**

| | | |
|---|---|---|
| Attorney`s Fees | | $1,249.00 |
| 1 payment of $2,569.38 for 12/01/2023 | | $2,569.38 |
| 2 payments of $2,569.38 on 01/01/2024 - 02/01/2024 | | $5,138.76 |
| | Total: | $8,957.14 |

Mark D. Meyer
DC BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 23-002022-VA-B-3

1

**Total Pre and Post Petition Arrears:**             **$13,705.47**

**Total Pre and Post Petition Arrears:**             **$13,705.47**