Mark D. Meyer
DC BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 23-002022-VA-B-3

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>CHARLES PAXTON PARET<br><br>   Debtor(s) | Chapter 11<br>Case NO. 23-00217-ELG |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES.<br><br>   Movant<br>v.<br><br>Charles Paxton Paret<br>Respondent(s) | Motion No. |

### **ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

    Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and no response having been filed, it is by the United State Bankruptcy Court for the District of Columbia.

    ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES., its successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements known as 343 1st Street, Berryville, VA 22611, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

cc: Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Kristen S. Eustis, Esq.,
Office of the US Trustee
1725 Duke Street, Ste 650
Alexandria, VA 22314

Charles Paxton Paret
343 First Street
Berryville, VA 22611

Jeffery T. Martin, Jr.
300 N Washington Street
Alexandria, VA 22314

The 20 Largest Unsecured Creditors

End of Order