UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>CHARLES PAXTON PARET<br><br>    Debtor(s) | Chapter 11<br>Case NO. 23-00217-ELG |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES.<br>1425 Greenway Dr., Ste. 400<br>Irving, TX 75038<br><br>    Movant<br>v.<br><br>Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611<br><br>    Respondent(s) | Motion No. |

## **NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

    SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES. has filed papers with the court seeking relief from the automatic stay of 11 U.S.C § 362(a) to enable it proceed to foreclosure on the property known as 343 1st Street, Berryville, VA 22611.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by March 1, 2024 you or your lawyer must file a written response with the clerk of the Bankruptcy Court explaining your position and mail a copy to:

Mark D. Meyer, Esq.
mark.meyer@rosenberg-assoc.com
Rosenberg and Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Mark D. Meyer
DC BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 23-002022-VA-B-3

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**March 06, 2024 at 9:30 AM at the United States Bankruptcy Court, 333 Constitution Avenue N.W., Washington, DC 20001 Courtroom Number 1. Parties may attend in person or virtually via Zoom. Contact the Courtroom Deputy for Zoom Information - aimee_mathewes@dcb.uscourts.gov.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEOFRE THE SCHEDULED HEARING DATE.

Date: February 13, 2024

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 74290
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

# CERTIFICATE OF SERVICE

I hereby further certify that on the 13th day of February, 2024, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was mailed first class mail, postage prepaid to:

Kristen S. Eustis, Esq., Office of the US Trustee
1725 Duke Street, Ste 650
Alexandria, VA 22314

Jeffery T. Martin, Jr., Esquire
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

Maurice Belmont VerStanding
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

Charles Paxton Paret
343 First Street
Berryville, VA 22611

The 20 Largest Unsecured Creditors:

        /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 74290
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

Ask MAM DC LLC  
42 El Camino Real  
Palo Alto, CA 94306

Astute Technologies  
11620 Verna Drive  
Oakton, VA 22124

Brighton KSD LLC  
107 S. West Street, #119  
Alexandria, VA 22314

BSI Financial Services  
PO Box 679002 Lockbox Number 679002  
Dallas, TX 75267-9002

Callicorp LLC  
3975 University Drive, Suite 410  
Fairfax, VA 22030

Dion Davitian  
9201 Kristin Lane  
Fairfax, VA 22032

Dr. Eung Kwom Kim  
C/O J. Chapman Petersen Esq.  
3970 Chain Bridge Road  
Fairfax, VA 22030

EZ Express Loan LLC  
1114 8th Street  
Washington, DC 20002

GJC Private Lending LLC  
2101 Connecticut Ave, NW, Third Floor  
Washington, DC 20008

Great Jones Capital
2101 Connecticut Ave, NW, Third Floor
Washington, DC 20008

Harold Murnane III
7425 Balto Annapolis Blvd
Glen Burnie, MD 21061

Innovation Factory
1500 Cordova Rd
Fort Lauderdale, FL 33316

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

John Gosnell
10516 Bridle Lane
Potomac, MD 20854

Kenneth Welch
910 M Street NW
Washington, DC 20005

Luke Kamel
C/O Vanessa Carpenter Lourie, P.C
4400 MacArthur Blvd., NW, Suite 205
Washington, DC 20007

Matt Cochran
2725 Connecticut Ave NW Apt 501
Washington, DC 20008

Mihir Shah
500 Regent Place NE
Washington, DC 20017

PennyMac Mortgage
3043 Townsgate Rd., Ste. 200
Westlake Village, CA 91361


Qassay LLC
1201 Connecticut Ave., Ste. 500B
Washington, DC 20009


Queen Street Partners
500 Regent Place NE
Washington, DC 20017


Rainman Capital LLC
910 M Street NW
Washington, DC 20005


Rappahannock Electric Cooperative
P.O. Box 7388
Fredericksburg, VA 22404


Reddy Parikh Parini Shah
2300 N Street, NW Suite 300
Washington, DC 20037


Ronjeet Reddy
500 Regent Place NE
Washington, DC 20017


Ryan Shandel
1114 8th Street NE
Washington, DC 20002


Shah Investment Group, LLC
6605 Spring Rd
Springfield, VA 22150

Tara Gorman
5100 Saratoga Ave
Bethesda, MD 20816


Trent Heminger
5605 Durbin Road
Bethesda, MD 20814


WCP, DP Capital
8401 Greensboro Drive Suite 960
Mc Lean, VA 22102


Welch Limited Partnership
910 M Street NW
Washington, DC 20005


Wells Fargo Auto Loan
P.O. Box 17900
Denver, CO 80217


Wesley Burdette
81 Ladoga Avenue
Tampa, FL 33606


William Trapp
1103 Dale Street
Staunton, VA 24401