The order below is hereby signed.

Signed: February 21 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00217-ELG |
| **Charles Paxton Paret,** | |
| Debtor. | Chapter 11 |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

As of November 22, 2023, the above-captioned Debtor is proceeding under Chapter 11 of the Bankruptcy Code.[1] The Debtor is required to file monthly operating reports under 11 U.S.C. §§ 1107(a) and 1106(a)(1). As of the date of this Order, the Debtor is overdue in filing its reports for November 2023, December 2023, and January 2024 is due today. Failure to timely file required reports constitutes cause for conversion or dismissal under 11 U.S.C. § 1112(b)(4)(E).

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Debtor shall appear before this Court on February 28, 2024 at 10:00 a.m. to show cause why this case should not be dismissed or converted for failure to file his monthly operating reports. The Show Cause Hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee Mathewes for the Zoom information and should familiarize themselves with General Order 2023-01, *Order Establishing Hearing Protocols Before Judge Gunn*.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice

---

[1] Title 11 of the United States Code, §§ 101–1532 (as hereafter amended).