The order below is hereby signed.

Signed: February 21 2024



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 23-00217-ELG** |
| **Charles Paxton Paret,** | |
| **Debtor.** | **Chapter 11** |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

As of November 22, 2023, the above-captioned Debtor is proceeding under Chapter 11 of the Bankruptcy Code.[1] The Debtor is required to file monthly operating reports under 11 U.S.C. §§ 1107(a) and 1106(a)(1). As of the date of this Order, the Debtor is overdue in filing its reports for November 2023, December 2023, and January 2024 is due today. Failure to timely file required reports constitutes cause for conversion or dismissal under 11 U.S.C. § 1112(b)(4)(E).

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Debtor shall appear before this Court on February 28, 2024 at 10:00 a.m. to show cause why this case should not be dismissed or converted for failure to file his monthly operating reports. The Show Cause Hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee Mathewes for the Zoom information and should familiarize themselves with General Order 2023-01, *Order Establishing Hearing Protocols Before Judge Gunn*.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice

---

[1] Title 11 of the United States Code, §§ 101–1532 (as hereafter amended).

United States Bankruptcy Court

District of Columbia

In re:                                                                                                  Case No. 23-00217-ELG

Charles Paxton Paret                                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

**Recip ID                    Recipient Name and Address**
db                        +  Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

Alan D. Eisler
                        on behalf of Creditor Calliecorp  L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com

Daniel Kevin Eisenhauer
                        on behalf of Creditor Servis One  Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Donald Melvin Temple
                        on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com

Donald Melvin Temple
                        on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com

Gregory C Mullen
                        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@bww-law.com,
                        bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com

Jeffery T. Martin

           on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com  Martin.JefferyT.B119228@notify.bestcase.com

**John E. Reid**

           on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com

**Jonathan E. Levine**

           on behalf of Creditor United Bank jlevine@mbhylaw.com  efiling@levinepllc.com

**Justin Philip Fasano**

           on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
           jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

**Justin Philip Fasano**

           on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
           jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

**Kristen S. Eustis**

           on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

**Mark Meyer**

           on behalf of Creditor SERVIS ONE  INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com,
           bankruptcy@rosenberg-assoc.com

**Maurice Belmont VerStandig**

           on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com
           lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**Maurice Belmont VerStandig**

           on behalf of Defendant Daniel Huertas mac@mbvesq.com
           lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**Maurice Belmont VerStandig**

           on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com
           lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**Maurice Belmont VerStandig**

           on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com
           lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**U. S. Trustee for Region Four**

           USTPRegion04.DC.ECF@USDOJ.GOV

**Vanessa Carpenter Lourie**

           on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com


TOTAL: 18