The order below is hereby signed.

Signed: February 28 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CHARLES PAXTON PARET,** ) | Case No. 23-00217-ELG |
| ) | Chapter 11 |
| ) | |
| **Debtor** ) | |
| ) | |

### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL, AND COMPENSATION OF COUNSEL

THIS MATTER comes on upon the Application of Charles Paxton Paret ("Debtor") to employ Martin Law Group, P.C., as counsel for the Debtor under a general retainer at the firm's regular hourly rates; and

IT APPEARING that said Application is well founded and in compliance with the applicable Federal Rules of Bankruptcy Procedure and that the employment of said counsel is necessary and in the best interests of the estate; it is hereby

ORDERED that the Debtor is authorized to retain and employ Martin Law Group, P.C. as legal counsel at its regular hourly rates per hour of attorney time plus expenses incurred; and it is further

ORDERED that compensation shall be paid to said counsel in such amounts to be fixed by further Court Order upon application of counsel to the Court as required by the Federal Rules of Bankruptcy Procedure and by the Local Rules of this Court.

I ASK FOR THIS:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. VA71860
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-223-1822 Office
703-474-3436 Cell
Jeff@martinlawgroupva.com
Counsel for the Debtor


SEEN:

/s/ Kristen S. Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov
Counsel for the United States Trustee