The order below is hereby signed.

Signed: March 1 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 23-00217-ELG |
| **Charles Paxton Paret,**<br>**Debtor.** | Chapter 11 |

## ORDER CONTINUING HEARING

The Court has before it the U.S. Trustee's *Motion to Convert or Dismiss Chapter 11 Case* (the "Motion") (ECF No. 69) filed on February 5, 2024 in the above captioned case and the Court's *Order to Show Cause Why Case Should Not be Dismissed* (the "Show Cause Order") (ECF No. 74) entered on February 21, 2024. On February 28, 2024, the Court held a hearing (the "Hearing") on the Motion and the Show Cause Order. Based upon the testimony and argument at the Hearing, the Court finds cause to continue the Hearing with conditions.

For the reasons stated on the record and absent further order of the Court, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that:

1.  The Hearing on the Motion (ECF No. 69) and the Show Cause Order (ECF No. 74) is continued to March 28, 2024 at 10:00 a.m. The hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact [Aimee Mathewes](#) for the Zoom information and should

1

familiarize themselves with [General Order 2023-01](#), *Order Establishing Hearing Protocols Before Judge Gunn*.

2. The outstanding monthly operating reports for November 2023, December 2023, and January 2024 shall be filed no later than February 29, 2024. If the reports are not filed by the deadline, the case shall be converted to one under chapter 7.

3. The Debtor shall provide to the United States Trustee on or before March 15, 2024 all documentation requested that was outstanding as of the Hearing. If the documentation is not provided, the case shall be converted to one under chapter 7.

4. If the February 2024 monthly operating report is not filed on or before March 21, 2024, the case shall be converted to one under chapter 7.

5. If the Debtor does not appear at the continued § 341 meeting of creditors on March 22, 2024 at 10:00 a.m., the case shall be converted to one under chapter 7.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic noticing.