The order below is hereby signed.

Signed: March 1 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:

**Charles Paxton Paret,**
Debtor.

Case No. 23-00217-ELG

Chapter 11

### ORDER CONTINUING HEARING

The Court has before it the U.S. Trustee's *Motion to Convert or Dismiss Chapter 11 Case* (the "Motion") (ECF No. 69) filed on February 5, 2024 in the above captioned case and the Court's *Order to Show Cause Why Case Should Not be Dismissed* (the "Show Cause Order") (ECF No. 74) entered on February 21, 2024. On February 28, 2024, the Court held a hearing (the "Hearing") on the Motion and the Show Cause Order. Based upon the testimony and argument at the Hearing, the Court finds cause to continue the Hearing with conditions.

For the reasons stated on the record and absent further order of the Court, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Hearing on the Motion (ECF No. 69) and the Show Cause Order (ECF No. 74) is continued to March 28, 2024 at 10:00 a.m. The hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee Mathewes for the Zoom information and should

familiarize themselves with [General Order 2023-01](), *Order Establishing Hearing Protocols Before Judge Gunn*.

2. The outstanding monthly operating reports for November 2023, December 2023, and January 2024 shall be filed no later than February 29, 2024. If the reports are not filed by the deadline, the case shall be converted to one under chapter 7.

3. The Debtor shall provide to the United States Trustee on or before March 15, 2024 all documentation requested that was outstanding as of the Hearing. If the documentation is not provided, the case shall be converted to one under chapter 7.

4. If the February 2024 monthly operating report is not filed on or before March 21, 2024, the case shall be converted to one under chapter 7.

5. If the Debtor does not appear at the continued § 341 meeting of creditors on March 22, 2024 at 10:00 a.m., the case shall be converted to one under chapter 7.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic noticing.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00217-ELG

Charles Paxton Paret  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 4
Date Rcvd: Mar 01, 2024  Form ID: pdf001  Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| ptcrd | + | 1Sharpe Opportunity Intermediate Trust, c/o Maurice B. VerStandig, Esq., 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| ptcrd | + | DP Capital LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| cr | + | Luke Kamel, 145 Ardmore Avenue, Hernosa Beach, CA 90254-5230 |
| cr | + | PENNYMAC LOAN SERVICES, LLC, BWW Law Group, LLC., 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| cr | + | United Bank, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030, UNITED STATES 22030-6044 |
| ptcrd | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |
| 772751 | | Ask MAM DC LLC, 42 El Camino Real, Palo Alto, CA 94306 |
| 772752 | + | Astute Technologies, 11620 Verna Drive, Oakton, VA 22124-2045 |
| 772754 | | BSI Financial Services, PO Box 679002 Lockbox Number 679002, Dallas, TX 75267-9002 |
| 772753 | + | Brighton KSD LLC, 107 S. West Street, #119, Alexandria, VA 22314-2824 |
| 772755 | + | Callicorp LLC, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 773675 | + | Calliecorp, L.L.C., c/o Zach Hillerson, 11 Battletown Drive, Berryville, VA 22611-9500 |
| 772756 | + | Dion Davitian, 9201 Kristin Lane, Fairfax, VA 22032-1810 |
| 772757 | + | Dr. Eung Kwom Kim, C/O J. Chapman Petersen Esq., 3970 Chain Bridge Road, Fairfax, VA 22030-3316 |
| 776061 | + | EZ Express Loan LLC, P O Box 2631, Springfield, VA 22152-0631 |
| 772758 | + | EZ Express Loan LLC, 1114 8th Street, Washington, DC 20002-3623 |
| 772759 | + | GJC Private Lending LLC, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772760 | + | Great Jones Capital, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772761 | + | Harold Murnane III, 7425 Balto Annapolis Blvd, Glen Burnie, MD 21061-3507 |
| 772762 | + | Innovation Factory, 1500 Cordova Rd, Fort Lauderdale, FL 33316-2115 |
| 772764 | + | John Gosnell, 10516 Bridle Lane, Potomac, MD 20854-3888 |
| 772765 | + | Kenneth Welch, 910 M Street NW, Washington, DC 20001-6313 |
| 772766 | + | Luke Kamel, C/O Vanessa Carpenter Lourie, P.C, 4400 MacArthur Blvd., NW, Suite 205, Washington, DC 20007-2521 |
| 772767 | + | Matt Cochran, 2725 Connecticut Ave NW Apt 501, Washington, DC 20008-5305 |
| 772768 | + | Mihir Shah, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772769 | + | PennyMac Mortgage, 3043 Townsgate Rd., Ste. 200, Westlake Village, CA 91361-3027 |
| 772770 | + | Qassay LLC, 1201 Connecticut Ave., Ste. 500B, Washington, DC 20036-2605 |
| 772771 | + | Queen Street Partners, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772772 | + | Rainman Capital LLC, 910 M Street NW, Washington, DC 20001-6313 |
| 772773 | + | Rappahannock Electric Cooperative, P.O. Box 7388, Fredericksburg, VA 22404-7388 |
| 772774 | + | Reddy Parikh Parini Shah, 2300 N Street, NW Suite 300, Washington, DC 20037-1194 |
| 772775 | + | Ronjeet Reddy, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772776 | + | Ryan Shandel, 1114 8th Street NE, Washington, DC 20002-3623 |
| 772777 | + | Shah Investment Group, LLC, 6605 Spring Rd, Springfield, VA 22150-3530 |
| 772778 | + | Tara Gorman, 5100 Saratoga Ave, Bethesda, MD 20816-3040 |
| 772779 | + | Trent Heminger, 5605 Durbin Road, Bethesda, MD 20814-1013 |

| | | |
|---|---|---|
| 773704 | + | United Bank, 11185 Fairfax Blvd, Fairfax, VA 22030-5087 |
| 772780 | + | WCP, DP Capital, 8401 Greensboro Drive Suite 960, Mc Lean, VA 22102-5149 |
| 772781 | + | Welch Limited Partnership, 910 M Street NW, Washington, DC 20001-6313 |
| 772784 | + | William Trapp, 1103 Dale Street, Staunton, VA 24401-2046 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Mar 01 2024 22:25:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Mar 01 2024 22:19:05 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Mar 01 2024 22:19:07 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Mar 01 2024 22:25:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Mar 01 2024 22:25:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Mar 01 2024 22:25:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 774398 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2024 22:25:00 | Internal Revenue Service, 1111 Constitution Ave, NW, Washington, DC 20224 |
| 775243 | + | Email/PDF: ebnotices@pnmac.com | Mar 01 2024 22:28:56 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 775482 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 01 2024 22:25:00 | Servis One, Inc. dba BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 772782 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2024 22:28:39 | Wells Fargo Auto Loan, P.O. Box 17900, Denver, CO 80217-0900 |
| 774785 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2024 22:28:57 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Servis One, Inc. dba BSI Financial Services |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | Calliecorp, L.L.C, c/o Zach Hillerson, 11 Battletown Drive, Berryville, VA 22611-9500 |
| cr | * | SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, 1425 Greenway Dr., Ste 400, Irving, TX 75038-2480 |
| 772763 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 772783 | ##+ | Wesley Burdette, 81 Ladoga Avenue, Tampa, FL 33606-3832 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Alan D. Eisler
  on behalf of Creditor Calliecorp L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com

Daniel Kevin Eisenhauer
  on behalf of Creditor Servis One Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Donald Melvin Temple
  on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com

Donald Melvin Temple
  on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com

Gregory C Mullen
  on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com

Jeffery T. Martin
  on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com

Jeffery T. Martin
  on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com

John E. Reid
  on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com

Jonathan E. Levine
  on behalf of Creditor United Bank jlevine@mbhylaw.com efiling@levinepllc.com

Justin Philip Fasano
  on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
  on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
  on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Mark Meyer
  on behalf of Creditor SERVIS ONE INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
  on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
  on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
  on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
  on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 01, 2024 | Form ID: pdf001 | Total Noticed: 53 |

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Vanessa Carpenter Lourie
    on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com

TOTAL: 19