3:44

<            **Marketplace**



# Charles Paret

Joined Facebook in 2004

**20+** active listings

| **💬 Message** |   🏠 Follow |
|---|---|

**👤 View profile**     •••

## About me

 Joined Facebook in 2004

## Things in Common

👥 1 mutual friend: **Zoe Nightingale**

## Charles's video listings



| 🏠 Home | ▶️ Video | 🛒 Marketplace | 🤍 Dating | 🔔 Notifications ③ | Menu |
|---|---|---|---|---|---|



3:44

Marketplace

  

$1,250 · Nichol k...   $75 · Vintage Wr...   $180 · American...

  

$50 · 1978 Charli...   $55 · ca 1930s/4...   $200 · Animal De...

  

$55 · hand painte...   $800 · Large Cop...   $75 · Kenmore A...

  

$200 · Antique B...   $40 · WWII Trenc...   $65 · Paug MFG...

  

     

Home   Video   Marketplace   Dating   Notifications   Menu

3:44

‹    Marketplace





$48 · Florentine...    $150 · Bluegrass...    $75 · Antique Gol...





$150 · Vintage Ei...    $875 · 1950 Mobi...    $40 · Pepsi Mach...





$25 · Set of 7 19...    $210 · Lotus Carv...    $50 · ladder blan...





$75 · Pewter Eng...    $975 · Late 1800'...    $35 · Antique Bra...




| Home | Video | Marketplace | Dating | Notifications | Menu |

3:44

Marketplace

  

$1,250 · Fairbank... | $150 · Vintage Mi... | $40 · Vintage Pa...

  

$45 · Vintage Ta... | $50 · Windham B... | $60 · 1991 Limite...

  

$85 · Black & Wh... | $165 · Ursy Potte... | $55 · Antique Wo...


Sold

$250 · Vintage P... | $40 · Vintage Co... | $100 · Antique P...

   

Home    Video    Marketplace    Dating    Notifications (3)    Menu

3:45

## Marketplace

  

$400 · Early 20th...    $250 · Blue Plaid...    $250 · Wooden C...

  

$550 · MCM Cea...    $100 · MCM Nest...    $5,000 · 1967 Ch...

  

$125 · Paug MFG...    $150 · Mid Centu...    $85 · Antique Bra...

  

$25 · Vintage Su...    $225 · Hand Sew...    $250 · Iron outdo...

    

Home    Video    Marketplace    Dating    Notifications    Menu

3:45

← Marketplace





$180 · Coca Cola...    $200 · Late 1800'...    $45 · Large Vase...





$50 · 1976 Bicent...    $250 · Tiffany An...    $200 · Garden Be...





$475 · Iron antiq...    $50 · Vintage Lev...    $350 · W. J. Carp...





$125 · Round Met...    $200 · Antique G...    $20 · 1735-1796...





     

Home    Video    Marketplace    Dating    Notifications    Menu



$1,500 · Pair of a...    $20 · Decorative...    $100 · Native fra...

$75 · No.39 railro...    $85 · Horse and...    $275 · A.D. Heine...

$25 · Broken Anti...    $65 · Tall Copper...    $100 · Wolverine/...

$135 · Peacock C...    $1,075 · Mid-cent...    $60 · Vintage 19...









3:45

Marketplace



$75 · 1957 Frame...    $150 · Vintage W...    $280 · Spektrum...



$60 · Vintage Wo...    $50 · Set of Six...    $190 · Liberty Blu...



$30 · George H.W...    $35 · Vintage Str...    $25 · Vintage U.S...



$300 · Set of Tw...    $30 · No bicycles...    $200 · Late 1800...



Home    Video    Marketplace    Dating    Notifications    Menu



3:45

Marketplace





$225 · Vintage W... | $30 · Small Vinat... | $25 · Vintage Re...





$50 · Mattel Total... | $200 · Midcentur... | $65 · Set of Five...





$85 · Vintage Bet... | $40 · ca 1930s/1... | $800 · Mid centu...





$42 · vintage bra... | $2,000 · Colourf... | $1,250 · Mid-cen...






Home

Video

Marketplace

Dating

Notifications
Menu

3:45

< Marketplace





$45 · Koori Craft...    $50 · Vintage Dra...    $235 · Metal Barr...





$50 · Vintage Cer...    $25 · Vintage U.S...    $1,500 · Vintage...





$50 · Merge road...    $25 · 1970s Tonk...    $100 · Victorian...





$60 · Vintage Ja...    $150 · Vintage 19...    $40 · Molson Ca...





     

Home    Video    Marketplace    Dating    Notifications    Menu





3:45

# Marketplace




$75 · Assorted A...    $150 · 1920's Bis...    $300 · Antique Fi...





$20 · various vint...    $70 · Vintage 197...    $35 · Go to the Fr...





$25 · Vintage Chi...    $300 · Set of Fou...    $550 · Antique B...





$35 · Vintage Ma...    $645 · Antiques...    $45 · Vintage For...





 Home     Video     Marketplace     Dating     Notifications     Menu

3:45

## Marketplace





$75 · Large Whit... | $70 · Gem Galva... | $125 · Vintage Br...





$650 · 1930s Ori... | $250 · 1920's Mil... | $185 · Antique Gi...





$150 · Brass Fire... | $3,500 · Vintage... | $350 · louis xv st...





$280 · Legg Mas... | $200 · Art deco s... | $25 · Terra Cotta...





 Home    Video    Marketplace    Dating    Notifications    Menu

3:45

< Marketplace



  

$100 · Tonka ste... | $65 · Set of Eight... | $975 · Mid Centu...

  

$250 · Mid Centu... | $50 · Mid centur... | $50 · Bombay Co...

  

$35 · White & Gol... | $245 · Antique C... | $475 · Mid-Cent...

  

$275 · S&h Gree... | $200 · Vintage A... | $200 · W.B. Gunl...

   

Home | Video | Marketplace | Dating | Notifications | Menu

3:45



‹    Marketplace

  

$50 · Vintage Por...    $350 · Large Sta...    $200 · Art deco s...

  

$75 · Russian De...    $250 · Mid Centu...    $280 · Legg Mas...

  

$125 · Chinese St...    $300 · S&H Gree...    $175 · Teak Mid...

  

Sold

$400 · A. Weber...    $325 · Industrial l...    $400 · Beautiful...

  

    

Home    Video    Marketplace    Dating    Notifications    Menu



3:45

Marketplace





$125 · 1800's Scr...   $45 · Koori Craft...   $625 · Plush pins...





$525 · Star wars i...   $180 · retro mid-...   $50 · Vintage Lev...





$389 · Primitive...   $1,750 · 1950's Si...   $35 · Vintage Car...





$25 · "You might...   $650 · Early 190...   $175 · Teletype M...





 Home    Video   Marketplace   Dating    Notifications    Menu





3:45

## Marketplace





$55,000 · 1926 C...    $35,000 · 1936 E...    $125 · Vintage Re...





$70 · Floral Porce...    $325 · Blue Woo...    $7,500 · 2008 B...





$35 · Vintage 197...    $25 · 1970's Vint...    $20 · Vintage Sm...





$100 · Farmhous...    $250 · vintage pa...    $40 · Groceries h...





 Home     Video     Marketplace     Dating     Notifications     Menu

3:46

Marketplace



$45 · Vintage Me...    $160 · Olympia D...    $100 · Antique C...



$1,000 · Antique...    $175 · 8piece wic...    $7,500 · Chinese...



$325 · leaded gla...    $100 · Philadelph...    $550 · Outdoor...



$160 · Mid-Centu...    $975 · 1950's Ori...    $175 · Vintage Mi...



Home    Video    Marketplace    Dating    Notifications    Menu

3:46

← Marketplace





$325 · leaded gla...    $100 · Philadelph...    $550 · Outdoor...





$160 · Mid-Centu...    $975 · 1950's Ori...    $175 · Vintage Mi...





$999 · 4 Emeco...    $775 · Danish M...    $20,000 · 2020...





$17,500 · 1980 M...    $28,000 · 1980 C...    $42,000 · 1993 L...

 Home     Video     Marketplace     Dating     Notifications     Menu



**$280**
Louis XVI Style Wooden Side Table with Marble Top
Boyce, VA



**$100**
Gum Ball Machine
Boyce, VA



**$325**
Late 1800's Stool (Wrought Iron & Oak with Leather Top)
Boyce, VA



**$375**
Industrial Tool or Work Cabinet (Metal with Leather Brushed Copper Top)
Boyce, VA



**$40**
Blue Wooden Plant Stand
Boyce, VA



**$200**
MCM Wooden Credenza
Boyce, VA



**$1,250**
Nichol kola sign
Boyce, VA



**$75**$150
Vintage Wrought Iron Patio Bench
Boyce, VA



**$180**
American Optical microscope
Boyce, VA



**$50**
1978 Charlie's Angels lunchbox
Berryville, VA



**$200**$575
Animal Decorated Patio Chairs Set of 4
Berryville, VA



**$55**$125
hand painted chest
Boyce, VA



**$48**$125
Florentine Style Painted Coffee Grinder
Berryville, VA



**$150**
Bluegrass Banjo Player Painting
Berryville, VA



**$75**
Antique Gold-Filled Pocket Watch
Boyce, VA



**$150**
Vintage Eight o'clock coffee sign
Berryville, VA



**$875**
1950 Mobile Shoe Shine Stand
Berryville, VA



**$40**$65
Pepsi Machine Air Conditioning Box, Vintage
Boyce, VA



**$25**
Set of 7 1940s Army Postcards, Excellent Condition
Boyce, VA



**$210**
Lotus Carved Wooden Shoes
Berryville, VA



**$1,250**
Fairbanks, Morse, & Co. Two Wheel Floor Model Coffee Grinder
Boyce, VA



**$150**$300
Vintage Mid-Century Modern Culver Drinkware Glass Set with 22k Gold Details
Berryville, VA



**$40**
Vintage Paymaster Check Writing System
Berryville, VA



**$45**
Vintage Table Lamp with Glass Base and Stem
Berryville, VA



**$50**
Windham Barbie 2 Magic Dolls w/ Stay on Clothes in Original Box
Berryville, VA



**$60**
1991 Limited Edition Beauty and the Beast Doll 14"
Berryville, VA



**$85**$130
Black & White Metal Desk with Drawer
Boyce, VA



**$165**
Ursy Potter mirror
Berryville, VA



**$40**
Vintage Copper and Brass Chafing Dish
Berryville, VA



**$100**
Antique Porcelain Doll with Yellow Dress, Petticoat, and Bloomers
Berryville, VA



**$10**
Vintage Yellow Die-Cast Tractor Toy
Berryville, VA



**$300**
Set of Four French Bistro Style Chairs
Boyce, VA



**$450**
Floral Painted Secretary Desk With Drawers
Berryville, VA



**$175**
Antique Military Trunks
Millwood, VA



**$95**
Blue and White Butterfly Tea Set with Teapot, Tray, and Four Cups
Berryville, VA



**$40**$75
Vintage Windsor Style Swivel Arm Chair Bar Stool
Boyce, VA



**$400**
Early 20th Century Wooden Ice Box Refrigerator Bar
Boyce, VA



**$250**
Wooden Cabinet with Gold Accents.
Boyce, VA



**$550**
MCM Ceadar Lined Dovetail Wardrobe
Boyce, VA



**$100**$175
MCM Nesting Tables (set of 3)
Boyce, VA



**$5,000**
1967 Chevrolet c50
Boyce, VA
84K miles



**$125**
Paug MFG Company 1800's primitive washing machine
Boyce, VA



**$85**
Antique Brass Spittoon
Berryville, VA



**$25**
Vintage Super Spy: The Electric Alarm Game 1970s
Boyce, VA



**$225**
Hand Sewn Silk Dress Bodice ca 1880, Museum Quality
Berryville, VA



**$250**
Iron outdoor lanterns with stands set of 2
Berryville, VA



**$180**
Coca Cola clock
Berryville, VA



**$250**
Tiffany And Co Sterling Silver Cufflinks
Boyce, VA



**$200**$260
Garden Bench Cast Aluminum White
Boyce, VA



**$475**
Iron antique Irish post office box
Boyce, VA



**$350**
W. J. Carpenter Company Antique Chicken Cage, Set of Two
Boyce, VA



**$125**$250
Round Metal Outdoor Picnic Table
Berryville, VA



**$1,500**
Pair of antique Sukhothai style thai Buddhist votive Plaque
Berryville, VA



**$20**
Decorative Metal Door Bucket
Berryville, VA



**$100**
Native framed painting
Berryville, VA



**$85**
Horse and Rider Octagonal Decorative Box
Berryville, VA



**$275**
A.D. Heinemann Basal Metabulator, ca 1950
Boyce, VA



**$25**
Broken Antique Violin
Boyce, VA



**$65**
Tall Copper Kettle with Rounded Bottom
Boyce, VA



**$100**
Wolverine/Sunny Suzy Vintage Toy Appliance Set
Boyce, VA



**$75**
1957 Framed Ingrid Bergman Movie Poster "Paris Does Strange Things"
Berryville, VA



**$150**$250
Vintage White Floral Frame Mirror
Berryville, VA



**$280**
Spektrum Alpha RC Plane
Boyce, VA



**$60**
Vintage Wood Inlay Box
Boyce, VA



**$50**$75
Set of Six Mid-Century Modern Black and Gold Insulated Cups with Pitcher and Serving Tray
Berryville, VA



**$190**
Liberty Blue Transferware Antique Reproduction Porcelain Tea Set
Millwood, VA



**$30**
George H.W. Bush Talking Action Figure, 12 inches tall in box
Boyce, VA



**$35**
Vintage Strass Mercury 14in hubcap
Berryville, VA



**$25**
Vintage U.S. Army Water Canteen
Berryville, VA



**$300**
Set of Two Nichols & Stone Legg Mason Chairs
Boyce, VA



**$100**
Vintage Toy Hot Air Balloon
Berryville, VA



**$125**
Vintage Farmhouse Style Wood Rocking Chair
Boyce, VA



**$150**
Vintage 3 drawer filing cabinet
Berryville, VA



**$95**
Vintage Wood Frame Wall Mirror
Berryville, VA



**$55**
Antique Hand Crank Primitive Clothes Wringer
Berryville, VA



**$80**
Vintage Chuck-a-Luck Rotating Dice Cage
Berryville, VA



**$40**
Antique American Electric non-dial Desk Phone
Boyce, VA



**$100**
Kentucky and Great Eastern Railway Company $1000 Bond, Framed
Berryville, VA



**$65**
Gulf Space Sprayer Vintage Pump Action Insect Killer
Berryville, VA



**$500**
Antique Hand Carved Wooden Stirrups South American/Spanish
Boyce, VA



**$200**
vintage general store sign
Berryville, VA



**$300**
Player Piano Rolls
Berryville, VA



**$225**
Vintage Weeble Wobble Game with Original Box
Berryville, VA



**$30**
Small Vinatage Chinese Abacus
Berryville, VA



**$25**
Vintage Red Tonka Pressed Steel Toy Fire Truck
Berryville, VA



**$50**
Mattel Totally Hair Ken, Unopened
Boyce, VA



**$200**
Midcentury Accordion Shaped Bar Set
Boyce, VA



**$65**
Set of Five Golden Bee Planter Buckets
Berryville, VA



**$85**
Vintage Betty Boop Framed art
Berryville, VA



**$40**
ca 1930s/1940s Baseball Pants, size 27
Berryville, VA



**$42**
vintage brass lamp base needs rewiring
Berryville, VA



**$2,000**
Colourful Butterfly Dining Chairs, Set of Eight
Boyce, VA



**$1,250**
Mid-century Modern Sofa and Chairs Set
Boyce, VA



**$50**
Vintage Dragon's Lair Metal Lunchbox
Boyce, VA



**$235**
Metal Barrel Stools set of 2
Berryville, VA



**$50**
Vintage Ceramic Japanese Sake Bottle
Berryville, VA



**$25**
Vintage U.S. Army Water Canteen
Berryville, VA



**$1,500**
Vintage 7-up machine restored
Boyce, VA



**$25**
1970s Tonka Winnebago Camper RV
Berryville, VA



**$100**
Victorian Medical Device
Berryville, VA



**$40**
1960s Remco Monkey Division Okinawa Squad Cap
Berryville, VA



**$80**
1947 Howdy doody plush puppet #180 collapsing toy
Berryville, VA



**$30**
Set of Two Polished Stone Goblets in Case
Berryville, VA



**$175**
sunbeam bread sign
Boyce, VA



**$150**
vintage blue rolling trunk
Berryville, VA



**$125**
Three Legged Copper and Brass Stool
Berryville, VA



**$175**
Rustic Metal Bench, Farmhouse Style
Boyce, VA



**$75**
Victorian candle stick holder
Berryville, VA



**$50**
Grape tea set
Berryville, VA



**$325**
Antique PYREX ca 1940's Iced Coffee and Iced Tea Dispenser
Berryville, VA



**$45**
Ceramic Grandmother Statue with Fruit Bowl and Brass and Copper Collar
Berryville, VA



**$20**
Red Tonka Fire Truck
Berryville, VA



**$120**
Geometric Dining Table
Boyce, VA



**$200**
Leaf Pattern Antique Slag Glass Lamp
Boyce, VA



**$20**
Vintage baseball mits left and right
Berryville, VA



**$225**
vintage shell floor lamp
Millwood, VA



**$75**
Assorted Antique Walking Sticks
Berryville, VA



**$150**
1920's Bissell sweeper
Boyce, VA



**$300**
Antique Fire Escape Ladder
Berryville, VA



**$20**
various vintage watch faces
Boyce, VA



**$70**
Vintage 1970s Weebles Circus
Berryville, VA



**$35**
Go to the Front of the Class, Third Edition Vintage Board Game
Berryville, VA



**$25**
Vintage Chinese Playing Cards
Berryville, VA



**$300**
Set of Four Mid-Century Modern Wood and Metal Chairs
Boyce, VA



**$185**
Antique Gilt Bronze Candlestick Set, Three Pieces
Boyce, VA



**$3,500**
Vintage Amusement Park / Carnival Ride Bench Seat
Boyce, VA



**$350**
louis xv style chairs set of 2
Boyce, VA



**$280**
Legg Mason wooden chairs
Boyce, VA



**$200**
Art deco smoking stand (missing a few pieces
Boyce, VA



**$25**
Terra Cotta Bread Warmer Trivet
Berryville, VA



**$175**
Teak Mid Century Modern Nesting Tables
Boyce, VA



**$2,500**
Arcade Bozo The Clown Grand Prize Game
Boyce, VA



**$100**
Tonka steel pressed crane vintage
Boyce, VA



**$65**
Set of Eight Reed & Barton Silver Teaspoons
Berryville, VA



**$975**
Mid Century Modern Dresser Set
Boyce, VA



**$250**
Mid Century Modern Chair
Boyce, VA



**$50**
Mid century Big eyed girl lithographs
Boyce, VA



**$50**
Bombay Co Mahogany Chippendale Style Mirror w/ Wood Frame
Boyce, VA



**$35**
White & Gold German Dishes, Set of 11
Boyce, VA



**$245**
Antique Chinese Carved Wood Spirit House with Dragon Motif
Boyce, VA



**$50**
Vintage Portable Brass Scale With Case
Berryville, VA



**$350**
Large Standing RCA Radio, Short Wave Standard Broadcast
Boyce, VA



**$200**
Art deco smoking stand (missing a few pieces
Boyce, VA



**$75**
Russian Decorative Bowl, Bronze Inlaid with Malachite
Boyce, VA



**$250**
Mid Century Modern folding chairs set of 4
Boyce, VA



**$280**
Legg Mason wooden chairs
Boyce, VA



**$125**
Chinese Style Vase with Geometric and Floral Detail
Boyce, VA



**$300**
S&H Green stamps sign
Boyce, VA



**$15**
2008 John McCain "Call to Action" Jailbreak Figurine
Boyce, VA



**$30**
Vintage 1960 Clue Board Game
Boyce, VA



**$100**
Vintage Disney Mickey Mouse Clock
Boyce, VA



**$500**
Antique Hand Carved Wooden Stirrups South American/Spanish
Boyce, VA



**$45**
1978 Working Lite-Brite with Box
Boyce, VA



**$25**
Vintage 1980s He-Man Lunchbox
Boyce, VA



**$45**
Ceramic Mexican Folk Art Pregnancy Sculpture
Boyce, VA



**$200**
Late 1800s Fire Engine Lanterns, set of Two
Boyce, VA



**$175**
Vintage Remington Ten Forty Typewriter with Carrying Case
Boyce, VA



**$45**
Ardleigh Elliot Music Boxes
Boyce, VA



**$30**
Ruby Red Clear Stem Wine Glasses
Boyce, VA



**$40**
1951 Hasbro Toy Doctor's Kit
Boyce, VA



**$85**
Collectible German Navy Beer Stein
Boyce, VA



**$45**
Koori Craft Don Nolan Hand Carved Boomerang
Berryville, VA



**$525**
Star wars imperial AT-AT walker- complete, 2010 Legacy Edition
Boyce, VA



**$180**
retro mid-centry 60's style ikea Tirup swivel chair- Carl Ojerstain Neatherlands
Boyce, VA



**$50**
Vintage Levi Action jeans
Berryville, VA



**$389**
Primitive hand painted wood desk
Boyce, VA



**$1,750**
1950's Sinclair oil gas station signage
Berryville, VA



**$35**
Vintage Caribbean Folk Art Doll with Flag Dress
Berryville, VA



**$20**
Vintage Wrecker Tow Truck with Swinging Bar
Berryville, VA



**$30**
Upper Deck Entertainment VS System Cards, Marvel and DC
Berryville, VA



**$75**
Vintage German Food Mold Turtle Shaped
Berryville, VA



**$250**
Antique Gilt Wall Mirror with two Candle Sconces
Berryville, VA



**$55,000**
1926 Chrysler imperial 75 roadster
Berryville, VA
11K miles



**$35,000**
1936 Essex terraplane essex terraplane
Berryville, VA
11K miles

**$7,500**
Chinese Foo Dogs
Boyce, VA



**$999**
4 Emeco Naval Navy Brushed Aluminum Upholstery Chairs
Washington, DC



**$775**
Danish MCM Compact Tambour Bookshelf Display Cabinet
Berryville, VA



**$20,000**
2020 DC Solar Rig and Trailer -Turn Key dc solar
Winchester, VA



**$17,500**
1980 Mercedes-Benz sl-class
Winchester, VA
80K miles



**$28,000**
1980 Chevrolet camaro z28
Leesburg, VA
90K miles



**$42,000**
1993 Land Rover defender (rhd)
Winchester, VA