## Motor Vehicle Record

**Source Information**

| | |
|---|---|
| **Coverage Begin Date:** | 01/01/2001 |
| **Information Current Through:** | 02/06/2024 |
| **Database Last Updated:** | 02/10/2024 |
| **Update Frequency:** | 2X MONTHLY |
| **Current Date:** | 03/02/2024 |
| **Source:** | DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES |

**Vehicle Information**

| | |
|---|---|
| **VIN:** | 1P87LAL529370 |
| **Vehicle Type:** | PASSENGER CAR |
| **Model Year:** | 1980 |
| **Make:** | CHEVROLET |
| **Body Style:** | 2D |
| **Model/Series:** | CAMARO BASE |
| **Primary Color:** | BLACK |

**Registration Information**

| | |
|---|---|
| **License Plate Number:** | CSE0284 |
| **Issuing State:** | FL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | LQPZ39 |
| **Previous Plate State:** | FL |
| **Registration Renewal Date:** | 05/25/2020 |
| **Expiration Date:** | 06/23/2020 |
| **Registrant(s) Since:** | 05/25/2020 |
| **Name:** | CHARLES PAXTON PARET |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 1140 3RD ST NE<br> WASHINGTON, DC 20002-6274 |
| **County:** | DISTRICT OF COLUMBIA |

**Title Information:**

| | |
|---|---|
| **Original Title Date:** | 11/09/1989 |
| **Title Number:** | 0017335585 |
| **Name:** | JONATHAN ROBERT BOWMAN |
| **Interest:** | OWNER |
| **Title Transaction Date:** | 05/15/2007 |
| **Mailing Address:** | 2363 RUSTY LAKES LN<br> JACKSONVILLE, FL 32221-2852 |
| **County:** | DUVAL |

**Historical DMV Record 1**

| | |
|---|---|
| **Registration Renewal Date:** | 12/19/2019 |
| **Expiration Date:** | 01/25/2021 |
| **License Plate Number:** | LQPZ39 |
| **Issuing State:** | FL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | 107WUM |
| **Previous Plate State:** | FL |
| **Name:** | RICHARD SOUCY |

| | |
|---|---|
| **Approximate Date of Birth:** | 01/XX/1951 |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 1319 PIPER RD |
| | SPRING HILL, FL 34606-4149 |
| **County:** | HERNANDO |

**Historical DMV Record 2**

| | |
|---|---|
| **Registration Renewal Date:** | 07/23/2014 |
| **Expiration Date:** | 08/25/2015 |
| **License Plate Number:** | 107WUM |
| **Issuing State:** | FL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | 107WUM |
| **Previous Plate State:** | FL |
| **Name:** | JONATHAN ROBERT BOWMAN |
| **Approximate Date of Birth:** | 08/XX/1978 |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 2363 RUSTY LAKES LN |
| | JACKSONVILLE, FL 32221-2852 |
| **County:** | DUVAL |

**Historical DMV Record 3**

| | |
|---|---|
| **Registration Renewal Date:** | 08/28/2013 |
| **Expiration Date:** | 08/25/2014 |
| **License Plate Number:** | 107WUM |
| **Issuing State:** | FL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | 107WUM |
| **Previous Plate State:** | FL |
| **Name:** | JONATHAN ROBERT BOWMAN |
| **Approximate Date of Birth:** | 08/XX/1978 |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 2363 RUSTY LAKES LN |
| | JACKSONVILLE, FL 32221-2852 |
| **County:** | DUVAL |

**Historical DMV Record 4**

| | |
|---|---|
| **Registration Renewal Date:** | 07/26/2012 |
| **Expiration Date:** | 08/25/2013 |
| **License Plate Number:** | 107WUM |
| **Issuing State:** | FL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | 107WUM |
| **Previous Plate State:** | FL |
| **Name:** | JONATHAN ROBERT BOWMAN |
| **Approximate Date of Birth:** | 08/XX/1978 |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 2363 RUSTY LAKES LN |
| | JACKSONVILLE, FL 32221-2852 |
| **County:** | DUVAL |

**Historical DMV Record 5**

| | |
|---|---|
| **Registration Renewal Date:** | 08/08/2011 |
| **Expiration Date:** | 08/25/2012 |
| **License Plate Number:** | 107WUM |
| **Issuing State:** | FL |

| | |
|---|---|
| Plate Type: | PRIVATE |
| Previous Plate Number: | 107WUM |
| Previous Plate State: | FL |
| Name: | JONATHAN ROBERT BOWMAN |
| Approximate Date of Birth: | 08/XX/1978 |
| Interest: | REGISTRANT |
| Mailing Address: | 2363 RUSTY LAKES LN  JACKSONVILLE, FL 32221-2852 |
| County: | DUVAL |

**Historical DMV Record 6**

| | |
|---|---|
| Registration Renewal Date: | 07/06/2010 |
| Expiration Date: | 08/25/2011 |
| License Plate Number: | 107WUM |
| Issuing State: | FL |
| Plate Type: | PRIVATE |
| Previous Plate Number: | 107WUM |
| Previous Plate State: | FL |
| Name: | JONATHAN ROBERT BOWMAN |
| Approximate Date of Birth: | 08/XX/1978 |
| Interest: | REGISTRANT |
| Mailing Address: | 2363 RUSTY LAKES LN  JACKSONVILLE, FL 32221-2852 |
| County: | DUVAL |

**Historical DMV Record 7**

| | |
|---|---|
| Registration Renewal Date: | 07/14/2009 |
| Expiration Date: | 08/25/2010 |
| License Plate Number: | 107WUM |
| Issuing State: | FL |
| Plate Type: | PRIVATE |
| Previous Plate Number: | 107WUM |
| Previous Plate State: | FL |
| Name: | JONATHAN ROBERT BOWMAN |
| Approximate Date of Birth: | 08/XX/1978 |
| Interest: | REGISTRANT |
| Mailing Address: | 2363 RUSTY LAKES LN  JACKSONVILLE, FL 32221-2852 |
| County: | DUVAL |
| Registration Renewal Date: | 03/31/2009 |
| Expiration Date: | 08/25/2009 |
| License Plate Number: | 107WUM |
| Issuing State: | FL |
| Plate Type: | PRIVATE |
| Previous Plate Number: | I998YF |
| Previous Plate State: | FL |
| Name: | JONATHAN ROBERT BOWMAN |
| Approximate Date of Birth: | 08/XX/1978 |
| Interest: | REGISTRANT |
| Mailing Address: | 2363 RUSTY LAKES LN  JACKSONVILLE, FL 32221-2852 |
| County: | DUVAL |

**Historical DMV Record 8**

| | |
|---|---|
| Registration Renewal Date: | 05/15/2007 |
| Expiration Date: | 08/25/2008 |

| | |
|---|---|
| **License Plate Number:** | I998YF |
| **Issuing State:** | FL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | 80Z28 |
| **Previous Plate State:** | FL |
| **Name:** | JONATHAN ROBERT BOWMAN |
| **Approximate Date of Birth:** | 08/XX/1978 |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 2363 RUSTY LAKES LN  JACKSONVILLE, FL 32221-2852 |
| **County:** | DUVAL |

**Historical DMV Record 9**

| | |
|---|---|
| **Registration Renewal Date:** | 01/13/2005 |
| **Expiration Date:** | 01/17/2006 |
| **License Plate Number:** | 80Z28 |
| **Issuing State:** | FL |
| **Plate Type:** | EDUCATIONAL AFFILIATION |
| **Previous Plate Number:** | 80Z28 |
| **Previous Plate State:** | FL |
| **Name:** | GARY WALTER PINKIEN |
| **Approximate Date of Birth:** | 01/XX/1962 |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 3711 EAGLE RIDGE DR  JACKSONVILLE, FL 32224-2270 |
| **County:** | DUVAL |
| **Registration Renewal Date:** | 01/13/2005 |
| **Expiration Date:** | 01/17/2006 |
| **License Plate Number:** | 80Z28 |
| **Issuing State:** | FL |
| **Name:** | GARY WALTER PINKIEN |
| **Approximate Date of Birth:** | 01/XX/1962 |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 3711 EAGLE RIDGE DR  JACKSONVILLE, FL 32224-2270 |
| **County:** | DUVAL |

**Historical DMV Record 10**

| | |
|---|---|
| **Title Transfer Date:** | 11/09/1989 |
| **Name:** | GARY WALTER PINKIEN |
| **Approximate Date of Birth:** | 01/XX/1962 |
| **Interest:** | OWNER |
| **Mailing Address:** | 3711 EAGLE RIDGE DR  JACKSONVILLE, FL 32224-2270 |
| **County:** | DUVAL |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

End of Document                                                    © 2024 Thomson Reuters. No claim to original U.S. Government Works.