

# Late 1800's Stool (Wrought Iron & Oak with Leather Top)

$325

Listed 3 days ago in Boyce, VA

Send seller a message

Hello, is this still available?

Send

Save    Share

## Details

Condition            Used - Good

Decor Style          Vintage

Beautiful Oak and Iron Stool from the late 1800's. The top does swivel all the way around (as shown in video).

Dimensions: 32in tall, 18in across the footrest, 14in across the top seat.

just message if you have any questions/offers or if you'd like to come in and look at the piece.

**Boyce, VA**
Location is approximate

Seller information                                      Seller details

Charles Paret

Joined Facebook in 2004

Sponsored

3/4/24, 4:48 PM (3) Marketplace - Late 1800s Stool (Wrought Iron & Oak with Leather Top) | Facebook

Case 23-00217-ELG    Doc 87-3    Filed 03/04/24    Entered 03/04/24 18:28:38    Desc
Exhibit C - Recent Listing of Late 1800s Stool (Wrought Iron & Oak with L    Page 3 of 3




