





# Louis XVI Style Wooden Side Table with Marble Top
$280

Listed 3 days ago in Boyce, VA

Send seller a message

Hello, is this still available?

Send

Save          Share

## Details

**Condition**               Used - Good

**Material**                Wood

**Decor Style**             Victorian

Wonderful nightstand or side table with metal/marble topper and 3 easy access drawers. Does have a small chip in the marble (as shown in photo)

Measurements:
Metal Top—19 5/8inL x 12 3/8inW x 30 1/8inH
Drawers— 15 3/8inL x 2 7/8inW x 8 7/8inDeep
Wood under metal top—18inL x 11inW

Feel free to message with any questions, offers, or if you'd like to come out to view the item!



**Boyce, VA**
Location is approximate

## Seller information

Seller details

**Charles Paret**

Joined Facebook in 2004

## Sponsored

**Perigold**
Perigold

3/4/24, 4:47 PM (10) Marketplace - Facebook

Case 23-00217-ELG Doc 87-4 Filed 03/04/24 Entered 03/04/24 18:28:38 Desc
Exhibit D - Recent Listing of Louis VXI Style Wooden Side Table with Marble Top Page 3 of 3




