3/4/24, 4:47 PM

Case 23-00217-ELG    Doc 87-5    Filed 03/04/24    Entered 03/04/24 18:28:38    Desc
Exhibit E - Recent Listing of Gum Ball Machine    Page 1 of 3

[FB Marketplace] Gum Ball Machine | Facebook

 



# Gum Ball Machine
$100

Listed 3 days ago in Boyce, VA

Send seller a message

Hello, is this still available?

Send

Save     Share

## Details

**Condition**  Used - Good

**Color**  Red

Lovely red gum ball machine with slight chipping on top.

Dimensions: 48in Tall overall, Base is 15.5in across, actual machine is 15 1/2in H x 6in W, glass on machine is 7in H.

ag h any questions, offers, or if you'd like to come view the piece!

**Boyce, VA**
Location is approximate

## Seller information

Seller details

 Charles Paret

Joined Facebook in 2004

## Sponsored

**Pebble**
Pebble Flow Electric RV



3/4/24, 4:47 PM
Case 23-00217-ELG   Doc 87-5   Filed 03/04/24   Entered 03/04/24 18:28:38   Desc
Exhibit E - Recent Listing of Gum Ball Machine   Page 3 of 3






https://www.facebook.com/marketplace/item/930348398484080/?ref=marketplace_profile&referral_code=undefined   3/3