



# Sold · 2008 BMW series 3
$7,500

Listed 26 weeks ago in Berryville, VA

Save    Share

## About This Vehicle

Driven 151,020 miles

Automatic transmission

Exterior color: Black · Interior color: Black

Fuel type: Gasoline

Clean title
This vehicle has no significant damage or problems.

## Seller's Description

2008 BMW 328I - has 151,020 miles on it. Runs great. Clean

   

**Berryville, VA**
Location is approximate

## Seller Information

[Seller details](#)

 **Charles Paret**

 Joined Facebook in 2004

## Sponsored

**Sleep Number**
The smart bed for back pain

