IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO SHORTEN TIME

Upon consideration of the Motion to Shorten Time (the "Motion") filed by WCP Fund I LLC ("WCP"), any opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that any opposition or objection to the Motion to Convert to Chapter 7 to Prevent Debtor from Continuing to Sell Estate Assets (the "Motion") must be filed not later than 10:00 am prevailing Eastern Time on Tuesday, March 12, 2024; and it is further

ORDERED, that a hearing on the Motion shall be held on Wednesday, March 13, 2024, at 1:30 pm prevailing Eastern Time, in-person in Courtroom 1 at 333 Constitution Avenue, NW, Washington, DC 20002 *and* via Zoom for Government, with credentials being available upon request to Aimee_Mathewes@dcb.uscourts.gov; and it is further

ORDERED, that WCP shall serve a copy of this order, via US Mail, postage prepaid, on all parties on the mailing matrix in this case, within one (1) business day of this order being docketed.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*