Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2024, I caused a copy of this Honorable Court's Order Granting Motion to Shorten Time (DE #90) to be served via First Class Mail, postage prepaid, on all parties on the attached mailing matrix.

Respectfully submitted,

Dated: March 6, 2024                By: /s/ Maurice B. VerStandig
                    Maurice B. VerStandig, Esq.
                    Bar No. MD18071
                    The VerStandig Law Firm, LLC
                    1452 W. Horizon Ridge Pkwy, #665
                    Henderson, Nevada 89012
                    Phone: (301) 444-4600
                    Facsimile: (301) 444-4600
                    mac@mbvesq.com
                    *Counsel for WCP Fund I LLC*

*[Certificate of Service on Following Page]*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig