USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled MAIL SKIP were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING        1SHARPE OPPORTUNITY INTERMEDIATE TRUST   CALLIECORP  LLC
NCRS ADDRESS DOWNLOAD                   CO MAURICE B VERSTANDIG  ESQ             CO ZACH HILLERSON
CASE 23-217-ELG                         1452 W HORIZON RIDGE PKWY  665           11 BATTLETOWN DRIVE
DISTRICT OF DISTRICT OF COLUMBIA        HENDERSON  NV 89012-4422                 BERRYVILLE  VA 22611-9500
WED MAR 6 12-18-49 PST 2024


DP CAPITAL LLC                          PENNYMAC LOAN SERVICES  LLC              SERVIS ONE  INC DBA BSI FINANCIAL
CO THE VERSTANDIG LAW FIRM  LLC         BWW LAW GROUP  LLC                       SERVICES
1452 W HORIZON RIDGE PKWY  665          6003 EXECUTIVE BLVD  SUITE 101           1425 GREENWAY DR  STE 400
HENDERSON  NV 89012-4422                ROCKVILLE  MD 20852-3813                 IRVING  TX 75038-2480


EXCLUDE
(U)SERVIS ONE  INC DBA BSI FINANCIAL    U S TRUSTEE FOR REGION FOUR              UNITED BANK
SERVICES                                U S TRUSTEES OFFICE                      MAHDAVI  BACON  HALFHILL  YOUNG  PLLC
                                        1725 DUKE STREET                         11350 RANDOM HILLS RD  SUITE 700
                                        SUITE 650                                FAIRFAX  VA 22030-6044
                                        ALEXANDRIA  VA 22314-3489


WCP FUND I LLC                          WASHINGTON  DC                           WELLS FARGO BANK NA  DBA WELLS FARGO
CO MAURICE B VERTSANDIG  ESQ            E BARRETT PRETTYMAN U S COURTHOUSE       PO BOX 130000
THE VERSTANDIG LAW FIRM  LLC            333 CONSTITUTION AVE  NW 1225            RALEIGH  NC 27605-1000
1452 W HORIZON RIDGE PKWY               WASHINGTON  DC 20001-2802
665
HENDERSON  NV 89012-4422


ASK MAM DC LLC                          ASTUTE TECHNOLOGIES                      BSI FINANCIAL SERVICES
42 EL CAMINO REAL                       11620 VERNA DRIVE                        PO BOX 679002 LOCKBOX NUMBER 679002
PALO ALTO  CA 94306                     OAKTON  VA 22124-2045                    DALLAS  TX 75267-9002


                                                                                 EXCLUDE
BRIGHTON KSD LLC                        CALLICORP LLC                            (D)CALLIECORP  LLC
107 S WEST STREET  119                  3975 UNIVERSITY DRIVE  SUITE 410         CO ZACH HILLERSON
ALEXANDRIA  VA 22314-2824               FAIRFAX  VA 22030-2520                   11 BATTLETOWN DRIVE
                                                                                 BERRYVILLE  VA 22611-9500


DION DAVITIAN                           DR EUNG KWOM KIM                         EZ EXPRESS LOAN LLC
9201 KRISTIN LANE                       CO J CHAPMAN PETERSEN ESQ                1114 8TH STREET
FAIRFAX  VA 22032-1810                  3970 CHAIN BRIDGE ROAD                   WASHINGTON  DC 20002-3623
                                        FAIRFAX  VA 22030-3316


EZ EXPRESS LOAN LLC                     GJC PRIVATE LENDING LLC                  GREAT JONES CAPITAL
P O BOX 2631                            2101 CONNECTICUT AVE  NW  THIRD FLOOR    2101 CONNECTICUT AVE  NW  THIRD FLOOR
SPRINGFIELD  VA 22152-0631              WASHINGTON  DC 20008-1728                WASHINGTON  DC 20008-1728


HAROLD MURNANE III                      INNOVATION FACTORY                       (P)INTERNAL REVENUE SERVICE
549 BROADWATER ROAD                     1500 CORDOVA RD                          CENTRALIZED INSOLVENCY OPERATIONS
ARNOLD  MD 21012-1459                   FORT LAUDERDALE  FL 33316-2115           PO BOX 7346
                                                                                 PHILADELPHIA PA 19101-7346
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (D)(Duplicate) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JOHN GOSNELL<br>10516 BRIDLE LANE<br>POTOMAC  MD 20854-3888 | KENNETH WELCH<br>910 M STREET NW<br>WASHINGTON  DC 20001-6313 |
| LUKE KAMEL<br>CO VANESSA CARPENTER LOURIE  PC<br>4400 MACARTHUR BLVD  NW  SUITE 205<br>WASHINGTON  DC 20007-2521 | MATT COCHRAN<br>2725 CONNECTICUT AVE NW APT 501<br>WASHINGTON  DC 20008-5305 | MIHIR SHAH<br>500 REGENT PLACE NE<br>WASHINGTON  DC 20017-2600 |
| PENNYMAC LOAN SERVICES  LLC<br>PO BOX 2410<br>MOORPARK  CA 93020-2410 | PENNYMAC MORTGAGE<br>3043 TOWNSGATE RD  STE 200<br>WESTLAKE VILLAGE  CA 91361-3027 | QASSAY LLC<br>1201 CONNECTICUT AVE  STE 500B<br>WASHINGTON  DC 20036-2605 |
| QUEEN STREET PARTNERS<br>500 REGENT PLACE NE<br>WASHINGTON  DC 20017-2600 | RAINMAN CAPITAL LLC<br>910 M STREET NW<br>WASHINGTON  DC 20001-6313 | RAPPAHANNOCK ELECTRIC COOPERATIVE<br>PO BOX 7388<br>FREDERICKSBURG  VA 22404-7388 |
| REDDY PARIKH PARINI SHAH<br>2300 N STREET  NW SUITE 300<br>WASHINGTON  DC 20037-1194 | RONJEET REDDY<br>500 REGENT PLACE NE<br>WASHINGTON  DC 20017-2600 | RYAN SHANDEL<br>1114 8TH STREET NE<br>WASHINGTON  DC 20002-3623 |
| EXCLUDE<br>~~(D)SERVIS ONE  INC DBA BSI FINANCIAL SERVICES~~<br>~~1425 GREENWAY DRIVE  SUITE 400~~<br>~~IRVING  TX 75038-2480~~ | SHAH INVESTMENT GROUP  LLC<br>6605 SPRING RD<br>SPRINGFIELD  VA 22150-3530 | TARA GORMAN<br>5100 SARATOGA AVE<br>BETHESDA  MD 20816-3040 |
| TRENT HEMINGER<br>5605 DURBIN ROAD<br>BETHESDA  MD 20814-1013 | UNITED BANK<br>11185 FAIRFAX BLVD<br>FAIRFAX  VA 22030-5087 | WCP  DP CAPITAL<br>8401 GREENSBORO DRIVE SUITE 960<br>MC LEAN  VA 22102-5149 |
| WELCH LIMITED PARTNERSHIP<br>910 M STREET NW<br>WASHINGTON  DC 20001-6313 | WELLS FARGO AUTO LOAN<br>PO BOX 17900<br>DENVER  CO 80217-0900 | WESLEY BURDETTE<br>81 LADOGA AVENUE<br>TAMPA  FL 33606-3832 |
| WILLIAM TRAPP<br>1103 DALE STREET<br>STAUNTON  VA 24401-2046 | DEBTOR<br>CHARLES PAXTON PARET<br>343 FIRST STREET<br>BERRYVILLE  VA 22611-1605 | DONALD MELVIN TEMPLE<br>DONALD M TEMPLE<br>1310 L STREET  NW<br>SUITE 750<br>WASHINGTON  DC 20005-4561 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "NOT SERVED" were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JEFFERY T MARTIN<br>MARTIN LAW GROUP  PC<br>8065 LEESBURG PIKE<br>STE 750<br>VIENNA  VA 22182-2702 | JOHN E REID<br>MARTIN LAW GROUP  PC<br>8065 LEESBURG PIKE<br>SUITE 750<br>VIENNA  VA 22182-2702 | LUKE KAMEL<br>145 ARDMORE AVENUE<br>HERNOSA BEACH  CA 90254-5230 |