Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**EXHIBIT LIST**

Comes now WCP Fund I LLC, by and through undersigned counsel, and furnishes this list of exhibits reasonably likely to be relied upon at a hearing in the above-captioned matter on Wednesday, March 13, 2024:

1. Audio from Meeting of Creditors

2. Schedules (DE #50)

3. Operating Report for November 2023 (DE #80)

4. Operating Report for December 2023 (DE #81)

5. Operating Report for January 2024 (DE #82)

6. Verified Statement of Charles Paret (DE #94-1)

7. Facebook Marketplace Listings (DE #87-1)

8. Impeachment and/or Rebuttal Exhibits as May be Appropriate

1

Respectfully submitted,

Dated: March 12, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2024, a copy of the foregoing was

served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2