# Exhibit 1

(Sent to All Parties via E-mail)