**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Charles Paxton Paret |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | 23-00217-ELG |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B....................................................... | $    1,322,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $    206,601.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | $    1,528,601.00 |

### Part 2:    Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $    967,151.55 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $    84,745.07 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    2,376,374.46 |
| **Your total liabilities** | $    3,428,271.08 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $    21,000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $    23,055.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| | | |
|---|---|---|
| Official Form 106Sum | Summary of Your Assets and Liabilities and Certain Statistical Information | page 1 of 2 |

Debtor 1    Charles Paxton Paret                                    Case number *(if known)*  23-00217-ELG

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                          $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Charles Paxton Paret |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | 23-00217-ELG |

☐ Check if this is an
  amended filing

Official Form 106A/B

# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once.    If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

---

1.1

| 98 E. Fairfax | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Street address, if available, or other description | ☒ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| Berryville      VA    22611 | ☐ Manufactured or mobile home | **Current value of the entire property?**    **Current value of the portion you own?** |
| City      State    ZIP Code | ☐ Land | $755,000.00      $755,000.00 |
| | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other | Fee Simple |
| Clarke | **Who has an interest in the property?** Check one | |
| | ☒ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ **Check if this is community property** |
| | ☐ At least one of the debtors and another | (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** | |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Charles Paxton Paret | | Case number *(if known)* 23-00217-ELG |
|---|---|---|---|

**1.2** If you own or have more than one, list here:

343 1st St.
Street address, if available, or other description

Berryville          VA      22611
City                State   ZIP Code

Clarke
County

**What is the property?** Check all that apply
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $567,000.00
Current value of the portion you own? $567,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Fee Simple

☐ Check if this is community property (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=> **$1,322,000.00**

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- ☐ No
- ☒ Yes

**3.1** Make: Tesla
Model: X
Year: 2018
Approximate mileage: 60000
Other information:

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*
Current value of the entire property? $40,000.00
Current value of the portion you own? $40,000.00

**3.2** Make: Land Rover
Model: Defender
Year: 2022
Approximate mileage: 33000
Other information:

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*
Current value of the entire property? $63,000.00
Current value of the portion you own? $63,000.00

**4.** Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ☒ No
- ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Charles Paxton Paret | Case number *(if known)* | 23-00217-ELG |
|---|---|---|---|

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here...........................................................=>    | $103,000.00 |

**Part 3:   Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes.   Describe.....

| Standard household furniture | $2,000.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☒ Yes.   Describe.....

| 2 Tv's, 1 computer, and 1 cellphone | $400.00 |
|---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☒ No
    ☐ Yes.   Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ☒ Yes.   Describe.....

| Golf clubs | $200.00 |
|---|---|

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes.   Describe.....

11.  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes.   Describe.....

| Standard men's clothing | $1,000.00 |
|---|---|

12.  **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes.   Describe.....

13.  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☒ Yes.   Describe.....

| Dog | $1.00 |
|---|---|

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes.   Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ....................................................................    | $3,601.00 |

| Debtor 1 | Charles Paxton Paret | | Case number *(if known)* | 23-00217-ELG |

---

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☒ No
   ☐ Yes......................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☒ No
   ☐ Yes........................      Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☒ No
   ☐ Yes..................      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☒ Yes.   Give specific information about them....................

   | Name of entity: | % of ownership: | |
   | See attached exhibit 19. | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☒ No
   ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☒ No
   ☐ Yes. List each account separately.
        Type of account:      Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☒ No
   ☐ Yes. ......................      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☒ No
   ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☒ No
   ☐ Yes.................      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☒ No
   ☐ Yes.   Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☒ No
   ☐ Yes.   Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☒ No
   ☐ Yes.   Give specific information about them...

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Charles Paxton Paret | Case number *(if known)* | 23-00217-ELG |
|---|---|---|---|

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29.  Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☒ Yes.   Give specific information..

| | |
|---|---|
| Marlin Meed - owes 75,000-100,000 with compounding interest at 25% | $100,000.00 |
| James Neal Lomax IV - misappropriated over 320 bitcoin between 2012-14. | Unknown |

**31.  Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company of each policy and list its value.

　　　　　Company name:　　　　　　　　　Beneficiary:　　　　　　　　Surrender or refund value:

**32.  Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes.   Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes.   Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes.   Describe each claim.........

**35.  Any financial assets you did not already list**

☒ No
☐ Yes.   Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................................**

| | $100,000.00 |
|---|---|

**Part 5:**　Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☒ Yes.   Go to line 38.

Current value of the portion you own? Do not deduct secured claims or exemptions.

| Debtor 1 | Charles Paxton Paret | Case number *(if known)* | 23-00217-ELG |
|---|---|---|---|

**38. Accounts receivable or commissions you already earned**
☒ No
☐ Yes.  Describe.....

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes.  Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes.  Describe.....

**41. Inventory**
☒ No
☐ Yes.  Describe.....

**42. Interests in partnerships or joint ventures**
☐ No
☒ Yes.    Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| General partnership with Daniel Huertas - interest in multiple properties - see exhibit 42 | 50     % | Unknown |

**43. Customer lists, mailing lists, or other compilations**
☒ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☒ No
    ☐ Yes.   Describe.....

**44. Any business-related property you did not already list**
☒ No
☐ Yes. Give specific information.........

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............................................................................................................

$0.00

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
☒ Yes. Give specific information.........

| Lawsuit against Daniel Huertas | Unknown |
|---|---|

**54.** Add the dollar value of all of your entries from Part 7. Write that number here  ...................................

$0.00

| Debtor 1 | Charles Paxton Paret | | Case number *(if known)* | 23-00217-ELG |

---

**Part 8:**    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ................................................................................................    $1,322,000.00

56. **Part 2: Total vehicles, line 5**    $103,000.00

57. **Part 3: Total personal and household items, line 15**    $3,601.00

58. **Part 4: Total financial assets, line 36**    $100,000.00

59. **Part 5: Total business-related property, line 45**    $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**    +    $0.00

62. **Total personal property.** Add lines 56 through 61...    $206,601.00    Copy personal property total    $206,601.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    $1,528,601.00

| Business | Established Date | State | Member | Bank Account (Yes/No) | Open/Close |
|---|---|---|---|---|---|
| Charles Paret LLC | 04/26/2010 | VA | Charles Paret Member | | |
| 3301 Newark Street | 10/13/2010 | DC | Brook Rose MBR | | |
| Brook Rose Design Building LLC | 02/17/2011 | DC | Charles Paret Member | | |
| Brook Rose Companies LLC | 03/03/2011 | DC | Charles Paret Member | | |
| 1224 11th st LLC | 10/28/2011 | DC | Brook R Rose Member | | |
| Collective Group LLC | 09/09/2014 | DC | Charles Paret Member | | |
| 1405 New Jersey Ave Holdings LLC | 05/05/2015 | DC | Alexandra Matthews | | |
| 1471 Girard st holdings LLC | 09/14/2015 | DC | Charles Paret Member | | |
| 31 Michigan Ave Holdings LLC | 11/17/2015 | VA | Adam Lobene Member | | |
| 1349 Randolph St Holding LLC | 12/09/2015 | DC | Charles Paret Member | | |
| 15th PL Homes LLC | 01/05/2016 | DC | Sanjay Bajaj Member | | |
| 1451 Maryland Average Holding | 05/04/2016 | DC | Charles Paret Member | | |
| 1447 Maryland Ave Holdings LLC | 05/04/2016 | DC | Charles Paret Member/Kartik | | |
| 423 Kennedy St Holding LLC | **05/18/2016** | DC | Charles Paret Member | | |
| Coloma RIver Holdings LLC | 07/07/2016 | DC | Charles Paret Member | | |
| 1419 Upshur St Holding LLC | 10/21/2016 | DC | Charles Paret Member | | |
| 5419 1st st holdings LLC | 12/23/2016 | DC | William Scott Sole Member | | |
| 429 Kennedy St Holding LLC | 02/24/2017 | DC | Charles Paret Member | | |
| Design Build Group LLC | 03/09/2017 | DC | Charles Paret Member | | |
| 1415 Downing st Holdings LLC | 04/07/2017 | DC | Charles Paret Member | | |
| 5419 first St NW DC LLC | 04/25/2017 | DC | Charles Paret Member | | |
| 5505 1st street holdings LLC | 07/19/2017 | DC | Charles Paret Member | | |
| 433 Kennedy St Holdings LLC | 10/30/2017 | DC | Charles Paret Member | | |
| 1114 8th st holdings LLC | 12/12/2017 | DC | Charles Paret Member | | |
| 1262 Holbrook Holdings LLC | 12/26/2017 | DC | Charles Paret Member | | |
| 729 Kennedy St Holding LLC | 01/08/2018 | DC | Charles Paret Member | | |
| Valley Venture Funds 1 LLC | 01/26/2018 | DC | Charles Paret Member | | |
| Valley Venture Funds 2 LLC | 01/26/2018 | DC | Charles Paret Member | | |
| 601 Sherdian st holding LLC | 02/20/2018 | DC | Ryan Shandel Member | | |

Schedule B - Exhibit 19

| EIN NUMBER | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27-2431555 | | | | | | | |
| 27-3665415 | | | | | | | |
| 27-5023050 | | | | | | | |
| 27-5312094 | | | | | | | |
| 45-3699394 | | | | | | | |
| 46-0843970 | | | | | | | |
| 47-3190233 | | | | | | | |
| 47-5039063 | | | | | | | |
| 47-5603553 | | | | | | | |
| 81-0774463 | | | | | | | |
| 81-0989598 | | | | | | | |
| 81-2505822 | | | | | | | |
| 47-4709095 | | | | | | | |
| 81-2663190 | | | | | | | |
| 81-3163943 | | | | | | | |
| 81-4196504 | | | | | | | |
| 81-4773917 | | | | | | | |
| 81-5481246 | | | | | | | |
| 82-0741615 | | | | | | | |
| 82-1107821 | | | | | | | |
| 82-1305300 | | | | | | | |
| 82-2209393 | | | | | | | |
| 82-3241148 | | | | | | | |
| 82-3677404 | | | | | | | |
| 82-3810296 | | | | | | | |
| 82-3917313 | | | | | | | |
| 82-4158173 | | | | | | | |
| 82-4171592 | | | | | | | |
| 82-4488005 | | | | | | | |

Schedule B - Exhibit 19

| # | Property | Location | Lender | Lender / Partner Equity | Phase | Purchase Price | Unit/Key Totals | Property Type | Loan / Investment Start Date | Loan Amount | Investment Duration | Loan Maturity Date / Distribution | Loan Days | Construction Loan | Interest Rate | CR Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Berryville: 159 Fairfield Lane | Berryville | WCP Fund I LLC | 0% | P2 - Pre-Development | $ 1,500,000.00 | 35 | Hotel | 2/28/2018 | $ 1,625,000.00 | 12 | 2/28/2019 | 2,086 | $ 300,000.00 | 10% | 100.00% |
| 4 | Berryville: 159 Fairfield Lane | Berryville | WCP Fund I LLC | 0% | P2 - Pre-Development | | | Hotel | 2/28/2018 | $ 178,000.00 | 12 | 2/28/2019 | 2,086 | | 18% | 0.00% |
| 5 | Berryville: 159 Fairfield Lane | Berryville | WCP Fund I LLC | 0% | P2 - Pre-Development | | | Hotel | 2/28/2018 | $ 265,000.00 | 12 | 2/28/2019 | 2,086 | | 12% | 0.00% |
| 6 | 729 Kennedy St. NW | Kennedy | Capital Bank MD | 0% | P2 - Pre-Development | $ 800,000.00 | 10 | Apartments | 12/4/2018 | $ 611,827.00 | 24 | 12/4/2020 | 1,807 | | 6% | 70.00% |
| 8 | 729 Kennedy St. NW | Kennedy | Tara Gorman | 0% | P2 - Pre-Development | $ - | | Apartments | 5/30/2018 | $ 240,000.00 | 12 | 5/30/2019 | 1,995 | | 8% | 0.00% |
| 9 | 729 Kennedy St. NW | Kennedy | Mihir Shah | 8% | P2 - Pre-Development | $ - | | Apartments | 8/28/2018 | $ 40,000.00 | 18 | 2/28/2020 | 1,905 | | 10% | 0.00% |
| 11 | 729 Kennedy St. NW | Kennedy | ASK MAM DC LLC | 9% | P2 - Pre-Development | $ - | | Apartments | 8/28/2018 | $ 230,000.00 | 18 | 2/28/2020 | 1,905 | | 10% | 0.00% |
| 12 | 729 Kennedy St. NW | Kennedy | Rajat Batra | 9% | P2 - Pre-Development | $ - | | Apartments | 8/28/2018 | $ 230,000.00 | 18 | 2/28/2020 | 1,905 | | 10% | 0.00% |
| 13 | 729 Kennedy St. NW | Kennedy | Tarun Shah | 3% | P2 - Pre-Development | $ - | | Apartments | 8/28/2018 | $ 80,000.00 | 18 | 2/28/2020 | 1,905 | | 10% | 0.00% |
| 14 | 729 Kennedy St. NW | Kennedy | Fatima Khambaty | 1% | P2 - Pre-Development | $ - | | Apartments | 8/28/2018 | $ 20,000.00 | 18 | 2/28/2020 | 1,905 | | 10% | 0.00% |
| 15 | 71 Kennedy St. NW | Kennedy | WCP Fund I LLC | 16% | P2 - Pre-Development | $ - | 24 | Mixed Use | 3/14/2018 | $ 1,312,500.00 | 12 | 3/14/2019 | 2,072 | $ 100,000.00 | 12% | 82.00% |
| 16 | 71 Kennedy St. NW | Kennedy | WCP Fund I LLC | 0% | P2 - Pre-Development | $ - | | Mixed Use | 3/14/2018 | $ 915,000.00 | 12 | 3/14/2019 | 2,072 | | 12% | 0.00% |
| 17 | 71 Kennedy St. NW | Kennedy | Queen Street Partners | 10% | P2 - Pre-Development | $ - | | Mixed Use | 8/7/2017 | $ 232,500.00 | 24 | 8/7/2019 | 2,291 | | 23% | 0.00% |
| 21 | 107 Rhode Island Ave NW | Bloomingdale | WCP Fund I LLC | 20% | P3 - Construction | $ 850,000.00 | 48 | Hotel | 7/31/2018 | $ 869,408.46 | 12 | 7/31/2019 | 1,933 | $ 950,000.00 | 12% | 80.00% |
| 22 | 107 Rhode Island Ave NW | Bloomingdale | WCP Fund I LLC | 0% | P3 - Construction | $ - | | Hotel | 7/31/2018 | $ 1,786,800.00 | 12 | 7/31/2019 | 1,933 | | 9% | 0.00% |
| 24 | 5505 1st St. NW | Kennedy | WCP Fund I LLC | 16% | P2 - Pre-Development | $ 1,000,000.00 | 24 | Mixed Use | 3/21/2019 | $ 610,138.40 | 12 | 3/21/2020 | 1,700 | | 18% | 84.00% |
| 25 | 5505 1st St. NW | Kennedy | WCP Fund I LLC | 0% | P2 - Pre-Development | $ - | | Mixed Use | 7/19/2017 | $ 750,000.00 | 12 | 7/19/2018 | 2,310 | | 10% | 0.00% |
| 26 | 5505 1st St. NW | Kennedy | Kenneth Welch | 0% | P2 - Pre-Development | $ - | | Mixed Use | 8/6/2016 | $ 125,000.00 | 12 | 8/8/2017 | 2,655 | | 0% | 0.00% |
| 27 | 5505 1st St. NW | Kennedy | Kenneth Welch | 0% | P2 - Pre-Development | $ - | | Mixed Use | 8/3/2017 | $ 143,750.00 | | | 2,295 | | 10% | 0.00% |
| 28 | 5505 1st St. NW | Kennedy | ASK MAM DC LLC | 0% | P2 - Pre-Development | $ - | | Mixed Use | 8/28/2018 | $ 57,500.00 | 18 | 2/28/2020 | | | 20% | 0.00% |
| 29 | 5505 1st St. NW | Kennedy | Rajat Batra | 0% | P2 - Pre-Development | $ - | | Mixed Use | 8/28/2018 | $ 57,500.00 | 18 | 2/28/2020 | | | 20% | 0.00% |
| 30 | 5505 1st St. NW | Kennedy | Fatima Khambaty | 0% | P2 - Pre-Development | $ - | | Mixed Use | 8/28/2018 | $ 5,000.00 | 18 | 2/28/2020 | | | 20% | 0.00% |
| 31 | 5505 1st St. NW | Kennedy | Tarun Shah | 0% | P2 - Pre-Development | $ - | | Mixed Use | 8/28/2018 | $ 20,000.00 | 18 | 2/28/2020 | | | 20% | 0.00% |
| 32 | 5505 1st St. NW | Kennedy | Mihir Shah | 0% | P2 - Pre-Development | $ - | | Mixed Use | 8/28/2018 | $ 10,000.00 | 18 | 2/28/2020 | 1,905 | | 20% | 0.00% |
| 33 | 5505 1st St. NW | Kennedy | Queen Street Partners | 0% | P2 - Pre-Development | $ - | | Mixed Use | 8/7/2017 | | | | 2,291 | | 0% | 0.00% |
| 34 | 5419 1st St. NW | Kennedy | Capital Bank MD | 0% | P3 - Construction | $ 1,100,000.00 | 24 | Shared Living/Cdery | 2/14/2019 | $ 3,199,732.00 | | | 1,735 | $ 1,793,429.99 | 0% | 100.00% |
| 35 | 5419 1st St. NW | Kennedy | Teague Egan | 35% | P3 - Construction | $ - | | Shared Living/Cdery | 3/16/2017 | $ 350,000.00 | | | 2,435 | | 0% | 0.00% |
| 36 | 5412 1st St. NW | Kennedy | WCP Fund I LLC | 0% | P2 - Pre-Development | $ 900,000.00 | 16 | Condo | 7/23/2018 | $ 851,028.00 | 12 | 7/23/2019 | 1,941 | $ 150,000.00 | 9% | 0.00% |
| 37 | 5412 1st St. NW | Kennedy | EZ Cash Partners | 0% | P2 - Pre-Development | $ - | | Condo | 7/23/2018 | $ 350,000.00 | 12 | 7/23/2019 | 1,941 | | 18% | 0.00% |
| 38 | 5412 1st St. NW | Kennedy | Ryan Shandel | 50% | P2 - Pre-Development | $ - | | Condo | 7/23/2018 | $ 75,000.00 | 12 | 7/23/2019 | 1,941 | | 0% | 50.00% |
| 39 | 4910 Georgia Ave NW | 16th St Heights/Brightood | Capital Bank MD | 0% | P2 - Pre-Development | $ 3,850,000.00 | 47 | Condo | 9/28/2018 | $ 2,340,000.00 | 12 | 9/28/2019 | 1,874 | | 6% | 100.00% |
| 40 | 4910 Georgia Ave NW | 16th St Heights/Brightood | Great Jones Capital | 0% | P2 - Pre-Development | $ - | | Condo | 9/28/2018 | $ 1,400,000.00 | 12 | 9/28/2019 | 1,874 | | 14% | 0.00% |
| 41 | 1216 Raum St NE | Trinidad | WCP Fund I LLC | 75% | P3 - Construction | $ - | 8 | Apartments | | $ - | 0 | | | | 0% | 25.00% |
| 42 | 1236 Simms Place NE | Trinidad | Melvin Paret | 0% | P3 - Construction | $ - | | Student Housing | 2/9/2019 | $ 67,560.00 | 12 | 2/9/2019 | 2,105 | | 12% | 100.00% |
| 43 | 1236 Simms Place NE | Trinidad | Capital Bank MD | 0% | P3 - Construction | $ 410,000.00 | 8 | Student Housing | 1/8/2019 | $ 585,000.00 | 12 | 1/8/2020 | 1,772 | $ 395,000.00 | 6% | 0.00% |
| 44 | 1249 Bladensburg Rd NE | Trinidad | Harold Murnane III | 0% | P3 - Construction | $ - | | Condo | 6/22/2019 | $ 250,000.00 | 12 | 6/22/2020 | | | 12% | 0.00% |
| 45 | 1249 Bladensburg Rd NE | Trinidad | WCP Fund I LLC | 0% | P3 - Construction | $ - | | Condo | 3/1/2019 | $ 1,441,302.00 | 12 | 3/1/2020 | 1,720 | $ 2,200,000.00 | 12% | 0.00% |
| 46 | 1260 Holbrook Terrace NE | Trinidad | WCP Fund I LLC | 0% | P3 - Construction | $ 1,200,000.00 | 20 | Condo | 3/1/2019 | $ 2,880,000.00 | 12 | 3/1/2020 | 1,720 | $ 2,200,000.00 | 9% | 100.00% |
| 47 | 1260 Holbrook Terrace NE | Trinidad | WCP Fund I LLC | 50% | P3 - Construction | $ - | | Student Housing | 8/31/2018 | $ 758,100.00 | 12 | 8/31/2019 | 1,902 | | 12% | 0.00% |
| 48 | 1260 Holbrook Terrace NE | Trinidad | Trent Heminger | 0% | P3 - Construction | $ 1,250,000.00 | 15 | Student Housing | 8/31/2018 | $ 1,380,000.00 | 12 | 8/31/2019 | 1,902 | $ 575,000.00 | 12% | 50.00% |
| 50 | 419-423 Kennedy St. NW | Kennedy | Brighton KSD LLC | 0% | P2 - Pre-Development | $ 1,300,000.00 | 36 | Mixed Use | 1/31/2018 | $ 85,000.00 | 12 | 1/31/2019 | 2,114 | $ 565,000.00 | 0% | 0.00% |
| 51 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 40% | P2 - Pre-Development | $ - | | Mixed Use | | | 24 | 12/31/1901 | | | 0% | 0.00% |
| 52 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 0% | P2 - Pre-Development | $ - | | Mixed Use | 5/19/2016 | $ 310,000.00 | 24 | 5/19/2018 | 2,736 | | 13% | 60.00% |
| 53 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 0% | P2 - Pre-Development | $ - | | 0 | 7/21/2016 | $ 24,722.97 | 24 | 7/21/2018 | 2,673 | | 13% | 0.00% |
| 54 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 0% | P2 - Pre-Development | $ - | | Mixed Use | 7/21/2016 | $ 15,277.03 | 24 | 7/21/2018 | 2,673 | | 13% | 0.00% |
| 55 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 0% | P2 - Pre-Development | $ - | | Mixed Use | 2/28/2017 | $ 5,000.00 | 24 | 2/28/2019 | 2,451 | | 13% | 0.00% |
| 56 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 0% | P2 - Pre-Development | $ - | | Mixed Use | 5/24/2017 | $ 40,000.00 | 24 | 5/24/2019 | 2,366 | | 13% | 0.00% |
| 57 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 0% | P2 - Pre-Development | $ - | | Mixed Use | 7/7/2017 | $ 20,000.00 | 24 | 7/7/2019 | 2,322 | | 13% | 0.00% |
| 58 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 0% | P2 - Pre-Development | $ - | | Mixed Use | 7/31/2017 | $ 346,207.34 | 24 | 7/31/2019 | 2,298 | | 13% | 0.00% |
| 59 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 0% | P2 - Pre-Development | $ - | | Mixed Use | 7/31/2017 | $ 131,979.16 | 24 | 7/31/2019 | 2,298 | | 13% | 0.00% |
| 60 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 0% | P2 - Pre-Development | $ - | | Mixed Use | 1/8/2018 | $ 103,840.50 | 24 | 1/8/2020 | 2,137 | | 13% | 0.00% |
| 61 | 419-423 Kennedy St. NW | Kennedy | John Gosnell | 0% | P2 - Pre-Development | $ - | | Mixed Use | 1/8/2018 | $ 67,855.00 | 24 | 1/8/2020 | 2,137 | | 13% | 0.00% |
| 62 | 1262 Holbrook Terrace NE | Trinidad | Wesley Burdette | 20% | P3 - Construction | $ - | | Condo | 1/17/2018 | $ 125,000.00 | 24 | 1/17/2020 | 2,128 | | 15% | 0.00% |
| 63 | 1262 Holbrook Terrace NE | Trinidad | Luke Kamal | 0% | P3 - Construction | $ - | | Condo | 12/3/2019 | $ 200,000.00 | 24 | 12/3/2019 | 2,173 | | 0% | 0.00% |
| 64 | 1262 Holbrook Terrace NE | Trinidad | WCP Fund I LLC | 0% | P3 - Construction | $ - | | Condo | 5/11/2018 | $ 434,861.00 | 12 | 5/11/2019 | 2,014 | | 24% | 0.00% |
| 66 | 1264-1268 Holbrook Terrace NE | Trinidad | WCP Fund I LLC | 0% | P3 - Construction | $ - | 3 | Condo | 12/26/2017 | $ 977,500.00 | 12 | 12/28/2019 | 2,150 | | 10% | 0.00% |
| 68 | 1264-1268 Holbrook Terrace NE | Trinidad | WCP Fund I LLC | 0% | P3 - Construction | $ - | 7 | Condo | 3/28/2019 | $ 250,000.00 | 9 | 12/28/2019 | 1,693 | $ 2,200,000.00 | 15% | 100.00% |
| 69 | 1264-1268 Holbrook Terrace NE | Trinidad | WCP Fund I LLC | 0% | P3 - Construction | $ - | | Condo | 12/20/2018 | $ 563,360.00 | 12 | 12/20/2019 | 1,791 | | 18% | 0.00% |
| 70 | 1264-1268 Holbrook Terrace NE | Trinidad | Marc Hyman | 0% | P3 - Construction | $ - | | Condo | 12/21/2018 | $ 600,000.00 | 12 | 12/21/2019 | 1,790 | | 12% | 0.00% |
| 71 | 201 Kennedy St. NW | Kennedy | | 0% | P0 - Target | $ 1,250,000.00 | 10 | Condo | 12/20/2018 | $ 3,017,500.00 | 12 | 12/20/2019 | 1,791 | | 9% | 0.00% |
| 72 | 1471 Girard St. NW | Columbia Heights | DP Capital | 0% | P4 - Stabilization | $ 2,750,000.00 | | Corporate Housing | 6/28/2018 | $ 250,000.00 | 3 | 9/28/2018 | 1,966 | | 18% | 0.00% |
| 73 | 1471 Girard St. NW | Columbia Heights | WCP Fund I LLC | 25% | P4 - Stabilization | $ - | 4 | Corporate Housing | 6/28/2018 | $ 2,176,500.00 | 12 | 6/28/2019 | 1,966 | | 9% | 100.00% |
| 74 | 1619 Swann St NW | Dupont | WCP Fund I LLC | 75% | P3 - Construction | $ - | 4 | Apartments | | $ - | 0 | | | | 0% | 25.00% |
| 75 | 1734-1738 Trinidad Ave | Dupont | WCP Fund I LLC | 75% | P3 - Construction | $ - | 24 | Hotel | | $ - | 0 | | | | 0% | 25.00% |
| 76 | 1736 Montello Ave NE Washington DC | Trinidad | WCP Fund I LLC | 0% | P2 - Pre-Development | $ - | | Condo | 10/16/2018 | $ 209,530.00 | 12 | 10/16/2019 | 1,856 | | 12% | 0.00% |
| 80 | 1736 Montello Ave NE Washington DC | Trinidad | WCP Fund I LLC | 25% | P2 - Pre-Development | $ - | | Condo | 10/16/2018 | $ 440,000.00 | 12 | 10/16/2019 | 1,856 | | 15% | 0.00% |
| 81 | 1738 Montello Ave NE Washington DC | Trinidad | WCP Fund I LLC | 0% | P2 - Pre-Development | $ - | | Condo | 1/25/2019 | $ 326,092.00 | 12 | 1/25/2020 | 1,755 | $ 60,000.00 | 9% | 75.00% |
| 82 | 1738 Montello Ave NE Washington DC | Trinidad | WCP Fund I LLC | 0% | P2 - Pre-Development | $ - | | Condo | 1/25/2019 | $ 488,000.00 | 12 | 1/25/2020 | 1,755 | | 9% | 75.00% |
| 83 | 205 West Madison Baltimore MD | Downtown Baltimore MD | WCP Fund I LLC | 0% | P2 - Pre-Development | $ 1,300,000.00 | 240 | Hotel | 4/25/2019 | $ 959,870.00 | 12 | 4/25/2020 | 1,665 | $ 100,000.00 | 18% | 75.00% |
| 84 | 205 West Madison Baltimore MD | Downtown Baltimore MD | WCP Fund I LLC | 25% | P2 - Pre-Development | $ - | | Hotel | 4/25/2019 | $ 1,029,000.00 | 12 | 4/25/2020 | 1,665 | | 11% | 0.00% |
| 85 | 2449 P St NW | Dupont | WCP Fund I LLC | 75% | P3 - Construction | $ - | 3 | Apartments | | $ - | 0 | | | | 0% | 25.00% |
| 86 | 2507 I St. NW | Foggy Bottom Washington DC | WCP Fund I LLC | 0% | P3 - Construction | $ - | 1 | Single Family | 4/12/2018 | $ 514,873.10 | 12 | 4/12/2019 | 2,043 | | 10% | 100.00% |
| 87 | 2507 I St. NW | Foggy Bottom Washington DC | WCP Fund I LLC | 0% | P3 - Construction | $ 800,000.00 | 1 | Single Family | 4/10/2018 | $ 1,308,454.00 | 12 | 4/10/2019 | 2,045 | $ 695,300.74 | 10% | 100.00% |
| 88 | 429 Kennedy St NW | Kennedy | Kenneth Welch | 0% | P2 - Pre-Development | $ - | | Condo | 9/26/2017 | $ 94,000.00 | 12 | 9/26/2018 | 2,241 | | 15% | 0.00% |
| 91 | 429 Kennedy St NW | Kennedy | WCP Fund I LLC | 0% | P2 - Pre-Development | $ - | | Condo | 5/11/2018 | $ 145,984.63 | | | 2,014 | | 18% | 0.00% |
| 92 | 429 Kennedy St NW | Kennedy | Capital Bank MD | 0% | P2 - Pre-Development | $ 750,000.00 | 19 | Condo | 9/26/2017 | $ 620,000.00 | 12 | 9/26/2018 | 2,241 | | 6% | 75.00% |
| 93 | 429 Kennedy St NW | Kennedy | Dion Davilian | 40% | P2 - Pre-Development | $ - | | Condo | 9/26/2017 | $ 675,000.00 | | | 2,241 | | 0% | 60.00% |
| 94 | 431 Kennedy St NW | Kennedy | Great Jones Capital | 0% | P2 - Pre-Development | $ 1,300,000.00 | 19 | Condo | 1/31/2019 | $ 926,314.00 | 12 | 1/31/2020 | 1,769 | | 9% | 75.00% |
| 96 | 433 Kennedy St NW | Kennedy | Luke Kamal | 0% | P2 - Pre-Development | $ - | | Condo | 8/25/2017 | $ 62,000.00 | 12 | 8/25/2018 | 2,273 | | 15% | 0.00% |
| 97 | 433 Kennedy St NW | Kennedy | Matt Cochran | 0% | P2 - Pre-Development | $ - | | Condo | 12/31/1900 | $ - | | 12/31/1900 | | | 0% | 0.00% |
| 98 | 433 Kennedy St NW | Kennedy | Wesley Burdette | 0% | P2 - Pre-Development | $ - | | Condo | 11/7/2017 | $ 110,000.00 | 12 | 11/7/2018 | 2,203 | | 12% | 0.00% |
| 99 | 433 Kennedy St NW | Kennedy | WCP Fund I LLC | 0% | P2 - Pre-Development | $ 750,000.00 | 19 | Condo | 11/7/2017 | $ 910,000.00 | 12 | 11/7/2018 | 2,203 | | 9% | 90.00% |
| 100 | 1114 8th St. NE | North H St Corridor | WCP Fund I LLC | 0% | P3 - Construction | $ 800,000.00 | 2 | Condo | 12/20/2018 | $ 1,000,000.00 | 12 | 12/20/2019 | 1,791 | $ 398,325.00 | 10% | 0.00% |
| 101 | 1114 8th St. NE | North H St Corridor | Ryan Shandel | 50% | P3 - Construction | $ - | | Condo | 12/19/2017 | $ 40,000.00 | 12 | 12/19/2018 | 2,157 | | 12% | 0.00% |
| 102 | 1114 8th St. NE | North H St Corridor | EZ Express Loans (Winkys) | 0% | P3 - Construction | $ - | | Condo | 12/19/2017 | $ 250,000.00 | 12 | 12/19/2018 | 2,157 | | 12% | 0.00% |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Charles Paxton Paret |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | 23-00217-ELG |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 98 E. Fairfax, Berryville, VA 22611 Clarke County Line from *Schedule A/B*: 1.1 | $755,000.00 | ☒ | $25,000.00 | Va. Code Ann. § 34-4 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 343 1st St., Berryville, VA 22611 Clarke County Line from *Schedule A/B*: 1.2 | $567,000.00 | ☒ | $1.00 | Va. Code Ann. § 34-4 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2018 Tesla X 60000 miles Line from *Schedule A/B*: 3.1 | $40,000.00 | ☒ | $6,000.00 | Va. Code Ann. § 34-26(8) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Standard household furniture Line from *Schedule A/B*: 6.1 | $2,000.00 | ☒ | $2,000.00 | Va. Code Ann. § 34-26(4a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Standard men's clothing Line from *Schedule A/B*: 11.1 | $1,000.00 | ☒ | $1,000.00 | Va. Code Ann. § 34-26(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | Charles Paxton Paret | | | Case number (if known) | 23-00217-ELG |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Dog<br>Line from *Schedule A/B*: 13.1 | $1.00 | ☒ | $1.00 | Va. Code Ann. § 34-26(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| See attached exhibit 19.<br>Line from *Schedule A/B*: 19.1 | $0.00 | ☒ | $1.00 | Va. Code Ann. § 34-4 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Marlin Meed - owes 75,000-100,000 with compounding interest at 25%<br>Line from *Schedule A/B*: 30.1 | $100,000.00 | ☒ | $1.00 | Va. Code Ann. § 34-4 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| James Neal Lomax IV - misappropriated over 320 bitcoin between 2012-14.<br>Line from *Schedule A/B*: 30.2 | Unknown | ☒ | $1.00 | Va. Code Ann. § 34-4 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| General partnership with Daniel Huertas - interest in multiple properties - see exhibit 42<br>Line from *Schedule A/B*: 42.1 | Unknown | ☒ | $1.00 | Va. Code Ann. § 34-4 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Lawsuit against Daniel Huertas<br>Line from *Schedule A/B*: 53.1 | Unknown | ☒ | $1.00 | Va. Code Ann. § 34-4 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Charles Paxton Paret | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA | | |
| Case number | 23-00217-ELG | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** BSI Financial Services<br>Creditor's Name<br><br>PO Box 517<br>Titusville, PA 16354<br>Number, Street, City, State & Zip Code | $287,076.08 | $567,000.00 | $0.00 |

**2.1** BSI Financial Services

**Describe the property that secures the claim:**

343 1st St., Berryville, VA 22611
Clarke County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    4420

---

**2.2** PennyMac

**Describe the property that secures the claim:**    $560,075.47    $755,000.00    $0.00

98 E. Fairfax, Berryville, VA 22611
Clarke County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Creditor's Name

P.O. Box 514387
Los Angeles, CA 90051
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    4567

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor 1 | Charles Paxton Paret | | | Case number (if known) | 23-00217-ELG |
| | First Name | Middle Name | Last Name | | |

| 2.3 | United | Describe the property that secures the claim: | $92,000.00 | $63,000.00 | $29,000.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:
2022 Land Rover Defender 33000 miles

11185 Fairfax Blvd
Fairfax, VA 22030
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.4 | Wells Fargo | Describe the property that secures the claim: | $28,000.00 | $40,000.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:
2018 Tesla X 60000 miles

47040 Community Plaza
Sterling, VA 20164
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $967,151.55 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $967,151.55 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Charles Paxton Paret |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | 23-00217-ELG |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number   0319 | $73,564.68 | $0.00 | $73,564.68 |
| | Priority Creditor's Name | | | | |
| | 1111 Constitution Ave, NW | When was the debt incurred?   1/14/2019 | | | |
| | Washington, DC 20224 | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ☒ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a   community debt** | ☒ Taxes and certain other debts you owe the government | | | |
| | | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | **Is the claim subject to offset?** | ☐ Other. Specify | | | |
| | ☒ No | Lien | | | |
| | ☐ Yes | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | **Internal Revenue Service** | Last 4 digits of account number   0319 | $5,287.58 | $5,287.58 | $0.00 |
| | Priority Creditor's Name | | | | |
| | 1111 Constitution Ave, NW | When was the debt incurred?   4/8/2019 | | | |
| | Washington, DC 20224 | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ☒ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a   community debt** | ☒ Taxes and certain other debts you owe the government | | | |
| | | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | **Is the claim subject to offset?** | ☐ Other. Specify | | | |
| | ☒ No | Lien | | | |
| | ☐ Yes | | | | |

| Debtor 1 | Charles Paxton Paret | | Case number (if known) | 23-00217-ELG |
|---|---|---|---|---|

| 2.3 | Internal Revenue Service | Last 4 digits of account number | 0319 | $5,892.81 | $5,892.81 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
1111 Constitution Ave, NW
Washington, DC 20224

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** 10/29/2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
   Lien

---

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| 4.1 | Ask MAM DC LLC | Last 4 digits of account number | _____ | $810,980.83 |

Nonpriority Creditor's Name
42 El Camino Real
Palo Alto, CA 94306

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** 2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Judgment

---

| 4.2 | Astute Technologies | Last 4 digits of account number | _____ | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
11620 Verna Drive
Oakton, VA 22124

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Line of Credit

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Charles Paxton Paret | | Case number (if known) | 23-00217-ELG |
|---|---|---|---|---|

---

| 4.3 | Brighton KSD LLC | Last 4 digits of account number | _____ | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
107 S. West Street, #119
Alexandria, VA 22314

**When was the debt incurred?**  2020

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Line of Credit

---

| 4.4 | BSI Financial Services | Last 4 digits of account number | _____ | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 679002
Lockbox Number 679002
Dallas, TX 75267-9002

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Line of Credit

---

| 4.5 | Callicorp LLC | Last 4 digits of account number | _____ | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
3975 University Drive, Suite 410
Fairfax, VA 22030

**When was the debt incurred?**  2020

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Judgment

---

| Debtor 1 | Charles Paxton Paret | | Case number (if known) | 23-00217-ELG |
|---|---|---|---|---|

---

**4.6** | Dion Davitian

Nonpriority Creditor's Name

9201 Kristin Lane
Fairfax, VA 22032

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**      2020

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

---

**4.7** | Dr. Eung Kwom Kim

Nonpriority Creditor's Name

C/O J. Chapman Petersen Esq.
3970 Chain Bridge Road
Fairfax, VA 22030

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**      2020

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

---

**4.8** | EZ Express Loan LLC

Nonpriority Creditor's Name

1114 8th Street
Washington, DC 20002

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**      2020

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

---

Debtor 1    Charles Paxton Paret    _____    Case number (if known)    23-00217-ELG

| 4.9 | GJC Private Lending LLC | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2101 Connecticut Ave, NW, Third
Floor
Washington, DC 20008

When was the debt incurred?    2020

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Judgment

| 4.10 | Great Jones Capital | Last 4 digits of account number _____ | $530,000.00 |

Nonpriority Creditor's Name
2101 Connecticut Ave, NW, Third
Floor
Washington, DC 20008

When was the debt incurred?    2020

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

| 4.11 | Harold Murnane III | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
7425 Balto Annapolis Blvd
Glen Burnie, MD 21061

When was the debt incurred?    2020

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

Debtor 1  Charles Paxton Paret _____   Case number (if known)   23-00217-ELG

---

| 4.1 | | |
|---|---|---|
| 2 | Innovation Factory | Last 4 digits of account number _____ |  Unknown |

Nonpriority Creditor's Name
1500 Cordova Rd
Fort Lauderdale, FL 33316

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Line of Credit

---

| 4.1 | | |
|---|---|---|
| 3 | John Gosnell | Last 4 digits of account number _____ |  Unknown |

Nonpriority Creditor's Name
10516 Bridle Lane
Potomac, MD 20854

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Line of Credit

---

| 4.1 | | |
|---|---|---|
| 4 | Kenneth Welch | Last 4 digits of account number _____ |  Unknown |

Nonpriority Creditor's Name
910 M Street NW
Washington, DC 20005

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Line of Credit

---

| Debtor 1 | Charles Paxton Paret | | Case number (if known) | 23-00217-ELG |
|---|---|---|---|---|

---

| 4.1 5 | **Luke Kamel** | **Last 4 digits of account number** _____ | **$300,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
C/O Vanessa Carpenter Lourie, P.C
4400 MacArthur Blvd., NW, Suite 205
Washington, DC 20007

**When was the debt incurred?**   2020

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Line of Credit

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 4.1 6 | **Matt Cochran** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
2725 Connecticut Ave NW Apt 501
Washington, DC 20008

**When was the debt incurred?**   2020

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Line of Credit

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 4.1 7 | **Mihir Shah** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
500 Regent Place NE
Washington, DC 20017

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Line of Credit

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    Charles Paxton Paret                                           Case number (if known)    23-00217-ELG

| 4.18 | Qassay LLC | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1201 Connecticut Ave., Ste. 500B
Washington, DC 20009

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

---

| 4.19 | Queen Street Partners | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
500 Regent Place NE
Washington, DC 20017

When was the debt incurred?    2020

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

---

| 4.20 | Rainman Capital LLC | Last 4 digits of account number _____ | $245,893.63 |

Nonpriority Creditor's Name
910 M Street NW
Washington, DC 20005

When was the debt incurred?    2020

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Judgment

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | Charles Paxton Paret | Case number (if known) | 23-00217-ELG |
|---|---|---|---|

---

**4.2
1**

**Rappahannock Electric Cooperative**
Nonpriority Creditor's Name
P.O. Box 7388
Fredericksburg, VA 22404
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____   **$27,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Unpaid utilities

---

**4.2
2**

**Reddy Parikh Parini Shah**
Nonpriority Creditor's Name
2300 N Street, NW Suite 300
Washington, DC 20037
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____   **$232,500.00**

**When was the debt incurred?**   2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Lawsuit

---

**4.2
3**

**Ronjeet Reddy**
Nonpriority Creditor's Name
500 Regent Place NE
Washington, DC 20017
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____   **$230,000.00**

**When was the debt incurred?**   2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Line of Credit

---

Debtor 1    Charles Paxton Paret                                    Case number (if known)    23-00217-ELG

---

**4.2 4**

Ryan Shandel
_____
Nonpriority Creditor's Name
1114 8th Street NE
Washington, DC 20002
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____    Unknown

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

---

**4.2 5**

Shah Investment Group, LLC
_____
Nonpriority Creditor's Name
6605 Spring Rd
Springfield, VA 22150
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____    Unknown

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

---

**4.2 6**

Tara Gorman
_____
Nonpriority Creditor's Name
5100 Saratoga Ave
Bethesda, MD 20816
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____    Unknown

**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Line of Credit

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor 1 | Charles Paxton Paret | | Case number (if known) | 23-00217-ELG |
|---|---|---|---|---|

| | |
|---|---|
| **4.2 7** | **Trent Heminger**<br>Nonpriority Creditor's Name<br>5605 Durbin Road<br>Bethesda, MD 20814<br>Number Street City State Zip Code | **Last 4 digits of account number** _____      Unknown<br><br>**When was the debt incurred?**   2020 |

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Line of Credit

---

| | |
|---|---|
| **4.2 8** | **WCP, DP Capital**<br>Nonpriority Creditor's Name<br>8401 Greensboro Drive<br>Suite 960<br>Mc Lean, VA 22102<br>Number Street City State Zip Code | **Last 4 digits of account number** _____      Unknown<br><br>**When was the debt incurred?**   2020 |

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Line of Credit

---

| | |
|---|---|
| **4.2 9** | **Welch Limited Partnership**<br>Nonpriority Creditor's Name<br>910 M Street NW<br>Washington, DC 20005<br>Number Street City State Zip Code | **Last 4 digits of account number** _____      Unknown<br><br>**When was the debt incurred?**   2020 |

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Line of Credit

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Charles Paxton Paret | Case number (if known) | 23-00217-ELG |
|---|---|---|---|

| 4.30 | | | |
|---|---|---|---|

**Wesley Burdette**
Nonpriority Creditor's Name
81 Ladoga Avenue
Tampa, FL 33606
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**  2020

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Line of Credit

| 4.31 | | | |
|---|---|---|---|

**William Trapp**
Nonpriority Creditor's Name
1103 Dale Street
Staunton, VA 24401
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**  2020

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Judgment

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 84,745.07 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 84,745.07 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,376,374.46 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 2,376,374.46 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Charles Paxton Paret |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | 23-00217-ELG |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
| Name, Number, Street, City, State and ZIP Code | |
|---|---|
| **2.1** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.2** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.3** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.4** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.5** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Charles Paxton Paret |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | 23-00217-ELG |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☒ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** <br> Name <br><br> Number    Street <br> City      State      ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** <br> Name <br><br> Number    Street <br> City      State      ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | Charles Paxton Paret |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number<br>(If known) | 23-00217-ELG |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| **Employment status** | | ☒ Employed | ☐ Employed |
| | | ☐ Not employed | ☐ Not employed |
| **Occupation** | | Founder/CEO | |
| **Employer's name** | | Design Build Group LLC | |
| **Employer's address** | | 606 E main St., Unit 101<br>Berryville, VA 22611 | |
| **How long employed there?** | | 8 years | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          21,000.00 | $          N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $          21,000.00 | $          N/A |

| Debtor 1 | Charles Paxton Paret | | Case number (*if known*) | 23-00217-ELG |
|---|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ............................................ | 4. | $ 21,000.00 | $ N/A |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ N/A

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 21,000.00   $ N/A

**8. List all other income regularly received:**

| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
|---|---|---|---|---|
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ N/A

**10. Calculate monthly income.** Add line 7 + line 9.   10.   $ 21,000.00 + $ N/A = $ 21,000.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.   +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 21,000.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Charles Paxton Paret |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (If known) | 23-00217-ELG |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

**Official Form 106J**

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☒ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes.   Fill out this information for each dependent............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.
   4. $ 4,000.00

   If not included in line 4:

   4a. Real estate taxes   4a. $ 3,000.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 600.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 2,500.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ 0.00

6. **Utilities:**
   6a. Electricity, heat, natural gas   6a. $ 650.00
   6b. Water, sewer, garbage collection   6b. $ 200.00
   6c. Telephone, cell phone, Internet, satellite, and cable services   6c. $ 0.00
   6d. Other. Specify:   6d. $ 0.00

| Debtor 1 | Charles Paxton Paret | | Case number (if known) | 23-00217-ELG |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. | $ | 3,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 2,500.00 |
| 10. | **Personal care products and services** | 10. | $ | 1,100.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 1,200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 2,000.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 1,605.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 23,055.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 23,055.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 21,000.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 23,055.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -2,055.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes. | Explain here:

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Charles Paxton Paret | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA | |
| Case number (if known) | 23-00217-ELG | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.   Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Charles Paxton Paret _____     X _____

Charles Paxton Paret
Signature of Debtor 1                                      Signature of Debtor 2

Date   November 15, 2023 _____                Date _____

---

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Charles Paxton Paret |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | 23-00217-ELG |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ☒ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $190,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** **(January 1 to December 31, 2022 )** | ☐ Wages, commissions, bonuses, tips | $205,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Charles Paxton Paret | Case number *(if known)* | 23-00217-ELG |
|---|---|---|---|

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | ☐ Wages, commissions,<br>bonuses, tips | $217,000.00 | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from<br>each source**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions<br>and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.    Go to line 7.
☒ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| United | | $437,000.00 | $390,000.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| United | | $0.00 | $92,000.00 | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor 1 | Charles Paxton Paret | | | | Case number (if known) | 23-00217-ELG |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Wells Fargo<br>47040 Community Plaza<br>Sterling, VA 20164 | | $0.00 | $28,000.00 | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Rainman Capital LLC v. Charles paret<br>CL2005577-00 | Judgment | Circuit Court of Clarke County Virginia<br>102 N Church Street<br>#1<br>Berryville, VA 22611 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Calliecorp LLC v. Valley Ventures Fund I LLC and Charles Paret<br>CL20005528-00 | Judgment | Circuit Court of Clarke County Virginia<br>102 N. Church St<br>#1<br>Berryville, VA 22611 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Reddy Parikh Parini Shah GEN PTR v. Charles Paxton Paret | Judgment | Clarke County Circuit Court<br>102 N. Church St<br>#1<br>Berryville, VA 22611 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Trapp, William J. v. Paret, Charles<br>GV20000067-00 | Judgment | Clarke County Gen Dist- Civil<br>104 N. Church Street<br>Berryville, VA 22611 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

| Debtor 1 | Charles Paxton Paret | | Case number (if known) | 23-00217-ELG |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| ASK MAM DC LLC v. Charles Paret<br>n/a | Judgment | Clarke County Circuit Court<br>102 N. Church St.<br>#1<br>Berryville, VA 22611 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| GLC Private Lending LLC v. Paret,<br>Charles Paxton<br>CL-2020-0016055 | Judgment | Circuit Court of Fairfax<br>County Virginia<br>4110 Chain Bridge Rd.<br>Fairfax, VA 22030 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the<br>property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

<br>

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600<br>per person<br><br>Person to Whom You Gave the Gift and<br>Address: | Describe the gifts | Dates you gave<br>the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that   total<br>more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you<br>contributed | Value |
|---|---|---|---|

**Part 6:**    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes.   Fill in the details.

| Describe the property you lost and<br>how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending<br>insurance claims on line 33 of Schedule A/B: Property. | Date of your<br>loss | Value of property<br>lost |
|---|---|---|---|

| Debtor 1 | Charles Paxton Paret | Case number *(if known)* | 23-00217-ELG |
|---|---|---|---|

---

**Part 7:** **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:** **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

---

Statement of Financial Affairs for Individuals Filing for Bankruptcy

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor 1 | Charles Paxton Paret | Case number *(if known)* | 23-00217-ELG |
|---|---|---|---|

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

<table><tr><td>Part 9:</td><td>Identify Property You Hold or Control for Someone Else</td></tr></table>

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒ No
☐ Yes.   Fill in the details.

| Owner's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Where is the property?<br>*(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

<table><tr><td>Part 10:</td><td>Give Details About Environmental Information</td></tr></table>

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25.** Have you notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|

<table><tr><td>Part 11:</td><td>Give Details About Your Business or Connections to Any Business</td></tr></table>

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Charles Paxton Paret | | Case number *(if known)* | 23-00217-ELG |

☒ **No. None of the above applies.  Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name | Describe the nature of the business | Employer Identification number |
| Address | | Do not include Social Security number or ITIN. |
| (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | |
| | | Dates business existed |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| Name | Date Issued |
| Address | |
| (Number, Street, City, State and ZIP Code) | |

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Charles Paxton Paret

Charles Paxton Paret                                   Signature of Debtor 2
**Signature of Debtor 1**

Date    November 15, 2023                          Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

| Debtor 1 | Charles Paxton Paret |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of District of Columbia |
| Case number (if known) | 23-00217-ELG |

☒ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

☐ **Not married**. Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ **Copy here ->** | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ **Copy here ->** | $ _____ | $ _____ |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    Charles Paxton Paret                                          Case number *(if known)*    23-00217-ELG

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation** ............................................ $ _____  $ _____

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you ................................................................$ _____

For your spouse.....................................................$ _____

**9. Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the United
States Government in connection with a disability, combat-related injury or disability,
or death of a member of the uniformed services. If you received any retired pay paid
under chapter 61 of title 10, then include that pay only to the extent that it does not
exceed the amount of retired pay to which you would otherwise be entitled if retired
under any provision of title 10 other than chapter 61 of that title.                          $ _____  $ _____

**10. Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism; or compensation  pension, pay, annuity, or allowance paid by the United
States Government in connection with a disability, combat-related injury or disability,
or death of a member of the uniformed services. If necessary, list other sources on a
separate page and put the total below..

_____    $ _____  $ _____

_____    $ _____  $ _____

Total amounts from separate pages, if any.    +  $ _____  $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.
$ _____  +  $ _____  =  $ _____

Total current monthly income

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .........................................**Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b.  $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household. ......................................    13.  $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for
this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A–2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Charles Paxton Paret
Charles Paxton Paret
Signature of Debtor 1

Date    November 15, 2023
MM / DD / YYYY

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1   Charles Paxton Paret        Case number (*if known*)   23-00217-ELG

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Charles Paxton Paret |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of District of Columbia |
| Case number (if known) | 23-00217-ELG |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   **12/15**

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ☒ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Go to line 3.

       ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.  Check any one of the following categories that applies:

           ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

           ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

           ☐ **I am performing a homeland defense activity for at least 90 days.**

           ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy