# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF _____

_____

In Re. Charles Paxton Paret

§
§
§
§

Case No. 23-00217 _____

_____
Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2023 _____

Petition Date: 08/04/2023 _____

Months Pending: 4

Industry Classification: | 5 | 3 | 1 | 2 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    0 _____

Debtor's Full-Time Employees (as of date of order for relief):    0 _____

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jeffery T. Martin, Jr.
_____
Signature of Responsible Party

Jeffery T. Martin, Jr.
_____
Printed Name of Responsible Party

02/28/2024
_____
Date

8065 Leesburg Pike Suite 750 Vienna, Va 22182
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Charles Paxton Paret                                    Case No. 23-00217

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $6,570 | |
| b. Total receipts (net of transfers between accounts) | $29,358 | $29,358 |
| c. Total disbursements (net of transfers between accounts) | $35,461 | $35,461 |
| d. Cash balance end of month (a+b-c) | $468 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $35,461 | $35,461 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory ( Book ◯  Market ◯  Other ◉  (attach explanation)) | $0 |
| d Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                            2

Debtor's Name  Charles Paxton Paret

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Martin Law Group, P.C. | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Charles Paxton Paret                                      Case No. 23-00217

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Charles Paxton Paret                                          Case No.  23-00217

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

|   | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Charles Paxton Paret                                    Case No.  23-00217

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Charles Paxton Paret                                                    Case No.  23-00217

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name Charles Paxton Paret                                    Case No. 23-00217

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative**
---|---|---

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ○  No ◉ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ○  No ◉ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ◉ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) | |
| | General liability insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ | |

Debtor's Name  Charles Paxton Paret                                                                Case No. 23-00217

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $10,586 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $10,586 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $13,327 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $13,327 |
| j. | Difference between total income and total expenses (d-i) | $-2,740 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/S/ Charles Paxton Paret                                          Charles Paxton Paret
_____                    _____
Signature of Responsible Party                            Printed Name of Responsible Party

Debtor                                                                  02/28/2024
_____                    _____
Title                                                                      Date

Debtor's Name  Charles Paxton Paret                                                        Case No.  23-00217



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Charles Paxton Paret                                              Case No.  23-00217



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name Charles Paxton Paret                                    Case No. 23-00217



PageThree



PageFour

Last statement: October 31, 2023
This statement: November 30, 2023
Total days in statement period: 30

**KSP PROPERTIES LLC**
**606 E MAIN ST UNTI 102**
**BERRYVILLE VA 22611-1527**

Page 1
XXXXXX3401
( 2)

Direct inquiries to:
301-986-1800

EagleBank
PO Box 34311
Bethesda MD 20827-9909

*LIMITED TIME SPECIAL RATES ON CDS AND MONEY MARKET ACCOUNTS! CALL US AT 301.986.1800 TO INQUIRE ABOUT RATES & TERMS.*

## Business Checking Plus

| Account number | XXXXXX3401 | Beginning balance | $6,569.97 |
|---|---|---|---|
| Enclosures | 2 | Total additions | 29,358.28 |
| Low balance | $99.63 | Total subtractions | 35,460.65 |
| Average balance | $1,685.54 | Ending balance | $467.60 |
| Avg collected balance | $1,575 | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 11-01 | ' A2A Pmt Debit | 127.44 |
| | TERMINAL 002 992437888 TMOBILE POSTPAID W | |
| | EB BELLEVUE WA 11-01-23 6:21 PM XXXXXXXXXXXX0313 | |
| 11-01 | ' POS Purchase | 1,052.89 |
| | MERCHANT PURCHASE TERMINAL 55263523 RAPPAHANNOCKELECTR | |
| | ICCO FREDERICK VA 10-31-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-01 | ' POS Purchase | 210.60 |
| | MERCHANT PURCHASE TERMINAL 02305373 U-HAULSHENANDOAH R | |
| | ENTA WINCHESTE VA 10-31-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-01 | ' POS Purchase | 46.20 |
| | MERCHANT PURCHASE TERMINAL 55432863 DC *GOV'T PAYMENT | |
| | 202-442-4 DC 10-31-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-01 | ' POS Purchase | 44.65 |
| | MERCHANT PURCHASE TERMINAL 02305373 U-HAULSHENANDOAH R | |
| | ENTA WINCHESTE VA 10-31-23 12:00 AM XXXXXXXXXXXX0313 | |

KSP PROPERTIES LLC                                                  Page 2
November 30, 2023                                             XXXXXX3401

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 11-02 | ' Cash Mgmt Trsfr Dr<br>REF 3052215P FUNDS TRANSFER TO DEP XXXXX7807<br>FROM MOBILE TRANSFER | 2,500.00 |
| 11-02 | ' Preauthorized Wd<br>PENNYMAC CASH 231102<br>8022374567-0048 | 3,157.79 |
| 11-03 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429503 FACTOR75<br>188857357 IL 11-02-23 12:00 AM XXXXXXXXXXXX0313 | 167.27 |
| 11-03 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 75504993 APOTHECA 301 CHESH<br>IRE ATLANTA GA 11-01-23 12:00 AM XXXXXXXXXXXX0313 | 9.83 |
| 11-06 | ' Cash Mgmt Trsfr Dr<br>REF 3081559L FUNDS TRANSFER TO DEP XXXXX7807<br>FROM MOBILE TRANSFER | 2,200.00 |
| 11-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 25247803 HOLTZMAN OIL CORP<br>MOUNT JAC VA 11-03-23 12:00 AM XXXXXXXXXXXX0313 | 976.06 |
| 11-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 DROPBOX*K7N9JYC79F<br>ND DROPBOX.C CA 11-05-23 12:00 AM XXXXXXXXXXXX0313 | 420.00 |
| 11-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 25247803 HOLTZMAN OIL CORP<br>MOUNT JAC VA 11-03-23 12:00 AM XXXXXXXXXXXX0313 | 200.00 |
| 11-06 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000 AMAZON.COM*994UG5E<br>B3 SEATTLE WA 11-05-23 7:05 AM XXXXXXXXXXXX0313 | 145.80 |
| 11-06 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000101 AMAZON.COM*DN6CQ10<br>J3 SEATTLE WA 11-05-23 9:45 AM XXXXXXXXXXXX0313 | 107.99 |
| 11-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55639953 EXXON LAVISTA ROAD<br>FOO TUCKER GA 11-03-23 12:00 AM XXXXXXXXXXXX0313 | 84.77 |
| 11-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 WPY*ZOLA Z CANVAS<br>CREA 855-469-3 GA 11-04-23 12:00 AM XXXXXXXXXXXX0313 | 50.00 |
| 11-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 05140483 CHICK-FIL-A #00703<br>ATLANTA GA 11-04-23 12:00 AM XXXXXXXXXXXX0313 | 23.54 |
| 11-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 85309613 FETCH PARK BUCKHEA<br>D ATLANTA GA 11-03-23 12:00 AM XXXXXXXXXXXX0313 | 22.32 |
| 11-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 85544023 The Original Panca<br>ke H Atlanta GA 11-04-23 12:00 AM XXXXXXXXXXXX0313 | 20.64 |
| 11-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55436873 NSH INTERCHANGE PA<br>RKIN ATLANTA GA 11-04-23 12:00 AM XXXXXXXXXXXX0313 | 6.00 |

KSP PROPERTIES LLC                                          Page 3
November 30, 2023                                      XXXXXX3401

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 11-06 | ' POS Purchase | 5.00 |
| | POS PURCHASE TERMINAL 77827301 CASH APP*KHALID SH | |
| | ERIF SAN FRANC CA 11-06-23 1:03 AM XXXXXXXXXXXX0313 | |
| 11-06 | ' Preauthorized Wd | 1,605.74 |
| | UNITED BANK LOAN PYMT 231106 | |
| | 42601250078787 | |
| 11-07 | ' Cash Mgmt Trsfr Dr | 2,000.00 |
| | REF 3111240L FUNDS TRANSFER TO DEP XXXXX7807 | |
| | FROM | |
| 11-07 | ' POS Purchase | 717.36 |
| | MERCHANT PURCHASE TERMINAL 85414383 PAYPAL *truN7F8 | |
| | 4029357733 11-06-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-07 | ' POS Purchase | 133.26 |
| | MERCHANT PURCHASE TERMINAL 52653843 ANTICA POSTA RISTO | |
| | RANT ATLANTA GA 11-06-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-07 | ' POS Purchase | 21.52 |
| | POS PURCHASE TERMINAL 46959611 MCDONALD'S F11762 | |
| | ATLANTA GA 11-07-23 12:22 PM XXXXXXXXXXXX0313 | |
| 11-07 | ' EFT Service Charge | 10.76 |
| | SVC CHG INTRNTL TRAN | |
| 11-08 | ' POS Purchase | 1,430.00 |
| | POS PURCHASE TERMINAL 77827301 CASH APP*LIZ CLARK | |
| | SAN FRANC CA 11-08-23 8:54 PM XXXXXXXXXXXX0313 | |
| 11-08 | ' POS Purchase | 19.92 |
| | MERCHANT PURCHASE TERMINAL 55436873 ALL SPICE CAFE | |
| | ATLANTA GA 11-07-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-08 | ' POS Purchase | 17.53 |
| | MERCHANT PURCHASE TERMINAL 55436873 ALL SPICE CAFE | |
| | ATLANTA GA 11-07-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-08 | ' POS Purchase | 16.30 |
| | MERCHANT PURCHASE TERMINAL 75504993 APOTHECA 301 CHESH | |
| | IRE ATLANTA GA 11-06-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-09 | ' Cash Mgmt Trsfr Dr | 3,000.00 |
| | REF 3131217L FUNDS TRANSFER TO DEP XXXXX7807 | |
| | FROM | |
| 11-09 | ' POS Purchase | 884.00 |
| | MERCHANT PURCHASE TERMINAL 55436873 CW MOSSOR LLC | |
| | STEPHENS VA 11-08-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-09 | ' POS Purchase | 750.00 |
| | POS PURCHASE TERMINAL 77827301 CASH APP*ISRAEL CO | |
| | OK SAN FRANC CA 11-09-23 7:06 PM XXXXXXXXXXXX0313 | |
| 11-09 | ' POS Purchase | 19.78 |
| | POS PURCHASE TERMINAL 46959611 MCDONALD'S F11762 | |
| | ATLANTA GA 11-09-23 5:52 PM XXXXXXXXXXXX0313 | |
| 11-10 | ' Cash Mgmt Trsfr Dr | 1,800.00 |
| | REF 3141649L FUNDS TRANSFER TO DEP XXXXX7807 | |
| | FROM LOAN FUNDS FOR BATTLETOWN PAYROLL | |

KSP PROPERTIES LLC　　　　　　　　　　　　　　　　　　　　　Page 4
November 30, 2023　　　　　　　　　　　　　　　　　　　　XXXXXX3401

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 11-10 | ' POS Purchase | 618.28 |
| | MERCHANT PURCHASE TERMINAL 55263523 RAPPAHANNOCKELECTR | |
| | ICCO FREDERICK VA 11-09-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-10 | ' POS Purchase | 124.11 |
| | MERCHANT PURCHASE TERMINAL 55429503 FACTOR75 | |
| | 188857357 IL 11-09-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-10 | ' POS Purchase | 22.87 |
| | MERCHANT PURCHASE TERMINAL 55429503 FACTOR75 | |
| | 188857357 IL 11-09-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-13 | ' A2A Pmt Debit | 60.00 |
| | TERMINAL 00000000 HWAGKRKXVVK4 AUTODESK | |
| | SAN RAFAE CA 11-13-23 6:20 PM XXXXXXXXXXXX0313 | |
| 11-13 | ' POS Purchase | 1,530.00 |
| | POS PURCHASE TERMINAL 77827301 CASH APP*LIZ CLARK | |
| | SAN FRANC CA 11-11-23 12:47 AM XXXXXXXXXXXX0313 | |
| 11-13 | ' POS Purchase | 53.54 |
| | MERCHANT PURCHASE TERMINAL 05314613 JOHNNYS NEW YORK S | |
| | TYLE ATLANTA GA 11-12-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-13 | ' POS Purchase | 43.87 |
| | MERCHANT PURCHASE TERMINAL 55432863 SQ *EZ ONE PRICE C | |
| | LEAN Atlanta GA 11-10-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-13 | ' POS Purchase | 18.85 |
| | MERCHANT PURCHASE TERMINAL 55436873 ALL SPICE CAFE | |
| | ATLANTA GA 11-10-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-13 | ' POS Purchase | 16.30 |
| | MERCHANT PURCHASE TERMINAL 75504993 APOTHECA 301 CHESH | |
| | IRE ATLANTA GA 11-11-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-13 | ' POS Purchase | 7.99 |
| | POS PURCHASE TERMINAL 64921885 GOOGLE *YOUTUBE VI | |
| | DEOS MOUNTAIN CA 11-12-23 1:33 PM XXXXXXXXXXXX0313 | |
| 11-13 | ' Analysis Prev MO Fee | 30.00 |
| | ANALYSIS ACTIVITY FOR 10/23 | |
| 11-14 | ' POS Purchase | 11.50 |
| | MERCHANT PURCHASE TERMINAL 55432863 GOOGLE *SoundCloud | |
| | 650-253-0 CA 11-14-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-14 | ' POS Purchase | 10.00 |
| | MERCHANT PURCHASE TERMINAL 55436873 NSH WOMENS CENTER | |
| | PARK ATLANTA GA 11-08-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-14 | ' Preauthorized Wd | 433.53 |
| | COMCAST 8299610 160037783 231114 | |
| | 0974275 | |
| 11-16 | ' A2A Pmt Debit | 89.99 |
| | TERMINAL 00000025 ADOBE | |
| | SAN JOSE CA 11-16-23 11:26 AM XXXXXXXXXXXX0313 | |
| 11-16 | ' POS Purchase | 1,000.00 |
| | MERCHANT PURCHASE TERMINAL 55480773 VENMO | |
| | NEW YORK NY 11-15-23 12:00 AM XXXXXXXXXXXX0313 | |

KSP PROPERTIES LLC
November 30, 2023

Page 5
XXXXXX3401

| Date | Description | Subtractions |
|---|---|---|
| 11-16 | ' POS Purchase | 8.80 |
| | MERCHANT PURCHASE TERMINAL 02305373 U-HAUL TOLLS AND C | |
| | ITAT PHOENIX AZ 11-15-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-16 | ' POS Purchase | 7.50 |
| | MERCHANT PURCHASE TERMINAL 02305373 U-HAUL TOLLS AND C | |
| | ITAT PHOENIX AZ 11-15-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-17 | ' POS Purchase | 317.99 |
| | MERCHANT PURCHASE TERMINAL 15270213 eBay O*17-10795-82 | |
| | 903 San Jose CA 11-17-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-17 | ' POS Purchase | 298.59 |
| | MERCHANT PURCHASE TERMINAL 15270213 eBay O*17-10795-82 | |
| | 901 San Jose CA 11-17-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-17 | ' POS Purchase | 210.45 |
| | MERCHANT PURCHASE TERMINAL 15270213 eBay O*17-10795-82 | |
| | 902 San Jose CA 11-17-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-17 | ' POS Purchase | 71.54 |
| | MERCHANT PURCHASE TERMINAL 15270213 eBay O*17-10795-82 | |
| | 904 San Jose CA 11-17-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-17 | ' POS Purchase | 55.16 |
| | MERCHANT PURCHASE TERMINAL 12302023 DOCUSIGN INC. | |
| | Wilmingto DE 11-16-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-17 | ' POS Purchase | 19.47 |
| | POS PURCHASE TERMINAL 00000032 EBAYCOMMERCE | |
| | SAN JOSE CA 11-16-23 6:09 PM XXXXXXXXXXXX0313 | |
| 11-20 | ' POS Purchase | 1,000.00 |
| | MERCHANT PURCHASE TERMINAL 55480773 VENMO | |
| | NEW YORK NY 11-18-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-20 | ' POS Purchase | 358.62 |
| | MERCHANT PURCHASE TERMINAL 52704873 STATE FARM INSURA | |
| | NCE BLOOMINGT IL 11-18-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-20 | ' POS Purchase | 149.83 |
| | MERCHANT PURCHASE TERMINAL 55436873 SAFETY LIGHTS AND | |
| | SIGN N SALT LA UT 11-17-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-20 | ' POS Purchase | 132.57 |
| | MERCHANT PURCHASE TERMINAL 72712913 LANDMARK DINER | |
| | ATLANTA GA 11-17-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-20 | ' POS Purchase | 74.19 |
| | MERCHANT PURCHASE TERMINAL 55429503 REVZILLA MOTORSPOR | |
| | TS 877792945 PA 11-17-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-20 | ' POS Purchase | 13.04 |
| | MERCHANT PURCHASE TERMINAL 75504993 APOTHECA 301 CHESH | |
| | IRE ATLANTA GA 11-16-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-20 | ' POS Purchase | 5.00 |
| | MERCHANT PURCHASE TERMINAL 55546503 LAZ PARKING 580363 | |
| | -FLA ATLANTA GA 11-19-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-20 | ' POS Purchase | 1.79 |
| | MERCHANT PURCHASE TERMINAL 82711163 DOLLARDONATIONCLUB | |
| | .COM MESA AZ 11-18-23 12:00 AM XXXXXXXXXXXX0313 | |

KSP PROPERTIES LLC                                                      Page 6
November 30, 2023                                                 XXXXXX3401

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 11-21 | ' Cash Mgmt Trsfr Dr | 2,500.00 |
| | REF 3250015P FUNDS TRANSFER TO DEP XXXXX7807 | |
| | FROM MOBILE TRANSFER | |
| 11-22 | ' POS Purchase | 19.56 |
| | MERCHANT PURCHASE TERMINAL 75504993 APOTHECA 301 CHESH | |
| | IRE ATLANTA GA 11-20-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-24 | ' POS Purchase | 267.35 |
| | MERCHANT PURCHASE TERMINAL 55263523 RAPPAHANNOCKELECTR | |
| | ICCO FREDERICK VA 11-22-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-24 | ' POS Purchase | 13.87 |
| | POS PURCHASE TERMINAL 40031850 KROGER 318 | |
| | ATLANTA GA 11-22-23 10:44 PM XXXXXXXXXXXX0313 | |
| 11-24 | ' POS Purchase | 5.00 |
| | MERCHANT PURCHASE TERMINAL 02305373 U-HAUL TOLLS AND C | |
| | ITAT PHOENIX AZ 11-22-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-24 | ' POS Purchase | 4.17 |
| | POS PURCHASE TERMINAL 40069503 KROGER #695 | |
| | ATLANTA GA 11-24-23 2:52 PM XXXXXXXXXXXX0313 | |
| 11-27 | ' POS Purchase | 1,600.00 |
| | POS PURCHASE TERMINAL 77827301 CASH APP*LIZ CLARK | |
| | SAN FRANC CA 11-25-23 2:53 AM XXXXXXXXXXXX0313 | |
| 11-27 | ' POS Purchase | 38.15 |
| | MERCHANT PURCHASE TERMINAL 82711163 TARAATLANTA.COM | |
| | ATLANTA GA 11-24-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-27 | ' POS Purchase | 26.68 |
| | MERCHANT PURCHASE TERMINAL 05314613 JOHNNYS NEW YORK S | |
| | TYLE ATLANTA GA 11-27-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-27 | ' POS Purchase | 4.99 |
| | POS PURCHASE TERMINAL 64925886 GOOGLE *ROBOKILLER | |
| | MOUNTAIN CA 11-25-23 5:36 PM XXXXXXXXXXXX0313 | |
| 11-27 | ' Preauthorized Wd | 126.97 |
| | VERIZON WIRELESS PAYMENTS 231127 | |
| | 042463391000001 | |
| 11-30 | ' POS Purchase | 40.54 |
| | MERCHANT PURCHASE TERMINAL 55432863 SQ *HORSESHOE CURV | |
| | E RE Bluemont VA 11-29-23 12:00 AM XXXXXXXXXXXX0313 | |
| 11-30 | ' POS Purchase | 13.04 |
| | MERCHANT PURCHASE TERMINAL 75504993 APOTHECA 301 CHESH | |
| | IRE ATLANTA GA 11-28-23 12:00 AM XXXXXXXXXXXX0313 | |

**CREDITS**

| Date | Description | Additions |
|------|-------------|----------:|
| 11-02 | Mobile Remote Dep | 1,812.00 |
| 11-03 | ' Cash Mgmt Trsfr Cr | 700.00 |
| | REF 3071418L FUNDS TRANSFER FRMDEP XXXXX5269 | |
| | FROM | |

KSP PROPERTIES LLC                                              Page 7
November 30, 2023                                          XXXXXX3401

| Date | Description | Additions |
|------|-------------|-----------|
| 11-06 | ' Cash Mgmt Trsfr Cr<br>REF 3081554L FUNDS TRANSFER FRMDEP XXXXX4068<br>FROM MOBILE TRANSFER | 2,500.00 |
| 11-06 | ' Preauthorized Credit<br>AIRBNB 4977 AIRBNB G-A3MHECGWCZDR7<br>TRN*1*G-A3MHECGWCZDR7\ | 1,028.25 |
| 11-06 | ' Cash Mgmt Trsfr Cr<br>REF 3091856L FUNDS TRANSFER FRMDEP XXXXX7807<br>FROM MOBILE TRANSFER | 692.00 |
| 11-06 | ' Preauthorized Credit<br>VRBO PAYMENT 000000575766328<br>["vrbo,2663053,Berryville,VA,22611,US"] | 605.56 |
| 11-06 | ' Cash Mgmt Trsfr Cr<br>REF 3091739L FUNDS TRANSFER FRMDEP XXXXX7807<br>FROM MOBILE TRANSFER | 250.00 |
| 11-07 | ' Preauthorized Credit<br>VRBO PAYMENT 000000577486297<br>["vrbo,2952910,Berryville,VA,22611,US"] | 2,105.68 |
| 11-08 | ' Cash Mgmt Trsfr Cr<br>REF 3121453L FUNDS TRANSFER FRMDEP XXXXX7807<br>FROM | 3,600.00 |
| 11-08 | ' Cash Mgmt Trsfr Cr<br>REF 3121028L FUNDS TRANSFER FRMDEP XXXXX7807<br>FROM LOAN AIA SERVICES BATTLETWON | 2,530.00 |
| 11-08 | ' Cash Mgmt Trsfr Cr<br>REF 3121029L FUNDS TRANSFER FRMDEP XXXXX7807<br>FROM LOAN FOR TRASH SERVICES | 1,000.00 |
| 11-09 | Mobile Remote Dep | 1,500.00 |
| 11-10 | ' Cash Mgmt Trsfr Cr<br>REF 3141847L FUNDS TRANSFER FRMDEP XXXXX7807<br>FROM LIZ PAY CHOP SHOP | 1,550.00 |
| 11-13 | ' Preauthorized Credit<br>AIRBNB 4977 AIRBNB G-MTTCEBRJPNQII<br>TRN*1*G-MTTCEBRJPNQII\ | 703.25 |
| 11-15 | ' Preauthorized Credit<br>VENMO CASHOUT 231115<br>1030606222395 | 3,250.00 |
| 11-17 | ' Cash Mgmt Trsfr Cr<br>REF 3210040P FUNDS TRANSFER FRMDEP XXXXX3227<br>FROM LOAN TEMPORARY | 1,000.00 |
| 11-20 | ' Preauthorized Credit<br>AIRBNB 4977 AIRBNB G-YJB45YT4VGXP4<br>TRN*1*G-YJB45YT4VGXP4\ | 703.25 |
| 11-21 | ' Cash Mgmt Trsfr Cr<br>REF 3250014P FUNDS TRANSFER FRMDEP XXXXX5269<br>FROM MOBILE TRANSFER | 1,300.00 |

KSP PROPERTIES LLC                                                    Page 8
November 30, 2023                                                     XXXXXX3401

| Date | Description | Additions |
|------|-------------|-----------|
| 11-22 | ' Cash Mgmt Trsfr Cr | 400.00 |
| | REF 3261152L FUNDS TRANSFER FRMDEP XXXXX7807 | |
| | FROM MOBILE TRANSFER | |
| 11-24 | ' Preauthorized Credit | 1,924.59 |
| | VRBO PAYMENT 000000604356133 | |
| | ["vrbo,1757222,Berryville,VA,22611,US"] | |
| 11-27 | ' Preauthorized Credit | 203.70 |
| | AIRBNB 4977 AIRBNB G-RVTB76HROSY4K | |
| | TRN*1*G-RVTB76HROSY4K\ | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10-31 | 6,569.97 | 11-09 | 2,688.50 | 11-20 | 1,299.63 |
| 11-01 | 5,088.19 | 11-10 | 1,673.24 | 11-21 | 99.63 |
| 11-02 | 1,242.40 | 11-13 | 615.94 | 11-22 | 480.07 |
| 11-03 | 1,765.30 | 11-14 | 160.91 | 11-24 | 2,114.27 |
| 11-06 | 973.25 | 11-15 | 3,410.91 | 11-27 | 521.18 |
| 11-07 | 196.03 | 11-16 | 2,304.62 | 11-30 | 467.60 |
| 11-08 | 5,842.28 | 11-17 | 2,331.42 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|------|-----------------------|---------------------|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $252.00 |

*Thank you for banking with EagleBank*

| Mobile Deposit | Mobile Deposit |
|---|---|
| **KSP Properties LLC *3401**<br>Deposit amount: 1812.00 | **KSP Properties LLC *3401**<br>Deposit amount: 1500.00 |
| 11/02/2023  Deposit  $1,812.00 | 11/09/2023  Deposit  $1,500.00 |

| DEPOSIT TICKET BACK | DEPOSIT TICKET BACK |
|---|---|

You are expected to examine your account statement, records, or notices within 30 days. We may be relieved of any potential liability for multiple unauthorized signatures or alterations by the same wrongdoer if you do not notify us, in writing, within 30 days after your statement containing the first problem was made available to you. Please refer to your deposit account terms and conditions for additional information.

(For Consumer Accounts Only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Telephone or write us at the telephone number or address located on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  We will tell you the results of our investigation within 10 business days (5 if the transfer involved a point-of-sale transaction and 20 if a new account was involved) after we hear from you and will correct any error promptly. An account is considered a new account for 30 days after the first deposit is made. Otherwise, we will re-credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.



EQUAL HOUSING
LENDER
Member FDIC

## NOV 23 CASH RECEIPTS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/08/2023 | BOOK TRANSFER CREDIT REF 3121453L FUNDS TRANSFER FRMDEP FROM | $3,600.00 |
| 11/15/2023 | Creditvenmo Cashout | $3,250.00 |
| 11/08/2023 | BOOK TRANSFER CREDIT REF 3121028L FUNDS TRANSFER FRMDEP FROM LOANAIA SERVICES BATTLETWON | $2,530.00 |
| 11/06/2023 | BOOK TRANSFER CREDITREF 3081554L FUNDS TRANSFER FRMDEP FROM MOBILE TRANSFER | $2,500.00 |
| 11/07/2023 | Vrbo Berryville | $2,105.68 |
| 11/24/2023 | Creditvrbo Vrbo Berryville | $1,924.59 |
| 11/02/2023 | DEPOSIT | $1,812.00 |
| 11/10/2023 | BOOK TRANSFER CREDITREF 3141847L FUNDS TRANSFER FRMDEP FROM LIZ PAY CHOP SHOP | $1,550.00 |
| 11/09/2023 | DEPOSIT | $1,500.00 |
| 11/21/2023 | BOOK TRANSFER CREDITREF 3250014P FUNDS TRANSFER FRMDEP FROM MOBILE TRANSFER | $1,300.00 |
| 11/06/2023 | Creditairbnb Airbnb G | $1,028.25 |
| 11/17/2023 | BOOK TRANSFER CREDITREF 3210040P FUNDS TRANSFER FRMDEP FROM LOANTEMPORARY | $1,000.00 |
| 11/08/2023 | BOOK TRANSFER CREDIT REF 3121029L FUNDS TRANSFER FRMDEP FROM LOANFOR TRASH SERVICES | $1,000.00 |
| 11/20/2023 | Creditairbnb Airbnb G | $703.25 |
| 11/13/2023 | Airbnb G | $703.25 |
| 11/03/2023 | BOOK TRANSFER CREDITREF 3071418L FUNDS TRANSFER FRMDEP FROM | $700.00 |
| 11/06/2023 | BOOK TRANSFER CREDITREF 3091856L FUNDS TRANSFER FRMDEP FROM MOBILE TRANSFER | $692.00 |
| 11/06/2023 | Creditvrbo Vrbo Berryville | $605.56 |
| 11/22/2023 | BOOK TRANSFER CREDITREF 3261152L FUNDS TRANSFER FRMDEP FROM MOBILE TRANSFER | $400.00 |
| 11/06/2023 | BOOK TRANSFER CREDIT REF 3091739L FUNDS TRANSFER FRMDEP FROM MOBILE TRANSFER | $250.00 |
| 11/27/2023 | Creditairbnb Airbnb G | $203.70 |

**NOV 23 CASH DISBURSEMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 82711163 DOLLARDONATIONCLUB.COM MESA AZ11-18-23 12:00 AM | -$1.79 |
| 11/24/2023 | Kroger | -$4.17 |
| 11/27/2023 | PURCHASEPOS PURCHASE TERMINAL 64925886 ROBOKILLER MOUNTAIN CA11-25-23 5:36 PMXXXXXXXXXXXXX0313 | -$4.99 |
| 11/24/2023 | U-Haul | -$5.00 |
| 11/20/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55546503 LAZ PARKING 580363-FLA ATLANTA GA11-19-23 12:00 AM | -$5.00 |
| 11/06/2023 | purchase77827301 CASH APP*KHALID SHERIF SAN FRANC CA11-06-23 1:03 AMXXXXXXXXXXXXX0313 | -$5.00 |
| 11/06/2023 | 55436873 NSH INTERCHANGE PARKIN ATLANTA GA11-04-23 12:00 AMXXXXXXXXXXXXX0313 | -$6.00 |
| 11/16/2023 | U-Haul | -$7.50 |
| 11/13/2023 | purchase64921885 YOUTUBE VIDEOS MOUNTAIN CA11-12-23 1:33 PMXXXXXXXXXXXXX0313 | -$7.99 |
| 11/16/2023 | U-Haul | -$8.80 |
| 11/03/2023 | 75504993 APOTHECA 301 CHESHIRE ATLANTA GA11-01-23 12:00 AMXXXXXXXXXXXXX0313 | -$9.83 |
| 11/14/2023 | 55436873 NSH WOMENS CENTER PARK ATLANTA GA11-08-23 12:00 AMXXXXXXXXXXXXX0313 | -$10.00 |
| 11/07/2023 | MISCELLANEOUS FEES SVC CHG INTRNTL TRAN | -$10.76 |
| 11/14/2023 | 55432863 Sound Cloud 650-253-0 CA11-14-23 12:00 AMXXXXXXXXXXXXX0313 | -$11.50 |
| 11/30/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 75504993 APOTHECA 301 CHESHIRE ATLANTA GA11-28-23 12:00 AM | -$13.04 |
| 11/20/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 75504993 APOTHECA 301 CHESHIRE ATLANTA GA11-16-23 12:00 AM | -$13.04 |
| 11/24/2023 | Kroger | -$13.87 |
| 11/13/2023 | 75504993 APOTHECA 301 CHESHIRE ATLANTA GA11-11-23 12:00 AMXXXXXXXXXXXXX0313 | -$16.30 |
| 11/08/2023 | 75504993 APOTHECA 301 CHESHIRE ATLANTA GA11-06-23 12:00 AMXXXXXXXXXXXXX0313 | -$16.30 |
| 11/08/2023 | 55436873 ALL SPICE CAFE ATLANTA GA11-07-23 12:00 AMXXXXXXXXXXXXX0313 | -$17.53 |
| 11/13/2023 | 55436873 ALL SPICE CAFE ATLANTA GA11-10-23 12:00 AMXXXXXXXXXXXXX0313 | -$18.85 |
| 11/17/2023 | PURCHASEPOS PURCHASE TERMINAL 00000032 EBAYCOMMERCE SAN JOSE CA11-16-23 6:09 PMXXXXXXXXXXXXX03 | -$19.47 |
| 11/22/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 75504993 APOTHECA 301 CHESHIRE ATLANTA GA11-20-23 12:00 AM | -$19.56 |
| 11/09/2023 | McDonald's | -$19.78 |
| 11/08/2023 | 55436873 ALL SPICE CAFE ATLANTA GA11-07-23 12:00 AMXXXXXXXXXXXXX0313 | -$19.92 |
| 11/06/2023 | Original Pancake House | -$20.64 |
| 11/07/2023 | McDonald's | -$21.52 |
| 11/06/2023 | Fetch Park Buckhead LLC | -$22.32 |
| 11/10/2023 | 55429503 FACTOR75 188857357 IL11-09-23 12:00 AMXXXXXXXXXXXXX0313 | -$22.87 |

| 11/06/2023 | Chick-Fil-A | -$23.54 |
| 11/27/2023 | Johnnys New York | -$26.68 |
| 11/13/2023 | MISCELLANEOUS FEES ANALYSIS ACTIVITY FOR 10/23 | -$30.00 |
| 11/27/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 82711163 TARAATLANTA.COM ATLANTA GA11-24-23 12:00 AMXXXX | -$38.15 |
| 11/30/2023 | Curves | -$40.54 |
| 11/13/2023 | EZ One Price Cleaners | -$43.87 |
| 11/01/2023 | U-Haul | -$44.65 |
| 11/01/2023 | DC Govt | -$46.20 |
| 11/06/2023 | 55432863 WPY*ZOLA Z CANVAS CREA 855-469-3 GA11-04-23 12:00 AMXXXXXXXXXXXX0313 | -$50.00 |
| 11/13/2023 | Johnnys New York | -$53.54 |
| 11/17/2023 | DocuSign | -$55.16 |
| 11/13/2023 | MISCELLANEOUS DEBIT TERMINAL 00000000 HWAGKRKXVVK4 AUTODESK SAN RAFAE CA11-13-23 6:20 PMXXXXX | -$60.00 |
| 11/17/2023 | eBay | -$71.54 |
| 11/20/2023 | MotoSport | -$74.19 |
| 11/06/2023 | Exxon | -$84.77 |
| 11/16/2023 | MISCELLANEOUS DEBITTERMINAL 00000025 ADOBE SAN JOSE CA11-16-23 11:26 AMXXXXXXXXXXXX0313 | -$89.99 |
| 11/06/2023 | Amazon | -$107.99 |
| 11/10/2023 | 55429503 FACTOR75 188857357 IL11-09-23 12:00 AMXXXXXXXXXXXX0313 | -$124.11 |
| 11/27/2023 | Verizon Wireless | -$126.97 |
| 11/01/2023 | T-Mobile | -$127.44 |
| 11/20/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 72712913 LANDMARK DINER ATLANTA GA11-17-23 12:00 AMXXXXX | -$132.57 |
| 11/07/2023 | Antica Posta Ristorante, Inc. | -$133.26 |
| 11/06/2023 | Amazon | -$145.80 |
| 11/20/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55436873 SAFETY LIGHTS AND SIGN N SALT LA UT11-17-23 12:00 AM | -$149.83 |
| 11/03/2023 | 55429503 FACTOR75 188857357 IL11-02-23 12:00 AMXXXXXXXXXXXX0313 | -$167.27 |
| 11/06/2023 | Holtzman Oil | -$200.00 |
| 11/17/2023 | eBay | -$210.45 |
| 11/01/2023 | U-Haul | -$210.60 |
| 11/24/2023 | Rapahannock Electric | -$267.35 |
| 11/17/2023 | eBay | -$298.59 |
| 11/17/2023 | eBay | -$317.99 |
| 11/20/2023 | State Farm | -$358.62 |

| Date | Description | Amount |
|---|---|---|
| 11/06/2023 | Dropbox | -$420.00 |
| 11/14/2023 | Comcast | -$433.53 |
| 11/10/2023 | Rapahannock Electric | -$618.28 |
| 11/07/2023 | 85414383 truN7F8 4029357733 11-06-23 12:00 AMXXXXXXXXXXXX0313 | -$717.36 |
| 11/09/2023 | purchase77827301 CASH APP*ISRAEL COOK SAN FRANC CA11-09-23 7:06 PMXXXXXXXXXXXX0313 | -$750.00 |
| 11/09/2023 | Cw Mossor | -$884.00 |
| 11/06/2023 | Holtzman Oil | -$976.06 |
| 11/20/2023 | Venmo | -$1,000.00 |
| 11/16/2023 | Venmo | -$1,000.00 |
| 11/01/2023 | Rapahannock Electric | -$1,052.89 |
| 11/08/2023 | Clark Oil | -$1,430.00 |
| 11/13/2023 | Clark Oil | -$1,530.00 |
| 11/27/2023 | Clark Oil | -$1,600.00 |
| 11/06/2023 | UNITED BANK LOAN payment 231106 42601250078787 | -$1,605.74 |
| 11/10/2023 | BOOK TRANSFER DEBIT REF 3141649L FUNDS TRANSFER TO DEP FROM LOANFUNDS FOR BATTLETOWN PAYROL | -$1,800.00 |
| 11/07/2023 | BOOK TRANSFER DEBIT REF 3111240L FUNDS TRANSFER TO DEP FROM | -$2,000.00 |
| 11/06/2023 | BOOK TRANSFER DEBIT REF 3081559L FUNDS TRANSFER TO DEP FROM MOBILE TRANSFER | -$2,200.00 |
| 11/21/2023 | BOOK TRANSFER DEBITREF 3250015P FUNDS TRANSFER TO DEP FROM MOBILE TRANSFER | -$2,500.00 |
| 11/02/2023 | BOOK TRANSFER DEBITREF 3052215P FUNDS TRANSFER TO DEP FROM MOBILE TRANSFER | -$2,500.00 |
| 11/09/2023 | BOOK TRANSFER DEBITREF 3131217L FUNDS TRANSFER TO DEP FROM | -$3,000.00 |
| 11/02/2023 | DEBITPENNYMAC CASH 231102 8022374567-0048 | -$3,157.79 |