## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF _____

_____

| | | |
|---|---|---|
| In Re. Charles Paxton Paret | § | Case No.  23-00217 _____ |
| | § | |
| _____ | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report                                        Chapter 11

Reporting Period Ended: 12/31/2023 _____          Petition Date: 08/04/2023 _____

Months Pending: 5 _____                    Industry Classification: | 5 | 3 | 1 | 2 |

Reporting Method:              Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):                    0 _____

Debtor's Full-Time Employees (as of date of order for relief):    0 _____


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


| | |
|---|---|
| /s/ Jeffery T. Martin, Jr. | Jeffery T. Martin, Jr. |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 02/28/2024 | |
| Date | 8065 Leesburg Pike Suite 750 Vienna, VA 22182 |
| | Address |


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Charles Paxton Paret                                    Case No. 23-00217

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $468 | |
| b.   Total receipts (net of transfers between accounts) | $22,058 | $22,058 |
| c.   Total disbursements (net of transfers between accounts) | $22,525 | $22,525 |
| d.   Cash balance end of month (a+b-c) | $0 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $22,525 | $22,525 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory     ( Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 | |
| d    Total current assets | $0 | |
| e.   Total assets | $0 | |
| f.   Postpetition payables (excluding taxes) | $0 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $0 | |
| k.   Prepetition secured debt | $0 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $0 | |
| n.   Total liabilities (debt) (j+k+l+m) | $0 | |
| o.   Ending equity/net worth (e-n) | $0 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

Debtor's Name  Charles Paxton Paret                                                    Case No.  23-00217

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | | | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Martin Law Group, P.C. | Lead Counsel | $0 | | | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Charles Paxton Paret                                    Case No. 23-00217

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Charles Paxton Paret                                                                    Case No.  23-00217

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name  Charles Paxton Paret                                          Case No.  23-00217

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Charles Paxton Paret                                                            Case No.  23-00217

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name Charles Paxton Paret                                                                Case No. 23-00217

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   | xcix |   |   |   |   |   |   |
|   | c |   |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   |   |   |   |   |   |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ◯  No ⦿

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)     Yes ◯  No ⦿

c.  Were any payments made to or on behalf of insiders?     Yes ◯  No ⦿

d.  Are you current on postpetition tax return filings?     Yes ◯  No ⦿

e.  Are you current on postpetition estimated tax payments?     Yes ◯  No ⦿

f.  Were all trust fund taxes remitted on a current basis?     Yes ◯  No ⦿

g.  Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)     Yes ◯  No ⦿

h.  Were all payments made to or on behalf of professionals approved by
the court?     Yes ◯  No ⦿  N/A ◯

i.  Do you have:     Worker's compensation insurance?     Yes ◯  No ⦿

   If yes, are your premiums current?     Yes ◯  No ◯  N/A ⦿  (if no, see Instructions)

   Casualty/property insurance?     Yes ◯  No ⦿

   If yes, are your premiums current?     Yes ◯  No ◯  N/A ⦿  (if no, see Instructions)

   General liability insurance?     Yes ◯  No ⦿

   If yes, are your premiums current?     Yes ◯  No ◯  N/A ⦿  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ◯  No ⦿

k.  Has a disclosure statement been filed with the court?     Yes ◯  No ⦿

l.  Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?     Yes ◯  No ⦿

Debtor's Name  Charles Paxton Paret                                                  Case No. 23-00217

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $936 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $936 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $13,464 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $13,464 |
| j. | Difference between total income and total expenses (d-i) | $-12,528 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/S/ Charles Paxton Paret
_____

Signature of Responsible Party

Debtor
_____

Title

Charles Paxton Paret
_____

Printed Name of Responsible Party

02/28/2024
_____

Date



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name Charles Paxton Paret                                    Case No. 23-00217

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Charles Paxton Paret                                                                                           Case No.  23-00217



PageThree



PageFour

Last statement: November 30, 2023
This statement: December 31, 2023
Total days in statement period: 31

**KSP PROPERTIES LLC**
**606 E MAIN ST UNTI 102**
**BERRYVILLE VA 22611-1527**

Page 1
XXXXXX3401
( 2)

Direct inquiries to:
301-986-1800

EagleBank
PO Box 34311
Bethesda MD 20827-9909

*FOR CYBER SAFETY TIPS, VISIT EAGLEBANKCORP.COM/SECURITY.*

## Business Checking Plus

| | | | |
|---|---|---|---|
| Account number | XXXXXX3401 | Beginning balance | $467.60 |
| Enclosures | 2 | Total additions | 22,057.63 |
| Low balance | $-2,978.34 | Total subtractions | 22,525.23 |
| Average balance | $1,237.96 | Ending balance | $.00 |
| Avg collected balance | $1,215 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 5040 | 12-14 | 2,220.00 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 12-01 | ' POS Purchase | 24.49 |
| | MERCHANT PURCHASE TERMINAL 55639953 EXXON RED APPLE BE | |
| | RRYV BERRYVILL VA 11-30-23 12:00 AM XXXXXXXXXXXX0313 | |
| 12-01 | ' POS Purchase | 8.96 |
| | MERCHANT PURCHASE TERMINAL 82711163 FT: HOMESPUN | |
| | ARLINGTON VA 11-30-23 12:00 AM XXXXXXXXXXXX0313 | |
| 12-01 | ' POS Purchase | 7.88 |
| | MERCHANT PURCHASE TERMINAL 55432863 SQ *CORDIAL COFFEE | |
| | CO. Berryvill VA 11-30-23 12:00 AM XXXXXXXXXXXX0313 | |
| 12-04 | ' POS Purchase | 114.38 |
| | MERCHANT PURCHASE TERMINAL 52707153 THE HOME DEPOT #46 | |
| | 18 WINCHESTE VA 11-30-23 12:00 AM XXXXXXXXXXXX0313 | |

KSP PROPERTIES LLC                                    Page 2
December 31, 2023                                   XXXXXX3401

| Date | Description | Subtractions |
|------|-------------|-------------|
| 12-04 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 85230723 ZEN RAMEN<br>BERRYVILL VA 11-30-23 12:00 AM XXXXXXXXXXXX0313 | 42.75 |
| 12-04 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 SQ *BO CHICKEN, LL<br>C Arlington VA 12-02-23 12:00 AM XXXXXXXXXXXX0313 | 29.92 |
| 12-04 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82711163 FT: HOMESPUN<br>ARLINGTON VA 12-02-23 12:00 AM XXXXXXXXXXXX0313 | 13.43 |
| 12-04 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 72705853 MARKET BASKET<br>BERRYVILL VA 12-01-23 12:00 AM XXXXXXXXXXXX0313 | 9.14 |
| 12-04 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55308763 SHELL OIL 57543992<br>002 VIENNA VA 11-30-23 12:00 AM XXXXXXXXXXXX0313 | 8.47 |
| 12-04 | ' Preauthorized Wd<br>PENNYMAC CASH 231204<br>8022374567-0049 | 3,157.79 |
| 12-05 | ' NSF Return Item Fee<br>FOR RETURN OF PREAUTHORIZED WD 021000024810811 | 36.00 |
| 12-05 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 85133313 BKD BAGELS<br>LEESBURG VA 12-03-23 12:00 AM XXXXXXXXXXXX0313 | 9.07 |
| 12-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 DROPBOX*1NH9CGZJ5C<br>78 DROPBOX.C CA 12-05-23 12:00 AM XXXXXXXXXXXX0313 | 420.00 |
| 12-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55436873 MOXIE PEST CONTROL<br>FRISCO TX 12-05-23 12:00 AM XXXXXXXXXXXX0313 | 130.97 |
| 12-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 Prime Video *3R5XO<br>54N3 888-802-3 WA 12-06-23 12:00 AM XXXXXXXXXXXX0313 | 24.99 |
| 12-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 72705853 MARKET BASKET<br>BERRYVILL VA 12-05-23 12:00 AM XXXXXXXXXXXX0313 | 6.86 |
| 12-06 | ' Preauthorized Wd<br>UNITED BANK LOAN PYMT 231206<br>42601250078787 | 1,605.74 |
| 12-07 | ' NSF Return Item Fee<br>FOR RETURN OF PREAUTHORIZED WD 051900399019043 | 36.00 |
| 12-07 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 52707153 THE HOME DEPOT #46<br>21 LEESBURG VA 12-05-23 12:00 AM XXXXXXXXXXXX0313 | 265.15 |
| 12-08 | ' Overdraft Fee<br>FOR OVERDRAFT POS PURCHASE 000003188840000 | 36.00 |
| 12-08 | ' Preauthorized Wd<br>PENNYMAC RETRY PYMT 231208<br>8022374567-0049 | 3,157.79 |

KSP PROPERTIES LLC                                          Page 3
December 31, 2023                                        XXXXXX3401

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 12-11 | ' NSF Return Item Fee | 36.00 |
|  | FOR RETURN OF PREAUTHORIZED WD 021000020931042 | |
| 12-12 | ' POS Purchase | 124.11 |
|  | MERCHANT PURCHASE TERMINAL 55432863 FACTOR | |
|  | 888-573-5 NY 12-11-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-12 | ' Analysis Prev MO Fee | 10.00 |
|  | ANALYSIS ACTIVITY FOR 11/23 | |
| 12-13 | ' POS Purchase | 1,130.00 |
|  | MERCHANT PURCHASE TERMINAL 52653843 VENMO *ASHLEY COR | |
|  | UM 855812443 NY 12-12-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-13 | ' POS Purchase | 392.63 |
|  | MERCHANT PURCHASE TERMINAL 05436843 PSN*BERRYVILLE VA | |
|  | BERRYVILL VA 12-12-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-13 | ' POS Purchase | 250.32 |
|  | MERCHANT PURCHASE TERMINAL 55131583 DNH*GODADDY.COM | |
|  | TEMPE AZ 12-12-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-13 | ' POS Purchase | 60.00 |
|  | MERCHANT PURCHASE TERMINAL 15270213 Autodesk ADY | |
|  | 855301956 CA 12-13-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-14 | ' POS Purchase | 70.26 |
|  | MERCHANT PURCHASE TERMINAL 75418233 DNH*GODADDY.COM | |
|  | TEMPE AZ 12-13-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-14 | ' POS Purchase | 57.20 |
|  | MERCHANT PURCHASE TERMINAL 05140483 SPROUTS FARMERS MA | |
|  | RK ATLANTA GA 12-12-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-14 | ' POS Purchase | 11.50 |
|  | POS PURCHASE TERMINAL 64925886 GOOGLE *SOUNDCLOUD | |
|  | MOUNTAIN CA 12-12-23 8:48 PM XXXXXXXXXXXXX0313 | |
| 12-14 | ' Preauthorized Wd | 433.53 |
|  | COMCAST 8299610 160037783 231214 | |
|  | 0391010 | |
| 12-15 | ' POS Purchase | 124.11 |
|  | MERCHANT PURCHASE TERMINAL 55429503 FACTOR75 | |
|  | 188857357 IL 12-14-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-15 | ' POS Purchase | 53.15 |
|  | MERCHANT PURCHASE TERMINAL 02305373 PUBLIX #1044 | |
|  | ATLANTA GA 12-14-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-15 | ' POS Purchase | 21.25 |
|  | MERCHANT PURCHASE TERMINAL 02305373 PUBLIX #1044 | |
|  | ATLANTA GA 12-14-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-18 | ' POS Purchase | 1,051.14 |
|  | MERCHANT PURCHASE TERMINAL 55310203 SUNBELT RENTALS #0 | |
|  | 162 WINCHESTE VA 12-15-23 12:00 AM XXXXXXXXXXXXX0313 | |
| 12-18 | ' POS Purchase | 418.90 |
|  | MERCHANT PURCHASE TERMINAL 55417343 DELTA | |
|  | DELTA.COM CA 12-17-23 12:00 AM XXXXXXXXXXXXX0313 | |

KSP PROPERTIES LLC                                                         Page 4
December 31, 2023                                                         XXXXXX3401

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 12-18 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000 AMAZON.COM*XW0433T<br>B3 SEATTLE WA 12-15-23 8:55 PM XXXXXXXXXXXX0313 | 116.04 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429503 ADOBE *CREATIVE C<br>LOUD 408536600 CA 12-16-23 12:00 AM XXXXXXXXXXXX0313 | 89.99 |
| 12-18 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000 AMAZON.COM*8A1EP6L<br>A3 SEATTLE WA 12-15-23 8:55 PM XXXXXXXXXXXX0313 | 68.56 |
| 12-18 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000101 AMAZON.COM*AS5HN7F<br>R3 SEATTLE WA 12-17-23 8:12 PM XXXXXXXXXXXX0313 | 51.16 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 85177483 HIGHLAND NAILS<br>ATLANTA GA 12-14-23 12:00 AM XXXXXXXXXXXX0313 | 50.00 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 12302023 DOCUSIGN INC.<br>Wilmingto DE 12-15-23 12:00 AM XXXXXXXXXXXX0313 | 45.00 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 SQ *WEST GEORGIA B<br>OOTS Atlanta GA 12-16-23 12:00 AM XXXXXXXXXXXX0313 | 45.00 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55480773 CIRQUE DU SOLEIL E<br>CHO LAS VEGAS NV 12-16-23 12:00 AM XXXXXXXXXXXX0313 | 40.00 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 12302023 Etsy.com*CaitlynMi<br>nima BROOKLYN NY 12-16-23 12:00 AM XXXXXXXXXXXX0313 | 35.80 |
| 12-18 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000101 AMAZON.COM*VB39Z6W<br>73 SEATTLE WA 12-15-23 11:34 PM XXXXXXXXXXXX0313 | 31.32 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 SQ *SABOR BUCKHEAD<br>- X Atlanta GA 12-16-23 12:00 AM XXXXXXXXXXXX0313 | 21.70 |
| 12-18 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000101 AMAZON.COM*PX37R4B<br>R3 SEATTLE WA 12-17-23 6:45 PM XXXXXXXXXXXX0313 | 19.43 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55480773 CIRQUE DU SOLEIL E<br>CHO LAS VEGAS NV 12-16-23 12:00 AM XXXXXXXXXXXX0313 | 8.71 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 SQ *SABOR BUCKHEAD<br>- X Atlanta GA 12-16-23 12:00 AM XXXXXXXXXXXX0313 | 6.51 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55546503 LAZ PARKING 580363<br>-FLA ATLANTA GA 12-16-23 12:00 AM XXXXXXXXXXXX0313 | 5.00 |
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 22303793 LANIER PARKING 211<br>3510 ATLANTA GA 12-16-23 12:00 AM XXXXXXXXXXXX0313 | 4.00 |

KSP PROPERTIES LLC                                                        Page 5
December 31, 2023                                                   XXXXXX3401

| Date | Description | Subtractions |
|------|-------------|--------------|
| 12-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55310203 ATLMARKET ST2677<br>ATLANTA GA 12-17-23 12:00 AM XXXXXXXXXXXX0313 | 3.11 |
| 12-19 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 85133313 HEIST<br>WASHINGTO DC 12-18-23 12:00 AM XXXXXXXXXXXX0313 | 40.80 |
| 12-19 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 85133313 HEIST<br>WASHINGTO DC 12-17-23 12:00 AM XXXXXXXXXXXX0313 | 40.80 |
| 12-19 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82711163 FT: HOMESPUN<br>ARLINGTON VA 12-18-23 12:00 AM XXXXXXXXXXXX0313 | 13.44 |
| 12-19 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 05436843 PY *MCA FRESHENS<br>DORAL FL 12-17-23 12:00 AM XXXXXXXXXXXX0313 | 12.12 |
| 12-20 | ' A2A Pmt Debit<br>TERMINAL I100341 GEORGIA NATURAL GA<br>S DALLAS TX 12-20-23 8:46 AM XXXXXXXXXXXX0313 | 178.31 |
| 12-20 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 05436843 PSN*BERRYVILLE VA<br>BERRYVILL VA 12-19-23 12:00 AM XXXXXXXXXXXX0313 | 459.46 |
| 12-20 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 THE ORVIS COMPANY<br>INC WWW.ORVIS VT 12-19-23 12:00 AM XXXXXXXXXXXX0313 | 155.04 |
| 12-20 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55310203 SUNBELT RENTALS #0<br>162 WINCHESTE VA 12-19-23 12:00 AM XXXXXXXXXXXX0313 | 82.92 |
| 12-20 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 52707153 THE HOME DEPOT #46<br>21 LEESBURG VA 12-18-23 12:00 AM XXXXXXXXXXXX0313 | 20.68 |
| 12-20 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 72705853 MARKET BASKET<br>BERRYVILL VA 12-19-23 12:00 AM XXXXXXXXXXXX0313 | 15.13 |
| 12-20 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 05436843 PY *LOCKE STORE LL<br>C MILLWOOD VA 12-19-23 12:00 AM XXXXXXXXXXXX0313 | 15.07 |
| 12-20 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 SQ *CORDIAL COFFEE<br>CO. Berryvill VA 12-19-23 12:00 AM XXXXXXXXXXXX0313 | 6.88 |
| 12-21 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 52653843 VENMO *JANE CORWI<br>N 855812443 NY 12-20-23 12:00 AM XXXXXXXXXXXX0313 | 2,180.00 |
| 12-21 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 SQ *EAGAN & COMPAN<br>Y-TH Wincheste VA 12-20-23 12:00 AM XXXXXXXXXXXX0313 | 45.00 |
| 12-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429503 FACTOR75<br>188857357 IL 12-21-23 12:00 AM XXXXXXXXXXXX0313 | 124.11 |

KSP PROPERTIES LLC                                                    Page 6
December 31, 2023                                                     XXXXXX3401

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 12-22 | ' POS Purchase<br>POS PURCHASE TERMINAL 74862889 UBER *TRIP<br>SAN FRANC CA 12-22-23 11:47 AM XXXXXXXXXXXX0313 | 63.93 |
| 12-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 52708243 EINSTEIN BROS BAGE<br>LS31 ATLANTA GA 12-21-23 12:00 AM XXXXXXXXXXXX0313 | 27.35 |
| 12-26 | ' POS Purchase<br>POS PURCHASE TERMINAL 002 IN 3RD PA<br>SOUTH BOU NJ 12-26-23 6:47 AM XXXXXXXXXXXX0313 | 1,699.00 |
| 12-26 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 CUMBERLAND FARMS 5<br>619 YARMOUTH ME 12-24-23 12:00 AM XXXXXXXXXXXX0313 | 36.86 |
| 12-26 | ' POS Purchase<br>POS PURCHASE TERMINAL 64925886 GOOGLE *ROBOKILLER<br>MOUNTAIN CA 12-25-23 5:36 PM XXXXXXXXXXXX0313 | 4.99 |
| 12-26 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 STARBUCKS STORE 11<br>267 FALMOUTH ME 12-24-23 12:00 AM XXXXXXXXXXXX0313 | 2.70 |
| 12-26 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82711163 DOLLARDONATIONCLUB<br>.COM MESA AZ 12-23-23 12:00 AM XXXXXXXXXXXX0313 | 1.79 |
| 12-27 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 SQ *HABERDASHERY R<br>ESAL Freeport ME 12-26-23 12:00 AM XXXXXXXXXXXX0313 | 126.60 |
| 12-27 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 12302023 Francescas Outlet<br>Freeport ME 12-26-23 12:00 AM XXXXXXXXXXXX0313 | 124.48 |
| 12-27 | ' Preauthorized Wd<br>VERIZON WIRELESS PAYMENTS 231227<br>042463391000001 | 155.83 |
| 12-29 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 75265863 LLBEAN-VILLAGE STA<br>TION FREEPORT ME 12-28-23 12:00 AM XXXXXXXXXXXX0313 | 283.87 |
| 12-29 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02306643 GOODWILL MAINE MAL<br>L 23 SOUTH POR ME 12-28-23 12:00 AM XXXXXXXXXXXX0313 | 158.25 |
| 12-29 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432863 FACTOR<br>888-573-5 NY 12-28-23 12:00 AM XXXXXXXXXXXX0313 | 124.11 |
| 12-29 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 05436843 RED ROBIN NO 516<br>SCARBOROU ME 12-29-23 12:00 AM XXXXXXXXXXXX0313 | 74.50 |

KSP PROPERTIES LLC                                                    Page 7
December 31, 2023                                                  XXXXXX3401

**CREDITS**

| Date | Description | Additions |
|------|-------------|-----------|
| 12-04 | ' Preauthorized Credit | 703.25 |
| | AIRBNB 4977 AIRBNB G-PKE4IWZMO3BZV | |
| | TRN*1*G-PKE4IWZMO3BZV\ | |
| 12-05 | ' Return Item | 3,157.79 |
| | PENNYMAC CASH 231204 | |
| | 8022374567-0049 CHECK | |
| 12-07 | ' Return Item | 1,605.74 |
| | UNITED BANK LOAN PYMT 231206 | |
| | 42601250078787 CHECK | |
| 12-08 | Mobile Remote Dep | 233.06 |
| 12-11 | ' Cash Mgmt Trsfr Cr | 3,500.00 |
| | REF 3451152L FUNDS TRANSFER FRMDEP XXXXX4068 | |
| | FROM LOAN FOR MORTGAGE | |
| 12-11 | ' Return Item | 3,157.79 |
| | PENNYMAC RETRY PYMT 231208 | |
| | 8022374567-0049 CHECK | |
| 12-12 | ' Preauthorized Credit | 1,000.00 |
| | VENMO CASHOUT 231212 | |
| | 1031230366039 | |
| 12-14 | ' Cash Mgmt Trsfr Cr | 3,500.00 |
| | REF 3481055L FUNDS TRANSFER FRMDEP XXXXX7807 | |
| | FROM MOBILE TRANSFER | |
| 12-14 | ' Cash Mgmt Trsfr Cr | 500.00 |
| | REF 3480813L FUNDS TRANSFER FRMDEP XXXXX7807 | |
| | FROM MOBILE TRANSFER | |
| 12-18 | ' Cash Mgmt Trsfr Cr | 1,500.00 |
| | REF 3511841L FUNDS TRANSFER FRMDEP XXXXX7807 | |
| | FROM MOBILE TRANSFER | |
| 12-20 | ' Cash Mgmt Trsfr Cr | 2,600.00 |
| | REF 3541459L FUNDS TRANSFER FRMDEP XXXXX7807 | |
| | FROM MOBILE TRANSFER | |
| 12-28 | ' Cash Mgmt Trsfr Cr | 600.00 |
| | REF 3621220L FUNDS TRANSFER FRMDEP XXXXX3227 | |
| | FROM MOBILE TRANSFER | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11-30 | 467.60 | 12-11 | 3,643.45 | 12-20 | 4,633.37 |
| 12-01 | 426.27 | 12-12 | 4,509.34 | 12-21 | 2,408.37 |
| 12-04 | -2,246.36 | 12-13 | 2,676.39 | 12-22 | 2,192.98 |
| 12-05 | 866.36 | 12-14 | 3,883.90 | 12-26 | 447.64 |
| 12-06 | -1,322.20 | 12-15 | 3,685.39 | 12-27 | 40.73 |
| 12-07 | -17.61 | 12-18 | 3,074.02 | 12-28 | 640.73 |
| 12-08 | -2,978.34 | 12-19 | 2,966.86 | 12-29 | 0.00 |

KSP PROPERTIES LLC
December 31, 2023

Page 8
XXXXXX3401

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $36.00 | $72.00 |
| Total Returned Item Fees | $108.00 | $360.00 |

*Thank you for banking with EagleBank*

EAGLEBANK

Period:December 01, 2023 - December 31, 2023
Page:9 of 9

**Mobile Deposit**

**KSP Properties LLC *3401**
**Deposit amount: 233.06**



12/08/2023   Deposit   $233.06

12/14/2023   5040   $2,220.00

**DEPOSIT TICKET BACK**



You are expected to examine your account statement, records, or notices within 30 days. We may be relieved of any potential liability for multiple unauthorized signatures or alterations by the same wrongdoer if you do not notify us, in writing, within 30 days after your statement containing the first problem was made available to you. Please refer to your deposit account terms and conditions for additional information.

(For Consumer Accounts Only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Telephone or write us at the telephone number or address located on the front of this statement as soon as you can, it you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3)Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  We will tell you the results of our investigation within 10 business days (5 if the transfer involved a point-of-sale transaction and 20 if a new account was involved) after we hear from you and will correct any error promptly. An account is considered a new account for 30 days after the first deposit is made. Otherwise, we will re-credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.



EQUAL HOUSING LENDER

Member FDIC

# December 23 Cash Receipts

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/14/2023 | BOOK TRANSFER CREDITREF 3481055L FUNDS TRANSFER FRMDEP FROM MOBILE TRANSFER | $3,500.00 |
| 12/11/2023 | BOOK TRANSFER CREDITREF 3451152L FUNDS TRANSFER FRMDEP FROM LOANFOR MORTGAGE | $3,500.00 |
| 12/11/2023 | CHECK POSTED AND RETURNEDPENNYMAC RETRY payment 231208 8022374567-0049 | $3,157.79 |
| 12/05/2023 | CHECK POSTED AND RETURNEDPENNYMAC CASH 231204 8022374567-0049 | $3,157.79 |
| 12/20/2023 | BOOK TRANSFER CREDITREF 3541459L FUNDS TRANSFER FRMDEP FROM MOBILE TRANSFER | $2,600.00 |
| 12/07/2023 | CHECK POSTED AND RETURNEDUNITED BANK LOAN payment 231206 42601250078787 | $1,605.74 |
| 12/18/2023 | BOOK TRANSFER CREDITREF 3511841L FUNDS TRANSFER FRMDEP FROM MOBILE TRANSFER | $1,500.00 |
| 12/12/2023 | Creditvenmo Cashout | $1,000.00 |
| 12/04/2023 | Creditairbnb Airbnb G | $703.25 |
| 12/28/2023 | BOOK TRANSFER CREDITREF 3621220L FUNDS TRANSFER FRMDEP FROM MOBILE TRANSFER | $600.00 |
| 12/14/2023 | BOOK TRANSFER CREDITREF 3480813L FUNDS TRANSFER FRMDEP FROM MOBILE TRANSFER | $500.00 |
| 12/08/2023 | DEPOSIT | $233.06 |

## December 23 Disbursements

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/26/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 82711163 DOLLARDONATIONCLUB.COM MESA AZ12-23- | -$1.79 |
| 12/26/2023 | Starbucks | -$2.70 |
| 12/18/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55310203 ATLMARKET ST2677 ATLANTA GA12-17-23 12 | -$3.11 |
| 12/18/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 22303793 LANIER PARKING 2113510 ATLANTA GA12-16- | -$4.00 |
| 12/26/2023 | PURCHASEPOS PURCHASE TERMINAL 64925886 ROBOKILLER MOUNTAIN CA12-25-23 5:36 PMXXXXXX | -$4.99 |
| 12/18/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55546503 LAZ PARKING 580363-FLA ATLANTA GA12-16- | -$5.00 |
| 12/18/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55432863 SABOR BUCKHEAD - X Atlanta GA12-16-23 12 | -$6.51 |
| 12/06/2023 | Market Basket | -$6.86 |
| 12/20/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55432863 CORDIAL COFFEE CO. Berryvill VA12-19-23 12: | -$6.88 |
| 12/01/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55432863 CORDIAL COFFEE CO. Berryvill VA11-30-23 12: | -$7.88 |
| 12/04/2023 | Shell | -$8.47 |
| 12/18/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55480773 CIRQUE DU SOLEIL ECHO LAS VEGAS NV12-16 | -$8.71 |
| 12/01/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 82711163 FT: HOMESPUN ARLINGTON VA11-30-23 12:0 | -$8.96 |
| 12/05/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 85133313 BKD BAGELS LEESBURG VA12-03-23 12:00 AN | -$9.07 |
| 12/04/2023 | Market Basket | -$9.14 |
| 12/12/2023 | MISCELLANEOUS FEESANALYSIS ACTIVITY FOR 11/23 | -$10.00 |
| 12/14/2023 | PURCHASEPOS PURCHASE TERMINAL 64925886 SOUNDCLOUD MOUNTAIN CA12-12-23 8:48 PMXXXX | -$11.50 |
| 12/19/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 05436843 PY *MCA FRESHENS DORAL FL12-17-23 12:00 | -$12.12 |
| 12/04/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 82711163 FT: HOMESPUN ARLINGTON VA12-02-23 12:0 | -$13.43 |
| 12/19/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 82711163 FT: HOMESPUN ARLINGTON VA12-18-23 12:0 | -$13.44 |
| 12/20/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 05436843 PY *LOCKE STORE LLC MILLWOOD VA12-19-2: | -$15.07 |
| 12/20/2023 | Market Basket | -$15.13 |
| 12/18/2023 | Amazon | -$19.43 |
| 12/20/2023 | Home Depot | -$20.68 |
| 12/15/2023 | Publix | -$21.25 |
| 12/18/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55432863 SABOR BUCKHEAD - X Atlanta GA12-16-23 12 | -$21.70 |
| 12/01/2023 | Exxon | -$24.49 |
| 12/06/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55432863 Prime Video *3R5XO54N3 888-802-3 WA12-0 | -$24.99 |
| 12/22/2023 | Einstein Bros | -$27.35 |

| Date | Description | Amount |
|---|---|---|
| 12/04/2023 | Bo Chicken LLC | -$29.92 |
| 12/18/2023 | Amazon | -$31.32 |
| 12/18/2023 | Etsy.com | -$35.80 |
| 12/11/2023 | RETURN ITEM FEE796,121123345,831,,FOR RETURN OF withdrawal 021000020931042 | -$36.00 |
| 12/08/2023 | OVERDRAFT FEE796,120823342,832,,FOR OVERDRAFT purchase 000003188840000 | -$36.00 |
| 12/07/2023 | RETURN ITEM FEE796,120723341,831,,FOR RETURN OF withdrawal 051900399019043 | -$36.00 |
| 12/05/2023 | RETURN ITEM FEE796,120523339,831,,FOR RETURN OF withdrawal 021000024810811 | -$36.00 |
| 12/26/2023 | Cumberland | -$36.86 |
| 12/18/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55480773 CIRQUE DU SOLEIL ECHO LAS VEGAS NV12-16 | -$40.00 |
| 12/19/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 85133313 HEIST WASHINGTO DC12-17-23 12:00 AMXXX: | -$40.80 |
| 12/19/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 85133313 HEIST WASHINGTO DC12-18-23 12:00 AMXXX: | -$40.80 |
| 12/04/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 85230723 ZEN RAMEN BERRYVILL VA11-30-23 12:00 AN | -$42.75 |
| 12/21/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55432863 EAGAN & COMPANY-TH Wincheste VA12-20-2 | -$45.00 |
| 12/18/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55432863 WEST GEORGIA BOOTS Atlanta GA12-16-23 1 | -$45.00 |
| 12/18/2023 | DocuSign | -$45.00 |
| 12/18/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 85177483 HIGHLAND NAILS ATLANTA GA12-14-23 12:00 | -$50.00 |
| 12/18/2023 | Amazon | -$51.16 |
| 12/15/2023 | Publix | -$53.15 |
| 12/14/2023 | Sprouts Farmers Market, Inc. | -$57.20 |
| 12/13/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 15270213 Autodesk ADY 855301956 CA12-13-23 12:00 A | -$60.00 |
| 12/22/2023 | Uber.com | -$63.93 |
| 12/18/2023 | Amazon | -$68.56 |
| 12/14/2023 | GoDaddy.com | -$70.26 |
| 12/29/2023 | Red Robin | -$74.50 |
| 12/20/2023 | Sunbelt Rentals | -$82.92 |
| 12/18/2023 | Adobe Creative Cloud | -$89.99 |
| 12/04/2023 | Home Depot | -$114.38 |
| 12/18/2023 | Amazon | -$116.04 |
| 12/29/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55432863 FACTOR 888-573-5 NY12-28-23 12:00 AMXXX) | -$124.11 |
| 12/22/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55429503 FACTOR75 188857357 IL12-21-23 12:00 AMXX | -$124.11 |
| 12/15/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55429503 FACTOR75 188857357 IL12-14-23 12:00 AMXX | -$124.11 |
| 12/12/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55432863 FACTOR 888-573-5 NY12-11-23 12:00 AMXXX) | -$124.11 |

| | | |
|---|---|---:|
| 12/27/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 12302023 Francescas Outlet Freeport ME12-26-23 12:00 | -$124.48 |
| 12/27/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55432863 HABERDASHERY RESAL Freeport ME12-26-23 | -$126.60 |
| 12/06/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 55436873 MOXIE PEST CONTROL FRISCO TX12-05-23 12 | -$130.97 |
| 12/20/2023 | The Orvis Company Inc | -$155.04 |
| 12/27/2023 | Verizon Wireless | -$155.83 |
| 12/29/2023 | Goodwill Industries | -$158.25 |
| 12/20/2023 | MISCELLANEOUS DEBITTERMINAL I100341 GEORGIA NATURAL GAS DALLAS TX12-20-23 8:46 AMXXXX | -$178.31 |
| 12/13/2023 | GoDaddy.com | -$250.32 |
| 12/07/2023 | Home Depot | -$265.15 |
| 12/29/2023 | L.L. Bean | -$283.87 |
| 12/13/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 05436843 PSN*BERRYVILLE VA BERRYVILL VA12-12-23 1 | -$392.63 |
| 12/18/2023 | Delta | -$418.90 |
| 12/06/2023 | Dropbox | -$420.00 |
| 12/14/2023 | Comcast | -$433.53 |
| 12/20/2023 | PURCHASEMERCHANT PURCHASE TERMINAL 05436843 PSN*BERRYVILLE VA BERRYVILL VA12-19-23 1 | -$459.46 |
| 12/18/2023 | Sunbelt Rentals | -$1,051.14 |
| 12/13/2023 | Venmo | -$1,130.00 |
| 12/06/2023 | United Bank | -$1,605.74 |
| 12/26/2023 | PURCHASEPOS PURCHASE TERMINAL 002 IN 3RD PA SOUTH BOU NJ12-26-23 6:47 AMXXXXXXXXXXXX | -$1,699.00 |
| 12/21/2023 | Venmo | -$2,180.00 |
| 12/14/2023 | CHECK PAID | -$2,220.00 |
| 12/08/2023 | DEBITPENNYMAC RETRY payment 231208 8022374567-0049 | -$3,157.79 |
| 12/04/2023 | DEBITPENNYMAC CASH 231204 8022374567-0049 | -$3,157.79 |