**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES PAXTON PARET,** | ) | Case No. 23-00217-ELG |
| | ) | Chapter 11 |
| **Debtor** | ) | |
| | ) | |

**VERIFIED STATEMENT OF CHARLES PAXTON PARET**

I, Charles Paxton Paret, hereby state as follows:

1.  I am the Debtor in the above-captioned matter.

2.  Since 2019 I have been the owner of Neatoville Ventures, LLC ("Neatoville").

3.  Neatoville is an antique shop that sells various items on consignment for 30% of the gross revenue from actual sales. Neatoville owns no property. All of the items listed in the Motion to Convert are owned by Curt Hansen or Charles Paret, LLC. A listing of Mr. Hansen's items is attached as **<u>Exhibit 1</u>**.

4.  Neatoville also sells various vehicles on a consignment basis.

5.  The business has been operated by staff who often list items on a page connected with my personal Facebook Account.

6.  Neatoville operates at a loss, has no assets of value, and its bank accounts were recently closed by the manager.

7.  As Neatoville has no value, I did not understand that I had to list it as an asset on my Bankruptcy Schedules. I am currently working on amendments to my schedules that will include relevant information regarding Neatoville. These amendments will be on or before March 15, 2024.

8. I purchased a black 1980 Chevrolet Camaro on April 21, 2020, through my entity, Charles Paret, LLC. The Bill of Sale is attached as **Exhibit 2**. Although I received an initial 30-day dealer registration for the vehicle (which is apparently in my name as opposed to the LLC), I have been unable to register the car in my entity's name because I do not have the title.

9. The title to the Camaro remains in the name of Richard Paul Soucy who unfortunately passed away on February 10, 2021. An obituary for Mr. Soucy is attached as **Exhibit 3**. Mr. Soucy's passing has complicated my efforts to obtain the title and register the vehicle in my entity's name.

10. The Camaro in question is currently located in a warehouse owned by one of my investors in Virginia and is not being sold.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Charles Paxton Paret

2

# Neatoville Eclectic Finds

# INVOICE

12043 Lord Fairfax Hwy  
Boyce, VA 22620

**DATE:** March 12, 2024  
**INVOICE #** 100  
**FOR:** *Consigment Work October to December*

**CONSIGNMENT ITEMS FOR CURT HANSEN**  
EXISTING INVENTORY

| DESCRIPTION | AMOUNT |
|---|---:|
| Cast Iron Ashtray 4/30/22 | $ 18.00 |
| Wood and metal chairs | $ 300.00 |
| Beaded tray | $ 225.00 |
| Porcelain floral basket | $ 60.00 |
| 4 leaded glass windows | $ 300.00 |
| Balt Rail road lantern | $ 100.00 |
| carved teak wood screen (mold on bottom) | $ 90.00 |
| Eagle convex mirrors x 2 @ $100 each | $ 200.00 |
| GEM water pump | $ 70.00 |
| carved tusk | $ 100.00 |
| Redneck sportsman sign | $ 20.00 |
| Cement Garden Bench | $ 60.00 |
| Red Milk jug | $ 30.00 |
| German Doll house | $ 195.00 |
| Golf Clubs | $ 650.00 |
| Piano rolls (3) | $ 25.00 |

| DESCRIPTION | AMOUNT |
|---|---:|
| Milk Glass Lamp | $ 200.00 |
| Fox pup basket | $ 45.00 |
| Mother of pearl magnifying glass | $ 45.00 |
| Steel Water spiggot | $ 50.00 |
| terracotta painted mirror | |
| parasail | $ 25.00 |
| Budda key chain | $ 10.00 |
| Frogs | $ 10.00 |
| Hubley Plane | $ 40.00 |
| Pewter figurine | $ 20.00 |
| Car set and cars | $ 70.00 |
| Umbrella Stand | $ 20.00 |
| 3 Piece Blue transferware canister | $ 85.00 |
| Custom Iron base | $ 155.00 |
| Merry go round | $ 12.00 |
| Coffee Dispenser | $ 125.00 |
| Well pully | $ 25.00 |
| Flower vase oil painting | $ 50.00 |
| Tea pot | $ 150.00 |
| Dancing Puppet | $ 125.00 |
| Plaster Head man | $ 30.00 |
| 1970's Native American carved statue | $ 100.00 |
| Tooth pick holder (wood) | $ 12.00 |
| French Oil painting | $ 325.00 |

| DESCRIPTION | AMOUNT |
|---|---:|
| 3 Piece salem china | $ 25.00 |
| Iron patio table | $ 150.00 |
| place card holder | $ 5.00 |
| Mannequin stand | $ 20.00 |
| Cast Iron budwiser | $ 60.00 |
| Civil war small statue | $ 50.00 |
| Henfeathers Lilly art | $ 100.00 |
| candles | $ 10.00 |
| Pharmacy drawers wood | $ 100.00 |
| Fire place bumper | $ 50.00 |
| Iron horse and wagon | $ 50.00 |
| Small cement head | $ 5.00 |
| Copper Tea pot | $ 25.00 |
| Gillette Blade case | $ 75.00 |
| Cigar store native statue | $ 80.00 |
| pamphlet maps and rack | $ 55.00 |
| Gulf Spray | $ 15.00 |
| gas Jug | $ 25.00 |
| London fine twisst double barrel | $ 100.00 |
| Amethyst Bracelet | $ 25.00 |
| Bed post topper | $ 32.00 |
| Keep off grasss | $ 15.00 |
| Green Slag lamp | $ 525.00 |
| Whiskey Barrel Small | $ 180.00 |

| DESCRIPTION | AMOUNT |
|---|---:|
| Planters | $ 40.00 |
| Coin Jar | $ 15.00 |
| Princess Diana coin | $ 20.00 |
| Copper choker necklace | $ 8.00 |
| Sword Tie clip | $ 15.00 |
| Victorian pocket watch | $ 30.00 |
| Grocery and Dry goods sign | $ 40.00 |
| 4 glass windows | $ 300.00 |
| Baseball Mit | $ 20.00 |
| Nautical Bell | $ 45.00 |
| Skull insense holder, beaded bracelet, "H" cufflinks | $ 30.00 |
| Oculus binoculars, bookends | $ 42.00 |
| Vintage balance scales | $ 45.00 |
| Mirror w/ painted landscape | $ 60.00 |
| Glass décor | $ 10.52 |
| Boyce vase | $ 10.00 |
| No Passing sign | $ 30.00 |
| Vintage Japanese multi tool | $ 15.00 |
| heavy metal machine part | $ 25.00 |
| Military payment certificate | $ 15.00 |
| Iron Weight | $ 25.00 |
| Grocery and Dry goods sign | $ 40.00 |
| Iron fireplace screen | $ 90.00 |
| Steel butter knives | $ 6.00 |

| DESCRIPTION | AMOUNT |
|---|---|
| Chinese green vase | $ 20.00 |
| Alpaca Rug | $ 20.00 |
| Cow Figurine | $ 5.00 |
| Vintage avon car | $ 10.00 |
| Army recruiter | $ 10.00 |
| Boots were made for walking bag | $ 45.00 |
| Fob Knife | $ 15.00 |
| Iron wheel | $ 60.00 |
| Painteed wooden bench | $ 170.00 |
| Boyce moonshine flask | $ 7.00 |
| Blue and white soup spoon | $ 5.00 |
| metal hammer and railway pikes | $ 23.00 |
| Glass vanity jar | $ 20.00 |
| Hat stand | $ 5.00 |
| Amber Glass Decanter | $ 25.00 |
| man with fruit painting | $ 75.00 |
| lane ends sign | $ 40.00 |
| Obsidian arrow head | $ 1.50 |
| Medical Cart | $ 40.00 |
| Metal planters | $ 40.00 |
| Flamingo necklace | $ 5.00 |
| Japanese deck of cards | $ 15.00 |
| Iron wheel rings | $ 40.00 |
| Rain stick | $ 50.00 |

| DESCRIPTION | AMOUNT | |
|---|---|---|
| Stool | $ | 40.00 |
| apothcary jars | $ | 25.00 |
| wood box | $ | 10.00 |
| Brass cauldron | $ | 20.00 |
| Iron chair bent | $ | 35.00 |
| Metal racks | $ | 80.00 |
| Baseball Mit | $ | 25.00 |
| mini microscope | $ | 35.00 |
| | | |
| TOTAL | $ | 7,942.02 |

30% of total $1913.10

# Bill Of Sale
## Buyer's Order

**Dealer/Seller Name and Address**

SURVIVOR CLASSIC CAR SERVICES LLC
2221 SOUTH DOCK STREET,
PALMETTO, FL 34221

PH: (813) 358-8830

Salesperson SURVIVOR
Date 04/21/2020    Stock No. 0115-TAMPA
App No N/A
Contract No. 1127

**Buyer/Co-Buyer Name(s) and Address(es)**

CHARLES PARET
1140 3RD STREET NE
WASHINGTON DC, DC 20002-
COUNTY

Buyer 1: Home #: (202) 834-7673    Work #: N/A    Cell #: N/A
Buyer 2: Home #: N/A    Work #: N/A    Cell #: N/A

Buyer 1 Mo. of birth N/A    Buyer 2 Mo. of birth N/A    Mo. of birth N/A

### Vehicle Information
☐ New    ☒ Used    ☐ Demo
Year 1980
Make CHEVROLET    Lic. No. N/A
Model CAMARO    Odometer Reading 94776
Body Style COUPE    Color BLACK
VIN 1P87LAL529370
Other

### Insurance Information
Buyer has arranged insurance on the motor vehicle.
Insurance Company N/A
Policy No. N/A

### Trade-In Information
**Trade-in 1**
Year N/A    Lic. No. N/A
Make N/A    Odometer Reading N/A
Model N/A    Color N/A
Body Style N/A
VIN N/A
Lienholder Name N/A
Address N/A
N/A
Phone N/A    Payoff N/A
Payoff good through    N/A
Approved

**Trade-in 2**
Year N/A    Lic. No. N/A
Make N/A    Odometer Reading N/A
Model N/A    Color N/A
Body Style N/A
VIN N/A
Lienholder Name N/A
Address N/A
N/A
Phone N/A    Payoff N/A
Payoff good through    N/A
Approved

### Itemization of Sale
1. Vehicle Sales Price — $ 14500.00
2. Sales Tax (On Taxable Amount: 0) — $ N/A
3. County Tax — $ N/A
4. Other Tax(es) — $ N/A
5. Subtotal (Add lines 1 through 4) — $ 14500.00

Title, License, Taxes & Other Fees
6. Pre-delivery Service Fee* — $ N/A
7. Electronic Transfer Fee — $ N/A
8. TITLE FEE — $ C.O.D.
9. TAG/REG FEE — $ C.O.D.
10. N/A — $ N/A
11. N/A — $ N/A
12. N/A — $ N/A
13. N/A — $ N/A
14. N/A — $ N/A
15. Total Other Fees (Add lines 6 through 14) — $ N/A

Additional Products
16. N/A — $ N/A
17. N/A — $ N/A
18. N/A — $ N/A
19. N/A — $ N/A
20. N/A — $ N/A
21. N/A — $ N/A
22. N/A — $ N/A
23. N/A — $ N/A
24. Total Products (Add lines 16 through 23) — $ N/A
25. Cash Sale Price (Add lines 5 + 15 + 24) — $ 14500.00
26. Trade-in Allowance — $ N/A
27. Less Payoff — $ N/A
28. Net Trade Allowance (Line 26-27) — $ N/A
29. Cash Down Payment — $ 14500.00
30. Deferred Down Payment — $ N/A
31. Total Down Payment (Line 28 + 29 + 30) — $ 14500.00
32. Total Balance Due (Line 25-31) — $ 0.00

* This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

SIGN HERE  BUYER SIGNATURE 
SIGN HERE  BUYER SIGNATURE Charles Paret LLC

Customized by Wayne Reeves Computer Systems, Inc.
Buyers Order-FL
Bankers Systems™ VMP ®
Wolters Kluwer Financial Services © 2016
FLBUYODR PDF (960Z/398) VER. DOTNET 11/9/2016

BUY-ORDER-FL 7/15/2016
Page 1 of 3

Case 23-00217-ELG    Doc 95-6    Filed 03/12/24    Entered 03/12/24 20:52:20    Desc
Exhibit Verified Statement of Charles Paret (DE #87-1)    Page 10 of 14
Affidavit Verified Statement of Charles Paret    Page 10 of 14

## Additional Terms

**Definitions.** *Contract* refers to this *Buyer's Order*. The pronouns *you* and *your* refer to each Buyer signing this Contract. The pronouns *we, us* and *our* refer to the Dealer/Seller. *Vehicle* means the motor vehicle described in the *Vehicle Information* section. *Trade-in Vehicle(s)* refers to the vehicle described in the *Trade-in Information* section that is being traded to the Dealer/Seller as part of this transaction. *Manufacturer* refers to the entity that manufactured the Vehicle.

**Agreement to Purchase.** You agree to buy the Vehicle from us for the price stated in this Contract. You agree to sign any documents necessary to complete this transaction. Unless you have cancelled this Contract under the condition described in the *Manufacturer* section, if you refuse to take delivery of the Vehicle, we can keep any deposits you have made to us, and you will be liable to us for all of our damages and expenses in connection herewith, including but not limited to reasonable attorneys' fees.

You represent that you are of legal age and have legal capacity to enter into this Contract.

**Manufacturer.** We are not an agent of the Manufacturer. Manufacturer can change the price, design or standard features of the Vehicle at any time without notice. If we cannot obtain the Vehicle from the Manufacturer at the price in effect as of the date of this Contract, or if we cannot obtain the agreed upon product from the Manufacturer, you or we can cancel this Contract.

If you cancel this Contract under the terms of this section, we will refund to you any amounts you have paid to us. If you have delivered a Trade-in Vehicle to us, we will return it to you. If we have already sold the Trade-in Vehicle, we will pay you the trade-in allowance after adjusting for any payoff to a lienholder.

**Insurance.** The insurance information you have given us is accurate.

**Trade-in Vehicle.** You will transfer title to the Trade-in Vehicle to us free of all liens except those noted on this Contract. You give permission to us to contact the lienholder(s) for payoff information. If the payoff information that we obtain from the lienholder(s) differs from the amount disclosed in this Contract, you agree to pay the difference to us if the actual amount of the balance owed is greater than the amount listed in this Contract. If the actual amount of the balance owed is less than the amount listed in this Contract, then we will pay you the difference.

If you do not deliver the Trade-in Vehicle to us at the time of the initial appraisal, we may reappraise the Trade-in Vehicle when it is delivered to us. If the reappraised value is lower than the original appraisal, you can cancel this transaction as long as you have not taken delivery of the Vehicle.

You represent that (a) you are the sole true and lawful owner of the Trade-in Vehicle, (b) the Trade-in Vehicle has never been titled under any state or federal "brand" such as "defective," "rebuilt," "salvage," "flood," etc., (c) the mileage of the Trade-in Vehicle shown in this Contract is the actual mileage of the Trade-in Vehicle, (d) all emission control equipment is on the Trade-in Vehicle and is in satisfactory working order, and (e) the Trade-in Vehicle has not been damaged by collision or other event and repaired. If any of these representations are not true, we may elect to cancel the transaction. We may also choose to reappraise the Trade-in Vehicle and adjust the Total Balance Due instead of cancelling the transaction. You agree to immediately pay us the difference.

**Retail Installment Contract.** In the event that you and we enter into a retail installment contract for the financing of the purchase of the Vehicle, the terms of the retail installment contract will control any inconsistencies between this Contract and the retail installment contract.

**Vehicle Inspection.** You are purchasing the Vehicle based upon your personal inspection, and are not relying upon any opinion, statement, promise or representation of the salesperson, or any other of our employees that is not contained in the written agreements you are signing today.

**Vehicle Condition.** You understand that the Vehicle may have sustained prior body damage and may have undergone prior mechanical repairs during or after its manufacture, during or after transit to us or while in the possession of prior owners or operators.

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-FL
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2016
FLBUYODR PDF (960Z/398) VER: DOTNET 11/8/2016

BUYER SIGNATURE 
BUYER SIGNATURE Charles Paret LLC

BUY-ORDER-FL 7/15/2016
Page 2 of 3

## STATE OF FLORIDA

**LIEN SATISFACTION**

Mail Lien Satisfaction to: Dept of Hwy...

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1P87LAL529370 | 1980 | CHEV | 2D | 3658 | | 17335585 |

Date of Issue 07/30/2019

**Registered Owner:**
RICHARD PAUL SOUCY
1319 PIPER RD
SPRING HILL  FL 34606-4149

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**Mail To:**
SURVIVOR CLASSIC CAR SERVICES, LLC
2221 S. DOCK ST
PALMETTO    FL 34221-8651

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
http://www.flhsmv.gov/html/titlinf.html



**Buyer's Order Supplement**

Date of Purchase: 4-21-2020

Stock Number: 115-Tampa

Year, Make, Model: 1980 Chevy Camaro Z/28

1. **AS IS, No Warranty Express or Implied** – Purchaser(s) has had an opportunity to inspect the Vehicle or have the Vehicle inspected on their behalf. They have done so or are waiving their right to do so and accepts the vehicle on an AS IS, Where Is basis. Purchaser understands that the information provided for marketing purposes were supplied by the Consignor and were not verified by the Dealer.   Purchaser Initial: _____

2. **Extended Service Contract** – If the Vehicle mentioned above is eligible for an Extended Service Contract, the benefits and costs were explained to the Purchaser and Purchaser Accepts ☐ or Declines ☒ coverage. If not eligible, write N/A on Term Length.
    If Accepted, Term Length: ___0___    Purchaser Initial: _____

3. **Nothing Owed** – The Purchaser(s) understand and acknowledge this agreement is for the purchase of a vehicle only. No additional parts or services are included, and the Purchaser(s) accept the agreement with nothing owed from the Dealer.   Purchaser Initial: _____

4. **Vehicle Ownership** – The purchaser understands the Dealer is selling this vehicle on Consignment for a Consignor. All information used for marketing purposes has been given by the Consignor and was not verified by the Dealer. The Purchaser is relying solely on their own knowledge, inspection and judgement to make a purchasing decision. The Purchaser agrees to hold the Dealer harmless from any and all claims arising from any representations made about the vehicle based on any information provided by the Consignor (owner) and recognizes that any such misrepresentation is not a breach of this Agreement. If the Vehicle is owned by the Dealer, the Purchaser is relying solely on their own knowledge, inspection and judgement to make a purchasing decision.   Purchaser Initial: _____

5. **Balance Due** - The Balance Due is due within Seven (7) Calendar days of the effective date of this Agreement. If good funds are not received by the Dealer within Seven (7) calendar days of the effective date of this Agreement, the Purchase will be in default of this Agreement and the Agreement is terminable by the Dealer at the Dealer's discretion with all Deposits Paid being non-refundable.

6. **Delivery** – The Purchaser agrees to take possession of the vehicle or remove it from the premises within thirty (30) days of the effective date of this Agreement. Failure to do so will result in a $200 per month (not pro-rated) Storage fee, due on the first of every month.

7. **Delivery by Carrier** – Upon the request of the Purchaser the Dealer is authorized to release the Vehicle to a Carrier. In the event the Vehicle is delivered by a Carrier, the Dealer bears no responsibility after delivering the Vehicle to the Carrier. Once the Vehicle is in possession of the Carrier, any risk of loss or damage shifts to the Purchaser.

8. **Payments** – Dealer accepts payments made by Credit Card (with applicable fees), Wire Transfer, Cashier's Check, Cash (with applicable IRS forms), and Personal Check (Vehicle will not be released until the funds have been fully transferred and credited to the Dealer's account). All funds must be paid in U.S. Dollars.

9. **Title Delivery** – The Dealer guarantees to deliver a free and clear vehicle title to the Purchaser within 30 days of purchase. In title holding states on financed deals, the title will be sent to the lienholder within 30 days.
10. **Jurisdiction** – This Agreement is entered-into in the state of Florida and under the laws of the state of Florida. The parties agree to be subject to personal jurisdiction in the state of Florida.
11. **Severability** – If any part of this Agreement is declared invalid or unenforceable, the remainder of this Agreement shall survive and remain valid and enforceable.
12. **Cooperation Agreement** – The parties agree to cooperate and to execute such further documentation as may be necessary to carry out the purpose and intent of this Agreement.

_____
Signature of Purchaser and Date

Charles Paret LLC  4/21/20
Printed Name of Purchaser

_____
Signature of Co-Purchaser and Date

_____
Printed Name of Co-Purchaser

4-21-2020
Signature of Dealer's Agent and Date

Brad Kline
Printed Name of Dealer's Agent

### Warranty Information

**Warranty.** We make no express or implied warranties. Except as required by law, we make no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. We sell the Vehicle AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED, WITH ALL FAULTS.

If this is a new Vehicle, the Vehicle is subject to a standard written manufacturer's warranty. This warranty is made by the manufacturer and not by us.

**Used Car Buyer Notice.** If you are buying a used vehicle, the information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

Guía para compradors de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### Notices

☐ You understand that the balance owed on the Trade-in exceeds the Trade-in Allowance and that as a result the Total Balance Due has been increased by this $ __N/A__ of negative equity.

### Signatures

This agreement is not binding upon the Dealer\Seller until it is signed by an authorized representative of the Dealer\Seller.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. This is the complete agreement; there are no other written or oral agreements.

☐ A separate Arbitration Agreement is a part of this Contract

_____ 4/21/20
CHARLES PARET                    Date

_____
                                 Date

_____
                                 Date

_____ 4-21-2020
Dealer\Seller                    Date


BUYER SIGNATURE _____
BUYER SIGNATURE  Charles Paret LLC

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-FL
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2016
FLBUYODR.PDF (960Z/396) VER: DOTNET 11/9/2016

BUY-ORDER-FL 7/15/2016
Page 3 of 3