The order below is hereby signed.

Signed: March 14 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER CONVERTING CASE TO CHAPTER 7

Upon consideration of the Motion to Convert to Chapter 7 (the "Motion," as found at DE #87) filed by WCP Fund I LLC ("WCP"), the opposition of Charles Paret thereto, evidence adduced at a hearing thereupon on March 13, 2024, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that, for the reasons stated on the record on March 13, 2024, the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned case be, and hereby is, CONVERTED to a proceeding under Chapter 7 of Title 11 of the United States Code.

I ask for this:


/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*