The order below is hereby signed.

Signed: March 14 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER CONVERTING CASE TO CHAPTER 7

Upon consideration of the Motion to Convert to Chapter 7 (the "Motion," as found at DE #87) filed by WCP Fund I LLC ("WCP"), the opposition of Charles Paret thereto, evidence adduced at a hearing thereupon on March 13, 2024, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that, for the reasons stated on the record on March 13, 2024, the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned case be, and hereby is, CONVERTED to a proceeding under Chapter 7 of Title 11 of the United States Code.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00217-ELG

Charles Paxton Paret  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 4

Date Rcvd: Mar 14, 2024      Form ID: pdf001      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| ptcrd | + | 1Sharpe Opportunity Intermediate Trust, c/o Maurice B. VerStandig, Esq., 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| ptcrd | + | DP Capital LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| cr | + | Luke Kamel, 145 Ardmore Avenue, Hernosa Beach, CA 90254-5230 |
| cr | + | PENNYMAC LOAN SERVICES, LLC, BWW Law Group, LLC., 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| cr | + | United Bank, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030, UNITED STATES 22030-6044 |
| ptcrd | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |
| 772751 | | Ask MAM DC LLC, 42 El Camino Real, Palo Alto, CA 94306 |
| 772752 | + | Astute Technologies, 11620 Verna Drive, Oakton, VA 22124-2045 |
| 772754 | | BSI Financial Services, PO Box 679002 Lockbox Number 679002, Dallas, TX 75267-9002 |
| 772753 | + | Brighton KSD LLC, 107 S. West Street, #119, Alexandria, VA 22314-2824 |
| 772755 | + | Callicorp LLC, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 773675 | + | Calliecorp, L.L.C., c/o Zach Hillerson, 11 Battletown Drive, Berryville, VA 22611-9500 |
| 772756 | + | Dion Davitian, 9201 Kristin Lane, Fairfax, VA 22032-1810 |
| 772757 | + | Dr. Eung Kwom Kim, C/O J. Chapman Petersen Esq., 3970 Chain Bridge Road, Fairfax, VA 22030-3316 |
| 776061 | ++ | EZ EXPRESS LOAN LLC, P O BOX 2631, SPRINGFIELD VA 22152-0631 address filed with court:, EZ Express Loan LLC, P O Box 2631, Springfield, VA 22152 |
| 772758 | + | EZ Express Loan LLC, 1114 8th Street, Washington, DC 20002-3623 |
| 772759 | + | GJC Private Lending LLC, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772760 | + | Great Jones Capital, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772761 | + | Harold Murnane III, 549 Broadwater Road, Arnold, MD 21012-1459 |
| 772762 | + | Innovation Factory, 1500 Cordova Rd, Fort Lauderdale, FL 33316-2115 |
| 772764 | + | John Gosnell, 10516 Bridle Lane, Potomac, MD 20854-3888 |
| 772765 | + | Kenneth Welch, 910 M Street NW, Washington, DC 20001-6313 |
| 772766 | + | Luke Kamel, C/O Vanessa Carpenter Lourie, P.C., 4400 MacArthur Blvd., NW, Suite 205, Washington, DC 20007-2521 |
| 772767 | + | Matt Cochran, 2725 Connecticut Ave NW Apt 501, Washington, DC 20008-5305 |
| 772768 | + | Mihir Shah, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772769 | + | PennyMac Mortgage, 3043 Townsgate Rd., Ste. 200, Westlake Village, CA 91361-3027 |
| 772770 | + | Qassay LLC, 1201 Connecticut Ave., Ste. 500B, Washington, DC 20036-2605 |
| 772771 | + | Queen Street Partners, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772772 | + | Rainman Capital LLC, 910 M Street NW, Washington, DC 20001-6313 |
| 772773 | + | Rappahannock Electric Cooperative, P.O. Box 7388, Fredericksburg, VA 22404-7388 |
| 772774 | + | Reddy Parikh Parini Shah, 2300 N Street, NW Suite 300, Washington, DC 20037-1194 |
| 772775 | + | Ronjeet Reddy, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772776 | + | Ryan Shandel, 1114 8th Street NE, Washington, DC 20002-3623 |
| 772777 | + | Shah Investment Group, LLC, 6605 Spring Rd, Springfield, VA 22150-3530 |
| 772778 | + | Tara Gorman, 5100 Saratoga Ave, Bethesda, MD 20816-3040 |

Case 23-00217-ELG   Doc 99   Filed 03/16/24   Entered 03/17/24 00:03:43   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: pdf001 | Total Noticed: 53 |

| 772779 | + | Trent Heminger, 5605 Durbin Road, Bethesda, MD 20814-1013 |
| 773704 | + | United Bank, 11185 Fairfax Blvd, Fairfax, VA 22030-5087 |
| 772780 | + | WCP, DP Capital, 8401 Greensboro Drive Suite 960, Mc Lean, VA 22102-5149 |
| 772781 | + | Welch Limited Partnership, 910 M Street NW, Washington, DC 20001-6313 |
| 772784 | + | William Trapp, 1103 Dale Street, Staunton, VA 24401-2046 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Mar 14 2024 21:50:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Mar 14 2024 21:47:30 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Mar 14 2024 21:47:31 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Mar 14 2024 21:50:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Mar 14 2024 21:50:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Mar 14 2024 21:50:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 776061 | | Email/Text: tihsoon@yahoo.com | Mar 14 2024 21:50:00 | EZ Express Loan LLC, P O Box 2631, Springfield, VA 22152 |
| 774398 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2024 21:50:00 | Internal Revenue Service, 1111 Constitution Ave, NW, Washington, DC 20224 |
| 775243 | + | Email/PDF: ebnotices@pnmac.com | Mar 14 2024 22:09:23 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 775482 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 14 2024 21:50:00 | Servis One, Inc. dba BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 772782 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2024 21:58:48 | Wells Fargo Auto Loan, P.O. Box 17900, Denver, CO 80217-0900 |
| 774785 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2024 22:09:41 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Servis One, Inc. dba BSI Financial Services |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | Calliecorp, L.L.C, c/o Zach Hillerson, 11 Battletown Drive, Berryville, VA 22611-9500 |
| cr | * | SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, 1425 Greenway Dr., Ste 400, Irving, TX 75038-2480 |
| 772763 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 772783 | ##+ | Wesley Burdette, 81 Ladoga Avenue, Tampa, FL 33606-3832 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

District/off: 0090-1 | User: admin | Page 3 of 4
Date Rcvd: Mar 14, 2024 | Form ID: pdf001 | Total Noticed: 53

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

**Name** | **Email Address**

Alan D. Eisler
on behalf of Creditor Calliecorp  L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com

Daniel Kevin Eisenhauer
on behalf of Creditor Servis One  Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Donald Melvin Temple
on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com

Donald Melvin Temple
on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com

Gregory C Mullen
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com

Jeffery T. Martin
on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com

Jeffery T. Martin
on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com

John E. Reid
on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com

Jonathan E. Levine
on behalf of Creditor United Bank jlevine@mbhylaw.com  efiling@levinepllc.com

Justin Philip Fasano
on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Mark Meyer
on behalf of Creditor SERVIS ONE  INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 14, 2024 | Form ID: pdf001 | Total Noticed: 53 |

| | |
|---|---|
| | on behalf of Defendant Daniel Huertas mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Vanessa Carpenter Lourie | on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com |
| William Douglas White | wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com |

TOTAL: 20