IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

**Charles Paxton Paret,**

       **Debtor.**

Case No. 23-00217-ELG

Chapter 7

## NOTICE OF WITHDRAWAL OF U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Please take notice that Gerard R. Vetter, Acting United States Trustee for Region 4, by counsel, hereby withdraws its Motion to Convert or Dismiss Chapter 11 Case, filed on February 5, 2024 (Doc. No. 69).  Please remove the Motion from this Court's March 28, 2024 docket.

March 19, 2024

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

1

**Certificate of Service**

      I hereby certify that on March 19, 2024, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Daniel Kevin Eisenhauer ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com, efiling@levinepllc.com

Vanessa Carpenter Lourie vlourie@carpenterlourie.com

Jeffery T. Martin jeff@martinlawgroupva.com, Martin.JefferyT.B119228@notify.bestcase.com

Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Gregory C Mullen bankruptcy@bww-law.com, bankruptcy@albalawgroup.com; Gregory.c.mullen@gmail.com

John E. Reid jack@martinlawgroupva.com

Donald Melvin Temple Dtemplelaw@gmail.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Wendell W. Webster wwebster@websterfredrickson.com, DC03@ecfcbis.com

      I further certify that on March 19, 2024, a copy of the foregoing Notice was served by first class United States mail, postage prepaid to the following:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

                                          */s/ Robert W. Ours*
                                           Robert W. Ours
                                           Paralegal Specialist