UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>CHARLES PAXTON PARET<br><br>    Debtor(s) | Chapter 7<br>Case NO. 23-00217-ELG |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES.<br>1425 Greenway Dr., Ste. 400<br>Irving, TX 75038<br><br>    Movant<br>v.<br><br>Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
DC BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 23-002022-VA-B-3

## **WITHDRAWAL OF Motion for Relief**

Dear Clerk:

Please withdraw the Movant's Motion for Relief filed February 13, 2024.

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 74290
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## **CERTIFICATE OF SERVICE**

I hereby further certify that on the 13th day of February, 2024, a copy of the foregoing Withdrawal of the Motion for Relief from the Automatic Stay was mailed first class mail, postage prepaid to:

Kristen S. Eustis, Esq., Office of the US Trustee
1725 Duke Street, Ste 650
Alexandria, VA 22314

Jeffery T. Martin, Jr., Esquire
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

Wendell W. Webster, Trustee
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

Maurice Belmont VerStanding
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

Charles Paxton Paret
343 First Street
Berryville, VA 22611

The 20 Largest Unsecured Creditors listed on the attached schedule

    /s/ Mark D. Meyer
   Mark D. Meyer, Esq.

Ask MAM DC LLC
42 El Camino Real
Palo Alto, CA 94306


Astute Technologies
11620 Verna Drive
Oakton, VA 22124


Brighton KSD LLC
107 S. West Street, #119
Alexandria, VA 22314


BSI Financial Services
PO Box 679002 Lockbox Number 679002
Dallas, TX 75267-9002


Callicorp LLC
3975 University Drive, Suite 410
Fairfax, VA 22030


Dion Davitian
9201 Kristin Lane
Fairfax, VA 22032


Dr. Eung Kwom Kim
C/O J. Chapman Petersen Esq.
3970 Chain Bridge Road
Fairfax, VA 22030


EZ Express Loan LLC
1114 8th Street
Washington, DC 20002


GJC Private Lending LLC
2101 Connecticut Ave, NW, Third Floor
Washington, DC 20008

Great Jones Capital
2101 Connecticut Ave, NW, Third Floor
Washington, DC 20008

Harold Murnane III
7425 Balto Annapolis Blvd
Glen Burnie, MD 21061

Innovation Factory
1500 Cordova Rd
Fort Lauderdale, FL 33316

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

John Gosnell
10516 Bridle Lane
Potomac, MD 20854

Kenneth Welch
910 M Street NW
Washington, DC 20005

Luke Kamel
C/O Vanessa Carpenter Lourie, P.C
4400 MacArthur Blvd., NW, Suite 205
Washington, DC 20007

Matt Cochran
2725 Connecticut Ave NW Apt 501
Washington, DC 20008

Mihir Shah
500 Regent Place NE
Washington, DC 20017

PennyMac Mortgage
3043 Townsgate Rd., Ste. 200
Westlake Village, CA 91361


Qassay LLC
1201 Connecticut Ave., Ste. 500B
Washington, DC 20009


Queen Street Partners
500 Regent Place NE
Washington, DC 20017


Rainman Capital LLC
910 M Street NW
Washington, DC 20005


Rappahannock Electric Cooperative
P.O. Box 7388
Fredericksburg, VA 22404


Reddy Parikh Parini Shah
2300 N Street, NW Suite 300
Washington, DC 20037


Ronjeet Reddy
500 Regent Place NE
Washington, DC 20017


Ryan Shandel
1114 8th Street NE
Washington, DC 20002


Shah Investment Group, LLC
6605 Spring Rd
Springfield, VA 22150

```
Tara Gorman
5100 Saratoga Ave
Bethesda, MD 20816


Trent Heminger
5605 Durbin Road
Bethesda, MD 20814


WCP, DP Capital
8401 Greensboro Drive Suite 960
Mc Lean, VA 22102


Welch Limited Partnership
910 M Street NW
Washington, DC 20005


Wells Fargo Auto Loan
P.O. Box 17900
Denver, CO 80217


Wesley Burdette
81 Ladoga Avenue
Tampa, FL 33606


William Trapp
1103 Dale Street
Staunton, VA 24401
```