The order below is hereby signed.

Signed: March 19 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 23-00217-ELG** |
| **Charles Paxton Paret,** | |
| **Debtor.** | **Chapter 7** |

## ORDER DISCHARGING SHOW CAUSE ORDER

The Court has before it the Court's *Order to Show Cause Why Case Should Not be Dismissed* (the "Show Cause Order") (ECF No. 74) entered on February 21, 2024 and *Order Continuing Hearing* (ECF No. 84) entered on March 1, 2024, both entered while this case proceeded under chapter 11. On March 14, 2024, this case was converted to chapter 7. *See* ECF No. 101. In light of the conversion of this case to chapter 7, the deadlines set forth in the *Order Continuing Hearing* as well as the Show Cause Order are now moot.

For the reasons stated herein, it is hereby **ORDERED** that the Show Cause Order (ECF No. 74) is DISCHARGED and the deadlines established by the *Order Continuing Hearing* (ECF No. 84) are DISMISSED as moot.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic noticing.

1