| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Charles Paxton Paret <br> First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–0319 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | United States Bankruptcy Court for the District of Columbia | Date case filed in chapter: | 7    8/4/23 |
| Case number: | 23–00217–ELG | Date case reconverted to chapter: | 7    3/14/24 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/22

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Charles Paxton Paret | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 343 First Street <br> Berryville, VA 22611 | |
| 4. | **Debtor's attorney** <br> Name and address | Donald Melvin Temple <br> Donald M. Temple <br> 1310 L Street, N.W. <br> Suite #750 <br> Washington, DC 20005 | Contact phone 202–628–1101 <br> Email _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Wendell W. Webster <br> Wendell W. Webster, Trustee <br> 1101 Connecticut Avenue, NW <br> Suite 402 <br> Washington, DC 20036 | Contact phone 202–659–8510 <br> Email _____ |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Charles Paxton Paret**           Case number **23-00217-ELG**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open 9:00am – 4:00pm<br><br>Contact phone (202) 354–3280<br><br>Date: 3/21/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 11, 2024 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Check also www.dcb.uscourts.gov, then under Court Information, Hearings/341 Calendar. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 328 696 7360, and Passcode 0339774474, OR call 1 202-987-9138**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007-1. | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/10/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –- No Proof of Claim Deadline**     page **2**

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00217-ELG

Charles Paxton Paret  Chapter 7

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Mar 21, 2024　　　　　　　　　　　　Form ID: 309A　　　　　　　　　　　　Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605 |
| aty | + | Jeffery T. Martin, Martin Law Group, P.C., 8065 Leesburg Pike, Ste 750, Vienna, VA 22182-2702 |
| aty | + | John E. Reid, Martin Law Group, P.C., 8065 Leesburg Pike, Suite 750, Vienna, VA 22182-2702 |
| aty | + | Justin Philip Fasano, McNamee Hosea, P.A., 6404 Ivy Lane, Ste 820, Greenbelt, MD 20770-1416 |
| tr | + | Wendell W. Webster, Wendell W. Webster, Trustee, 1101 Connecticut Avenue, NW, Suite 402, Washington, DC 20036-4303 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 772751 | | Ask MAM DC LLC, 42 El Camino Real, Palo Alto, CA 94306 |
| 772752 | + | Astute Technologies, 11620 Verna Drive, Oakton, VA 22124-2045 |
| 772754 | | BSI Financial Services, PO Box 679002 Lockbox Number 679002, Dallas, TX 75267-9002 |
| 772753 | + | Brighton KSD LLC, 107 S. West Street, #119, Alexandria, VA 22314-2824 |
| 772755 | + | Callicorp LLC, 3975 University Drive, Suite 410, Fairfax, VA 22030-2520 |
| 773675 | + | Calliecorp, L.L.C., c/o Zach Hillerson, 11 Battletown Drive, Berryville, VA 22611-9500 |
| 772756 | + | Dion Davitian, 9201 Kristin Lane, Fairfax, VA 22032-1810 |
| 772757 | + | Dr. Eung Kwom Kim, C/O J. Chapman Petersen Esq., 3970 Chain Bridge Road, Fairfax, VA 22030-3316 |
| 776061 | ++ | EZ EXPRESS LOAN LLC, P O BOX 2631, SPRINGFIELD VA 22152-0631 address filed with court:, EZ Express Loan LLC, P O Box 2631, Springfield, VA 22152 |
| 772758 | + | EZ Express Loan LLC, 1114 8th Street, Washington, DC 20002-3623 |
| 772759 | + | GJC Private Lending LLC, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772760 | + | Great Jones Capital, 2101 Connecticut Ave, NW, Third Floor, Washington, DC 20008-1728 |
| 772761 | + | Harold Murnane III, 549 Broadwater Road, Arnold, MD 21012-1459 |
| 772762 | + | Innovation Factory, 1500 Cordova Rd, Fort Lauderdale, FL 33316-2115 |
| 772764 | + | John Gosnell, 10516 Bridle Lane, Potomac, MD 20854-3888 |
| 772765 | + | Kenneth Welch, 910 M Street NW, Washington, DC 20001-6313 |
| 772766 | + | Luke Kamel, C/O Vanessa Carpenter Lourie, P.C, 4400 MacArthur Blvd., NW, Suite 205, Washington, DC 20007-2521 |
| 772767 | + | Matt Cochran, 2725 Connecticut Ave NW Apt 501, Washington, DC 20008-5305 |
| 772768 | + | Mihir Shah, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772769 | + | PennyMac Mortgage, 3043 Townsgate Rd., Ste. 200, Westlake Village, CA 91361-3027 |
| 772770 | + | Qassay LLC, 1201 Connecticut Ave., Ste. 500B, Washington, DC 20036-2605 |
| 772771 | + | Queen Street Partners, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772772 | + | Rainman Capital LLC, 910 M Street NW, Washington, DC 20001-6313 |
| 772773 | + | Rappahannock Electric Cooperative, P.O. Box 7388, Fredericksburg, VA 22404-7388 |
| 772774 | + | Reddy Parikh Parini Shah, 2300 N Street, NW Suite 300, Washington, DC 20037-1194 |
| 772775 | + | Ronjeet Reddy, 500 Regent Place NE, Washington, DC 20017-2600 |
| 772776 | + | Ryan Shandel, 1114 8th Street NE, Washington, DC 20002-3623 |
| 772777 | + | Shah Investment Group, LLC, 6605 Spring Rd, Springfield, VA 22150-3530 |
| 772778 | + | Tara Gorman, 5100 Saratoga Ave, Bethesda, MD 20816-3040 |
| 772779 | + | Trent Heminger, 5605 Durbin Road, Bethesda, MD 20814-1013 |
| 773704 | + | United Bank, 11185 Fairfax Blvd, Fairfax, VA 22030-5087 |
| 772780 | + | WCP, DP Capital, 8401 Greensboro Drive Suite 960, Mc Lean, VA 22102-5149 |
| 772781 | + | Welch Limited Partnership, 910 M Street NW, Washington, DC 20001-6313 |

Case 23-00217-ELG    Doc 106    Filed 03/23/24    Entered 03/24/24 00:03:40    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 309A | Total Noticed: 50 |

| 772784 | + | William Trapp, 1103 Dale Street, Staunton, VA 24401-2046 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: Dtemplelaw@gmail.com | Mar 21 2024 22:08:00 | Donald Melvin Temple, Donald M. Temple, 1310 L Street, N.W., Suite #750, Washington, DC 20005 |
| aty | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 21 2024 22:08:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| smg | ^ MEBN | Mar 21 2024 22:06:25 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + Email/Text: USADC.BankruptcyNotices@usdoj.gov | Mar 21 2024 22:08:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 21 2024 22:08:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 776061 | Email/Text: tihsoon@yahoo.com | Mar 21 2024 22:08:00 | EZ Express Loan LLC, P O Box 2631, Springfield, VA 22152 |
| 774398 | EDI: IRS.COM | Mar 22 2024 02:07:00 | Internal Revenue Service, 1111 Constitution Ave, NW, Washington, DC 20224 |
| 775243 | + Email/PDF: ebnotices@pnmac.com | Mar 21 2024 22:24:56 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 775482 | + Email/Text: bankruptcy@bsifinancial.com | Mar 21 2024 22:08:00 | Servis One, Inc. dba BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 772782 | + EDI: WFFC2 | Mar 22 2024 02:07:00 | Wells Fargo Auto Loan, P.O. Box 17900, Denver, CO 80217-0900 |
| 774785 | + EDI: WFFC2 | Mar 22 2024 02:07:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 772763 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 772783 | ##+ | Wesley Burdette, 81 Ladoga Avenue, Tampa, FL 33606-3832 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Mar 21, 2024 | Form ID: 309A | Total Noticed: 50 |
| Date: Mar 23, 2024 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Alan D. Eisler
on behalf of Creditor Calliecorp L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com

Daniel Kevin Eisenhauer
on behalf of Creditor Servis One Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Donald Melvin Temple
on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com

Donald Melvin Temple
on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com

Gregory C Mullen
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com

Jeffery T. Martin
on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com

Jeffery T. Martin
on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com

John E. Reid
on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com

Jonathan E. Levine
on behalf of Creditor United Bank jlevine@mbhylaw.com efiling@levinepllc.com

Justin Philip Fasano
on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Mark Meyer
on behalf of Creditor SERVIS ONE INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Vanessa Carpenter Lourie
on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com

Wendell W. Webster
wwebster@websterfredrickson.com DC03@ecfcbis.com

District/off: 0090-1     User: admin     Page 4 of 4
Date Rcvd: Mar 21, 2024     Form ID: 309A     Total Noticed: 50
TOTAL: 20