# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 23-00217-ELG |
| ) | |
| **CHARLES PAXTON PARET,** ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

## MOTION TO COMPEL APPEARANCE OF
## CHARLES PAXTON PARET AT SECTION 341 MEETING OF CREDITORS

COMES NOW, Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Charles Paxton Paret ("Debtor"), by and through counsel, and in support of his Motion to Compel Appearance of Charles Paxton Paret at Section 341 Meeting of Creditors, respectfully states the following.

1. This case commenced on August 4, 2023, when petitioning creditors of the Debtor filed an involuntary bankruptcy petition relief for the Debtor under Chapter 7 of the United States Bankruptcy Code.

2. On October 17, 2023, the Debtor filed an Amended Motion to Convert Case to Chapter 11.

3. The Court entered an Order converting this case to Chapter 11 on November 22, 2023.

4. On February 5, 2024, the United States Trustee filed a Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case ("Motion to Convert").

Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

5. On March 4, 2024, WCP Fund I LLC, one of the petitioning creditors, filed a Motion to Convert Case to Chapter 7.

6. The Court entered an Order reconverting this case to Chapter 7 on March 14, 2024.

7. Wendell W. Webster is the Trustee of the Debtor's Chapter 7 estate.

8. By notice dated March 21, 2024, Debtor's Section 341 Meeting of Creditors was scheduled for April 11, 2024.

9. The Debtor failed to attend the April 11, 2024 Meeting of Creditors. Counsel for the Debtor was present.

10. The Trustee has rescheduled the Chapter 7 Meeting of Creditors to June 6, 2024 at 10:30 AM (to be held via Zoom, Meeting ID 328 696 7360, Passcode 0339774474).

11. Pursuant to 11 U.S.C. § 343, a debtor "shall appear and submit to examination under oath at the meeting of creditors under section 341(a) of this title."

12. Fed. Bankr. P. 4002 (a)(1) provides that a debtor shall "attend and submit to an examination at the times ordered by the court."

13. So that he can administer this case, the Trustee requests that the Court Order the Debtor, Charles Paxton Paret, to appear and testify at the rescheduled Meeting of Creditors, to be held on June 6, 2024, 10:30 AM.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

a. Compelling Charles Paxton Paret to appear and testify at the rescheduled Section 341 Meeting of Creditors; and

b. Granting such other and further relief as is just and proper.

Dated: April 23, 2024          Respectfully submitted

*/s/ Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea. P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024,, a copy of the foregoing Motion to Compel Appearance of Charles Paxton Paret at Section 341 Meeting of Creditors, was served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

- Daniel Kevin Eisenhauer ecfaccount@orlans.com, ANHSOrlans@InfoEx.com
- Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com
- Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- Jonathan E. Levine jlevine@mbhylaw.com, efiling@levinepllc.com
- Vanessa Carpenter Lourie vlourie@carpenterlourie.com
- Jeffery T. Martin jeff@martinlawgroupva.com, Martin.JefferyT.B119228@notify.bestcase.com
- Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com
- Gregory C Mullen bankruptcy@bww-law.com, bankruptcy@albalawgroup.com; Gregory.c.mullen@gmail.com
- John E. Reid jack@martinlawgroupva.com
- Donald Melvin Temple Dtemplelaw@gmail.com
- U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I further certify that on April 23, 2024, a copy of the foregoing Motion was served by first class United States mail, postage prepaid to the following:

| | |
|---|---|
| Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611 | U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314 |

*/s/ Justin P. Fasano*
Justin P. Fasano

3