**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) | 23-00217-ELG |
| ) |  |
| **CHARLES PAXTON PARET,** ) | CHAPTER 7 |
| ) |  |
| Debtor. ) |  |
| ) |  |

**NOTICE OF MOTION AND NOTICE OF HEARING ON
(I) MOTION BY TRUSTEE FOR EXTENSION OF
DEADLINE TO FILE COMPLAINTS OBJECTING TO DEBTOR'S
DISCHARGE AND (II) MOTION TO COMPEL APPEARANCE OF
CHARLES PAXTON PARET AT SECTION 341 MEETING OF CREDITORS**

Wendell W. Webster, Chapter 7 Trustee (the "Trustee"), by counsel has filed his (1) *Motion By Trustee For Extension Of Deadline To File Complaints Objecting To Debtor's Discharge And (II) Motion To Compel Appearance of Charles Paxton Paret at Section 341 Meeting of Creditors* (collectively, the "Motions").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motions, or if you want the Court to consider your views on the Motions, then:

☒ **On or before May 8, 2024,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

> Clerk of the Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

Any objection filed must be sent to:

>Justin P. Fasano
>McNamee Hosea, P.A.
>6404 Ivy Lane, Suite 820
>Greenbelt, MD 20770

☒ **PLEASE TAKE NOTICE that a hearing will be held on May 15, 2024, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief.

Dated:  April 23, 2024                                      Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel. (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2024, a copy of the foregoing Motion to Compel Appearance of Charles Paxton Paret at Section 341 Meeting of Creditors, was served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

- Daniel Kevin Eisenhauer ecfaccount@orlans.com, ANHSOrlans@InfoEx.com
- Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com
- Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- Jonathan E. Levine jlevine@mbhylaw.com, efiling@levinepllc.com
- Vanessa Carpenter Lourie vlourie@carpenterlourie.com
- Jeffery T. Martin jeff@martinlawgroupva.com, Martin.JefferyT.B119228@notify.bestcase.com
- Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com
- Gregory C Mullen bankruptcy@bww-law.com, bankruptcy@albalawgroup.com; Gregory.c.mullen@gmail.com
- John E. Reid jack@martinlawgroupva.com
- Donald Melvin Temple Dtemplelaw@gmail.com
- U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

      I further certify that on April 23, 2024, a copy of the foregoing Motion was served by first class United States mail, postage prepaid to the following:

| | |
|---|---|
| Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611 | U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314 |
| | */s/ Justin P. Fasano*<br>Justin P. Fasano |

3