**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **IN RE:** | ) | **23-00217-ELG** |
|  | ) |  |
| **CHARLES PAXTON PARET,** | ) | **CHAPTER 7** |
|  | ) |  |
| **Debtor.** | ) |  |
|  | ) |  |

**ORDER GRANTING TRUSTEE'S MOTION TO COMPEL APPEARANCE OF**
**CHARLES PAXTON PARET AT SECTION 341 MEETING OF CREDITORS**

This matter came before the Court on the Motion to Compel Appearance of Charles Paxton Paret at Section 341 Meeting ("Motion"), which was filed by Wendell W. Webster ("Trustee"), trustee of the Chapter 7 estate of Charles Paxton Paret ("Debtor"). Upon consideration of the Motion and any opposition filed thereto, and it appearing that the relief sought by the Trustee is warranted, it is hereby:

ORDERED, that the Motion is GRANTED in its entirety; and it further,

ORDERED, that Charles Paxton Paret, shall appear, and testify at a meeting of creditors held pursuant to 11 U.S.C. § 341, to take place on June 6, 2024, 10:30 AM.

WE ASK FOR THIS:

*/s/ Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea. P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

**End of Order**

Copies to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314