IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | 23-00217-ELG |
|  | ) |  |
| **CHARLES PAXTON PARET,** | ) | CHAPTER 7 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**MOTION BY TRUSTEE FOR EXTENSION OF DEADLINE
TO FILE COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE**

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Charles Paxton Paret ("Debtor"), by and through counsel, moves pursuant to Rule 4004(a) and (b) for an order extending the time for filing an objection to the discharge of Debtor and for reasons in support of this Motion states as follows:

1. This case commenced on August 4, 2023, when petitioning creditors of the Debtor filed an involuntary bankruptcy petition relief for the Debtor under Chapter 7 of the United States Bankruptcy Code.

2. On October 17, 2023, the Debtor filed an Amended Motion to Convert Case to Chapter 11.

3. The Court entered an Order converting this case to Chapter 11 on November 22, 2023.

4. On February 5, 2024, the United States Trustee filed a Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case ("Motion to Convert").

---
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

5.      On March 4, 2024, WCP Fund I LLC, one of the petitioning creditors, filed a Motion to Convert Case to Chapter 7.

6.      The Court entered an Order reconverting this case to Chapter 7 on March 14, 2024.

7.      Wendell W. Webster is the Trustee of the Debtor's Chapter 7 estate.

8.      By notice dated March 21, 2024, Debtor's Section 341 Meeting of Creditors was scheduled for April 11, 2024.

9.      The Debtor failed to attend the Section 341 Meeting of Creditors on April 11, 2024.

10.     The Trustee has rescheduled the Meeting of Creditors to June 6, 2024 at 10:30 AM.

11.     The last day for filing an objection to discharge is June 10, 2024.

12.     The Trustee, concurrently with this Motion, is filing a Motion to Compel Debtor's attendance at the rescheduled Chapter 7, Section 341 Meeting of Creditors.

13.     The Trustee moves that the deadline to file a complaint objecting to Debtor's discharge be extended to August 5, 2024 (sixty (60) days from rescheduled Chapter 7 Meeting of Creditors).

14.     The Trustee believes that a request for an extension of time to preserve the deadline to file an objection is fair and reasonable.

15.     **THE TRUSTEE NOTES THAT HE LACKS STANDING TO MOVE TO EXTEND THE DEADLINE TO OBJECT TO THE DISCHARGEABILITY OF ANY DEBT AND ANY CREDITOR SEEKING SUCH AN EXTENSION MUCH ASK FOR SUCH EXTENSION BY SEPARATE MOTION.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

a.      Extending the date for filing an objection to Debtor's discharge to August 5, 2024; and

Case 23-00217-ELG   Doc 111   Filed 04/23/24   Entered 04/23/24 08:59:00   Desc Main
Document      Page 3 of 4

      b.      Granting such other and further relief as is just and proper.

Dated: April 23, 2024                             Respectfully submitted

                                                    */s/ Justin P. Fasano*
                                                    Justin P. Fasano (DC Bar MD21201)
                                                    McNamee Hosea. P.A.
                                                    6404 Ivy Lane, Suite 820
                                                    Greenbelt, MD 20770
                                                    (301) 441-2420
                                                    jfasano@mhlawyers.com
                                                    *Counsel to the Trustee*

## **CERTIFICATE OF SERVICE**

        I hereby certify that on April 23, 2024,, a copy of the foregoing was served via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

- Daniel Kevin Eisenhauer ecfaccount@orlans.com, ANHSOrlans@InfoEx.com
- Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com
- Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- Jonathan E. Levine jlevine@mbhylaw.com, efiling@levinepllc.com
- Vanessa Carpenter Lourie vlourie@carpenterlourie.com
- Jeffery T. Martin jeff@martinlawgroupva.com, Martin.JefferyT.B119228@notify.bestcase.com
- Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com
- Gregory C Mullen bankruptcy@bww-law.com, bankruptcy@albalawgroup.com; Gregory.c.mullen@gmail.com
- John E. Reid jack@martinlawgroupva.com
- Donald Melvin Temple Dtemplelaw@gmail.com
- U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

        I further certify that on Tuesday, April 23, 2024, a copy of the foregoing Motion was served by first class United States mail, postage prepaid to the following:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

                                            */s/ Justin P. Fasano*
                                            Justin P. Fasano