**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | ) | |
|---|---|---|
| **IN RE:** | ) | **23-00217-ELG** |
| | ) | |
| **CHARLES PAXTON PARET,** | ) | **CHAPTER 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO EXTEND DEADLINE TO FILE COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE**

Upon consideration of the Chapter 7 Trustee's Motion to Extend Time for Filing Objections to Discharge, and it appearing that good cause has been shown, by the United States Bankruptcy Court for the District of Columbia, it is hereby:

ORDERED, that the Motion should be, and hereby is granted; and it is further,

ORDERED, that the time period for filing objections to the Debtor's discharge is EXTENDED to August 5, 2024.

WE ASK FOR THIS:

*/s/ Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea. P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

**End of Order**