# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

**CHARLES PAXTON PARET,**

Debtor.

Case No. 23-00217-ELG

Chapter 7

## ACTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTOR

Comes Now, Gerard R. Vetter, Acting United States Trustee for Region Four, and, pursuant to Bankruptcy Rules 4004(b) and 1017(e), hereby requests an extension of time to file a complaint objecting to the discharge of the Debtor pursuant to 11 U.S.C. § 727. In support of his motion, the Acting United States Trustee states the following:

1. On August 4, 2023, a chapter 7 involuntary petition was filed against the Debtor. Doc. No. 1.

2. On October 17, 2023, the Debtor filed a Motion to Convert Case to Chapter 11. Doc. No. 32.

3. On November 15, 2023, the Debtor filed his Schedules and Statement of Financial Affairs. Doc. No. 50.

4. On November 22, 2023, this Court entered an Order converting this case to Chapter 11. Doc. No. 54.

5. On February 5, 2024, the United States Trustee filed its Motion to Convert or Dismiss Chapter 11 Case. Doc. No. 69.

Office of United States Trustee
Kristen S. Eustis, Esq.
Trial Attorney, MD28984
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 (Direct Dial)
Kristen.S.Eustis@usdoj.gov

6. On March 4, 2024, WCP Fund I LLC filed a Motion to Convert Case to Chapter 7. Doc. No. 87.

7. On March 14, 2024, this Court entered an Order converting Case to Chapter 7. Doc. No. 96.

8. On March 14, 2024, Wendell W. Webster was appointed the chapter 7 trustee (the "Chapter 7 Trustee").

9. After conversion to Chapter 7, the Chapter 7 Trustee attempted to hold the 341 Meeting of Creditors on April 11, 2024. The Debtor failed to attend the 341 meeting.

10. The Chapter 7 Trustee has rescheduled the Chapter 7 Meeting of Creditors to June 6, 2024.

11. Pursuant to Bankruptcy Rule 4004(a), the last day for filing a complaint objecting to the discharge of the Debtor is **June 10, 2024.**

12. Bankruptcy Rule 4004(b) provides that the time to object to discharge of the Debtor can be extended for cause upon the motion of parties in interest, including the United States Trustee.

13. Information received by the United States Trustee leads him to believe that the Debtor may have engaged in a course of conduct such that his discharge should be denied.

14. The Acting United States Trustee requests additional time so that he can complete his investigation of the circumstances in this case, which will enable him to determine whether filing a complaint objecting to discharge is warranted in this case.

15. Extensions of time for objecting to discharge should be granted liberally absent a clear showing of bad faith on the part of the party requesting the extension. *In re Kellogg*, 41 B.R. 836, 838 (Bankr. W.D. Okla. 1984).

16. In addition, the granting of the requested extension will not prejudice the Debtor in any way and will not impede the efficient administration of the case. *In re Knobel*, 54 B.R. 458, 461 (Bankr. D. Colo. 1985) (granting extension of time to object to debtor's discharge where extension request was not made in bad faith, the delay of the extension is insubstantial and would not adversely affect the administration of the case, and the extension would not result in any prejudice to the debtor).

17. The Acting United States Trustee requests an extension of 91 days, or **Monday, September 9, 2024**, for the Acting United States Trustee to file a complaint objecting to the debtor's discharge pursuant to 11 U.S.C. § 727.

WHEREFORE, THE ACTING UNITED STATES TRUSTEE MOVES THE COURT TO:

1. Extend the time for the Acting United States Trustee to file a complaint objecting to the discharge of the Debtor to **Monday, September 9, 2024**; and

2. Grant such further relief as the Court may deem just and fair.

Date: April 25, 2024

Gerard R. Vetter
ACTING U.S. TRUSTEE, REGION 4

By:  */s/ Kristen S. Eustis*
Kristen S. Eustis
Trial Attorney, MD28984
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 (Direct Dial)
Kristen.S.Eustis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, I electronically filed the foregoing Motion with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Daniel Kevin Eisenhauer ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com, efiling@levinepllc.com

Vanessa Carpenter Lourie vlourie@carpenterlourie.com

Jeffery T. Martin jeff@martinlawgroupva.com, Martin.JefferyT.B119228@notify.bestcase.com; brittany@martinlawgroupva.com;steph@martinlawgroupva.com

Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Gregory C Mullen bankruptcy@bww-law.com, bankruptcy@albalawgroup.com; Gregory.c.mullen@gmail.com

John E. Reid jack@martinlawgroupva.com

Donald Melvin Temple Dtemplelaw@gmail.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Wendell W. Webster wwebster@websterfredrickson.com, DC03@ecfcbis.com

I further certify that on April 25, 2024, a copy of the foregoing Motion was served by first class United States mail, postage prepaid to the following:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

                                          */s/ Robert W. Ours*
                                            Robert W. Ours
                                            Paralegal Specialist