## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**CHARLES PAXTON PARET,**<br><br>Debtor. | Case No. 23-00217-ELG<br><br>Chapter 7 |

### CONSENT ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE

The matter before the Court is the Acting United States Trustee's motion to extend his deadline to file a complaint objecting to the debtor's discharge. Upon consideration of the motion, and the Debtor having consented to the relief requested as evidenced by the signature of counsel below, and good cause being shown, it is hereby:

ORDERED that the Acting United States Trustee's motion to extend time is GRANTED and he shall have until September 9, 2024 to file a complaint objecting to the discharge of the Debtor; and it is further

ORDERED that the clerk shall send notice of entry of this order to the parties listed below.

I ask for this:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: /s/ Kristen S. Eustis
Kristen S. Eustis
Trial Attorney, MD28984
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 (Direct Dial)
Kristen.S.Eustis@usdoj.gov

Seen and Consented to:

/s/ Jeffery T. Martin (by KSE with permission granted via email)
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550
jeff@martinlawgroupva.com
*Counsel for the Debtor*

## END OF ORDER

Copies to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

Daniel Kevin Eisenhauer ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com, efiling@levinepllc.com

Vanessa Carpenter Lourie vlourie@carpenterlourie.com

Jeffery T. Martin jeff@martinlawgroupva.com, Martin.JefferyT.B119228@notify.bestcase.com; brittany@martinlawgroupva.com;steph@martinlawgroupva.com

Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Gregory C Mullen bankruptcy@bww-law.com, bankruptcy@albalawgroup.com; Gregory.c.mullen@gmail.com

John E. Reid jack@martinlawgroupva.com

Donald Melvin Temple Dtemplelaw@gmail.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Wendell W. Webster wwebster@websterfredrickson.com, DC03@ecfcbis.com