The order below is hereby signed.

Signed: April 25 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **CHARLES PAXTON PARET,** | Case No. 23-00217-ELG |
| **Debtor.** | Chapter 7 |

### CONSENT ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO FILE COMPLAINT <u>OBJECTING TO DEBTOR'S DISCHARGE</u>

The matter before the Court is the Acting United States Trustee's motion to extend his deadline to file a complaint objecting to the debtor's discharge. Upon consideration of the motion, and the Debtor having consented to the relief requested as evidenced by the signature of counsel below, and good cause being shown, it is hereby:

ORDERED that the Acting United States Trustee's motion to extend time is GRANTED and he shall have until September 9, 2024 to file a complaint objecting to the discharge of the Debtor; and it is further

Imaged Certificate of Notice    Page 2 of 5

ORDERED that the clerk shall send notice of entry of this order to the parties listed below.

I ask for this:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis
Trial Attorney, MD28984
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 (Direct Dial)
Kristen.S.Eustis@usdoj.gov

Seen and Consented to:

*/s/ Jeffery T. Martin (by KSE with permission granted via email)*
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550
jeff@martinlawgroupva.com
*Counsel for the Debtor*

## END OF ORDER

Copies to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

Daniel Kevin Eisenhauer ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Alan D. Eisler aeisler@e-hlegal.com, mcghamilton@gmail.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com, efiling@levinepllc.com

Vanessa Carpenter Lourie vlourie@carpenterlourie.com

Jeffery T. Martin jeff@martinlawgroupva.com, Martin.JefferyT.B119228@notify.bestcase.com; brittany@martinlawgroupva.com;steph@martinlawgroupva.com

Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Gregory C Mullen bankruptcy@bww-law.com, bankruptcy@albalawgroup.com; Gregory.c.mullen@gmail.com

John E. Reid jack@martinlawgroupva.com

Donald Melvin Temple Dtemplelaw@gmail.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Wendell W. Webster wwebster@websterfredrickson.com, DC03@ecfcbis.com

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00217-ELG

Charles Paxton Paret  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 2
Date Rcvd: Apr 25, 2024  Form ID: pdf001  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

**Recip ID        Recipient Name and Address**
db            + Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

**Name**  **Email Address**

Alan D. Eisler
    on behalf of Creditor Calliecorp L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com

Daniel Kevin Eisenhauer
    on behalf of Creditor Servis One Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Donald Melvin Temple
    on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com

Donald Melvin Temple
    on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com

Gregory C Mullen
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com

Jeffery T. Martin
    on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroupva.com

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com

Jeffery T. Martin

on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com
Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com

John E. Reid

on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com

Jonathan E. Levine

on behalf of Creditor United Bank jlevine@mbhylaw.com efiling@levinepllc.com

Justin Philip Fasano

on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano

on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Mark Meyer

on behalf of Creditor SERVIS ONE INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com,
bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig

on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Daniel Huertas mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

Vanessa Carpenter Lourie

on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com

Wendell W. Webster

wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 20