IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRCT OF COLUMBIA

In the Matter of:

CHARLES PAXTON PARET,

    Debtor.

Case No. 23-00217-ELG
Chapter 7

## CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL AND REQUEST FOR SERVICE OF NOTICES

Notice is hereby given that, subject to approval by the court, United Bank, a Virginia banking corporation, substitutes Kenneth J. Barton, Jr., D.C. Bar No. 415886, of the law firm of Steptoe & Johnson PLLC, as counsel of record in place of Jonathan E. Levine of Mahdavi, Bacon, Halfhill, & Young PLLC.

Pursuant to Fed. R. Bankr. P. 2002(g), new counsel requests that all notices given or required to be given in this case and all papers served or required to be served in this case upon the creditor United Bank be given to and served at the following address and email address:

    Kenneth J. Barton, Jr. (D.C. Bar No. 415886)
    STEPTOE & JOHNSON PLLC
    1250 Edwin Miller Blvd., Suite 300
    Martinsburg, WV 25404
    Tel:   (304) 262-3530
    Fax:  (304) 933-8729
    kenneth.barton@steptoe-johnson.com

I hereby consent to the above substitution of counsel.

Dated: May 7th, 2024        UNITED BANK, a Virginia banking corporation

                                                     By: _____
                                                        Name: Devin McCreery
                                                        Its:    Executive Vice President

SJ20410860.2

I hereby consent to the above substitution of counsel.

Dated: May 7, 2024                            /s/      *Jonathan E. Levine*
                                       Jonathan E. Levine (D.C. Bar No. 475891)
                                       Mahdavi, Bacon, Halfhill & Young, PLLC
                                       11350 Random Hills Road, Suite 700
                                       Fairfax, VA 22207
                                       Tel:    (703) 352-1300
                                       Fax:   (703) 352-1301
                                       jlevine@mbhylaw.com

I hereby consent to the above substitution of counsel.

Dated: May 7, 2024                            /s/      *Kenneth J. Barton, Jr.*
                                       Kenneth J. Barton, Jr. (D.C. Bar No. 415886)
                                       Steptoe & Johnson PLLC
                                       1250 Edwin Miller Blvd., Suite 300
                                       Martinsburg, WV 25404
                                       Tel:    (304) 262-3530
                                       Fax:   (304) 933-8729
                                       kenneth.barton@steptoe-johnson.com


The substitution of attorney is hereby APPROVED and ORDERED.


Date: _____          _____
                                       Honorable Elizabeth L. Gunn
                                       U.S. Bankruptcy Judge