The order below is hereby signed.

Signed: May 13 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00217-ELG |
| CHARLES PAXTON PARET, | CHAPTER 7 |
| Debtor. | |

## CONSENT ORDER GRANTING
## MOTION BY TRUSTEE FOR EXTENSION OF DEADLINE
## TO FILE COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE

The matter before the Court is the motion (the "Motion," Docket No. 111) filed by Wendell Webster, Chapter 7 Trustee ("Trustee") to extend his deadline to file a complaint objecting to the debtor's discharge. Upon consideration of the motion, and the Debtor having consented to the relief requested as evidenced by the signature of counsel below, and good cause being shown, it is hereby:

ORDERED that the Trustee's motion to extend time is GRANTED and he shall have until August 5, 2024 to file a complaint objecting to the discharge of the Debtor; and it is further

ORDERED that the clerk shall send notice of entry of this order to the parties listed below.

<u>I ask for htis</u>

*/s/ Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea. P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com

*Counsel to the Trustee*

Seen and Consented to:

<u>/s/ Jeffery T. Martin</u>
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182 703-834-5550
jeff@martinlawgroupva.com
Counsel for the Debtor

**END OF ORDER**

Copies to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611