**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRCT OF COLUMBIA**

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | |
| **CHARLES PAXTON PARET,** | : | |
| | : | Case No. 23-00217-ELG |
| Debtor. | : | Chapter 7 |
| | : | |

**JOINT MOTION FOR SUBSTITUTION OF COUNSEL**

The undersigned counsel, pursuant to Rule 2091-1(d) of the Local Rules of the United States Bankruptcy Court for the District of Columbia, jointly move this Court for the entry of an order authorizing the substitution of Kenneth J. Barton, Jr., D.C. Bar No. 415886, of the law firm of Steptoe & Johnson PLLC, for Jonathan E. Levine, D. C. Bar No. 475891, of Mahdavi, Bacon, Halfhill, & Young PLLC as counsel of record for United Bank, a Virginia banking corporation, in the above-referenced matter.

Upon entry of an order granting this motion, Kenneth J. Barton, Jr. will be counsel of record for United Bank and Jonathan E. Levine will be relieved from further responsibility in this case.

By signing below, undersigned counsel certify that United Bank has consented to this substitution of counsel, which consent is further evidenced by that certain Consent Order Granting Substitution of Counsel and Request for Notices filed on May 8, 2024 [Doc. No. 115].

Respectfully submitted this 14th day of May, 2024.

| | |
|---|---|
| _/s/    Jonathan E. Levine_ | _/s/    Kenneth J. Barton, Jr._ |
| Jonathan E. Levine (D.C. Bar No. 475891) | Kenneth J. Barton, Jr. (D.C. Bar No. 415886) |
| Mahdavi, Bacon, Halfhill & Young, PLLC | Steptoe & Johnson PLLC |
| 11350 Random Hills Road, Suite 700 | 1250 Edwin Miller Blvd., Suite 300 |
| Fairfax, VA 22207 | Martinsburg, WV 25404 |
| Tel:    (703) 352-1300 | Tel:    (304) 262-3530 |
| Fax:    (703) 352-1301 | Fax:    (304) 933-8729 |
| jlevine@mbhylaw.com | kenneth.barton@steptoe-johnson.com |

SJ20459811v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2024, I served the foregoing *Joint Motion for Substitution of Counsel* with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered CM/ECF participants.

                                            /s/    *Kenneth J. Barton, Jr.*
                                      Kenneth J. Barton, Jr. (D.C. Bar No. 415886)

SJ20459811v1