The order below is hereby signed.

Signed: May 15 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | 23-00217-ELG |
| CHARLES PAXTON PARET, | ) | CHAPTER 7 |
| Debtor. | ) | |

**CONSENT ORDER GRANTING MOTION TO COMPEL APPEARANCE OF CHARLES PAXTON PARET AT SECTION 341 MEETING OF CREDITORS**

The matter before the Court is the *Motion to Compel Appearance of Charles Paxton Paret at Section 341 Meeting of Creditors* (the "Motion," Docket No. 110) filed by Wendell Webster, Chapter 7 Trustee ("Trustee"). Upon consideration of the motion, and the Debtor having consented to the relief requested as evidenced by the signature of counsel below, and good cause being shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED, that the Debtor shall appear and testify under oath at the continued meeting of creditors on June 6, 2024 a 10:30 a.m; and it is further

ORDERED, that if the Trustee certifies that the Debtor did not appear at the continued meeting of creditors on June 6, 2024 at 10:30 a.m., he will be ordered to appear at a hearing in person on June 20, 2023, at 10:00 a.m. in the United States Bankruptcy Court for the District of Columbia; and it is further

ORDERED that the clerk shall send notice of entry of this order to the parties listed below.

I ask for this

*/s/ Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea. P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

Seen and Consented to:

/s/ Jeffery T. Martin
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182 703-834-5550
jeff@martinlawgroupva.com
Counsel for the Debtor

**END OF ORDER**

Copies to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611