The order below is hereby signed.

Signed: May 15 2024

/s/ Elizabeth L. Gunn
Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRCT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | |
| CHARLES PAXTON PARET, | : | |
| | : | Case No. 23-00217-ELG |
| Debtor. | : | Chapter 7 |
| | : | |

## CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL
## AND REQUEST FOR SERVICE OF NOTICES

Notice is hereby given that, subject to approval by the court, United Bank, a Virginia banking corporation, substitutes Kenneth J. Barton, Jr., D.C. Bar No. 415886, of the law firm of Steptoe & Johnson PLLC, as counsel of record in place of Jonathan E. Levine of Mahdavi, Bacon, Halfhill, & Young PLLC.

Pursuant to Fed. R. Bankr. P. 2002(g), new counsel requests that all notices given or required to be given in this case and all papers served or required to be served in this case upon the creditor United Bank be given to and served at the following address and email address:

SJ20410860.3

Kenneth J. Barton, Jr. (D.C. Bar No. 415886)
STEPTOE & JOHNSON PLLC
1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV 25404
Tel:  (304) 262-3530
Fax:  (304) 933-8729
kenneth.barton@steptoe-johnson.com

I hereby consent to the above substitution of counsel.

Dated: May 14th, 2024        UNITED BANK, a Virginia banking corporation

By: _____
Name: Devin McCreery
Its:  Executive Vice President

I ask for this:

Dated: May 14, 2024        /s/    Kenneth J. Barton, Jr.
Kenneth J. Barton, Jr. (D.C. Bar No. 415886)
Steptoe & Johnson PLLC
1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV 25404
Tel:  (304) 262-3530
Fax:  (304) 933-8729
kenneth.barton@steptoe-johnson.com

Seen and Consented to:

Dated: May 14, 2024        /s/    Jonathan E. Levine
Jonathan E. Levine (D.C. Bar No. 475891)
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Road, Suite 700
Fairfax, VA 22207
Tel:  (703) 352-1300
Fax:  (703) 352-1301
jlevine@mbhylaw.com

## END OF ORDER

Copies to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611