The order below is hereby signed.

Signed: May 13 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | 23-00217-ELG |
| | ) | |
| CHARLES PAXTON PARET, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**CONSENT ORDER GRANTING
MOTION BY TRUSTEE FOR EXTENSION OF DEADLINE
TO FILE COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE**

The matter before the Court is the motion (the "Motion," Docket No. 111) filed by Wendell Webster, Chapter 7 Trustee ("Trustee") to extend his deadline to file a complaint objecting to the debtor's discharge. Upon consideration of the motion, and the Debtor having consented to the relief requested as evidenced by the signature of counsel below, and good cause being shown, it is hereby:

ORDERED that the Trustee's motion to extend time is GRANTED and he shall have until August 5, 2024 to file a complaint objecting to the discharge of the Debtor; and it is further

ORDERED that the clerk shall send notice of entry of this order to the parties listed below.

<u>I ask for htis</u>

*/s/ Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea. P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com

*Counsel to the Trustee*

Seen and Consented to:

/s/ Jeffery T. Martin
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182 703-834-5550
jeff@martinlawgroupva.com
Counsel for the Debtor

**END OF ORDER**

Copies to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

United States Bankruptcy Court

District of Columbia

In re:                                                                                                               Case No. 23-00217-ELG

Charles Paxton Paret                                                                                   Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                                       User: admin                                         Page 1 of 2
Date Rcvd: May 13, 2024                         Form ID: pdf001                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024                                       Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:**

**Name**                  **Email Address**

Alan D. Eisler
                   on behalf of Creditor Calliecorp L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com

Daniel Kevin Eisenhauer
                   on behalf of Creditor Servis One Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Donald Melvin Temple
                   on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com

Donald Melvin Temple
                   on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com

Gregory C Mullen
                   on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com

Jeffery T. Martin
                   on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroupva.com

Case 23-00217-ELG   Doc 122   Filed 05/15/24   Entered 05/16/24 00:05:21   Desc
Imaged Certificate of Notice   Page 4 of 4

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| | Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com |
| Jeffery T. Martin | on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com |
| John E. Reid | on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com |
| Jonathan E. Levine | on behalf of Creditor United Bank jlevine@mbhylaw.com efiling@levinepllc.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kenneth Joseph Barton, Jr | on behalf of Creditor United Bank kenneth.barton@steptoe-johnson.com kelsey.miller@steptoe-johnson.com;shelby.turley@steptoe-johnson.com;taylor.wilburn@steptoe-johnson.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Mark Meyer | on behalf of Creditor SERVIS ONE INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Vanessa Carpenter Lourie | on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 21