The order below is hereby signed.

Signed: May 15 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| IN RE: | ) | 23-00217-ELG |
| | ) | |
| CHARLES PAXTON PARET, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CONSENT ORDER GRANTING MOTION TO COMPEL APPEARANCE OF
CHARLES PAXTON PARET AT SECTION 341 MEETING OF CREDITORS**

The matter before the Court is the *Motion to Compel Appearance of Charles Paxton Paret at Section 341 Meeting of Creditors* (the "Motion," Docket No. 110) filed by Wendell Webster, Chapter 7 Trustee ("Trustee"). Upon consideration of the motion, and the Debtor having consented to the relief requested as evidenced by the signature of counsel below, and good cause being shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED, that the Debtor shall appear and testify under oath at the continued meeting of creditors on June 6, 2024 a 10:30 a.m; and it is further

ORDERED, that if the Trustee certifies that the Debtor did not appear at the continued meeting of creditors on June 6, 2024 at 10:30 a.m., he will be ordered to appear at a hearing in person on June 20, 2023, at 10:00 a.m. in the United States Bankruptcy Court for the District of Columbia; and it is further

ORDERED that the clerk shall send notice of entry of this order to the parties listed below.

I ask for this

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea. P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

Seen and Consented to:

/s/ Jeffery T. Martin
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182 703-834-5550
jeff@martinlawgroupva.com
Counsel for the Debtor

**END OF ORDER**

Copies to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00217-ELG

Charles Paxton Paret  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: May 15, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Creditor Calliecorp L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Servis One Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com |
| Donald Melvin Temple | on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com |
| Donald Melvin Temple | on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com |
| Gregory C Mullen | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com |
| Jeffery T. Martin | on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroupva.com |

Case 23-00217-ELG    Doc 123    Filed 05/17/24    Entered 05/18/24 00:05:40    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| | Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com |
| Jeffery T. Martin | |
| | on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com |
| John E. Reid | |
| | on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com |
| Jonathan E. Levine | |
| | on behalf of Creditor United Bank jlevine@mbhylaw.com efiling@levinepllc.com |
| Justin Philip Fasano | |
| | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | |
| | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kenneth Joseph Barton, Jr | |
| | on behalf of Creditor United Bank kenneth.barton@steptoe-johnson.com kelsey.miller@steptoe-johnson.com;shelby.turley@steptoe-johnson.com;taylor.wilburn@steptoe-johnson.com |
| Kristen S. Eustis | |
| | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Mark Meyer | |
| | on behalf of Creditor SERVIS ONE INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | |
| | on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | |
| | USTPRegion04.DC.ECF@USDOJ.GOV |
| Vanessa Carpenter Lourie | |
| | on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com |
| Wendell W. Webster | |
| | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 21