The order below is hereby signed.

Signed: May 15 2024

/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRCT OF COLUMBIA

In the Matter of:                :
                                 :
CHARLES PAXTON PARET,            :
                                 :           Case No. 23-00217-ELG
        Debtor.                  :           Chapter 7
                                 :

**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL
AND REQUEST FOR SERVICE OF NOTICES**

Notice is hereby given that, subject to approval by the court, United Bank, a Virginia banking corporation, substitutes Kenneth J. Barton, Jr., D.C. Bar No. 415886, of the law firm of Steptoe & Johnson PLLC, as counsel of record in place of Jonathan E. Levine of Mahdavi, Bacon, Halfhill, & Young PLLC.

Pursuant to Fed. R. Bankr. P. 2002(g), new counsel requests that all notices given or required to be given in this case and all papers served or required to be served in this case upon the creditor United Bank be given to and served at the following address and email address:

SJ20410860.3                              1

Kenneth J. Barton, Jr. (D.C. Bar No. 415886)
STEPTOE & JOHNSON PLLC
1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV 25404
Tel:   (304) 262-3530
Fax:   (304) 933-8729
kenneth.barton@steptoe-johnson.com

I hereby consent to the above substitution of counsel.

Dated: May 14th, 2024                    UNITED BANK, a Virginia banking corporation

By: _____
Name: Devin McCreery
Its:   Executive Vice President

I ask for this:

Dated: May 14, 2024              /s/    Kenneth J. Barton, Jr.
                                 Kenneth J. Barton, Jr. (D.C. Bar No. 415886)
                                 Steptoe & Johnson PLLC
                                 1250 Edwin Miller Blvd., Suite 300
                                 Martinsburg, WV 25404
                                 Tel:   (304) 262-3530
                                 Fax:   (304) 933-8729
                                 kenneth.barton@steptoe-johnson.com

Seen and Consented to:

Dated: May 14, 2024              /s/    Jonathan E. Levine
                                 Jonathan E. Levine (D.C. Bar No. 475891)
                                 Mahdavi, Bacon, Halfhill & Young, PLLC
                                 11350 Random Hills Road, Suite 700
                                 Fairfax, VA 22207
                                 Tel:   (703) 352-1300
                                 Fax:   (703) 352-1301
                                 jlevine@mbhylaw.com

## END OF ORDER

Copies to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

SJ20410860.3                                   2

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00217-ELG

Charles Paxton Paret  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 2
Date Rcvd: May 15, 2024  Form ID: pdf001  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | United Bank, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030, UNITED STATES 22030-6044 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Creditor Calliecorp L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Servis One Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com |
| Donald Melvin Temple | on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com |
| Donald Melvin Temple | on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com |
| Gregory C Mullen | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com |
| Jeffery T. Martin | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 15, 2024 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com |
| Jeffery T. Martin | on behalf of Debtor Charles Paxton Paret jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com |
| John E. Reid | on behalf of Debtor Charles Paxton Paret jack@martinlawgroupva.com |
| Jonathan E. Levine | on behalf of Creditor United Bank jlevine@mbhylaw.com efiling@levinepllc.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kenneth Joseph Barton, Jr | on behalf of Creditor United Bank kenneth.barton@steptoe-johnson.com kelsey.miller@steptoe-johnson.com;shelby.turley@steptoe-johnson.com;taylor.wilburn@steptoe-johnson.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Mark Meyer | on behalf of Creditor SERVIS ONE INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Vanessa Carpenter Lourie | on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 21