**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| CHARLES PAXTON PARET ) | Case No. 23-00217 |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert W. Angle on behalf of creditor, John W. Gosnell, and send copies of all pleadings, notices, and orders to:

>Robert W. Angle (DCB# 1614979)
>Greenberg Traurig LLP
>1750 Tysons Blvd.
>Suite 1000
>McLean, VA 22102
>Tel: (703) 749-1300
>Email: anglew@gtlaw.com

May 23, 2024                                                        Respectfully submitted,

  /s/ Robert W. Angle
Robert W. Angle (DCB# 1614979)
Greenberg Traurig LLP
1750 Tysons Blvd.
Suite 1000
McLean, VA 22102
Tel: (703) 749-1300
Email: anglew@gtlaw.com

*Counsel for John W. Gosnell*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, copies of the Notice of Appearance were sent by CM/ECF to all parties of record.

            /s/ *Robert W. Angle*
                 Robert W. Angle