# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

CHARLES PAXTON PARET

Debtor

Case No. 23-00217-ELG

Chapter 7

## NOTICE OF APPEARANCE

May the Clerk please enter the appearance of Kellee Baker on behalf of creditor YI RONG JEAN, LLC and send copies of all pleadings, notices, orders and other filings electronically and/or to:

Kellee Baker
KB Law Firm
7600 Ora Glen Drive #1691
Greenbelt, MD  20768-1691
(301) 467-5856
KBLawFirm@gmail.com

Respectfully submitted,

*/s/ Kellee Baker*

_____
Kellee Baker
KB Law Firm
7600 Ora Glen Drive #1691
Greenbelt, MD  20768-1691
(301) 467-5856
KBLawFirm@gmail.com
*Counsel for Creditor Yi Rong Jean LLC*

June 5, 2024

## **CERTIFICATE OF SERVICE**

I certify that this Notice of Appearance was sent to all parties electronically through the CM/ECF system on June 5, 2024.

_____
Kellee Baker