GREENSTEIN DELORME & LUCHS, P.C.
James D. Sadowski (DC Bar #446635)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Telephone: (202) 452-1400 | Facsimile: (202) 452-1410
Email: jds@gdllaw.com / ajs@gdllaw.com
*Counsel for Terrell Place Property, LLC*

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>CHARLES PAXTON PARET,<br><br>*Debtor* | Case No.: 23-00217<br>Chapter 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Manik Chamarthy, a creditor and party-in-interest in this case, by co-counsel, James D. Sadowski, Esq. of Greenstein DeLorme & Luchs, P.C., hereby requests, pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that all notices given and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address and email addresses:

> James D. Sadowski, Esq.
> Greenstein DeLorme & Luchs, P.C.
> 801 17th Street, N.W., Suite 1000
> Washington, D.C. 20006
> Phone: (202) 452-1400; Fax: (202) 452-1410
> Emails: jds@gdllaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

4890-0179-3734

any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph, electronic medium, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Mr. Chamarthy's: (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy, or proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue of the Bankruptcy Court in this proceeding; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Mr. Chamarthy is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                                                  Respectfully submitted,

                                                  GREENSTEIN DELORME & LUCHS, P.C.

Dated: June 6, 2024                  /s/ James D. Sadowski
                                                James D. Sadowski (DC Bar #446635)
                                                801 17th Street, N.W., Suite 1000
                                                Washington, D.C. 20006
                                                Phone: (202) 452-1400; Fax: (202) 452-1410
                                                Emails: jds@gdllaw.com
                                                *Counsel for Manik Chamarthy*

4890-0179-3734

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2024, a true copy of the foregoing Notice of Appearance and Request for Service of Papers should be served electronically by a Notice of Electronic filing on all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski

4890-0179-3734