IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | Case No.: 23-00217-ELG |
| CHARLES PAXTON PARET, | ) ) ) | Chapter 7 |
| Debtor. | ) ) | |

**REQUEST OF WELCH FAMILY LIMITED PARTNERSHIP NINE FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Welch Family Limited Partnership Nine, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, et seq. (as amended, the Bankruptcy Code), requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served, whether electronically or otherwise, on:

**Kitsune Lyon, PLC 1007 N. Federal Highway, Suite 2005, Fort Lauderdale, FL 33304**

Unless otherwise noted, Creditor does not intend to file a claim for their secured interest in this matter.

Respectfully submitted,

/s./Todd Lewis
Todd Lewis, Esq. DC Bar No. 497852
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304
(202) 550-9898
todd.lewis@tllgpc.com
*Counsel for Welch Family Limited Partnership Nine*

**Certificate of Service**

  I HEREBY CERTIFY that on the 6TH day of JUNE 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, REQUEST OF WELCH FAMILY LIMITED PARTNERSHIP NINE FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g), was served via ECF on:

    \s\ Todd Lewis
    Todd Lewis

2