IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| IN RE: | ) | 23-00217-ELG |
| | ) | |
| CHARLES PAXTON PARET, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

APPLICATION TO AUTHORIZE RETENTION OF
SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(E)

COMES NOW Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Charles Paxton Paret ("Debtor"), by and through counsel, McNamee Hosea, P.A., and as his Application to Authorize Retention of Counsel Pursuant to 11 U.S.C. §327(e), respectfully submits the following:

1. This case commenced on August 4, 2023, when three creditors filed an involuntary bankruptcy petition against the Debtor under Chapter 7 of the United States Bankruptcy Court. After converting to Chapter 11, it was reconverted to Chapter 7 on March 14, 2024.

2. Wendell W. Webster is the Trustee of the Debtor's Chapter 7 estate.

3. The Trustee wishes to retain Blank Rome LLP, and its attorneys, including but not limited to L**isa M. Coyle** and her colleagues **Shawn M. Wright, Dipu A. Doshi, Iran L. Herman, John E. Lucian, and Patrick F. Collins,** all of whom are attorneys at the law firm

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

Blank Rome LLP (collectively the "Attorneys"), as Trustee's Counsel in this Case. The contact information for the Attorneys are as follows:

| Lisa M. Coyle<br>Ira L. Herman<br>BLANKROME<br>1271 Avenue of the Americas<br>New York, NY 10020<br>O: 212.885.5592<br>Lisa.Coyle@BlankRome.com | Shawn M. Wright<br>Dipu A. Doshi<br>Patrick F. Collins<br>BLANKROME<br>1825 I Street, NW<br>Washington DC 20006<br>O: 202.420.2604<br>Dipu.Doshi@BlankRome.com | John E. Lucian<br>BLANKROME<br>1201 N. Market Street<br>Suite 800<br>Wilmington, DE 19801<br>O: 215.569.5442<br>John.Lucian@BlankRome.com |
|---|---|---|

4. Specifically, the Trustee seeks to retain counsel to provide representation in connection with certain matters in this proceeding, including preparation of pleadings, and making necessary court appearances on the Trustee's Behalf, to pursue claims against Debtor's business partner and other causes of action, and for such other matters as the Trustee shall direct and counsel shall agree in writing.

5. The Attorneys shall charge discounted hourly rates. Lisa M. Coyle's hourly rate shall be no more than $1005 and Patrick Collins' hourly rate shall be no more than $640 with an additional 10% below the line discount.

6. The Trustee has selected the Attorneys to serve as Counsel because the Attorneys have considerable experience in the matters for which they are being retained and because the Trustee believes that the Attorneys are well-qualified to provide representation in all proceedings arising in connection with litigation and administration of the estate. In addition, the Attorneys have background knowledge as to the dispute between the parties.

7. The professional services to be rendered by the Attorneys include, but are not limited to, include:

2

    a. Preparing and filing of all necessary and advisable motions, briefs, applications, memoranda, pleadings, notices, orders, objections to claims, stipulations, contested matters, adversary proceedings and other matters on behalf of the Trustee;

    b. Negotiating with parties in interest with respect to the resolution of disputes, claims by or against the estate, or other matters affecting the administration of the estate;

    c. Appearing in Court on behalf of the Trustee;

    d. Any other legal services reasonably necessary and advisable in connection with the foregoing.

  8. The Attorneys will apply to this Court periodically for approval and award of compensation and reimbursement of expenses, on notice and with opportunity for parties in interest to object.

  9. To the best of the Trustee's knowledge, the Attorneys are disinterested[1]; represent no interests adverse to the estate or the Trustee; and have no connection to the Debtor, creditors, any other parties in interest or their respective attorneys, accountants, or other Court-approved professionals, nor with the Office of the United States Trustee or person employed by the Office of the United States Trustee or the Court, except as stated in the Verified Statement filed herewith.

  10. The services to be rendered by the Attorneys shall be charged at applicable hourly rates, subject to change, but always subject to Court approval.

---

[1] Blank Rome has previously represented Debtor who currently has a balance of about $125,000.00. Blank Rome has agreed to waive any rights to this balance.

11. The Attorneys have not agreed to, and will not, share any compensation awarded in the course of their representation except with members and employees of the Attorneys, as permitted by the Bankruptcy Code and Rules.

12. The estate has no assets to pay the Attorneys a retainer. Blank Rome will be provided a retainer of at least $215,000, which will be lent to the estate by the following creditors of the Debtor.

    WELCH limited partnership -$65,000 - $90,000.00

    Luke Kamel: $50,000

    Manik and Bala Sure $50,000

    Wesley Burdette - $25,000

    Melvin Paret -$25,000

The Trustee will file a separate motion to approve such loans.

13. The Trustee believes that the retention of the Attorneys is necessary and appropriate and in the best interest of the estates and its creditors.

WHEREFORE, the Trustee requests that the Court enter an Order:

a. Authorizing the Trustee to retain the Attorneys as Special Counsel pursuant to 11 U.S.C. § 327(e) effective June 26, 2024 in the above captioned case; and

b. Granting such other and further relief as is just and proper.

| | |
|---|---|
| Dated: July 2, 2024 | Respectfully submitted |
| | /s/ Justin P. Fasano |
| | Janet M. Nesse (D.C. Bar 358514) |
| | Justin P. Fasano (DC Bar MD21201) |
| | McNamee Hosea, P.A. |
| | 6404 Ivy Lane, Suite 820 |
| | Greenbelt, MD 20770 |
| | (301) 441-2420 |
| | jnesse@mhlawyers.com |
| | jfasano@mhlawyers.com |
| | *Counsel to the Trustee* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

/s/ Justin P. Fasano
Justin P. Fasano

5