# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | 23-00217-ELG |
| ) | |
| CHARLES PAXTON PARET, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

### APPLICATION TO AUTHORIZE RETENTION OF
### SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(E)

COMES NOW Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Charles Paxton Paret ("Debtor"), by and through proposed counsel, Donald M. Temple, PC, and as his Application to Authorize Retention of Counsel Pursuant to 11 U.S.C. §327(e), respectfully submits the following:

1. This case commenced on August 4, 2023, when three creditors filed an involuntary bankruptcy petition against the Debtor under Chapter 7 of the United States Bankruptcy Court. After converting to Chapter 11, it was reconverted to Chapter 7 on March 14, 2024.

2. Wendell W. Webster is the Trustee of the Debtor's Chapter 7 estate.

3. The Trustee wishes to retain Donald Temple, PC, and its attorney Donald Temple, as Trustee's Co-Counsel in this Case. The contact information for the Attorneys is 2522B Virginia Avenue, NW, Washington, D.C.

4. Specifically, the Trustee seeks to retain counsel to provide representation in connection with certain matters in this proceeding, including preparation of pleadings, and making

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

necessary court appearances on the Trustee's Behalf, to pursue claims against Debtor's business partner and other causes of action, and for such other matters as the Trustee shall direct and counsel shall agree in writing.

5. Donald Temple has invested considerable research and work in the immediate case and will charge $550 per hour.

6. Donald Temple is a seasoned litigator in the United States federal trial and appellate courts with over 30 years' experience. The Trustee has selected him because of his familiarity with the factual history of the case and the partnership legal issues herein and considerable experience in the matters for which he is being retained. The Trustee believes that Attorney Temple is well-qualified to provide collaborative representation particularly in the Debtor's pending adversarial proceeding arising in connection with litigation and administration of the estate. His professional services include representing the estate on the Trustee's behalf in the pending adversarial matter in all litigation respects.

7. Donald Temple, P.C. previous represented the Debtor on a contingency basis.

8. To the best of the Trustee's knowledge, Attorney Temple who previously represented the debtor in the underlying civil matter in the District of Columbia Superior Court has no interests adverse to the estate or the Trustee; and no connection otherwise to the Debtor, creditors, any other parties in interest or their respective attorneys, accountants, or other Court-approved professionals, nor with the Office of the United States Trustee or person employed by the Office of the United States Trustee or the Court, except as stated in the Verified Statement filed herewith.

9. The services to be rendered by Donald Temple, P.C. is contingent, but always subject to Court approval.

10. Donald Temple PC has not agreed to, and will not, share any compensation awarded in the course of his representation except with members and employees of his law firm, as permitted by the Bankruptcy Code and Rules.

WHEREFORE, the Trustee requests that the Court enter an Order:

a. Authorizing the Trustee to retain Donald Temple, PC as Special Counsel pursuant to 11 U.S.C. § 327(e) effective June 24, 2024 in the above captioned case; and

b. Granting such other and further relief as is just and proper.

Dated: July 2, 2024                           Respectfully submitted

/s/ Justin Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

/s/ DRAFT
Justin P. Fasano