**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 23-00217-ELG |
| ) | |
| **CHARLES PAXTON PARET,** ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

**VERIFIED STATEMENT OF ATTORNEY FOR TRUSTEE**

1. In connection with my appointment as Counsel for the Trustee in this proceeding, I previously represented the debtor, Charles Paret, in the civil action in the District of Columbia Superior Court—and in the initial bankruptcy adversarial action. My relationship with Mr. Paret was based upon a mixed fee agreement with a 35% contingency fee.

2. I had no interests adverse to the estate or the Trustee and no connection otherwise to the Debtor, creditors, any other parties in interest or their respective attorneys, accountants, or other Court-approved professionals nor with the Office of the United States Trustee or person employed by the Office of the United States Trustee or the Court.

3. Subject to court approval, I anticipate continuing representation in this case on an hourly basis of $550.00 per hour in addition to seeking reimbursement for actual and necessary expenses.

Respectfully submitted,

**/s/ Donald M. Temple**
Donald M. Temple (#408749)
2522B Virginia Avenue, N.W.
Washington, DC 207
(202) 628-1101
Dtemplelaw@gmail.com