**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, D.C.)**

| | | |
|---|---|---|
| **In re:** | * | |
| **Charles Paxton Paret** | * | **Case No: 23-00217-ELG** |
| | * | **Chapter 7** |
| **Debtor.** | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

Please take notice that Whiteford, Taylor & Preston, L.L.P. ("WT&P"), hereby appears in this matter on behalf of Rajat Batra ("Creditor"), and requests, in accord with the notice requirements of 11 U.S.C. §§102(1) and 342, and Fed. R. Bankr. P. 2002, 3017, 3020, 4001 and 9007, that the undersigned be placed on any mailing matrix or service list that may be used for any purpose in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following address:

> David W. Gaffey, Esquire
> WHITEFORD, TAYLOR & PRESTON, LLP
> 3190 Fairview Park Drive, Suite 800
> Falls Church, Virginia 22042

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph,

telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of creditors and parties in interest.

This notice and demand is a "special appearance" and is not a consent to or waiver of the Creditor's:

1.      right under 28 U.S.C. § 157(c) to have final orders in proceedings reviewed de novo by a United States District Judge;

2.      right to challenge the jurisdiction of the United States Bankruptcy Court, including, without limitation, its jurisdiction to adjudicate proceedings, whether by jury trial or otherwise, and notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

3.      right to a jury trial in any proceeding, whether available under state or federal law, notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

4.      right to have the reference withdrawn under 28 U.S.C. § 157(b)(2); and

5.      all other rights, claims, actions, defenses, setoffs, recoupments or other matters to which the Creditor is entitled to by law, equity or agreement.

All those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by the Creditor by this filing or by any other participation in the case by the Creditor.  Unless otherwise expressly authorized, the filing of this pleading does not authorize counsel to accept service of process on behalf of the Creditor.

Dated: July 3, 2024                    Respectfully submitted,


                                       /s/ *David W. Gaffey*_____
                                       WHITEFORD, TAYLOR & PRESTON, LLP
                                       David W. Gaffey (VSB # 85088)
                                       3190 Fairview Park Drive, Suite 800
                                       Falls Church, Virginia 22042
                                       703.280.9260
                                       703.280.9139 (facsimile)
                                       dgaffey@whitefordlaw.com

                                       *Counsel to Rajat Batra*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2024,  a copy of the foregoing Notice of

Appearance and Request for Notices and Service of Papers was filed and served via the Court's

Electronic Case Filing System on all parties receiving such notification.


                                       /s/ *David W. Gaffey*___
                                       Counsel