David W. Gaffey (VSB# 85088)
Alexandra G. DeSimone (*pro hac vice* admission pending)
**WHITEFORD TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-3374
E-Mail: dgaffey@whitefordlaw.com
    adesimone@whitefordlaw.com

*Counsel to Rajat Batra*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA
### (Washington, D.C.)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Charles Paxton Paret, | ) | Case No. 23-00217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*
### (Alexandra G. DeSimone)

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the District of Columbia, made applicable to this proceeding pursuant to Local Bankruptcy Rule 2090-1(a), David W. Gaffey, Esq. ("**Movant**"), a member in good standing of the Bar of this Court, respectfully moves for the admission of Alexandra G. DeSimone, Esq. ("**Admittee**") to appear *pro hac vice* in the above-captioned chapter 7 case as counsel for Rajat Batra. As demonstrated by the *Declaration of Alexandra G. DeSimone* attached hereto and incorporated herein as **Exhibit A**, Movant states as follows:

1. The proposed Admittee is an attorney with the law firm of Whiteford, Taylor & Preston L.L.P. with offices at Two James Center, Suite 1700, 1021 E. Cary Street, Richmond, Virginia 23219; telephone: (804) 807-7372; e-mail: adesimone@whitefordlaw.com. The proposed Admittee is not a member of the Bar of this Court.

2. The proposed Admittee is a member in good standing of the State Bar of Virginia; the United States Court of Appeals for the Fourth Circuit; the United States District Court for the

Eastern District of Virginia; the United States Bankruptcy Court for the Eastern District of Virginia; and the United States Bankruptcy Court for the Western District of Virginia.

3. During the two years immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* before this Court in connection with the following cases: Case No. 23-00045-ELG, SaveSolar Corporation, Inc. (jointly administered); Case No. 23-00214-ELG, JJB D.C., Inc., and Case No. 23-00032-ELG, Prajna Strategy, LLC.

4. The proposed Admittee has never been disciplined by any bar.

5. The proposed Admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

6. Co-counsel for the proposed Admittee in these proceedings will be the undersigned, who has been formally admitted to the Bar of this Court.

7. It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

Dated: July 3, 2024                                    Respectfully submitted,

*/s/ David W. Gaffey*
David W. Gaffey (VSB #85088)
Alexandra G. DeSimone (*pro hac vice* pending)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
703-280-3374 (telephone)
Email: dgaffey@whitefordlaw.com
           adesimone@whitefordlaw.com

*Counsel to Rajat Batra*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 3, 2024, notice of filing the foregoing ***Motion for Admission Pro Hac Vice (Alexandra G. DeSimone)*** was served *via* the CM/ECF system on all parties receiving such notice.

                                      /s/ *David W. Gaffey*
                                      Counsel