# **Exhibit A**

# **Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, D.C.)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Charles Paxton Paret, | ) | Case No. 23-00217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

## DECLARATION OF ALEXANDRA G. DESIMONE

I, Alexandra G. DeSimone, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the *Motion for Admission Pro Hac Vice* (the "**Motion**"):

1.  I am an attorney with the law firm of Whiteford, Taylor & Preston L.L.P. with offices at Two James Center, Suite 1700, 1021 E. Cary Street, Richmond, Virginia 23219; telephone: (804) 807-7372; e-mail: adesimone@whitefordlaw.com. I am not a member of the Bar of this Court.

2.  I am a member in good standing of the State Bar of Virginia; the United States Court of Appeals for the Fourth Circuit; the United States District Court for the Eastern District of Virginia; the United States Bankruptcy Court for the Eastern District of Virginia; and the United States Bankruptcy Court for the Western District of Virginia.

3.  During the two years immediately preceding the filing of this Motion, I have been admitted *pro hac vice* before this Court in connection with the following cases: Case No. 23-00045-ELG, SaveSolar Corporation, Inc. (jointly administered); Case No. 23-00214-ELG, JJB D.C., Inc., and Case No. 23-00032-ELG, Prajna Strategy, LLC.

4.  I have never been disciplined by any bar.

5.  I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and

5

the Rules of Professional Conduct, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

6.     Co-counsel in this proceeding will be David W. Gaffey, Esq., who has been formally admitted to the Bar of this Court.

7.     I understand that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2024                                             Respectfully submitted,

                                                                */s/ Alexandra G. DeSimone*
                                                                Alexandra G. DeSimone