**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Charles Paxton Paret, | ) | Case No. 23-00217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**
**(Alexandra G. DeSimone)**

This Court having considered the *Motion for Admission Pro Hac Vice* (the "**Motion**")

filed on behalf of Alexandra G. DeSimone as counsel to Rajat Batra and her Declaration in

support thereof, and upon the recommendation of David W. Gaffey, co-counsel herein, it is by

the United States Bankruptcy Court for the District of Columbia,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Alexandra G. DeSimone is hereby **ADMITTED** *pro hac vice* to appear

in the above-captioned chapter 7 case and any associated adversary proceedings.

I ASK FOR THIS:

*/s/ David W. Gaffey*
David W. Gaffey (VSB #85088)
Alexandra G. DeSimone (*pro hac vice* pending)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800

Falls Church, Virginia 22042
703-280-3374 (telephone)
Email: dgaffey@whitefordlaw.com
       adesimone@whitefordlaw.com

*Counsel to Rajat Batra*

**END OF ORDER**

cc:    David W. Gaffey, Esq. (VSB # 85088)
       Alexandra G. DeSimone (admitted *pro hac vice*)
       **WHITEFORD, TAYLOR & PRESTON L.L.P.**
       3190 Fairview Park Drive, Suite 800
       Falls Church, Virginia 22042
       703-280-3374 (telephone)
       Email: dgaffey@whitefordlaw.com
             adesimone@whitefordlaw.com