# INVOICE



Invoice # 275
Date: 03/21/2024
Due On: 04/20/2024

## Martin Law Group, P.C.

8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Charles Paret
343 First Street
Berryville, VA 22611

## 00055-Paret

## Bankruptcy representation

### Services

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 10/17/2023 | JTM | z2 - Case Administration: Revise and file Amended Motion to Convert; emails and phone calls regarding same | 0.60 | $475.00 | $285.00 |
| Service | 10/17/2023 | JR | z2 - Case Administration: Process notice for motion to convert. | 0.50 | $475.00 | $237.50 |
| Service | 10/17/2023 | JR | z2 - Case Administration: File Notice of Appearance | 0.20 | $475.00 | $95.00 |
| Service | 10/19/2023 | JR | z2 - Case Administration: Draft motion to extend time to file schedules. | 0.80 | $475.00 | $380.00 |
| Service | 10/20/2023 | JR | z2 - Case Administration: Revisions to motion for extension of time to file schedules and statements. | 0.50 | $475.00 | $237.50 |
| Service | 10/20/2023 | JR | z2 - Case Administration: Revisions to motion for extension of time to file schedules and statements. | 0.70 | $475.00 | $332.50 |
| Service | 10/25/2023 | JTM | z2 - Case Administration: Emails regarding Chapter 11 conversion; prepare revised consent order | 0.30 | $475.00 | $142.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10/29/2023 | JTM | z10 - Litigation: Phone call with G. Pitts regarding litigation against WCP | 0.80 | $475.00 | $380.00 |
| Service | 10/30/2023 | JR | z10 - Litigation: Review emails from George Pitts regarding strategy. | 0.20 | $475.00 | $95.00 |
| Service | 10/31/2023 | JTM | z2 - Case Administration: Email regarding homestead exemption and schedules | 0.20 | $475.00 | $95.00 |
| Service | 11/01/2023 | JTM | z2 - Case Administration: Attend hearing on Motion to Extend Time to file schedules; related emails; revise and submit Conversion Order | 1.50 | $475.00 | $712.50 |
| Service | 11/07/2023 | JTM | z2 - Case Administration: Emails regarding schedules; work on draft schedules; review motion to extend time | 1.20 | $475.00 | $570.00 |
| Service | 11/07/2023 | JR | z2 - Case Administration: File second motion to extend time to file schedules. | 0.50 | $475.00 | $237.50 |
| Service | 11/07/2023 | EK | z2 - Case Administration: Draft Second motion to extend deadline | 1.00 | $300.00 | $300.00 |
| Service | 11/07/2023 | EK | z2 - Case Administration: Begin entering client information into best case | 3.50 | $300.00 | $1,050.00 |
| Service | 11/08/2023 | EK | z2 - Case Administration: Continue working on inputting schedules. | 1.00 | $300.00 | $300.00 |
| Service | 11/10/2023 | JTM | z2 - Case Administration: Work on schedules | 0.50 | $475.00 | $237.50 |
| Service | 11/13/2023 | JTM | z2 - Case Administration: Work on schedules; related phone calls | 0.50 | $475.00 | $237.50 |
| Service | 11/13/2023 | EK | z2 - Case Administration: Call with client to complete schedules. Then update schedules based on new information given. | 1.90 | $300.00 | $570.00 |
| Service | 11/14/2023 | EK | z2 - Case Administration: Continue updating schedules. | 1.30 | $300.00 | $390.00 |
| Service | 11/14/2023 | JTM | z2 - Case Administration: Work on and finalize schedules and statement of financial affairs; related emails and phone calls | 2.50 | $475.00 | $1,187.50 |
| Service | 11/14/2023 | EK | z2 - Case Administration: email client and create creditor matrix. | 1.50 | $300.00 | $450.00 |
| Service | 11/15/2023 | EK | z2 - Case Administration: Update Schedules based on new information from client | 0.30 | $300.00 | $90.00 |
| Service | 11/15/2023 | JTM | z2 - Case Administration: Finalize and file schedules; attend hearing on Motion to Extend Time | 2.10 | $475.00 | $997.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 11/21/2023 | JTM | z10 - Litigation: Phone call with G.Pitts regarding adversary proceeding | 0.50 | $475.00 | $237.50 |
| Service | 11/22/2023 | JTM | z10 - Litigation: Revise and submit orders; emails regarding Huertas adversary proceeding | 0.20 | $475.00 | $95.00 |
| Service | 11/29/2023 | JTM | z2 - Case Administration: Work on schedules | 0.20 | $475.00 | $95.00 |
| Service | 11/30/2023 | JTM | z10 - Litigation: Meet with client and G. Pitts regarding Huertas adversary proceeding | 2.70 | $475.00 | $1,282.50 |
| Service | 12/07/2023 | JTM | z2 - Case Administration: Emails and phone calls regarding IDI | 1.50 | $475.00 | $712.50 |
| Service | 12/19/2023 | EK | z4 - Fee/Employment Applications: Correct Application to Employ to comply with proper formatting. | 0.70 | $300.00 | $210.00 |
| Service | 12/19/2023 | EK | z2 - Case Administration: Download and save Proofs of Claim | 0.30 | $300.00 | $90.00 |
| Service | 12/20/2023 | JTM | z6 - Meetings of Creditors: Attend meeting of creditors | 1.40 | $475.00 | $665.00 |
| Service | 12/22/2023 | JTM | z1 - Asset Analysis and Recovery: Phone calls and emails regarding Upshur St settlement issues; review related documents | 0.50 | $475.00 | $237.50 |
| Service | 12/28/2023 | JTM | z1 - Asset Analysis and Recovery: Review Dosik settlement agreement; related emails | 1.20 | $475.00 | $570.00 |
| Service | 01/10/2024 | JTM | z10 - Litigation: Emails and phone calls with client and opposing counsel regarding potential settlement | 0.60 | $550.00 | $330.00 |
| Service | 01/10/2024 | JTM | z2 - Case Administration: Attend zoom status conference | 0.70 | $550.00 | $385.00 |
| Service | 01/22/2024 | JR | z6 - Meetings of Creditors: Hearing to continue 341 meeting of creditors. | 0.30 | $485.00 | $145.50 |
| Service | 01/24/2024 | JTM | z10 - Litigation: Phone call regarding potential settlement | 0.10 | $550.00 | $55.00 |
| Service | 01/25/2024 | JTM | z10 - Litigation: Phone calls and emails regarding potential settlement | 0.60 | $550.00 | $330.00 |
| Service | 01/26/2024 | JTM | z8 - Relief from Stay Proceedings: Emails regarding stay relief | 0.20 | $550.00 | $110.00 |
| Service | 01/26/2024 | EK | z10 - Litigation: Write letter informing opposing counsel of the automatic stay. | 1.00 | $310.00 | $310.00 |
| Service | 01/31/2024 | JTM | z3 - Asset Disposition: Emails and phone | 0.50 | $550.00 | $275.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | calls regarding potential settlement and sale of assets |  |  |  |
| Service | 02/01/2024 | JTM | z1 - Asset Analysis and Recovery: Review documents and information related to Huertas litigation | 1.20 | $550.00 | $660.00 |
| Service | 02/05/2024 | JTM | z2 - Case Administration: Prepare for 341 meeting | 0.60 | $550.00 | $330.00 |
| Service | 02/05/2024 | JTM | z6 - Meetings of Creditors: Attend meeting of creditors | 0.40 | $550.00 | $220.00 |
| Service | 02/05/2024 | JR | z2 - Case Administration: Subject: Re: Motion to Dismiss or Convert. Send documents to client. | 0.20 | $485.00 | $97.00 |
| Service | 02/14/2024 | JTM | z2 - Case Administration: Work on amended schedules | 0.60 | $550.00 | $330.00 |
| Service | 02/21/2024 | JTM | z2 - Case Administration: Work on amended schedules | 0.80 | $550.00 | $440.00 |
| Service | 02/23/2024 | JTM | z2 - Case Administration: Work on amended schedules | 0.20 | $550.00 | $110.00 |
| Service | 02/26/2024 | JTM | z2 - Case Administration: Emails and phone calls regarding MORs and other case related issues | 2.10 | $550.00 | $1,155.00 |
| Service | 02/27/2024 | JTM | z10 - Litigation: Prepare NDA for potential settlement discussions | 0.70 | $550.00 | $385.00 |
| Service | 02/28/2024 | JTM | z2 - Case Administration: Court appearance on motion to convert | 4.30 | $550.00 | $2,365.00 |
| Service | 02/29/2024 | BM | z2 - Case Administration: Redacting MOR's | 0.20 | $150.00 | $30.00 |
| Service | 02/29/2024 | JTM | z2 - Case Administration: Review MORs | 0.90 | $550.00 | $495.00 |
| Service | 02/29/2024 | JR | z10 - Litigation: Review/revised Second Amended Complaint. | 1.20 | $485.00 | $582.00 |
| Service | 03/01/2024 | JR | z10 - Litigation: Further drafting and revisions to Second Amended Complaint. | 2.10 | $485.00 | $1,018.50 |
| Service | 03/01/2024 | JTM | z10 - Litigation: Phone call regarding litigation | 0.10 | $550.00 | $55.00 |
| Service | 03/01/2024 | SP | z10 - Litigation: Revise 2nd Amended complaint and exhibits for filing | 0.80 | $180.00 | $144.00 |
| Service | 03/04/2024 | JR | z4 - Fee/Employment Applications: App to Employ Donald as Special Counsel for Adversary Proceeding | 0.70 | $485.00 | $339.50 |
| Service | 03/05/2024 | JTM | z8 - Relief from Stay Proceedings: Emails regarding BSI lift stay motion | 0.20 | $550.00 | $110.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/08/2024 | JR | z9 - Claims Administration and Objections: Opposition to Motion to Convert. | 0.90 | $485.00 | $436.50 |
| Service | 03/08/2024 | JTM | z3 - Asset Disposition: Phone call with Todd Lewis regarding Welch Family Trust involvement | 0.50 | $550.00 | $275.00 |
| Service | 03/08/2024 | JTM | z2 - Case Administration: Emails regarding Motion to Convert | 0.20 | $550.00 | $110.00 |
| Service | 03/08/2024 | JR | z9 - Claims Administration and Objections: Opposition to WCP Fund I Motion to Dismiss or Convert. | 0.10 | $485.00 | $48.50 |
| Service | 03/09/2024 | JTM | z2 - Case Administration: Conference call with client regarding all outstanding case items | 1.20 | $550.00 | $660.00 |
| Service | 03/09/2024 | JR | z11 - Business Operations: Prepare for and attend zoom meeting with client, | 0.50 | $485.00 | $242.50 |
| Service | 03/11/2024 | JTM | z2 - Case Administration: Phone calls and meetings regarding opposition to motion to convert and other issues | 0.50 | $550.00 | $275.00 |
| Service | 03/11/2024 | JR | z4 - Fee/Employment Applications: Revise Donald Temple's application and verified statement. | 1.60 | $485.00 | $776.00 |
| Service | 03/12/2024 | JTM | z2 - Case Administration: Emails and phone calls regarding motion to convert | 0.30 | $550.00 | $165.00 |
| Service | 03/12/2024 | JR | z10 - Litigation: Finalize Opposition to WCP motion to convert; communication with client regarding same. | 0.50 | $485.00 | $242.50 |
| Service | 03/12/2024 | SP | z2 - Case Administration: Prepare file for hearing on motion to convert Chapter 7 | 0.50 | $180.00 | $90.00 |
| Service | 03/13/2024 | JTM | z2 - Case Administration: Prepare for and attend hearing on Motion to Convert | 4.50 | $550.00 | $2,475.00 |
| Service | 03/13/2024 | JR | z2 - Case Administration: Review emails (Subject: RE: Conference Call Today - Onboarding Blank Rome) | 0.20 | $485.00 | $97.00 |
| Service | 03/13/2024 | JR | z10 - Litigation: Prepare for and attend zoom meeting with client and Blank Rome re: retention and strategy. | 1.00 | $485.00 | $485.00 |
| Service | 03/14/2024 | JTM | z2 - Case Administration: Emails regarding case conversion | 0.30 | $550.00 | $165.00 |
| Service | 03/14/2024 | SP | z2 - Case Administration: Review email from court/ download Order to file | 0.20 | $180.00 | $36.00 |
| Service | 03/15/2024 | JR | z10 - Litigation: Review emails from Temple and Paret (Subject: Fwd: Paret: BK | 0.20 | $485.00 | $97.00 |

23-00217 Documents)

| | | | | | Services Subtotal | $31,287.50 |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/17/2023 | Postage: Mailing Expense | 1.00 | $86.86 | $86.86 |
| Expense | 10/19/2023 | Postage: Mailing Expense | 1.00 | $44.00 | $44.00 |
| Expense | 11/07/2023 | Postage: Mailing Expense | 1.00 | $105.74 | $105.74 |
| Expense | 03/13/2024 | Postage: Mailing Expense | 1.00 | $15.50 | $15.50 |

| | | | | Expenses Subtotal | $252.10 |
| | | | | Subtotal | $31,539.60 |
| | | | | Total | $31,539.60 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 275 | 04/20/2024 | $31,539.60 | $0.00 | $31,539.60 |

| | | | Outstanding Balance | $31,539.60 |
| | | | Total Amount Outstanding | $31,539.60 |

Please make all amounts payable to: Martin Law Group, P.C.

Please pay within 30 days.