# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | |
| **Charles Paxton Paret** | : | **Case No. 23-00217-ELG** |
| | : | **Chapter 7** |
| **Debtor.** | : | |

### ORDER APPROVING FIRST AND FINAL APPLICATION OF MARTIN LAW GROUP, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

THIS CAUSE came to be heard upon the Attorney's First and Final Application for Payment of Fees and Costs of Martin Law Group, P.C. ("MLG"), as Counsel to the Debtor Charles Paxton Paret ("Debtor"), and

IT APPEARING TO THE COURT that MLG is requesting approval and payment of its first interim application for compensation for its legal services rendered to the Debtor in this proceeding in the amount of $31,287.50 for the period of October 17, 2023, through March 14, 2024 and reimbursement for out-of-pocket costs and expenses of $252.10 for total fees and costs through said date in the amount of $31,539.60; and

IT FURTHER APPEARING that good cause exists for granting such requests, it is hereby:

ORDERED that fees in the amount of $31,287.50 and expenses in the amount of $252.10 are hereby approved and the Debtor is hereby directed to make payment to MLG of the fees and expenses awarded herein.

WE ASK FOR THIS:

MARTIN LAW GROUP, P.C.

By:   /s/ Jeffery T. Martin, Jr.
      Jeffery T. Martin, Jr., VSB No. 71860
      Martin Law Group, P.C.
      8065 Leesburg Pike, Suite 750
      Vienna, VA 22182
      (703) 834-5550; jeff@martinlawgroupva.com
      Counsel for the Debtor


      Justin P. Fasano (Bar No. MD21201)
      McNamee Hosea. P.A.
      6404 Ivy Lane, Suite 820
      Greenbelt, MD 20770
      (301) 441-2420
      jfasano@mhlawyers.com
      Counsel to the Chapter 7 Trustee


      Kristen S. Eustis, Trial Attorney, Bar No. MD28984
      Office of the United States Trustee
      1725 Duke St., Suite 650
      Alexandria, VA 22314
      (703) 557-7227- Direct Dial
      Kristen.S.Eustis@usdoj.gov
      Counsel for the United States Trustee

**End of Order.**