```
Label Matrix for local noticing          1Sharpe Opportunity Intermediate Trust    Calliecorp, L.L.C
0090-1                                   c/o Maurice B. VerStandig, Esq.           c/o Zach Hillerson
Case 23-00217-ELG                        1452 W. Horizon Ridge Pkwy, #665          11 Battletown Drive
United States Bankruptcy Court for the Distri   Henderson, NV 89012-4422           Berryville, VA 22611-9500
Washington, D.C.
Fri Jul 12 10:14:00 EDT 2024

DP Capital LLC                           (p)BWW LAW GROUP LLC                      SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES
c/o The VerStandig Law Firm, LLC         6003 EXECUTIVE BLVD                       1425 Greenway Dr., Ste 400
1452 W. Horizon Ridge Pkwy, #665         SUITE 101                                 Irving, TX 75038-2480
Henderson, NV 89012-4422                 ROCKVILLE MD 20852-3813


U. S. Trustee for Region Four            United Bank                               WCP Fund I LLC
U. S. Trustee's Office                   Mahdavi, Bacon, Halfhill & Young, PLLC    c/o Maurice B. VertSandig, Esq.
1725 Duke Street                         11350 Random Hills Rd., Suite 700         The VerStandig Law Firm, LLC
Suite 650                                Fairfax, VA 22030-6044                    1452 W. Horizon Ridge Pkwy
Alexandria, VA 22314-3489                                                          #665
                                                                                   Henderson, NV 89012-4422

Welch Family Limited Partnership Nine    Wells Fargo Bank N.A., d/b/a Wells Fargo Aut   YI RONG JEAN LLC
c/o Kitsune Lyon, PLC                    PO Box 169005                             7600 Ora Glen Drive
1007 N. Federal Highway                  Irving, TX 75016-9005                     #1691
Suite 2005                                                                         Attn: KB Law Firm
Fort Lauderdale, FL 33304-1422                                                     Greenbelt, MD 20768-7586


Washington, D.C.                         1Sharpe Opportunity Intermediate Trust    Ask MAM DC LLC
E. Barrett Prettyman U. S. Courthouse    c/o The VerStandig Law Firm, LLC          42 El Camino Real
333 Constitution Ave, NW #1225           1452 W. Horizon Ridge Pkwy, #665          Palo Alto, CA 94306
Washington, DC 20001-2802                Henderson, Nevada 89012-4422


Astute Technologies                      BSI Financial Services                    Brighton KSD LLC
11620 Verna Drive                        PO Box 679002 Lockbox Number 679002       107 S. West Street, #119
Oakton, VA 22124-2045                    Dallas, TX 75267-9002                     Alexandria, VA 22314-2824


Caliber Design, Inc.                     Callicorp LLC                             Dion Davitian
c/o DUNLAP BENNETT & LUDWIG PLLC         3975 University Drive, Suite 410          9201 Kristin Lane
211 Church Street SE                     Fairfax, VA 22030-2520                    Fairfax, VA 22032-1810
Leesburg, VA 20175-3034


Dr. Eung Kwom Kim                        EZ Express Loan LLC                       (p)EZ EXPRESS LOAN LLC
C/O J. Chapman Petersen Esq.             1114 8th Street                           P O BOX 2631
3970 Chain Bridge Road                   Washington, DC 20002-3623                 SPRINGFIELD VA 22152-0631
Fairfax, VA 22030-3316


GJC Private Lending LLC                  Great Jones Capital                       Harold Murnane III
2101 Connecticut Ave, NW, Third Floor    2101 Connecticut Ave, NW, Third Floor     549 Broadwater Road
Washington, DC 20008-1728                Washington, DC 20008-1728                 Arnold, MD 21012-1459


Innovation Factory                       (p)INTERNAL REVENUE SERVICE               Internal Revenue Service
1500 Cordova Rd                          CENTRALIZED INSOLVENCY OPERATIONS         PO Box 7346
Fort Lauderdale, FL 33316-2115           PO BOX 7346                               Philadelphia, PA 19101-7346
                                         PHILADELPHIA PA 19101-7346
```

| | | |
|---|---|---|
| John Gosnell<br>10516 Bridle Lane<br>Potomac, MD 20854-3888 | John W. Gosnell<br>c/o Robert W. Angle<br>1750 Tysons Blvd.<br>McLean, VA 22102-4208 | Kenneth Welch<br>c/o Kitsune Lyon, PLC<br>1007 N. Federal Hwy, Suite 2005<br>Fort Lauderdale, FL 33304-1422 |
| Luke Kamel<br>C/O Vanessa Carpenter Lourie, P.C<br>4400 MacArthur Blvd., NW, Suite 205<br>Washington, DC 20007-2521 | Manik Rao Chamarthy<br>9716 Tree Tops Lake Road<br>Tampa, FL 33626-4762 | Manjula Sure<br>14905 CAPRICORN LANE<br>CHARLOTTE NC 28277-2926 |
| Matt Cochran<br>2725 Connecticut Ave NW Apt 501<br>Washington, DC 20008-5305 | Mihir Shah<br>500 Regent Place NE<br>Washington, DC 20017-2600 | PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| PennyMac Mortgage<br>3043 Townsgate Rd., Ste. 200<br>Westlake Village, CA 91361-3027 | Qassay LLC<br>1201 Connecticut Ave., Ste. 500B<br>Washington, DC 20036-2605 | Queen Street Partners<br>500 Regent Place NE<br>Washington, DC 20017-2600 |
| Rainman Capital LLC<br>910 M Street NW<br>Washington, DC 20001-6313 | Rajat Batra<br>1995 Old Santa Cruz Highway<br>Los Gatos, CA 95033 | Rajat Batra<br>David W. Gaffey. Esq.<br>3190 Fairview Park Drive<br>Suite 800<br>Falls Church, VA 22042-4558 |
| Rappahannock Electric Cooperative<br>P.O. Box 7388<br>Fredericksburg, VA 22404-7388 | Ravinder Eeraveni<br>15335 W MONTECITON AVE<br>GOODYEAR, AZ 85395-6342 | Reddy Parikh Parini Shah<br>2300 N Street, NW Suite 300<br>Washington, DC 20037-1194 |
| Ronjeet Reddy<br>500 Regent Place NE<br>Washington, DC 20017-2600 | Ryan Shandel<br>1114 8th Street NE<br>Washington, DC 20002-3623 | Shah Investment Group, LLC<br>6605 Spring Rd<br>Springfield, VA 22150-3530 |
| Srikanth Tangedipalli<br>13341 Emeric Cout<br>Centerville, VA 20120-6429 | Tanuja Vedere<br>7 N Beach Road,<br>Hobe Sound, FL 33455-2101 | Tara Gorman<br>5100 Saratoga Ave<br>Bethesda, MD 20816-3040 |
| Trent Heminger<br>5605 Durbin Road<br>Bethesda, MD 20814-1013 | U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | United Bank<br>11185 Fairfax Blvd<br>Fairfax, VA 22030-5087 |
| Venugopal Chidarala<br>2781 Middleton Farm Ct.<br>Herndon, VA 20171-3857 | WCP, DP Capital<br>8401 Greensboro Drive Suite 960<br>Mc Lean, VA 22102-5149 | Welch Family Limited Partnership Five<br>c/o Todd Lewis<br>Kitsune Lyon PLC<br>1007 N. Federal Highway<br>Suite 2005<br>Fort Lauderdale, FL 33304-1422 |

| | | |
|---|---|---|
| Welch Family Limited Partnership Five<br>c/o Todd Lewis, Esq.<br>Kitsune Lyon, PLC<br>1007 N. Federal Highway, Suite 2005<br>Fort Lauderdale, FL 33304-1422 | Welch Family Limited Partnership Four<br>c/o Todd Lewis<br>Kitsune Lyon PLC<br>1007 N. Federal Highway<br>Suite 2005<br>Fort Lauderdale, FL 33304-1422 | Welch Family Limited Partnership Nine<br>c/o Todd Lewis, Esq.<br>Kitsune Lyon, PLC<br>1007 N. Federal Highway, Suite 2005<br>Fort Lauderdale, FL 33304-1422 |
| Welch Family Limited Partnership Twenty One<br>c/o Todd Lewis, Esq.<br>Kitsune Lyon, PLC<br>1007 N. Federal Highway, Suite 2005<br>Fort Lauderdale, FL 33304-1422 | Welch Limited Partnership<br>910 M Street NW<br>Washington, DC 20001-6313 | Wells Fargo Auto Loan<br>P.O. Box 17900<br>Denver, CO 80217-0900 |
| Wesley Burdette<br>81 Ladoga Avenue<br>Tampa, FL 33606-3832 | William Trapp<br>1103 Dale Street<br>Staunton, VA 24401-2046 | YI RONG JEAN LLC c/o KB LAW FIRM<br>7600 Ora Glen Drive #1691<br>Greenbelt, MD 20768-7586 |
| Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611-1605 | Donald Melvin Temple<br>Donald M. Temple<br>1310 L Street, N.W.<br>Suite #750<br>Washington, DC 20005-4561 | Jeffery T. Martin<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 |
| John E. Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 | Luke Kamel<br>145 Ardmore Avenue<br>Hernosa Beach, CA 90254-5230 | Wendell W. Webster<br>Wendell W. Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036-4303 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC<br>BWW Law Group, LLC.<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852 | EZ Express Loan LLC<br>P O Box 2631<br>Springfield, VA 22152 | Internal Revenue Service<br>1111 Constitution Ave, NW<br>Washington, DC 20224 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Servis One, Inc. dba BSI Financial Service | (d)Astute Technologies LLC<br>11620 Verna Dr.<br>Oakton, VA 22124-2045 | (d)Calliecorp, L.L.C.<br>c/o Zach Hillerson<br>11 Battletown Drive<br>Berryville, VA 22611-9500 |
| (d)Servis One, Inc. dba BSI Financial Service<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038-2480 | (d)Wells Fargo Bank N.A., d/b/a Wells Fargo A<br>P O Box 169005<br>Irving, TX 75016-9005 | (u)John W. Gosnell |

| | | |
|---|---|---|
| (u)Manik Chamarthy | (u)Manjula Sure | (u)Rajat Batra |
| (u)Ravinder Eeraveni | (u)Srikanth Tangedipalli | (u)Tanuja Vedere |
| (u)Venuglobal Chidarala | | |

End of Label Matrix
Mailable recipients    74
Bypassed recipients    13
Total                  87