# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | 23-00217-ELG |
| | ) | |
| CHARLES PAXTON PARET, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### SUPPLEMENT TO APPLICATION TO AUTHORIZE RETENTION OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(E)

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Charles Paxton Paret ("Debtor"), by and through counsel, McNamee Hosea, P.A., hereby supplements his Application to Authorize Retention of Counsel Pursuant to 11 U.S.C. §327(e) (the "Application"), and respectfully submits the following:

In paragraph of the Application, it is represented that "Manik and Bala Sure" will lend "$50,000" to the estate to "pay the Attorneys [at Blank Rome, LLP] a retainer".  These creditors are actually named Manik Chamarthy and Manjula Sure.  It is now made clear  neither of those creditors made any commitment to lend any funds to the estate, much less the $50,000 that is mentioned in paragraph 12 of the Application.

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

Further, at the request of the Office of the United States Trustee, the Trustee submits the supplemental verified statement of Dipu Doshi.

Dated: July 16, 2024

Respectfully submitted
/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

/s/ Justin P. Fasano
Justin P. Fasano