**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) | 23-00217-ELG |
| ) | |
| **CHARLES PAXTON PARET,** ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

**SUPPLEMENTAL
VERIFIED STATEMENT OF ATTORNEYS TO BE EMPLOYED AS COUNSEL**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE

Dipu A. Doshi and the law firm of Blank Rome LLP ("Blank Rome"), as proposed counsel for Wendell W. Webster, the Chapter 7 Trustee in the above-captioned cases, and pursuant to Fed. R. Bankr. P. 2014(a), respectfully represent as follows:

1. Blank Rome has made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases, and believes that neither Dipu A. Doshi, Lisa M. Coyle, Patrick Collins, nor Blank Rome has any disqualifying conflicts of interest.

2. Blank Rome has no connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as follows:

    A. Blank Rome has represented Debtor previously in an investigation conducted by the District of Columbia Office of Attorney General in 2022 and 2023.

    B. Blank Rome has represented companies owned in part by Debtor, specifically, Berryville Studios, 4910 Georgia Ave Holding LLC, and Coloma River Holdings. Blank Rome does not believe there are claims between the Debtor

and those businesses and does not believe this represents a conflict.  Blank Rome is not involved in any ongoing representation of these companies.

I, Dipu A. Doshi, a Partner at Blank Rome LLP declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  July 16, 2024                          Respectfully submitted,

<u>/s/ Dipu A. Doshi</u>
Dipu A. Doshi

# EXHIBIT A

**Petitioning Creditors**

WCP Fund I, LLC
DP Capital LLC
1Sharpe Opportunity Intermediate Trust

**Apparent Creditors**

Mihir Shah
Luke Kamel
Ask Mam Dc LLC
Rajat Batra
Fatima Khambaty
EAJ 1309 5Th St, LLC
Midatlantic IRA, LLC FBO Susan B. Hepner IRA
Daniel Huertas
John Gosnell
GJC Private Lending LLC
Yi Rong Jean LLC
Brad Heffler

**Apparent Related Entities**

1262 Holbrook Holdings, LLC
433 Kennedy St. Holdings, LLC
729 Kennedy St Holdings, LLC
Coloma River Capital, LLC
Coloma River Holdings, LLC
Collective Group
Somtam Holdings 1 LLC
4910 Georgia Ave Holdings, LLC
5419 First Street NWW DC LLC