Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 1 of 41

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In Re:                              .  Case No. 23-00217-ELG
                                    .  Chapter 11
CHARLES PAXTON PARET,               .
                                    .  Washington, D.C.
            Debtor.                 .  December 20, 2023
. . . . . . . . . . . . . . . .

MEETING OF THE CREDITORS PURSUANT TO
SECTION 341 OF THE BANKRUPTCY CODE
BEFORE HONORABLE KRISTEN S. EUSTIS, ESQ.
OFFICE OF THE UNITED STATES TRUSTEE

APPEARANCES:

For the Debtor             Martin Law Group, P.C.
                           By: JEFFERY T. MARTIN, ESQ.
                           8065 Leesburg Pike
                           Suite 750
                           Vienna, Virginia 22182

For Office of the U.S.     United States Department of Justice
Trustee:                   By: KRISTEN S. EUSTIS, ESQ.
                           1725 Duke Street
                           Suite 650
                           Alexandria, VA 22314

For WCP Fund I LLC, DP     The VerStandig Law Firm, LLC
Capital LLC, and 1Sharpe   By: Maurice Belmont VerStandig, ESQ.
Opportunity Intermediate   1452 West Horizon Ridge Parkway
Trust:                     Suite 665
                           Henderson, NV 89012

Also Present:              Charles P. Paret
                           Debtor

                           Andrew Pearlstein
                           IRS

Proceedings recorded by electronic sound recording.
Transcript produced by transcription service.



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 2 of 41

2

1       (Proceedings commenced at 10:03 a.m.)

2               MS. EUSTIS:  Good morning.  This is the Section 341

3       meeting of creditors in the case of Charles Paret, case number

4       23-217, pending in the United States Bankruptcy Court for the

5       District of Columbia.  Today's December 20th, 2023, and it is

6       approximately 10:03 a.m.

7               My name's Kristen Eustis.  I'm an attorney with the

8       Department of Justice and represent the acting United States

9       Trustee for Region 4 in connection with this case.

10              Counsel for the Debtor, can you please identify

11      yourself and your client for the record?

12              MR. MARTIN:  Yes, this is Jeff Martin.  And my client,

13      Charles Paret, the Debtor, is on as well.

14              MS. EUSTIS:  Thank you, and good morning to you both.

15              I can confirm that I have reviewed the Debtor's

16      Virginia driver's license, and the name on the identification

17      matches the name on the petition.  The Debtor was not able to

18      find his Social Security card.  I have reviewed the Social

19      Security number that was on a recently filed tax return.

20      However, I can't find at this time where the Debtor, at least

21      on the docket, provided his Social Security number to the

22      Court.  So I will be continuing this meeting in any event, and

23      I will hold that issue open until the next meeting.

24              So the purpose of this meeting, Mr. Paret, is to allow

25      creditors and parties-in-interest the opportunity to question



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 3 of 41

3

1    you about your debts and your assets in this case.  The audio

2    of this meeting is being recorded, and a transcript is

3    available for a fee.  If there are any general unsecured

4    creditors on the line and you wish to join a creditors

5    committee, please contact me after this meeting.

6          So the creditors that I have that have identified

7    themselves on the meeting so far are Andrew Pearlstein from the

8    IRS and Maurice VerStandig.

9          Mr. VerStandig, can you identify your client for the

10   record?

11         MR. PEARLSTEIN:  WCP Fund I LLC, DP Capital LLC, and

12   1Sharp Opportunity Intermediate Trust.

13         MS. EUSTIS:  Thank you.

14         Are there any other creditors or parties-in-interest

15   on the line this morning?

16         Okay.  Hearing none.

17         Mr. Paret, will you please raise your right hand?

18      (Witness sworn.)

19         MS. EUSTIS:  Thank you.  Can you please state your

20   name and address for the record?

21         MR. PARET:  Charles Paret, 343 First Street,

22   Berryville, Virginia 222 -- 22611.

23         MS. EUSTIS:  Thank you.  And to the best of your

24   knowledge, have all the schedules and the statement of

25   financial affairs been filed in the case?



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 4 of 41

4

1          MR. PARET:  Yes.

2          MS. EUSTIS:  And did you sign or authorize your

3   attorney to electronically sign the schedules and statement of

4   financial affairs that have been filed?

5          MR. PARET:  Yes.

6          MS. EUSTIS:  And to the best of your knowledge and

7   belief, is the information contained in the schedules and the

8   statement of financial affairs true and correct?

9          MR. PARET:  Correct.

10         MS. EUSTIS:  And prior to the bankruptcy being filed,

11  where did you maintain bank accounts?

12         MR. PARET:  EagleBank.

13         MS. EUSTIS:  Okay.  And have those bank accounts been

14  closed?

15         MR. PARET:  No.

16         MS. EUSTIS:  Okay.  Have you opened a debtor-in-

17  possession bank account?

18         MR. PARET:  I have, and it's -- I -- I filed it.  I

19  have to go and sign the signature card at EagleBank.

20         MS. EUSTIS:  At EagleBank?  Okay.  And is that with

21  the new account number?

22         MR. PARET:  Yes.

23         MS. EUSTIS:  Okay.  Okay.  And when do you anticipate

24  getting that signature card signed and the funds from your

25  current account transferred over to the new account?



Case 23-00217-ELG    Doc 141-1    Filed 07/16/24    Entered 07/16/24 21:29:05    Desc
Exhibit A - Transcript of Meeting of Creditors    Page 5 of 41

5

1          MR. PARET:  To -- in -- probably by the end of the

2    week.

3          MS. EUSTIS:  Okay.  So when you do that, I need what's

4    called a form 1 signed by both you and the bank.  And then

5    please give that to your counsel so Mr. Martin can forward that

6    to me.

7          MR. PARET:  Okay.

8          MS. EUSTIS:  Thank you.  So Mr. Paret, what do you do

9    for a living?

10          MR. PARET:  I'm -- I'm a consultant.

11          MS. EUSTIS:  Okay.  And what kind of consulting work

12    do you do?

13          MR. PARET:  Real -- real estate advisory, like master

14    planning.

15          MS. EUSTIS:  And do you have your own consulting

16    business?

17          MR. PARET:  I do.

18          MS. EUSTIS:  And what is the name of that entity?

19          MR. PARET:  Design Build Group.

20          MS. EUSTIS:  And is that an LLC, a corporation?

21          MR. PARET:  It's an LLC.

22          MS. EUSTIS:  Okay.  So all of your work is done

23    through that entity?

24          MR. PARET:  That's correct.

25          MS. EUSTIS:  Okay.  And I understand that this was an



Case 23-00217-ELG  Doc 141-1  Filed 07/16/24  Entered 07/16/24 21:29:05  Desc
Exhibit A - Transcript of Meeting of Creditors  Page 6 of 41

6

1   involuntary petition that was filed against you and that you

2   decided to convert the Chapter 7 to an 11.  Why did you decide

3   to convert the Chapter 7 to a Chapter 11?

4          MR. PARET:  So I could -- so I could complete the --

5   my -- my case that I currently have against one of my

6   debtors -- or creditors.

7          MS. EUSTIS:  Okay.  So you currently have a cause of

8   action against one of your creditors?

9          MR. PARET:  Correct.

10          MS. EUSTIS:  Are you currently married?

11          MR. PARET:  Recently divorced.

12          MS. EUSTIS:  Okay.  And do you have any domestic

13   support obligations, alimony, child support?

14          MR. PARET:  I do not.

15          MS. EUSTIS:  Okay.  And do you own or -- do you own

16   any real property?

17          MR. PARET:  Yes.

18          MS. EUSTIS:  Okay.  And where is that real property

19   located?

20          MR. PARET:  In Berryville, Virginia.

21          MS. EUSTIS:  Okay.  So your home address, you own your

22   residence?

23          MR. PARET:  I do.

24          MS. EUSTIS:  Okay.  Do you own any other property

25   other than your residence in Berryville?



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 7 of 41

7

1     MR. PARET:  I own property in a -- in -- in -- in a

2  partnership.

3     MS. EUSTIS:  Okay.  And we'll get to that.  But

4  individually, in your own name, the only property you own is

5  the property in Berryville?

6     MR. PARET:  That's correct.

7     MS. EUSTIS:  Okay.  And do you know approximately what

8  the value of that property is?

9     MR. PARET:  Probably, like, 1.3 million, somewhere in

10 that realm.

11    MS. EUSTIS:  Okay.  And how long have you owned the

12 property?

13    MR. PARET:  1. -- 1.1.

14    MS. EUSTIS:  Oh, I'm sorry.  1.1?

15    MR. PARET:  Yeah, 1. -- 1.3, somewhere in that realm.

16    MS. EUSTIS:  Okay.  And how long have you owned the

17 property?

18    MR. PARET:  Well, it's two properties together, so

19 that would be the combined value so --

20    MS. EUSTIS:  Okay.  But one single-family home on

21 those two properties?

22    MR. PARET:  It's -- it's more of a farm, so it's two

23 properties that are combined that are right next to each other

24 into one.

25    MS. EUSTIS:   Okay.



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors    Page 8 of 41

8

1              MR. PARET:  They -- they just have separate addresses.

2              MS. EUSTIS:  Okay.  Okay.  And how long have you owned

3      that?

4              MR. PARET:  Probably about six years, seven years.

5              MS. EUSTIS:  Okay.

6              MR. PARET:  Both.  Yeah, six or seven years.

7              MS. EUSTIS:  Okay.  And do you intend to sell that

8      property in connection with this bankruptcy case?

9              MR. PARET:  No, it's my personal residence.

10             MS. EUSTIS:  Okay.  And is there a mortgage on the

11     property?

12             MR. PARET:  There is.

13             MS. EUSTIS:  And what is the monthly payment to the

14     secured creditor?

15             MR. PARET:  I would say about $6,500.

16             MS. EUSTIS:  Okay.  And I'm assuming that's for a

17     first position lien, a senior lender?

18             MR. PARET:  Correct.

19             MS. EUSTIS:  Are there any junior lenders --

20             MR. PARET:  Yes.

21             MS. EUSTIS:  -- on the property?

22             MR. PARET:  Well, there's two lenders because there's

23     two properties, but they're --

24             MS. EUSTIS:  Okay.

25             MR. PARET:  -- combined into one lot.  So one lender



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors    Page 9 of 41

9

1   is about $3,000, $2,900, and the other one's about $3,500.

2           MS. EUSTIS:  Okay.

3           MR. PARET:  There's two separate creditors.  Two first

4   position so --

5           MS. EUSTIS:  Okay.  And do you know, so their liens

6   are only on the specific parcel or is --

7           MR. PARET:  Correct.

8           MS. EUSTIS:  -- it on both?

9           MR. PARET:  That's correct.

10          MS. EUSTIS:  It's just on the one parcel?

11          MR. PARET:  That's correct.

12          MS. EUSTIS:  Okay.  Are there any junior liens on that

13  property?

14          MR. PARET:  Not that I'm aware of.

15          MS. EUSTIS:  Okay.  And are you current on each of

16  those mortgages?

17          MR. PARET:  I am.

18          MS. EUSTIS:  Okay.  Okay.  And you said you have an

19  ownership interest in a partnership; is that correct?

20          MR. PARET:  In commercial property, and -- and yes.

21          MS. EUSTIS:  Okay.  So bear with me.  I think there

22  was an addendum in your schedules that included, I think it's

23  schedule B, Exhibit 19 that included a list of -- a list of

24  various entities.  And I'm just trying to find it.  So it's

25  about -- so Charles Paret LLC.  3301 Newark Street.  Do you

Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors    Page 10 of 41

10

1   have membership interests in all of these entities that are

2   listed on Exhibit 19?

3          MR. PARET:  No, most of those -- most of those

4   properties have either been sold or discontinued, I believe.

5   Let me see.

6          MS. EUSTIS:  And do you have that exhibit in front of

7   you or available to you?

8          MR. PARET:  Yes, I -- I do.  Um-hum.

9          MS. EUSTIS:  Okay.  Okay.  So all of these entities

10  are entities that at one point in time you had an interest in?

11         MR. PARET:  That's correct.

12         MS. EUSTIS:  Okay.  I'm not sure if you heard at the

13  beginning, I have a hard stop at 11:30, and counsel for certain

14  of the creditors has a hard stop at 11 a.m.  And I'm going to

15  have to continue this meeting.

16         So I am going to ask, though, that that exhibit be

17  supplemented to include when -- it includes an establishment

18  date, but if you could also include a column that indicates

19  what that entity -- what each entity owned and if it's real

20  property when that real property was sold and whether or not

21  the entity is still active.

22         MR. PARET:  Okay.  Yeah, I would say about half of

23  these assets are still -- are still here --

24         MS. EUSTIS:  Okay.

25         MR. PARET:  -- if not more.  And some are -- some have



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 11 of 41

11

1    been discontinued --

2              MS. EUSTIS:  Okay.

3              MR. PARET:  -- or sold.

4              MS. EUSTIS:  Great.  Okay.  Bear with me.

5              So all of the entities, though, that you have at one

6    time held an interest in or currently have interest in are

7    listed on that Exhibit 19?

8              MR. PARET:  Yes.

9              MS. EUSTIS:  Okay.

10             MR. PARET:  I -- and if something's missing, we can

11   just update it in here, correct?

12             MS. EUSTIS:  What do you mean, "in here"?  In this

13   form?

14             MR. PARET:  In -- in that exhibit.

15             MS. EUSTIS:  Yeah, that's fine.

16             MR. PARET:  In the form, yeah.

17             MS. EUSTIS:  That's fine.  That's acceptable to my

18   office.  Okay.

19             MR. PARET:  So the established date, and then if

20   it's -- if the -- if it's been sold or exited, we would just

21   have a closing date that's associated with that?

22             MS. EUSTIS:  Yes, and I can follow up with Mr. Martin

23   after this meetings with the specifics as to what my office is

24   looking for.

25             MR. PARET:  Okay.



1        MS. EUSTIS:  Great.  So how much cash do you currently

2   have on hand?

3        MR. PARET:  It's maybe 10, $20,000, somewhere in that

4   realm.

5        MS. EUSTIS:  In your bank account?

6        MR. PARET:  Yes.  Um-hum.  In my, like, business bank

7   account.

8        MS. EUSTIS:  Okay.  So where does your business

9   maintain a bank account?

10        MR. PARET:  EagleBank.

11        MS. EUSTIS:  Okay.  Okay.  And then in your individual

12   account, how much cash do you have on hand in your individual

13   account?

14        MR. PARET:  I -- I -- I just have set one up.  I don't

15   have -- I haven't had one until now.

16        MS. EUSTIS:  Okay.  So previously --

17        MR. PARET:  I just set up an individual account.

18        MS. EUSTIS:  Okay.  So previously you were --

19        MR. PARET:  Yeah.

20        MS. EUSTIS:  -- using your business bank account for

21   personal expenses?

22        MR. PARET:  Um-hum.

23        MS. EUSTIS:  Okay.  And it was just the one account at

24   EagleBank for the business account?

25        MR. PARET:  Um-hum.



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 13 of 41

13

```
1              MS. EUSTIS:  Okay.  And do you --

2              MR. PARET:  There were other accounts that are

3      associated with many of these LLCs that I don't -- I don't

4      either have access to or I don't -- I don't use anymore.

5              MS. EUSTIS:  Okay.  Okay.  Great.  And would you use

6      those accounts, though, for personal expenses?

7              MR. PARET:  No.

8              MS. EUSTIS:  Okay.  And do you own any automobiles?

9              MR. PARET:  I do.

10             MS. EUSTIS:  What are those vehicles?

11             MR. PARET:  There's a Tesla.  I think it's a 2018.

12     And then a Land Rover, like, a 2022.

13             MS. EUSTIS:  Okay.  And were those vehicles financed?

14             MR. PARET:  They are.

15             MS. EUSTIS:  And are you current on the payments on

16     those vehicles?

17             MR. PARET:  I am.

18             MS. EUSTIS:  Okay.  And what are the monthly payments

19     on the Tesla?

20             MR. PARET:  6 -- 6 or $700.

21             MS. EUSTIS:  And the Land Rover?

22             MR. PARET:  $1,000, somewhere in that realm.

23             MS. EUSTIS:  Okay.  And each of those vehicles is

24     titled in your name?

25             MR. PARET:  Yes.
```



www.escribers.net  |  800-257-0885

1               MS. EUSTIS:  Okay.

2               MR. PARET:  Well, they would be -- yeah, they would be

3       registered in my name.  I'm pretty sure the lien holder would

4       hold title.

5               MS. EUSTIS:  Oh.

6               MR. PARET:  If I'm not mistaken, but I could -- I

7       could be wrong.

8               MS. EUSTIS:  Okay.  But it's not in your business's

9       name; is that correct?  Your business doesn't own these

10      vehicles?

11              MR. PARET:  No.

12              MS. EUSTIS:  Okay.

13              MR. PARET:  That's correct, no.  My business helps pay

14      for them, but it does not own them.

15              MS. EUSTIS:  Okay.  Do you have a life insurance

16      policy?

17              MR. PARET:  I do not.

18              MS. EUSTIS:  Are you currently using credit cards?

19              And I'll start -- do you use any credit cards in your

20      individual name?

21              MR. PARET:  No, I do not.

22              MS. EUSTIS:  Okay.  And does your --

23              MR. PARET:  I don't have any.  I don't have any.  I

24      just have -- I just have debit cards.  I don't have any credit

25      cards.  I, like, don't even have one.



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors    Page 15 of 41

15

1          MS. EUSTIS:  Okay.  And does your business have a

2     credit card?

3          MR. PARET:  No, it does not.

4          MS. EUSTIS:  Okay.  Okay.  Does anyone owe you any

5     money?

6          MR. PARET:  Yes.

7          MS. EUSTIS:  And who?

8          MR. PARET:  I'm -- I think I have put that in the

9     exhibits.  There should be a number of gentlemen that -- that

10     owed me money.  One of them is named Marlon -- Marlon Meade.

11          MS. EUSTIS:  And how much does Mr. Meade owe you?

12          MR. PARET:  About 75,000.

13          MS. EUSTIS:  And what was that 75,000 for?

14          MR. PARET:  A real estate loan.

15          MS. EUSTIS:  Okay.  And was that documented with a

16     note, loan agreement?

17          MR. PARET:  Yep.  Yes.

18          MS. EUSTIS:  Okay.  Anyone else owe you money?

19          MR. PARET:  I'm not sure.  I don't think so.  Like,

20     any -- any other individuals.

21          MS. EUSTIS:  Okay.  So no other individuals that

22     you're aware of at this time owe you any money.  And then I

23     know you indicated that you have some claims against some

24     entities.  What are those claims that you have?

25          MR. MARTIN:  This is Jeff.  I'd also like to enter --



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 16 of 41

16

 1   I believe that the schedules reflect that Mr. Lomax (ph.), who

 2   misappropriated some Bitcoin.  I just want to make sure for the

 3   record that was scheduled.

 4           MS. EUSTIS:  Okay.  It was.

 5           MR. PARET:  Oh, yeah.  That's -- that's correct.  I

 6   haven't been able to track that individual down.  But yes,

 7   that's another person who misappropriated sizable amount of

 8   cryptocurrency.

 9           MS. EUSTIS:  And how much?

10           MR. PARET:  Somewhere in the realm of 300 or so

11   Bitcoin.

12           MS. EUSTIS:  Okay.

13           MR. PARET:  This is probably maybe six, eight years

14   ago.  Something like that.

15           MS. EUSTIS:  Okay.  Okay.  And then do you have claims

16   against any entities or any individuals?

17           MS. EUSTIS:  I do.

18           MS. EUSTIS:  Okay.  And can you describe them for me?

19           MR. PARET:  It would be my partnership with Daniel

20   Huertas and the entities that we own together and he still

21   currently owns or we still -- we still currently collectively

22   own.

23           MS. EUSTIS:  Okay.  And what is the nature of those

24   claims?

25           MR. PARET:  The nature of --



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 17 of 41

17

1          MS. EUSTIS:  Okay.  If you're able to answer that.  I

2     understand that's sort of a legal, factual, hybrid question.

3          So Mr. Martin, if you want to just give me a summary

4     of what the nature of the Debtor's claims against Mr. Huerta

5     are, I'd appreciate it.

6          MR. MARTIN:  Sure.  Essentially, there's a general

7     partnership established a few years ago where parties agreed

8     that they would have cointerests in roughly thirty commercial

9     projects.  Over the course of the COVID pandemic, a number of

10    those were, as we allege, fraudulently foreclosed upon or

11    otherwise divested from the partnership for the benefit of Mr.

12    Huertas.  And that's the subject of the ongoing litigation.

13         MS. EUSTIS:  Thank you.

14         Mr. Paret, is that accurate, what your attorney has

15    said?

16         MR. PARET:  Yes, that is accurate.

17         MS. EUSTIS:  Thank you.  Okay.  Do you have any other

18    claims against any other individuals or entities other than the

19    claim against Mr. Huertas in relation to the partnerships that

20    you had with him?

21         MR. PARET:  Not at this time.

22         MS. EUSTIS:  Okay.  And have you filed your taxes for

23    the years 2022 and 2021?

24         MR. PARET:  I have extensions, and I'm about to file.

25         MS. EUSTIS:  Okay.  When do you anticipate -- when you



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 18 of 41

18

1    say about to file, when do you anticipate getting those filed?

2              MR. PARET:  Probably in the next couple months.

3              MS. EUSTIS:  Okay.  Do you utilize an accountant?

4              MR. PARET:  Currently, no, but I have in the past.

5              MS. EUSTIS:  Okay.  And do you anticipate having to

6    retain an accountant in connection with this case?

7              MR. PARET:  Yes.

8              MS. EUSTIS:  Okay.  And do you know who that

9    accountant would be at this time?

10             MR. PARET:  I do not.

11             MS. EUSTIS:  Okay.  Within the last year, have you

12   transferred any money to anyone?

13             MR. PARET:  Me, personally?  No, other than -- I have

14   to think about that.

15             MS. EUSTIS:  I would say sizable amounts.  I mean, I'm

16   not talking about Venmo transactions for $25 or for coffee or

17   dinner.  Anything over, let's say, $5,000.

18             MR. PARET:  I mean, to vendors and different service

19   providers and some loan paybacks to some investors, yeah.  I'd

20   have to go through.  I -- I don't know, off the top of my head

21   who and what, but yeah.

22             MS. EUSTIS:  Okay.  And these were transfers that you

23   owed individually, or these were on account of your business?

24             MR. PARET:  On account of my business and some

25   individually.



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 19 of 41

19

1          MS. EUSTIS:  Okay.  And have you transferred any

2    assets that you individually own within the last year?

3          MR. PARET:  Real estate assets?  Yes.  I'd have to go

4    through and look at -- look at those to pay off some debtors.

5          MS. EUSTIS:  And those were assets that you owned

6    individually?

7          MR. PARET:  No.  That my -- my company.

8          MS. EUSTIS:  Okay.  And were those debts that you paid

9    off debts of yours individually or debts of your company's?

10          MR. PARET:  Debts of me of, like, different companies,

11    different deal transactions.  So they were -- they were

12    property related.

13          MS. EUSTIS:  Okay.  But the properties were owned by

14    one of your entities?

15          MR. PARET:  That's correct.

16          MS. EUSTIS:  Okay.  Are you generating sufficient

17    income at this time to pay your ongoing day-to-day living

18    expenses?

19          MR. PARET:  To some degree, yeah.

20          MS. EUSTIS:  Okay.  Do you get a salary from your

21    business?

22          MR. PARET:  I just -- it's project-to-project basis,

23    so I just get consulting fees or like, a finder -- like,

24    assignment fees and different types of performance related.

25          MS. EUSTIS:  Okay.  But any fees that you generate



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 20 of 41

20

1    would go into your business account, and then you would use

2    your business account just to make any personal day-to-day

3    living expenses that you had?

4           MR. PARET:  That's -- that's correct.

5           MS. EUSTIS:  Okay.  So going forward in the

6    bankruptcy, you're not going to be able to do that anymore, I'm

7    sure as your counsel has explained to you.  You're going to

8    need to --

9           MR. PARET:  I -- I'm -- I'm aware, yep.

10          MS. EUSTIS:  And you're going to need to operate

11   solely out of the debtor-in-possession account.  So I guess my

12   question for you is going forward, have you thought about

13   whether or not you will be getting any compensation on a

14   regular basis from your business entity?

15          MR. PARET:  Well, yeah, I'll still be operating my

16   business.

17          MS. EUSTIS:  Okay.  And what do you anticipate your

18   compensation will be?  What do you anticipate bringing in

19   through your business that will be paid to you individually for

20   the services that you provide to your business?

21          MR. PARET:  Anywhere from 10 to 20,000 a month,

22   somewhere in that realm.

23          MS. EUSTIS:  Okay.

24          MR. PARET:  Some -- some months it could be higher.

25   Some months, it could be lower.



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 21 of 41

21

1          MS. EUSTIS:  Okay.  And so your consulting business, I

2    mean, are these just a one-time project or do you have anything

3    that's recurrent on a regular basis, any entities or clients

4    that you provide consulting services to on a regular basis?

5          MR. PARET:  Could you repeat that question one time?

6    Sorry.

7          MS. EUSTIS:  Sure.  So I'm just wondering about your

8    consulting business and whether you have any clients that you

9    provide services to on a regular basis so that it's a regular

10   source of income for your business entity or whether you have

11   to go out and find new clients and it's a one-time thing.  You

12   get your fee and then you move on to the next client.  I'm just

13   trying to get a sense of the business.

14         MR. PARET:  It's a combination of the two.  I have

15   some that I work with, like, literally every day, different

16   developers and different -- like, different investors,

17   investment groups.  So there's some.  That's pretty much, I

18   would say, seventy-five percent existing people, twenty-five

19   percent new people.

20         MS. EUSTIS:  Okay.  And typically what is your

21   consulting fee or what's the arrangement that you have with

22   these clients for your fees?

23         MR. PARET:  There is a retainer.  There's a -- like, a

24   monthly fee.  There's a success fee.  There's a financing fee.

25   There's, like, a couple different layers.  There's a management



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 22 of 41

22

1   fee for some of the properties that I manage.

2        MS. EUSTIS:  Okay.

3        MR. PARET:  So they range.

4        MS. EUSTIS:  Okay.  And do you have -- do you utilize

5   QuickBooks, or do you maintain the books and records for the

6   business?

7        MR. PARET:  Yes, which are -- become very minimal now,

8   but yes, I have been doing that.

9        MS. EUSTIS:  Okay.  And do you do that through

10  QuickBooks?  Through an Excel spreadsheet?  How do you -- what

11  are the books and records of the business?

12       MR. PARET:  I think -- I think -- I mean, right now, I

13  think it's QuickBooks.

14       MS. EUSTIS:  Okay.  And does your entity have any

15  employees other than you?

16       MR. PARET:  No.

17       MS. EUSTIS:  Okay.

18       MR. PARET:  Not at this time.

19       MS. EUSTIS:  Okay.  So since the bankruptcy or since

20  the order for relief was filed, are you current on all your

21  post-petition debts?

22       MR. PARET:  Yes, I believe so.

23       MS. EUSTIS:  And then have you had to borrow any money

24  since the bankruptcy was filed?

25       MR. PARET:  I have to check.  Yeah, I borrowed some



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 23 of 41

23

1     money for legal -- legal -- some individuals, but not before

2     the bankruptcy was filed.

3          MS. EUSTIS:  Since the bankruptcy was filed, have you

4     borrowed money?

5          MR. PARET:  No.

6          MS. EUSTIS:  Okay.

7          MR. PARET:  No.

8          MS. EUSTIS:  This was before the bankruptcy was filed?

9          MR. PARET:  Yeah.

10         MS. EUSTIS:  Okay.

11         MR. PARET:  Yeah.

12         MS. EUSTIS:  Okay.  And what is the primary source or

13    what is going to be the primary source of funding for your

14    Chapter 11 plan?

15         MR. PARET:  Probably a combination of some loans and

16    different partners, probably and some -- and you know, my

17    income that I -- I bring in.

18         MS. EUSTIS:  Okay.  And with the claims that you have

19    against Mr. Huertas, is Mr. Huertas claiming anything against

20    you?

21         MR. PARET:  I mean, they're -- they've named me as a

22    creditor but only -- only -- only after I filed a claim against

23    them -- against him.

24         MS. EUSTIS:  Okay.  Okay.  I just have a few more

25    questions for now, and then I'll let Mr. VerStandig ask what he



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors    Page 24 of 41

24

1    needs to ask, and Mr. Pearlstein.

2            So within the last twelve months, have you held or

3    used any Bitcoin or other virtual currency or cryptocurrency?

4            MR. PARET:  No.

5            MS. EUSTIS:  Okay.  So you currently do not hold any

6    Bitcoin or other virtual currency?

7            MR. PARET:  I do not.

8            MS. EUSTIS:  Okay.  And do you have a PayPal, Venmo,

9    or Cash App account?

10            MR. PARET:  Yeah, I think I have a Venmo.

11            MS. EUSTIS:  And do you utilize any of those on a

12    regular basis?

13            MR. PARET:  No.

14            MS. EUSTIS:  And when was the last time that you

15    utilized your Venmo account, if you know?

16            MR. PARET:  I -- I don't -- I don't even recall

17    significant.

18            MS. EUSTIS:  Okay.

19            MR. PARET:  I just have -- in the -- the last couple

20    months, I sent something to a landscaper for $600 or something.

21            MS. EUSTIS:  Okay.  Okay.  So there are a number of

22    unsecured creditors listed on your schedules, and the claims

23    are listed in an unknown amount.  Do you know why?  And it's

24    for a number of individuals, and it lists that they're

25    unsecured lines of credit, that it appears there are individual



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors    Page 25 of 41

25

1    lenders who lent money in or around 2020.  Were those lines of

2    credit documented and those loans documented?

3            MR. PARET:  I'd have to -- to -- I'd have to confirm.

4    But most of them, I believe, were -- were leant to the

5    entities --

6            MS. EUSTIS:  Okay.

7            MR. PARET:  -- that developed the properties, and they

8    were on -- there were ongoing amounts.

9            MS. EUSTIS:  And did you individually --

10           MR. PARET:  -- because they were --

11           MS. EUSTIS:  Did you guarantee those amounts?

12           MR. PARET:  I did some, not all.

13           MS. EUSTIS:  Okay.  Okay.  But those are amounts that

14    you can determine what they are?

15           MR. PARET:  Uh-huh.

16           MS. EUSTIS:  Okay.

17           MR. PARET:  Yes.

18           MS. EUSTIS:  Okay.  Within the ninety days prior to

19    filing for bankruptcy, your statement of financial affairs

20    indicated that you paid United $437,000; is that correct?

21           MR. PARET:  Yeah, what was that?

22           MS. EUSTIS:  Your statement of financial affairs

23    indicated that you paid United.  It just says, "United

24    $437,000".

25           MR. PARET:  When did I do that?



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors    Page 26 of 41

26

1           MS. EUSTIS:  It says for a mortgage?

2           MR. PARET:  I don't -- I don't have a mortgage with

3    United.

4           MS. EUSTIS:  Okay.  Mr. Martin, I'm going to ask --

5           MR. PARET:  Oh.  Oh, oh, United Financial Services.

6           MS. EUSTIS:  Okay.

7           MR. PARET:  That's correct.  That's correct.

8           MS. EUSTIS:  And that is your mortgage lender on the

9    on your principal residence?

10          MR. PARET:  No.  No, they were paid off by a new

11   mortgage lender.

12          MS. EUSTIS:  On what property?

13          MR. PARET:  On -- on my residence.

14          MS. EUSTIS:  Okay.  So you refinanced within the

15   ninety days that the order for relief was entered?

16          MR. PARET:  Within the ninety days of what?

17          MS. EUSTIS:  Of the bankruptcy?

18          MR. PARET:  No, I -- this was a while ago.  That was a

19   long time ago.  Maybe like three or -- it was during COVID.

20          MS. EUSTIS:  Okay.  So you didn't pay United 437,000

21   shortly before the bankruptcy being filed?

22          MR. PARET:  No, I -- I don't actually know what

23   that -- that would be -- that would be related to.

24          MS. EUSTIS:  Okay.  Mr. Martin, I'm just going to have

25   you follow up with him on -- so that's the statement of


www.escribers.net | 800-257-0885

Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors    Page 27 of 41

27

1    financial affairs, part 3.

2         MR. MARTIN:  Yeah.  We'll (indiscernible) if we need

3    to.  That must have just slipped through the cracks when we

4    were preparing the schedules because it's refinanced a few

5    years ago.  Clearly, it doesn't need to be on there.

6         MS. EUSTIS:  Right.  Okay.

7         And then finally, on part 11 of the statement of

8    financial affairs, you state that you don't have an interest in

9    any LLC or partnership within the four years before you filed

10   for bankruptcy.  I think it's clear that you have been.

11        So Mr. Martin, if you could just have him amend part

12   11 , question 27 of the statement of financial affairs so that

13   that's accurate.

14        MR. MARTIN:  Yes, we will.

15        MS. EUSTIS:  Thank you.

16        All right.  Mr. Pearlstein, do you have any questions

17   for Mr. Paret?

18        MR. PEARLSTEIN:  Hello, can you hear me?

19        MR. PARET:  Yes.

20        MR. PEARLSTEIN:  All right.  So we have unfilled 2020,

21   2021, and 2022.  We have extensions -- you filed an extension

22   for 2020 and 2021.  There was no extension filed for 2022.

23        In any event, even if there was an extension file to

24   October 15th, those returns are past due at this point.  Those

25   returns need to be filed.  With the holiday, I'm going to give



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 28 of 41

28

1    a deadline of January 15th to get those returns to me.  And

2    they can be faxed to me directly at (844) 263-3650.  And I just

3    wanted to say, while you're in bankruptcy, you're required to

4    file, pay all taxes on time.  If not, the IRS could file a

5    motion to dismiss or convert your case.

6         MS. EUSTIS:  Thank you, Mr. Pearlstein.

7         And I will just echo what he said.  This is Kristin

8    Eustis again.  The United States Trustee and any party-in-

9    interest can file a motion to dismiss or convert your case if

10   you don't timely file and pay your taxes when you're in

11   bankruptcy so --

12        MR. PEARLSTEIN:  I'm just going read off, my telephone

13   number is (302) 837-6513, if you have any issues with getting

14   this return prepared.

15        MR. PARET:  I just -- is there -- and you said the

16   date would be January what?

17        MR. PEARLSTEIN:  15th.  January 15th.

18        MR. PARET:  I mean, is there -- I'm -- I'm in the

19   process of trying to prepare a lot of them and very close to

20   being done.  Is there any way -- I mean, the -- I just had a

21   baby girl, and I'm traveling to somewhat of a remote area

22   where -- where my family is starting in, like, less than a

23   week.  And that would leave us, like, less than two weeks,

24   probably a week and a half, by the time I get back after the

25   holidays.


www.escribers.net  |  800-257-0885

Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 29 of 41

29

1          Is there any way that I could extend that to probably

2    maybe the end of February?

3          MR. PEARLSTEIN:  Not on February.  These have to be

4    filed.  I mean, you already had a -- you were supposed to be

5    filed by October 15th.  If you're not able to file by January

6    15th, you can give me a call, but I can't extend it out that

7    far.

8          MR. PARET:  Okay.  Could you give me to the end of

9    January?

10         MR. PEARLSTEIN:  I'm still going -- on my history, I'm

11   still going to give you a deadline of January 15th, and you

12   give me a call then.

13         MS. EUSTIS:  Yes.  Everyone, we don't have to have

14   this colloquy on the record.

15         MR. PARET:  Okay.  And --

16         MS. EUSTIS:  So Mr. Pearlstein, if you don't have any

17   other questions, I'm going to turn it over to Mr. VerStandig to

18   ask what he has.

19         MR. PEARLSTEIN:  That's fine.

20         MS. EUSTIS:  Thank you.

21         MR. PEARLSTEIN:  That's fine.

22         MR. VERSTANDIG:  Mr. Paret, this is Maurice

23   VerStandig.  I think I heard you at the beginning, but can you

24   state your address one more time?

25         MR. PARET:  Yeah, 343 First Street, Berryville,



Case 23-00217-ELG    Doc 141-1    Filed 07/16/24    Entered 07/16/24 21:29:05    Desc
Exhibit A - Transcript of Meeting of Creditors    Page 30 of 41

30

```
 1    Virginia 22611.

 2          MR. VERSTANDIG:  And you said you've lived there for

 3    six years approximately, correct?

 4          MR. PARET:  I lived there -- well, I've been

 5    between -- that's been my address, my residential address, but

 6    I live between there and I used to have a house in D.C.  And --

 7    and I shared a house with my -- my ex, my ex-wife, and I

 8    didn't -- I didn't own the house.

 9          MR. VERSTANDIG:  Okay.  That's been your residential

10    address for six years?

11          MR. PARET:  That's correct.

12          MR. VERSTANDIG:  Okay.  And on your statement of

13    financial affairs, you indicated that you haven't resided

14    anywhere else in the past three years, correct?

15          MR. PARET:  I haven't resided in -- well, I was -- I

16    was with my ex in the past three years.  So we lived in -- in

17    D.C. in -- in her house.

18          MR. VERSTANDIG:  Okay.  When did you stop living with

19    your ex in Washington, D.C.?

20          MR. PARET:  August of 2022 -- or the (indiscernible) I

21    relocated back to that --

22          MR. VERSTANDIG:  So a little more than one year ago?

23          MR. PARET:  That's correct.

24          MR. VERSTANDIG:  Okay.  And you've resided at 343

25    First Street in Berryville since then, correct?
```



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 31 of 41

31

1          MR. PARET:  That is correct.

2          MR. VERSTANDIG:  Okay.  Mr. Paret, do you remember

3     signing an affidavit in this case on September 14th of this

4     year?

5          MR. PARET:  I believe so.  What is it?  What are they?

6          MR. VERSTANDIG:  Okay.  Well, in that affidavit, you

7     said, "As of August 9th, 2023, the date of service, and

8     continuing through the present time, I have not resided or

9     operated at either of the two addresses listed in the

10    certificate of service."  And one of those was the Berryville

11    address you just gave.

12         MR. PARET:  The Berryville address of 343 First

13    Street?  That's my -- that's been my registered address, but I

14    was living --

15         MR. VERSTANDIG:  Okay.

16         MR. PARET:  -- but I was living, as I mentioned, with

17    my -- with my ex up to August of 2022.  And then in between

18    that, I think there's another address on there that's 98 East

19    Fairfax.  Do you have that?

20         MR. VERSTANDIG:  I'm not going to get into what I

21    have, but I just want to understand.  If you've been living at

22    the Berryville address since at least August of 2022, why did

23    you sign an affidavit in September of this year saying that you

24    don't reside there?

25         MR. PARET:  Oh, probably because I have been -- I'm --



Case 23-00217-ELG    Doc 141-1    Filed 07/16/24    Entered 07/16/24 21:29:05    Desc
Exhibit A - Transcript of Meeting of Creditors    Page 32 of 41

32

1    I'm -- upon permission from my ex-wife, I have been at 3180

2    Terry Bird (ph.) Highway, which is my wife's address, our

3    second home address that she was letting me live at during that

4    time.  I was confusing with -- from what the registered address

5    was to where my physical presence was.

6            MR. VERSTANDIG:  Well, Mr. Paret, I don't know why

7    this is confusing.  We asked where you resided, and you said

8    that you've been in Berryville for at least a year.  Now you're

9    telling me there's another address.

10           So what else are you not telling us?

11           MR. PARET:  No, I'm -- very difficult when you're --

12   when you're living with -- going through a divorce, but

13   that's -- I mean, that's -- there's nothing I'm not telling

14   you, so I'm sorry if I was confused in that regard.

15           MR. VERSTANDIG:  All right.  Now, you swore under oath

16   that you don't reside at the Berryville address as of September

17   14th of this year.  When did you commence residing there

18   thereafter?

19           MR. PARET:  Well, I'm still -- like, my physical

20   address between where I am, I'm between 98 East Fairfax, 343,

21   and then I'm in Atlanta with my -- with my new child.  So I'm

22   between the different locations quite frequently.

23           MR. VERSTANDIG:  Okay.  Do you receive --

24           MR. PARET:  And then there --

25           MR. VERSTANDIG:  -- mail at the Berryville address?



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 33 of 41

33

1       MR. PARET:  I do receive -- I do receive mail at 98

2   East Fairfax and 600 -- I have an office also in Berryville at

3   600 East Main.

4       MR. VERSTANDIG:  So what happens to the mail that's

5   sent to 343 First Street in Berryville?

6       MR. PARET:  It's picked up occasionally by the admin

7   and/or by some (audio interference).

8       MR. VERSTANDIG:  All right.  So you do ultimately

9   receive it?

10      MR. PARET:  I should, yes.

11      MR. VERSTANDIG:  Okay.  Mr. Paret, were you formally

12  by a lawyer named Don --

13      MR. PARET:  I mean, I still own the property.

14      MR. VERSTANDIG:  Okay.  Were you --

15      MR. PARET:  What's that?

16      MR. VERSTANDIG:  -- formally represented by a lawyer

17  named Donald Temple?

18      MR. PARET:  Yes.  I -- I -- I still am.  Yes.

19      MR. VERSTANDIG:  You're still represented by Mr.

20  Temple?

21      MR. PARET:  No.  No, I'm -- I'm sorry, I misspoke.  I

22  previously was.  I apologize.  Yes, I was.

23      MR. VERSTANDIG:  Okay.  Okay, and Mr. Temple briefly

24  represented you in this bankruptcy case, correct?

25      MR. PARET:  Yes.



```
 1              MR. VERSTANDIG:  Okay.  How much did you pay Mr.

 2   Temple for his representation?

 3              MR. PARET:  I don't recall, but I think somewhere in

 4   the realm of 25,000.

 5              MR. VERSTANDIG:  Okay.  And that's for his

 6   representation of you in this bankruptcy case?

 7              MR. PARET:  No, of the -- of litigation.  I apologize.

 8              MR. VERSTANDIG:  Okay.  Did you pay him to represent

 9   you in this bankruptcy case?

10              MR. PARET:  I -- I don't recall.  No, because I -- I

11   hired a bankruptcy attorney.

12              MR. VERSTANDIG:  Well, he did represent you with at

13   least one motion and at least one hearing in this bankruptcy

14   case, correct?

15              MR. PARET:  Yes, that's correct.  And I think I --

16   I -- I think I paid him around 5,000 and $10,000, somewhere in

17   that realm.  I don't recall off --

18              MR. VERSTANDIG:  Okay.

19              MR. PARET:  -- the top of my head.

20              MR. VERSTANDIG:  Okay.  And that would be for his

21   representation with that motion and that hearing in this

22   bankruptcy case, correct?

23              MR. PARET:  Yes.

24              MR. VERSTANDIG:  Okay.  How much have you paid Mr.

25   Martin to represent you in this bankruptcy case?
```



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors    Page 35 of 41

35

1           MR. PARET:  10,000.

2           Am -- am -- am I correct?

3           10 or 15,000, I think, somewhere in that realm.

4           Jeff, do you -- do you know the exact amount?

5           MR. MARTIN:  I believe it was -- I believe it was

6      fifteen, but I'm --

7           MR. PARET:  Yep.

8           MR. MARTIN:  -- not positive off the top of my head.

9           MR. VERSTANDIG:  When did you last pay Mr. Temple?

10          MR. PARET:  Maybe a couple months ago.

11          MR. VERSTANDIG:  At some point after August 4th, 2023?

12          MR. PARET:  No, I think it was before that.

13          MR. VERSTANDIG:  Well, how could you have paid him to

14     represent you in this bankruptcy case before this bankruptcy

15     case was filed?

16          MR. PARET:  I -- I have to check.  I just want to -- I

17     just want to speak correctly.  But I paid him in the last

18     couple of months somewhere in the realm of, I think, like 5 or

19     $10,000.

20          MR. VERSTANDIG:  And we agree that you would have paid

21     him for his representation in this bankruptcy case after this

22     bankruptcy case was filed?

23          MR. PARET:  I have to -- I have to check.

24          MR. VERSTANDIG:  Well, Mr. Paret, let's try it a

25     different way.  This is an involuntary bankruptcy, correct,



1   meaning you didn't choose to file bankruptcy?  My clients filed

2   a petition against you, right?

3           MR. PARET:  Correct.

4           MR. VERSTANDIG:  Okay.  And we didn't notify you in

5   advance that we were going to be doing that, correct?

6           MR. PARET:  I -- did -- did you notify me personally,

7   or did you or anyone else --

8           MR. VERSTANDIG:  Did me or anyone acting on behalf of

9   my clients -- right.  Did me or anyone else acting on behalf of

10  my clients notify you in advance that we were going to be

11  filing a bankruptcy case against you?

12          MR. PARET:  A -- a while -- a while back, yeah.

13  They -- he -- he threatened bankruptcy against me.

14          MR. VERSTANDIG:  Okay.

15          MR. PARET:  Absolutely.

16          MR. VERSTANDIG:  Did you then go hire -- okay.  And

17  after that happened, did you go hire Donald Trump to represent

18  you in the bankruptcy?

19          MR. PARET:  No, I did not.

20          MR. VERSTANDIG:  You waited until there was actually a

21  bankruptcy case to hire Donald Temple to represent you in the

22  bankruptcy, right?

23          MR. PARET:  No, I hired Donald Temple to represent me

24  in the litigation.

25          MR. VERSTANDIG:  Okay.  But you indicated that you



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors    Page 37 of 41

37

1   also had him represent you in the bankruptcy, right?

2          MR. PARET:  Yes, because the bankruptcy was filed in

3   response into the -- response to the motion that we had filed

4   against your client.

5          MR. VERSTANDIG:  Okay.  So I understand all that.

6   What I'm having trouble with is if you paid Donald Trump, what,

7   5,000, 10,000, whatever it may be, for his work on this

8   bankruptcy, can we agree that that's surely occurred after this

9   bankruptcy came into existence?

10          MR. PARET:  I -- I mean, I don't know what you're --

11   what you're getting at.  What -- what are you -- what are

12   you -- I'm --

13          MR. VERSTANDIG:  Mr. Paret, I'm a simple boy from a

14   simple town.  I'm just trying to understand simple facts.  Can

15   we agree that you paid Donald Temple for work in the bankruptcy

16   after the bankruptcy existed?

17          MR. PARET:  Yes, I think that's -- yes, we can agree.

18          MR. VERSTANDIG:  Thank you.

19          Ms. Eustis, subject to it being held open, nothing

20   further at this time.

21          MS. EUSTIS:  Thank you.  I appreciate it.

22          Okay.  Can everyone get out their calendars?

23          Mr. Martin, when do you anticipate -- I'm not going to

24   continue this -- obviously, the holidays and everything.  How

25   long do you think to get the amendments done to the schedules



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 38 of 41

38

1    that we talked about?

2         I'll also note that I would like you to get with Mr.

3    Paret and see if we can nail down whether or not any payments

4    were made to Mr. Temple that would need to have been disclosed

5    anywhere in connection with the bankruptcy case.

6         MR. MARTIN:  Yeah, absolutely.  And I believe my

7    2016's been prepared but not filed, so I need to get that on

8    record with the Court.  I haven't been paid since the

9    conversion, but I was paid after the --

10        MS. EUSTIS:  Okay.

11        MR. MARTIN:  -- before I filed a motion to convert.

12        MS. EUSTIS:  Okay.  And has the order been entered on

13   your retention in this case?

14        MR. MARTIN:  It has not.

15        MS. EUSTIS:  Okay.  All right.  Well, that's going to

16   need to be done as well.

17        MR. MARTIN:  Look at my calendar.  Maybe sometime late

18   in the first week of January.  I can have everything done by

19   January 5th, if that's okay.

20        MS. EUSTIS:  Sure.  That's fine.  I'd even be happy to

21   give you more time if you'd like.  One, two, three.  I was

22   thinking about getting this continued -- I'm sorry.  My

23   calendar for January is already pretty full.  Let's see.

24        How about, can you all do Friday, January the 19th,

25   for a continued 341?



Case 23-00217-ELG   Doc 141-1   Filed 07/16/24   Entered 07/16/24 21:29:05   Desc
Exhibit A - Transcript of Meeting of Creditors   Page 39 of 41

39

1          MR. MARTIN:  I can do the afternoon.

2          MS. EUSTIS:  Okay.  That doesn't work for me.  How

3    about the afternoon of the 18th?

4          MR. MARTIN:  That will work for me.

5          MR. PARET:  That should be fine.

6          MS. EUSTIS:  Great.

7          MR. VERSTANDIG:  I have an evidentiary hearing in the

8    D.C. bankruptcy court at 1 o'clock.

9          MS. EUSTIS:  Okay.  So that doesn't work for you.

10         How about the Monday, the 22nd?  I could do the

11   afternoon, 1 o'clock.

12         MR. PARET:  That works for me.

13         MR. MARTIN:  That works.

14         MS. EUSTIS:  Mr. VerStandig.

15         MR. VERSTANDIG:  I have a 2 o'clock in Maryland, but

16   I'll make it work.  And if need be, I'll get coverage.

17         MS. EUSTIS:  Okay.  Great.  Thank you.

18         Great.  So this will be continued to January 22nd,

19   which is a Monday, at 1 p.m.

20         Mr. Paret, I'll just remind you that monthly operating

21   reports need to be filed.  I don't believe any have been filed

22   yet.  If those are not timely filed, my office can file a

23   motion to convert or dismiss this case based on the failure to

24   file the monthly operating reports.  And that's important

25   because that's really the only insight that creditors, parties-



Case 23-00217-ELG    Doc 141-1    Filed 07/16/24    Entered 07/16/24 21:29:05    Desc
Exhibit A - Transcript of Meeting of Creditors    Page 40 of 41

40

1    in-interest, my office, and the Court have into the case.  So

2    it really is imperative to get those timely filed.

3              And with that, we will continue --

4              MR. PARET:  Can I use --

5              MS. EUSTIS:  Oh, sure.  Go ahead.

6              MR. PARET:  Oh, is there any way somebody could send

7    me a format for that of what that looks like when it's filed?

8              MR. MARTIN:  Yeah, we'll talk about that, Charles.

9              MR. PARET:  Okay.  And I can use an accountant for

10   that; is that correct?

11             MS. EUSTIS:  If one has been employed in the case, but

12   I'm sure Mr. Martin will go over that with you as well.

13             MR. PARET:  Okay.

14             MS. EUSTIS:  Great.  Well, thank you all.  I

15   appreciate it.  This will be continued to January 22nd at 1

16   p.m.  I wish everyone a very happy holiday and happy New Year.

17             (Whereupon the hearing was adjourned)

18

19

20

21

22

23

24

25



Case 23-00217-ELG    Doc 141-1    Filed 07/16/24    Entered 07/16/24 21:29:05    Desc
Exhibit A - Transcript of Meeting of Creditors    Page 41 of 41

41

1                                    CERTIFICATE

2     I certify that the foregoing is a correct transcript from the

3     electronic sound recording of the proceedings in the above-

4     entitled matter.

5

6

7

8     /s/

      _____          Date: July 8, 2024

9     ESCRIBERS LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


www.escribers.net  |  800-257-0885