IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | |
| **Charles Paxton Paret** | : | **Case No. 23-00217-ELG** |
| | : | **Chapter 7** |
| **Debtor.** | : | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF MARTIN LAW GROUP, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND <u>REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR</u>**

THIS CAUSE came to be heard upon the Attorney's First and Final Application for Payment of Fees and Costs of Martin Law Group, P.C. ("MLG"), as Counsel to the Debtor Charles Paxton Paret ("Debtor"), and

IT APPEARING TO THE COURT that MLG is requesting approval and payment of its first interim application for compensation for its legal services rendered to the Debtor in this proceeding in the amount of $31,287.50 for the period of October 17, 2023, through March 14, 2024 and reimbursement for out-of-pocket costs and expenses of $252.10 for total fees and costs through said date in the amount of $31,539.60; and

IT FURTHER APPEARING that good cause exists for granting such requests, it is hereby:

ORDERED that fees in the amount of $31,287.50 and expenses in the amount of $252.10 are hereby approved and the Debtor is hereby directed to make payment to MLG of the fees and expenses awarded herein.

WE ASK FOR THIS:

MARTIN LAW GROUP, P.C.

By: /s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. VA 71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
(703) 834-5550; jeff@martinlawgroupva.com
Counsel for the Debtor


Justin P. Fasano (Bar No. MD21201)
McNamee Hosea. P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
Counsel to the Chapter 7 Trustee


Kristen S. Eustis, Trial Attorney, Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov
Counsel for the United States Trustee

**End of Order.**