```
Label Matrix for local noticing          1Sharpe Opportunity Intermediate Trust   Calliecorp, L.L.C
0090-1                                   c/o Maurice B. VerStandig, Esq.          c/o Zach Hillerson
Case 23-00217-ELG                        1452 W. Horizon Ridge Pkwy, #665         11 Battletown Drive
United States Bankruptcy Court for the Distri   Henderson, NV 89012-4422          Berryville, VA 22611-9500
Washington, D.C.
Fri Jul 12 10:14:00 EDT 2024

DP Capital LLC                           (p)BWW LAW GROUP LLC                     SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES
c/o The VerStandig Law Firm, LLC         6003 EXECUTIVE BLVD                      1425 Greenway Dr., Ste 400
1452 W. Horizon Ridge Pkwy, #665         SUITE 101                                Irving, TX 75038-2480
Henderson, NV 89012-4422                 ROCKVILLE MD 20852-3813


U. S. Trustee for Region Four            United Bank                              WCP Fund I LLC
U. S. Trustee's Office                   Mahdavi, Bacon, Halfhill & Young, PLLC   c/o Maurice B. VertSandig, Esq.
1725 Duke Street                         11350 Random Hills Rd., Suite 700        The VerStandig Law Firm, LLC
Suite 650                                Fairfax, VA 22030-6044                   1452 W. Horizon Ridge Pkwy
Alexandria, VA 22314-3489                                                         #665
                                                                                  Henderson, NV 89012-4422

Welch Family Limited Partnership Nine    Wells Fargo Bank N.A., d/b/a Wells Fargo Aut   YI RONG JEAN LLC
c/o Kitsune Lyon, PLC                    PO Box 169005                            7600 Ora Glen Drive
1007 N. Federal Highway                  Irving, TX 75016-9005                    #1691
Suite 2005                                                                        Attn: KB Law Firm
Fort Lauderdale, FL 33304-1422                                                    Greenbelt, MD 20768-7586


Washington, D.C.                         1Sharpe Opportunity Intermediate Trust   Ask MAM DC LLC
E. Barrett Prettyman U. S. Courthouse    c/o The VerStandig Law Firm, LLC         42 El Camino Real
333 Constitution Ave, NW #1225           1452 W. Horizon Ridge Pkwy, #665         Palo Alto, CA 94306
Washington, DC 20001-2802                Henderson, Nevada 89012-4422


Astute Technologies                      BSI Financial Services                   Brighton KSD LLC
11620 Verna Drive                        PO Box 679002 Lockbox Number 679002      107 S. West Street, #119
Oakton, VA 22124-2045                    Dallas, TX 75267-9002                    Alexandria, VA 22314-2824


Caliber Design, Inc.                     Callicorp LLC                            Dion Davitian
c/o DUNLAP BENNETT & LUDWIG PLLC         3975 University Drive, Suite 410         9201 Kristin Lane
211 Church Street SE                     Fairfax, VA 22030-2520                   Fairfax, VA 22032-1810
Leesburg, VA 20175-3034


Dr. Eung Kwom Kim                        EZ Express Loan LLC                      (p)EZ EXPRESS LOAN LLC
C/O J. Chapman Petersen Esq.             1114 8th Street                          P O BOX 2631
3970 Chain Bridge Road                   Washington, DC 20002-3623                SPRINGFIELD VA 22152-0631
Fairfax, VA 22030-3316


GJC Private Lending LLC                  Great Jones Capital                      Harold Murnane III
2101 Connecticut Ave, NW, Third Floor    2101 Connecticut Ave, NW, Third Floor    549 Broadwater Road
Washington, DC 20008-1728                Washington, DC 20008-1728                Arnold, MD 21012-1459


Innovation Factory                       (p)INTERNAL REVENUE SERVICE              Internal Revenue Service
1500 Cordova Rd                          CENTRALIZED INSOLVENCY OPERATIONS        PO Box 7346
Fort Lauderdale, FL 33316-2115           PO BOX 7346                              Philadelphia, PA 19101-7346
                                         PHILADELPHIA PA 19101-7346
```

John Gosnell
10516 Bridle Lane
Potomac, MD 20854-3888

John W. Gosnell
c/o Robert W. Angle
1750 Tysons Blvd.
McLean, VA 22102-4208

Kenneth Welch
c/o Kitsune Lyon, PLC
1007 N. Federal Hwy, Suite 2005
Fort Lauderdale, FL 33304-1422

Luke Kamel
C/O Vanessa Carpenter Lourie, P.C
4400 MacArthur Blvd., NW, Suite 205
Washington, DC 20007-2521

Manik Rao Chamarthy
9716 Tree Tops Lake Road
Tampa, FL 33626-4762

Manjula Sure
14905 CAPRICORN LANE
CHARLOTTE NC 28277-2926

Matt Cochran
2725 Connecticut Ave NW Apt 501
Washington, DC 20008-5305

Mihir Shah
500 Regent Place NE
Washington, DC 20017-2600

PennyMac Loan Services, LLC
P.O. Box 2410
Moorpark, CA 93020-2410

PennyMac Mortgage
3043 Townsgate Rd., Ste. 200
Westlake Village, CA 91361-3027

Qassay LLC
1201 Connecticut Ave., Ste. 500B
Washington, DC 20036-2605

Queen Street Partners
500 Regent Place NE
Washington, DC 20017-2600

Rainman Capital LLC
910 M Street NW
Washington, DC 20001-6313

Rajat Batra
1995 Old Santa Cruz Highway
Los Gatos, CA 95033

Rajat Batra
David W. Gaffey. Esq.
3190 Fairview Park Drive
Suite 800
Falls Church, VA 22042-4558

Rappahannock Electric Cooperative
P.O. Box 7388
Fredericksburg, VA 22404-7388

Ravinder Eeraveni
15335 W MONTECITON AVE
GOODYEAR, AZ 85395-6342

Reddy Parikh Parini Shah
2300 N Street, NW Suite 300
Washington, DC 20037-1194

Ronjeet Reddy
500 Regent Place NE
Washington, DC 20017-2600

Ryan Shandel
1114 8th Street NE
Washington, DC 20002-3623

Shah Investment Group, LLC
6605 Spring Rd
Springfield, VA 22150-3530

Srikanth Tangedipalli
13341 Emeric Cout
Centerville, VA 20120-6429

Tanuja Vedere
7 N Beach Road,
Hobe Sound, FL 33455-2101

Tara Gorman
5100 Saratoga Ave
Bethesda, MD 20816-3040

Trent Heminger
5605 Durbin Road
Bethesda, MD 20814-1013

U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

United Bank
11185 Fairfax Blvd
Fairfax, VA 22030-5087

Venugopal Chidarala
2781 Middleton Farm Ct.
Herndon, VA 20171-3857

WCP, DP Capital
8401 Greensboro Drive Suite 960
Mc Lean, VA 22102-5149

Welch Family Limited Partnership Five
c/o Todd Lewis
Kitsune Lyon PLC
1007 N. Federal Highway
Suite 2005
Fort Lauderdale, FL 33304-1422

| | | |
|---|---|---|
| Welch Family Limited Partnership Five<br>c/o Todd Lewis, Esq.<br>Kitsune Lyon, PLC<br>1007 N. Federal Highway, Suite 2005<br>Fort Lauderdale, FL 33304-1422 | Welch Family Limited Partnership Four<br>c/o Todd Lewis<br>Kitsune Lyon PLC<br>1007 N. Federal Highway<br>Suite 2005<br>Fort Lauderdale, FL 33304-1422 | Welch Family Limited Partnership Nine<br>c/o Todd Lewis, Esq.<br>Kitsune Lyon, PLC<br>1007 N. Federal Highway, Suite 2005<br>Fort Lauderdale, FL 33304-1422 |
| Welch Family Limited Partnership Twenty One<br>c/o Todd Lewis, Esq.<br>Kitsune Lyon, PLC<br>1007 N. Federal Highway, Suite 2005<br>Fort Lauderdale, FL 33304-1422 | Welch Limited Partnership<br>910 M Street NW<br>Washington, DC 20001-6313 | Wells Fargo Auto Loan<br>P.O. Box 17900<br>Denver, CO 80217-0900 |
| Wesley Burdette<br>81 Ladoga Avenue<br>Tampa, FL 33606-3832 | William Trapp<br>1103 Dale Street<br>Staunton, VA 24401-2046 | YI RONG JEAN LLC c/o KB LAW FIRM<br>7600 Ora Glen Drive #1691<br>Greenbelt, MD 20768-7586 |
| Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611-1605 | Donald Melvin Temple<br>Donald M. Temple<br>1310 L Street, N.W.<br>Suite #750<br>Washington, DC 20005-4561 | Jeffery T. Martin<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 |
| John E. Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 | Luke Kamel<br>145 Ardmore Avenue<br>Hernosa Beach, CA 90254-5230 | Wendell W. Webster<br>Wendell W. Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036-4303 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC<br>BWW Law Group, LLC.<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852 | EZ Express Loan LLC<br>P O Box 2631<br>Springfield, VA 22152 | Internal Revenue Service<br>1111 Constitution Ave, NW<br>Washington, DC 20224 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Servis One, Inc. dba BSI Financial Service | (d)Astute Technologies LLC<br>11620 Verna Dr.<br>Oakton, VA 22124-2045 | (d)Calliecorp, L.L.C.<br>c/o Zach Hillerson<br>11 Battletown Drive<br>Berryville, VA 22611-9500 |
| (d)Servis One, Inc. dba BSI Financial Service<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038-2480 | (d)Wells Fargo Bank N.A., d/b/a Wells Fargo A<br>P O Box 169005<br>Irving, TX 75016-9005 | (u)John W. Gosnell |

| | | |
|---|---|---|
| (u)Manik Chamarthy | (u)Manjula Sure | (u)Rajat Batra |
| (u)Ravinder Eeraveni | (u)Srikanth Tangedipalli | (u)Tanuja Vedere |
| (u)Venuglobal Chidarala | | |

End of Label Matrix
Mailable recipients   74
Bypassed recipients   13
Total                 87