IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 7) |
| Debtor. | ) | |

_____

### PRAECIPE TO WITHDRAWN TRUSTEE'S REPLY TO OBJECTION TO APPLICATION TO AUTHORIZE RETENTION OF SPECIAL COUNSEL PURSUANT TO U.S.C. § 327(e)

PLEASE TAKE NOTICE that Debtor Charles Paxton hereby withdraws Trustee's

Reply to Objection to Application to Authorize Retention of Special Counsel Pursuant to

U.S.C. § 327(e) (Docket #145), which was filed on July 26, 2024.

**Dated:** July 26, 2024.

Respectfully submitted,


_/s/  Donald M. Temple_
Donald M. Temple, Esq. [408749]
2522-Virginia Avenue, N.W.
Washington, DC 20037
tel: (202) 628-1101
fax: (202) 628-1149
*dtemplelaw@gmail.com*

For Trustee Wendell Webster

1