# EXHIBIT

# 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CHARLES PAXTON PARET,** ) | Case No. Case No. 23-00217-ELG |
| ) | Chapter 11 |
| **Debtor** ) | |
| ) | |

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Charles Paxton Paret ("Debtor"), by counsel, and respectfully seeks to employ Donald M. Temple ("Mr. Temple") as the Debtor's Special Counsel for the related adversary proceeding (Adv. No. 23-10025-ELG), and in support thereof states as follows:

1. This case was commenced when the Debtor filed a petition for chapter 7 relief on August 4, 2023. The case was converted to chapter 11 by Order dated November 22, 2023.

2. The Debtor filed an adversary complaint on September 1, 2023. The case was removed to the Bankruptcy Court from the Superior Court for the District of Columbia.

3. Approval is instantly sought of Mr. Temple's employment to provide services to the Debtor as Special Counsel in the Adversary Proceeding.

4. Mr. Temple does not represent any other person or entity in connection with this case and is disinterested as that term is used in Section 101(14) of the Bankruptcy Code. Mr. Temple is not a creditor, an equity holder, or an insider of the Debtor; was not, within two years before the date of the petition for relief, a director, officer, or employee of the Debtor; and does not have any interest materially adverse to the interests of the estate or any class of creditors or

Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
703-474-3436 Cell
Jeff@martinlawgroupva.com
Counsel for the Debtor

equity holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor (or for any other reason).

5. Mr. Temple has no legal connection with the Debtor, the creditors herein, or any other parties in interest, nor with their respective counsel, nor with the United States Trustee or any person employed in the office of the United States Trustee, except as expressly disclosed in the affidavit of Donald Temple attached hereto.

6. Mr. Temple has agreed to serve as Special Counsel at the rate of $400.00 per hour on a mixed flat fee basis as set forth in the Retainer Agreement attached hereto. The relevant portion of the Agreement provides as follows:

> **The firm will require a mixed fixed fee in the amount of $25,000.00, PAYABLE IN** $5,000 installments to cover our initial fifty hours of legal time at a rate of $400.00 per hour. thereafter, the Client agrees to compensate the CORPORATION ON a reduced twenty (20) percent contingency basis. Our usual contingency fee starts at 35%. The initial deposit required is $5,000.00.

7. Debtor has paid no compensation to Mr. Temple for any representation since the initiation of the immediate bankruptcy proceeding.

8. While Mr. Temple has begun informally communicating with parties in interest in this case, he will not commence work as Special Counsel until an order granting this application is entered and, as such, will have no actual authority prior to the entry of such order nor be eligible for compensation for any services rendered prior to the entry of such order.

9. All compensation sought in this matter will be subject to the review and approval of the United States Bankruptcy Court for the District of Columbia.

10. Attached hereto, and incorporated herein by reference, is the declaration of Donald M. Temple, Esq. in support of this application.

WHEREFORE, the Debtor prays that this Court authorize the employment and compensation of Donald M. Temple, as chief restructuring officer of the Debtor, pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, and for such other and further relief as this Court may deem appropriate.

**CHARLES PAXTON PARET**
**By counsel**

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
703-474-3436 Cell
Jeff@martinlawgroupva.com
Counsel for the Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2024, a true copy of the foregoing pleading was sent by CM/ECF to all parties requesting notice (including the United States Trustee) and by first class mail, postage prepaid, to the 20 largest creditors and all secured creditors per the attached matrix.

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CHARLES PAXTON PARET, | ) Case No. 23-00217-ELG |
| | ) Chapter 11 |
| Debtor | ) |
| | ) |

VERIFIED STATEMENT OF SPECIAL COUNSEL
PURSUANT TO BANKRUPTCY RULE 2014

Donald M. Temple, Esq., on behalf of The Law Offices of Donald M. Temple, P.C. ("Counsel"), hereby states as follows:

1. He is the principal and officer of Counsel and is authorized to make this Verified Statement on its behalf.

2. Counsel is the law firm sought to be appointed and compensated as special counsel for Charles Paxton Paret, the above-named debtor (the "Debtor"), in the Application with which this Verified Statement is filed.

3. No agreement or understanding exists between Counsel or any other person for a division of the compensation to be received by Counsel for its services rendered herein, and no such division of compensation shall be made by Counsel.

4. The undersigned has received no compensation from Mr. Paret for any representation since the initiation of the immediate bankruptcy proceedings.

5. The undersigned represented Mr. Paret in the District of Columbia Superior Court regarding his original partnership complaint in Case 2023 CAB, 004507 which was stayed by the immediate bankruptcy.

6.      To the best of Counsel's information and belief and other than as set forth herein, Counsel has no connection with the Debtor or its related interests, nor with any other party in interest in connection with this case, their respective attorney or accountant, and it represents no interest adverse to the Debtor or its estate.

7.      None of the attorneys employed by Counsel are related by either blood or marriage to any employee of the Office of the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

 

Donald M. Temple, D.C. Bar #408749
The Law Offices of Donald M. Temple, P.C.
1310 L Street, N.W., Suite 750
Washington, D.C. 20005
202-628-1101
dtemplelaw@gmail.com
Proposed Special Counsel for the Debtor