The order below is hereby signed.

Signed: August 7 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | |
| **Charles Paxton Paret** | : | **Case No. 23-00217-ELG** |
| | : | **Chapter 7** |
| **Debtor.** | : | |

### ORDER APPROVING FIRST AND FINAL APPLICATION OF MARTIN LAW GROUP, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

THIS CAUSE came to be heard upon the Attorney's First and Final Application for Payment of Fees and Costs of Martin Law Group, P.C. ("MLG"), as Counsel to the Debtor Charles Paxton Paret ("Debtor"), and

IT APPEARING TO THE COURT that MLG is requesting approval and payment of its first interim application for compensation for its legal services rendered to the Debtor in this proceeding in the amount of $31,287.50 for the period of October 17, 2023, through March 14, 2024 and reimbursement for out-of-pocket costs and expenses of $252.10 for total fees and costs through said date in the amount of $31,539.60; and

IT FURTHER APPEARING that good cause exists for granting such requests, it is hereby:

ORDERED that fees in the amount of $31,190.50 and expenses in the amount of $252.10

are hereby approved and Counsel may apply its retainer in the amount of $6,142.50 with the

remaining unpaid amount of $25,299.60 deemed a Chapter 11 administrative expense subject to

further order.


WE ASK FOR THIS:

MARTIN LAW GROUP, P.C.


By:     /s/ Jeffery T. Martin, Jr.
        Jeffery T. Martin, Jr., Bar No. VA71860
        Martin Law Group, P.C.
        8065 Leesburg Pike, Suite 750
        Vienna, VA 22182
        (703) 834-5550; jeff@martinlawgroupva.com
        Counsel for the Debtor

        /s/ Justin P. Fasano
        Justin P. Fasano (Bar No. MD21201)
        McNamee Hosea. P.A.
        6404 Ivy Lane, Suite 820
        Greenbelt, MD 20770
        (301) 441-2420
        jfasano@mhlawyers.com
        Counsel to the Chapter 7 Trustee

        /s/ Kristen S. Eustis
        Kristen S. Eustis, Trial Attorney, Bar No. MD28984
        Office of the United States Trustee
        1725 Duke St., Suite 650
        Alexandria, VA 22314
        (703) 557-7227- Direct Dial
        Kristen.S.Eustis@usdoj.gov
        Counsel for the United States Trustee

**End of Order**