**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES PAXTON PARET** | ) | **Case No. 23-00217-ELG** |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON**
**APPLICATION TO AUTHORIZE RETENTION OF**
**SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(E)**

Wendell W. Webster, Chapter 7 Trustee (the "Trustee"), by counsel has filed his (1) Application to Authorize Retention of Counsel Pursuant to 11 U.S.C. §327(e) (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

☒  **PLEASE TAKE NOTICE that a hearing will be held on November 13, 2024, at 10:00 a.m. regarding the Application.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief.

Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

Dated: October 30, 2024                    Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel. (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, a copy of the foregoing was served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case.

*/s/ Justin P. Fasano*
Justin P. Fasano

2