Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**WITHDRAWAL OF OBJECTION TO APPLICATION TO AUTHORIZE RETENTION OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)**

Comes now WCP Fund I LLC ("WCP"), by and through undersigned counsel, and withdraws its previously filed Objection to Application to Authorize Retention of Special Counsel Pursuant to 11 U.S.C. § 327(e), as found at docket entry 141. The trustee herein consents to the withdrawal of this objection.

Respectfully submitted,

Dated: November 11, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of November, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig