# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0090–1 | User: admin | Date Created: 11/13/2024 |
| Case: 23–00217–ELG | Form ID: pdf001 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
aty    Justin Philip Fasano    jfasano@mhlawyers.com

TOTAL: 2