IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-217-ELG |
| | ) | |
| Charles Paxton Paret | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION AND NOTICE OF HEARING ON
## MOTION FOR APPROVAL OF
## <u>SETTLEMENT AGREEMENT PURSUANT TO FED. R. BANKR. P. 9019</u>

Wendell W. Webster, Chapter 7 Trustee (the "Trustee"), by counsel has filed his (1) *Motion for Approval of Settlement Agreement Pursuant to Fed. R. Bankr. P. 9019* (the "Motion").  The motion seeks to settle claims against Daniel Huertas, WCP Fund I, LLC and related entities for a series of payments totaling not less than $75,000.00.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:**

☒  **On or before June 18, 2025,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

Clerk of the Bankruptcy Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

Any objection filed must be sent to:

> Justin P. Fasano
> McNamee Hosea, P.A.
> 6404 Ivy Lane, Suite 820
> Greenbelt, MD 20770

☒ **PLEASE TAKE NOTICE that a hearing will be held on June 25, 2025, at 1:00 p.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a or Zoom for Government format. All participants must appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief.

Dated: March 28, 2025                    Respectfully submitted,

> /s/ Justin P. Fasano
> Janet M. Nesse (D.C. Bar 358514)
> Justin P. Fasano (D.C. Bar MD21201)
> McNamee Hosea, P.A.
> 6404 Ivy Lane, Suite 820
> Greenbelt, MD 20770
> Tel. (301) 441-2420
> jnesse@mhlawyers.com
> jfasano@mhlawyers.com
> *Counsel for Wendell W. Webster, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, a copy of the foregoing was served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case.

> /s/ Justin P. Fasano
> Justin P. Fasano