United Bank (CENTRABANK)

Perfected

| Account | Actions |
|---|---|

VIN/HIN: **SALEX7RUXM2037270**   Status: **Perfected (PT)**   Titling State: **VA**   Year: **2021**      **LOAN**
Account: ▓▓▓▓▓**8787-80001**   Loan:   LoanSuffix:   Branch: **3026**   Make: **LAND ROVER**   Model: **DEFENDER**

### Overview

| | |
|---|---|
| Primary customer: **CHARLES P PARET** | Recovery type: |
| Secondary customer: | Recovery Status date: |
| Home phone: **2028347673** | Amount Financed: **104049.31** |
| Address: **343 1ST ST** | Financed date: **06/22/2022** |
| **BERRYVILLE, VA 22611** | Booked date: **06/29/2022** |
| Alert when perfected: ☐ Client ☐ CMS | Expected payoff date: **01/06/2029** |
| User Defined 1: **0** | Payoff date: |
| Payoff Indicator: **J WALI** | Perfected date: **7/8/2022** |
| User Defined 3: | Closed date: |
| Lienholder Status Code: | Loan Balance |
| Business Unit: | State: **VA** |
| Dealer ID/Name: **91745/LAND ROVER ALEXANDRIA** | Account subtype: Loan - Dealer Indirect (D) |
| | Expected Contract Type: |

### Customers

| | Order | Order | Name | Type | Home Phone | Business Phone | Address |
|---|---|---|---|---|---|---|---|
| Edit | 1 | ▼ | CHARLES P PARET | UNKNOWN | 2028347673 | 0000000000 | 343 1ST ST BERRYVILLEVA22611 |

### Property

| VIN/HIN | Make | Model | Year | Odometer | Damaged? | Damaged Date | Insurance Total Loss? | Insurance Total Loss Date | Account Collateral Type |
|---|---|---|---|---|---|---|---|---|---|
| SALEX7RUXM2037270 | LAND ROVER | DEFENDER | 2021 | | ☐ | | ☐ | | VEH |

### Dealer Info

| | |
|---|---|
| ID: **91745** | Type: **DEALER** |
| Name: **LAND ROVER ALEXANDRIA** | Status: **ACTIVE** |
| Address: **2712 DUKE STREET** | Dealership: |
| **ALEXANDRIA, VA 22314-4511** | Contact Name: |
| Phone: | Contact Phone: |
| Fax: | Note: |
| EMail: | |

### Lien Filing

**EXHIBIT 2**

**Release**

**Duplicate Title**

Request Date:                                         Action Date:
Status:                                               Last Worked By:
State:                                                Required State Forms:
Reason                                                Requesting Dept:
Operations Code:                                      Billable:

**Follow Up**

Client Activities

Follow up Activity

**Direct Lending Services**

**Additional Documents**

Additional Documents do not exist for this account

**Obsolete Docs**

| Title | Actions |
|---|---|

VIN/HIN: **SALEX7RUXM2037270**    State: **VA**    Title Number: **2819822822**    **Title-Electronic**
Year: **2021**    Make/Builder: **LNDR**    Model:    **Perfecting**

**Overview**

Owner(s): **CHARLES PAXTON PARET**                 Closed Date:
Lienholder: **UNITED BANK INC**                    Closed Reason:
Match Type: **AUTOMATIC**                          Document Location:
Match Date: **7/8/2022**
Issuance Date: **7/7/2022**
Imported Date: **7/8/2022**

**Owners**

**Property**

**Liens**

| Name | Address | Lienholder ID | Lien Date |
|---|---|---|---|
| UNITED BANK INC | PO BOX 720<br>WILMINGTON, OH 451770720 | FS52UBIUBI05 | 6/29/2022 |

**Title Maint**

Notes (Date/Time stamps in this section reflect Pacific Time)    **Add Note**

**Notes**

◉ Show All   ◯ Show User Notes Only   ◯ Show Activity History Only

| Date | User | Context | Activity | Note |
|---|---|---|---|---|

| Date | User | Context | Activity | Note |
|---|---|---|---|---|
| 03:43 AM | | | | |
| 07/08/2022 03:43 AM | System | State Import | Create Title | Received electronic document from State. |
| 07/08/2022 03:43 AM | System | State Import | Perfect Account | Account and Document were automatically matched. |
| 06/30/2022 04:34 AM | System | Client Import | Create Account | Account created via a Client Import file. |

**Work Items**