Jonathan E. Levine
D.C. Bar No. 475891
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030
Telephone: (703) 352-1300
Facsimile: (703) 352-1301
jlevine@mbhylaw.com
*Counsel for Movant*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: Charles Paxton Paret, | Case No. 23-00217-ELG |
| Debtor | (Chapter 7) |

United Bank,

Movant

v.

Charles Paxton Paret,

Respondent

**NOTICE OF MOTION AND HEARING**

  United Bank has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to exercise its rights as a secured creditor under applicable non-bankruptcy law. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

  If you do not want the court to grant the motion for relief from the stay, or if you want the court to consider your views on the motion, then by June 27, 2025, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

| | |
|---|---|
| United Bank | Wendell W. Webster |
| c/o Jonathan E. Levine, Esq. | Chapter 7 Trustee |
| Mahdavi, Bacon, Halfhill & Young, PLLC | 1101 Connecticut Avenue, NW |
| 11350 Random Hills Rd., Suite 700 | Suite 402 |
| Fairfax, VA 22030 | Washington, DC 20036 |

  If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

  The hearing is scheduled for July 2, 2025, at 9:30 a.m. Pursuant to the Court's General

1

Order 2024-03, effective October 1, 2024, unless otherwise ordered by the Court, all hearings will be conducted both in person at United States Bankruptcy Court, 333 Constitution Avenue N.W., Washington D.C., Courtroom 1, and also remotely via Zoom for Government. Contact the Courtroom Deputy for Zoom information.

     IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

DATE: June 16, 2025                                                  United Bank
                                                                                  By Counsel

MAHDAVI, BACON, HALFHILL & YOUNG, PLLC
By:   /s/ Jonathan E. Levine
     Jonathan E. Levine, Esquire
     D.C. Bar No. 475891
     11350 Random Hills Rd., Suite 700
     Fairfax, Virginia 22030
     Telephone: (703) 352-1300
     Facsimile: (703) 352-1301
     jlevine@mbhylaw.com
     *Counsel for United Bank*

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 16, 2025, a true copy of the foregoing Notice of Motion was electronically served on all parties and counsel of record in this matter using the Court's CM/ECF service and sent by first-class mail, postage pre-paid, to:

Jeffery T. Martin
John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Donald Melvin Temple
Donald M. Temple
1310 L Street, N.W., Suite 750
Washington, DC 20005

Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

Justin P. Fasano, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070

Charles Paxton Paret
343 First Street
Berryville, VA 22611

                                                       /s/ Jonathan E. Levine
                                                       Jonathan E. Levine