# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

IN RE:
Charles Paxton Paret
Debtor.

CASE No. 23-217-ELG
(Chapter 7)

### EXHIBIT W: INDEX OF EXHIBITS

The following exhibits are attached to the Objection to the Trustee's Motion for Approval of Settlement Agreement (Doc. 158):

- Exhibit A: Appraisal for 107 Rhode Island Ave, NW –Units 1-4, Pg. 1-27 $[Value Pending]•

Exhibit B: Appraisal for 1736 Montello Ave NE, Units 1-10, Pg. 28 - 63 – $2,885,000.00

- Exhibit C: Appraisal for 2507 I ST NW –   Pg. 28 - 90 - $2,885,000.00

- Exhibit D: Appraisal for 159 Fairfield Place NW Pg.90-254 – $2,750,000 - Currently Listed for Sale, Appraisal upon completion would be $17,900,000 stabilized.

- Exhibit E: Appraisal for 107 Rhode Island Ave NW Unit 1. PG. 255- –   $600,000

Exhibit F: Appraisal for [Property Address] – $[Value Pending]

- Exhibit G: Appraisal for [Property Address] – $[Value Pending]
- Exhibit H: Appraisal for [Property Address] – $[Value Pending]
- Exhibit I: Appraisal for [Property Address] – $[Value Pending]
- Exhibit J: Appraisal for [Property Address] – $[Value Pending]
- Exhibit K: Appraisal for [Property Address] – $[Value Pending]
- Exhibit L: Appraisal for [Property Address] – $[Value Pending]
- Exhibit M: Appraisal for [Property Address] – $[Value Pending]
- Exhibit N: Appraisal for [Property Address] – $[Value Pending]
- Exhibit O: Appraisal for [Property Address] – $[Value Pending]
- Exhibit P: Appraisal for [Property Address] – $[Value Pending]
- Exhibit Q: Appraisal for [Property Address] – $[Value Pending]
- Exhibit R: Appraisal for [Property Address] – $[Value Pending]
- Exhibit S: Appraisal for [Property Address] – $[Value Pending]
- Exhibit T: Appraisal for [Property Address] – $[Value Pending]



FILED

JUN 2 0 2025

Clerk, U.S. ... and
Bankruptcy Co... 's



RECEIVED
Mail Room

JUN 23 2025

Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

1

- Exhibit U: Appraisal for [Property Address] – $[Value Pending]
- Exhibit V: Declaration of Charles Paxton Paret

Total Appraisal Value of 21 Properties: $67,075,000 (

Note: Individual appraisal values for properties other than 1619 Swann St NW are provided in the attached appraisals (Exhibits A–U). The total portfolio value of $67,075,000 reflects a $31,279,495.37 appreciation from the purchase price of $35,795,504.63.

Dated: June 18, 2025

/s/ Charles Paxton Paret
Charles Paxton Paret
343 First St
Berryville, VA 22611
202-834-7673
charlesₚaret@hotmail.com

2

Exhibits_A_U (1)

Exhibits_A_U (41)

Exhibits_A_U (42)

Exhibits_A_U (43)

Exhibits_A_U (44)

Exhibits_A_U (45)

Exhibits_A_U (46)

Exhibits_A_U (47)

Exhibits_A_U (48)

Exhibits_A_U (49)

Exhibits_A_U (51)

Exhibits_A_U (52)

Exhibits_A_U (53)

Exhibits_A_U (54)

Exhibits_A_U (55)

Exhibits_A_U (56)

Exhibits_A_U (57)

Exhibits_A_U (58)

Exhibits_A_U (59)

Exhibits_A_U (60)

Exhibits_A_U (61)

Exhibits_A_U (62)

Exhibits_A_U (63)

Exhibits_A_U (64)

Exhibits_A_U (65)

Exhibits_A_U (66)

Exhibits_A_U (67)

Exhibits_A_U (68)

Exhibits_A_U (69)

Exhibits_A_U (70)

Exhibits_A_U (71)

Exhibits_A_U (72)

Exhibits_A_U (73)

Exhibits_A_U (74)

Exhibits_A_U (75)

Exhibits_A_U (76)

Exhibits_A_U (77)

Exhibits_A_U (78)

Exhibits_A_U (79)

Exhibits_A_U (80)

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
107 Rhode Island Ave NW  #2
Washington, DC 20001
Lot 100 Square 3113 Ledroit Park

### FOR
Alex Guadie
2815 Hartland Rd, Falls Church, VA 22043
Falls Church, VA 22043

### OPINION OF VALUE
610,000

### AS OF
01/19/2018

### BY
Michael L. Heup
USAppraisal
2537 Forest Trail Ct
Davidsonville, MD 21035
(410) 216-6160
orders@usappraisal.biz

## Individual Condominium Unit Appraisal Report

File # 201801033

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

Property Address 107 Rhode Island Ave NW #2    Unit # 2    City Washington    State DC    Zip Code 20001
Borrower Guadie, Alex/107 Rhode Island Ave LLC    Owner of Public Record 107 Rhode Island Ave LLC    County District of Columbia
Legal Description Lot 100 Square 3113 Ledroit Park
Assessor's Parcel # 3113-000-0100    Tax Year 2016    R.E. Taxes $ 3,500
Project Name 107 Rhode Island Ave Condo    Phase # 1    Map Reference 47894    Census Tract 0033.01
Occupant ☐ Owner ☐ Tenant ☒ Vacant    Special Assessments $ 0    HOA $ 220    ☐ per year ☒ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Construction Loan
Lender/Client Alex Guadie    Address 2815 Hartland Rd, Falls Church, VA 22043
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s).    MRIS/Public Records

**CONTRACT**

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☒ Yes ☐ No Data Source(s) Public Records
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | | PRICE | AGE | One-Unit 90 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | | $ (000) | (yrs) | 2-4 Unit 10 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | | 350 Low | 0 | Multi-Family 10 % |
| Neighborhood Boundaries  Neighborhood is bounded by Michigan Ave to the North, New York Ave to the | | | | | 2,300 High | 135 | Commercial 10 % |
| South, Georgia Ave to the East and Bladensburg Rd to the West | | | | | 700 Pred. | 110 | Other 10 % |

Neighborhood Description    Subject is located in the Ledroit Park neighborhood of the city in its northwest quadrant. Easy access to downtown and suburban locations via North Capitol St, Florida Ave and New York Ave. Area exhibits strong rehabilitation patterns with most older un renovated properties being upgraded and enlarged where possible. All conveniences are located nearby
Market Conditions (including support for the above conclusions)    Conventional rates are currently competitive in the 3-5% range. It is typical in the marketplace for the seller to pay some points and/or a portion of the closing costs. Given the current active market, with all types of financing available, it is not necessary to pay any unusual points or concessions. See attached addendum.

**PROJECT SITE**

Topography Level    Size Average    Density Conforming    View N;CtyStr;
Specific Zoning Classification MU-4    Zoning Description Residential
Zoning Compliance ☒ Legal ☐ Legal Nonconforming - Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No
☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Bituminous | | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley Paved | | ☒ | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 1100010017C    FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
No apparent adverse easements, encroachments, or otherwise unfavorable on-site conditions were observed.

**PROJECT INFORMATION**

Data source(s) for project information    Developer
Project Description ☐ Detached ☒ Row or Townhouse ☐ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | General Description | Subject Phase | If Project Completed | If Project Incomplete |
|---|---|---|---|---|
| # of Stories 4 | Exterior Walls Brick/Fra | # of Units 1 | # of Phases | # of Planned Phases 1 |
| # of Elevators 0 | Roof Surface Comp Sh | # of Units Completed 0 | # of Units | # of Planned Units 4 |
| ☐ Existing ☒ Proposed | Total # Parking 2 | # of Units for Sale 0 | # of Units for Sale | # of Units for Sale 0 |
| ☐ Under Construction | Ratio (spaces/units) .5 | # of Units Sold 0 | # of Units Sold | # of Units Sold 0 |
| Year Built 1900 | Type Open | # of Units Rented 0 | # of Units Rented | # of Units Rented 0 |
| Effective Age 10 | Guest Parking 0 | # of Owner Occupied Units 0 | # of Owner Occupied Units | # of Owner Occupied Units 0 |

Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☒ Yes ☐ No
Management Group - ☒ Homeowners' Association ☐ Developer ☐ Management Agent - Provide name of management company.    Condo Association Was
not formed as of the effective date of the appraisal. Any information stated is an extraordinary assumption
Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☒ Yes ☐ No If Yes, Describe
All four units will own more than 10% each

Was the project created by the conversion of existing building(s) into a condominium? ☒ Yes ☐ No If Yes, describe the original use and date of conversion.
Shell -2018

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☐ Yes ☒ No If No, describe
Green Space

Is there any commercial space in the project? ☐ Yes ☒ No If Yes, describe and indicate the overall percentage of the commercial space.

Individual Condominium Unit Appraisal Report    File # 201801033

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Renovated building converted form a rowhouse to a 4 unit building

Describe the common elements and recreational facilities.    Green Space

Are any common elements leased to or by the Homeowners' Association?    ☐ Yes  ☒ No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    ☐ Yes  ☒ No  If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    ☒ Yes    ☐ No  If No, describe and comment on the effect on value and marketability.    Parking is not typical for the area

**PROJECT ANALYSIS**

I  ☐ did  ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    Appraiser did not analyze the budget as it exceeds the scope of the assignment.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    ☐ Yes ☒ No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    ☐ High  ☒ Average    ☐ Low  If High or Low, describe    Based on developers estimate

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes  ☒ No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $  220    per month X 12 = $  2,640.00    per year    Annual assessment charge per year per square feet of gross living area = $    2.91
Utilities included in the unit monthly assessment    ☐ None  ☐ Heat    ☐ Air Conditioning    ☐ Electricity    ☐ Gas  ☒ Water  ☒ Sewer    ☐ Cable    ☐ Other (describe)

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage |
|---|---|---|---|---|---|---|
| Floor #  1 | Floors | Hdwd/Cpt/Avg | Fireplace(s) # 0 | | ☒ Refrigerator | ☒ None |
| # of Levels  1 | Walls | Drywall/Avg | WoodStove(s) #0 | | ☒ Range/Oven | ☐ Garage  ☐ Covered  ☐ Open |
| Heating Type FWA  Fuel Gas | Trim/Finish | Wood/Avg | Deck/Patio  None | | ☒ Disp  ☒ Microwave | # of Cars    0 |
| ☒ Central AC  ☐ Individual AC | Bath Wainscot | Ceramic/Avg | ☒ Porch/Balcony  Balc | | ☒ Dishwasher | ☐ Assigned  ☐ Owned |
| ☐ Other (describe) | Doors | Standard/New | ☐ Other  None | | ☒ Washer/Dryer | Parking Space # |
| Finished area above grade contains: | | 4  Rooms | 2  Bedrooms | 2.0  Bath(s) | 906  Square Feet of Gross Living Area Above Grade | |

Are the heating and cooling for the individual units separately metered?    ☒ Yes  ☐ No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    Total renovation with all new equipment and fixtures throughout; Rear Balcony

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    C2;Kitchen-remodeled-less than one year
ago;Bathrooms-remodeled-less than one year ago;Rooftop Deck

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    ☐ Yes ☒ No  If Yes, describe
Appraiser did not note any of these types of deficiencies at the time of inspection unless otherwise noted elsewhere in this report. The appraiser
is not a licensed or qualified home inspector and offers no warranty on this inspection. If desired, client should seek the services of a licensed
and qualified home inspector and/or structural engineer to ascertain the overall integrity of the improvements.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    ☒ Yes  ☐ No  If No, describe
Property is typical for the area.

**PRIOR SALE HISTORY**

I  ☒ did    ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  ☒ did  ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MRIS and/or Public Records
My research  ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MRIS and/or Public Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/21/2017 | 04/10/2014 | 04/23/2014 | |
| Price of Prior Sale/Transfer | $901,000 | $560,000 | $600,000 | |
| Data Source(s) | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records |
| Effective Date of Data Source(s) | 01/19/2018 | 01/19/2018 | 01/19/2018 | 01/31/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    No previous sales were considered applicable.

# Individual Condominium Unit Appraisal Report

File # 201801033

There are __9__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 522,000 to $ 995,000.
There are __58__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 509,000 to $ 850,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 107 Rhode Island Ave NW #2 2, Washington, DC 20001 | 1401 1st St Nw #2 2, Washington, DC 20001 | | 1135 6th St NW 4, Washington, DC 20001-4526 | | 64 W St Nw #1 1, Washington, DC 20001 | |
| Project Name and Phase | 107 RI Ave Condo 1 | 1401 1st St Condo 1 | | 1135 6th St Condo 1 | | Ledroit Loft Condos 1 | |
| Proximity to Subject | | 0.50 miles S | | 0.82 miles SW | | 0.22 miles NE | |
| Sale Price | $ | | $ 740,000 | | $ 705,000 | | $ 550,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 705.43 sq. ft. | | $ 922.77 sq. ft. | | $ 497.74 sq. ft. | |
| Data Source(s) | | MRIS#DC9894573;DOM 16 | | MRIS#DC9959372;DOM 4 | | MRIS#DC9959965;DOM 13 | |
| Verification Source(s) | | MRIS/Tax Records | | MRIS/Tax Records | | MRIS/Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s04/17;c04/17 | | s07/17;c06/17 | | s08/17;c06/17 | |
| Location | N;Urban; | N;Urban; | | N;Urban; | | N;Urban; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 220 | 193 | 0 | 255 | 0 | 190 | 0 |
| Common Elements and Rec. Facilities | Green Space | Green Space | | Green Space | | Green Space | |
| Floor Location | 1 | 2 | -40,000 | 3 | -40,000 | Terr | +10,000 |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | N;CtyStr; | |
| Design (Style) | RT1L;Federal | O2L;Contemp | 0 | RT1L;Victorian | 0 | RT1L;Colonial | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 118 | 4 | -10,000 | 117 | 0 | 105 | 0 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total 4 Bdrms. 2 Baths 2.0 | Total 5 Bdrms. 2 Baths 2.1 | -5,000 | Total 4 Bdrms. 2 Baths 2.0 | | Total 4 Bdrms. 2 Baths 2.0 | |
| Gross Living Area | 906 sq. ft. | 1,049 sq. ft. | -22,950 | 764 sq. ft. | +19,800 | 1,105 sq. ft. | -31,350 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Thermopanes | Thermopanes | | Thermopanes | | Thermopanes | |
| Garage/Carport | None | 1op | -50,000 | 1op | -50,000 | None | |
| Porch/Patio/Deck | Balcony | Roof Deck | -10,000 | Roof Deck | -10,000 | Patio | 0 |
| Fireplace | None | None | | None | | None | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -137,950 | ☐ + ☒ - | $ -80,200 | ☐ + ☒ - | $ -21,350 |
| Adjusted Sale Price of Comparables | | Net Adj. 18.6 % Gross Adj. 18.6 % | $ 602,050 | Net Adj. 11.4 % Gross Adj. 17.0 % | $ 624,800 | Net Adj. 3.9 % Gross Adj. 7.5 % | $ 528,650 |

Summary of Sales Comparison Approach  See attached addendum for all additional sales comparison approach comments.

Indicated Value by Sales Comparison Approach $  610,000

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____  X Gross Rent Multiplier _____ = $ _____  Indicated Value by Income Approach _____
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $  610,000  Income Approach (if developed) $ _____
This appraisal has been completed in order to estimate the market value of the subject. Consideration has been given to all factors, including and not limited to market condition, financing terms, location, subject condition, and competition.

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Subject to completion of renovations per plans provided to the appraiser

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 610,000 , as of 01/19/2018 , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report

File # 201801033

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Individual Condominium Unit Appraisal Report    File # 201801033

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Michael L. Heup | Name |
| Company Name   USAppraisal | Company Name |
| Company Address   2537 Forest Trail Ct. | Company Address |
| Davidsonville, MD 21035 | |
| Telephone Number   (410) 216-6160 | Telephone Number |
| Email Address   orders@usappraisal.biz | Email Address |
| Date of Signature and Report   01/31/2018 | Date of Signature |
| Effective Date of Appraisal   01/19/2018 | State Certification # |
| State Certification #   GA10179 | or State License # |
| or State License # | State |
| or Other (describe)   State # | Expiration Date of Certification or License |
| State   DC | |
| Expiration Date of Certification or License   02/28/2018 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 107 Rhode Island Ave NW #2 | Date of Inspection |
| 2, Washington, DC 20001 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   610,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name   No AMC | COMPARABLE SALES |
| Company Name   Alex Guadie | |
| Company Address   2815 Hartland Rd, Falls Church, VA 22043 | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

# Individual Condominium Unit Appraisal Report

File # 201801033

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address and | 107 Rhode Island Ave NW #2 | 64 W St NW | | 2015 Flagler Pl NW | | | |
| Unit # | 2, Washington, DC 20001 | 2, Washington, DC 20001-1014 | | 1, Washington, DC 20001 | | | |
| Project Name and | 107 RI Ave Condo | Ledroit Loft Condos | | 2015 Flagler Condos | | | |
| Phase | 1 | 1 | | 1 | | | |
| Proximity to Subject | | 0.22 miles NE | | 0.11 miles NW | | | |
| Sale Price | $ | | $ 645,000 | | $ 636,425 | | $ |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 583.71 sq. ft. | | $ 613.72 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MRIS#DC9958713;DOM 37 | | MRIS#DC9944175;DOM 4 | | | |
| Verification Source(s) | | MRIS/Tax Records | | MRIS/Tax Records | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | | |
| Concessions | | Conv;0 | | Conv;0 | | | |
| Date of Sale/Time | | s07/17;c07/17 | | s06/17;c05/17 | | | |
| Location | N;Urban; | N;Urban; | | N;Urban; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| HOA Mo. Assessment | 220 | 190 | 0 | 244 | 0 | | |
| Common Elements and Rec. Facilities | Green Space | Green Space | | Green Space | | | |
| Floor Location | 1 | 1 | | 1 | | | |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | | |
| Design (Style) | RT1L;Federal | RT1L;Colonial | 0 | RT2L;Federal | 0 | | |
| Quality of Construction | Q3 | Q3 | | Q3 | | | |
| Actual Age | 118 | 105 | 0 | 111 | 0 | | |
| Condition | C2 | C2 | | C2 | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 4   2   2.0 | 4   2   2.0 | | 5   2   2.1 | -5,000 | | |
| Gross Living Area | 906 sq. ft. | 1,105 sq. ft. | -31,350 | 1,037 sq. ft. | -21,150 | sq. ft. | |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | | |
| Energy Efficient Items | Thermopanes | Thermopanes | | Thermopanes | | | |
| Garage/Carport | None | 1op | -50,000 | None | | | |
| Porch/Patio/Deck | Balcony | Deck | 0 | Patio | 0 | | |
| Fireplace | None | None | | None | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -81,350 | ☐ + ☒ - | $ -26,150 | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 12.6 % | | Net Adj. 4.1 % | | Net Adj. % | |
| | | Gross Adj. 12.6 % | $ 563,650 | Gross Adj. 4.1 % | $ 610,275 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/21/2017 | | | |
| Price of Prior Sale/Transfer | $901,000 | | | |
| Data Source(s) | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records | |
| Effective Date of Data Source(s) | 01/19/2018 | 01/19/2018 | 01/19/2018 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

# Market Conditions Addendum to the Appraisal Report

File No. 201801033

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 107 Rhode Island Ave NW #2 | City Washington | State DC | ZIP Code 20001 |
|---|---|---|---|---|

Borrower  Guadie, Alex/107 Rhode Island Ave LLC

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

**MARKET RESEARCH & ANALYSIS**

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 34 | 16 | 8 | Increasing | Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 5.67 | 5.33 | 2.67 | Increasing | Stable | ☒ Declining |
| Total # of Comparable Active Listings | 12 | 13 | 9 | ☒ Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 2.12 | 2.44 | 3.38 | Declining | ☒ Stable | Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | $640,713 | $682,750 | $634,500 | Increasing | ☒ Stable | Declining |
| Median Comparable Sales Days on Market | 7 | 11 | 28.5 | Declining | Stable | ☒ Increasing |
| Median Comparable List Price | $612,450 | $649,900 | $625,000 | Increasing | Stable | Declining |
| Median Comparable Listings Days on Market | 70 | 25 | 60 | Declining | ☒ Stable | Increasing |
| Median Sale Price as % of List Price | 100 | 100 | 100.01 | Increasing | ☒ Stable | Increasing |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | Yes | ☒ No | | Declining | ☒ Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.)   The MRIS MLS indicates there were 58 closed sales during the past 12 months and 20 of those sales contained seller concessions which is 34% of the total transactions in this market area. Prior Months 7-12: 34 Sales; 10 with concessions; 29% of sales for this period. 4-6: 16 Sales; 6 with concessions; 38% of sales for this period. 0-3: 8 Sales; 4 with concessions; 50% of sales for this period. The concessions ranged between $500 and $20,000. The median concession amount is $7,500.

Are foreclosure sales (REO sales) a factor in the market?   Yes   ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed properties that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information.   The MRIS MLS was the data source used to complete the Market Conditions Addendum. Effective date ; January 19, 2018

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
market appears to be stable.

**CONDO/CO-OP PROJECTS**

If the subject is a unit in a condominium or cooperative project , complete the following:   Project Name: 107 Rhode Island Ave Condo

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 0 | 0 | 0 | Increasing | ☒ Stable | Declining |
| Absorption Rate (Total Sales/Months) | | 0 | 0 | Increasing | ☒ Stable | Declining |
| Total # of Active Comparable Listings | 0 | 0 | 0 | Declining | ☒ Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | 0 | 0 | 0 | Declining | ☒ Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?   Yes   ☒ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.   New project no sales activity

Summarize the above trends and address the impact on the subject unit and project.   New project no sales activity

**APPRAISER**

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name  Michael L. Heup | | Supervisory Appraiser Name | |
| Company Name  USAppraisal | | Company Name | |
| Company Address  2537 Forest Trail Ct., Davidsonville, MD 21035 | | Company Address | |
| State License/Certification #  GA10179   State  DC | | State License/Certification #  |  State |
| Email Address  orders@usappraisal.biz | | Email Address | |

Freddie Mac Form 71   March 2009           Page 1 of 1           Fannie Mae Form 1004MC   March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW  #2 | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20001 |
| Lender | Alex Guadie | | | | |

File No. 201801033

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report    This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report    This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:    One to three months

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

**APPRAISER:**

Signature:

Name:  Michael L. Heup

Date Signed:  01/31/2018

State Certification #:  GA10179

or State License #:

State:  DC

Expiration Date of Certification or License:  02/28/2018

Effective Date of Appraisal:  01/19/2018

**SUPERVISORY APPRAISER: (only if required)**

Signature:

Name:

Date Signed:

State Certification #:

or State License #:

State:

Expiration Date of Certification or License:

Supervisory Appraiser Inspection of Subject Property:
☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior

## Subject Photo Page

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW #2 | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20001 |
| Lender/Client | Alex Guadie | | | | |



### Subject Front

| | |
|---|---|
| 107 Rhode Island Ave NW #2 | |
| Sales Price | |
| Gross Living Area | 906 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 118 |



### Subject Rear



### Subject Street

**Photograph Addendum**

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW #2 | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20001 |
| Lender/Client | Alex Guadie | | | | |







**Current Interior**

**Current Interior**

**Current Interior**







**Parking Area**

**Current Interior**

**Alley**



**Alt Street Scene**

















**Comparable Photo Page**

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
| Property Address | 107 Rhode Island Ave NW  #2 | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20001 |
| Lender/Client | Alex Guadie | | | | |



### Comparable 1
1401 1st St Nw #2

| | |
|---|---|
| Prox. to Subject | 0.50 miles S |
| Sales Price | 740,000 |
| Gross Living Area | 1,049 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 4 |



### Comparable 2
1135 6th St NW

| | |
|---|---|
| Prox. to Subject | 0.82 miles SW |
| Sales Price | 705,000 |
| Gross Living Area | 764 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 117 |



### Comparable 3
64 W St Nw #1

| | |
|---|---|
| Prox. to Subject | 0.22 miles NE |
| Sales Price | 550,000 |
| Gross Living Area | 1,105 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 105 |

**Comparable Photo Page**

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW #2 | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20001 |
| Lender/Client | Alex Guadie | | | | |



### Comparable 4

64 W St NW

| | |
|---|---|
| Prox. to Subject | 0.22 miles NE |
| Sale Price | 645,000 |
| Gross Living Area | 1,105 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 105 |



### Comparable 5

2015 Flagler Pl NW

| | |
|---|---|
| Prox. to Subject | 0.11 miles NW |
| Sale Price | 636,425 |
| Gross Living Area | 1,037 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 111 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Location Map

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW  #2 | | | | |
| City | Washington | County  District of Columbia | State  DC | Zip Code  20001 |
| Lender/Client | Alex Guadie | | | | |



**Aerial Map**

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW  #2 | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code  20001 |
| Lender/Client | Alex Guadie | | | | | |



## Zoning Map

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW  #2 | | | | | |
| City | Washington | County | District of Columbia | State  DC | Zip Code  20001 | |
| Lender/Client | Alex Guadie | | | | | |



## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.


Quality Ratings and Definitions

Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No.   201801033

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Form UADDEFINE2A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



**LIA Administrators & Insurance Services**

## APPRAISAL AND VALUATION
## PROFESSIONAL LIABILITY INSURANCE POLICY



ASPEN

### DECLARATIONS

### ASPEN AMERICAN INSURANCE COMPANY
(A stock insurance company herein called the "Company")
175 Capitol Blvd. Suite 100
Rocky Hill, CT 06067

| Date Issued | Policy Number | Previous Policy Number |
|---|---|---|
| 09/29/2017 | AA1003255-03 | AA1003255-02 |

THIS IS A CLAIMS MADE AND REPORTED POLICY. COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE **CLAIMS** THAT ARE FIRST MADE AGAINST THE **INSURED** DURING THE **POLICY PERIOD** AND THEN REPORTED TO THE COMPANY IN WRITING NO LATER THAN SIXTY (60) DAYS AFTER EXPIRATION OR TERMINATION OF THIS POLICY, OR DURING THE **EXTENDED REPORTING PERIOD**, IF APPLICABLE, FOR A **WRONGFUL ACT** COMMITTED ON OR AFTER THE **RETROACTIVE DATE** AND BEFORE THE END OF THE **POLICY PERIOD**. PLEASE READ THE POLICY CAREFULLY.

Item

1. Customer ID: 149618
   Named **Insured**:
   USAPPRAISAL
   SEVERN APPRAISAL MANAGEMENT, LLC.
   2537 Forest Trail Ct.
   Davidsonville, MD 21035

2. **Policy Period**: From: 10/03/2017  To: 10/03/2018
   12:01 A.M. Standard Time at the address stated in 1 above.

3. **Deductible**: $1,000  Each **Claim**

4. **Retroactive Date**: 10/03/2000

5. **Inception Date**: 10/03/2015

6. **Limits of Liability**:   A.  $1,000,000   Each **Claim**
                              B.  $2,000,000   Aggregate

7. Mail all notices, including notice of **Claim**, to:
   LIA Administrators & Insurance Services
   1600 Anacapa Street
   Santa Barbara, California 93101
   (800) 334-0652;  Fax: (805) 962-0652

8. **Annual Premium**:   **$1,477.00**

9. **Forms attached at issue**:  LIA002 (12/14)  LIA MD (11/14)  LIA012 (12/14)  LIA013 (10/14)
   LIA018 (10/14)  LIA021 (10/14)  LIA131 (10/14)

This Declarations Page, together with the completed and signed Policy Application including all attachments and exhibits thereto, and the Policy shall constitute the contract between the Named Insured and the Company.

09/29/2017                                By _____
———————————                                        Authorized Signature
Date

LIA-001 (12/14)                                    Aspen American Insurance Company

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW #2 | | | | | | |
| City | Washington | County | District of Columbia | | State | DC | Zip Code 20001 |
| Lender/Client | Alex Guadie | | | | | | |



GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

**Appraiser Board**
*certifies that*
**MICHAEL HEUP**
USAPPRAISAL
2537 Forest Taril Ct
Davidsonville MD  21035

*has met all the requirements prescribed
by law and regulations and is hereby licensed as a(n):*
Certified General Appraiser
License Number: GA10179
Issue Date: 08-25-1992
Expiration Date: 02-28-2018

Director, Department of Consumer and Regulatory Affairs

**FROM:**

Michael Heup
Michael Heup
2537 Forest Trail Ct
Davidsonville, MD 21035-1117

Telephone Number: (410) 216-6160          Fax Number:

# INVOICE

| INVOICE NUMBER |
| --- |
| 201801033 |
| DATE |
| 01/30/2018 |
| REFERENCE |

**TO:**

Alex Guadie
2815 Hartland Rd

'

Telephone Number:              Fax Number:
Alternate Number:              E-Mail:

| | |
| --- | --- |
| Internal Order #: | |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 201801033 |
| Other File # on form: | |
| Federal Tax ID: | 52-2028631 |
| Employer ID: | |

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| Lender: | Alex Guadie | Client: | Alex Guadie |
| Purchaser/Borrower: | Guadie, Alex/107 Rhode Island Ave LLC | | |
| Property Address: | 107 Rhode Island Ave NW  #2 | | |
| City: | Washington | | |
| County: | District of Columbia | State: DC | Zip: 20001 |
| Legal Description: | Lot 100 Square 3113 Ledroit Park | | |

| FEES | AMOUNT |
| --- | --- |
| 1073 Unit #2 | 400.00 |
| | |
| **SUBTOTAL** | 400.00 |

| PAYMENTS | AMOUNT |
| --- | --- |
| Check #: Cash    Date: 01/29/2018    Description: | 400.00 |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | 400 |
| **TOTAL DUE** | $        0.00 |

Form NIV5 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW #2 | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20001 |
| Lender/Client | Alex Guadie | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | | Calculation Details | |
|---|---|---|---|---|
| First Floor | | 905.79 Sq ft | 13.5 × 13 | = 175.5 |
| | | | 18 × 34 | = 612 |
| | | | 7 × 11 | = 77 |
| | | | 0.5 × 7 × 2.5 | = 8.75 |
| | | | Arc | = 32.54 |
| | | | | |
| Total Living Area (Rounded): | | 906 Sq ft | | |



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
1736 Montello Ave NE
Lot 22, Square 4053, Unit 5, Trinidad
Washington, DC 20002

### FOR:
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:
10/12/2018

### BY:
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1736 Montello Ave NE |
| | Legal Description | Lot 22, Square 4053, Unit 5, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 475,000 |
| | Date of Sale | 9/18/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Lender | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 704 |
| | Price per Square Foot | $ 674.72 |
| | Location | N;Res; |
| | Age | 113 |
| | Condition | Good-New |
| | Total Rooms | 5 |
| | Bedrooms | 2 |
| | Baths | 2.1 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 10/12/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 465,000 |

Main File No. 0006175  Page #3

## Individual Condominium Unit Appraisal Report

File # 0006175

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

Property Address 1736 Montello Ave NE   Unit # 5   City Washington   State DC   Zip Code 20002
Borrower Coloma River Holdings LLC   Owner of Public Record Precious Robinson   County District of Columbia
Legal Description Lot 22, Square 4053, Unit 5, Trinidad
Assessor's Parcel # 4053 0022
Project Name TBD   Tax Year 2017   R.E. Taxes $ 2,038
Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   Map Reference 47894   Census Tract 0088.04
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)   HOA $ 0   ☐ per year ☐ per month
Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)
Lender/Client Washington Capital Partners   Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s).   The subject was listed 8/16/2018 for $379,000 and contracted below market value after 4 days; MLS
DC10322566.

**CONTRACT**

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   The contract appears typical. This is an assignment sale. The sales price reflects as-is condition.

Contract Price $ 475,000   Date of Contract 9/18/2018   Is the property seller the owner of public record? ☒ Yes ☐ No  Data Source(s) Contract, Tax Rec.
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ YES ☒ NO
If yes, report the total dollar amount and describe the items to be paid.   0

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit 65 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit 3 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 157 Low | 4 | Multi-Family 12 % |
| | | | | | | 799 High | 118 | Commercial 18 % |
| | | | | | | 411 Pred. | 72 | Other 2 % |

Neighborhood Boundaries   The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd
Neighborhood Description   Employment centers, schools, places of worship, and shopping facilities are within close proximity.  There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.
Market Conditions (including support for the above conclusions)   Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

Topography Level   Size Average
Specific Zoning Classification MU-4   Zoning Description Mixed-use Zone   Density Average   View Residential/Avg
Zoning Compliance ☒ Legal ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No
☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe   Highest and best use is conversion of condos/mixed-use space as permitted in the zoning district.

Utilities Public Other (describe)   Public Other (describe)   Off-site Improvements - Type Public Private
Electricity ☒   Water ☒   Street Asphalt ☒
Gas ☒   Sanitary Sewer ☒   Alley Asphalt ☒
FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 1100010036C   FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

**PROJECT INFORMATION**

Data source(s) for project information   MLS, Tax Records, Inspection, Plans
Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☒ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | | | Subject Phase | If Project Completed | If Project Incomplete |
|---|---|---|---|---|---|
| # of Stories 5 | Exterior Walls Brk/FbrC | # of Units 6 | # of Phases | # of Planned Phases |
| # of Elevators 0 | Roof Surface Built-up | # of Units Completed 0 | # of Units | # of Planned Units 6 |
| ☐ Existing ☒ Proposed | Total # Parking 2 | # of Units For Sale 0 | # of Units for Sale | # of Units Sold 0 |
| ☐ Under Construction | Ratio (spaces/units) 0.33/1 | # of Units Sold 0 | # of Units Sold | # of Units Rented 0 |
| Year Built 1905 | Type Off Street | # of Units Rented 0 | # of Units Rented | # of Owner Occupied Units 0 |
| Effective Age 1 | Guest Parking Street | # of Owner Occupied Units 0 | # of Owner Occupied Units | |

Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No
Management Group - ☐ Homeowners' Association ☒ Developer ☐ Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☒ Yes ☐ No   If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium? ☒ Yes ☐ No  If Yes, describe the original use and date of conversion.
The proposed condo project will be a conversion from a single-family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☐ Yes ☒ No  If No, describe
The project is proposed.

Is there any commercial space in the project? ☐ Yes ☒ No  If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

Freddie Mac Form 465 March 2005                   Fannie Mae Form 1073 March 2005

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006175

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds

Are any common elements leased to or by the Homeowners' Association?    ☐ Yes  ☒ No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    ☐ Yes  ☒ No    If Yes, $ _____    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    ☒ Yes    ☐ No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did  ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    ☐ Yes  ☒ No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    ☐ High  ☒ Average  ☐ Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser? ☐ Yes  ☒ No    If Yes, describe and explain the effect on value and marketability.

**UNIT DESCRIPTION**

Unit Charge $ _____    per month X 12 = $ _____    per year    Annual assessment charge per year per square feet of gross living area = $ _____
Utilities included in the unit monthly assessment    ☐ None  ☐ Heat  ☐ Air Conditioning  ☐ Electricity  ☐ Gas  ☒ Water  ☒ Sewer  ☐ Cable  ☒ Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

| General Description | Interior | materials/condition | Amenities | | Appliances | | Car Storage |
|---|---|---|---|---|---|---|---|
| Floor #  3rd & Top Floors | Floors | Hardwood/Tile/New | ☐ Fireplace(s) # | 0 | ☒ Refrigerator | | ☐ None |
| # of Levels  2 | Walls | Drywall/New | ☐ WoodStove(s) # | 0 | ☒ Range/Oven | | ☐ Garage  ☐ Covered ☒ Open |
| Heating Type FWA   Fuel Gas | Trim/Finish | Wood/Painted/New | ☒ Deck/Patio   RfDck | | ☒ Disp  ☒ Microwave | # of Cars | 1 |
| ☒ Central AC  ☐ Individual AC | Bath Wainscot | Tile/New | ☐ Porch/Balcony  None | | ☒ Dishwasher | | ☐ Assigned  ☒ Owned |
| ☐ Other (describe) | Doors | Solid Core/New | ☐ Other    None | | ☒ Washer/Dryer | Parking Space # | 1 |
| Finished area **above grade** contains: | | 5  Rooms | 2  Bedrooms | 2.1  Bath(s) | 704  Square Feet of Gross Living Area Above Grade | | |

Are the heating and cooling for the individual units separately metered?  ☒ Yes  ☐ No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, stone counters, stainless steel appliances, 42" cabinets, recessed lights, upgraded bathrooms with tile and an open floor plan.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    ☐ Yes  ☒ No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    ☒ Yes  ☐ No  If No, describe

**PRIOR SALE HISTORY**

I ☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research  ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 10/12/2018 | 10/12/2018 | 10/12/2018 | 10/12/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    After a thorough search of the multiple listing service and tax records, there were no prior sales of comparables in the past 12 months. The subject was not transferred in the past 36 months. All comps appear arms-length.

## Individual Condominium Unit Appraisal Report

File # 0006175

| | | | |
|---|---|---|---|
| There are | 6 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 339,000 to $ 429,900 | |
| There are | 28 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 298,225 to $ 540,000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 1736 Montello Ave NE 5, Washington, DC 20002 | 1631 Montello Ave NE A, Washington, DC 20002 | | 1631 Montello Ave NE B, Washington, DC 20002 | | 1258 Holbrook Ter NE 6, Washington, DC 20002 | |
| Project Name and Phase | TBD 1 | Montello Hill Condos 1 | | Montello Hill Condos 1 | | 1258 Holbrook Ter Condos 1 | |
| Proximity to Subject | | 0.15 miles SW | | 0.15 miles SW | | 0.20 miles S | |
| Sale Price | $ 475,000 | | $ 439,000 | | $ 504,000 | | $ 540,000 |
| Sale Price/Gross Liv. Area | $ 674.72 sq. ft. | $ 566.45 sq. ft. | | $ 569.49 sq. ft. | | $ 429.94 sq. ft. | |
| Data Source(s) | | MRIS#DC10256363;DOM 4 | | MRIS#DC10260710;DOM 6 | | MRIS#DC10106937;DOM 26 | |
| Verification Source(s) | | County Records/Visual | | County Records/Visual | | County Records/Visual | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv; | | ArmLth Conv;475 | | ArmLth Conv;10000 | |
| Date of Sale/Time | N;Res; | s07/18;c06/18 | | s07/18;c06/18 | | s02/18;c12/17 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | TBD | 166 | 0 | 175 | 0 | 253 | 0 |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | | Common Areas | | Common Areas | |
| Floor Location | 3rd & Top Floors | Main Level | +15,000 | Main Level | +15,000 | Top Floor | 0 |
| View | Residential/Avg | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Mid-Rise | Garden | 0 | Garden | 0 | Garden | 0 |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 113 | 77 | 0 | 77 | 0 | 79 | 0 |
| Condition | Good-New | Good-New | | Good-New | | Good-New | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 5 / 2 / 2.1 | 4 / 1 / 1.0 | +12,500 | 5 / 2 / 1.0 | +7,500 | 6 / 3 / 2.0 | -12,500 |
| Gross Living Area | 704 sq. ft. | 775 sq. ft. | 0 | 885 sq. ft. | -31,675 | 1,256 sq. ft. | -96,600 |
| Basement & Finished Rooms Below Grade | 0 0 | 0 0 | | 0 0 | | 0 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wds | | Insulated Wds | | None | |
| Garage/Carport | Drwy/Off Street | 0 | +15,000 | Drwy/Off Street | | Drwy/Off Street | |
| Porch/Patio/Deck | Deck | Patio | 0 | Patio | 0 | None | +15,000 |
| Fireplace | None | None | | None | | None | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 42,500 | ☐ + ☒ - | $ -9,175 | ☐ + ☒ - | $ -94,100 |
| Adjusted Sale Price of Comparables | | Net Adj. 9.7 % Gross Adj. 9.7 % | $ 481,500 | Net Adj. 1.8 % Gross Adj. 10.7 % | $ 494,825 | Net Adj. 17.4 % Gross Adj. 23.0 % | $ 445,900 |

Summary of Sales Comparison Approach   After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom/den and bathroom. Comp #1 has a den.

Indicated Value by Sales Comparison Approach $   465,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $   465,000     Income Approach (if developed) $

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made ☐ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☒ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: subject to complete renovation and conversion.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   465,000   , as of   10/12/2018   , which is the date of inspection and the effective date of this appraisal.

Main File No. 0006175  Page #6

## Individual Condominium Unit Appraisal Report

File # 0006175

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006175

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006175

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rotherhel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  October 12, 2018 | Date of Signature |
| Effective Date of Appraisal  10/12/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other _____ State # _____ | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1736 Montello Ave NE, # 5 | Date of Inspection |
| Washington, DC 20002 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  465,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners | ☐ Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 23-00217-ELG    Doc 166    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc Main
Document      Page 38 of 132
Main File No. 0006175   Page #9

**Plans**



Case 23-00217-ELG    Doc 166    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc Main
Document      Page 39 of 132
Main File No. 0006175    Page #10

**Plans**



**Location Map**

| Main File No. 0006175 | Page #11 |

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | | |



## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | | |



### Subject Front

1736 Montello Ave NE
| | |
|---|---|
| Sales Price | 475,000 |
| Gross Living Area | 704 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 1,447 sf |
| Quality | Good |
| Age | 113 |



### Subject Rear



### Subject Street

**Subject Photo Page**

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |



**Bathroom**

| | |
|---|---|
| 1736 Montello Ave NE | |
| Sales Price | 475,000 |
| Gross Living Area | 704 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 1,447 sf |
| Quality | Good |
| Age | 113 |



**Kitchen**



**Bathroom**

## Subject Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |



**Bedroom**

| | |
|---|---|
| 1736 Montello Ave NE | |
| Sales Price | 475,000 |
| Gross Living Area | 704 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 1,447 sf |
| Quality | Good |
| Age | 113 |



**Living Room**



**Kitchen**

Main File No. 0006175| Page #15|

## Comparable Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | |



### Comparable 1

1631 Montello Ave NE

| | |
|---|---|
| Prox. to Subject | 0.15 miles SW |
| Sales Price | 439,000 |
| Gross Living Area | 775 |
| Total Rooms | 4 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 77 |

### Comparable 2

1631 Montello Ave NE

| | |
|---|---|
| Prox. to Subject | 0.15 miles SW |
| Sales Price | 504,000 |
| Gross Living Area | 885 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 77 |



### Comparable 3

1258 Holbrook Ter NE

| | |
|---|---|
| Prox. to Subject | 0.20 miles S |
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 79 |

## Supplemental Addendum

File No. 0006175

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |

The purpose of this appraisal is to estimate the market value of the subject property.  In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client.  The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value.  No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 3 to 30 days on the open market in order to have a market value of $465,000 on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently a single family home and proposed use is a 6 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per plans and specs provided. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The floor plan dimensions were based on the attached plans. The interior will feature upgraded appliances, hardwood flooring and tile throughout, 1- and 3 panel doors, low-E windows, granite/quartz counters, 42" kitchen cabinets.



**GREAT** **AMERICAN.**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is affected by the company indicated below: (A capital stock corporation)

☒  Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   RAP3364992-18                Renewal of:   RAP3364992-17

Program Administrator:        Herbert H. Landy Insurance Agency Inc.
                              75 Second Ave Suite 410  Needham, MA 02494-2876

---

Item 1. Named Insured:    Anne Rothermel

Item 2. Address:          5841 Riverside Drive
        City, State, Zip Code:    Woodbridge, VA 22193

Item 3. Policy Period: From  **04/30/2018**   To   **04/30/2019**
                          *(Month, Day, Year)*   *(Month, Day, Year)*
        (Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. Limits of Liability:

        A. $   **500,000**      Damages Limit of Liability – Each Claim

        B. $   **500,000**      Claim Expenses Limit of Liability – Each Claim

        C. $   **1,000,000**    Damages Limit of Liability – Policy Aggregate

        D. $   **1,000,000**    Claim Expenses Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of Claim Expenses):

        A. $   **0.00**      Each Claim

        B. $   **0.00**      Aggregate

Item 6. Premium: $     **573.00**

Item 7. Retroactive Date (if applicable):    04/30/2011

Item 8. Forms, Notices and Endorsements attached:
        D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
        D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

                                                    *Betsy a Ferguson*
                                                    Authorized Representative

D42101 (03/15)                                                    Page 1 of 1





## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

1736 Montello Ave NE
Lot 22, Square 4053, Unit 6, Trinidad
Washington, DC 20002

**FOR:**

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

**AS OF:**

10/12/2018

**BY:**

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 1736 Montello Ave NE | |
| Legal Description | Lot 22, Square 4053, Unit 6, Trinidad | |
| City | Washington | |
| County | District of Columbia | |
| State | DC | |
| Zip Code | 20002 | |
| Census Tract | 0088.04 | |
| Map Reference | 47894 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ 475,000 | |
| Date of Sale | 9/18/2018 | |

| CLIENT | | |
|---|---|---|
| Client | Washington Capital Partners | |
| Lender | Washington Capital Partners | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 704 | |
| Price per Square Foot | $ 674.72 | |
| Location | N;Res; | |
| Age | 113 | |
| Condition | Good-New | |
| Total Rooms | 5 | |
| Bedrooms | 2 | |
| Baths | 2.1 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Anne' Rothermel | |
| Date of Appraised Value | 10/12/2018 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 465,000 | |

## Individual Condominium Unit Appraisal Report

File # 0006180

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | | |
|---|---|---|---|---|
| Property Address 1736 Montello Ave NE | Unit # 6 | City Washington | State DC | Zip Code 20002 |

Borrower Coloma River Holdings LLC    Owner of Public Record Precious Robinson    County District of Columbia

Legal Description Lot 22, Square 4053, Unit 6, Trinidad

Assessor's Parcel # 4053 0022    Tax Year 2017    R.E. Taxes $ 2,038

**SUBJECT**

Project Name  TBD    Phase # 1    Map Reference 47894    Census Tract 0088.04

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ 0    HOA $ 0    ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client  Washington Capital Partners    Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).    The subject was listed 8/16/2018 for $379,000 and contracted below market value after 4 days; MLS DC10322566.

☒ I did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.    The contract appears typical. This is an assignment sale. The sales price reflects as-is condition.

**CONTRACT**

Contract Price $ 475,000    Date of Contract 9/18/2018    Is the property seller the owner of public record? ☒ Yes ☐ No Data Source(s) Contract, Tax Rec.

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    ☐ YES ☒ NO

If Yes, report the total dollar amount and describe the items to be paid.    0

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban | ☐ Suburban | ☐ Rural | Property Values ☐ Increasing | ☒ Stable | ☐ Declining | PRICE | AGE | One-Unit | 65 % |
| Built-Up ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Growth ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | 157 Low | 1 | Multi-Family | 12 % |

**NEIGHBORHOOD**

Neighborhood Boundaries    The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.    | 799 High | 118 | Commercial | 18 % |    | 411 Pred. | 72 | Other | 2 % |

Neighborhood Description    Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of  factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions)    Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

Topography Level    Size Average    Density Average    View Residential/Avg

Specific Zoning Classification MU-4    Zoning Description Mixed-use Zone

Zoning Compliance ☒ Legal ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No

☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☐ Yes ☒ No If No, describe  Highest and best use is conversion of condos/mixed-use space as permitted in the zoning district.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley Asphalt | | ☒ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 1100010036C    FEMA Map Date 09/27/2010

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

Data source(s) for project information    MLS, Tax Records, Inspection, Plans

Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☒ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories 5 | | Exterior Walls Brk/FbrC | | # of Units | 6 | # of Phases | | # of Planned Phases | 1 |
| # of Elevators 0 | | Roof Surface Built-up | | # of Units Completed | 0 | # of Units | | # of Planned Units | 6 |
| ☐ Existing ☒ Proposed | | Total # of Parking 2 | | # of Units For Sale | 0 | # of Units for Sale | | # of Units for Sale | 0 |
| ☐ Under Construction | | Ratio (spaces/units) 0.33/1 | | # of Units Sold | 0 | # of Units Sold | | # of Units Sold | 0 |
| Year Built 1905 | | Type Off Street | | # of Units Rented | 0 | # of Units Rented | | # of Units Rented | 0 |
| Effective Age 1 | | Guest Parking Street | | # of Owner Occupied Units | 0 | # of Owner Occupied Units | | # of Owner Occupied Units | 0 |

**PROJECT INFORMATION**

Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☒ Yes ☐ No

Management Group - ☐ Homeowners' Association ☒ Developer ☐ Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☒ Yes ☐ No If Yes, Describe

The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium? ☒ Yes ☐ No If Yes, describe the original use and date of conversion.

The proposed condo project will be a conversion from a single-family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☐ Yes ☒ No If No, describe

The project is proposed.

Is there any commercial space in the project? ☐ Yes ☒ No If Yes, describe and indicate the overall percentage of the commercial space.

Per completion, there will be no commercial space.

| | | |
|---|---|---|
| Freddie Mac Form 465 March 2005 | Page 1 of 6 | Fannie Mae Form 1073 March 2005 |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006180

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds

Are any common elements leased to or by the Homeowners' Association?    ☐ Yes  ☒ No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    ☐ Yes  ☒ No  If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    ☒ Yes  ☐ No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did  ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    ☐ Yes  ☒ No  If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    ☐ High  ☒ Average  ☐ Low  If High or Low, describe    The condo fee is expected to be in range with the comps.
Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?    ☐ Yes  ☒ No    If Yes, describe and explain the effect on value and marketability.

**UNIT DESCRIPTION**

Unit Charge $    per month X 12 = $    per year    Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment  ☐ None  ☐ Heat  ☐ Air Conditioning  ☐ Electricity  ☐ Gas  ☒ Water  ☒ Sewer  ☐ Cable  ☒ Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

| General Description | Interior | materials/condition | Amenities | Appliances | Car Storage |
|---|---|---|---|---|---|
| Floor #  3rd & Top Floors | Floors | Hardwood/Tile/New | ☐ Fireplace(s) #  0 | ☒ Refrigerator | ☐ None |
| # of Levels  2 | Walls | Drywall/New | ☐ WoodStove(s) #  0 | ☒ Range/Oven | ☐ Garage  ☐ Covered ☒ Open |
| Heating Type FWA  Fuel Gas | Trim/Finish | Wood/Painted/New | ☒ Deck/Patio  RfDck | ☒ Disp  ☒ Microwave | # of Cars  1 |
| ☒ Central AC  ☐ Individual AC | Bath Wainscot Tile/New | | ☐ Porch/Balcony  None | ☒ Dishwasher | ☐ Assigned  ☒ Owned |
| ☐ Other (describe) | Doors | Solid Core/New | ☐ Other  None | ☒ Washer/Dryer | Parking Space #  2 |
| Finished area **above** grade contains: | | 5  Rooms | 2  Bedrooms | 2.1  Bath(s) | 704  Square Feet of Gross Living Area Above Grade |

Are the heating and cooling for the individual units separately metered?    ☒ Yes  ☐ No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, stone counters, stainless steel appliances, 42" cabinets, recessed lights, upgraded bathrooms with tile and an open floor plan.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    ☐ Yes  ☒ No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    ☒ Yes  ☐ No  If No, describe

**PRIOR SALE HISTORY**

I ☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research  ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 10/12/2018 | 10/12/2018 | 10/12/2018 | 10/12/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    After a thorough search of the multiple listing service and tax records, there were no prior sales of comparables in the past 12 months. The subject was not transferred in the past 36 months. All comps appear arms-length.

## Individual Condominium Unit Appraisal Report

File # 0006180

| | | | | | | |
|---|---|---|---|---|---|---|
| There are | 6 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 339,000 | | | to $ 429,900 | . |
| There are | 28 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 298,225 | | | to $ 540,000 | . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 1736 Montello Ave NE 6, Washington, DC 20002 | 1631 Montello Ave NE A, Washington, DC 20002 | | 1631 Montello Ave NE B, Washington, DC 20002 | | 1258 Holbrook Ter NE 6, Washington, DC 20002 | |
| Project Name and Phase | TBD 1 | Montello Hill Condos 1 | | Montello Hill Condos 1 | | 1258 Holbrook Ter Condos 1 | |
| Proximity to Subject | | 0.15 miles SW | | 0.15 miles SW | | 0.20 miles S | |
| Sale Price | $ 475,000 | | $ 439,000 | | $ 504,000 | | $ 540,000 |
| Sale Price/Gross Liv. Area | $ 674.72 sq. ft. | $ 566.45 sq. ft. | | $ 569.49 sq. ft. | | $ 429.94 sq. ft. | |
| Data Source(s) | | MRIS#DC10256363;DOM 4 | | MRIS#DC10260710;DOM 6 | | MRIS#DC10106937;DOM 26 | |
| Verification Source(s) | | County Records/Visual | | County Records/Visual | | County Records/Visual | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;475 | | ArmLth Conv;10000 | |
| Date of Sale/Time | | s07/18;c06/18 | | s07/18;c06/18 | | s02/18;c12/17 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | TBD | 166 | 0 | 175 | 0 | 253 | 0 |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | | Common Areas | | Common Areas | |
| Floor Location | 3rd & Top Floors | Main Level | +15,000 | Main Level | +15,000 | Top Floor | 0 |
| View | Residential/Avg | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Mid-Rise | Garden | 0 | Garden | 0 | Garden | 0 |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 113 | 77 | 0 | 77 | 0 | 79 | 0 |
| Condition | Good-New | Good-New | | Good-New | | Good-New | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 5 / 2 / 2.1 | 4 / 1 / 1.0 | +12,500 | 5 / 2 / 1.0 | +7,500 | 6 / 3 / 2.0 | -12,500 |
| Gross Living Area | 704 sq. ft. | 775 sq. ft. | 0 | 885 sq. ft. | -31,675 | 1,256 sq. ft. | -96,600 |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wds | | Insulated Wds | | None | |
| Garage/Carport | Drvwy/Off Street | 0 | +15,000 | Drvwy/Off Street | | Drvwy/Off Street | |
| Porch/Patio/Deck | Deck | Patio | 0 | Patio | 0 | None | +15,000 |
| Fireplace | None | None | | None | | None | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 42,500 | ☐ + ☒ - | $ -9,175 | ☐ + ☒ - | $ -94,100 |
| Adjusted Sale Price of Comparables | | Net Adj. 9.7 % Gross Adj. 9.7 % | $ 481,500 | Net Adj. 1.8 % Gross Adj. 10.7 % | $ 494,825 | Net Adj. 17.4 % Gross Adj. 23.0 % | $ 445,900 |

Summary of Sales Comparison Approach    After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom/den and bathroom. Comp #1 has a den.

Indicated Value by Sales Comparison Approach $ 465,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $ 465,000    Income Approach (if developed) $

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made ☐ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☒ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: subject to complete renovation and conversion.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 465,000 , as of 10/12/2018 , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report

File # 0006180

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0006180    Page #7

## Individual Condominium Unit Appraisal Report

File # 0006180

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 0006180

21.  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothermel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  October 12, 2018 | Date of Signature |
| Effective Date of Appraisal  10/12/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other _____ State # _____ | Expiration Date of Certification or License _____ |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1736 Montello Ave NE, # 6 | Date of Inspection |
| Washington, DC 20002 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  465,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners | ☐ Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

### Location Map

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | |







Main File No. 0006180 | Page #12

## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | | |



### Subject Front

1736 Montello Ave NE
| | |
|---|---|
| Sales Price | 475,000 |
| Gross Living Area | 704 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 1,447 sf |
| Quality | Good |
| Age | 113 |



**Subject Rear**



**Subject Street**

## Subject Photo Page

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | | |



### Bathroom

1736 Montello Ave NE
| Sales Price | 475,000 |
|---|---|
| Gross Living Area | 704 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 1,447 sf |
| Quality | Good |
| Age | 113 |



### Kitchen



### Bathroom

## Subject Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |



### Bedroom

1736 Montello Ave NE
| | |
|---|---|
| Sales Price | 475,000 |
| Gross Living Area | 704 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 1,447 sf |
| Quality | Good |
| Age | 113 |



### Living Room



### Kitchen

Main File No. 0006180  Page #15

## Comparable Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | |



### Comparable 1

1631 Montello Ave NE
| | |
|---|---|
| Prox. to Subject | 0.15 miles SW |
| Sales Price | 439,000 |
| Gross Living Area | 775 |
| Total Rooms | 4 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 77 |



### Comparable 2

1631 Montello Ave NE
| | |
|---|---|
| Prox. to Subject | 0.15 miles SW |
| Sales Price | 504,000 |
| Gross Living Area | 885 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 77 |



### Comparable 3

1258 Holbrook Ter NE
| | |
|---|---|
| Prox. to Subject | 0.20 miles S |
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 79 |

Main File No. 0006180  Page #16

## Supplemental Addendum

File No. 0006180

| Client | Washington Capital Partners | | | | | | |
|--------|----------------------------|---|---|---|---|---|---|
| Property Address | 1736 Montello Ave NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client.  The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value.  No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 3 to 30 days on the open market in order to have a market value of $465,000 on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently a single family home and proposed use is a 6 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per plans and specs provided. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The floor plan dimensions were based on the attached plans. The interior will feature upgraded appliances, hardwood flooring and tile throughout, 1- and 3 panel doors, low-E windows, granite/quartz counters, 42" kitchen cabinets.



**GREATAMERICAN**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒   Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   RAP3364992-18                    Renewal of:   RAP3364992-17

Program Administrator:       **Herbert H. Landy Insurance Agency Inc.**
                             **75 Second Ave Suite 410 Needham, MA 02494-2876**

Item 1. Named Insured:   Anne Rothermel

Item 2. Address:             5841 Riverside Drive
        City, State, Zip Code:   Woodbridge, VA 22193

Item 3. Policy Period: From   **04/30/2018**   To   **04/30/2019**
                              *(Month, Day, Year)*   *(Month, Day, Year)*
        (Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. **Limits of Liability**:

    A. $   **500,000**       Damages Limit of Liability – Each Claim

    B. $   **500,000**       Claim Expenses Limit of Liability – Each Claim

    C. $   **1,000,000**     Damages Limit of Liability – Policy Aggregate

    D. $   **1,000,000**     Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of Claim Expenses):

    A. $   **0.00**          Each Claim

    B. $   **0.00**          Aggregate

Item 6. Premium: $       573.00

Item 7. Retroactive Date (if applicable):       04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
        D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
        D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

                                                        _Betsy A. Wagener_
                                                        Authorized Representative

D42101 (03/15)                                          Page 1 of 1

Main File No. 0006180  Page #18





## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

2507 I St NW
Lot 57, Square 0016, Foggy Bottom
Washington, DC 20037

**FOR:**

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

**AS OF:**

04/02/2018

**BY:**

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

Main File No. 0005718 Page #3

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 2507 I St NW |
| | Legal Description | Lot 57, Square 0016, Foggy Bottom |
| | City | Washington |
| | County | District Of Columbia |
| | State | DC |
| | Zip Code | 20037 |
| | Census Tract | 0056.00 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 825,000 |
| | Date of Sale | 8/11/2017 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Lender | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 3,308 |
| | Price per Square Foot | $ 249.40 |
| | Location | N;Res; |
| | Age | 118 |
| | Condition | Good-New |
| | Total Rooms | 10 |
| | Bedrooms | 5 |
| | Baths | 4.1 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 04/02/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 2,885,000 |

## Uniform Residential Appraisal Report

File # 0005718

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address 2507 I St NW | | City Washington | State DC  Zip Code 20037 |
| Borrower Coloma River Capital, LLC | Owner of Public Record  Phyllis L. Johnson | | County District Of Columbia |

Legal Description  Lot 57, Square 0016, Foggy Bottom

| Assessor's Parcel # 0016 0057 | Tax Year 2017 | R.E. Taxes $ 6,233 |
|---|---|---|
| Neighborhood Name Foggy Bottom | Map Reference 47894 | Census Tract 0056.00 |

Occupant ☐ Owner ☐ Tenant ☒ Vacant    Special Assessments $ 0    ☐ PUD  HOA $ 0    ☐ per year  ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client  Washington Capital Partners    Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).  FSBO - no MLS listing found.

**CONTRACT**

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  The contract appears typical. The Seller noted on the contract is "Creative DC Properties, LLC" and the Owner of Records is "Phyllis L. Johnson". A title search is recommended. The address on the contract is noted as 2705 I St NW.

| Contract Price $ 825,000 | Date of Contract 8/11/2017 | Is the property seller the owner of public record? ☐ Yes ☒ No  Data Source(s)  Contract, Tax Rec |
|---|---|---|

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes ☒ No

If Yes, report the total dollar amount and describe the items to be paid.  0

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 40 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 590 Low | 17 | Multi-Family | 25 % |
| Neighborhood Boundaries  The subject is located south of Massachusetts Ave, north and east of the Potomac River | | | | 5,250 High | 224 | Commercial | 27 % |
| and west of 17th St NW. | | | | 1,884 Pred. | 113 | Other | 3 % |

Neighborhood Description  Employment centers, schools, houses of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of locational factors which might adversely affect marketability. Major arteries provide good access to and from Washington DC. The subject is located near Georgetown University. 3% is vacant/Parkland.

Market Conditions (including support for the above conclusions)  Average marketing time according to statistics is 0-3 months when properly listed. Currently the market has tightened lending requirements for obtaining many forms of financing and while interest were on the rise as of late, they were slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**SITE**

| Dimensions Survey was not provided to appraiser. | Area 1,815 sf | Shape Rectangular | View Residential/Avg |
|---|---|---|---|

Specific Zoning Classification R-17    Zoning Description  Res Single Family Row

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley Brick | ☒ | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X    FEMA Map # 1100010018C    FEMA Map Date 09/27/2010

Are the utilities and off-site improvements typical for the market area?  ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes ☒ No  If Yes, describe

There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls | Brick/PouredCnc/Av/Nw | Floors | Hardwood/New |
| # of Stories | 3 | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | Brick/Good/New | Walls | Drywall/New |
| Type ☐ Det. ☒ Att. ☐ S-Det/End Unit | | Basement Area | 1,100 sq.ft. | Roof Surface | Builtup/New | Trim/Finish | Wd/Pntd/New |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish | 95 % | Gutters & Downspouts | Aluminium/New | Bath Floor | Tile/New |
| Design (Style) | Att/Int/Avg | ☒ Outside Entry/Exit ☒ Sump Pump | | Window Type | DH/Wood/New | Bath Wainscot | Tile/New |
| Year Built | 1900 | Evidence of ☐ Infestation | | Storm Sash/Insulated | Insulated/New | Car Storage | ☐ None |
| Effective Age (Yrs) | 1 | ☐ Dampness ☐ Settlement | | Screens | Metal/New | ☒ Driveway # of Cars | 2 |
| Attic | ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | ☐ Woodstove(s) # 0 | Driveway Surface | Concrete |
| ☐ Drop Stair | ☐ Stairs | Other | Fuel Gas | ☒ Fireplace(s) # 0 ☒ Fence Wood | | ☐ Garage # of Cars | 0 |
| ☐ Floor | ☒ Scuttle | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck RfDk,P | Porch None | ☐ Carport # of Cars | 0 |
| ☐ Finished | ☐ Heated | ☐ Individual ☐ Other | | Pool None | Other None | ☐ Att. ☐ Det. ☐ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☒ Other (describe)  Fan/Hood

Finished area above grade contains:  10 Rooms  5 Bedrooms  4.1 Bath(s)  3,308 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).  The subject will be fully renovated with high-end finishes.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  The subject will be in new condition after completion of proposed renovations and a large addition on all levels. The property will have an off street parking space with a roll down garage door, a fence, patio, balcony and rooftop deck. The basement will have 2 bedrooms, 2 bathrooms, with a rear entrance and 10' ceilings.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes ☒ No  If Yes, describe

Per completion of renovations, not adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes ☐ No  If No, describe

Main File No. 0005718  Page #5

## Uniform Residential Appraisal Report

File # 0005718

| | | | | | | |
|---|---|---|---|---|---|---|
| There are | 3 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 2,400,000 | | | to $ 3,195,000 | |
| There are | 6 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 2,300,000 | | | to $ 3,550,000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2507 I St NW | 1230 27th St NW | | 2019 N St NW | | 1136 25th St NW | |
| | Washington, DC 20037 | Washington, DC 20007 | | Washington, DC 20036 | | Washington, DC 20037 | |
| Proximity to Subject | | 0.39 miles NW | | 0.61 miles NE | | 0.28 miles N | |
| Sale Price | $ 825,000 | | $ 3,000,000 | | $ 2,995,000 | | $ 2,765,000 |
| Sale Price/Gross Liv. Area | $ 249.40 Sq.ft. | $ 1122.75 sq.ft. | | $ 707.54 sq.ft. | | $ 993.55 sq.ft. | |
| Data Source(s) | | MRIS#DC10120307;DOM 10 | | MRIS#DC9992838;DOM 0 | | MRIS#DC9913156;DOM 0 | |
| Verification Source(s) | | Tax Record,Visual from street. | | Tax Record,Visual from street. | | Tax Record,Visual from street. | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;25312 | -25,312 | Conv;0 | | Cash;0 | |
| Date of Sale/Time | | s02/18;c12/17 | | s06/17;c05/17 | | s04/17;c04/17 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1815 sf | 2000 sf | -1,000 | 3000 sf | -3,000 | 1513 sf | +1,000 |
| View | Residential/Avg | Park/Res/Sup | -100,000 | Residential/Avg | | Residential/Avg | |
| Design (Style) | Att/Int/Avg | Att/Int/Avg | | Att/Int/Avg | | Att/Int/Avg | |
| Quality of Construction | Brick/Avg | Brick/Avg | | Brick/Avg | | Brick/Avg | |
| Actual Age | 118 | 18 | 0 | 139 | 0 | 118 | |
| Condition | Good-New | Good | +15,000 | Good | +15,000 | Good-New | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10  5  4.1 | 7  3  3.1 | +10,000 | 11  6  5.1 | -10,000 | 8  3  3.1 | +10,000 |
| Gross Living Area | 3,308 sq.ft. | 2,672 sq.ft. | +127,200 | 4,233 sq.ft. | -185,000 | 2,783 sq.ft. | +105,000 |
| Basement & Finished | Full Basement | Full Basement | | Partial Basement | +20,000 | Full Basement | |
| Rooms Below Grade | MR,2BR,2FB,Dn | RR,BR,1.1FB,Kit | +5,000 | RR | +60,000 | RR,BR,FB,Kit | +10,000 |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wds | | Insulated Wds | | Insulated Wds | |
| Garage/Carport | Drwy/Off Street | Drwy/Off Street | | 1 Car Built-in Gar | -10,000 | Drwy/Off Street | |
| Porch/Patio/Deck | RfDeck,Patio,Fnc | RfDeck,Patio,Fnc | +10,000 | Terrace,Fence | +85,000 | RfDeck,Patio,Fnc | +10,000 |
| Fireplace | None | 2 Fireplaces | -9,000 | 4 Fireplaces | -18,000 | 4 Fireplaces | -18,000 |
| Walk Score | 93 | 94 | | 99 | -60,000 | 97 | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 31,888 | ☐ +  ☒ - | $ -106,000 | ☒ +  ☐ - | $ 118,000 |
| Adjusted Sale Price | | Net Adj.  1.1 % | | Net Adj.  3.5 % | | Net Adj.  4.3 % | |
| of Comparables | | Gross Adj. 10.1 % | $ 3,031,888 | Gross Adj. 15.6 % | $ 2,889,000 | Gross Adj. 5.6 % | $ 2,883,000 |

☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  MLS, Tax Records
My research ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers found in |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 04/02/2018 | 04/03/2018 | 04/03/2018 | 04/03/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales    After a thorough search of the multiple listing service and tax records, there were
no prior sales or transfers of the comparables in the last 12 months.

Summary of Sales Comparison Approach    After an extensive, thorough search of the MLS and tax records, the appraiser has selected comparables which were found
to be the most recent and similar to the subject. Adjustments for square footage and other differences in amenities reflect current market responses and do not
represent replacement cost of individual items. 3-4 Bedroom homes are prevalent in the market area and no adjustments were made for bedrooms. The typical buyer
recognizes the utility of an additional bathroom and Comps #1, #2, #3 and #5 were adjusted. Comps #1 and #2 are located on larger parcels and Comp #3 has a
smaller lot. Comps #1 and #2 were fully renovated a few years ago, but are not in new condition and each received a condition adjustment. Walk Score measures
walkability on a scale from 0 - 100 based on walking routes to destinations such as grocery stores, schools, parks, restaurants, and retail. Comps with walk scores 5
points higher or lower than the subject were adjusted. Comp #1 is located across from Rock Creek Park and warranted a view adjustment.

Indicated Value by Sales Comparison Approach $   2,885,000

| Indicated Value by: Sales Comparison Approach $  2,885,000 | Cost Approach (if developed) $ | Income Approach (if developed) $ |
|---|---|---|

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach.  The Cost Approach was not developed, because it is not considered to be
a reliable indicator of value. Comp #3 is the closest sale and was given greatest weight.

This appraisal is made ☐ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☒ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  subject to complete renovation and
addition.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  2,885,000 , as of  04/02/2018 , which is the date of inspection and the effective date of this appraisal.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # 0005718

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

I have completed 1 prior service related to the subject property within 3 years of the effective date of this appraisal.

The exposure time for the subject property at the appraised value is estimated to be between 3 to 30 days.

GLA was based on the attached plans.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

The opinion of value is made on the basis of a hypothetical condition that proposed renovations have been completed. See the attached plans. Total Construction budget is $727,204. Fixtures and finishes will include: Water Works, WOLF, Viking Appliances, Porcelenosa Tile. If work is not permitted and completed as described, the value will likely be different.

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The cost approach was not developed due to the high depreciation in older properties.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | = $ |
| Source of cost data | DWELLING      2,574 Sq.Ft. @ $ | = $ |
| Quality rating from cost service      Effective date of cost data | Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | = $ |
| | Garage/Carport      Sq.Ft. @ $ | = $ |
| | Total Estimate of Cost-New | = $ |
| | Less      Physical      Functional      External | |
| | Depreciation | = $( ) |
| | Depreciated Cost of Improvements | = $ |
| | "As-is" Value of Site Improvements | = $ |
| Estimated Remaining Economic Life (HUD and VA only)      65  Years | INDICATED VALUE BY COST APPROACH | = $ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | |
|---|---|---|
| Estimated Monthly Market Rent $      X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | | |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No    Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project    N/A

| | | |
|---|---|---|
| Total number of phases      N/A | Total number of units      N/A | Total number of units sold      N/A |
| Total number of units rented      N/A | Total number of units for sale      N/A | Data source(s)   N/A |
| Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.   N/A | | |
| Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source    N/A | | |
| Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.    N/A | | |

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.   N/A

Describe common elements and recreational facilities.    N/A

## Uniform Residential Appraisal Report

File # 0005718

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File # 0005718

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

File # 0005718

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothamel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  April 05, 2018 | Date of Signature |
| Effective Date of Appraisal  04/02/2018 | State Certification # |
| State Certification # | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | **SUBJECT PROPERTY** |

ADDRESS OF PROPERTY APPRAISED

2507 I St NW
Washington, DC 20037
APPRAISED VALUE OF SUBJECT PROPERTY $    2,885,000

LENDER/CLIENT

Name
Company Name  Washington Capital Partners
Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043

Email Address

**SUBJECT PROPERTY**

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
     Date of Inspection
☐ Did inspect interior and exterior of subject property
     Date of Inspection

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
     Date of Inspection

## Uniform Residential Appraisal Report

File # 0005718

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 2507 I St NW | 2715 P St NW | | 3029 O St NW | | | |
| | Washington, DC 20037 | Washington, DC 20007 | | Washington, DC 20007 | | | |
| Proximity to Subject | | 0.61 miles N | | 0.64 miles NW | | | |
| Sale Price | $ 825,000 | $ 2,400,000 | | $ 3,195,000 | | $ | |
| Sale Price/Gross Liv. Area | $ 249.40 sq.ft. | $ 884.30 sq.ft. | | $ 971.72 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MRIS#DC10160855;DOM 28 | | MRIS#DC10169995;DOM 32 | | | |
| Verification Source(s) | | Tax Record,Visual from street. | | Tax Record,Visual from street. | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Listing | | Listing | -319,500 | | |
| Concessions | | | | | | | |
| Date of Sale/Time | | Active | | Active | | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 1815 sf | 1953 sf | 0 | 3000 sf | -3,000 | | |
| View | Residential/Avg | Residential/Avg | | Residential/Avg | | | |
| Design (Style) | Att/Int/Avg | Att/Int/Avg | | Att/Int/Avg | | | |
| Quality of Construction | Brick/Avg | Brick/Avg | | Brick/Avg | | | |
| Actual Age | 118 | 118 | | 106 | 0 | | |
| Condition | Good-New | Good | +15,000 | Good-New | | | |
| Room Count | Total 10 | Bdrms. 5 | Baths 4.1 | Total 9 | Bdrms. 4 | Baths 4.1 | 0 | Total 9 | Bdrms. 4 | Baths 2.1 | +20,000 | Total | Bdrms. | Baths |
| Gross Living Area | 3,308 sq.ft. | 2,714 sq.ft. | +118,800 | 3,288 sq.ft. | 0 | sq.ft. | |
| Basement & Finished | Full Basement | Full Basement | | Full Basement | | | |
| Rooms Below Grade | MR,2BR,2FB,Dn | RR,2BR,2FB,Kit | -10,000 | RR,1BR,2FB,Kit | 0 | | |
| Functional Utility | Good | Good | | Good | | | |
| Heating/Cooling | FWA/CAC | Radiant/CAC | +20,000 | FWA/CAC | | | |
| Energy Efficient Items | Insulated Wds | Insulated Wds | | Insulated Wds | | | |
| Garage/Carport | Drvwy/Off Street | Drvwy/Off Street | | None | +20,000 | | |
| Porch/Patio/Deck | RfDeck,Patio,Fnc | Patio | +160,000 | Terrace,Fence | +85,000 | | |
| Fireplace | None | 2 Fireplaces | -9,000 | 3 Fireplaces | +13,500 | | |
| Walk Score | 93 | 85 | +80,000 | 87 | 0 | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 374,800 | ☐ + ☒ - | $ -184,000 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 15.6 % | | Net Adj. 5.8 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 17.2 % | $ 2,774,800 | Gross Adj. 14.4 % | $ 3,011,000 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | |
| Data Source(s) | County Records | County Records | County Records | |
| Effective Date of Data Source(s) | 04/02/2018 | 04/03/2016 | 04/03/2016 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Comps #4 and #5 have not transferred in the past 12 months.

Analysis/Comments    Comp #5 has a superior larger parcel. The listings were provided as additional support only and were given no weight. Comp #5 has been on the market more than 30 days and is above the range of settled sales; the comp warranted a list:sales ratio adjustment based on sales from the past 3 months (10%).

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

**Building Sketch**



| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 2507 I St NW | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code 20037 |
| Lender | Washington Capital Partners | | | | |

Main File No. 0005718 | Page #12

## Location Map

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2507 I St NW | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code 20037 |
| Lender | Washington Capital Partners | | | | | |



Main File No. 0005718| Page #13

**Subject Photo Page**

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2507 I St NW | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code 20037 |
| Lender | Washington Capital Partners | | | | | |



**Subject Front**

2507 I St NW
Sales Price          825,000
Gross Building Area
Age                      118



**Subject Rear**



**Subject Street**

[Main File No. 0005718] Page #14]

## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2507 I St NW | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code 20037 |
| Lender | Washington Capital Partners | | | | | |



**Rear**

2507 I St NW
Sales Price          825,000
Gross Building Area
Age                      118



**Parking**

**Comparable Photo Page**

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2507 I St NW | | | | | | |
| City | Washington | County | District Of Columbia | | State | DC | Zip Code | 20037 |
| Lender | Washington Capital Partners | | | | | | |



### Comparable 1

1230 27th St NW
| | |
|---|---|
| Prox. to Subject | 0.39 miles NW |
| Sales Price | 3,000,000 |
| Gross Living Area | 2,672 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | Park/Res/Sup |
| Site | 2000 sf |
| Quality | Brick/Avg |
| Age | 18 |



### Comparable 2

2019 N St NW
| | |
|---|---|
| Prox. to Subject | 0.61 miles NE |
| Sales Price | 2,995,000 |
| Gross Living Area | 4,233 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 3000 sf |
| Quality | Brick/Avg |
| Age | 139 |



### Comparable 3

1136 25th St NW
| | |
|---|---|
| Prox. to Subject | 0.28 miles N |
| Sales Price | 2,765,000 |
| Gross Living Area | 2,783 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 1513 sf |
| Quality | Brick/Avg |
| Age | 118 |

Main File No. 0005718 Page #16

### Comparable Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 2507 I St NW | | | | |
| City | Washington | County District Of Columbia | State DC | Zip Code 20037 |
| Lender | Washington Capital Partners | | | | |



**Comparable 4**

2715 P St NW
| Prox. to Subject | 0.61 miles N |
|---|---|
| Sales Price | 2,400,000 |
| Gross Living Area | 2,714 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 1953 sf |
| Quality | Brick/Avg |
| Age | 118 |

**Comparable 5**

3029 O St NW
| Prox. to Subject | 0.64 miles NW |
|---|---|
| Sales Price | 3,195,000 |
| Gross Living Area | 3,288 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 3000 sf |
| Quality | Brick/Avg |
| Age | 106 |

**Comparable 6**

| Prox. to Subject | |
|---|---|
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

[Main File No. 0005718| Page #17]

## 2507 I STREET. NW

SQUARE: 0016 | LOT: 0057

**DZ**architecture          COVER SHEET          A-0
03/21/2018

Scope of work – Page 2



SITE PLAN - LOCATION

SQUARE 0016 | LOT 0067 | NW WASHINGTON, DC 20037

ZONING DIAGRAM - SUMMARY

ALL OF THE ZONING INFORMATION WAS OBTAINED
FROM THE DC ZONING INTERACTIVE MAPPING TOOLS.
APPROXIMATE CAD BLOCKS OF BUILDINGS ALONG THIS
SQUARE WERE PROVIDED BY CADMAPPER.COM, AND
CROSS REFERENCED WITH DC GIS ATLAS MAPPING TOOLS.

SITE PLAN LEGEND - ZONING CATEGORIES

PROPOSED SITE - 729 KENNEDY ST. NW

RA- RESIDENTIAL APARTMENT ZONED DISTRICT

R-17 RESIDENTIAL ZONED DISTRICT

IDZarchitecture    ZONING SITE DIAGRAM    A-1
03/21/2018



**Scope of work - Page 4**



**Scope of work – Page 5**





IST FLOOR PLAN



2ND FLOOR PLAN



3RD FLOOR PLAN

Main File No. 0005718  Page #25



BASEMENT
FLOOR PLAN

Plans



ROOFTOP DECK PLAN





## GREAT AMERICAN.
### INSURANCE GROUP
301 E. Fourth Street, Cincinnati, OH 45202

## DECLARATIONS
for
## REAL ESTATE APPRAISERS
## ERRORS & OMISSIONS INSURANCE POLICY

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

### THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.

Insurance is afforded by the company indicated below: (A capital stock corporation)

☑  Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**

Policy Number:  RAP3364992-17                    Renewal of:  RAP3364992-16

Program Administrator:        Herbert H. Landy Insurance Agency Inc.
                              75 Second Ave Suite 410  Needham, MA 02494-2876

Item 1. Named Insured:    Anne Rothermel

Item 2. Address:            5841 Riverside Drive

City, State, Zip Code:      Woodbridge, VA 22193

Item 3.  Policy Period: From   **04/30/2017**    To   **04/30/2018**
                        (Month, Day, Year)    (Month, Day, Year)
                        (Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4.  Limits of Liability:

A. $   **500,000**    Damages Limit of Liability – Each Claim

B. $   **500,000**    Claim Expenses Limit of Liability – Each Claim

C. $   **1,000,000**    Damages Limit of Liability – Policy Aggregate

D. $   **1,000,000**    Claim Expenses Limit of Liability — Policy Aggregate

Item 5.  Deductible (Inclusive of Claim Expenses):

A. $   **500**    Each Claim

B. $   **1,000**    Aggregate

Item 6. Premium: $    573.00

Item 7. Retroactive Date (if applicable):    04/30/2011

Item 8. Forms, Notices and Endorsements attached:
                  D42100 (03/15)  D42300 VA (03/15)
                  D42408 (05/13)  D42402 (05/13)  IL7324 (08/12)

_Authorized Representative_

D42104 (03/15)                                                        Page 1 of 1



# BLAKE

**APPRAISAL REPORT**
Fairfield Farms
159 Fairfield Lane
Berryville, Clarke County, VA  22611



**PREPARED FOR**
Mr. Jared Fausnaught, Esq.
Director of Sales
Washington Capital Partners
7115 Leesburg Pike
Suite 215
Falls Church, VA 22043

**PREPARED BY**
Joseph J. Blake and Associates, Inc.
1054 31st Street NW
Suite 530
Washington, DC  20007



## JOSEPH J. BLAKE AND ASSOCIATES, INC.
### REAL ESTATE VALUATION AND CONSULTING

1054 31st Street NW, Suite 530 | Washington, DC 20007 | Phone: (202) 342-5577 | Fax: (202) 342-0605 | www.josephjblake.com

June 15, 2018

Mr. Jared Fausnaught, Esq.
Director of Sales
Washington Capital Partners
7115 Leesburg Pike
Suite 215
Falls Church, VA 22043

Re:     Fairfield Farms
        159 Fairfield Lane
        Berryville, VA 22611

Dear Mr. Fausnaught:

As requested, we have prepared an appraisal of the property referenced above presented in the attached Appraisal Report. The purpose of the appraisal is to develop an opinion of the 'as is' market value of the fee simple estate of the subject as of May 14, 2018, the prospective 'as complete' market value of the fee simple estate of the subject as of July 1, 2019, and the prospective 'as stabilized' market value of the fee simple estate of the subject as of July 1, 2021.

The subject consists of an historic 15-room estate plus two cottages (and other structures) sited on roughly 35 acres of pastoral land. The owner intends to upgrade the property into a 68-key boutique destination hotel. The hotel will feature luxury finishes along with a spa, restaurant, tavern, and an equestrian center plus two polo fields. The subject's site consists of approximately 1,494,936 SF or approximately 34.32 acres of land. The site is irregular in shape and is rolling.

The appraisal and the attached Appraisal Report have been prepared in conformity with and are subject to the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute and the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation (USPAP).In preparing this appraisal, we considered the use of the three most widely recognized approaches to value: the Cost, Income Capitalization and Sales Comparison Approaches. The appraisal is subject to the attached Assumptions and Limiting Conditions and Definition of Market Value.

This appraisal has also been prepared in conformity with Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA) updated in 1994 and further updated by The Interagency Appraisal and Evaluation Guidelines promulgated in 2010.

Corporate Headquarters: 425 Broad Hollow Road, Suite 429 | Melville, New York 11747 | (516) 827-0222

Regional Offices: Atlanta | Boston | Chicago | Dallas | Los Angeles | Miami | New York City | San Francisco | Washington D.C.

Blake & Sanyu Alliance: Tokyo | Osaka | Nagoya | Tohoku

After an inspection of the subject, and analysis of pertinent physical and economic factors that affect value, we are of the opinion that the 'as is' market value of the fee simple estate of the subject, as of May 14, 2018, is:

**$1,600,000**

**ONE MILLION SIX HUNDRED THOUSAND DOLLARS**

The prospective 'as complete' market value of the fee simple estate of the subject, as of July 1, 2019, will be:

**$17,900,000**

**SEVENTEEN MILLION NINE HUNDRED THOUSAND DOLLARS**

The prospective 'as stabilized' market value of the fee simple estate of the subject, as of July 1, 2021, will be:

**$22,800,000**

**TWENTY-TWO MILLION EIGHT HUNDRED THOUSAND DOLLARS**

This appraisal is based on the extraordinary assumptions that the prospective market value assumes that the boutique hotel will be completed by the projected 'as completion' date and will be at the class level proposed. Furthermore, the value estimates presented herein assume that the owners have received all necessary zoning approvals for the conditional use of the property as a country inn.

This appraisal is not based on any hypothetical conditions.

The opinion(s) of value are based on exposure times of 6 to 12 months, assuming the property was properly priced and actively marketed.

The attached Appraisal Report summarizes the documentation and analysis in support of our conclusions. If you have any questions, please contact the undersigned. We thank you for retaining the services of our firm.

Respectfully submitted,

JOSEPH J. BLAKE AND ASSOCIATES, INC.

Thomas Shields, MAI, MRICS
Managing Partner
Virginia-General Certified Appraiser
No. 4001 002330
Expires: June 30, 2019
tshields@josephjblake.com

Fairfield Farms
18-284-12

**TABLE OF CONTENTS**

TITLE PAGE
TRANSMITTAL LETTER

EXECUTIVE SUMMARY.................................................................................1
PHOTOGRAPHS OF THE SUBJECT...............................................................3
CERTIFICATION ..........................................................................................9
GENERAL ASSUMPTIONS & LIMITING CONDITIONS.................................11
PURPOSE OF THE APPRAISAL....................................................................13
INTENDED USER AND USE OF THE APPRAISAL .........................................13
PERTINENT DATES OF INSPECTION, APPRAISAL VALUE AND REPORT ......13
EXPOSURE TIME.......................................................................................13
MARKETING TIME.....................................................................................14
SCOPE OF THE APPRAISAL ........................................................................14
IDENTIFICATION OF THE PROPERTY .........................................................15
CURRENT USE OF THE SUBJECT................................................................15
HISTORY OF THE SUBJECT.........................................................................15
AREA ANALYSIS.........................................................................................16
NEIGHBORHOOD ANALYSIS......................................................................22
MARKET ANALYSIS....................................................................................27
DESCRIPTION OF THE SITE ........................................................................47
DESCRIPTION OF THE IMPROVEMENTS.....................................................50
ZONING....................................................................................................53
TAXES.......................................................................................................54
HIGHEST AND BEST USE............................................................................55
ANALYSIS OF DATA AND CONCLUSIONS....................................................57
LAND VALUE .............................................................................................58
SALES COMPARISON APPROACH................................................................58
THE COST APPROACH ...............................................................................68
INCOME CAPITALIZATION APPROACH........................................................71
SALES COMPARISON APPROACH................................................................101
RECONCILIATION AND FINAL VALUE .........................................................110

**ADDENDA**
   Engagement Letter
   Purchase and Sale Agreement
   Legal Description
   Flood Map
   Site Plan
   Glossary of Terms
   Qualifications of the Appraisers

JOSEPH J. BLAKE AND ASSOCIATES, INC.
REAL ESTATE VALUATION AND CONSULTING

| Fairfield Farms 18-284-12 | EXECUTIVE SUMMARY |
|---|---|

## PROPERTY SUMMARY

| | |
|---|---|
| **PROPERTY APPRAISED** | Fairfield Farms |
| **PROPERTY ADDRESS** | 159 Fairfield Lane<br>Berryville, VA 22611 |
| **PARCEL/TAX ID** | Map 9 3 Lot 1B |
| **PROPERTY LOCATION** | The subject is located at the terminus of a private road accessed from Lord Fairfax Highway (US Route 340) |
| **PURPOSE OF THE APPRAISAL** | The purpose of the appraisal is to develop an opinion of the 'as is' market value of the fee simple estate of the subject as of May 14, 2018, the prospective 'as complete' market value of the fee simple estate of the subject as of July 1, 2019, and the prospective 'as stabilized' market value of the fee simple estate of the subject as of July 1, 2021. |

## PERTINENT DATES

| | |
|---|---|
| **DATE OF INSPECTION** | May 14, 2018 |
| **DATE OF REPORT** | June 15, 2018 |
| **DATE OF "AS IS" VALUE** | May 14, 2018 |
| **DATE OF "AS COMPLETE" VALUE** | July 1, 2019 |
| **DATE OF "AS STABILIZED" VALUE** | July 1, 2021 |

## HIGHEST AND BEST USE

| | |
|---|---|
| **AS IMPROVED** | The interim use of the current improvements until new development becomes financially feasible |
| **AS IF VACANT** | To hold for future development |

## PROPERTY DATA

| | |
|---|---|
| **IMPROVEMENT DATA** | The subject consists of an historic 15-room estate plus two cottages (and other structures) sited on roughly 35 acres of pastoral land. The owner intends to upgrade the property into a 68-key boutique destination hotel. The hotel will feature a full spa, restaurant, tavern, and an equestrian center inclusive of two polo fields. |
| **SITE DESCRIPTION** | The subject's site contains 1,494,936 SF or 34.32 acres of land. |
| **CURRENT USE** | As of the date of the value opinion(s), the subject was being used as a vacant historic estate. For the purposes of this report, the subject is valued as boutique/life-style hotel. |
| **ZONING** | "Ag/OS/Conserv," Agricultural Open Space Conservation under the jurisdiction of the Clarke County. |

Fairfield Farms
18-284-12

## EXECUTIVE SUMMARY

### VALUE SUMMARY

| "As Is" Value (5/14/2018) | |
|---|---|
| Sales Comparison Approach | $1,600,000 |
| **Final Value Opinion** | **$1,600,000** |

| "As Complete" Value (7/1/2019) | |
|---|---|
| The Cost Approach | $16,400,000 |
| Income Capitalization Approach | $17,900,000 |
| **Final Value Opinion** | **$17,900,000** |

| "As Stabilized" Value (7/1/2021) | |
|---|---|
| Income Capitalization Approach | $22,800,000 |
| Sales Comparison Approach | $22,800,000 |
| **Final Value Opinion** | **$22,800,000** |

Fairfield Farms
18-284-12

**PHOTOGRAPHS OF THE SUBJECT**



**Exterior of the Subject Property**



**Exterior of the Subject Property**



**Exterior of the Subject Property**



**Exterior of the Subject Property**



**Exterior of the Subject Property**



**Smokehouse and Rented Cabin**

Fairfield Farms
18-284-12

**PHOTOGRAPHS OF THE SUBJECT**



**Barn**



**Greenhouse**

**Entrance Lane to the Property**



**Property Grounds**

**Stream Located Near Property Entrance**



**View of Gatehouse and Lane from US 340**

**Fairfield Farms**
**18-284-12**

**PHOTOGRAPHS OF THE SUBJECT**



**Rented Guest House**

**Planned Polo Grounds Location**



**Exterior of the Barn**



**Interior of the Barn**



**Entrance to the Main House**



**Stairway**

Fairfield Farms
18-284-12

## PHOTOGRAPHS OF THE SUBJECT



**Hallway**



**Dining Room**



**Dining Room**

**Screened Porch**



**Lower Level Proposed Tavern Space**



**Lower Level Proposed Tavern Space**

Fairfield Farms
18-284-12

**PHOTOGRAPHS OF THE SUBJECT**



**Existing Kitchen Area**



**Existing Kitchen Area**



**Existing Kitchen/Dining Area**



**Existing Kitchen Area**



**Existing Bedroom**



**Existing Bedroom**

**Fairfield Farms**
**18-284-12**

**PHOTOGRAPHS OF THE SUBJECT**


**Existing Restroom**


**Existing Restroom**


**Existing Third Floor**


**Existing Third Floor**


**Existing Basement**


**Existing Basement**

Fairfield Farms
18-284-12

**CERTIFICATION**

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice*.

- Thomas Shields, MAI, MRICS, made a personal inspection of the property that is the subject of this report.

- David Fuller provided significant real property appraisal assistance to the persons signing this certificate.

- As of the date of this report, Thomas Shields, MAI, MRICS has completed the continuing education program for Designated Members of the Appraisal Institute.

- The Appraisal Report is not based on a requested minimum valuation, a specific valuation, or the approval of a loan. In addition, my engagement was not contingent upon the appraisal producing a specific value and neither engagement, nor employment, nor compensation, is based upon approval of any related loan application.

- The reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

After an inspection of the subject, and analysis of pertinent physical and economic factors that affect value, we are of the opinion that the 'as is' market value of the fee simple estate of the subject, as of May 14, 2018, is:

**$1,600,000**

**ONE MILLION SIX HUNDRED THOUSAND DOLLARS**

| Fairfield Farms 18-284-12 | CERTIFICATION |
|---|---|

The prospective 'as complete' market value of the fee simple estate of the subject, as of July 1, 2019, will be:

## $17,900,000

### SEVENTEEN MILLION NINE HUNDRED THOUSAND DOLLARS

The prospective 'as stabilized' market value of the fee simple estate of the subject, as of July 1, 2021, will be:

## $22,800,000

### TWENTY-TWO MILLION EIGHT HUNDRED THOUSAND DOLLARS

This appraisal is based on the extraordinary assumptions that the prospective market value assumes that the boutique hotel will be completed by the projected 'as completion' date and will be at the class level proposed. This appraisal is not based on any hypothetical conditions. Furthermore, the value estimates presented herein assume that the owners have received all necessary zoning approvals for the conditional use of the property as a country inn.

The opinion(s) of value are based on exposure times of 6 to 12 months, assuming the property was properly priced and actively marketed.

Respectfully submitted,

JOSEPH J. BLAKE AND ASSOCIATES, INC.

Thomas Shields, MAI, MRICS
Managing Partner
Virginia-General Certified Appraiser
No. 4001 002330
Expires: June 30, 2019
tshields@josephjblake.com

Fairfield Farms
18-284-12

## GENERAL ASSUMPTIONS & LIMITING CONDITIONS

This Appraisal Report is subject to underlying assumptions and limiting conditions qualifying the information contained in the Report as follows:

The valuation opinions(s) apply only to the property specifically identified and described in the ensuing Report.

Information and data contained in the report, although obtained from public record and other reliable sources and, where possible, carefully checked by us, is accepted as satisfactory evidence upon which rests the final opinion(s) of property value.

We have made no legal survey, nor have we commissioned one to be prepared, and therefore, reference to a sketch, plat, diagram or previous survey appearing in the report is only for the purpose of assisting the reader to visualize the property.

It is assumed that all information known to the client and/or the property contact and relative to the valuation has been accurately furnished and that there are no undisclosed leases, agreements, liens or other encumbrances affecting the use of the property, unless otherwise noted in this report.

Ownership and management are assumed to be competent and in responsible hands.

No responsibility beyond reasonableness is assumed for matters of a legal nature, whether existing or pending.

We, by reason of this appraisal, shall not be required to give testimony as expert witness in any legal hearing or before any Court of Law unless justly and fairly compensated for such services.

By reason of the Purpose of the Appraisal and the Intended User and Use of the Report herein set forth, the value opinion(s) reported are only applicable to the Property Rights Appraised, and the Appraisal Report should not be used for any other purpose.

Disclosure of the contents of this Appraisal Report is governed by the By-Laws and Regulations of the Appraisal Institute.

Neither all nor any part of the contents of this report (especially any opinions as to value, our identity, or the firm with which we are connected, or any reference to the Appraisal Institute or to the MAI Designation) shall be reproduced for dissemination to the public through advertising media, public relations media, news media, sales media or any other public means of communication without our prior consent and written approval.

We have not been furnished with soil or subsoil tests, unless otherwise noted in this report. In the absence of soil boring tests, it is assumed that there are no unusual subsoil conditions or, if any do exist, they can be or have been corrected at a reasonable cost through the use of modern construction techniques.

This appraisal is based on the conditions of local and national economies, purchasing power of money, and financing rates prevailing at the effective date(s) of value.

We are not engineers and any references to physical property characteristics in terms of quality, condition, cost, suitability, soil conditions, flood risk, obsolescence, etc., are strictly related to their economic impact on the property. No liability is assumed for any engineering-related issues.

Unless otherwise stated in this report, we did not observe the existence of hazardous materials, which may or may not be present on or in the property. The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials, may affect the value of the property. The value opinion is predicated on the assumption that there is no such material on or in the property that would cause a loss in value or extend their marketing time. No responsibility is assumed for any such conditions, or for the expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field, if desired.

**Fairfield Farms
18-284-12**

## GENERAL ASSUMPTIONS & LIMITING CONDITIONS

Toxic and hazardous substances, if present within a facility, can introduce an actual or potential liability that may adversely affect marketability and value. Such effects may be in the form of immediate clean-up expense or future liability of clean-up costs (stigma). In the development of our opinion(s) of value, no consideration was given to such liabilities or their impact on value. The client and all intended users release Joseph J. Blake and Associates, Inc., from any and all liability related in any way to environmental matters.

Possession of this report or a copy thereof does not imply right of publication, nor use for any purpose by any other than the client to whom it is addressed, without our written consent.

Cash flow projections are forecasts of estimated future operating characteristics and are based on the information and assumptions contained within the Appraisal Report. The achievement of the financial projections will be affected by fluctuating economic conditions and is dependent upon other future occurrences that cannot be assured. Actual results may well vary from the projections contained herein. We do not warrant that these forecasts will occur. Projections may be affected by circumstances beyond our current realm of knowledge or control.

The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific compliance survey and analysis of this property to determine whether it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements for the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative effect upon the value of the property. Unless otherwise stated in this report, we have no direct evidence relating to this issue and we did not consider possible non-compliance with the requirements of the ADA in forming the opinion of the value of the property.

### EXTRAORDINARY ASSUMPTIONS

This appraisal is based on the extraordinary assumptions that the prospective market value assumes that the boutique hotel will be completed by the projected 'as completion' date and will be at the class level proposed.

### HYPOTHETICAL CONDITIONS

This appraisal is not based on any hypothetical conditions.

Fairfield Farms
18-284-12

**INTRODUCTION**

## PURPOSE OF THE APPRAISAL

The purpose of the appraisal is to develop an opinion of the 'as is' market value of the fee simple estate of the subject as of May 14, 2018, the prospective 'as complete' market value of the fee simple estate of the subject as of July 1, 2019, and the prospective 'as stabilized' market value of the fee simple estate of the subject as of July 1, 2021.

## INTENDED USER AND USE OF THE APPRAISAL

The intended user of this appraisal is the client, Washington Capital Partners. We assume any affiliates, successors and assigns noted herein have the same intended use, knowledge and understanding as the original named client. The intended use of this appraisal is to assist the client with loan underwriting purposes. This appraisal is not intended to be used by any other parties, for any other reasons, other than those which are stated here. Non-identified parties are not intended users of this report.

## PERTINENT DATES OF INSPECTION, APPRAISAL VALUE AND REPORT

This Appraisal Report, with its analyses, conclusions and final opinions of market value, is specifically applicable to the following pertinent dates:

|  |  |
|---|---|
| **DATE OF INSPECTION** | May 14, 2018 |
| **DATE OF REPORT** | June 15, 2018 |
| **DATE OF "AS IS" VALUE** | May 14, 2018 |
| **DATE OF "AS COMPLETE" VALUE** | July 1, 2019 |
| **DATE OF "AS STABILIZED" VALUE** | July 1, 2021 |

## DEFINITION OF MARKET VALUE

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised, and acting in what they consider their own best interests;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.'

*Source: 12 C.F.R. § 34.42, 225.62, 323.2, 564.2, 722.2*

## EXPOSURE TIME

To form an opinion of exposure time, we considered the exposure times of properties similar to the subject in the same or similar sub-markets that have recently sold and/or conversations with local market participants. Based on our research, we are of the opinion that 6 to 12 months is a reasonable exposure time, assuming the property was reasonably priced and actively marketed.

# INTRODUCTION

## MARKETING TIME

In order to form opinions of marketing time, we contacted commercial real estate companies active in the subject's area, specifically those focused on commercial properties. Each broker was asked to estimate the marketing time for a property similar to the subject, used for the same purpose, located in the subject's area, and at or near the subject's value. While careful to state that the marketing time depends on many factors, these brokers were of the opinion that 6 to 12 months was reasonable. It is our opinion that a marketing time of 6 to 12 months is considered reasonable for the subject property.

According to the PwC Real Estate Investor Survey, third quarter 2017, the quoted marketing time for full-service lodging properties on a national basis ranged from 3 to 9 months and averaged 6.3 months.

## PROPERTY RIGHTS APPRAISED

The subject is appraised on the basis of a fee simple estate.

## SCOPE OF THE APPRAISAL

The scope of an appraisal assignment is relative to the intended use of the appraisal. The following outlines the extent of property inspection, market data collection, verification and analysis performed for this assignment.

### Inspection

Thomas Shields, MAI, MRICS, made a personal inspection of the property that is the subject of this report. This inspection included the interior and exterior of the subject. The inspection was visual in nature, to assess the economic condition of the property, in order to effectively compare it to other properties in the market.  We are not engineers, and we did not assess the property from the standpoint of its structural integrity, or to determine whether any latent defects (water leaks, plumbing or electrical problems, etc.) were present.

### Subject Physical and Economic Characteristics

The types of information obtained and the sources providing such information are detailed in the following table.

| Information Sources | |
|---|---|
| **Information Type** | **Source** |
| Purchase and Sale Agreement | Owner |
| Legal Description | County |
| Flood Map | FEMA |
| Site Plan | Owner |

### Type of Analysis Applied

The Cost, the Sales Comparison, and the Income Capitalization Approaches were applied in this valuation analysis.

### Extent of Data Research

General economic data and market data were reviewed. Comparable sales were compiled from published sources including various reliable publications. Market data compiled for this report include a variety of rent comparables and improved property sales.  These data are a result of research specific to the market and pertinent to the subject. The data were verified by buyers, sellers, brokers, managers, government officials or other sources regarded as knowledgeable and reliable. A rental survey of competing properties was conducted, and we provide photographs of all the comparable sales and rentals, where available.

# INTRODUCTION

Information specific to the subject was provided by the client, owner, and/or representatives of the owner, and is assumed to be correct. Other information, such as zoning and tax records, was obtained from governmental sources. Specific estimates concerning market rent, expenses, vacancy, etc., reflect our judgment based on interpretation of the market data. The reasoning behind such estimates is illustrated throughout each of the approaches to value.

## IDENTIFICATION OF THE PROPERTY

The property is commonly known as:

Fairfield Farms
159 Fairfield Lane
Berryville, VA 22611

The property is also identified by the Clarke County Tax Assessor's Office as tax parcel number Map 9 3 Lot 1B.

The legal description of the property is assumed to be correct. We have not commissioned a survey, nor have we had one verified by legal counsel. Therefore, we suggest a title company, legal counsel, or other qualified expert verify this legal description before it is used for any purpose.

## CURRENT USE OF THE SUBJECT

As of the date of the value opinion(s), the subject was being used as a vacant historic estate. For the purposes of prospective 'as complete' and 'as stabilized valuations in this report, the subject is valued as boutique/life-style hotel.

## HISTORY OF THE SUBJECT

The subject is currently owned by Charles Paret, who purchased the subject from Fairfield Farm LLC, on February 28, 2018 for $1,590,000 , cash to seller, as was recorded in Clarke County property records book 476/422.

Property was conveyed subject to two leases for tenants in possession of (the cottages located at) 115 Fairfield Lane and 200 Fairfield Lane, respectively.

We are not aware of any listings, real property transactions, or ownership transfers pertaining to the subject in the three years prior to the date of the "as is" value opinion, other than that which is reported here.

| Fairfield Farms 18-284-12 | **AREA ANALYSIS** |
|---|---|

The subject property is located in the Washington-Arlington-Alexandria, DC-VA-MD-WV Metropolitan Statistical Area (MSA), as defined by the Office of Management and Budget as described in the OMB Bulletin No. 13-01 released February 28, 2013. This MSA includes the District of Columbia; the Maryland Counties of Calvert, Charles, Frederick, Montgomery and Prince George's; the Virginia Counties of Arlington, Clarke, Fairfax, Fauquier, Loudoun, Prince William, Spotsylvania, Stafford and Warren Counties; Jefferson County, WV; and the Virginia independent Cities of Alexandria, Fairfax, Falls Church, Fredericksburg, Manassas, and Manassas Park.

The following map illustrates the location of the subject property in the region.



### Regional Economy

Historically, the regional economy relies upon extensive government offices, military installations (and related government contracting), commercial business activity, associations/nonprofit organizations, and tourism. In the past decades, there has also been substantial expansion of technology related companies.

In the past, it was common to characterize the Washington area economy as being "recession proof." This has been shown to be incorrect; however, the region has been cushioned from the full force of the national recessions by an economic structure that is less cyclical, buoyed by the underlying support of the Federal Government.

Fairfield Farms
18-284-12

**AREA ANALYSIS**

## AREA DEMOGRAPHIC AND INCOME DATA

The following data was obtained from *MOODY'S ANALYTICS Précis® Washington-Arlington-Alexandria MSA, January 2017*.

**Moody's Source for Charts**

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross metro product (C$B) | 315.3 | 319.4 | 321.7 | 319.5 | 321.8 | 327.5 | 335.9 | 348.3 | 359.4 | 367.1 | 373.0 | 379.6 |
| % change | 2.29% | 1.30% | 0.70% | (0.69%) | 0.74% | 1.75% | 2.58% | 3.70% | 3.18% | 2.14% | 1.60% | 1.78% |
| Total employment (ths) | 2,424.0 | 2,461.2 | 2,498.7 | 2,523.0 | 2,535.7 | 2,583.8 | 2,645.2 | 2,691.6 | 2,735.3 | 2,770.1 | 2,786.9 | 2,794.8 |
| % change | 0.50% | 1.54% | 1.52% | 0.97% | 0.50% | 1.90% | 2.38% | 1.76% | 1.62% | 1.27% | 0.60% | 0.28% |
| Unemployment rate (%) | 6.40% | 6.21% | 5.83% | 5.58% | 5.18% | 4.52% | 3.92% | 3.90% | 3.93% | 4.04% | 4.23% | 4.47% |
| Personal income growth (%) | 4.29% | 6.96% | 4.06% | 0.40% | 3.69% | 4.11% | 4.69% | 5.88% | 5.94% | 5.12% | 4.01% | 3.55% |
| Median household income ($ ths) | 85.7 | 87.0 | 87.7 | 88.3 | 90.5 | 92.9 | 95.2 | 98.1 | 101.4 | 104.1 | 106.2 | 108.1 |
| Population (ths) | 4,456.2 | 4,547.9 | 4,626.6 | 4,704.1 | 4,759.9 | 4,812.2 | 4,859.2 | 4,906.2 | 4,953.3 | 5,000.4 | 5,047.6 | 5,093.9 |
| % change | 2.25% | 2.06% | 1.73% | 1.67% | 1.19% | 1.10% | 0.98% | 0.97% | 0.96% | 0.95% | 0.94% | 0.92% |
| Single-family permits | 7,844.0 | 8,170.0 | 9,241.0 | 11,124.0 | 10,164.0 | 10,531.0 | 10,302.1 | 15,119.4 | 18,224.0 | 17,756.3 | 16,068.7 | 15,929.5 |
| Multifamily permits | 2,492.0 | 8,484.0 | 8,343.0 | 8,399.0 | 9,490.0 | 9,093.0 | 9,403.1 | 12,069.6 | 12,581.1 | 11,283.3 | 10,490.0 | 10,702.0 |
| FHFA house price (1995Q1=100) | $213.60 | $211.50 | $214.59 | $225.01 | $237.36 | $247.36 | $257.06 | $266.67 | $270.75 | $271.21 | $273.97 | $279.88 |

Source: *MOODY'S ANALYTICS Précis® Washington Metropolitan Area, January 2017*

### Employment

According to the Moody's, employment has trended upward significantly since the financial crisis of 2008 and 2009. Thereafter, employment growth rapidly expanded in 2010, and declined until 2013. Employment growth was nominal in 2014 and one of the lowest on record, while growth in is projected to continue to improve.









Unemployment is projected to level off at between 4% and 5% over the next several years while personal income growth is expected to spike in 2017 and 2018 and grow at a slower rate thereafter through 2021 according to Moody's.

JOSEPH J. BLAKE AND ASSOCIATES, INC.

REAL ESTATE VALUATION AND CONSULTING

Fairfield Farms
18-284-12

**AREA ANALYSIS**

### Income Characteristics

The table below shows the mid-year 2017 and projected 2022 median household income for the Washington metro area and its respective jurisdictions. The District of Columbia's 2017 median household income is $76,405, significantly lower than the entire Washington metropolitan area income level of $95,156.

| | Median Household Income 2017 | Median Household Income 2022 | Projected Income Growth 2017-2022 |
|---|---|---|---|
| **Washington, DC CBSA** | $95,156 | $104,198 | 9.5% |
| District of Columbia (DC) | $76,405 | $88,808 | 16.2% |
| Anne Arundel County (MD) | $91,017 | $100,089 | 10.0% |
| Calvert County (MD) | $98,962 | $105,538 | 6.6% |
| Charles County (MD) | $96,659 | $104,097 | 7.7% |
| Frederick County (MD) | $87,894 | $96,290 | 9.6% |
| Howard County (MD) | $112,531 | $120,888 | 7.4% |
| Montgomery County (MD) | $102,580 | $110,659 | 7.9% |
| Prince George's County (MD) | $76,909 | $82,909 | 7.8% |
| St. Mary's County (MD) | $84,868 | $92,305 | 8.8% |
| Alexandria City (VA) | $91,991 | $102,381 | 11.3% |
| Arlington County (VA) | $104,869 | $113,810 | 8.5% |
| Fairfax County (VA) | $111,963 | $119,366 | 6.6% |
| Fairfax City (VA) | $103,320 | $109,959 | 6.4% |
| Falls Church City (VA) | $118,958 | $128,210 | 7.8% |
| Fauquier County (VA) | $95,099 | $102,563 | 7.8% |
| Loudoun County (VA) | $124,885 | $137,873 | 10.4% |
| Manassas City (VA) | $77,929 | $85,465 | 9.7% |
| Manassas Park City (VA) | $75,456 | $83,081 | 10.1% |
| Prince William County (VA) | $100,607 | $106,977 | 6.3% |

*Source: CCIM*

The Washington metropolitan area is home to some of the wealthiest counties in the nation in terms of median household income.  Loudoun County leads the D.C. area at a median household income of $124,885, followed by Falls Church City, Howard County, and Fairfax County, all of which have median household incomes over $110,000.

According to the CCIM Site to do Business, the District of Columbia is projected to experience the highest household income growth in terms of percent over the next 5 years, at a rate of 16.2%.  In addition, the jurisdictions of Alexandria City, Loudoun County, Manassas Park City, and Anne Arundel County are also expected to experience household income growth of 10% or more for the next 5 years.

| Fairfield Farms 18-284-12 | AREA ANALYSIS |
|---|---|

### Transportation

The Washington Metropolitan Transit Authority operates an interconnected rail and bus service known as "Metro". Currently, the Metrorail system is 118 miles with 91 stations. With demand being high, efforts have been underway to expand the system over the years. At completion, the new Silver Line, will travel to Loudoun County from Falls Church and is the only current expansion project. In the long term, the Orange Line is expected to be extended along Interstate-66 to at least Centreville, and potentially Manassas. Most other lines are expected to have some extensions at some point in the future, along with the construction of partial circle-line called the Purple Line. The Purple line terminates in Bethesda and extends to New Carrolton passing through College Park north of the District boundaries but inside the I-495 beltway.

The Silver Line was developed in two phases, of which Phase 1 has been completed. Phase 1 runs from East Falls Church to Wiehle Avenue on the eastern edge of Reston. It includes four stations in Tysons Corner - McLean, Tysons Corner, Greensboro Park, and Springhill. This phase was completed in 2014. Phase Two will run from Wiehle Avenue to Ashburn in eastern Loudoun County with completion estimated for 2020. The second phase will serve Reston Town Center, Herndon, the Dulles Airport, Route 606 and Ashburn.

In terms of a highway network, the Capital Beltway (I-495) is one of the most important factors driving development in the Washington area. It has tied the Maryland and Virginia suburbs together and significantly influenced real estate investment and development patterns. In addition to the Beltway, Washington is connected to I-95, the major north-south interstate highway that extends most of the length of the Atlantic Coast, and I-66, an east-west highway that begins in Washington, D.C. and connects westward to interstate highways in Virginia and West Virginia.

The region does have notorious problems with traffic congestion in certain areas. However, there have been several major investments in the infrastructure over the past few years, including massive improvements to the interchange in Springfield, where I-95 and I-495 connect, the addition of "Hot Lanes" in Virginia along I-495 which extend 2 additional lanes in each direction between the Springfield interchange to just north of the Dulles Toll Road. In Maryland, the inter-county connector opened in 2011, connecting I-95, near the Prince George's County line, with I-270 in Montgomery County.

The following table provides a summary of air passenger activity at the three airports in the region.

### ANNUAL AIRPORT PASSENGERS (1,000s)

| | 2012 | 2013 | 2014 | 2015 | 2016 | % Change |
|---|---|---|---|---|---|---|
| Washington Dulles Int'l Airport | 22,560 | 21,900 | 21,572 | 21,650 | 21,972 | -0.53% |
| Ronald Reagan Washington Nat'l Airport | 19,700 | 20,400 | 20,810 | 23,039 | 23,595 | 3.67% |
| Baltimore/Washington Int'l Airport | 22,700 | 22,500 | 22,313 | 23,824 | 25,123 | 2.05% |
| Total | 64,960 | 64,800 | 64,695 | 68,513 | 70,690 | 1.71% |

*Source: Respective Airport Authorities*

Each of the three airports posted an increase in passengers over the prior year. In total, over 70 million passengers flew into and out of the Washington region's three airports in 2016, a 3.2% increase from 2015. Reagan National has experienced the highest growth over the past few years, followed by BWI.

| Fairfield Farms 18-284-12 | | | | **AREA ANALYSIS** |

### Housing and Population Trends

At the 2000 census, the total population of the Washington-Arlington-Alexandria CBSA was approximately 5.64 million people.  The population has been steadily increasing throughout the region over the past decade. The data below was extracted from the CCIM data provider and reflects the most current available with 2017 population estimates.

| | 2010 Population (Census) | 2017 Population | 2022 Population Projection | Annual Projected Growth From 2017-2022 | Average Household Size 2017 |
|---|---|---|---|---|---|
| **Washington, DC CBSA** | 5,636,232 | 6,146,460 | 6,539,875 | 1.25% | 2.66 |
| District of Columbia (DC) | 601,723 | 674,875 | 726,356 | 1.48% | 2.10 |
| Anne Arundel County (MD) | 537,656 | 578,441 | 607,553 | 1.92% | 2.66 |
| Calvert County (MD) | 88,737 | 92,815 | 95,737 | 1.29% | 2.86 |
| Charles County (MD) | 146,551 | 162,252 | 174,838 | 1.49% | 2.84 |
| Frederick County (MD) | 233,385 | 252,775 | 267,548 | 1.14% | 2.74 |
| Howard County (MD) | 287,085 | 322,360 | 348,512 | 1.57% | 2.76 |
| Montgomery County (MD) | 971,777 | 1,051,391 | 1,106,510 | 1.03% | 2.72 |
| Prince George's County (MD) | 863,420 | 920,667 | 962,581 | 0.89% | 2.82 |
| St. Mary's County (MD) | 105,151 | 116,032 | 124,068 | 1.35% | 2.75 |
| Alexandria City (VA) | 139,966 | 152,422 | 162,008 | 1.23% | 2.03 |
| Arlington County (VA) | 207,627 | 227,904 | 242,883 | 1.28% | 2.09 |
| Fairfax County (VA) | 1,081,726 | 1,126,302 | 1,160,689 | 0.60% | 2.75 |
| Fairfax City (VA) | 22,565 | 24,481 | 25,729 | 1.00% | 2.66 |
| Falls Church City (VA) | 12,332 | 13,551 | 14,560 | 1.45% | 2.43 |
| Fauquier County (VA) | 65,203 | 70,247 | 74,307 | 1.13% | 2.74 |
| Loudoun County (VA) | 312,311 | 392,368 | 461,460 | 3.30% | 3.00 |
| Manassas City (VA) | 37,821 | 42,110 | 44,865 | 1.28% | 3.04 |
| Manassas Park City (VA) | 14,273 | 15,269 | 15,930 | 0.85% | 3.18 |
| Prince William County (VA) | 402,002 | 448,754 | 487,302 | 1.66% | 3.08 |

As illustrated, the regional population is projected to grow modestly over the next five years. Loudoun County is currently one of the fastest growing communities in the nation and is projected to experience the largest growth in terms of percent, followed by Anne Arundel and Prince William Counties.

Fairfax County is the most populated jurisdiction in the area with over 1.1 million residents, followed by Montgomery County and Prince George's County. These three counties make up approximately 50% of the population in the Washington, D.C. metro area.

As is to be expected, the average household size for the outer suburbs is higher than those displayed by the District of Columbia and the more nearby and urban communities such as Alexandria City, Arlington County, and Falls Church City.



**Fairfield Farms**
**18-284-12**

**AREA ANALYSIS**

The metropolitan area is expected to experience continued population growth through 2021 per Moody's as illustrated in the following graphs.









Residential permits are projected to peak in 2018 in terms of both single and multi-family development with a decline in permits thereafter.

## CONCLUSION

The Washington area economy has historically been relatively resilient and more insulated from recessionary influences in relation to the nation as a whole. Although the regional economy did slip into recession with the nation in 2009, with employment declining for the first time in many years, the area maintains one of the lowest unemployment rates of any major metropolitan area in the nation and appears to have recovered the job losses seen during the recession.

Historically, the presence of the Federal Government has provided some manner of protection from economic downturns. This is one of the reasons institutional investors prefer this location, as continued job growth and related population growth can help shorten periodic downturns. Additionally, these factors help smooth-out periods of overbuilding among both office and residential sectors.

On a long-term basis, the Washington Metropolitan area is a favored location for many institutional investors. There is still heavy technology employment in the region and the underlying stabilizing presence of the Federal Government creates a generally positive atmosphere for investor expectations. Future job growth and good overall employment prospects continue to attract new employees, which in turn spurs increased demand for office, retail and residential real estate. The long-term outlook for the overall economic health of the region remains positive.

**Fairfield Farms
18-284-12**

**NEIGHBORHOOD ANALYSIS**

## NEIGHBORHOOD MAP



## INTRODUCTION

A property is an integral part of its surroundings and must not be treated as an entity separate and apart from its surroundings. The value of a property is not found exclusively in its physical characteristics; physical, economic, political and sociological forces in the area interact to give value to a property. In order to determine the degree of influence extended by these forces on a property, their past and probable future trends are analyzed. Therefore, in order to form an opinion of the value of a property, an analysis is made of the area in which the property under study is found. This area is referred to as a neighborhood.

A neighborhood can be a portion of a city, a community or an entire town. It is usually an area which exhibits a fairly high degree of homogeneity as to use, tenancy and certain other characteristics. Homogeneity is a state of uniform structure or composition throughout. Therefore, in real estate terminology, a homogeneous neighborhood is one in which the property types and uses are similar. A neighborhood is more or less a unified area with somewhat definite boundaries. As a neighborhood's boundaries serve to limit the physical area that exerts germane influences on a property's value, the boundaries may indeed run concurrent with variations in prevailing land uses or physical characteristics.

| Fairfield Farms 18-284-12 | NEIGHBORHOOD ANALYSIS |

## LOCATION

The subject is located at the terminus of a private road accessed from Lord Fairfax Highway (US Route 340). The property is situated in what is commonly referred to as the Virginia Hunt Country. This loosely defined "neighborhood" generally consists of western Loudoun County, most of Clarke and Fauquier Counties and extends down towards Charlottesville, Virginia. This area is generally bound by Leesburg to the east and I-81 and the Blue Ridge Mountains to the west. Virginia Hunt Country has a long tradition of fox hunting that dates back to Colonial US times in addition to steeplechase racing and polo. The backroads of this area are dotted with horse farms bordered by stone fences, small villages, country inns, vineyards, and upscale fine dining. Over the past 10 or so years, the area has seen an influx of micro-breweries and distilleries. The center of the community is generally considered Middleburg, Virginia, but there are multiple other hamlets including Hillsboro, Aldie, Purcellville and Berryville. These factors make the area a natural short outing for DC area residents and a destination for tourists.

Berryville is the seat for Clarke County and is comprised of only 2.3 square miles. The town had a 2010 population of 4,185 people up from just 2,963 people in 2000. The town is situated in the northern Shenandoah Valley and is 11 miles east of Winchester, VA 12 miles south of Charles Town, WV, and 24 miles west of Leesburg, VA. The downtown core is accessed via Route 7 Business off of Route 7/the Harry Byrd Highway. The town consist of historic buildings lining Main Street and single-family homes on most of the remaining streets. The county offices are mostly situated off of N. Church Street. Situated on the east side of downtown are numerous warehouses that line the freight rail lines. The town is also home to Berryville Graphics (BVG), one of the country's largest book manufacturers. The company was purchased in 1986 by Bertelsmann, Europe's largest media company at the time. In 2012, the company started an investment of $11 million to consolidate their US operation into Berryville. The prevailing land uses outside of downtown Berryville are rural in nature and include farms, estates, single-family homes and a smattering of commercial uses. Clarke County is also home to 22 miles of the Appalachian Trail, making it a popular stop-over point for through hikers and a starting point for day hikers.

## ACCESSIBILITY

The subject site has access from Lord Fairfax Hwy (Route 340) via a private road. Route 340 bisects Clarke County from north to south. Route 340 connects to points north including Charles Town, West Virginia, Harpers Ferry, West Virginia, and Frederick, Maryland. To the south, this roadway connects to US 522, I-66 and Front Royal, Virginia before continuing south along the Shenandoah Valley to I-64. Clarke County is bisected by US Route 50 and Route 7. Interstate 81 is 8 miles west of downtown Berryville while I-66 is 15 miles south. The town is also serviced by freight rail on the Crescent Corridor line running between New Jersey and New Orleans.

## DEVELOPMENT

There has been limited development in the Berryville area but a number of the historic properties in the downtown core have been renovated over the past 10+ years.

Fairfield Farms
18-284-12

**NEIGHBORHOOD ANALYSIS**

### DEMOGRAPHICS

The Site To Do Business is a service that provides demographic data, including historical, current and forecasted population estimates for a specified region. Patterns of development, density and migration are reflected in the population estimates. A survey of the subject area's population and growth rate is summarized in the following charts, followed by a map of the surveyed area.

| Demographics | | | | | | |
|---|---|---|---|---|---|---|
| | **2017** | | | **2022** | | |
| **Summary** | **5 mile** | **10 mil** | **15 mil** | **5 mile** | **10 mil** | **15 mil** |
| Population | 9,403 | 65,798 | 195,607 | 10,041 | 74,047 | 216,323 |
| Households | 3,563 | 24,237 | 72,007 | 3,800 | 27,199 | 79,316 |
| Families | 2,487 | 17,451 | 50,472 | 2,645 | 19,520 | 55,508 |
| Average Household Size | 2.61 | 2.70 | 2.68 | 2.61 | 2.71 | 2.69 |
| Owner Occupied Housing Units | 2,527 | 18,426 | 51,184 | 2,699 | 20,716 | 56,748 |
| Renter Occupied Housing Units | 1,036 | 5,811 | 20,823 | 1,101 | 6,483 | 22,568 |
| Median Age | 44.9 | 40.9 | 39.4 | 45.2 | 41.4 | 39.9 |
| **Population by Age** | **5 mile** | **10 mil** | **15 mil** | **5 mile** | **10 mil** | **15 mil** |
| 0 - 4 | 5.2% | 5.9% | 6.0% | 5.1% | 5.8% | 6.0% |
| 5 - 9 | 6.2% | 6.8% | 6.6% | 5.8% | 6.4% | 6.4% |
| 10 - 14 | 7.2% | 7.3% | 7.1% | 6.9% | 7.1% | 6.9% |
| 15 - 19 | 6.3% | 6.3% | 6.5% | 6.2% | 6.5% | 6.6% |
| 20 - 24 | 4.8% | 4.9% | 5.7% | 4.1% | 4.4% | 5.1% |
| 25 - 34 | 9.2% | 11.3% | 12.3% | 10.1% | 11.4% | 12.4% |
| 35 - 44 | 11.2% | 13.0% | 13.0% | 11.5% | 13.2% | 13.3% |
| 45 - 54 | 14.8% | 15.0% | 14.6% | 12.7% | 13.2% | 13.1% |
| 55 - 64 | 15.0% | 14.1% | 13.3% | 15.0% | 14.1% | 13.4% |
| 65 - 74 | 11.2% | 9.7% | 9.1% | 12.5% | 10.9% | 10.1% |
| 75 - 84 | 6.0% | 4.2% | 4.1% | 7.1% | 5.3% | 5.0% |
| 85+ | 2.9% | 1.5% | 1.6% | 3.0% | 1.6% | 1.7% |
| **Households by Income** | **5 mile** | **10 mil** | **15 mil** | **5 mile** | **10 mil** | **15 mil** |
| <$15,000 | 7.60% | 7.70% | 8.30% | 7.70% | 8.00% | 8.40% |
| $15,000 - $24,999 | 7.20% | 8.10% | 7.60% | 6.80% | 7.50% | 7.30% |
| $25,000 - $34,999 | 7.60% | 7.40% | 8.10% | 6.90% | 6.80% | 7.40% |
| $35,000 - $49,999 | 10.50% | 10.50% | 12.20% | 9.60% | 9.70% | 11.10% |
| $50,000 - $74,999 | 17.90% | 16.10% | 17.10% | 15.90% | 14.50% | 15.50% |
| $75,000 - $99,999 | 15.40% | 15.20% | 14.20% | 15.10% | 14.20% | 13.60% |
| $100,000 - $149,999 | 19.20% | 19.40% | 17.70% | 20.40% | 20.30% | 18.80% |
| $150,000 - $199,999 | 8.20% | 8.50% | 7.30% | 9.80% | 10.00% | 8.70% |
| $200,000+ | 6.40% | 7.20% | 7.50% | 7.80% | 9.00% | 9.20% |
| Median Household Income | $73,461 | $75,290 | $68,661 | $79,023 | $79,845 | $75,333 |
| Average Household Income | $89,653 | $91,970 | $89,722 | $101,087 | $103,787 | $101,435 |
| Per Capita Income | $34,300 | $34,122 | $33,413 | $38,544 | $38,391 | $37,550 |

*Source: Site To Do Business*

**Fairfield Farms**
**18-284-12**

**NEIGHBORHOOD ANALYSIS**

| Trends: 2017 - 2022 Annual Rate | | | |
|---|---|---|---|
| **5 mile Radius** | **Area** | **State** | **National** |
| Population | 1.32% | 0.92% | 0.83% |
| Households | 1.30% | 0.86% | 0.79% |
| Families | 1.24% | 0.77% | 0.71% |
| Owner HHs | 1.33% | 0.83% | 0.72% |
| Median Household Income | 1.47% | 2.31% | 2.12% |
| **10 mil Radius** | **Area** | **State** | **National** |
| Population | 2.39% | 0.92% | 0.83% |
| Households | 2.33% | 0.86% | 0.79% |
| Families | 2.27% | 0.77% | 0.71% |
| Owner HHs | 2.37% | 0.83% | 0.72% |
| Median Household Income | 1.18% | 2.31% | 2.12% |
| **15 mil Radius** | **Area** | **State** | **National** |
| Population | 2.03% | 0.92% | 0.83% |
| Households | 1.95% | 0.86% | 0.79% |
| Families | 1.92% | 0.77% | 0.71% |
| Owner HHs | 2.09% | 0.83% | 0.72% |
| Median Household Income | 1.87% | 2.31% | 2.12% |

*Source: Site To Do Business*



*Source: Site To Do Business*

**Fairfield Farms**
**18-284-12**

**NEIGHBORHOOD ANALYSIS**

## LIFE CYCLE

A neighborhood's life cycle usually consists of four stages:

- Growth - a period during which the neighborhood gains public favor and acceptance
- Stability - a period of equilibrium without marked gains or losses
- Decline - a period of diminishing demand
- Revitalization - a period of renewal, redevelopment, modernization, and increasing demand

*Source: The Appraisal of Real Estate, 14th Edition*

From a general examination, it appears that the neighborhood is in a Stability stage of its life cycle. There is limited new residential development in the county but there has been a fair amount of renovation of existing properties.  The neighborhood is expected to remain stable with a modest amount of growth occurring in the residential sector over the next five plus years.

## NEIGHBORHOOD ANALYSIS CONCLUSION

In conclusion, the neighborhood is mostly rural and is known for its horse related estates, vineyards, inns, and restaurants. The genteel nature of the area should continue to attract tourism and day-trippers from the nearby metropolitan areas. This demand will continue to fuel the service based jobs and indirect employment in the county and neighboring areas.

Fairfield Farms
18-284-12

**MARKET ANALYSIS**

### NATIONAL LODGING MARKET OVERVIEW

According to Hospitality Directions US, published by PwC in August 2017: As uncertainty weighs on the economy, softening lodging industry growth expected to continue. Following a weak first quarter, the U.S. economy strengthened in the second quarter. An initial second-quarter GDP estimate of 2.7% and further solid contributions from consumer spending suggest that the U.S. economy will remain on solid footing for the balance of 2017. Overall, moderate demand growth in the second quarter supported increases in both occupancy and ADR, resulting in a RevPAR increase of 2.7%.

Despite ongoing political uncertainty, consumer and business spending are expected to continue to support economic growth in the second half of 2017. Benefiting from rising employment, real disposable income, and household wealth, consumers have been a driving force of economic growth this cycle. Business fixed investment is also expected to contribute meaningfully to economic growth, according to IHS-Markit. For the U.S. lodging industry, this increase in domestic spending is expected to support growth in demand and ADR, though supply growth continues to be a meaningful downside risk. ADR growth of 2.1% is expected to continue to outpace inflation, resulting in a 2.3% increase in RevPAR in 2017.

Looking ahead to 2018, policy uncertainty and Congressional gridlock, combined with the accelerating timeline to midterm elections, pose as significant overhangs to business and consumer confidence. The U.S. dollar is anticipated to continue to weaken in 2018, which could help support inbound international travel. However, it may also weigh negatively on domestic consumer spending, as prices on imported goods increase and consumers reallocate discretionary spending.

Though inflation is forecast to remain well below the 2.0% targeted by the Federal Reserve, ADR is expected to continue to grow, albeit at a slower pace. Overall, we continue to anticipate RevPAR growth of 2.0%, the lowest increase since the beginning of the economic recovery.

*Supply*

Supply growth for the U.S. lodging industry is expected to accelerate to 1.9% in 2017 (up from 1.5% in 2016). PwC's updated lodging outlook for 2018 anticipates supply growth peaking in the first quarter and tapering throughout the balance of the year.

For 2018, the upper midscale chain-scale segment is forecast to see the greatest increase in supply, growing at 4.0% (up from its expected growth of 3.2% in 2017). In contrast, the economy chain-scale segment is expected to realize a 0.5% increase in supply in 2018.

*Demand*

For 2017, PwC's lodging outlook anticipates demand growing 2.1% for the industry and also increasing in each chain-scale segment (between 0.3% in the economy chain-scale segment to 5.1% in the upscale chain-scale segment).

Demand is expected to largely follow the same trends as supply in 2018. As a result, the supply-demand balance is expected to shift in 2018 for the first time this cycle, resulting in a minor decline in occupancy for the U.S. lodging industry.

| Fairfield Farms 18-284-12 | MARKET ANALYSIS |
|---|---|

In 2018, PwC forecasts demand growth to decelerate for the industry as a whole, as well as in the upscale and midscale chain-scale segments.

*Occupancy*

Only two of the six chain-scale segments included in our lodging analysis are forecast to see increases in annual occupancy in 2017, led by the midscale segment.

For 2018, acceleration of supply growth paired with a continued deceleration in the rate of demand growth is expected to result in a decline in the industry's occupancy for the first time this cycle. Specifically, PwC forecasts the industry's occupancy level to decrease to 65.5% in 2018.



Exhibit L-1
OCCUPANCY

Source: STR (2009 thru 2016); PwC (2017 Forecast)

Fairfield Farms
18-284-12

**MARKET ANALYSIS**

*Average Daily Rate (ADR)*

ADR growth is forecast for each chain-scale segment in 2017. However, the overall rate of growth is 100 basis points below the average in 2016.

For 2018, PwC forecasts ADR for the U.S. lodging industry to grow 2.1% – equal to the rate projected for full-year 2017.



**MARKET ANALYSIS**

*Investment Activity*

U.S. hotel sales totaled $13.5 billion for the first half of 2017 – comparable to the same period in 2016, as per Real Capital Analytics. While portfolio and entity-level activity boosted hotel sales in the second quarter of 2017, these "megadeals" were concentrated in non-major markets.

On a year-over-year basis, hotel sales volume in major markets was down 29.0% in the first half of 2017. By comparison, it was up 58.0% in tertiary markets.

When looking at specific metros, volume was up in 19 of the top-25 markets year over year in 2017. The top-five metros in terms of sales volume for the first half of 2017 are in the table below. Only one had the distinction of being in the top five for 2016 while four are new to the list.

| First Half 2017 Hotel Sales Volume | | |
|---|---|---|
| Metro | Total | Rank 2016 |
| Los Angeles | $1,054 | 5 |
| Honolulu | $527 | 7 |
| Atlanta | $516 | 12 |
| Charlotte | $489 | 54 |
| Dallas | $436 | 15 |

Source: Real Capital Analytics, Inc.

| Fairfield Farms 18-284-12 | **MARKET ANALYSIS** |

### National Full-Service Lodging Segment

According to Hospitality Directions US, published by PwC in August 2017: For the second half of 2017, most surveyed investors expected a steady performance for the national full-service lodging sector, albeit with slower growth, especially in locations with additions to supply. "This sector's performance should be stable with only some negative impact in cities with substantial supply growth," remarks a participant. "We foresee a relatively flat outlook for 2017," says another.

In the upscale chain-scale segment, PwC forecasts supply to grow 6.0% in 2017 – well above the U.S. lodging industry's forecast average of 1.9%. For 2018, the rate of supply growth in the upscale segment is expected to decrease to 3.1% but will remain well above the industry's average forecast of 1.9%. In the upper-midscale segment, supply growth is forecast to increase 3.2% in 2017 and 4.0% in 2018.

Both chain-scale segments are forecast to post higher demand growth in 2017 compared to 2016. However, demand growth is expected to lag the growth of supply, causing occupancy to fall slightly in each segment in 2017. (pg. 59)

| National Market Yield Rates for Real Estate Investments National Full-Service Lodging Segment Third Quarter 2017 | | | |
|---|---|---|---|
| | Current Quarter | First Quarter 2017 | Year Ago |
| Discount Rate (IRR) | 8.00%-13.00% | 8.00%-13.00% | 8.00%-12.75% |
| Average | 10.19% | 10.19% | 10.40% |
| | | | |
| Overall Cap Rate (OAR) | 6.00%-10.00% | 6.00%-10.00% | 6.25%-10.00% |
| Average | 7.85% | 7.90% | 7.78% |
| | | | |
| Residual Cap Rate | 7.00%-10.00% | 7.00%-10.00% | 7.00%-10.00% |
| Average | 8.44% | 8.40% | 8.38% |
| | | | |
| Average Daily Rate | (2.00%)-7.00% | (2.00%)-7.00% | 0.00%-5.00% |
| Average | 2.75% | 2.83% | 3.10% |
| | | | |
| Operating Expense | 1.00%-4.00% | 1.00%-4.00% | 1.00%-4.00% |
| Average | 2.92% | 2.92% | 2.80% |
| | | | |
| Marketing Time Range | 3-9 months | 3-9 months | 3-9 months |
| Average | 6.3 | 6.3 | 7 |

Source: PwC Real Estate Investor Survey, 3rd Quarter 2017

Fairfield Farms
18-284-12

**MARKET ANALYSIS**

| Lodging Forecasts National Full-Service Lodging Segment Third Quarter 2017 | | |
| --- | --- | --- |
| Segment | 2017 | Annual Change |
| Upscale | | |
| Occupancy | 73.1% | -0.9% |
| ADR | $140.04 | 1.3% |
| RevPAR | $102.35 | 0.4% |
| Upper Midscale | | |
| Occupancy | 67.2% | -0.4% |
| ADR | $113.00 | 1.4% |
| RevPAR | $75.93 | 1.0% |

Source: PwC Real Estate Investor Survey, 3rd Quarter 2017

### National Limited-Service Midscale & Economy Lodging Segment

According to Hospitality Directions US, published by PwC in August 2017: While some surveyed investors see a flat near-term performance for the national limited-service midscale & economy lodging segment, others expect slight gains in ADR, occupancy, and RevPAR, but at considerably lower levels. "Aging product and new supply threats will keep this segment's performance neutral," notes a participant. "Fundamentals will moderate," projects another.

For the midscale segment, PwC forecasts a 0.3% increase in occupancy in 2017 as supply growth stays below demand. In 2018, however, supply is forecast to move ahead of demand in this segment, resulting in a 0.5% decline in occupancy. In the economy segment, demand is forecast to trend faintly ahead of supply in 2017, allowing for only a 0.1% increase in occupancy.

The anticipation of muted occupancy gains is revealed in this market's key indicators. First, the low end of the overall cap rate range rises to 7.75%. And second, the high end of the range for its ADR growth rate assumption falls to 4.00% – moving its average down 65 basis points to 2.30%. (pg. 60)

| National Market Yield Rates for Real Estate Investments National Limited-Service Midscale & Economy Lodging Segment Third Quarter 2017 | | | |
| --- | --- | --- | --- |
| | Current Quarter | First Quarter 2017 | Year Ago |
| Discount Rate (IRR) | 8.50%-13.00% | 8.50%-13.00% | 8.50%-12.00% |
| Average | 11.00% | 11.00% | 10.55% |
| | | | |
| Overall Cap Rate (OAR) | 7.50%-11.00% | 7.50%-11.00% | 7.50%-10.00% |
| Average | 9.08% | 9.06% | 8.70% |
| | | | |
| Residual Cap Rate | 7.75%-11.00% | 7.75%-11.00% | 7.75%-10.00% |
| Average | 9.83% | 9.66% | 9.43% |
| | | | |
| Average Daily Rate | (2.50%)-4.00% | (2.50%)-8.00% | 0.00%-4.00% |
| Average | 2.30% | 2.95% | 2.65% |
| | | | |
| Operating Expense | 2.50%-3.00% | 2.50%-3.00% | 2.50%-3.00% |
| Average | 2.95% | 2.95% | 2.95% |
| | | | |
| Marketing Time Range | 2-12 months | 2-12 months | 2-12 months |
| Average | 6.9 | 6.5 | 6.8 |

Source: PwC Real Estate Investor Survey, 3rd Quarter 2017

**MARKET ANALYSIS**

| Lodging Forecasts National Limited-Service Midscale & Economy Third Quarter 2017 | | |
|---|---|---|
| Segment | 2017 | Annual Change |
| Midscale | | |
| Occupancy | 59.5% | 0.3% |
| ADR | $86.64 | 1.7% |
| RevPAR | $51.56 | 2.0% |
| Economy | | |
| Occupancy | 57.8% | 0.1% |
| ADR | $62.11 | 2.1% |
| RevPAR | $35.93 | 2.2% |

Source: PwC Real Estate Investor Survey, 3rd Quarter 2017

### National Luxury/Upper-Upscale Lodging Segment

According to Hospitality Directions US, published by PwC in August 2017: As supply growth stays ahead of demand, many surveyed investors expect "fundamentals to moderate" in the national luxury/upper-upscale lodging segment as it moves into the second half of 2017. "This hotel sector will continue to show growth, but at a slower pace compared to prior years," comments an investor. Others, however, see fundamentals holding steady. A shown in the table below, occupancy for the luxury segment is forecast to remain at 73.7% for 2017 compared to 2016, but it is forecast to decline 0.4% in the upper-upscale segment.

When analyzing investments in this lodging market, our investors' assumptions for ADR growth have moderated. As shown in the table below, the high end of the range for this cash flow assumption declines 100 basis points to 5.00% this quarter. In addition, its average slips ten basis points to 3.00%. Even though this average is well below the assumption from a year ago, it is the highest average of the Survey's four national lodging markets. Select-service lodging posts the second-highest quarterly average at 2.80%.

| National Market Yield Rates for Real Estate Investments National Luxury/Upper-Upscale Lodging Segment Third Quarter 2017 | | | |
|---|---|---|---|
| | Current Quarter | First Quarter 2017 | Year Ago |
| Discount Rate (IRR) | 6.50%-12.00% | 6.50%-12.00% | 6.50%-12.00% |
| Average | 9.53% | 9.53% | 9.60% |
| Overall Cap Rate (OAR) | 4.00%-9.00% | 4.00%-9.00% | 4.00%-9.00% |
| Average | 7.03% | 7.00% | 6.92% |
| Residual Cap Rate | 5.50%-9.50% | 5.50%-9.50% | 5.50%-9.50% |
| Average | 7.18% | 7.18% | 7.23% |
| Average Daily Rate | 0.00%-5.00% | 0.00%-6.00% | 0.00%-9.00% |
| Average | 3.00% | 3.10% | 4.00% |
| Operating Expense | 0.00%-4.00% | 0.00%-4.00% | 0.00%-5.00% |
| Average | 2.60% | 2.60% | 2.75% |
| Marketing Time Range | 3-12 months | 3-12 months | 3-12 months |
| Average | 6.8 | 6.8 | 6.3 |

Source: PwC Real Estate Investor Survey, 3rd Quarter 2017

Fairfield Farms
18-284-12

**MARKET ANALYSIS**

| Lodging Forecasts<br>National Luxury/Upper-Upscale Lodging Segment<br>Third Quarter 2017 | | |
|---|---|---|
| Segment | 2017 | Annual Change |
| Luxury | | |
| Occupancy | 73.7% | 0.0% |
| ADR | $323.42 | 2.0% |
| RevPAR | $238.49 | 1.9% |
| Upper Upscale | | |
| Occupancy | 73.9% | -0.4% |
| ADR | $182.38 | 1.6% |
| RevPAR | $134.78 | 1.1% |

Source: PwC Real Estate Investor Survey, 3rd Quarter 2017

### National Select-Service Lodging Segment

According to Hospitality Directions US, published by PwC in August 2017: Changes in this quarter's cash flow assumptions suggest that surveyed investors have become more conservative and cautious about the near-term performance of the national select-service lodging segment. First, this sector's average overall capitalization rate moves up ten basis points to 8.70% – the highest average reported for this segment since its Survey debut in 2011. Second, its average ADR change rate slips 20 basis points to 2.80% – the sixth consecutive semiannual decline for this assumption and its lowest average since its debut.

Five years ago, investors' expectations for this market were more positive than they are now. In 2012, the average ADR growth rate assumption was 4.80% – the highest average of the four Survey lodging markets. In addition, the average expected change in property values was 5.2%. This quarter, that average expectation is a decline of 1.5%.

A main reason for investors' less favorable outlook for this sector today is the "continued pressure that new supply is placing on property performance."

| National Market Yield Rates for Real Estate Investments<br>National Select Service Lodging Segment<br>Third Quarter 2017 | | | |
|---|---|---|---|
| | Current Quarter | First Quarter 2017 | Year Ago |
| Discount Rate (IRR) | 8.00%-12.00% | 8.00%-11.00% | 8.00%-11.00% |
| Average | 10.20% | 9.90% | 9.80% |
| | | | |
| Overall Cap Rate (OAR) | 6.50%-10.00% | 6.50%-10.00% | 6.50%-10.00% |
| Average | 8.70% | 8.60% | 8.55% |
| | | | |
| Residual Cap Rate | 7.00%-10.75% | 7.00%-10.75% | 7.00%-10.75% |
| Average | 9.08% | 9.03% | 9.03% |
| | | | |
| Average Daily Rate | (2.00%)-5.00% | 0.00%-5.00% | 0.00%-6.00% |
| Average | 2.80% | 3.00% | 3.20% |
| | | | |
| Operating Expense | 2.00%-4.00% | 2.00%-4.00% | 2.00%-4.00% |
| Average | 2.70% | 2.70% | 2.70% |
| | | | |
| Marketing Time Range | 2-12 months | 2-12 months | 2-12 months |
| Average | 6.0 | 6.0 | 5.9 |

Source: PwC Real Estate Investor Survey, 3rd Quarter 2017

JOSEPH J. BLAKE AND ASSOCIATES, INC.
REAL ESTATE VALUATION AND CONSULTING

34

# MARKET ANALYSIS

### National Lodging Market – RealtyRates.com

According to the *RealtyRates.com Investor Survey*, 3rd Quarter 2017, the following tables summarize prevailing mortgage terms and resulting built-up overall capitalization rates (OAR's) via debt coverage ratio and band of investment techniques, together with OAR's from consummated transactions as reported by survey respondents based on actual net operating income (NOI) exclusive of reserves and actual sales price exclusive of deferred maintenance. These data are for Class A and B properties nationwide. Mortgage terms and equity dividend rates are likewise national rates as reported by survey respondents.

| RealtyRates.com Investor Survey Lodging Facilities - All Types Third Quarter 2017 | | | | |
|---|---|---|---|---|
| **Item** | **Input** | | | **OAR** |
| **Minimum** | | | | |
| Spread Over 10-Year Treasury | 1.24% | | | |
| Debt Coverage Ratio | 1.00 | **DCR Technique** | 1.00 x 0.046920 x 0.80 | = 3.75% |
| Interest Rate | 3.56% | **Band of Investment Technique** | | |
| Amortization | 40 | Mortgage | 80% x 0.046920 = 0.037536 | |
| Mortgage Constant | 0.046920 | Equity | 20% x 0.081725 = 0.016345 | |
| Loan-to-Value Ratio | 80% | OAR | 0.037536 + 0.016345 | = 5.39% |
| Equity Dividend Rate | 8.17% | **Surveyed Rates** | | 5.12% |
| **Maximum** | | | | |
| Spread Over 10-Year Treasury | 11.58% | | | |
| Debt Coverage Ratio | 2.85 | **DCR Technique** | 2.85 x 0.159004 x 0.50 | = 22.66% |
| Interest Rate | 13.90% | **Band of Investment Technique** | | |
| Amortization | 15 | Mortgage | 50% x 0.159004 = 0.079502 | |
| Mortgage Constant | 0.159004 | Equity | 50% x 0.200871 = 0.100435 | |
| Loan-to-Value Ratio | 50% | OAR | 0.079502 + 0.100435 | = 17.99% |
| Equity Dividend Rate | 20.09% | **Surveyed Rates** | | 17.09% |
| **Average** | | | | |
| Spread Over 10-Year Treasury | 3.59% | | | |
| Debt Coverage Ratio | 1.53 | **DCR Technique** | 1.53 x 0.080021 x 67% | = 8.17% |
| Interest Rate | 5.91% | **Band of Investment Technique** | | |
| Amortization | 23 | Mortgage | 67% x 0.080021 = 0.053439 | |
| Mortgage Constant | 0.080021 | Equity | 33% x 0.147255 = 0.048916 | |
| Loan-to-Value Ratio | 66.8% | OAR | 0.053439 + 0.048916 | = 10.24% |
| Equity Dividend Rate | 14.7% | **Surveyed Rates** | | 11.07% |

Source: RealtyRates.com Investor Survey, 3rd Quarter 2017

Fairfield Farms
18-284-12

**MARKET ANALYSIS**

| | | RealtyRates.com Investor Survey | | | |
|---|---|---|---|---|---|
| | | Lodging Facilities - Full Service | | | |
| | | Third Quarter 2017 | | | |
| **Item** | **Input** | | | | **OAR** |
| **Minimum** | | | | | |
| Spread Over 10-Year Treasury | 1.24% | | | | |
| Debt Coverage Ratio | 1.00 | **DCR Technique** | 1.00 x 0.046920 x 0.80 | = | 3.75% |
| Interest Rate | 3.56% | **Band of Investment Technique** | | | |
| Amortization | 40 | Mortgage | 80% x 0.046920 = 0.037536 | | |
| Mortgage Constant | 0.046920 | Equity | 20% x 0.081725 = 0.016345 | | |
| Loan-to-Value Ratio | 80% | OAR | 0.037536 + 0.016345 | = | 5.39% |
| Equity Dividend Rate | 8.17% | **Surveyed Rates** | | | 5.12% |
| **Maximum** | | | | | |
| Spread Over 10-Year Treasury | 7.43% | | | | |
| Debt Coverage Ratio | 2.60 | **DCR Technique** | 2.60 x 0.127124 x 0.60 | = | 19.67% |
| Interest Rate | 9.75% | **Band of Investment Technique** | | | |
| Amortization | 15 | Mortgage | 60% x 0.127124 = 0.075638 | | |
| Mortgage Constant | 0.127124 | Equity | 41% x 0.188871 = 0.076493 | | |
| Loan-to-Value Ratio | 60% | OAR | 0.075638 + 0.076493 | = | 15.21% |
| Equity Dividend Rate | 18.89% | **Surveyed Rates** | | | 14.45% |
| **Average** | | | | | |
| Spread Over 10-Year Treasury | 4.34% | | | | |
| Debt Coverage Ratio | 1.30 | **DCR Technique** | 1.30 x 0.079340 x 70% | = | 7.19% |
| Interest Rate | 6.66% | **Band of Investment Technique** | | | |
| Amortization | 28 | Mortgage | 70% x 0.079340 = 0.055340 | | |
| Mortgage Constant | 0.079340 | Equity | 30% x 0.129941 = 0.039307 | | |
| Loan-to-Value Ratio | 70% | OAR | 0.055340 + 0.039307 | = | 9.46% |
| Equity Dividend Rate | 12.99% | **Surveyed Rates** | | | 10.96% |

Source: RealtyRates.com Investor Survey, 3rd Quarter 2017