Fairfield Farms
18-284-12

# MARKET ANALYSIS

### RealtyRates.com Investor Survey
### Lodging Facilities - Limited Service
### Third Quarter 2017

| Item | Input | | OAR |
|---|---|---|---|
| **Minimum** | | | |
| Spread Over 10-Year Treasury | 1.44% | | |
| Debt Coverage Ratio | 1.25 | **DCR Technique** 1.25 x 0.055642 x 0.65 | = 4.52% |
| Interest Rate | 3.76% | **Band of Investment Technique** | |
| Amortization | 30 | Mortgage 65% x 0.055642 = 0.036167 | |
| Mortgage Constant | 0.055642 | Equity 35% x 0.083725 = 0.029304 | |
| Loan-to-Value Ratio | 65% | OAR | |
| Equity Dividend Rate | 8.37% | 0.036167 + 0.029304 | = 6.55% |
| **Maximum** | | **Surveyed Rates** | 6.22% |
| Spread Over 10-Year Treasury | 11.58% | | |
| Debt Coverage Ratio | 2.85 | **DCR Technique** 2.85 x 0.159004 x 0.50 | = 22.66% |
| Interest Rate | 13.90% | **Band of Investment Technique** | |
| Amortization | 15 | Mortgage 50% x 0.159004 = 0.079502 | |
| Mortgage Constant | 0.159004 | Equity 50% x 0.200871 = 0.100435 | |
| Loan-to-Value Ratio | 50% | OAR | |
| Equity Dividend Rate | 20.09% | 0.079502 + 0.100435 | = 17.99% |
| **Average** | | **Surveyed Rates** | 17.09% |
| Spread Over 10-Year Treasury | 6.51% | | |
| Debt Coverage Ratio | 1.51 | **DCR Technique** 1.51 x 0.102453 x 58% | = 8.92% |
| Interest Rate | 8.83% | **Band of Investment Technique** | |
| Amortization | 23 | Mortgage 58% x 0.102453 = 0.058910 | |
| Mortgage Constant | 0.102453 | Equity 43% x 0.136441 = 0.057987 | |
| Loan-to-Value Ratio | 58% | OAR | |
| Equity Dividend Rate | 13.64% | 0.058910 + 0.057987 | = 11.69% |
| | | **Surveyed Rates** | 11.34% |

Source: RealtyRates.com Investor Survey, 3rd Quarter 2017

## JOSEPH J. BLAKE AND ASSOCIATES, INC.
### REAL ESTATE VALUATION AND CONSULTING

Fairfield Farms
18-284-12

## MARKET ANALYSIS

### RealtyRates.com Investor Survey
### Lodging Facilities - Golf/Gaming/Resort
### Third Quarter 2017

| Item | Input | | | | | OAR |
|---|---|---|---|---|---|---|
| **Minimum** | | | | | | |
| Spread Over 10-Year Treasury | 1.34% | | | | | |
| Debt Coverage Ratio | 1.60 | **DCR Technique** | 1.60 x 0.054963 x 0.65 | | = 5.72% | |
| Interest Rate | 3.66% | **Band of Investment Technique** | | | | |
| Amortization | 30 | Mortgage | 65% x 0.054963 = 0.035726 | | | |
| Mortgage Constant | 0.054963 | Equity | 35% x 0.082725 = 0.028954 | | | |
| Loan-to-Value Ratio | 65% | OAR | 0.035726 + 0.028954 | | = 6.47% | |
| Equity Dividend Rate | 8.27% | **Surveyed Rates** | | | 6.14% | |
| **Maximum** | | | | | | |
| Spread Over 10-Year Treasury | 9.51% | | | | | |
| Debt Coverage Ratio | 2.70 | **DCR Technique** | 2.70 x 0.142672 x 0.50 | | = 19.23% | |
| Interest Rate | 11.83% | **Band of Investment Technique** | | | | |
| Amortization | 15 | Mortgage | 50% x 0.142672 = 0.071336 | | | |
| Mortgage Constant | 0.142672 | Equity | 50% x 0.194871 = 0.097436 | | | |
| Loan-to-Value Ratio | 50% | OAR | 0.071336 + 0.097436 | | = 16.88% | |
| Equity Dividend Rate | 19.49% | **Surveyed Rates** | | | 16.03% | |
| **Average** | | | | | | |
| Spread Over 10-Year Treasury | 5.42% | | | | | |
| Debt Coverage Ratio | 1.56 | **DCR Technique** | 1.56 x 0.093979 x 0.58 | | = 8.43% | |
| Interest Rate | 7.74% | **Band of Investment Technique** | | | | |
| Amortization | 23 | Mortgage | 58% x 0.093979 = 0.054038 | | | |
| Mortgage Constant | 0.093979 | Equity | 43% x 0.133191 = 0.056606 | | | |
| Loan-to-Value Ratio | 58% | OAR | 0.054038 + 0.056606 | | = 11.06% | |
| Equity Dividend Rate | 13.32% | **Surveyed Rates** | | | 10.42% | |

Source: RealtyRates.com Investor Survey, 3rd Quarter 2017

The following tables summarize discount and equity dividend rates reported by survey respondents. In all cases, rates were derived from Class A and B properties nationwide and are exclusive of reserves. Note that "Recapitalizations" refers to re-financing under current use.

### RealtyRates.com Investor Survey
### Lodging - Discount Rates
### Third Quarter 2017

| Property Type | New Development | | | Acquisitions | | | Recapitalizations | | |
|---|---|---|---|---|---|---|---|---|---|
| | Min. | Max. | Avg. | Min. | Max. | Avg. | Min. | Max. | Avg. |
| Lodging | 7.21% | 19.13% | 13.52% | 6.05% | 16.07% | 11.35% | 6.99% | 18.55% | 13.11% |
| Full Service Facilities | 7.21% | 16.34% | 13.63% | 6.05% | 13.73% | 11.45% | 6.99% | 15.85% | 13.22% |
| Limited Service Facilities | 8.22% | 19.13% | 13.85% | 6.91% | 16.07% | 11.63% | 7.98% | 18.55% | 13.43% |
| Golf/Gaming/Resort | 7.79% | 18.06% | 12.74% | 6.54% | 15.17% | 10.70% | 7.55% | 17.52% | 12.36% |

Source: RealtyRates.com Investor Survey, 3rd Quarter 2017

### RealtyRates.com Investor Survey
### Lodging - Equity Dividend Rates
### Third Quarter 2017

| Property Type | Min. | Max. | Avg. |
|---|---|---|---|
| Lodging | 8.17% | 20.09% | 14.73% |
| Full Service Facilities | 8.17% | 18.89% | 12.99% |
| Limited Service Facilities | 8.37% | 20.09% | 13.64% |
| Golf/Gaming/Resort | 8.27% | 19.49% | 13.32% |

Source: RealtyRates.com Investor Survey, 3rd Quarter 2017

### LOCAL HOTEL MARKET

The Washington, D.C. hospitality market benefits from a variety of tourist attractions in the area along with a robust convention calendar. Tourism represents a key component of Washington, D.C.'s economy and local lodging demand. The city is a major national and international tourist destination. Primary attractions in the area include the following:

- The Smithsonian Institution is the world's largest museum complex and research organization, receiving millions of tourists and visiting researchers each year. The Institution's campus comprises 17 museums and the National Zoo, with sites spanning the Washington, D.C. metropolitan area.

- Two of the world's most iconic works of architecture, the United States Capitol and the White House are located in the Federal District in the District of Columbia. The United States Capitol is among the most symbolically important and architecturally impressive buildings in the nation. It has housed the meeting chambers of the House of Representatives and the Senate for two centuries. The Capitol, which was started in 1793, has been through many construction phases. It stands today as a monument to the American people and their government. The White House was originally constructed between 1792 and 1800. It has been the home of every U.S. president since John Adams, amassing hundreds of years of American History and prestige. While tourism to the White House is strictly regulated in the post-9/11 era, visitors from around the world flock to this historic site each year.

- The National Mall and Memorial Parks contain some of the oldest protected park lands in the United States. The National Mall and Memorial Parks include the public promenade that extends from 3rd Street near the U.S. Capitol building and the Smithsonian museums to 14th Street and the Lincoln Memorial. The National Mall includes such icons as the Washington Monument and the WWII, Korean War, and Vietnam War memorials.

- The District of Columbia is home to several major sports franchises, as well as several major colleges and universities. Major League Baseball is represented in Washington, D.C. with the Nationals Park Stadium, located in the southeast quadrant of the city, one block from the Anacostia River. The 41,000-seat Nationals Park Stadium was built at a cost in excess of $600 million and was designed to fit in with the limestone-and-glass look that has been used on many of the iconic buildings of Washington, D.C. The Capital One Arena, located in the Chinatown neighborhood of Washington, is an indoor arena in Washington, D.C. Owned by Monumental Sports & Entertainment, it is the home arena of the Washington Capitals of the National Hockey League, the Washington Wizards of the National Basketball Association, the Georgetown University men's basketball team, the Washington Mystics of the WNBA, and the Washington Valor of the Arena Football League.

- In mid-October, The Wharf mixed-use development kicked off its grand opening celebration. The project, which has transformed DC's Southwest Waterfront neighborhood into a prime waterfront destination along a one-mile stretch of the Potomac River, features a mix of restaurants, retailers, entertainment venues, residences, and businesses. Along with three new hotels—InterContinental, Canopy, and Hyatt House—totaling over 600 guestrooms and suites The Wharf features three music venues, including the 6,000-person capacity The Anthem.

- Additional attractions in the Washington area include the following:

Fairfield Farms
18-284-12

**MARKET ANALYSIS**

| Washington D.C. Tourist Attractions | |
|---|---|
| The Vietnam Veterans Memorial | The Jefferson Memorial |
| Arlington National Cemetary | The Libraray of Congress |
| The Bureau of Engraving and Printing | The Lincoln Memorial |
| The Capital Building | The National Archives |
| The National Mall | Union Station |
| The FBI Building | The White House |
| The Franklin Roosevelt Memorial | The Washington Monument |
| Ford's Theater | The John F. Kennedy Center |
| The Smithsonina Musuem | The Verizon Center |
| The Spy Musuem | The National Zoo |

The D.C. market, which abounds in historical and cultural attractions, has realized year-over-year increases in visitation since 2010, with 20.2 million visitors in 2014, 21.3 million visitors in 2015 and 22 million visitors in 2016. The following graph shows the total visitor volume to DC since 2005. The graph tracks both domestic and international travel to the city.



Destination D.C. reported approximately 20.0 million domestic visitors to the area during 2016, a 3.6% increase over the prior year. Domestic and international spending in 2016 also grew, increasing by 3.3%. As shown below, the largest increase in spending was in the Lodging category.

**Fairfield Farms
18-284-12**

**MARKET ANALYSIS**

| Expenditure Category | 2016 ($) | % Change |
|---|---|---|
| Lodging | 2.51 billion | 4.0% ↑ |
| Food and Beverage | 2.10 billion | 2.7% ↑ |
| Entertainment | 1.21 billion | 3.4% ↑ |
| Shopping | 891 million | 1.6% ↑ |
| Transportation | 604 million | 0.1% ↑ |

The increase in Lodging and F&B spending comes with the opening of more hotels and restaurants throughout the city. Future visitor volume is projected to grow by 2% to 3% per annum through 2019 as shown below.



*Convention Activity* - A convention center serves as a gauge of visitation trends to a particular market. Convention centers also generate significant levels of demand for area hotels and serve as a focal point for community activity. Typically, hotels within the closest proximity to a convention center—up to three miles away—will benefit the most. Hotels serving as headquarters for an event benefit the most by way of premium rates and hosting related banquet events. During the largest of conventions, peripheral hotels may benefit from compression within the city as a whole.

- Convention activity is a primary force in the Washington, D.C. lodging market. In April of 2003, the new Walter E. Washington Convention Center opened at Mt. Vernon Square with approximately 2.3 million square feet of space. This facility offers approximately 703,000 square feet of exhibit space and 44,000 square feet of retail space. The former Washington Convention Center, located roughly two blocks south of the newer facility, offered 381,000 square feet of exhibition space and 50,000 square feet of meeting space. In 2010, the convention center underwent a $14-million renovation, which increased the center's exhibit space by an additional 48,000 square feet. In

addition, a new 1,175-room Marriott Marquis, which broke ground in November of 2010, opened on May 1, 2014. The facility has enhanced the convention center's ability to book more (and larger) citywide events.

- The Walter E. Washington Convention Center (WEWCC) is a primary driver of group demand for the D.C. market. According to convention center officials, the WEWCC has experienced an approximate 8% average increase in event bookings each year since fiscal year 2008/09, with an average of over a million attendees. Furthermore, the center has driven citywide  room night bookings (a citywide convention is defined by a minimum of 2,500 rooms booked on peak. Between 2015 and 2016, there was a 24.5% increase in citywide booked convention room nights. The recent increase can be attributed to the opening of the Marriott Marquis. The following table shows the projected bookings over the next eight years. The bump in 2017 is likely partially a reflection of the inauguration events.



**ALL CITYWIDE CONVENTION ROOM NIGHTS BOOKED**

| Year | Citywide Room Nights |
|------|---------------------|
| 2016 | 469,358 |
| 2017 | 476,128 |
| 2018 | 422,434 |
| 2019 | 337,880 |
| 2020 | 384,663 |
| 2021 | 385,476 |
| 2022 | 327,579 |
| 2023 | 318,734 |

Chart reflects room nights confirmed as definite as of August 22, 2017; citywides are a minimum of 2,500 rooms on peak
Source: Destination DC

- Given D.C.'s strong local and federal government presence, the convention center benefits from steady government-related events each year, including events held by the Association of the U.S. Army, American Israel Public Affairs Committee, and the Credit Union National Association, to name a few; each of these events has continued to inject millions of dollars into the local economy each year. According to Destination D.C. officials, the opening of the Marriott Marquis as the convention center hotel and the Center's ability to host premier events on an international level, such as the 57th Presidential Inaugural Balls and the International XIX AIDS Conference, future bookings continue to solidify contracts with the district and the Walter E. Washington Convention Center.

Fairfield Farms
18-284-12

# MARKET ANALYSIS

## Washington, D.C. Hotel Supply and Historical Statistics

According to the Washington D.C. Economic Partnership, there are 126 hotels in Washington D.C., with 30,274 guest rooms. The greater metropolitan area is home to 686 hotels with 110,908 guest rooms.

Investor interest in hotels (from those that have yet to be developed to existing properties) in the DC metro area continues to remain strong, in large part due to the relative stability of the regional hotel market historically as compared to other top hotel markets during periods of uncertainty or economic contraction. Going forward, the average annual growth in RevPAR for the DC metro area hotels is projected to be 2.3% for the period from 2016 through 2019, topping top RevPAR markets such as New York (0.1%) and San Francisco (-1.5%).

Within the District of Columbia, occupancy continued to exceed historical records in 2016, the fourth consecutive year that the average hotel in DC attained a record level, finishing the year at 78.4%. Furthermore, average occupancy in DC over the last four quarters (Q3 2016 to Q2 2017) was 78.4%, compared to the entire DC metro area at 72.2% and the U.S. at 65.6%. In terms of rate growth, hotels in DC and the metro area achieved strong respective growth levels of 6.9% and 5.3% over the past four quarters compared to just 2.7% nationally. Similarly, achieved RevPAR growth for the period Q3 2016 through Q2 2017 was 7.6% and 6.8% for DC and DC metro area hotels respectively, more than doubling the 3.2% RevPAR growth at the national level.

As shown in the following table, overall the market ADR has steadily trended upwards with a slight decline in 2012 and again in 2014.



Source: STR

The graph shows that the average occupancy in the market had edged up steadily over the past few years before leveling off in 2016. The ADR for the market increased 3.0% from 2012 to 2013 but only 0.5% from 2013 to 2014. Between 2014 and 2015 rate growth resumed at 2.9% and increased to 3.7% in 2016.

| Fairfield Farms 18-284-12 | MARKET ANALYSIS |
|---|---|

The following table illustrates hotel demand in Washington DC for 2007, 2010, 2015 and 2016 as of August. As shown, the number of rooms sold in 2017 is following a similar pattern to 2016 with modest growth.



Source: STR

## Supply

Between the second quarters of 2012 and 2017, the DC metro market area added more than 5,800 guestrooms to the regional inventory. Based on the increase in hotel rooms available during the indicated timeframe, the DC metro market was the sixth fastest growing metro hotel market, with more than 3,000 of the added rooms within DC alone. Furthermore, there are more than 11,000 rooms in the supply pipeline in the metro region, from those in the planning stage to those that are under construction, including 4,000+ rooms in the nation's capital.

The following table illustrates the projections as provided by the Washington D.C. Economic Partnership. As shown, an influx of new inventory is expected to have a negative impact on occupancy over the next three years.



| Fairfield Farms | MARKET ANALYSIS |
| 18-284-12 | |

The following table illustrates the recent supply gains and proposed new construction within the DC market.

| | PROJECT | WARD | LOCATION | DEVELOPER(S) | HOSPITALITY SF | HOTEL ROOMS | EST. VALUE ($M) | DELIVERY |
|---|---|---|---|---|---|---|---|---|
| **TOP HOSPITALITY PROJECTS COMPLETED** (3Q 2016–AUGUST 2017) | | | | | | | | |
| 1 | Trump International Hotel, The Old Post Office | 2 | 1100 Pennsylvania Ave., NW | Trump Hotel Collection | 536,000 | 263 | $200 | Q3 16 |
| 2 | National Museum of African-American History & Culture | 2 | The National Mall | Smithsonian | 409,000 | | $385 | Q3 16 |
| 3 | Homewood Suites | 6 | 50 M St., SE | O/G Investments / Englewood LLC | 135,200 | 195 | $60 | Q4 16 |
| 4 | Frist (Residence Inn by Marriott) | 6 | 1233 1st St., SE | McCaffery Interests / Grosvenor Americas / Clark Enterprises Inc. | 127,200 | 170 | $150 | Q1 17 |
| 5 | The Darcy | 2 | 1515 Rhode Island Ave., NW | KHP Capital Partners | 87,600 | 226 | | Q2 17 |
| 6 | Pod Hotel | 2 | 627–631 H St., NW | Modus Hotels / Monument Realty / Cafritz Interests | 61,400 | 245 | $80 | Q1 17 |
| 7 | Hotel Hive | 2 | 2224 F St., NW | Abdo Development | 25,000 | 83 | | Q1 17 |
| 8 | U.S. Diplomacy Center (Phase I) | 2 | 2201 C St., NW | General Services Administration | 22,375 | | $35 | Q4 16 |
| 9 | National Gallery of Art (expansion) | | 4th & Constitution Ave., NW | National Gallery of Art | | | $69 | Q3 16 |
| 10 | Fairmont Washington | 2 | 2401 M St., NW | MetLife | | 415 | $27 | Q1 17 |
| **TOP HOSPITALITY PROJECTS UNDER CONSTRUCTION** | | | | | | | | |
| 11 | The Wharf (Phase I) | 6 | Southwest Waterfront | Hoffman-Madison Waterfront | 630,000 | 690 | $1,326 | Q4 17 |
| 12 | Museum of the Bible | 6 | 300 D St., SW | Museum of the Bible | 430,000 | | $400 | Q4 17 |
| 13 | D.C. United Stadium | 6 | 100 Potomac Ave., SW | D.C. United / DC Government | 421,000 | | $287 | Q2 18 |
| 14 | CityCenterDC (Conrad Hotel) | 2 | 950 New York Ave., NW | Hines / Qatari Diar | 358,000 | 360 | $270 | Q1 19 |
| 15 | Columbia Place | 2 | 901 L St., NW | Quadrangle Dev. / Capstone Dev. / Marriott | 350,000 | 504 | $225 | Q3 18 |
| 16 | The Line DC | 1 | 1770 Euclid St., NW | Foxhall Partners / Friedman Capital Advisors / Sydell Group | 172,041 | 227 | $100 | Q1 18 |
| 17 | Eaton by Langham | 2 | 1201 K St., NW | Pacific Eagle Holdings | 172,000 | 209 | | Q2 18 |
| 18 | International Spy Museum | 6 | 900 L'Enfant Plaza, SW | JBG Smith | 140,000 | | $162 | Q3 18 |
| 19 | Entertainment and Sports Arena | 6 | 1100 Alabama Ave., SE | Events DC / DC Government | 116,500 | | $85 | Q3 18 |
| 20 | Latham Hotel | 2 | 3000 M St., NW | Thor Equities | 99,555 | 82 | | Q1 19 |
| **TOP HOSPITALITY PROJECTS PIPELINE** (NEAR TERM) | | | | | | | | |
| 21 | National Air and Space Museum | 2 | The National Mall | Smithsonian | 687,000 | | $976 | 2025 |
| 22 | Storey Park | 6 | 1005 1st St., NE | Perseus Realty / Four Points / Greencourt Capital | 184,436 | 235 | | 2019/20 |
| 23 | Armature Works | 6 | 1200 3rd St., NE | Trammell Crow Company / High Street Residential | 147,000 | 200 | | 2020 |
| 24 | SLS Lux Hotel & Residences | 6 | 901 5th St., NW | Peebles Corporation / MacFarlane Partners | 137,950 | 175 | $135 | 2019 |
| 25 | 555 E Street | 6 | 555 E St., SW | CityPartners / Potomac Investment Properties / Adams Investment Group | 130,000 | 252 | $120 | 2019/20 |
| 26 | AC Hotel | 2 | 1112 19th St., NW | OTO Development | 125,650 | 219 | | 2019/20 |
| 27 | 3900 Wisconsin Avenue | 3 | 3900 Wisconsin Ave., NW | Roadside Development / Sekisui House | 125,000 | 140 | | 2022 |
| 28 | Parcel L Hotel | 6 | 227 Tingey St., SE | Forest City Washington | 114,800 | 225 | | 2019/20 |
| 29 | Virgin Hotel | 5 | 411 New York Ave., NE | Brook Rose Development / D. B. Lee Development | 111,440 | 178 | | 2019/20 |
| 30 | Press House at Union District | 6 | 301 N St., NE | Foulger-Pratt | 80,366 | 175 | $150 | 2020 |

The impact of new construction on the subject is difficult to gauge but is a matter of concern. As indicated, newer properties attract customers all other factors being equal; however, the subject's location in Georgetown should be a mitigating factor.

| Fairfield Farms 18-284-12 | MARKET ANALYSIS |
|---|---|

### Airbnb

In addition to hotels, the lodging environment also consists of Airbnb units. Following is an overview of Airbnb's presence in the DC region. The estimates of Airbnb performance come from Airdna, a firm that provides data and analytics on Airbnb rental performance for more than four million Airbnb listings worldwide.

#### FIGURE 1: AIRBNB PERFORMANCE (JUNE 2017)

| METRIC | 2017 | Y-O-Y CHANGE |
|---|---|---|
| Occupancy | 55.7% | -1.9% |
| ADR | $137.86 | 15.1% |
| RevPAR | $ 76.76 | 12.9% |
| Available Supply | 2,356,409 | 80.4% |
| Units Sold | 1,312,390 | 77.0% |
| TOTAL REVENUE | $180,992,841 | 103.8% |

Source: Airdna, CBRE Hotels' Americas Research, Q2 2017

#### FIGURE 2: PERCENT OF ACTIVE UNITS AND REVENUE BY LISTING TYPE



2017 TTM ACTIVE UNITS

2.7%
37.6%  59.7%

2017 TTM REVENUE

0.7%
18.2%  81.1%

Entire Home/Apt       Private Room       Shared Room

Source: Airdna, CBRE Hotels' Americas Research (TTM = trailing twelve months, July 2016-June 2017)

While Airbnb can be a direct competitor to traditional hotels in certain markets, it is extremely difficult to quantify the impact, particularly when hotels are achieving year-over-year record occupancy levels in DC. This suggests that in the DC metro market Airbnb is accommodating a high percentage of incremental demand in the market as opposed to taking away business from hotels, and that the high level of construction anticipated for the DC market will actually cut into the Airbnb market, rather than Airbnb taking from the traditional market.

One interesting note is that traditional hotels still have a significant advantage in terms of suitability to the corporate traveler. In the DC metro market, only 16.1% of Airbnb units were categorized as "business travel ready", meaning they meet a set of criteria defined by Airbnb that render a unit as being appropriate for business travelers.

# DESCRIPTION OF THE SITE

## SITE DETAILS

| | |
|---|---|
| **ADDRESS** | 159 Fairfield Lane, Berryville, Clarke County, VA 22611 |
| **PARCEL NUMBER** | Map 9 3 Lot 1B |
| **LOCATION** | The subject is located at the terminus of a private road accessed from Lord Fairfax Highway (US Route 340) |
| **LOCATION TYPE** | Rural |
| **MAP LATITUDE/LONGITUDE** | 39.1833219/-77.935255 |
| **SIZE** | 1,494,936 SF or 34.32 acres |
| **ZONING** | The parcel is zoned "Ag/OS/Conserv," under the jurisdiction of the Clarke County. |
| **PRIMARY FRONTAGE STREET** | Lord Fairfax Highway |
| **PRIMARY FRONTAGE STREET LENGTH** | 866 feet |
| **ADJACENT PROPERTIES - NORTH** | Farms |
| **ADJACENT PROPERTIES - SOUTH** | Farms |
| **ADJACENT PROPERTIES - WEST** | Farms |
| **ADJACENT PROPERTIES - EAST** | Farms |
| **PROPOSED USE** | Boutique hotel |
| **NUMBER OF PROPOSED UNITS** | 68 |
| **PROPOSED UNIT STATUS** | Zoned |
| **VIEW** | Average . |
| **ACCESS** | The subject site has access from Lord Fairfax Hwy via a private road. |
| **INGRESS/EGRESS** | The subject site has ingress/egress via Fairfield Lane and could be further accessed via Warner Washington Lane if the neighboring owner would provide an access easement. |
| **SITE VISIBILITY** | Average |
| **STREET LIGHTING** | None |
| **STREET CONDITION** | Paved |
| **LANDSCAPING** | The subject's landscaping includes a formal terraced garden. |
| **TOPOGRAPHY** | The subject's topography is rolling. |
| **SHAPE** | The subject site is irregular in shape. |
| **SOIL CONDITIONS AND DRAINAGE** | The site includes rolling pasture land plus a small stream. |
| **FLOOD ZONE** | The site lies within Zone X (unshaded). This information was obtained from the National Flood Insurance Rate Map Number 51043C0070D (un-dated). |
| **FLOOD ZONE DEFINITION** | Area of minimal flood hazard, usually depicted on FIRMs as above the 500-year flood level.  In communities that participate in the NFIP, flood insurance is available to all property owners and renters in this zone. |
| **ENCUMBRANCES AND EASEMENTS** | There are no known adverse encumbrances or easements. Please reference Limiting Conditions and Assumptions. |
| **ENVIRONMENTAL HAZARDS** | There are no known adverse environmental conditions on the subject's site.  Please reference Limiting Conditions and Assumptions. |
| **WETLANDS AND WATERSHEDS** | No wetlands were observed during our site inspection. |
| **ADEQUACY OF UTILITIES** | The subject's utilities are typical and adequate for the market area. |
| **PUBLIC ELECTRICITY** | Public |
| **WATER SUPPLY TYPE** | Drilled well |

Fairfield Farms
18-284-12

# DESCRIPTION OF THE SITE

| | |
|---|---|
| **SEWER TYPE** | On-site septic system |
| **UNDERGROUND UTILITIES** | No |
| **POLICE AND FIRE PROTECTION** | Provided by Clarke County |
| **SITE IMPROVEMENTS** | The site improvements include the historic main house and smaller cottages and a barn. |
| **CONCLUSION** | The subject site is considered well-suited to functionally support its current use. |

## AERIAL PHOTOGRAPH & PROPOSED SITE PLAN



**Fairfield Farms**
**18-284-12**

**DESCRIPTION OF THE SITE**

# 01 PROGRAMMATIC SITE PLAN



**LEGEND**

1. Entry Gate
2. Gate House
3. Polo Club, Hotel & Event Parking
4. Pedestrian / Horse Path
5. Existing Private Cabins
6. New Private Cabins
7. Smoke House
8. Mansion
9. Games Lawn
10. Dining Terrace
11. Tavern
12. Secret Garden
13. Upper Pool Terrace
14. Pool Cabanas
15. Pool
16. Lower Pool Terrace
17. Arena Polo Pitch/Event Lawn
18. Greenhouse / Chef's Garden
19. Public Access to Market & Tavern
20. Market / Kitchen Addition
21. Group Cabin
22. Olympic Sized Polo Pitch
23. Polo Club, Viewing Area
24. Polo Side Glamping Area

| Fairfield Farms 18-284-12 | DESCRIPTION OF THE IMPROVEMENTS |
|---|---|

## GENERAL DETAILS

**DESCRIPTION** The subject consists of an historic 15-room estate plus two cottages sited on roughly 35 acres of pastoral land. The owner intends to upgrade the property into a 68-key boutique destination hotel. Upon completion, the hotel will include a spa, outdoor pool, pool deck, a fine-dining restaurant, a lower-level tavern, two polo fields, a full-service equestrian facility (barn), and valet parking. The following shows the proposed room mix of the hotel.

| Unit Mix | | | | |
|---|---|---|---|---|
| Unit Type | No. of Rooms | Size (SF) | Total NRA (SF) | % of Total |
| Cabins | 22 | 350 | 7,700 | 35.71% |
| Pre-fab | 30 | 300 | 9,000 | 41.73% |
| Main House - Main Floor | 4 | 300 | 1,200 | 5.56% |
| Main House - Top Floor | 4 | 250 | 1,000 | 4.64% |
| Main House - Ground Floor | 2 | 350 | 700 | 3.25% |
| Main House - Ground Floor Suite | 3 | 205 | 615 | 2.85% |
| Carriage House | 3 | 450 | 1,350 | 6.26% |
| **Total/Wtd. Avg.** | **68** | **317** | **21,565** | **100.00%** |

## BUILDING DETAILS

**BUILDING NAME** 159 Fairfield Lane

**BUILDING DESCRIPTION** The existing building is an existing 15-room mansion plus two cottages and other structures.

**HOSPITALITY TYPE** Three-story inn

**HOSPITALITY CLASS** Luxury – as proposed

**CONDITION** Fair – as is
Excellent – as proposed

**YEAR BUILT** 1768

**CONSTRUCTION RENOVATIONS** 2018 – The owner will be gut renovating the main house to build out the interior with the 13 guest rooms, main kitchen, dining room, tavern, and seating areas. The owner will be constructing the 22 cabins and 30 pre-fab suites from ground up. The carriage house will also be built with three suites. The existing barn will be converted into a kitchen/market facility and a new barn will be constructed next to the proposed polo field. A pool will be installed at the rear of the main house and a new parking lot will be paved adjacent to the gate house by the entrance to the property.

**EFFECTIVE AGE** 0 – as proposed

**TOTAL ECONOMIC LIFE** 55

**REMAINING ECONOMIC LIFE** 55

**GROSS BUILDING AREA** 21,115

**NET RENTABLE AREA** 21,115

**NUMBER OF ROOMS** 68

**LAND TO BUILDING RATIO** 70.8

**FLOOR AREA RATIO** 0.01

| Fairfield Farms 18-284-12 | **DESCRIPTION OF THE IMPROVEMENTS** |
|---|---|

| | |
|---|---|
| **APPEAL AND APPEARANCE** | Excellent – as proposed |
| **DESIGN AND FUNCTIONAL UTILITY** | The overall proposed layout of the improvements on the parcel is considered to be good. |
| **ROOM AMENITIES** | All guest rooms will feature high-end bedding, Wi-Fi access, and flat-screen television sets. |
| **BUILDING AMENITIES** | The property will feature a small spa, pool, catering facilities, polo fields, barn stables, and valet parking. |
| **LOBBY DESCRIPTION** | The reception area will be situated within the historic main house. |
| **PLANNED CAPITAL IMPROVEMENTS** | The mansion will be gut renovated and expanded into a boutique/life style hotel containing 68 rooms plus banquet space and a spa. |

## CONSTRUCTION DETAILS

| | |
|---|---|
| **MARSHALL VALUATION SERVICE CLASS** | D |
| **MARSHALL VALUATION SERVICE QUALITY** | Excellent |
| **CONSTRUCTION TYPE** | Stone |
| **NUMBER OF STORIES** | 4 |
| **BASEMENT SIZE** | 800 |
| **NUMBER OF SUBLEVELS** | 1 |
| **BASEMENT USE/FINISH** | Partially finished |
| **FRAME** | Masonry Frame |
| **EXTERIOR WALLS/FINISH** | Stone |
| **WINDOWS** | Wood framed, single pane |
| **ROOF TYPE** | Pitched |
| **ROOF COVER** | Metal |
| **FLOOR PLAN LAYOUT** | Good |
| **FLOOR COVERING** | Hardwood, Tile |
| **INTERIOR WALLS** | Plaster |
| **CEILING COVER** | Plaster |
| **INTERIOR LIGHTING** | Mix of wall sconces and chandeliers |
| **RESTROOMS** | Currently, the property has four full, and one half bath in the main house. The proposed improvements will include private bathrooms in each guest room. |
| **HVAC** | Gas Fired Hot Water |
| **UTILITIES** | All necessary utilities are available to the subject improvements, including public water & sewer, electricity, and telephone. |
| **HOT WATER** | Electric water heaters |
| **ELECTRICAL** | Assumed to be in compliance with prevailing code requirements. |

**Fairfield Farms**
**18-284-12**

## DESCRIPTION OF THE IMPROVEMENTS

### CONSTRUCTION BUDGET

| Category | | | | | | | Total $ |
|---|---|---|---|---|---|---|---|
| **Soft Costs** | | | | | | | |
| *Year 1 Working Capital* | | | | | | | |
| Administrative & General | | | | | | $ | 15,600 |
| Sales & Marketing | | | | | | $ | 6,000 |
| Repairs & Maintenance | | | | | | $ | 6,000 |
| Utilities | | | | | | $ | 19,500 |
| Real Estate Taxes | | | | | | $ | 6,800 |
| Insurance | | | | | | $ | 10,000 |
| Management Fee | | | | | | $ | 150,000 |
| Misc. | | | | | | $ | 86,100 |
| *Design Fees* | | | | | | | |
| Architectural | | | | | | $ | 50,000 |
| Interior / Architectural | | | | | | $ | 303,000 |
| Site-Planning & Historical review | | | | | | $ | 25,000 |
| Landscape | | | | | | $ | 25,000 |
| Building engineer | | | | | | $ | 20,000 |
| Technical services | | | | | | $ | 75,000 |
| Consultants / Site Survey / Topographic | | | | | | $ | 45,000 |
| Branding | | | | | | $ | 100,000 |
| Hotel affiliation partner | | | | | | $ | 25,000 |
| Legal | | | | | | $ | 75,000 |
| Development Fee | | | | | | $ | 250,000 |
| **Total Soft Costs** | | | | | | **$** | **1,293,000** |
| | | | | | *Soft Costs funded at Close* | $ | 300,000 |
| | | | | | *Soft Costs funded post-refi* | $ | 993,000 |
| | | | | | | | |
| **Hard Costs** | | | | | | | |
| Rooms FF&E | 68 | | | | $ 15,000 | $ | 1,020,000 |
| Rooms OS&E | 68 | | | | $ 3,000 | $ | 204,000 |
| Main House Public Space/F&B FF&E | | | | | | $ | 1,250,000 |
| F&B OS&E | | | | | | $ | 65,000 |
| Restaurant Renovation | | | | | | $ | 1,500,000 |
| Public Bathrooms/Kitchen Renovation | | | | | | $ | 175,000 |
| Sitework | | | | | | $ | 100,000 |
| Landscape | | | | | | $ | 475,000 |
| Exterior Painting/Decking | | | | | | $ | 150,000 |
| Barn | | | | | | $ | 125,000 |

| GUESTHOUSE | Count | Avg. Size (SQFT)/Unit | Total SQFT | Price/SQFT | | All in Price/Unit | | Total Cost to Buildout |
|---|---|---|---|---|---|---|---|---|
| Cabins | 22 | 350 | 7,700 | $ | 195 | $ | 68,250 | $ 1,501,500 |
| Pre-fab | 30 | 300 | 9,000 | $ | 195 | $ | 58,500 | $ 1,755,000 |
| Main House Historical Rooms | 13 | 270 | 3,515 | $ | 225 | $ | 60,837 | $ 790,875 |
| Carriage House | 3 | 450 | 1,350 | $ | 225 | $ | 101,250 | $ 303,750 |
| TOTAL GUESTROOMS | 68 | 317 | 21,565 | $ | 225 | $ | 63,987 | $ 4,351,125 |

| POOL & SPA | Count | Avg. Size (SQFT)/Unit | Total SQFT | Price/SQFT | | All in Price/Unit | | Total Cost to Buildout |
|---|---|---|---|---|---|---|---|---|
| Pool | | | | | | | | $ 265,000 |
| Treatment Rooms/Spa | | | | | | | | $ 175,000 |
| TOTAL SPA | | - | | | | | | $ 440,000 |
| Construction Contingency | | | | | 8.0% | | | $ 788,410 |
| Construction Insurance | | | | | 1.0% | | | $ 98,551 |
| **Total Hard Costs** | | | | | | | | **$ 10,742,086** |
| | | | | | Hard Costs funded at Close | | | $ - |
| | | | | | Hard Costs funded post-refi | | | $ 10,742,086 |
| | | | | | | | | |
| **Total Development Costs** | | | | | | | | **$ 12,035,086** |

### SUMMARY

**COMMENTS**  The classic manor house has 7 bedrooms and 4 restrooms. Each bedroom features a fireplace. There are two cottages on the property that are currently rented. There is also a greenhouse, smokehouse, cabin along with a terraced garden. The main house will be gut renovated and the other improvements will be built from ground up.

JOSEPH J. BLAKE AND ASSOCIATES, INC.
REAL ESTATE VALUATION AND CONSULTING

| Fairfield Farms | ZONING |
|---|---|
| 18-284-12 | |

The subject is zoned "Ag/OS/Conserv," Agricultural Open Space Conservation, under the jurisdiction of the Clarke County.

## ZONE DETAILS

| | |
|---|---|
| **ZONING CODE** | Ag/OS/Conserv |
| **ZONING DESCRIPTION** | Agricultural Open Space Conservation |
| **PERMITTED USES** | Agricultural, forestry, single-family dwellings, wineries, breweries, distilleries, farm supplies and machinery sales. Country Inns are allowed as a Special Use. A copy of the zoning compliance letter is included in the Addenda of this report. |
| **MINIMUM LOT AREA** | 2 acres |
| **SET BACK DISTANCE** | 150 feet from state designated scenic highway |
| **SIDE YARD DISTANCE** | 75 feet |
| **BUILDING HEIGHT** | 35 feet |
| **COMMENTS** | This district includes portions of the County that are located west of the Shenandoah River and that consist primarily of various open lands such as farms, fields, forests, parks, lakes and flood plains. The district is intended for agricultural, forestall, and low activity recreational and service uses that will facilitate the conservation and preservation of agricultural, forestall and open space lands; the protection of water and clean air sheds; the conservation of water and other natural and ecological resources; the reduction of soil erosion and flood and fire hazards; and the enhancement of the aesthetic value of the district as a whole. We note that per section 3-D-2 of the county zoning ordinance, the subject lot could be developed with just two single-family homes. |

## PARCEL DETAILS

Based on a review of the subject in relation to the Ag/OS/Conserv zoning district, it appears the subject is a legal conforming use and the planned conversion to an inn/hotel should also by a legal use. However, we are not experts in determining if a property is fully in compliance with all aspects of the zoning code. We suggest interested parties obtain a letter of zoning compliance from the Clarke County to determine if the subject is zoning compliant. The value estimates presented herein assume that the owners have received all necessary zoning approvals for the conditional use of the property as a country inn.

| Fairfield Farms | |
|---|---|
| 18-284-12 | **TAXES** |

The subject is assessed by the Clarke County property appraiser's office, and is taxed by Clarke County.

The following table summarizes the subject's assessment and taxes:

| Parcel ID | 9 3 1B |
|---|---|
| Assessment Year | 2018 |
| Tax Authority Land Value | $363,148 |
| Tax Authority Improvements Value | $1,456,300 |
| Total Taxable Assessment | $1,819,448 |
| Millage Rate | $0.7100 |
| Tax Rate Per | $100.00 |
| Taxes | $12,918 |

In projecting the subject's assessment and taxes as complete/stabilized, we have analyzed other inns/hotel properties in the Clarke County. The tax comparables are outlined in the following table:

| Address | 16 Rosemont Manor Lane | 13630 Lord Fairfax Hwy | 19043 Blue Ridge Mtn Rd. | 1492 Parker Lane | 211 S. Church Street | Average |
|---|---|---|---|---|---|---|
| Display Name | Rosemont Manor | L'auberge Provencale | Foxglove Retreat | Coolsprings | Waypoint Inn | |
| Tax Parcel ID | 14 A 10 | 28 A 12 | 26 A 134 | 17A1 A 1A | 14A5 A 37 | |
| Assessment Year | 2018 | 2018 | 2018 | 2018 | 2018 | |
| Assessment/Unit | $113,819 | $96,757 | $116,160 | $197,000 | $109,267 | **$126,600** |
| Taxes/Unit | $808 | $687 | $825 | $1,399 | $776 | **$899** |

The taxes unit range from $687 to $1,399 per unit, with an average of $899 per unit. As complete, we have applied a first-year tax liability of $1,000 per unit, or $68,000.

| Fairfield Farms 18-284-12 | **HIGHEST AND BEST USE** |

In determining the highest and best use of the property, consideration was given to the economic, legal, and social factors that motivate investors to develop, own, buy and sell, manage, and lease real estate.

In forming an opinion of the highest and best use of a vacant parcel of land, there are essentially four stages of analysis:

- **Physically Possible Use**: What uses of the site in question are physically possible?

- **Legally Permissible Use**: What uses are permitted by zoning and deed restrictions on the site in question?

- **Financially Feasible Use**: Which possible and permissible uses will produce a gross return to the owner of the site?

- **Maximally Productive**: Among the feasible uses, which will produce the highest return or highest present worth of the site in question?

The following tests must be met in estimating the highest and best use of a vacant parcel: the potential use must be physically possible and legally permissible, there must be a profitable demand for such a use, and it must return to the land the highest net return for the longest period of time. These tests have been applied to the subject's site and are discussed as follows:

## PHYSICALLY POSSIBLE

The site is on Lord Fairfax Highway, in Berryville, VA. The underlying site consists of 1,494,936 SF or 34.32 acres. The subject's topography is rolling. As noted in the Assumptions and Limiting Conditions, we know of no environmental or engineering study that has been conducted on the site to determine subsoil conditions.

Upon analysis of all physical aspects, space, size, shape, terrain, location and others the most supportable highest and best uses of the site, as it relates to physical properties, are residential development or an upscale inn.

## LEGALLY PERMISSIBLE

The subject's site is zoned "Ag/OS/Conserv," Agricultural Open Space Conservation, under the jurisdiction of the Clarke County, VA. Reference is made to the Zoning section of this report. Permitted uses include agricultural, forestry, single-family dwellings, wineries, breweries, distilleries, farm supplies and machinery sales. Country inn are considered a special use.

Upon analysis of the permitted uses, the most supportable highest and best uses of the site, as it relates to what is legally permissible, are residential development or an upscale inn.

## FINANCIALLY FEASIBLE

Analysis for financially feasible uses for the site, as if vacant, involves consideration of several criteria. Unlike the physically possible and legally permissible aspects of the highest and best use analysis, many external economic factors serve to prove or disprove financial feasibility. The cost of acquisition, sources of capital, forecast of potential revenue/expenses, reversionary price forecast, property tax implications and measures of risk and yield are all determinant to this analysis. The above financial measures serve to eliminate the uses that would not provide a reasonable return to the land based on an investor's expectations.

The cost of land and its development limits the highest and best use of the site, generally to only those uses that are financially feasible.

We conclude that financially feasible uses of the site that are physically possible and legally permissible are to hold for future renovation or redevelopment.

## HIGHEST AND BEST USE

### MAXIMALLY PRODUCTIVE

We considered those uses, as aforementioned, to meet the physically possible, legally permissible and financially feasible tenets of the highest and best use definition. The final criteria for full compliance within the highest and best use of the subject, as vacant, is that of a maximally productive use. We conclude the maximally productive use of the site is to hold for future development.

### HIGHEST AND BEST USE, AS IF VACANT

A final reconciliation of the analysis leads to the conclusion that the highest and best use of the site, as if vacant, is to hold for future redevelopment.

### HIGHEST AND BEST USE, AS IMPROVED

We must also determine the highest and best use of the subject, as improved, by analyzing occupancy levels of various surrounding improvements, as well as the general needs within the area. The Virginia Hunt Country area has seen increased demand for life-style experiences including winery and distillery tours, equestrian events, spas, fine dining, and general leisure. The success of several high-end life-style hotels in the area has led to several renewed interest in the creation of new destinations or remodeling and renovation of existing improvements. The subject represents a fairly unique asset that can combine the historic nature of the area with the demand for modern luxuries given the right improvement plan. As shown herein, the prospective as stabilized value exceeds the cost of conversion and provides an equity return well in excess of other real estate investments in this price and class level.

**ANALYSIS OF DATA AND CONCLUSIONS**

## IDENTIFICATION OF A LIKELY BUYER

The most likely buyer of a property such as the subject would be a large regional or national investor who would recognize the long-term economic potential of the property as market conditions improve. These factors will be considered in the valuation of the subject.

## VALUATION METHODOLOGIES

In appraising a property, there are three traditional valuation methodologies that can be applied: the Cost, Income Capitalization and Sales Comparison Approaches. Selection of one or more of the approaches in the appraisal of a property rests primarily upon the property type and its physical characteristics, as well as the quality and quantity of available market data.

In the Land Value section, market data is presented along with an analysis of the data and reasoning that lead to the land value opinion.

The Cost Approach is based on the premise that an informed purchaser will not pay more for a property than it would cost him or her to construct a property of similar utility. This approach is most applicable when the subject is of new or nearly new construction and the improvements represent the highest and best use of the site. This approach is also particularly useful when appraising unique or special purpose properties where there are few, if any, comparable sales or leases.

The Income Capitalization Approach is based on the fundamental investment premise that the higher a property's earnings, the higher its value. Investment in an income-producing property represents the exchange of present dollars for the right to receive future dollars. In this approach, a value indication for an income-producing property is derived by converting its anticipated benefits (cash flows and reversion) into property value. This conversion can be accomplished in two ways: one year's income expectancy can be capitalized at a market-derived capitalization rate, or alternatively, the annual cash flows for the holding period and the reversion can be discounted at a specified yield rate. The Income Capitalization Approach typically provides the most meaningful estimate of value for income-producing properties.

The Sales Comparison Approach involves delineating appropriate units of measurement from comparable sales, in order to apply them to the subject's property. Adjustments are then made to the sales prices of the comparable properties based on various shared elements. This methodology may be used to value many different types of improved properties and vacant land, as long as there is a sufficient quantity of good-quality market data available. It becomes less reliable as the quantity and magnitude of adjustments increases, and it is generally not applicable to unique or special purpose properties.

The final step in the valuation process is the reconciliation or correlation of the value indications. In the reconciliation or correlation, we consider the relative applicability of each of the approaches used, examine the range between the value indications, and place major emphasis on the approach that appears to produce the most reliable and credible result.

## VALUATION METHODOLOGIES APPLICABLE TO THE SUBJECT PROPERTY

The Cost Approach was utilized because there is adequate data to develop a land value and the depreciation accrued to the improvements can be reasonably measured. The Income Capitalization Approach was utilized because the subject is an income producing property and there is adequate data to develop a value estimate with this approach. The Sales Comparison Approach was utilized because there is adequate data to develop a value estimate and this approach reflects market behavior for this property type. This approach has been utilized in both estimating the value of the subject property 'as is' and prospective value 'as stabilized'.

Fairfield Farms
18-284-12

**AS IS PROPERTY VALUE**

## PROPERTY VALUATION

The Sales Comparison Approach is based upon the assumption that a prudent buyer would not pay more for a property than it would cost him or her to acquire a comparable substitute property. This approach involves the direct comparison of the property being appraised to other similar properties that have sold or are currently being offered for sale. Since no two properties are ever identical, adjustments for differences in quality, location, size and market appeal are often necessary.

The reliability of this technique is dependent upon the availability of comparable sales data, the verification of the sales data, the degree of comparability between each sale and the subject, the date of the sale in relation to the date of the appraisal (considering market changes during the interim), and consideration of any atypical conditions affecting price or terms of the sale.

The price a typical purchaser pays is usually the result of an extensive process in which available alternatives are compared. The property that is ultimately purchased typically represents the best available balance between the buyer's specifications and the purchase price. Verified and analyzed data will generally provide good evidence of value, if it represents typical actions and reactions of buyers and sellers active in the market.

**Fairfield Farms**
**18-284-12**

# AS IS PROPERTY VALUE

## Comparable 1



### Transaction

| | | | |
|---|---|---|---|
| Name | 159 Fairfield Lane | Date | 2/28/18 |
| Address | 159 Fairfield Lane | Price | $1,590,000 |
| City | Berryville | Grantor | Fairfield Farm LLC |
| County | Clarke | Grantee | Charles Peret |
| State | VA | Property Rights | Fee Simple Estate |
| Zip | 22611 | Financing | Cash to Seller |
| Tax Parcel ID | 9-3-1B | Conditions of Sale | Arm's length |
| Recordation | 476/422 | Verification | Buyer |

### Site & Improvements

| | | | |
|---|---|---|---|
| GBA | 7,354 | Year Built | 1768 |
| No. of Buildings | 5 | No. of Floors | 3 |
| Land SF | 1,494,936 | Land Acres | 34.32 |
| MVS Quality | NA | Condition | Fair |
| LTB Ratio | 186.87 | Parking Type | Surface |
| No. of Rooms | 12 | Property Type | Manor House |
| Room Amenities | Fireplace | Renovations | 1960s |

### Financial Data

| | | | |
|---|---|---|---|
| Price Per Acre | $46,329 | Price per SF | $216.21 |

### Comments

This historic property includes a main house, barn, smokehouse, greenhouse, terraced gardens and two rental cottages. Note that this is the sale of the subject property.

**Fairfield Farms**
**18-284-12**

**AS IS PROPERTY VALUE**

### Comparable 2



### Transaction

| | | | |
|---|---|---|---|
| Name | 40820 John Mosby Highway | Date | 12/15/17 |
| Address | 40820 John Mosby Highway | Price | $1,300,000 |
| City | Aldie | Grantor | William Gray Sr. and Patsy |
| County | Loudoun | Grantee | Sri Krishna Dhama Inc. |
| State | VA | Property Rights | Fee Simple Estate |
| Zip | 20105 | Financing | Cash to Seller |
| Tax Parcel ID | /90/C///140/ | Conditions of Sale | Arm's length |
| Recordation | 2017-12190078501 | Verification | Broker |

### Site & Improvements

| | | | |
|---|---|---|---|
| GBA | 5,166 | Year Built | 1790 |
| No. of Buildings | 2 | No. of Floors | 2 |
| Land SF | 304,920 | Land Acres | 7.00 |
| MVS Quality | NA | Condition | Good |
| LTB Ratio | 59.02 | Parking Type | Surface |
| No. of Rooms | NA | Property Type | Manor House |
| Room Amenities | Fireplace | Renovations | 1970 |

### Financial Data

| | | | |
|---|---|---|---|
| Price Per Acre | $185,714 | Price per SF | $251.65 |

### Comments

This historic property includes a 6 bedroom main house and a 3 bedroom guesthouse. The property also features formal gardens, a pond, outdoor pool and a boathouse.

**Fairfield Farms
18-284-12**

# AS IS PROPERTY VALUE

## Comparable 3



### Transaction

| | | | |
|---|---|---|---|
| Name | 67 North Hill Lane | Date | 6/30/17 |
| Address | 67 North Hill Lane | Price | $1,075,000 |
| City | Berryville | Grantor | Grace Ritzenberg |
| County | Clarke | Grantee | North Hill Farm LLC |
| State | VA | Property Rights | Fee Simple Estate |
| Zip | 22611 | Financing | Cash to Seller |
| Tax Parcel ID | 16 A 39 | Conditions of Sale | Arm's length |
| Recordation | 621/621 | Verification | Broker |

### Site & Improvements

| | | | |
|---|---|---|---|
| GBA | 6,460 | Year Built | 1774 |
| No. of Buildings | 2 | No. of Floors | 2 |
| Land SF | 3,763,344 | Land Acres | 86.39 |
| MVS Quality | NA | Condition | NA |
| LTB Ratio | 582.56 | Parking Type | Surface |
| No. of Rooms | 16 | Property Type | Manor House |
| Room Amenities | Fireplace | Renovations | NA |

### Financial Data

| | | | |
|---|---|---|---|
| Price Per Acre | $12,444 | Price per SF | $166.41 |

### Comments

This historic property features over 1,300 linear feet of frontage on the Shenandoah River. The main house features 16 rooms including a room with floor to ceiling stained glass walls. The property was once operated as an inn and also has a guest house and a 12-stall barn.

**Fairfield Farms
18-284-12**

**AS IS PROPERTY VALUE**

### Comparable 4



| Transaction | | | |
|---|---|---|---|
| Name | 355 Carter Hall | Date | 2/15/17 |
| Address | 355 Carter Hall Lane | Price | $2,103,000 |
| City | Boyce | Grantor | Not Available |
| County | Clarke | Grantee | George Cabell Williams |
| State | VA | Property Rights | Fee Simple Estate |
| Zip | 22620 | Financing | Cash to Seller |
| Tax Parcel ID | 30 A 16 & 16A | Conditions of Sale | Arm's length |
| Recordation | 613/537 | Verification | Broker |

| Site & Improvements | | | |
|---|---|---|---|
| GBA | 7,458 | Year Built | 1937 |
| No. of Buildings | 3 | No. of Floors | 3 |
| Land SF | 1,155,211 | Land Acres | 26.52 |
| MVS Quality | NA | Condition | Good |
| LTB Ratio | 154.90 | Parking Type | Surface |
| No. of Rooms | 18 | Property Type | Manor House |
| Room Amenities | Fireplace | Renovations | NA |

| Financial Data | | | |
|---|---|---|---|
| Price Per Acre | $79,299 | Price per SF | $281.98 |

### Comments

This manor house features 11 bedrooms plus a barn, greenhouse and springhouse.

**Fairfield Farms**
**18-284-12**

**AS IS PROPERTY VALUE**

### Comparable 5



### Transaction

| | | | |
|---|---|---|---|
| Name | 2092 Old Winchester | Date | 2/28/17 |
| Address | 2092 Old Winchester Road | Price | $950,000 |
| City | Boyce | Grantor | Eric Blakenship |
| County | Clarke | Grantee | David Marvin Bryant |
| State | VA | Property Rights | Fee Simple Estate |
| Zip | 22620 | Financing | Cash to Seller |
| Tax Parcel ID | 20 A 7 | Conditions of Sale | Arm's length |
| Recordation | 613/997 | Verification | Broker |

### Site & Improvements

| | | | |
|---|---|---|---|
| GBA | 3,896 | Year Built | 1877 |
| No. of Buildings | 2 | No. of Floors | 3 |
| Land SF | 1,698,840 | Land Acres | 39.00 |
| MVS Quality | NA | Condition | Average |
| LTB Ratio | 436.05 | Parking Type | Surface |
| No. of Rooms | NA | Property Type | Manor House |
| Room Amenities | Fireplace | Renovations | 1990s |

### Financial Data

| | | | |
|---|---|---|---|
| Price Per Acre | $24,359 | Price per SF | $243.84 |

### Comments

This historic manor property features a 4 bedroom main house plus a 4 stall barn.

**Fairfield Farms**
**18-284-12**

**AS IS PROPERTY VALUE**

### Comparable 6



### Transaction

| | | | |
|---|---|---|---|
| Name | 2593 Red Gate Road | Date | 9/15/16 |
| Address | 2593 Red Gate Road | Price | $2,000,000 |
| City | White Post | Grantor | Edward Wilson |
| County | Clarke | Grantee | Greenville RGF LLC |
| State | VA | Property Rights | Fee Simple Estate |
| Zip | 22663 | Financing | Cash to Seller |
| Tax Parcel ID | 37 A 4 and 5 | Conditions of Sale | Arm's length |
| Recordation | 606/910 | Verification | Broker |

### Site & Improvements

| | | | |
|---|---|---|---|
| GBA | 4,700 | Year Built | 1790 |
| No. of Buildings | 4 | No. of Floors | 3 |
| Land SF | 3,846,348 | Land Acres | 88.30 |
| MVS Quality | NA | Condition | Good |
| LTB Ratio | 818.37 | Parking Type | Surface |
| No. of Rooms | 10 | Property Type | Manor House |
| Room Amenities | Fireplace | Renovations | NA |

### Financial Data

| | | | |
|---|---|---|---|
| Price Per Acre | $22,650 | Price per SF | $425.53 |

### Comments

This historic property features a main house with 4 bedrooms and 3 guest cottage. Additional features include a sheltered tennis court, an outdoor pool and frontage along the Shenandoah River.

Fairfield Farms
18-284-12

**AS IS PROPERTY VALUE**

## IMPROVED SALES SUMMARY

| Comp | Address City | Recordation Year Built | Price Date | Land SF LTB Ratio | NRA Price per SF |
|------|--------------|------------------------|------------|-------------------|------------------|
| 1 | 159 Fairfield Lane | 476/422 | $1,590,000 | 1,494,936 | 7,354 |
|   | Berryville | 1768 | 02/28/2018 | 186.87 | $216 |
| 2 | 40820 John Mosby Highway | 2017- | $1,300,000 | 304,920 | 5,166 |
|   | Aldie | 1790 | 12/15/2017 | 59.02 | $252 |
| 3 | 67 North Hill Lane | 621/621 | $1,075,000 | 3,763,344 | 6,460 |
|   | Berryville | 1774 | 06/30/2017 | 582.56 | $166 |
| 4 | 355 Carter Hall Lane | 613/537 | $2,103,000 | 1,155,211 | 7,458 |
|   | Boyce | 1937 | 02/15/2017 | 154.90 | $282 |
| 5 | 2092 Old Winchester Road | 613/997 | $950,000 | 1,698,840 | 3,896 |
|   | Boyce | 1877 | 02/28/2017 | 436.05 | $244 |
| 6 | 2593 Red Gate Road | 606/910 | $2,000,000 | 3,846,348 | 4,700 |
|   | White Post | 1790 | 09/15/2016 | 818.37 | $426 |

## SALES COMPARABLES MAP



## IMPROVED SALES ANALYSIS

To estimate the value of the subject, we analyzed the sale comparables and have adjusted for varying characteristics. We note that Comp 1 is the subject property. We have used the gross building area of the respective sales as the unit of value.

| Fairfield Farms 18-284-12 | **AS IS PROPERTY VALUE** |

### Property Rights Conveyed

The property rights conveyed for each sale are shown in the adjustment grid. The subject is valued in this report on the basis of a fee simple estate.

### Financing Terms

The financing terms for each sale are shown in the adjustment grid. The subject is valued in this report on the basis of a cash to seller transaction.

### Conditions of Sale

The conditions of sale for each sale are shown in the adjustment grid. The subject is valued in this report on the basis of an arm's length transaction.

### Expenditures after Sale

The expenditures after sale for each comparable are shown in the adjustment grid.

### Market Conditions

In terms of an adjustment for market conditions, from the sales shown, it is somewhat subjective to determine an exact adjustment. We have not applied an adjustment to the comparables based on market conditions given the scarcity of data available to ascertain market trends for this level of home.

### Location

The adjustment for location realizes that properties in areas of active growth and development, as well as those which offer good accessibility in terms of frontage on major thoroughfares, typically sell for a higher price per SF than properties which do not offer these attributes, with all other factors held constant. The comparables included herein are all situated in neighboring villages within the northern Shenandoah Valley, aka the Virginia Hunt Country. A downward adjustment was applied to Comp 2 for the superior access relative to the subject.

### Age (Year Built)

Logical adjustments are applied to the comparables on the basis of age. Typically, the older a building's improvements, the lower the income it can achieve in the market; thus, it will sell for a lower price, with all other factors held constant. The subject was built in 1768. The comparables are all similarly 200 year + in age. No adjustments were indicated.

### Size

In terms of size, it is noted that smaller buildings typically sell for a higher price per SF than larger buildings, with all other factors held constant. The subject contains approximately 8,000 SF of net rentable area. We have applied downward adjustments to the comparables that are significantly smaller than the subject including Comps 2, 5, and 6.

### Condition

Logical adjustments are applied to the comparables on the basis of relative condition. The more inferior a comparable's condition, the lower the value it can achieve in the market, with all other factors held constant. The subject is in fair condition as is. Adjustments were applied to Comps 2, 5 and 6 given their superior as is conditions relative to the subject.

### Land-To-Building Ratio

This adjustment accounts for the larger or smaller land area of each comparable relative to that of the subject property. The subject has a ratio of 70.8:1  Only Comp 2 has a lower ratio and was adjusted upwards. The other comparables had higher land-to-building ratios and were adjusted downwards.

Fairfield Farms
18-284-12

**AS IS PROPERTY VALUE**

## IMPROVED SALES ANALYSIS CONCLUSION

The previously-described adjustments are summarized in the following grid. The percentage adjustments are used to show the emphasis placed on each adjustment and are not based on a paired sales analysis.

### IMPROVED SALES ADJUSTMENT GRID (PRICE/SF)

| Analysis Grid | | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 | Comp 6 |
|---|---|---|---|---|---|---|---|
| | Fairfield Farms | 159 Fairfield Lane | 40820 John Mosby | 67 North Hill Lane | 355 Carter Hall | 2092 Old Winchester | 2593 Red Gate Road |
| | 159 Fairfield Lane | 159 Fairfield Lane | 40820 John Mosby | 67 North Hill Lane | 355 Carter Hall Lane | 2092 Old Winchester | 2593 Red Gate Road |
| | Berryville | Berryville | Aldie | Berryville | Boyce | Boyce | White Post |
| | VA | VA | VA | VA | VA | VA | VA |
| | | 2/28/2018 | 12/15/2017 | 6/30/2017 | 2/15/2017 | 2/28/2017 | 9/15/2016 |
| | | $1,590,000 | $1,300,000 | $1,075,000 | $2,103,000 | $950,000 | $2,000,000 |
| A | 7,435 | 7,354 | 5,166 | 6,460 | 7,458 | 3,896 | 4,700 |
| Price per SF | | $216 | $252 | $166 | $282 | $244 | $426 |
| **Transaction Adjustments** | | | | | | | |
| Property Rights | Fee Simple Estate | Fee Simple Estate | Fee Simple Estate | Fee Simple Estate | Fee Simple Estate | Fee Simple Estate | Fee Simple Estate |
| Financing | Cash to Seller | Cash to Seller | Cash to Seller | Cash to Seller | Cash to Seller | Cash to Seller | Cash to Seller |
| Conditions of Sale | Arm's Length | Arm's length | Arm's length | Arm's length | Arm's length | Arm's length | Arm's length |
| Market Trends Through 5/14/2018 | 0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Adjusted Price per SF** | | **$216** | **$252** | **$166** | **$282** | **$244** | **$426** |
| Location | | Similar | Superior | Similar | Similar | Similar | Similar |
| % Adjustment | | 0% | -10% | 0% | 0% | 0% | 0% |
| $ Adjustment | | $0 | ($25) | $0 | $0 | $0 | $0 |
| Year Built | 1768 | 1768 | 1790 | 1774 | 1937 | 1877 | 1790 |
| % Adjustment | | 0% | 0% | 0% | -10% | 0% | 0% |
| $ Adjustment | | $0 | $0 | $0 | ($28) | $0 | $0 |
| Size | 7,435 | 7,354 | 5,166 | 6,460 | 7,458 | 3,896 | 4,700 |
| % Adjustment | | 0% | -5% | 0% | 0% | -10% | -10% |
| $ Adjustment | | $0 | ($13) | $0 | $0 | ($24) | ($43) |
| Condition | Fair | Fair | Good | Fair | Good | Good | Very Good |
| % Adjustment | | 0% | -10% | 10% | -10% | -10% | -15% |
| $ Adjustment | | $0 | ($25) | $17 | ($28) | ($24) | ($64) |
| LTB Ratio | 70.80 | 186.87 | 59.02 | 582.56 | 154.90 | 436.05 | 818.37 |
| % Adjustment | | -5% | 5% | -10% | -5% | -5% | -10% |
| $ Adjustment | | ($11) | $13 | ($17) | ($14) | ($12) | ($43) |
| **Adjusted Price per SF** | | **$205** | **$201** | **$166** | **$211** | **$183** | **$277** |
| Net Adjustments | | -5% | -20% | 0% | -25% | -25% | -35% |
| Gross Adjustments | | 5% | 30% | 20% | 25% | 25% | 35% |
| Net Adjustments | | -5% | -20% | 0% | -25% | -25% | -35% |
| Gross Adjustments | | 5% | 30% | 20% | 25% | 25% | 35% |

## PRICE/SF METHOD CONCLUSION

The comparables show a price/SF range of $166/SF to $277/SF on an adjusted basis, with an average of $207/SF. Based on the comparables and the adjustments made to them, we conclude to a value in the range of $185 /SF to $275/SF. We placed greatest weight on the recent sale of the subject property and conclude to estimate of $215/SF. The value is calculated below.

| | |
|---|---|
| Value Conclusion | $215.00 /SF |
| Multiplied by Subject Size | 7,435  SF |
| **Indicated Value** | **$1,598,525** |
| **"As Is" Value (5/14/2018)** | |
| Indicated Value | $1,598,525 |
| **Rounded Final Value** | **$1,600,000** |

Fairfield Farms
18-284-12

# THE COST APPROACH

The Cost Approach consists of four distinct steps:

1. Valuation of the land, as if vacant;

2. Estimation of replacement cost of the existing structure and/or improvements;

3. Estimation of accrued depreciation found in the improvements (the various types of depreciation and how each relates to the subject will be accounted for in this section; the total depreciation present in the improvements is deducted from its replacement cost to indicate a depreciated value of the improvements); and

4. Addition of the as is value of the property and the depreciated replacement cost of the structures and improvements to a value estimate.

This approach to value is devoted to an analysis of the physical value of the property; that is, the current value of the land, assuming it to be vacant, to which is added the depreciated value of the improvements. The latter is derived based upon an estimate of the cost to replace the improvements, from which must be deducted accrued depreciation, if any, in terms of physical depreciation, functional obsolescence and economic obsolescence. Physical depreciation means the wearing out of the property; functional obsolescence reflects the lack of desirability due to the layout, style, or design; and external obsolescence denotes a loss of value from causes outside the property itself.

## RENOVATION AND CONSTRUCTION COSTS OF IMPROVEMENTS

The subject represents a somewhat specialization challenge in estimating the value via the Cost Approach. The historic nature of the property coupled with the planned gut renovation plus new construction of other smaller structures makes using the standard tools available to the appraiser more difficult. As such, we have used the developer's projected costs and added them to the as is value of the property. We have also included a developer's profit as outlined in the following section.  First, we have presented the developer's budget.

**Fairfield Farms**
**18-284-12**

# THE COST APPROACH

| Category | | | | | | | Total $ | |
|---|---|---|---|---|---|---|---|---|
| **Soft Costs** | | | | | | | | |
| *Year 1 Working Capital* | | | | | | | | |
| Administrative & General | | | | | | | $ | 15,600 |
| Sales & Marketing | | | | | | | $ | 6,000 |
| Repairs & Maintenance | | | | | | | $ | 6,000 |
| Utilities | | | | | | | $ | 19,500 |
| Real Estate Taxes | | | | | | | $ | 6,800 |
| Insurance | | | | | | | $ | 10,000 |
| Management Fee | | | | | | | $ | 150,000 |
| Misc. | | | | | | | $ | 86,100 |
| *Design Fees* | | | | | | | | |
| Architectural | | | | | | | $ | 50,000 |
| Interior / Architectural | | | | | | | $ | 303,000 |
| Site-Planning & Historical review | | | | | | | $ | 25,000 |
| Landscape | | | | | | | $ | 25,000 |
| Building engineer | | | | | | | $ | 20,000 |
| Technical services | | | | | | | $ | 75,000 |
| Consultants / Site Survey / Topographic | | | | | | | $ | 45,000 |
| Branding | | | | | | | $ | 100,000 |
| Hotel affiliation partner | | | | | | | $ | 25,000 |
| Legal | | | | | | | $ | 75,000 |
| Development Fee | | | | | | | $ | 250,000 |
| **Total Soft Costs** | | | | | | | **$** | **1,293,000** |
| | | | | | Soft Costs funded at Close | | *$* | *300,000* |
| | | | | | Soft Costs funded post-refi | | *$* | *993,000* |
| | | | | | | | | |
| **Hard Costs** | | | | | | | | |
| Rooms FF&E | 68 | | | | $ | 15,000 | $ | 1,020,000 |
| Rooms OS&E | 68 | | | | $ | 3,000 | $ | 204,000 |
| Main House Public Space/F&B FF&E | | | | | | | $ | 1,250,000 |
| F&B OS&E | | | | | | | $ | 65,000 |
| Restaurant Renovation | | | | | | | $ | 1,500,000 |
| Public Bathrooms/Kitchen Renovation | | | | | | | $ | 175,000 |
| Sitework | | | | | | | $ | 100,000 |
| Landscape | | | | | | | $ | 475,000 |
| Exterior Painting/Decking | | | | | | | $ | 150,000 |
| Barn | | | | | | | $ | 125,000 |

| GUESTHOUSE | Count | Avg. Size (SQFT)/Unit | Total SQFT | | Price/SQFT | | All in Price/Unit | Total Cost to Buildout |
|---|---|---|---|---|---|---|---|---|
| Cabins | 22 | 350 | 7,700 | $ | 195 | $ | 68,250 | $ 1,501,500 |
| Pre-fab | 30 | 300 | 9,000 | $ | 195 | $ | 58,500 | $ 1,755,000 |
| Main House Historical Rooms | 13 | 270 | 3,515 | $ | 225 | $ | 60,837 | $ 790,875 |
| | | | | | | | | |
| Carriage House | 3 | 450 | 1,350 | $ | 225 | $ | 101,250 | $ 303,750 |
| TOTAL GUESTROOMS | 68 | 317 | 21,565 | $ | 225 | $ | 63,987 | $ 4,351,125 |

| POOL & SPA | Count | Avg. Size (SQFT)/Unit | Total SQFT | Price/SQFT | | All in Price/Unit | | Total Cost to Buildout |
|---|---|---|---|---|---|---|---|---|
| Pool | | | | | | | $ | 265,000 |
| Treatment Rooms/Spa | | | | | | | $ | 175,000 |
| TOTAL SPA | | | | | - | $ | | 440,000 |
| Construction Contingency | | | | | 8.0% | $ | | 788,410 |
| Construction Insurance | | | | | 1.0% | $ | | 98,551 |
| **Total Hard Costs** | | | | | | | **$** | **10,742,086** |
| | | | | | Hard Costs funded at Close | *$* | | *-* |
| | | | | | Hard Costs funded post-refi | *$* | | *10,742,086* |

| **Total Development Costs** | | | | | | | **$** | **12,035,086** |

| Fairfield Farms 18-284-12 | **THE COST APPROACH** |
|---|---|

## ENTREPRENEURIAL PROFIT

Entrepreneurial profit is the return an investor receives based on his/her entrepreneurial skills and abilities. An investor in real property, especially a developer, gives up a certain amount of liquidity when developing real estate and inherits a certain amount of risk. Risk is based upon the investor's past experience in the field, forecasting ability with respect to the real estate/business cycle, and his/her level of expertise in management and timing. A project's financial outcome, then, is somewhat speculative and tends to be within a fairly wide profit range depending upon the aforementioned factors.

Depending on market practice, entrepreneurial incentive or entrepreneurial profit may be estimated in different ways:

- as a percentage of direct costs

- as a percentage of direct and indirect costs

- as a percentage of total current development cost, i.e., direct and indirect costs plus site value

Based on our recent market experience, as well as conversations with market participants, we have applied a 20% entrepreneurial profit factor to the replacement cost of the site and improvements. The inclusion of profit atop of the site value is to account for the additional time and cost of getting the site approved and permitted by the county and the resulting increase in value that the process brings. Based on the preceding analysis, the entrepreneurial profit is calculated as follows:

## FINAL COST ESTIMATE

The estimate of value via the Cost Approach is shown as follows.

| FINAL COST VALUE INDICATION | |
|---|---|
| **Replacement Cost** | |
| Replacement Cost - Building | $12,035,086 |
| Entrepreneurial Profit Percentage | 20% |
| Add: Entrepreneurial Profit | $2,407,017 |
| Replacement Cost Including Profit | $14,442,103 |
| **Site** | |
| Add: Existing Property Value | $1,600,000 |
| Entrepreneurial Profit Percentage | 20% |
| Add: Entrepreneurial Profit on Land Value | $320,000 |
| Land Value Including Profit | $1,920,000 |
| **Indicated Value** | **$16,362,103** |

| "As Complete" Value (7/1/2019) | |
|---|---|
| Indicated Value | $16,362,103 |
| **Rounded Final Value** | **$16,400,000** |

| Fairfield Farms 18-284-12 | THE INCOME CAPITALIZATION APPROACH |
|---|---|

Typically, a value estimate by the Income Capitalization Approach requires an analysis of the comparable and competing market for the type of property under appraisal and an estimate of market rent for that property.

Also required in the Income Capitalization Approach is an analysis of current investment policies relative to financing and rates of return for today's income property investor.

The subject is income-producing real estate purchased for the purpose of generating net annual income or cash flow to ownership. Net income or cash flow, the primary benefit of ownership, is the basis for determining value when value is recognized as the present worth of the future economic benefits arising out of ownership to typical users or investors.

The value indicated by the Income Capitalization Approach reflects a prudent investor's analysis of an income-producing property.

Future benefits are estimated by forecasting the gross earning potential of the property under prevailing and foreseeable market conditions. Appropriate allowances for vacancy and operating expenses, based on prevailing and foreseeable market trends, are then deducted from gross earnings. This process results in an estimate of net monetary benefits to ownership, which are then capitalized into a present worth.

## ECONOMIC PROFILE

The subject consists of an historic 15-room estate plus two cottages (and other structures) sited on roughly 35 acres of pastoral land. The owner intends to upgrade the property into a 68-key boutique destination hotel. The following is a break-down of the proposed room mix. We note that the suites and cabins are above standard hotel room sizes (that are typically between 150 to 200 SF for full-service properties).

| Unit Mix | | | | |
|---|---|---|---|---|
| Unit Type | No. of Rooms | Size (SF) | Total NRA (SF) | % of Total |
| Cabins | 22 | 350 | 7,700 | 35.71% |
| Pre-fab | 30 | 300 | 9,000 | 41.73% |
| Main House - Main Floor | 4 | 300 | 1,200 | 5.56% |
| Main House - Top Floor | 4 | 250 | 1,000 | 4.64% |
| Main House - Ground Floor | 2 | 350 | 700 | 3.25% |
| Main House - Ground Floor Suite | 3 | 205 | 615 | 2.85% |
| Carriage House | 3 | 450 | 1,350 | 6.26% |
| **Total/Wtd. Avg.** | **68** | **317** | **21,565** | **100.00%** |

## LOCAL HOTEL MARKET AND PENETRATION ANALYSIS

The next section of the analysis looks at the subject's specific submarket and its direct competitors. Our survey includes seven hotels but only four of which report their operating data to Smith Travel. The four hotels include a total of 566 rooms as outlined in the following table from the Smith Travel Research Monthly Trend Report (05/2018) provided by the borrower.

| STR Code | Name of Establishment | City & State | Zip Code | Class | Aff Date | Open Date | Rooms |
|---|---|---|---|---|---|---|---|
| 57102 | Salamander Resort & Spa | Middleburg, VA | 20117 | Luxury Class | Sep 2013 | Sep 2013 | 168 |
| 32514 | Airlie Conference Center | Warrenton, VA | 20187 | Upper Upscale Class | Apr 1960 | Apr 1960 | 150 |
| 18888 | Inn @ Perry Cabin By Belmond | St Michaels, MD | 21663 | Luxury Class | Mar 2014 | Aug 1992 | 78 |
| 13359 | The Boar's Head Inn | Charlottesville, VA | 22903 | Luxury Class | Apr 1964 | Apr 1964 | 170 |
| | | | | | Total Properties: | 4 | 566 |

| Fairfield Farms 18-284-12 | THE INCOME CAPITALIZATION APPROACH |
|---|---|

Each of these hotels competes to some degree with the subject property but only select hotels are direct competitors. Furthermore, this list does not include several area upper-end inns that do not report their operating data to Smith Travel Research Specifically, the other hotels we considered in this analysis include the following:

- the 18-room Goodstone Inn located in Middleburg, VA.
- the 14-room L'Auberge Provençale located in White Post, VA, and
- the 19-room Hillbrok Inn and Spa situated in Charles Town, WV

These hotels are profiled along with the four outlined above in the following pages. Note that all occupancy and ADR data for the Comp Set are based on 2017 figures.

# THE INCOME CAPITALIZATION APPROACH

## Lease Comparable 1



### Location

Salamander Resort & Spa
Middleburg
A

500 N. Pendleton Street

20117

### Site & Improvements

2013
4
11,849,627

Bar, Business Center, Fitness
Center, Free Parking, Free Wi-Fi,
Gated Security, Meeting Space,
Non-Smoking, Pet Friendly, Pool
(Indoor), Pool (Outdoor),
Restaurant, Spa.

Luxury

### Comments

This is a luxury resort is a member of Preferred Hotels and Resorts. The hotel features 30,000 SF of meeting space, a full
spa, zip lines, children's camps, fishing, art classes, fitness classes, and equestrian activities.

**Fairfield Farms**
**18-284-12**

## THE INCOME CAPITALIZATION APPROACH

### Lease Comparable 2



Airlie Conference Center

A                                                      20187

| | |
|---|---|
| 1892 | 1960 |
| | 2 |
| 6,193,679 | 142.19 |
| 150 | Good/Excellent |
| | Bar, Business Center, Fitness Center, Free Parking, Meeting Space, Non-Smoking, Pool (Outdoor), Restaurant, Spa. |
| Luxury | Independent |

62.0%

This hotel is a member of Historic Hotels of America. The hotel features 17,835 SF of indoor meeting space plus an outdoor tent pavilion. The hotel also has a formal garden and grows its own vegetables for the restaurant.

Fairfield Farms
18-284-12

## THE INCOME CAPITALIZATION APPROACH

### Lease Comparable 3



### Location

A                                                         22903

### Site & Improvements

1834

Bar, Business Center, Fitness
Center, Free Parking, Free Wi-Fi,
Meeting Space, Non-Smoking, Pool
(Outdoor), Restaurant, Spa.

### Comments

This hotel is a AAA Four Diamond property that is also a member of Historic Hotels of America. The hotel features over 22,000 SF of meeting space, a tennis club with 26 courts (indoor and outdoor), 11 squash courts, children's camps, 3 outdoor pools, an 18-hole golf course, and fitness classes.

Fairfield Farms
18-284-12

# THE INCOME CAPITALIZATION APPROACH



Fairfield Farms
18-284-12

# THE INCOME CAPITALIZATION APPROACH

**Lease Comparable 5**



**Location**

| Goodstone Inn | 36205 Snake Hill Road |
|---|---|
| A | 20117 |

2

18

**Comments**

This historic property is located just outside of Middleburg, VA and shares a property with family-owned, operating farm. The hotel features meeting space for up to 50 guests and the ability to host catering events of up to 250 guests outdoors.

Fairfield Farms
18-284-12

# THE INCOME CAPITALIZATION APPROACH

## Lease Comparable 6



L'Auberge Provençale
White Post                                        Clarke
  A                                                22663

## Site & Improvements

2                                                  4
371,131                                            8.52
14                                                 Excellent

Air Conditioning, Cable TV,                        Free Parking, Non-Smoking, Pool
Fireplace                                          (Outdoor), Restaurant.

Luxury

## Asking Rental Data

                                                   $285-$539

Fairfield Farms
18-284-12

## THE INCOME CAPITALIZATION APPROACH



Fairfield Farms
18-284-12

## THE INCOME CAPITALIZATION APPROACH

### COMP SET SUMMARY

### COMP SET MAP



| Fairfield Farms 18-284-12 | THE INCOME CAPITALIZATION APPROACH |
|---|---|

## ANALYSIS OF COMPETITIVE (COMP) SET

The following section considers the historical performance of competitive set using data provided by Smith Travel Research.

### Historical Performance of the Competitive Market

We have analyzed the performance of the competitive set over the past several years.  We have relied most heavily on the data through April of 2018. These figures, for competitive properties, were provided by *Smith Travel Research* and verified via interviews with property managers and corporate sources within each affiliated hotel.  The overall occupancy data is considered to be accurate, and a reliable indication of market performance. The following table summarizes the historical data. The full *Trends Report* by *Smith Travel Research* is included in the addenda of this report.

| PRIMARY COMP SET TRENDS | | | |
|---|---|---|---|
| 12 Months Ending April | Average Occupancy | ADR | RevPar |
| 2015 | 53.6% | $275.63 | $147.74 |
| 2016 | 55.5% | $273.49 | $151.79 |
| 2017 | 55.0% | $289.47 | $159.21 |
| 2018 | 54.8% | $295.83 | $162.11 |

The table shows that market occupancies fluctuated little between 2015 and 2018, with only modest improvement shown in that time span. The improvement in occupancy in this comp set was a function of the increase in market-wide demand coupled with limited new development.  Concurrently though, the ADR of the competitive set has risen steadily over the past three years climbing from $276 in 2015 to $296 in 2018. The growth rate averaged 2.4% per annum in that period. The largest increase in rates was seen between 2016 and 2017.  The combination of solid occupancy increases, and steady ADR growth has translated into a RevPAR increase from $148 in 2015 to $162 in 2018.

### New Hotels and Proposed Supply Additions

Aside from the proposed 68-key subject property, we know of no specific plans have been submitted to the Clarke County Planning Office for review. Through discussions with market participants however, we have learned of several planned boutique inns that are under consideration in neighboring counties.  None of these are in permitting or even the pre-planning stages of yet. As such, we have not directly accounted for new additions to the supply within this analysis.

| Fairfield Farms 18-284-12 | **THE INCOME CAPITALIZATION APPROACH** |

### Historic and Future Hotel Demand

A lodging market's demand is perceived as being generated by several major segments, each of which makes use of lodging accommodations for different reasons. Based upon the nature and orientation of the competitive hotel market, we believe the demand for lodging accommodations emanates from two broad sources: transient leisure and group demand. We have surveyed the competitive set to estimate the market-wide demand sources, relative to the subject demand sources. The following table presents the current demand mix of the market based on the competitors and the addition of the subject property at 0% occupancy. The figures represent the trailing-12-month period.

| Base Year with Addition of the Subject Property | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Base Year** | Rooms | Available | Occupied Rooms | Occupancy | | | |
| Subject | 68 | 24,820 | 0 | 0.0% | | | |
| Comp Set | 566 | 206,590 | 113,211 | 54.8% | | | |
| Total | 634 | 231,410 | 113,211 | 48.9% | | | |
| **Base Year** | Sementation | Occupied | Current | Segmentation | Market | Subject | Subject Act. |
| Segment | Subject | Rooms | Share | Market | Rooms Night | Fair Share | Penetration |
| Leisure | 55.0% | 0 | 0.0% | 55.0% | 62,266 | 10.7% | 0.0% |
| Group | 45.0% | 0 | 0.0% | 45.0% | 50,945 | 10.7% | 0.0% |
| Total | 100.0% | 0 | 0.0% | 100.0% | 113,211 | | |

The hotels in the comp set display a fairly balanced segmentation as the sources of demand as detailed in the following paragraphs. As shown in the table above, the total demand among the competitive set was 113,211 room nights in the trailing-12 month period.

### Projected Market Position of the Subject Hotel

In formulating our estimates of the subject property's position in the competitive market, we considered its fair share and market penetration. Fair share is defined as the percentage of demand allocated to a given property based on its ratio of available guest rooms to the total number of available rooms in the selected competitive market (including the subject property).

Market penetration is based on the attributes of a hotel relative to the competitive market. It is defined as the percentage of demand allocated to a property on the basis of such competitive characteristics as location, appearance, management expertise, physical condition, market orientation, room rate structure, chain affiliation, size, facilities and amenities. Factors indicating that a property possesses competitive advantages suggest a market penetration in excess of 100 percent of fair share, while competitive disadvantages are reflected in penetrations of less than 100 percent.

Our estimates of future penetration consider numerous factors. It has been proven by several lodging industry studies that a hotel's performance typically peaks early within the economic life of the property. Moreover, as a property ages, it is likely that room night demand will decrease over the life of the property. This is due to the fact that consumers typically choose new over old, because new construction typically means clean and comfortable rooms with the latest amenities and services. Several studies have proven that RevPAR peaks in years two through four for similar hotels. These factors were considered in our analysis for projecting long-term room night demand at the subject.

| Fairfield Farms 18-284-12 | THE INCOME CAPITALIZATION APPROACH |

### Transient Leisure Demand Segment

Leisure/tourist demand currently comprises approximately 55% of the overall demand. The typical traveler for this demand segment of these hotels is typically not highly rate sensitive. Demand in this category is typically much higher on weekends for these types of properties as they cater to an upper-end demographic primarily sourced in the neighboring greater DC market. The STR report usually is able to provide raw data on the difference in weekday vs. weekend occupancies. However, this data was lacking in the report that was provided. As such, we have interviewed several market participants including general managers of several of the surveyed assets. The feedback was fairly uniform in that the area inns often are full on weekends especially in the late spring and fall months.  This is also supported by the monthly occupancies shown in the STR report where the highest occupancies recorded over the last four years were in June at 68.6%, October at 66.8% and September @ 62.2%, on average.

Total existing demand based on the market segmentation of the competitive set was estimated to be 62,266 room nights in 2017-2018.  Looking forward, we project that the market-wide demand for room nights from the Leisure segment will increase faster than the general market. We note that Moody's projects GDP growth of 3.1% in 2018 and 2.1% in 2019. The subject is expected to induce some of it the demand as it will bring features to the market that are not offered at other properties including a competition level polo field.  Market-wide demand is projected to increase by 6% in year one before leveling off to 3% in year two and 1% in year three. In the first year of opening the subject property is not expected to capture its full fair share of demand. Rather, it typically takes up to three years to stabilize occupancy. Therefore, we have projected the penetration rate of the leisure demand to be 75% in year one, 90% in year two and 110% of the comp set in years three and four.

### Group Demand Segment

Based on the reported demand mix at the subject and competitive hotels the group market totals approximately 50,945 room nights. Demand from this segment is expected to come from a mix of corporate outings/small conferences as well as social groups such as weddings, family reunions and girls' weekends. The proposed subject property will include the following venues for events.

| Space | Capacity |
|---|---|
| Barn | 125 |
| House Lobby | 25 |
| Field House Restaurant | 60 |
| Polo Bar & Lawn | 25 |

The venue will cater to the small to mid-sized weddings along with the small corporate retreats. In addition, the owners plan to have one of the only professional level polo fields in the Mid-Atlantic that will be available for matches. The lighted field will be serviced from the stables and will also feature memberships for year-round use. The polo fields alone should generate multi-night demand for the planned matches. A planned shooting range amenity will be available on a neighboring property that should also generate demand in this segment.

Given the amenities of the subject and planned quality level of the catering and dining experiences, the subject property is expected to outpace the average of its competitors in the demand for this segment.  For the first year, a capture rate of 75% is estimated. The capture rate should increase towards 90% by year two and 110% for years three and four. We have also projected that total market demand will increase at a pace similar to that of the transient demand, or 6% in year one, 3% in year two and 1% in year three.

| Fairfield Farms | THE INCOME CAPITALIZATION APPROACH |
| 18-284-12 | |

### Penetration Factor

The following chart estimates the penetration in each of the demand segments.

| Demand Projections | | | | | |
|---|---|---|---|---|---|
| **Year One** | 2019/20 | 2019/20 | 2019/20 | 2019/20 | 2019/20 |
| | Growth | Market Proj. | Subject Proj. | Subject Proj. | Subject Proj. |
| Segment | Rate | Room Nights | Penetration Index | Share | Room Nights |
| Transient | 106.0% | 66,002 | 75.0% | 8.0% | 5,309 |
| Group | 106.0% | 54,002 | 75.0% | 8.0% | 4,344 |
| Total | | 120,004 | | Rooms Occupied: | 9,653 |
| | | | | Rooms Available: | 24,820 |
| | | | | Estimated Occupancy: | 39% |
| | | | | | |
| **Year Two** | 2020/21 | 2020/21 | 2020/21 | 2020/21 | 2020/21 |
| | Growth | Market Proj. | Subject Proj. | Subject Proj. | Subject Proj. |
| Segment | Rate | Room Nights | Penetration Index | Share | Room Nights |
| Transient | 103.0% | 67,982 | 90.0% | 9.7% | 6,562 |
| Group | 103.0% | 55,622 | 90.0% | 9.7% | 5,369 |
| Total | | 123,604 | | Rooms Occupied: | 11,932 |
| | | | | Rooms Available: | 24,820 |
| | | | | Estimated Occupancy: | 48% |
| | | | | | |
| **Year Three** | 2021/22 | 2021/22 | 2021/22 | 2021/22 | 2021/22 |
| | Growth | Market Proj. | Subject Proj. | Subject Proj. | Subject Proj. |
| Segment | Rate | Room Nights | Penetration Index | Share | Room Nights |
| Transient | 101.0% | 68,662 | 110.0% | 11.8% | 8,101 |
| Group | 101.0% | 56,178 | 110.0% | 11.8% | 6,628 |
| Total | | 124,840 | | Rooms Occupied: | 14,729 |
| | | | | Rooms Available: | 24,820 |
| | | | | Estimated Occupancy: | 59% |
| | | | | | |
| **Year Four** | 2022/23 | 2022/23 | 2022/23 | 2022/23 | 2022/23 |
| | Growth | Market Proj. | Subject Proj. | Subject Proj. | Subject Proj. |
| Segment | Rate | Room Nights | Penetration Index | Share | Room Nights |
| Transient | 100.0% | 68,662 | 110.0% | 11.8% | 8,101 |
| Group | 100.0% | 56,178 | 110.0% | 11.8% | 6,628 |
| Total | | 124,840 | | Rooms Occupied: | 14,729 |
| | | | | Rooms Available: | 24,820 |
| | | | | Estimated Occupancy: | 59% |

Based on the previous analysis, we have estimated the subject's occupancy to be 39% in year one, 48% in year two and 59% in year three (stabilized).

Fairfield Farms
18-284-12

## THE INCOME CAPITALIZATION APPROACH

### Estimated Average Daily Rate (ADR)

We have examined and analyzed the achieved average rates of hotels versus merely adjusting the advertised rack rates of hotels in the competitive market as the rack rates are often just price points that are not attained. The following table tracks the data available from the hotels within the competitive set.

| ADR of the Comp Set | |
|---|---|
| **Hotel Name** | **ADR** |
| **Salamander Resort** | $345.00 |
| **Airlie Conference Center** | $245.00 |
| **Inn @ Perry Cabin** | $290.00 |
| **The Boar's Head** | $295.00 |
| **Comp Avg** | $295.90 |

As shown, the Salamander Resort posts the highest rates in the market. We have considered the follow adjustments to the ADR's of the Comp Set.

### ANALYSIS OF COMP SET ADR

To estimate the value of the subject, an analysis of the rent comparables and the adjustments made to them is utilized to estimate a market rental rate for the subject. The rates included below are the averages over an entire year. The rack rates are presented in a separate table to follow.

| Lease Analysis Grid | | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 | Comp 6 | Comp 7 |
|---|---|---|---|---|---|---|---|---|
| Name | Fairfield Farms | Salamander Resort & | Airlie Conference | Boar's Head Inn | The Inn at Perry | Goodstone Inn | L'Auberge Provençale | Hillbrook Inn & Spa |
| Address | 159 Fairfield Lane | 500 N, Pendleton | 6809 Airlie Road | 200 Edman Drive | 308 Watkin's Lane | 36205 Snake Hill | 13630 Lord Fairfax | 4490 Summit Point |
| City | Berryville | Middleburg | Warrenton | Charlottesville | St. Michaels | Middleburg | White Post | Charles Town |
| State | VA | VA | VA | VA | MD | VA | VA | WV |
| **Asking Rents** | | | | | | | | |
| ADR | | $345.00 | $245.00 | $295.00 | $290.00 | $275.00 | $300.00 | $265.00 |
| Location | | Superior | Similar | Superior | Superior | Similar | Similar | Inferior |
| % Adjustment | | -10% | 0% | -5% | -10% | 0% | 0% | 5% |
| Condition | Excellent | Excellent | Good/Excellent | Good/Excellent | Excellent | Good/Excellent | Excellent | Good/Excellent |
| % Adjustment | | 0% | 10% | 10% | 0% | 10% | 0% | 5% |
| Hotel Amenities | | Superior | Inferior | Superior | Superior | Inferior | Inferior | Inferior |
| % Adjustment | | -10% | 10% | -10% | -10% | 10% | 15% | 15% |
| Rating | | 4.5 out of 5.0 | 4.0 out of 5.0 | 4.5 out of 5.0 | 4.5 out of 5.0 | 4.5 out of 5.0 | 4.5 out of 5.0 | 4.5 out of 5.0 |
| % Adjustment | | 0% | 10% | 0% | 0% | 10% | 0% | 0% |
| **Adjusted Rent** | | **$276.00** | **$318.50** | **$280.25** | **$232.00** | **$357.50** | **$345.00** | **$331.25** |
| Net Adjustments | | -20% | 30% | -5% | -20% | 30% | 15% | 25% |

We have considered adjustments to the ADRs for location, condition, hotel amenities and the TripAdvisor ratings.

### Location

The adjustment for location realizes that properties in areas of active growth and development, as well as those which offer good accessibility typically capture higher rates than properties which do not offer these attributes, with all other factors held constant. The comparables included herein are all situated in neighboring villages within the northern Shenandoah Valley, aka the Virginia Hunt Country. A downward adjustment was applied to Comp 1 for the superior access closer to Washington, D.C. A downward adjusted is also applied to Comp 3 situated just outside of Charlottesville, Virginia. Comp 4, located in St. Michaels, Maryland is also considered superior, while the location of Comp 7 in Charles Town, West Virginia is inferior.

Fairfield Farms
18-284-12

# THE INCOME CAPITALIZATION APPROACH

## Condition

Logical adjustments are applied to the comparables on the basis of relative condition. The more inferior a comparable's condition, the lower the ADR it can achieve in the market, with all other factors held constant. The subject is considered to be in excellent condition upon completion. Positive adjustments were applied to Comps 2, 3, 5 and 7 given their inferior as is conditions relative to the subject.

## Amenities

In terms of amenities, the subject will offer a pool, spa, polo fields, equestrian services, valet and other concierge services. Comps 1, 3, and 4 offer greater amenity packages while Comps 2, 5, 6, and 7 are inferior. We note that Comp 1 is most similar to the subject as it also provides equestrian activities. This hotel; however, also has multiple pools, zip lines, camps and a fitness center.

## ADR Conclusion

The adjusted ADR's range from approximately $232 to $358, with an average of $306. This suggests that the ADR for the subject in current (2017/2018) dollars should be approximately $305. As noted earlier, the subject will offer multiple rooms types ranging in size from 205 to 450 square feet. The range in size and location within the property will drive the rack and achieved rates per room type. The developers project that actual rates will vary from $175 to $550 per room per night by the second year of operation. These rates fall in line with the comps. In addition to the ADR's of the seven hotels previously outlined, the following rates were considered from other inns that do not report to STR.

| Property Name | City | State | Rooms | Year Built | Year Opened | Acres | F&B | Spa | Other Amenities | Rate Range | Distance to Subject | Meeting Space | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Historic Rosemont Manor | Berryville | VA | 27 | 1811 | 2010 | 60 | Breakfast + catering | N | | $183-500 | 5.0 | | |
| Smithfield Farm B&B | Berryville | VA | 5 | 1716 | 1999 | 214 | Breakfast | N | Nature trail | $220-295 | 4.6 | | |
| L'Auberge Provencale B&B | White Post | VA | 14 | 1753 | 1981 | 8.5 | Full + catering | N | Pool | $199-375 | 12.8 | | Zagat-rated AAA-4 Diamond |
| The Retreat at Coolsprings | Bluemont | VA | 5 | 1799 | 2015 | 1120 | Breakfast + catering | Y | Classes | $500-750 | 11.3 | | |
| Salamander Resort & Spa | Middleburg | VA | 168 | 2013 | 2013 | 272 | Full + catering | Y | Pool, tennis, fitness center, zip lines, equestrian, camps | $245-575 | 27.0 | 30,000 | Member of Preferred Hotels |
| Redfox Inn | Middleburg | VA | 18 | 1728 | 1937 | 0.85 | Full + catering | N | Tavern | $200-405 | 29.0 | | |
| Goodstone Inn &Tavern | Middleburg | VA | 18 | 1934 | 1998 | 157 | Full + catering | Y | Pool, hot tubs | $335-845 | 24.3 | | |
| Airlie Conference Center | Warrenton | VA | 150 | 1892 | 1960 | 142 | Full + catering | N | Pool, tennis | $165-335 | 39.6 | 17,835 | Member of Historic Hotels of America |
| Glen Gordon Manor | Huntly | VA | 8 | 1833 | 2006 | 45 | Full + catering | Y | Pool | $169 | 32.3 | | |
| Boar's Head Resort | Charlottesville | VA | 170 | 1834 | 1988 | 573 | Full + catering | Y | Pool, golf | $149-350 | 102.0 | 20,000 | AAA Four Diamond, Member of Historic Hotels of America |
| Marriott Ranch & Inn | Hume | VA | 12 | 1814 | 1951 | 4200 | Breakfast + catering | N | Horses | $139 | 36.8 | | |
| Inn at Little Washington | Washington | VA | 17 | N/A | 1984 | N/A | Full + catering | N | Bikes | $525-1195 | 40.0 | | AAA Five Diamond, Michelin Guide Two Stars |
| Poplar Springs Inn & Spa | Warrenton | VA | 22 | 1920 | 2002 | 172 | Full + catering | Y | Pool, horses, vineyard | $204-$399 | 43.8 | | |
| Lansdowne Resort | Leesburg | VA | 296 | 1991 | 1991 | 476 | Full + catering | Y | Golf, pools, fitness center, tennis | $187-558 | 35.8 | 55,000 | Member of Destination Hotels |
| Inn at Willow Grove | Orange | VA | 24 | 1778 | 2010 | 40 | Full + catering | Y | Pool, fitness center | $265-605 | 80.2 | 6,400 | Member of Historic Hotels of America |
| Antrim 1844 | Taneytown | MD | 40 | 1844 | 1988 | 24 | Full + catering | N | Pool | $165-400 | 59.5 | 8,000 | Member of Historic Hotels of America |
| The Inn at Perry Cabin | St.-Michaels | MD | 78 | 1992 | 1992 | 24.33 | Full + catering | Y | Pool, fitness center, sailing | $370-885 | 154.0 | 5,000 | |
| Hillbrook Inn & Spa | Charles Town | WV | 19 | 1750 | 1995 | 30 | Breakfast + catering | Y | Hot tubs | $189-409 | 8.1 | | |

Given the range of these rates, it appears that the rates that are proposed for the subject are reasonable as is the current ADR estimate of $305.

## THE INCOME CAPITALIZATION APPROACH

In projecting future ADR increases for the market and for the subject hotel, we considered the expectations that the ADR for the US is expected to increase by 2.5% in 2018 (CBRE Hotel's America Research, November 2017). In the comp set we previously noted that the growth rate averaged 2.4% per annum between 2015 and 2018 with the largest spikes in rates seen between 2016 and 2017. We have projected that the ADR will increase at 3.0% per annum based on the following survey findings.

**National Market Change Rates for Real Estate Investments**
**National Limited-Service Midscale & Economy Lodging Segment**
**Third Quarter 2017**

|  | Current Quarter | Last Quarter | Year Ago |
|---|---|---|---|
| Market Rent Change Rate | (2.50%)-4.00% | (2.50%)-8.00% | 0.00%-4.00% |
| Average | 2.30% | 2.95% | 2.65% |
|  |  |  |  |
| Expense Change Rate | 2.50%-3.00% | 2.50%-3.00% | 2.50%-3.00% |
| Average | 2.95% | 2.95% | 2.95% |

Source: PwC Real Estate Investor Survey, 3rd Quarter 2017

By year three, the stabilized year, we project that the ADR will rise to $325.

### Market Conclusion

Based on the previous discussions, the following chart illustrates our projections for the subject property over the next four years.

| Year | Occupancy | ADR | Roms Revenue | RevPAR |
|---|---|---|---|---|
| 1 | 38.9% | $305.00 | $2,944,262 | $118.62 |
| 2 | 48.1% | $315.00 | $3,758,423 | $151.43 |
| 3 | 59.3% | $325.00 | $4,786,852 | $192.86 |
| 4 | 59.0% | $325.00 | $4,759,235 | $191.75 |

### INCOME AND EXPENSE ANALYSIS

In order to derive the net operating income of the subject, each category of hotel operation must be examined with respect to both income and expenses. To formulate the proper amounts applied to these categories, the following sources were consulted.

- Operating History from Comparable Boutique Hotel Properties
- Smith Travel Research (STR), Hotel Operating Statistics 2017
- Developer's pro-forma (included in the Addenda)

We will analyze each expense and highlight expenses that would likely fall outside market norms. Generally, a buyer of a hotel will look at market norms when making a purchase decision. Therefore, in order to follow the actions of the typical buyer, we took the same approach.

### ROOM REVENUE

Room revenue comprises the majority of the projected revenue and is determined by the number of occupied rooms multiplied by the estimated average room rate. The number of occupied rooms is represented in an average annual occupancy, which is determined by the hotel's estimated penetration of its competitive market. These projections were developed within the supply and demand analysis presented earlier in this report.

## THE INCOME CAPITALIZATION APPROACH

### FOOD & BEVERAGE REVENUE

Food and Beverage revenues are typically combined into one line for simplicity in accounting and comparing one property to the next. In truth, in a luxury hotel there are more than two sources of food and beverage revenue given the multiple venues typically found there. As noted, the subject will feature a 60-seat fine-dining restaurant along with a 25-seat bar near the polo fields as well as catering space at the main house and the converted barn. The projected revenue and is determined by the number of occupied rooms multiplied by the estimated average room rate. The developer's pro-forma for Food and Beverage inclusive of catering business (weddings and corporate) includes a first-year estimate of $2.83 million, or $442 per occupied room. By year three, the developer's project that F&B revenue will be $388 per occupied room, or $5.78 million. The comp data includes the following data points.

| Revenue - Food | | | | | |
|---|---|---|---|---|---|
| **Expense Comp** | **1** | **2** | **3** | **4** | **5** |
| Occupancy | 58.90% | 64.10% | 63.90% | 60.10% | 71.40% |
| Amount | $3,439,000 | $3,301,000 | $3,968,000 | NA | $5,720,416 |
| PAR | $51,328 | $48,544 | $67,254 | NA | $27,502 |
| POR | $238.72 | $207.38 | $288.25 | NA | $105.53 |
| % of Revenue | 35.56% | 29.21% | 20.50% | NA | 30.39% |

The data generally suggest that food revenue for these types of hotels is in excess of $200 per occupied room. We have estimated that the food and beverage revenue will be $250 per occupied room in year one, growing to $300 per occupied room by year three. Other F&B revenue, i.e. rental fees, is projected to stabilize at $50 per occupied room.

### OTHER REVENUE (NET)

The other projected revenue will mainly include income from a farm-to-table market pantry, spa services, and other resort fees. This revenue has been presented on a net basis at $5 per occupied room on a stabilized basis.

### EXPENSE PROJECTION

Hospitality properties generally follow the Uniform System of Accounts for the Lodging Industry, called the Generally Accepted Accounting Principles (GAAP). A benefit of having the bulk of the industry follow this format is that is allows for comparisons between properties. Typical deductions from the total revenue fall into two categories for hotel, those being directly associated with the rooms department and those that are not allocated to any department.  We have therefore compared the developer's pro-forma data for the subject property against expense comparables from similarly sized and priced select-service hotels to determine appropriate operating expenses for the subject.

### DEPARTMENTAL EXPENSES - Rooms

This category typically includes expenses affiliated with the selling and upkeep of the rooms, including the front desk staff, housekeeping, and laundry staff. Other operating expenses include cleaning supplies, linen, laundry supplies, printing and stationery, equipment rental, and travel agent commissions, to name a few. Certain of these costs are considered to vary with fluctuations in room occupancy, while others remain relatively fixed. Our expense category includes a fixed and variable component, because certain expenses are incurred whether or not the rooms are occupied.  As occupancy increases, economies are achieved and, although the expenses continue to increase in terms of total dollars, the ratio to rooms revenue typically declines, as well as cost per occupied room. Franchise reservation expenses are not included in this line item.

## THE INCOME CAPITALIZATION APPROACH

The developer estimated this cost to be 29.6% of rooms revenue in year one and 22.0% in year two of operations. This projection is below the comparable average of 23.3% as presented below.

| Expenses - Rooms | | | | | |
|---|---|---|---|---|---|
| Expense Comp | 1 | 2 | 3 | 4 | 5 |
| Occupancy | 58.90% | 64.10% | 63.90% | 60.10% | 71.40% |
| Amount | $1,449,000 | $856,000 | $3,354,000 | $924,000 | $3,274,960 |
| PAR | $21,627 | $12,588 | $56,847 | $17,769 | $15,745 |
| POR | $50.29 | $26.89 | $121.82 | $40.52 | $30.21 |
| % of Revenue | 23.74% | 13.02% | 33.90% | 27.97% | 29.37% |

Based on our comparable data, we estimate a stabilized cost ratio of 23% of revenue for year three and onward. We have applied a first-year expense ratio of 30% of rooms revenue and a second-year ratio of 25% to account for the ramp-up of the operations.

### DEPARTMENTAL EXPENSES – Food and Beverage

This category typically includes expenses affiliated with the direct costs of goods sold, kitchen and wait staff, and the selling and upkeep of the F&B spaces. The expense comps display an average of 85.5% as compared with the developer's stabilized cost estimate of 75% for the F&B (restaurant and bars) and 50% for the Wedding and Corporate events. The comp range is as follows:

| Expenses - Food and Beverage | | | | | |
|---|---|---|---|---|---|
| Expense Comp | 1 | 2 | 3 | 4 | 5 |
| Occupancy | 58.90% | 64.10% | 63.90% | 60.10% | 71.40% |
| Amount | $2,970,000 | $2,812,000 | $3,889,000 | NA | $4,132,960 |
| PAR | $44,328 | $41,353 | $65,915 | NA | $19,870 |
| POR | $103.08 | $88.33 | $141.25 | NA | $38.12 |
| % of Revenue | 86.36% | 85.19% | 98.01% | NA | 72.25% |

The comp data suggests a stabilized expense ratio of 85%; however, given the expected reliance on the higher profit catering and wedding business, a lower expense ratio of 80% is projected for the stabilized year. We have ramped up the operations with a 90% expense ratio in year one and 85% ratio in year two.

### DEPARTMENTAL EXPENSES – Other Operated Departments

This expense is projected at 50% of the income on a stabilized basis.

### UNDISTRIBUTED OPERATING EXPENSES

These costs are charged directly to the property and are not allocated to any single department.

### Administrative and General

Expenses in this category typically include salaries and wages associated with the operation of the property, cash overages and shortages, credit card commissions, bad debt expense, data processing, accidents, executive office expenses, professional fees, and travel and supplies. The comparable data show an average cost of 9.9% of Total Revenue. The range is presented below.

| Expenses - Administrative and General | | | | | |
|---|---|---|---|---|---|
| Expense Comp | 1 | 2 | 3 | 4 | 5 |
| Occupancy | 58.90% | 64.10% | 63.90% | 60.10% | 71.40% |
| Amount | $1,059,000 | $989,000 | $2,014,000 | $314,000 | $1,875,120 |
| PAR | $15,806 | $14,544 | $34,136 | $6,038 | $9,015 |
| POR | $36.76 | $31.07 | $73.15 | $13.77 | $17.30 |
| % of Revenue | 10.95% | 8.75% | 10.40% | 9.51% | 9.96% |

| Fairfield Farms 18-284-12 | THE INCOME CAPITALIZATION APPROACH |
|---|---|

The developer project's that the subject's stabilized costs will be 6.0% of Total Revenue. The developer also included a separate line item for credit card fees at 3.2%. We estimate a first-year expense ratio of 12.0% dropping to 10.0% in year two and 9.0% in year three and onward.

### Sales and Marketing

This expense includes the salaries and wages of the sales staff and the cost of promotional efforts. Given the new product and to attain the projected occupancy and rates, management will need to focus on the marketing the property both locally and regionally. The developers included a stabilized 6.0% marketing cost in their projections. The comparables show a range of 3.5% to 6.5% with an average of 4.9% as follows.

| Expenses - Marketing | | | | | |
|---|---|---|---|---|---|
| Expense Comp | 1 | 2 | 3 | 4 | 5 |
| Occupancy | 58.90% | 64.10% | 63.90% | 60.10% | 71.40% |
| Amount | $626,000 | $399,000 | $758,000 | $152,000 | $1,133,808 |
| PAR | $9,343 | $5,868 | $12,847 | $2,923 | $5,451 |
| POR | $21.73 | $12.53 | $27.53 | $6.66 | $10.46 |
| % of Revenue | 6.47% | 3.53% | 3.92% | 4.60% | 6.02% |

We have concluded to a stabilized year sales and marketing expense ratio of 5.0%. However, to get the word out about the property, we have projected a first-year cost of 7.0% of revenue and a second-year cost of 6.0%.

### Property Operation and Maintenance

This line item includes all the costs for the daily upkeep of the property, including salaries and wages, contract maintenance, supplies, and trash removal. As a percentage of total revenue, the developer's projected stabilized cost is 2.1% of Total Revenue. This projection is below the comparable average of 4.4% as shown below.

| Expenses - Property Operations and Maintenance | | | | | |
|---|---|---|---|---|---|
| Expense Comp | 1 | 2 | 3 | 4 | 5 |
| Occupancy | 58.90% | 64.10% | 63.90% | 60.10% | 71.40% |
| Amount | $290,000 | $293,000 | $1,555,000 | $130,000 | $872,352 |
| PAR | $4,328 | $4,309 | $26,356 | $2,500 | $4,194 |
| POR | $10.07 | $9.20 | $56.48 | $5.70 | $8.05 |
| % of Revenue | 3.00% | 2.59% | 8.03% | 3.94% | 4.63% |

We estimate a first-year cost ratio of 5.0%, a second-year cost ratio of 4.5% and a stabilized cost of 4.0% of Total Revenue.

### Energy and Utility Costs

This expense category includes the cost of electricity, water, and natural gas. On a percentage basis the subject's utility expense is projected at 2.0% of Total Revenue by the developers. The comparables display an average of 3.4%.

| Expenses - Utility Costs | | | | | |
|---|---|---|---|---|---|
| Expense Comp | 1 | 2 | 3 | 4 | 5 |
| Occupancy | 58.90% | 64.10% | 63.90% | 60.10% | 71.40% |
| Amount | $278,000 | $169,000 | $793,000 | $174,000 | $569,088 |
| PAR | $4,149 | $2,485 | $13,441 | $3,346 | $2,736 |
| POR | $9.65 | $5.31 | $28.80 | $7.63 | $5.25 |
| % of Revenue | 2.87% | 1.50% | 4.10% | 5.27% | 3.02% |

# THE INCOME CAPITALIZATION APPROACH

Based upon the comparable data, we project a first-year expense of 4.0%, a second-year expense of 3.5% and a stabilized cost of 3.0% of Total Revenue.

## GROSS OPERARTING (HOUSE) PROFIT

The projected first-year house profit ratio is 13.5% as compared with 25.5% for the developer's budget. Our projection accounts for higher first-year costs when viewed a percentage of revenue. The stabilized profit ratio is approximately 26.5% of Total Income as compared with the developer's budget of 35.3%.

## Management Fee

According to a recent survey of management companies conducted by Smith Travel Research, the average management fee in the South Atlantic is 2.6%. The comparables also display a range from 3% to 4% of Total Revenue, with an average of 3.5%. The following indicates the survey respondents results regarding management fees.

| Survey | Management Fee |
|---|---|
| STR – South Atlantic | 2.6% |
| PriceWaterhouseCoopers | 3.5% |

Based on our experience with similar properties the typical management expense is reported at 3.0% to 4.0% of revenue.  Within our analysis we have included a management fee expense of 3.5%.

## FIXED EXPENSES

These costs include real estate taxes, property and general liability insurances and any leased equipment.

## Real Estate Taxes

As discussed in the Real Estate Tax section of this report, the subject's estimated real estate taxes are $68,000 in year one and $72,141 by year three.

## Insurance

Insurance expense typically includes an owner's liability coverage, fire and extended coverage, and potentially other catastrophic insurance coverage. The cost is projected by the developers to be $2,378 per key.  The comparables show an average of $2,836 per key.  We have given the developer's estimate additional weight in projecting this expense seeing that they operate several properties in the market and will be allocating the cost from their umbrella insurance policy. Therefore, an expense of $2,400 per key is applied in year one.

## EARNINGS BEFORE INTEREST & DEBT SERVICE

These costs include real estate taxes, property and general liability insurances and any leased equipment. The stabilized earnings ratio is projected to be 20.5% as compared with the developer's budget of 29.1% and the comp average of 29.8%. The lower projected EBITA ratio is a function of several estimated costs being above those of the developer's budget and the comps including the rooms expense, food and beverage expense and the projected real estate taxes.

| Fairfield Farms 18-284-12 | THE INCOME CAPITALIZATION APPROACH |

### Reserves for Replacement

The reserves for replacement are needed to periodically replace furniture, fixtures and equipment (FF&E) along with short-lived real estate components. FF&E are essential to the operation of a lodging facility, and their quality often influences a property's class. The FF&E of a hotel are exposed to heavy use and must be replaced at regular intervals. The useful life of these items is determined by their quality, durability, and amount of guest traffic and use. Periodic replacement of FF&E is essential to maintain the quality, image and income-producing potential of lodging facilities. Our industry experience indicates that a reserve for replacement of three to five percent of gross revenues is considered an industry standard for which to account for this category.  Budget and new hotels typically set aside a lower percentage of revenue. The range for reserve for replacement indicated by the most recent *PriceWaterhouseCoopers* Investor Survey indicates lodging investors typically include a deduction of 2.0% to 5.0% of gross revenues, with an average of 4.0%. Given new construction, an estimate towards the lower end of the range appears reasonable for years one and two at 2.0% of Total Revenue. Thereafter, we have utilized a reserve for replacement allowance of 4.0%.

### DISCOUNTED CASH FLOW AND DIRECT CAPITALIZATION

Capitalization is defined as the process of converting into present value (or obtaining the present worth of) a series of anticipated future periodic installments of net income. The anticipated net income stream is converted into a value estimate by a rate that attracts purchase capital to investments with similar characteristics such as risk, terms and liquidity. Due to the new status of the proposed subject property, we have utilized the Discounted Cash Flow analysis in the valuation of the subject on an *as-complete* basis. For the prospective *as-stabilized* value estimate, we have employed the Direct Capitalization methodology to the year-three net income.

Fairfield Farms
18-284-12

# THE INCOME CAPITALIZATION APPROACH

## Discounted Cash Flow (DCF) Analysis

The DCF is an analytical method estimating the present worth of future cash flow by discounting each future collection at an appropriate discount (yield) rate. The analysis is typically applied to annual cash flow projections. Hotel investors typically utilize a 3 to 10-year projection period in analyzing properties such as the subject. We are of the opinion that a 3-year hold adequately accounts for the projected changes in the market for the *"as complete"* valuation.

In the analysis of the subject, a year-by-year breakdown of the gross revenue is processed against projected operating expenses. Assumptions are made as to the growth of both income and expenses. In the final year of the projection, a sale of the property is assumed based upon income during the 4th year in the *as complete* model. The reversionary value, along with the series of net cash flows, is discounted back to a total present worth.

## Discount, Terminal and Overall Capitalization Rates

Yield or discount rates currently accepted by investors for comparable properties in the market can be applied to a projected cash flow to estimate the value of the cash flow and, therefore, the value of the subject property. In addition to an analysis of actual market transactions, the appraisers ascertained the expectations for yield through an examination of alternative investments and investor expectations.

The PriceWaterhouseCoopers survey is included below, which highlights current hotel investment criteria.

## LODGING CHARTS

### National Market Capitalization Rates for Real Estate Investments
### National Full-Service Lodging Segment
### First Quarter 2018

|  | Current Quarter | Last Quarter | Year Ago |
|---|---|---|---|
| Overall Cap Rate (OAR) Average | 6.00%-10.00% 7.73% | 6.00%-10.00% 7.85% | 6.00%-10.00% 7.90% |
| Residual Cap Rate Average | 7.00%-10.00% 8.35% | 7.00%-10.00% 8.44% | 7.00%-10.00% 8.40% |

Source: PwC Real Estate Investor Survey, 1st Quarter 2018

### National Market Change Rates for Real Estate Investments
### National Full-Service Lodging Segment
### First Quarter 2018

|  | Current Quarter | Last Quarter | Year Ago |
|---|---|---|---|
| Market Rent Change Rate Average | (2.00%)-7.00% 2.90% | (2.00%)-7.00% 2.75% | (2.00%)-7.00% 2.83% |
| Expense Change Rate Average | 0.00%-4.00% 2.80% | 1.00%-4.00% 2.92% | 1.00%-4.00% 2.92% |

Source: PwC Real Estate Investor Survey, 1st Quarter 2018

### National Market Yield Rates for Real Estate Investments
### National Full-Service Lodging Segment
### First Quarter 2018

|  | Current Quarter | Last Quarter | Year Ago |
|---|---|---|---|
| Discount Rate (IRR) Average | 8.00%-13.50% 10.33% | 8.00%-13.00% 10.19% | 8.00%-13.00% 10.19% |

Source: PwC Real Estate Investor Survey, 1st Quarter 2018

JOSEPH J. BLAKE AND ASSOCIATES, INC.
REAL ESTATE VALUATION AND CONSULTING

Fairfield Farms
18-284-12

# THE INCOME CAPITALIZATION APPROACH

As indicated by the preceding survey, the discount rates indicate a relative wide range from 8.0% to 13.5%, with an average of 10.33% for full-service lodging properties. While these rates trended downwards between 2012 and 2016, dropping 110 basis points in that time span, they increased by 14 basis points in the past twelve-month period in response to perceived risks in the market. Such risk factors include global geo-political issues, potential over supply in certain sectors and expected increases in interest rates.

## Discount Rate Selection

The discount rate is partly a function of perceived risk and the certainty of gross income, operating expenses and resulting net income. The subject property is well located and surrounded by numerous demand generators which should provide a consistent base of room night demand as outlined earlier. Upon completion in mid-2019 the subject will be a high-quality asset with high-quality finishes.  With regard to yield rate we have considered the investor surveys and the discussions with market participants and applied a **yield rate of 11.0%** to the subject's *"as completed"* cash flow. Our estimate takes into consideration the historical occupancy of the subject market, the current state of the economy, the location of the subject, limited supply additions to the market and the quality of the subject.

## Direct Capitalization Methodology

Direct Capitalization is used to convert an estimate of a single year's net operating income expectancy into an indication of value in one direct step. In this procedure, the income is divided by an appropriate overall capitalization rate (OAR or Cap Rate), which is derived from market evidence. The chosen rate represents the relationship between income and value as reported by participants in the market.

We have employed this tool in estimated the subject's prospective "as stabilized" value. We have examined appropriate first year overall rates of return via three methods: the band of investment method, a survey of institutional investors active in the national market, and an examination of recent actual sales reflecting overall rates within the local market. Most emphasis is placed on the last method.

| Fairfield Farms 18-284-12 | THE INCOME CAPITALIZATION APPROACH |

### Band of Investment-Debt Coverage Ratio

To estimate an overall rate, the debt coverage ratio can be multiplied by the mortgage capitalization rate and the loan-to-value ratio.

The formula is:

$$R_O = DCR \times R_M \times M$$

The following table indicates the mortgage rates and terms that were extracted from the most recent edition of the RealtyRates.com Investor Survey.

### Commercial Mortgage Rates and Terms

| Fairfield Farms 18-284-12 | **THE INCOME CAPITALIZATION APPROACH** |

## Band of Investment Analysis – Mortgage and Equity

The band of investment technique is a capitalization method in which the overall capitalization rate is abstracted from the component parts of the real estate investment. This mortgage-equity capitalization depends on the mortgage and equity market demands for the individual segments of the cash flow generated by the investment.

The formula for calculating the overall rate using the mortgage-equity band of investment technique is as follows:

$$R_O = (M * R_M) + (E * R_E)$$

$R_O$ is the overall rate, M is the loan-to-value ratio, $R_M$ is the mortgage capitalization rate or mortgage constant, E is the equity ratio, and $R_E$ is the equity capitalization rate. $R_E$ is also known as the investor's cash-on-cash rate.

Based on the information presented, we conclude to the following mortgage interest rate, loan term, loan to value ratio, debt coverage ratio and equity dividend rate. The resulting overall rate ($R_O$) is calculated as follows:

| Capitalization Rate Variables | | | |
|---|---|---|---|
| Mortgage Interest Rate | 5.50% | Debt Coverage Ratio | 1.30 |
| Loan Term (Years) | 25 | Equity Dividend Rate | 8.00% |
| Loan To Value Ratio | 75.00% | | |
| **Band of Investment Analysis** | | | |
| Mortgage Constant | | Loan Ratio | Contributions |
| 0.0737 | x | 0.7500 | = | 0.0553 |
| Equity Dividend Rate | | Equity Ratio | |
| 0.0800 | x | 0.2500 | = | 0.0200 |
| | | Band of Investment Capitalization Rate: | 0.0753 |
| | | Rounded: | 7.50% |
| **Debt Coverage Ratio Analysis** | | | |
| Debt Coverage Ratio x Loan to Value Ratio x Mortgage Constant | | | |
| | 1.3 x 0.75 x 0.0737 | = | 0.0718 |
| | | Debt Coverage Ratio Capitalization Rate: | 0.0718 |
| | | Rounded: | 7.25% |

## SURVEY DATA

The previously noted PriceWaterhouseCoopers survey showed that overall cap rates for full-service hotels ranged from 6.0% to 10.0% with an average of 7.73% in the most recent quarter. The average overall rate was down 17 basis points from the average of the survey one-year prior. This might be a function of the positive long-term outlook in this sector whereby there are higher barriers to entry and lower new supply risk. We also note that the residual cap rate average is 52 basis points above the overall rate average in the most recent survey.

## THE INCOME CAPITALIZATION APPROACH

### SALES DATA

Another source of data is actual sales in the market place. The following table summarizes the capitalization rates of the comparable sales.

| | | Comparable Sale Cap Rates | | | |
|---|---|---|---|---|---|
| Comp | City/State | Price Per Unit | Date | Year Built | Cap Rate |
| | Beach Haven, FL | $237,500 | For Sale | 1890 | 10.00% |
| | Islamorada, FL | $258,750 | October-17 | 1957 | 5.75% |
| | Kennebunkport, ME | $273,333 | October-17 | 1940 | 9.70% |
| | Washington, DC | $300,000 | July-17 | 1969 | 6.22% |
| | Yountville, CA | $1,206,250 | May-17 | 1998 | 6.10% |
| | Roslyn, NY | $185,526 | March-17 | 1991 | 8.00% |
| | Asheville, NC | $250,000 | January-17 | 1922 | 7.00% |
| | Lenox, MA | $209,524 | January-17 | 1993 | 5.00% |

These sales display an average overall rate of 7.2%.

### CONCLUSION

A summary of overall rates is exhibited below.

| Summary of Overall Rates | |
|---|---|
| Band of Investment | 7.50% |
| Debt Coverage Ratio | 7.25% |
| Sales Comparison Approach | 5.00% - 10.00% |

An appropriate first year capitalization rate for the subject is in the range of 7.0% to 7.5%. We conclude to an **overall rate** of **7.25%** for the as stabilized valuation.

For the residual (terminal) rate of the DCF, we have considered that the spread in the PWC Survey data between the average overall rate and the residual rate of 52 basis points.  This spread suggests a **terminal rate** of **7.75%** for the subject property DCF on an as-complete basis.

We note that a cost of sale of 2.0% is taken from the 'as complete' residual year sale. The following two pages present the *'as complete'* valuation via the discounted cash flow and the *'as stabilized'* valuation via the direct capitalization methodology.

**Fairfield Farms**
**18-284-12**

# THE INCOME CAPITALIZATION APPROACH

## DISCOUNTED CASH FLOW – 'AS COMPLETE' VALUATION

| | Direct Cap Projection | | DCF Projection | | DCF Projection | | DCF Projection | | DCF Projection | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amounts | % of Revenue | Amounts | % of Revenue | Amounts | % of Revenue | Amounts | % of Revenue | Amounts | % of Revenue |
| Room | $5,243,225 | 58.56% | $2,702,929 | 63.21% | $3,507,862 | 59.63% | $4,960,116 | 57.30% | $5,229,270 | 57.77% |
| Food | $3,226,600 | 36.04% | $1,447,998 | 33.86% | $2,088,013 | 35.50% | $3,213,551 | 37.13% | $3,323,398 | 36.72% |
| Other Food and Beverage | $403,325 | 4.50% | $96,533 | 2.26% | $238,630 | 4.06% | $401,694 | 4.64% | $415,425 | 4.59% |
| Other Operated Departments | $80,665 | 0.90% | $28,960 | 0.68% | $47,726 | 0.81% | $80,339 | 0.93% | $83,085 | 0.92% |
| Total Revenue | $8,953,815 | 100.00% | $4,276,420 | 100.00% | $5,882,230 | 100.00% | $8,655,700 | 100.00% | $9,051,178 | 100.00% |
| | | | | | | | | | | |
| Rooms | $1,310,806 | 25.00% | $946,025 | 35.00% | $1,052,358 | 30.00% | $1,240,029 | 25.00% | $1,307,317 | 25.00% |
| Food and Beverage | $3,085,436 | 85.00% | $1,467,304 | 95.00% | $2,093,979 | 90.00% | $3,072,958 | 85.00% | $3,177,999 | 85.00% |
| Other Operated Depts | $40,333 | 50.00% | $21,720 | 75.00% | $28,636 | 60.00% | $40,169 | 50.00% | $41,542 | 50.00% |
| Total Departmental Expenses | $4,436,575 | 49.55% | $2,435,050 | 56.94% | $3,174,973 | 53.98% | $4,353,157 | 50.29% | $4,526,859 | 50.01% |
| Total Departmental Profit | $4,517,240 | 50.45% | $1,841,371 | 43.06% | $2,707,258 | 46.02% | $4,302,543 | 49.71% | $4,524,318 | 49.99% |
| | | | | | | | | | | |
| Administrative and General | $895,382 | 10.00% | $641,463 | 15.00% | $705,868 | 12.00% | $865,570 | 10.00% | $905,118 | 10.00% |
| Marketing | $537,229 | 6.00% | $342,114 | 8.00% | $411,756 | 7.00% | $519,342 | 6.00% | $543,071 | 6.00% |
| Utility Costs | $268,614 | 3.00% | $171,057 | 4.00% | $205,878 | 3.50% | $259,671 | 3.00% | $271,535 | 3.00% |
| Property Operations and Maintenance | $358,153 | 4.00% | $213,821 | 5.00% | $264,700 | 4.50% | $346,228 | 4.00% | $362,047 | 4.00% |
| Total Undistributed Operating Expenses | $2,059,378 | 23.00% | $1,368,454 | 32.00% | $1,588,202 | 27.00% | $1,990,811 | 23.00% | $2,081,771 | 23.00% |
| | | | | | | | | | | |
| Gross Operating Profit | $2,457,862 | 27.45% | $472,916 | 11.06% | $1,119,056 | 19.02% | $2,311,732 | 26.71% | $2,442,547 | 26.99% |
| Management Fees | $358,153 | 4.00% | $171,057 | 4.00% | $235,289 | 4.00% | $346,228 | 4.00% | $362,047 | 4.00% |
| | | | | | | | | | | |
| Income before Fixed Charges | $2,099,709 | 23.45% | $301,859 | 7.06% | $883,766 | 15.02% | $1,965,504 | 22.71% | $2,080,500 | 22.99% |
| Taxes | $72,141 | 0.81% | $68,000 | 1.59% | $70,040 | 1.19% | $72,141 | 0.83% | $74,305 | 0.82% |
| Insurance | $144,282 | 1.61% | $136,000 | 3.18% | $140,080 | 2.38% | $144,282 | 1.67% | $148,611 | 1.64% |
| Total Expenses (EBITDA) | $7,070,529 | 78.97% | $4,178,561 | 97.71% | $5,208,584 | 88.55% | $6,906,629 | 79.79% | $6,970,677 | 77.01% |
| EBITDA | $1,883,286 | 21.03% | $97,859 | 2.29% | $673,646 | 11.45% | $1,749,081 | 20.21% | $1,857,584 | 20.52% |
| Reserves | $358,153 | 4.00% | $85,528 | 2.00% | $176,467 | 3.00% | $346,228 | 4.00% | $362,047 | 4.00% |
| Total Expenses (NOI) | $7,428,682 | 82.97% | $4,264,089 | 99.71% | $5,385,051 | 91.55% | $7,252,847 | 83.79% | $6,608,630 | 73.01% |
| NOI | $1,525,133 | 17.03% | $12,331 | 0.29% | $497,179 | 8.45% | $1,402,853 | 16.21% | $1,495,537 | 16.52% |

## DISCOUNTED CASH FLOW – SUMMARY

| Year | Cash Flow | | Present Value Factor @ 11.00% | | Present Value |
|---|---|---|---|---|---|
| 1 | $217,148 | x | .900901 | = | $195,629 |
| 2 | $940,637 | x | .811622 | = | $763,442 |
| 3 | $1,653,996 | x | .731191 | = | $1,209,387 |
| | $2,811,781 | | | | $2,168,458 |

| Year 11 NCF | Terminal Overall Rate | Reversion |
|---|---|---|
| $1,705,401 | 7.75% | $22,005,178 |

| | | |
|---|---|---|
| Cost of Sale @ 2.00% | | ($440,104) |
| Net Reversion | | $21,565,075 |

| Net Reversion | | Present Value | | Present Value |
|---|---|---|---|---|
| $21,565,075 | x | .731191 | = | $15,768,197 |

| | |
|---|---|
| Value of Income Stream | $2,168,458 |
| Value of Reversion | $15,768,197 |
| Value Estimate | $17,936,655 |
| Value Estimate Rounded | $17,900,000 |
| Value Estimate Rounded Per Unit | $263,235 |

Fairfield Farms
18-284-12

## THE INCOME CAPITALIZATION APPROACH

### DIRECT CAPITALIZATION – 'AS STABILIZED' VALUATION

| Fairfield Farms 18-284-12 | THE INCOME CAPITALIZATION APPROACH |

## CONCLUSION

The indicated value estimates for the subject is calculated as follows.

| "As Complete" Value (7/1/2019) | |
|---|---|
| Indicated Value | $17,936,655 |
| **Rounded Final Value** | **$17,900,000** |

| "As Stabilized" Value (7/1/2021) | |
|---|---|
| Indicated Value | $22,813,731 |
| **Rounded Final Value** | **$22,800,000** |

**THE SALES COMPARISON APPROACH**

## SALES COMPARISON APPROACH

The Sales Comparison Approach is based upon the assumption that a prudent buyer would not pay more for a property than it would cost him or her to acquire a comparable substitute property. This approach involves the direct comparison of the property being appraised to other similar properties that have sold or are currently being offered for sale. Since no two properties are ever identical, adjustments for differences in quality, location, size and market appeal are often necessary.

The reliability of this technique is dependent upon the availability of comparable sales data, the verification of the sales data, the degree of comparability between each sale and the subject, the date of the sale in relation to the date of the appraisal (considering market changes during the interim), and consideration of any atypical conditions affecting price or terms of the sale.

The price a typical purchaser pays is usually the result of an extensive process in which available alternatives are compared. The property that is ultimately purchased typically represents the best available balance between the buyer's specifications and the purchase price. Verified and analyzed data will generally provide good evidence of value, if it represents typical actions and reactions of buyers and sellers active in the market. We have also included several current listings of inns or bed and breakfasts within the market.

We note that we have considered the price per key (unit) and price per square foot of the comparables in our analysis. However, given that the subject is a rooms-only operation and that all of the income is generated from the room rentals, we have relied on a price per key analysis.

| Fairfield Farms 18-284-12 | THE SALES COMPARISON APPROACH |
|---|---|

## Comparable 1



### Transaction

| | | | |
|---|---|---|---|
| Name | The Brick Hotel | Date | 5/23/18 |
| Address | 1 E. Washington Avenue | Price | $4,550,000 |
| City | Newtown | Grantor | Ubika LLC |
| County | Bucks County | Grantee | Under Contract |
| State | PA | Property Rights | Fee Simple Estate |
| Zip | 18940 | Financing | Cash to Seller |
| Tax Parcel ID | 28-002-057-001 | Conditions of Sale | Arm's length |
| Recordation | N/A | Verification | Broker |

### Site & Improvements

| | | | |
|---|---|---|---|
| NRA | 14,228 | Year Built | 1764 |
| No. of Buildings | 1 | No. of Floors | 2 |
| Land SF | 54,014 | Land Acres | 1.24 |
| MVS Quality | NA | Condition | Good |
| LTB Ratio | 3.80 | Parking Type | Surface |
| Hospitality Type | Two-story bed and breakfast | Hospitality Class | Upper Upscale |
| No. of Rooms | 15 | Renovations | 2000 |
| Room Amenities | Fireplace | Hotel Amenities | Bar, Free Breakfast, Free Parking, Restaurant |

### Financial Data

| | | | |
|---|---|---|---|
| Price Per Room | $303,333 | Price per SF | $319.79 |

### Comments

This historic inn features a full service catering venue, restaurant and bar.

Fairfield Farms
18-284-12

# THE SALES COMPARISON APPROACH

## Comparable 2



### Transaction

| | | | |
|---|---|---|---|
| Name | Lambert's Cove Inn | Date | 4/19/18 |
| Address | 90 Manaquayak Road | Price | $5,500,000 |
| City | West Tisbury | Grantor | Hicklin-Jones Holding LLC |
| County | Dukes | Grantee | Cove Road Inn LLC |
| State | MA | Property Rights | Fee Simple Estate |
| Zip | 02568 | Financing | Cash to Seller |
| Tax Parcel ID | WTIS-000007-00099 | Conditions of Sale | Arm's length |
| Recordation | 1465000718 | Verification | Broker |

### Site & Improvements

| | | | |
|---|---|---|---|
| NRA | 12,800 | Year Built | 1790 |
| No. of Buildings | 3 | No. of Floors | 2 |
| Land SF | 331,056 | Land Acres | 7.60 |
| MVS Quality | NA | Condition | Good |
| LTB Ratio | 25.86 | Parking Type | Surface |
| Hospitality Type | Two-story bed and breakfast | Hospitality Class | Upper Upscale |
| No. of Rooms | 17 | Renovations | 2018 |
| Room Amenities | Fireplace | Hotel Amenities | Bar, Free Parking, Pool (Outdoor), Restaurant |

### Financial Data

| | | | |
|---|---|---|---|
| Price Per Room | $323,529 | Price per SF | $429.69 |

### Comments

This historic property includes a main building with 7 guestrooms and 2 cottages with 4 guestrooms each, plus a full service restaurant.

**Fairfield Farms**
**18-284-12**

## THE SALES COMPARISON APPROACH

### Comparable 3



### Transaction

| | | | |
|---|---|---|---|
| Name | Coonamessett Inn | Date | 2/17/17 |
| Address | 311 Gifford Street | Price | $5,550,000 |
| City | Falmouth | Grantor | Jones Pond Realty Trust |
| County | Barnstable | Grantee | 311 Gifford Street Real Estate |
| State | MA | Property Rights | Fee Simple Estate |
| Zip | 02540 | Financing | Conventional |
| Tax Parcel ID | FALM-000038-000009-000001- | Conditions of Sale | Arm's length |
| Recordation | 8331 | Verification | Broker |

### Site & Improvements

| | | | |
|---|---|---|---|
| NRA | 35,000 | Year Built | 1953 |
| No. of Buildings | 1 | No. of Floors | 2 |
| Land SF | 180,338 | Land Acres | 4.14 |
| MVS Quality | NA | Condition | Good |
| LTB Ratio | 5.15 | Parking Type | Surface |
| Hospitality Type | Two-story bed and breakfast | Hospitality Class | Upper Upscale |
| No. of Rooms | 27 | Renovations | 2018 |
| Room Amenities | Cable TV | Hotel Amenities | Bar, Free Wi-Fi, Restaurant |

### Financial Data

| | | | |
|---|---|---|---|
| Price Per Room | $205,556 | Price per SF | $158.57 |

### Comments

This Cape Cod inn features a tavern and meeting rooms. The inn was fully renovated after the sale.

Fairfield Farms
18-284-12

## THE SALES COMPARISON APPROACH

### Comparable 4



### Transaction

| | | | |
|---|---|---|---|
| Name | Kent Manor Inn | Date | 12/1/16 |
| Address | 500 Kent Manor Drive | Price | $4,110,000 |
| City | Stevensville | Grantor | Kent Manor Inn LLC |
| County | Queen Anne | Grantee | JVVS LLC c/o Sunny Patel |
| State | MD | Property Rights | Fee Simple Estate |
| Zip | 21666 | Financing | Cash to Seller |
| Tax Parcel ID | 04-025040 | Conditions of Sale | Auction Sale |
| Recordation | NA | Verification | Broker |

### Site & Improvements

| | | | |
|---|---|---|---|
| NRA | 18,496 | Year Built | 1820 |
| No. of Buildings | 4 | No. of Floors | 3 |
| Land SF | 9,844,560 | Land Acres | 226.00 |
| MVS Quality | NA | Condition | Good |
| LTB Ratio | 532.25 | Parking Type | Surface |
| Hospitality Type | Three-story bed and breakfast | Hospitality Class | Upscale |
| No. of Rooms | 24 | Renovations | 1987 |
| Room Amenities | NA | Hotel Amenities | Free Breakfast, Free Parking, Free Wi-Fi, Meeting Space, Pool (Outdoor). The property has |

### Financial Data

| | | | |
|---|---|---|---|
| Price Per Room | $171,250 | Price per SF | $222.21 |

### Comments

This historic inn features expansive water views and access to two creeks that feed into the Chesapeake Bay.

Fairfield Farms
18-284-12

# THE SALES COMPARISON APPROACH

### Comparable 5



### Transaction

| | | | |
|---|---|---|---|
| Name | Lake Point Inn | Date | 9/30/16 |
| Address | 174 Lake Point Drive | Price | $2,255,000 |
| City | McHenry | Grantor | George and Linda Pettie |
| County | Garrett | Grantee | Lack Holdings LLC |
| State | MD | Property Rights | Fee Simple Estate |
| Zip | 21541 | Financing | Conventional |
| Tax Parcel ID | 18-064227 | Conditions of Sale | Arm's length |
| Recordation | 1963000172 | Verification | Broker |

### Site & Improvements

| | | | |
|---|---|---|---|
| NRA | 8,500 | Year Built | 1890 |
| No. of Buildings | 1 | No. of Floors | 2 |
| Land SF | 11,761 | Land Acres | 0.27 |
| MVS Quality | NA | Condition | Good |
| LTB Ratio | 1.38 | Parking Type | Surface |
| Hospitality Type | Two-story bed and breakfast | Hospitality Class | Upscale |
| No. of Rooms | 10 | Renovations | 1995/2002 |
| Room Amenities | Air Conditioning, Cable TV, Fireplace | Hotel Amenities | Free Breakfast, Free Parking, Free Wi-Fi |

### Financial Data

| | | | |
|---|---|---|---|
| Price Per Room | $225,500 | Price per SF | $265.29 |

### Comments

This wood-frame lodge-style inn features a coffee bar,

Fairfield Farms
18-284-12

# THE SALES COMPARISON APPROACH

## IMPROVED SALES SUMMARY

| Comp | Address City | State Zip | Recordation Year Built | Price Date | Hospitality Type Hospitality Class | No. of Rooms Price Per Room |
|---|---|---|---|---|---|---|
| 1 | 1 E. Washington Avenue Newtown | PA 18940 | N/A 1764 | $4,550,000 05/23/2018 | Two-story bed and Upper Upscale | 15 $303,333 |
| 2 | 90 Manaquayak Road West Tisbury | MA 02568 | 1465000718 1790 | $5,500,000 04/19/2018 | Two-story bed and Upper Upscale | 17 $323,529 |
| 3 | 311 Gifford Street Falmouth | MA 02540 | 8331 1953 | $5,550,000 02/17/2017 | Two-story bed and Upper Upscale | 27 $205,556 |
| 4 | 500 Kent Manor Drive Stevensville | MD 21666 | NA 1820 | $4,110,000 12/01/2016 | Three-story bed and Upscale | 24 $171,250 |
| 5 | 174 Lake Point Drive McHenry | MD 21541 | 1963000172 1890 | $2,255,000 09/30/2016 | Two-story bed and Upscale | 10 $225,500 |

## SALES COMPARABLES MAP



## IMPROVED SALES ANALYSIS

To estimate the value of the subject, we analyzed the sale comparables and have adjusted for varying characteristics.

### Property Rights Conveyed

The property rights conveyed for each sale are shown in the adjustment grid. The subject is valued in this report on the basis of a fee simple estate.

| Fairfield Farms 18-284-12 | **THE SALES COMPARISON APPROACH** |

### Financing Terms

The financing terms for each sale are shown in the adjustment grid. The subject is valued in this report on the basis of a cash to seller transaction.

### Conditions of Sale

The conditions of sale for each sale are shown in the adjustment grid. The subject is valued in this report on the basis of an arm's length transaction.

### Expenditures after Sale

The expenditures after sale for each comparable are shown in the adjustment grid.

### Market Conditions

In terms of an adjustment for market conditions, from the sales shown, it is somewhat subjective to determine an exact adjustment. We have applied a 3% adjustment to the comparables based on market conditions.

### Location

The adjustment for location realizes that properties in areas of active growth and development, as well as those which offer good accessibility in terms of frontage on major thoroughfares, typically sell for a higher price per unit than properties which do not offer these attributes, with all other factors held constant. The comparables included herein are all situated in similar villages outside of major cities on the east coast. Comp 1 is situated outside of Trenton, NJ and is considered inferior. The locations of Comps 4 and 5 are situated outside of Baltimore and were considered inferior to that of the subject and positive adjustments were applied. Comps 2 and 3 are situated in Massachusetts and were considered superior to that of the subject. Downward adjustments were therefore applied.

### Size

In terms of size, it is noted that smaller buildings typically sell for a higher price per unit than larger buildings, with all other factors held constant. The subject will contain 68 units including regular rooms, suites and cabins. We have applied downward adjustments to all of the comparables as they are smaller than the subject.

### Condition

Logical adjustments are applied to the comparables on the basis of relative condition. The more inferior a comparable's condition, the lower the value it can achieve in the market, with all other factors held constant. The subject is to be in excellent condition as complete. Upward adjustments were applied to all of the comparables with Comp 3 given the largest modification.

### Amenities

The subject will include a spa, outdoor pool, fine-dining restaurant, two bars, and full equestrian facilities including a profession level polo field. All of the comparables included fewer amenities. Upward adjustments were therefore applied.

| Fairfield Farms | THE SALES COMPARISON APPROACH |
| 18-284-12 | |

## IMPROVED SALES ANALYSIS CONCLUSION

The previously-described adjustments are summarized in the following grid. The percentage adjustments are used to show the emphasis placed on each adjustment and are not based on a paired sales analysis.

## IMPROVED SALES ADJUSTMENT GRID (PRICE/ROOM)

| Analysis Grid | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 |
|---|---|---|---|---|---|
| Fairfield Farms | The Brick Hotel | Lambert's Cove Inn | Coonamessett Inn | Kent Manor Inn | Lake Point Inn |
| 159 Fairfield Lane | 1 E. Washington | 90 Manaquayak | 311 Gifford Street | 500 Kent Manor | 174 Lake Point Drive |
| Berryville | Newtown | West Tisbury | Falmouth | Stevensville | McHenry |
| A | PA | MA | MA | MD | MD |
| | | | | | 9/30/2016 |

## PRICE/ROOM METHOD CONCLUSION

The comparables show a price/Room range of $287,823/Room to $379,167/Room on an adjusted basis, with an average of $334,523/Room.

Based on the comparables and the adjustments made to them, we conclude to a value in the range of $290,000 /Room to $380,000/Room. We conclude to $335,000 /Room.

| | | |
|---|---|---|
| Value Conclusion | $335,000 | /Room |
| Multiplied by Subject Size | 68 | Rooms |
| **Indicated Value** | **$22,780,000** | |

| "As Stabilized" Value (7/1/2021) | |
|---|---|
| Indicated Value | $22,780,000 |
| **Rounded Final Value** | **$22,800,000** |

# RECONCILIATION AND FINAL VALUE

The Cost, the Sales Comparison, and the Income Capitalization Approaches were employed in the valuation of the subject. The values derived via these methods are shown below:

| "As Is" Value (5/14/2018) | |
|---|---|
| Sales Comparison Approach | $1,600,000 |
| **Final Value Opinion** | **$1,600,000** |

| "As Complete" Value (7/1/2019) | |
|---|---|
| The Cost Approach | $16,400,000 |
| Income Capitalization Approach | $17,900,000 |
| **Final Value Opinion** | **$17,900,000** |

| "As Stabilized" Value (7/1/2021) | |
|---|---|
| Income Capitalization Approach | $22,800,000 |
| Sales Comparison Approach | $22,800,000 |
| **Final Value Opinion** | **$22,800,000** |

In each of these approaches, we have attempted to summarize all the input data and have briefly explained our methodology in processing and/or analyzing this data. Insofar as we have been able to determine, this data has been obtained from reliable sources and was accepted as being accurate. We give full recognition to the inherent weaknesses in each of the approaches. It should be acknowledged that because the appraisal of real property is not an exact science, professional judgment on our part becomes a component of each of the recognized approaches.

In the Cost Approach, accrued depreciation, if any, is deducted from the replacement cost of the improvements and was added to the land value. The resultant figure indicates the value of the entire property via the Cost Approach.

The Sales Comparison Approach is dependent on a direct comparative technique of the sale, or offering of, similar properties. Since no two properties are ever identical, it is necessary to analyze and determine the degree of comparability between the subject and the sale properties for differences. The primary unit of comparison utilized in the valuation of the subject was the price per SF. A number of recent sales of comparable properties were uncovered, and after the adjustment process, we concluded to a value/SF for the subject. Based on the sales presented and their similarity to the subject, supporting emphasis is placed on the Sales Comparison Approach.

In the Income Capitalization Approach, the gross annual income potential of the subject is estimated via a comparison with the rents being charged at competitive properties, and with consideration to the existing leases at the property. After estimating gross income potential, deductions are made for the appropriate vacancy, collection loss, and all applicable expenses incurred through the ownership of the property.

In the final analysis of the subject, we consider the influence of the approaches used in relation to one another and in relation to the subject and, since buyers and sellers of similar properties are primarily owner-users, the Sales Comparison Approach is the most reliable technique in forming an opinion of the subject's value.

After an inspection of the subject, and analysis of pertinent physical and economic factors that affect value, we are of the opinion that the 'as is' market value of the fee simple estate of the subject, as of May 14, 2018, is:

**$1,600,000**

**ONE MILLION SIX HUNDRED THOUSAND DOLLARS**

| Fairfield Farms 18-284-12 | **RECONCILIATION AND FINAL VALUE** |

The prospective 'as complete' market value of the fee simple estate of the subject, as of July 1, 2019, will be:

**$17,900,000**

**SEVENTEEN MILLION NINE HUNDRED THOUSAND DOLLARS**

The prospective 'as stabilized' market value of the fee simple estate of the subject, as of July 1, 2021, will be:

**$22,800,000**

**TWENTY-TWO MILLION EIGHT HUNDRED THOUSAND DOLLARS**

This appraisal is based on the extraordinary assumptions that the prospective market value assumes that the boutique hotel will be completed by the projected 'as completion' date and will be at the class level proposed. Furthermore, the value estimates presented herein assume that the owners have received all necessary zoning approvals for the conditional use of the property as a country inn.

This appraisal is not based on any hypothetical conditions.

*2018/284*
*5172.12*



Joseph J. Blake and Associates, Inc.

Real Estate Valuation and Consulting

1054 31st Street, NW, Suite 530 | Washington, D.C. 20007 | Phone: 202-342-5577 | Fax: 202-342-0605 | www.josephjblake.com

April 23, 2018

Jared Fausnaught, Esq.
Director of Sales
**Washington Capital Partners**
7115 Leesburg Pike, Suite 215
Falls Church, Virginia 22043

*Reference: Fairfield Farms, 159 Fairfield Lane, Berryville, Virginia 22611.*

Mr. Fausnaught:

We wish to submit to you our proposal to prepare a narrative appraisal report on the above referenced property. The subject property, Fairfield Farms, is an existing 45-room estate to be renovated for hotel and event use.

The purpose of the assignment will be to derive an estimate of market value for the leased fee interest of the subject property on an As-Is and As-Renovated basis. Our report will be prepared in conformity with the Code of Professional Ethics and Standards set forth by the Appraisal Institute, and subject to the attached Basic Assumptions and Limiting Conditions.

The narrative appraisal report will be paid by the owner, Charles Paret of *Coloma River Capital.*

**Timing**

Our timeframe for the delivery of the appraisal report will be in 4 weeks, assuming prompt execution of this agreement and receipt of general information on the property to be appraised. We will provide two copies of the report as well as a PDF.

**Fee Schedule**

The total fee for this assignment is $8,000, *To be paid by Charles Paret* which will be due upon completion of the report. In addition, if it is necessary for court testimony in this matter, the fee would be $375.00 per hour. In the event we are requested to terminate this assignment prior to its completion, our fee for services rendered will be based upon a per diem rate of $1,000.00, plus expenses, not to exceed the total fee.

Corporate Headquarters:   425 Broad Hollow Road, Suite 429 | Melville, New York 11747 | 516-827-0222

Regional Offices:      Atlanta | Boston | Chicago | Dallas | Los Angeles | Miami | New York City | San Francisco | Washington D.C.

Blake & Sanyu Alliance:        Tokyo | Osaka | Nagoya | Sendai

Page Two

Jared Fausnaught, Esq.
Director of Sales
**Washington Capital Partners**

Reference: Fairfield Farms, 159 Fairfield Lane, Berryville, Virginia 22611.

If the terms and conditions of this proposal are satisfactory to you, please sign below and return the proposal expeditiously.

Thank you for considering our firm in the valuation of this property. We look forward to working with you on this project.

Respectfully submitted,
**JOSEPH J. BLAKE & ASSOCIATES, INC.**

Thomas J. Shields, MAI
Managing Partner

Accepted by:                                    Date:

                                                     5/3/18

Jared Fausnaught, Esq.
Director of Sales
**Washington Capital Partners**
Phone    703 394-1733
Email    jared@wcp.team

Enclosure: TJS/slv

Joseph J. Blake and Associates, Inc.
*Real Estate Appraisers and Consultants*

## BASIC ASSUMPTIONS AND LIMITING CONDITIONS

**This appraisal is subject to the following assumptions and limiting conditions that qualify the information contained in this report:**

This appraisal is based on the national and local economic conditions, purchasing power of money, and financing rates prevailing on the effective date of valuation.

The value estimates, market and feasibility conclusions apply only to the property specifically identified and described in this report.

The value conclusions reported in this appraisal are only applicable to the property rights appraised, and the appraisal should not be used for any other purpose.

Information and data in this report, obtained from public records and other reliable sources and, where possible, carefully checked by the appraiser, are accepted as satisfactory evidence to base the final estimates of value. Information furnished or prepared by others is believed to be reliable, but no responsibility for its accuracy is assumed.

No responsibility is assumed for matters of a legal nature, whether existing or pending. No responsibility is assumed for the legal description or for matters including legal or title considerations. Title to the property is assumed to be good and marketable unless otherwise stated.

It is assumed that all information known to the client and relevant to the subject's valuation has been accurately furnished; and that there are no undisclosed leases, agreements, liens, or other encumbrances affecting the use of the subject. The subject is appraised free and clear of any and all liens or encumbrances unless otherwise stated.

Ownership and management are assumed to be competent and in responsible hands.

The appraisers have made no legal survey nor have they commissioned one to be prepared; therefore, reference to a sketch, floorplan, plat, or diagram in this appraisal is only to help the reader visualize the subject site and improvements. All building floorplans and site plans included in this appraisal are not drawn to any scale.

The appraisers are not engineers, and any references to physical property characteristics in terms of quality, condition, cost, suitability, soil conditions, flood risk, obsolescence, etc., are strictly related to their economic impact on the property. No liability is assumed for any engineering-related issues.

---

Joseph J. Blake and Associates, Inc.
*Real Estate Appraisers and Consultants*

## BASIC ASSUMPTIONS AND LIMITING CONDITIONS (cont'd)

It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws. The existence of potentially hazardous materials used in construction or maintenance of the building, such as the presence of urea formaldehyde foam insulation, asbestos, and/or existence of toxic waste, which may or may not be present on the property, are not considered. The value conclusions are subject to change if any such potentially hazardous materials are detected by a qualified expert in these areas. The appraisers reserve the right to modify this appraisal and the value conclusions if so warranted.

It is assumed that the subject complies with all applicable zoning and use regulations. It is assumed that the subject currently has, and can continue to renew, all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization for any use which is the basis of the value estimates in this appraisal.

It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and that there is no encroachment or trespass.

Neither all, nor any part, of the contents of this appraisal (especially any conclusions as to value, the identity of the appraisers, or the firm with which they are connected, or any reference to the Appraisal Institute or the MAI designation) shall be reproduced for dissemination to the public through advertising, public relations, news, or sales media, or any other public means of communication without the prior consent and written approval of the appraisers.

Disclosure of the appraisal's contents is governed by the By-Laws and Regulations of the Appraisal Institute.

The appraisers, by reason of this appraisal, shall not be required to give testimony as an expert witness in any legal hearing or before any court of law unless justly and fairly compensated for such services.

Joseph J. Blake and Associates, Inc.
*Real Estate Appraisers and Consultants*

**PRIVACY NOTICE**

## PRIVACY NOTICE

> Pursuant to the Gramm-Leach-Bliley Act of 1999, effective July 1, 2001, Appraisers, along with all providers of personal financial services are now required by federal law to inform their clients of the policies of the firm with regard to the privacy of client non public personal information. As professionals, we understand that your privacy is very important to you and are pleased to provide you with this information.

### TYPES OF NONPUBLIC PERSONAL INFORMATION WE COLLECT

In the course of performing appraisals, we may collect what is known as "nonpublic personal information" about you. This information is used to facilitate the services that we provide to you and may include the information provided to us by you directly or received by us from others with your authorization.

### PARTIES TO WHOM WE DISCLOSE INFORMATION

We do not disclose any nonpublic personal information obtained in course of our engagement with our clients to nonaffiliated third parties, except as necessary or as required by law or as required by state regulatory agencies or as required by a duly authorized peer review or investigative committee of the Appraisal Institute. By way of example, a necessary disclosure would be to our employees, and in certain situations, to unrelated third party consultants who need to know that information to assist us in providing appraisal services to you. All of our employees and any third party consultants we employ are informed that any information they see as part of an appraisal assignment is to be maintained in strict confidence within the firm.

A disclosure required by law would be a disclosure by us that is ordered by a court of competent jurisdiction with regard to a legal action to which you are a party or a state regulatory agency who may request a file as part of an investigative or peer review matter.

### CONFIDENTIALTY AND SECURITY

We will retain records relating to professional services that we have provided to you for a reasonable time so that we are better able to assist you with your needs. In order to protect your nonpublic personal information from unauthorized access by third parties, we maintain physical, electronic and procedural safeguards that comply with our professional standards to insure the security and integrity of your information.

Please feel free to call us at any time at 516-827-0222 if you have any questions about the confidentiality of the information that you provide to us.

Joseph J. Blake and Associates, Inc.
*Real Estate Appraisers and Consultants*

# Tab 2 - Data by Measure

Trend Report for MD and VA Hotel Comps - Selected Properties
Job Number: 985518_SADIM   Staff: SS   Created: May 31, 2018

## Occupancy (%)

| | January | February | March | April | May | June | July | August | September | October | November | December | Total Year | Apr YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 30.2 | 31.8 | 42.0 | 47.8 | 56.1 | 66.2 | 58.4 | 63.8 | 51.4 | 57.3 | 44.9 | 26.9 | 50.8 | 38.9 |
| 2014 | 38.5 | 38.5 | 45.0 | 63.4 | 59.4 | 62.5 | 62.5 | 59.4 | 59.5 | 59.5 | 49.3 | 33.3 | 55.1 | 48.6 |
| 2015 | 38.3 | 42.3 | 51.9 | 59.8 | 59.4 | 72.4 | 61.6 | 57.2 | 62.5 | 72.8 | 54.6 | 41.3 | 55.1 | 47.5 |
| 2016 | 35.9 | 39.1 | 47.4 | 58.2 | 64.0 | 73.2 | 66.4 | 58.2 | 69.3 | 67.6 | 47.9 | 40.2 | 55.9 | 47.5 |
| 2017 | 35.0 | 37.6 | 44.1 | 49.9 | 64.0 | 73.2 | 66.4 | 58.2 | 64.0 | 65.6 | 57.1 | 42.2 | 55.9 | 45.5 |
| 2018 | 34.4 | 37.6 | 46.1 | 55.8 | 60.9 | 68.6 | 62.2 | 59.6 | 61.3 | 66.8 | 50.8 | 36.8 | 54.4 | 43.1 |
| Avg | 34.7 | 37.9 | 46.1 | 55.8 | 60.9 | 68.6 | 62.2 | 59.6 | 61.3 | 66.8 | 50.8 | 36.8 | 54.4 | 43.4 |

## ADR ($)

| | January | February | March | April | May | June | July | August | September | October | November | December | Total Year | Apr YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 214.76 | 217.29 | 223.62 | 276.69 | 316.82 | 292.00 | 288.40 | 300.91 | 292.61 | 282.71 | 260.58 | 246.66 | 278.51 | 237.29 |
| 2014 | 205.71 | 220.35 | 227.71 | 264.27 | 314.98 | 295.00 | 284.96 | 286.86 | 293.59 | 300.46 | 274.11 | 244.57 | 272.18 | 234.47 |
| 2015 | 223.75 | 243.35 | 223.94 | 271.59 | 310.27 | 284.76 | 305.29 | 301.04 | 304.70 | 292.96 | 256.05 | 237.12 | 285.55 | 240.00 |
| 2016 | 240.66 | 243.80 | 248.20 | 279.11 | 314.57 | 284.14 | 302.29 | 311.10 | 316.68 | 316.13 | 298.98 | 268.51 | 291.22 | 255.00 |
| 2017 | 238.29 | 263.05 | 272.33 | 299.54 | | | | | | | | | | |
| 2018 | 224.16 | 235.77 | 238.82 | 277.33 | 314.05 | 290.01 | 295.42 | 299.93 | 306.23 | 299.64 | 275.34 | 256.21 | 281.72 | 247.48 |
| Avg | 235.77 | 235.77 | 238.82 | 277.33 | | | | | | | | | | |

## RevPAR ($)

| | January | February | March | April | May | June | July | August | September | October | November | December | Total Year | Apr YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 64.82 | 69.08 | 93.86 | 132.26 | 177.82 | 193.20 | 168.29 | 191.84 | 150.53 | 150.53 | 116.89 | 66.42 | 141.53 | 91.50 |
| 2014 | 79.11 | 85.09 | 102.54 | 167.51 | 187.16 | 184.32 | 178.16 | 170.40 | 190.29 | 211.70 | 135.18 | 81.50 | 149.92 | 81.50 |
| 2015 | 79.30 | 98.09 | 116.11 | 162.33 | 198.26 | 206.27 | 188.02 | 172.13 | 219.55 | 213.30 | 139.74 | 97.85 | 159.00 | 113.59 |
| 2016 | 84.19 | 95.40 | 116.17 | 162.32 | 201.26 | 211.53 | 200.78 | 181.01 | 204.20 | 213.71 | 143.33 | 108.05 | 162.84 | 114.89 |
| 2017 | 81.98 | 98.89 | 120.21 | 149.52 | | | | | | | | | | |
| 2018 | 77.87 | 89.28 | 110.05 | 154.78 | 191.13 | 198.83 | 183.81 | 178.85 | 187.83 | 200.02 | 139.74 | 94.22 | 153.32 | 106.26 |
| Avg | 89.28 | 89.28 | 110.05 | 154.78 | | | | | | | | | | |

## Supply

| | January | February | March | April | May | June | July | August | September | October | November | December | Total Year | Apr YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 17,763 | 16,044 | 17,763 | 17,190 | 17,701 | 17,130 | 17,701 | 17,701 | 17,190 | 17,763 | 17,190 | 17,763 | 208,655 | 68,760 |
| 2014 | 17,701 | 15,988 | 17,701 | 17,130 | 17,701 | 17,130 | 17,701 | 17,701 | 17,130 | 17,701 | 17,130 | 17,701 | 208,415 | 68,520 |
| 2015 | 17,701 | 15,988 | 17,701 | 17,130 | 17,701 | 17,130 | 17,701 | 17,701 | 17,130 | 17,701 | 17,130 | 17,701 | 208,415 | 68,520 |
| 2016 | 17,701 | 15,988 | 17,701 | 17,130 | 17,701 | 17,130 | 17,701 | 17,701 | 17,130 | 17,701 | 17,130 | 17,701 | 208,415 | 68,520 |
| 2017 | 17,701 | 15,988 | 17,701 | 17,130 | 17,701 | 17,130 | 17,701 | 17,701 | 17,130 | 17,701 | 17,130 | 17,701 | 208,415 | 68,071 |
| 2018 | 17,713 | 15,971 | 17,682 | 17,112 | 17,701 | 17,130 | 17,701 | 17,701 | 17,142 | 17,713 | 17,142 | 17,713 | 208,475 | 68,475 |
| Avg | 15,971 | 15,971 | 17,682 | 17,112 | | | | | | | | | | |

## Demand

| | January | February | March | April | May | June | July | August | September | October | November | December | Total Year | Apr YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 5,361 | 5,101 | 7,456 | 8,217 | 9,935 | 11,334 | 10,329 | 11,285 | 8,843 | 10,176 | 7,711 | 4,783 | 106,031 | 26,135 |
| 2014 | 6,774 | 6,157 | 7,971 | 8,217 | 10,018 | 10,703 | 11,867 | 10,945 | 10,194 | 12,472 | 8,448 | 5,899 | 114,802 | 31,764 |
| 2015 | 6,350 | 6,767 | 9,178 | 10,239 | 10,318 | 12,408 | 10,902 | 10,121 | 10,698 | 12,898 | 9,499 | 7,304 | 114,454 | 32,534 |
| 2016 | 6,192 | 6,256 | 8,392 | 9,962 | 11,312 | 12,408 | 11,757 | 10,299 | 11,876 | 11,966 | 8,212 | 7,123 | 116,536 | 30,802 |
| 2017 | 6,090 | 5,958 | 7,745 | 8,476 | 11,325 | | | | | | | | | 28,266 |
| 2018 | 6,153 | 6,048 | 8,148 | 9,550 | 10,773 | 11,744 | 11,014 | 10,555 | 10,514 | 11,824 | 8,700 | 6,514 | 113,456 | 29,900 |
| Avg | 6,048 | 6,048 | 8,148 | 9,550 | | | | | | | | | | |

## Revenue ($)

| | January | February | March | April | May | June | July | August | September | October | November | December | Total Year | Apr YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 1,151,338 | 1,108,389 | 1,667,310 | 2,273,599 | 3,147,599 | 3,309,567 | 2,978,870 | 3,395,751 | 2,587,863 | 2,673,895 | 2,009,322 | 1,179,782 | 29,530,853 | 6,200,630 |
| 2014 | 1,400,285 | 1,360,383 | 1,815,096 | 2,869,437 | 3,312,936 | 3,157,366 | 3,133,648 | 3,016,316 | 2,992,810 | 3,747,277 | 2,315,645 | 1,442,698 | 31,246,575 | 7,445,210 |
| 2015 | 1,403,735 | 1,567,256 | 2,055,286 | 2,780,775 | 3,509,375 | 3,533,981 | 3,328,229 | 3,046,864 | 3,259,682 | 3,776,650 | 2,393,820 | 1,751,956 | 33,131,380 | 7,808,029 |
| 2016 | 1,490,163 | 1,525,182 | 2,082,911 | 2,780,507 | 3,662,539 | 3,623,463 | 3,553,991 | 3,204,058 | 3,760,867 | 3,782,848 | 2,455,245 | 1,912,567 | 33,937,924 | 7,878,763 |
| 2017 | 1,451,191 | 1,567,265 | | | | | | | | | | | | 7,666,557 |
| 2018 | 1,379,342 | 1,425,889 | 1,945,965 | 2,646,640 | 3,383,112 | 3,405,939 | 3,253,685 | 3,165,747 | 3,219,788 | 3,543,057 | 2,395,471 | 1,669,032 | 31,963,183 | 7,399,636 |
| Avg | 1,425,889 | 1,425,889 | 1,945,965 | 2,646,640 | | | | | | | | | | |

The STR Trend Report is a publication of STR, Inc. and STR Global, Ltd., and is intended solely for use by paid subscribers. Reproduction or distribution of the STR Trend Report, in whole or part, without written permission is prohibited and subject to legal action. If you have received this report and are NOT a subscriber to the STR Trend report, please contact us immediately. Source: 2018 STR, Inc. / STR Global, Ltd. trading as "STR".

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

## RESIDENTIAL SALES CONTRACT (Virginia)

This sales contract ("Contract") is offered on _____**January 7, 2018**_____ ("Date of Offer") between **Charles Paret** _____ ("Buyer") and

**FAIRFIELD FARM LLC** _____

_____ ("Seller") who, among other things, hereby confirm and acknowledge by their initials and signatures herein that by prior disclosure in this real estate transaction _____**Greenhalgh Real Estate**_____ ("Listing Brokerage") represents Seller, and _____**Fairfax Realty**_____ ("Cooperating Brokerage") represents [X] Buyer **OR** [ ] Seller. The Listing Brokerage and Cooperating Brokerage are referred to as "Broker." (If the brokerage firm is acting as a dual representative for both Seller and Buyer, then the appropriate disclosure form is attached to and made a part of this Contract.) In consideration of the mutual promises and covenants set forth below, and other good and valuable consideration the receipt and sufficiency of which are acknowledged, the parties agree as follows:

1. **REAL PROPERTY** Buyer will buy and Seller will sell for the sales price ("Sales Price"), Seller's entire interest in the real property (with all improvements, rights and appurtenances) described as follows ("Property"):
   TAX Map/ID # **9--3-1B**_____ Legal Description: Lot(s) _____ Section _____
   Subdivision or Condominium **FAIRFIELD** _____
   Parking Space(s) # _____ County/Municipality **CLARKE** _____
   Deed Book/Liber # _____ Page/Folio # _____
   Street Address **159 FAIRFIELD LN** _____
   Unit # _____ City **BERRYVILLE** _____ Zip Code **22611** _____

2. **PRICE AND SPECIFIED FINANCING** Any % are percentages of Sales Price
   **A. Down Payment** ............................................. $ _____ or % _____

   **B. Financing**
   1. First Trust (if applicable) $ _____ or % **100.000**
   2. Second Trust (if applicable) $ _____ or % _____
   3. Seller Held Trust $ _____ or % _____
   Addendum attached (if applicable)
   **TOTAL FINANCING** $ _____ or % ~~100~~.000
   **SALES PRICE** $ **1,590,000.00**

   **C. First Deed of Trust** Buyer will [ ] **Obtain OR** [ ] **Assume a** [ ] **Fixed OR an** [ ] **Adjustable** rate First Deed of Trust loan amortized over _____ years. The interest rate for this loan is at an (initial) interest rate not to exceed _____ % per year of the following type:
   [ ] **Conventional** See Addendum Attached    [ ] **VA** See Addendum Attached
   [ ] **FHA** See Addendum Attached    [ ] **USDA** See Addendum Attached
   [X] **Other: Cash at Settlment**    [X] **This contract is not contingent on Financing.**

   **D. Second Deed of Trust** Buyer will [ ] **Obtain OR** [ ] **Assume a** [ ] **Fixed OR an** [ ] **Adjustable** rate Second Deed of Trust loan amortized over _____ years. The interest rate for this loan is at an (initial) interest rate not to exceed _____ % per year.

City Center Real Estate, LLC, 1413 K st NW #707 Washington, DC 20005
Siena Tesoriero                    Phone: (202)455-6004          Fax:                    159 Fairfield LN
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E9AB1DBD40

E. **Assumption Only** Assumption fee, if any, and all charges related to the assumption will be paid by the Buyer. If Buyer assumes Seller's loan(s): (i) Buyer and Seller ☐ will **OR** ☐ will not obtain a release of Seller's liability to the U.S. Government for the repayment of the loan by Settlement, (ii) Buyer and Seller ☐ will **OR** ☐ will not obtain substitution of Seller's VA entitlement by Settlement. Balances of any assumed loans, secondary financing and cash down payments are approximate.

3. **DEPOSIT** Buyer's deposit ("Deposit") in the amount of ☒ $ 35,000.00 ☐ check and/or
☐ $ _____ by note due and payable on _____ shall be held by
_____ District Title _____ ("Escrow Agent"). Buyer ☐ has delivered
Deposit to Escrow Agent **OR** ☒ will deliver the Deposit to Escrow Agent by __3__ days after Date of Ratification.

If the Escrow Agent is a Virginia Real Estate Board ("VREB") licensee, the parties direct the Escrow Agent to place the Deposit in an escrow account by the end of the fifth business banking day following receipt or following the Date of Ratification whichever is later. If the Escrow Agent is not a VREB licensee, Deposit will be placed in an escrow account of Escrow Agent after Date of Ratification in conformance with the laws and regulations of Virginia and/or, if VA financing applies, as required by Title 38 of the U.S. Code. This account may be interest bearing and all parties waive any claim to interest resulting from Deposit. Deposit will be held in escrow until: (i) credited toward the Sales Price at Settlement; (ii) all parties have agreed in writing as to its disposition; (iii) a court of competent jurisdiction orders disbursement and all appeal periods have expired; or, (iv) disposed of in any other manner authorized by law. Seller and Buyer agree that Escrow Agent will have no liability to any party on account of disbursement of Deposit or on account of failure to disburse Deposit, except in the event of Escrow Agent's gross negligence or willful misconduct.

4. **SETTLEMENT** Seller and Buyer will make full settlement in accordance with the terms of this Contract ("Settlement") on, or with mutual consent before, February 27 ~~March 6,~~ 2018 _____ ("Settlement Date") except as otherwise provided in this Contract.
**NOTICE TO BUYER REGARDING THE REAL ESTATE SETTLEMENT AGENTS ACT ("RESAA") Choice of Settlement Agent: You have the right to select a Settlement agent to handle the closing of this transaction. The Settlement agent's role in closing your transaction involves the coordination of numerous administrative and clerical functions relating to the collection of documents and the collection and disbursement of funds required to carry out the terms of the contract between the parties. If part of the purchase price is financed, your lender will instruct the Settlement agent as to the signing and recording of loan documents and the disbursement of loan proceeds. No Settlement agent can provide legal advice to any party to the transaction except a Settlement agent who is engaged in the private practice of law in Virginia and who has been retained or engaged by a party to the transaction for the purpose of providing legal services to that party.
Variation by agreement: The provisions of the Real Estate Settlement Agents Act may not be varied by agreement, and rights conferred by this chapter may not be waived. The Seller may not require the use of a particular settlement agent as a condition of the sale of the property.
Escrow, closing and Settlement service guidelines: The Virginia State Bar issues guidelines to help Settlement agents avoid and prevent the unauthorized practice of law in connection with furnishing escrow, Settlement or closing services. As a party to a real estate transaction, you are entitled to receive a copy of these guidelines from your Settlement agent, upon request, in accordance with the provisions of the Real Estate Settlement Agents Act.**

NVAR – K1321 – rev. 07/17                          Page 2 of 16                          Seller: _____   Buyer: _____

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A77C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

Buyer designates _____ **District Title** _____ ("Settlement Agent"). Buyer agrees to contact Settlement Agent within 10 Days of Date of Ratification to schedule Settlement. Settlement Agent shall order the title exam and survey if required.

To facilitate Settlement Agent's preparation of various closing documents, including any Closing Disclosure, Buyer hereby authorizes Settlement Agent to send such Closing Disclosure to Buyer by electronic means and agrees to provide Settlement Agent Buyer's electronic mail address for that purpose only.

5. **DOWN PAYMENT** The balance of the down payment will be paid on or before Settlement Date by certified or cashier's check or by bank-wired funds as required by Settlement Agent. An assignment of funds shall not be used without prior written consent of Seller.

6. **DELIVERY** This paragraph specifies the general delivery requirements under this Contract. For delivery of property or condominium owner's association documents see the VIRGINIA PROPERTY OWNERS' ASSOCIATION ACT and/or VIRGINIA CONDOMINIUM ACT paragraphs of this Contract. Delivery of the Notice pursuant to the Virginia Residential Property Disclosure Act is addressed in the VIRGINIA RESIDENTIAL PROPERTY DISCLOSURE ACT paragraph.

Delivery ("Delivery", "delivery", or "delivered") methods may include hand-carried, sent by professional courier service, by United States mail, or by facsimile or email transmission. The parties agree that Delivery will be deemed to have occurred on the day: delivered by hand, delivered by a professional courier service (including overnight delivery service) or by United States mail with return receipt requested, or sent by facsimile or email transmission, either of which produces a tangible record of the transmission.

Deliveries will be sent as follows:
**A.** Addressed to Seller **at the Property address unless otherwise specified below** by ☐ United States mail, hand delivery or courier service **OR** ☐ fax **OR** ☒ email (check all that apply):
To Seller: _____ ROBIN @ Greenhalgh Real Estate.com _____

**B.** Addressed to Buyer by ☐ United States mail, hand delivery or courier service **OR** ☐ fax **OR** ☒ email (check all that apply):
To Buyer: **stessema@ccreglobal.com**

No party to this Contract will refuse Delivery in order to delay or extend any deadline established in this Contract.

7. **VIRGINIA RESIDENTIAL PROPERTY DISCLOSURE ACT** The Virginia Residential Property Disclosure Act requires Seller to deliver a disclosure statement prior to the acceptance of this Contract unless the transfer of the Property is exempt. The law requires Seller, on a disclosure statement provided by the Real Estate Board, to state that Seller makes no representations or warranties concerning the physical condition of the Property and to sell the Property "as is", except as otherwise provided in this Contract.

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3985A17C420
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

If the disclosure statement is delivered to Buyer after Date of Ratification, Buyer's sole remedy shall be to terminate this Contract at or prior to the earliest of (i) 3 days after delivery of the disclosure statement in person; (ii) 5 days after the postmark if the disclosure statement is sent by United States mail, postage prepaid, and properly addressed to Buyer; (iii) settlement upon purchase of the Property; (iv) occupancy of the Property by Buyer; (v) Buyer making written application to a lender for a mortgage loan where such application contains a disclosure that the right of termination shall end upon the application for the mortgage loan; or (vi) the execution by Buyer after receiving the disclosure statement of a written waiver of Buyer's right of termination separate from this Contract.

Written Notice of termination may be (i) hand delivered; (ii) sent by United States mail, postage prepaid, provided that Buyer retains sufficient proof of mailing, which may be either a United States postal certificate of mailing or a certificate of service confirming that such mailing was prepared by Buyer; (iii) sent by electronic means to the facsimile number or electronic mailing address provided by Seller in the DELIVERY paragraph, provided that Buyer retains sufficient proof of the electronic delivery, which may be an electronic receipt of delivery, a confirmation that the notice was sent by facsimile, or a certificate of service; (iv) overnight delivery using a commercial service or the United States Postal Service.

Any such termination shall be without penalty to Buyer, and any deposit shall be promptly returned to Buyer.

8. **VIRGINIA PROPERTY OWNERS' ASSOCIATION ACT** Seller represents that the Property ☐ is OR ☒ is not located within a development that is subject to the Virginia Property Owner's Association Act ("POA Act" or "Act" solely in this Paragraph). Section 55-509.4(A) requires the following contract language:

> Subject to the provisions of subsection A of § 55-509.10, a person selling a lot shall disclose in the contract that (i) the lot is located within a development that is subject to the Virginia Property Owners' Association Act (§ 55-508 et seq.); (ii) the Act requires the seller to obtain from the property owners' association an association disclosure packet and provide it to the purchaser; (iii) the purchaser may cancel the contract within three days after receiving the association disclosure packet or being notified that the association disclosure packet will not be available; (iv) if the purchaser has received the association disclosure packet, the purchaser has a right to request an update of such disclosure packet in accordance with subsection H of § 55-509.6 or subsection C of § 55-509.7, as appropriate; and (v) the right to receive the association disclosure packet and the right to cancel the contract are waived conclusively if not exercised before settlement.

For delivery of the Packet or the Notice of non-availability of the Packet, Buyer prefers delivery at _____ **stessema@ccreglobal.com** _____ if electronic or _____ if hard copy.

The Act further provides that for purposes of clause (iii), the association disclosure packet shall be deemed not to be available if (a) a current annual report has not been filed by the association with either the State Corporation Commission pursuant to § 13.1-936 or with the Common Interest Community Board pursuant to § 55-516.1, (b) the seller has made a written request to the association that the packet be provided and no such packet has been received within 14 days in accordance with subsection A of § 55-509.5, or (c) written notice has been provided by the association that a packet is not available.

Seller: [signature]   Buyer: CP

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

159 Fairfield LN

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

The Act further provides that if the contract does not contain the disclosure required by subsection A of § 55-509.4, the purchaser's sole remedy is to cancel the contract prior to settlement.

The Act further provides that the information contained in the association disclosure packet shall be current as of a date specified on the association disclosure packet prepared in accordance with this section; however, a disclosure packet update or financial update may be requested in accordance with subsection G of § 55-509.6 or subsection C of § 55-509.7, as appropriate. The purchaser may cancel the contract: (i) within three days after the date of the contract, if on or before the date that the purchaser signs the contract, the purchaser receives the association disclosure packet or is notified that the association disclosure packet will not be available; (ii) within three days after receiving the association disclosure packet if the association disclosure packet or notice that the association disclosure packet will not be available is hand delivered, delivered by electronic means, or delivered by a commercial overnight delivery service or the United Parcel Service, and a receipt obtained; or (iii) within six days after the postmark date if the association disclosure packet or notice that the association disclosure packet will not be available is sent to the purchaser by United States mail. The purchaser may also cancel the contract at any time prior to settlement if the purchaser has not been notified that the association disclosure packet will not be available and the association disclosure packet is not delivered to the purchaser. Notice of cancellation shall be provided to the lot owner or his agent by one of the following methods: (a) Hand delivery; (b) United States mail, postage prepaid, provided the sender retains sufficient proof of mailing, which may be either a United States postal certificate of mailing or a certificate of service prepared by the sender confirming such mailing; (c) Electronic means provided the sender retains sufficient proof of the electronic delivery, which may be an electronic receipt of delivery, a confirmation that the notice was sent by facsimile, or a certificate of service prepared by the sender confirming the electronic delivery; or (d) Overnight delivery using a commercial service or the United States Postal Service.

The Act further provides that in the event of a dispute, the sender shall have the burden to demonstrate delivery of the notice of cancellation. Such cancellation shall be without penalty, and the seller shall cause any deposit to be returned promptly to the purchaser.

The Act further provides that whenever any contract is canceled based on a failure to comply with subsection A or C of § 55-509.4 or pursuant to subsection B of § 55-509.4, any deposit or escrowed funds shall be returned within 30 days of the cancellation, unless the parties to the contract specify in writing a shorter period.

The parties specify that such funds shall immediately be returned pursuant to the VOID CONTRACT paragraph of this Contract.

The Act further provides that any rights of the purchaser to cancel the contract provided by this chapter are waived conclusively if not exercised prior to settlement.

The Act further provides that except as expressly provided in this chapter [of the Act], the provisions of this section and § 55-509.5 may not be varied by agreement, and the rights conferred by this section and § 55-509.5 may not be waived.

9.   **VIRGINIA CONDOMINIUM ACT** Seller represents that the Property ☐ is **OR** ☒ is not a condominium unit. The Virginia Condominium Act (the "Condominium Act" or "Act" solely in this Paragraph), requires the following contract language:

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                    159 Fairfield LN

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

In the event of any resale of a condominium unit by a unit owner other than the declarant, and subject to the provisions of subsection F and § 55-79.87 A, the unit owner shall disclose in the contract that (i) the unit is located within a development which is subject to the Condominium Act, (ii) the Act requires the seller to obtain from the unit owners' association a resale certificate and provide it to the purchaser, (iii) the purchaser may cancel the contract within three days after receiving the resale certificate or being notified that the resale certificate will not be available, (iv) if the purchaser has received the resale certificate, the purchaser has a right to request a resale certificate update or financial update in accordance with § 55-79.97:1, as appropriate, and (v) the right to receive the resale certificate and the right to cancel the contract are waived conclusively if not exercised before settlement.

For delivery of the Certificate, Buyer prefers delivery at _____
_____ if electronic or _____
_____ if hard copy.

The Act further provides that for purposes of clause (iii), the resale certificate shall be deemed not to be available if (a) a current annual report has not been filed by the unit owners' association with either the State Corporation Commission pursuant to § 13.1-936 or the Common Interest Community Board pursuant to § 55-79.93:1, (b) the seller has made a written request to the unit owners' association that the resale certificate be provided and no such resale certificate has been received within 14 days in accordance with subsection C, or (c) written notice has been provided by the unit owners' association that a resale certificate is not available.

The Act further provides that if the contract does not contain the disclosure required by subsection A of § 55-79.97, the purchaser's sole remedy is to cancel the contract prior to settlement.

The Act further provides that the information contained in the resale certificate shall be current as of a date specified on the resale certificate. A resale certificate update or a financial update may be requested as provided in § 55-79.97:1, as appropriate.

The Act further provides that the purchaser may cancel the contract (i) within three days after the date of the contract, if the purchaser receives the resale certificate or is notified that the resale certificate will not be available on or before the date that the purchaser signs the contract; (ii) within three days after receiving the resale certificate or notice that the resale certificate will not be available if the resale certificate is hand delivered, delivered by electronic means, or delivered by a commercial overnight delivery service or the United States Postal Service, and a receipt obtained; or (iii) within six days after the postmark date if the resale certificate or notice that the resale certificate will not be available is sent to the purchaser by United States mail. Notice of cancellation shall be provided to the unit owner or his agent by one of the following methods: (a) Hand delivery; (b) United States mail, postage prepaid, provided the sender retains sufficient proof of mailing, which may be either a United States postal certificate of mailing or a certificate of service prepared by the sender confirming such mailing; (c) Electronic means provided the sender retains sufficient proof of the electronic delivery, which may be an electronic receipt of delivery, a confirmation that the notice was sent by facsimile, or a certificate of service prepared by the sender confirming the electronic delivery; or (d) Overnight delivery using a commercial service or the United States Postal Service.

The Act further provides that in the event of a dispute, the sender shall have the burden to demonstrate delivery of the notice of cancellation. Such cancellation shall be without penalty,

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                    159 Fairfield LN

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1D8D40

and the unit owner shall cause any deposit to be returned promptly to the purchaser.
The Act further provides that failure to receive a resale certificate shall not excuse any failure to comply with the provisions of the condominium instruments, articles of incorporation, or rules or regulations.

**10. PROPERTY MAINTENANCE AND CONDITION**  Except as otherwise specified herein, Seller will deliver the Property free and clear of trash and debris, broom clean and in substantially the same physical condition to be determined as of ☒ Date of Offer ~~OR~~ ☒ ~~Date of home inspection~~ **OR** ☐ Other: _____ . Seller will have all utilities in service through Settlement or as otherwise agreed. Buyer and Seller will not hold the Broker liable for any breach of this Paragraph.

Buyer acknowledges, subject to Seller acceptance, that this Contract may be contingent upon home inspection(s) and/or other inspections to ascertain the physical condition of the Property. If Buyer desires one or more inspection contingencies, such contingencies must be included in an addendum to this Contract.

☐ This Contract is contingent upon home inspection(s) and/or other inspections. (Addendum Attached)
**OR**
☒ Buyer waives the opportunity to make this Contract contingent upon home inspection(s).

Buyer acknowledges that except as otherwise specified in this Contract, the Property, including electrical, plumbing, existing appliances, heating, air conditioning, equipment and fixtures shall convey in its AS-IS condition as of the date specified above.

**11. ACCESS TO PROPERTY** Seller will provide Broker, Buyer, inspectors representing Buyer, and representatives of lending institutions for Appraisal purposes reasonable access to the Property to comply with this Contract. In addition, Buyer and/or Buyer's representative will have the right to make walk-through inspection(s) within seven (7) days prior to Settlement and/or occupancy, unless otherwise agreed to by Buyer and Seller.

**12. UTILITIES WATER, SEWAGE, HEATING AND CENTRAL AIR CONDITIONING**
(Check all that apply)

Water Supply:  ☐ Public ☒ Private Well   ☐ Community Well
Hot Water:  ☒ ~~Oil~~  ☐ Gas   ☒ Elec. ☐ Other _____
~~Air Conditioning:~~ ☒ ~~Oil~~  ☐ ~~Gas~~   ☐ Elec. ☐ Heat Pump ☐ Other _____   ☐ Zones _____
Heating:  ☒ Oil  ☐ Gas   ☐ Elec. ☐ Heat Pump ☐ Other _____   ☐ Zones _____
Sewage Disposal: ☐ Public ☒ Septic for # BR 3   ☐ Community Septic   ☐ Alternative Septic for # BR: ___
☒ Septic Waiver Disclosure provided by Seller (if applicable) per VA Code § 32.1-164.1:1. State Board of Health septic system waivers are not transferable.

**13. PERSONAL PROPERTY AND FIXTURES** The Property includes the following personal property and fixtures, if existing: built-in heating and central air conditioning equipment, plumbing and lighting fixtures, sump pump, attic and exhaust fans, storm windows, storm doors, screens, installed wall-to-wall carpeting, window shades, blinds, window treatment hardware, smoke and heat detectors, TV antennas, exterior trees and shrubs. Unless otherwise agreed to in writing, all surface or wall mounted electronic components/ devices **DO NOT** convey. If more than one of an item convey, the number of items is noted.

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

**The items marked YES below are currently installed or offered.**

| Yes | No | # | Items | Yes | No | # | Items | Yes | No | # | Items |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | X | | Alarm System | | X | | Freezer | | X | | Satellite Dish |
| | X | | Built-in Microwave | | X | | Furnace Humidifier | | X | | Storage Shed |
| X | | | Ceiling Fan | | X | | Garage Opener | | X | | Stove or Range |
| | X | | Central Vacuum | | X | | w/ remote | | X | | Trash Compactor |
| | X | | Clothes Dryer | | X | | Gas Log | | X | | Wall Oven |
| | X | | Clothes Washer | | X | | Hot Tub, Equip & Cover | | X | | Water Treatment System |
| | X | | Cooktop | | X | | Intercom | | X | | Window A/C Unit |
| | X | | Dishwasher | | X | | Playground Equipment | | X | | Window Fan |
| | X | | Disposer | | X | | Pool, Equip, & Cover | | X | | Window Treatments |
| | X | | Electronic Air Filter | X | | | Refrigerator | | X | | Wood Stove |
| X | | | Fireplace Screen/Door | | X | | w/ ice maker | | | | |

**OTHER "As Is"** _____

**FUEL TANKS** ☐ Fuel Tank(s) Leased # _____ ☐ Fuel Tank(s) Owned (Fuel Tank(s), if owned, convey) # _____ . Unless otherwise agreed to in writing, any heating or cooking fuels remaining in supply tank(s) at Settlement will become the property of Buyer. _____

**LEASED ITEMS** Any leased items, systems or service contracts (including, but not limited to, fuel tanks, water treatment systems, lawn contracts, security system monitoring, and satellite contracts) **DO NOT** convey absent an express written agreement by Buyer and Seller. The following is a list of the leased items within the Property: _____

14. **FIRPTA – WITHHOLDING TAXES FOR FOREIGN SELLER** Seller is a US citizen or a Lawful Permanent Resident as defined by the Immigration and Nationality Act (Green Card Holder).
☒ Yes **OR** ☐ No. (If No, FIRPTA Addendum Attached)

15. **FINANCING APPLICATION** If this Contract is contingent on financing, Buyer will make written application for the Specified Financing and any lender required property insurance no later than seven (7) days after Date of Ratification. Buyer grants permission for Cooperating Brokerage and the lender to disclose to Listing Brokerage and Seller general information available about the progress of the loan application and loan approval process. If Buyer fails to settle, except due to any Default by Seller, then the provisions of the DEFAULT paragraph shall apply. Seller agrees to comply with reasonable lender requirements, except as otherwise provided in the LENDER REQUIRED REPAIRS paragraph of the applicable financing contingency addendum.

16. **ALTERNATIVE FINANCING**
Alternative Financing means any change to the financing terms provided in the PRICE AND SPECIFIED FINANCING paragraph, including but not limited to Down Payment amount, financing, including amount financed, loan type (i.e., Conventional, FHA, VA, or Other), term of any loan, interest rate, or loan program (i.e., assumption, fixed or adjustable rate).

Buyer may substitute Alternative Financing for the Specified Financing. If Buyer wishes to retain the protection of a financing contingency, Buyer shall execute a new financing addendum (if applicable) and obtain Seller's written consent. Should Buyer pursue Alternative Financing without Seller's written consent, Buyer shall waive the protection of any financing contingency.

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

Buyer may substitute an alternative lender for Specified Financing provided: (a) there is no additional expense to Seller; (b) Settlement Date is not delayed; and (c) if Buyer fails to settle, except due to any Default by Seller, then the provisions of the DEFAULT paragraph shall apply.

17. **BUYER'S REPRESENTATIONS** Buyer [X] will OR [ ] will not occupy the Property as Buyer's principal residence. **Unless specified in a written contingency, neither this Contract nor the financing is dependent or contingent on the sale and settlement or lease of other real property.** The Cooperating Brokerage [X] is OR [ ] is not authorized to disclose to Listing Brokerage, Seller, and any lender the appropriate financial or credit information provided to Cooperating Brokerage by Buyer. Buyer acknowledges that Seller is relying upon all of Buyer's representations, including without limitation, the accuracy of financial or credit information given to Seller, Broker, or the lender by Buyer.

18. **SMOKE DETECTORS** Seller shall deliver the Property with smoke detectors installed and functioning in accordance with the laws and regulations of Virginia.

19. **TARGET LEAD-BASED PAINT HOUSING** Seller represents that any residential dwellings at the Property [X] were OR [ ] were not constructed before 1978. If the dwellings were constructed before 1978, then, unless exempt under 42 U.S.C. 4852d, the Property is considered "target housing" under the statute and a copy of the "Sale: Disclosure and Acknowledgment of Information on Lead-Based Paint and/or Lead-Based Paint Hazards" has been attached and made a part of the Contract as required by law. Buyer [X] does OR [ ] does not waive the right to a risk assessment or inspection of the Property for the presence of lead-based paint and/or lead-based paint hazards. If not, a copy of the Sales Contract Addendum for Lead-Based Paint Testing is attached to establish the conditions for a lead-based paint risk assessment or inspections.

20. **WOOD-DESTROYING INSECT INSPECTION** [X] Buyer at Buyer's expense OR [ ] Seller at Seller's expense will furnish a written report from a pest control firm dated not more than 90 days prior to Settlement showing that all dwelling(s) and/or garage(s) within the Property (excluding fences or shrubs not abutting garage(s) or dwelling(s)) are free of visible evidence of live wood-destroying insects, and free from visible damage. Any treatment and repairs for damage identified in the inspection report will be made at Seller's expense and Seller will provide written evidence of such treatment and/or repair prior to date of Settlement which shall satisfy the requirements of this Paragraph.

21. **DAMAGE OR LOSS** The risk of damage or loss to the Property by fire, act of God, or other casualty remains with Seller until the execution and delivery of the deed of conveyance to Buyer at Settlement.

22. **TITLE** The title report and survey, if required, will be ordered promptly and, if not available on the Settlement Date, then Settlement may be delayed for up to 10 business days to obtain the title report and survey after which this Contract, at the option of Seller, may be terminated and the Deposit will be refunded in full to Buyer according to the terms of the DEPOSIT paragraph. Fee simple title to the Property, and everything that conveys with it, will be sold free of liens except for any loans assumed by Buyer.

Seller will convey title which is good, marketable, and insurable by a licensed title insurance company with no additional risk premium. In case action is required to perfect the title, such action must be taken promptly by Seller at Seller's expense. Title may be subject to commonly acceptable easements, covenants, conditions and restrictions of record, if any, as of Settlement Date. If title is not good and marketable, and insurable by a licensed title insurance company with no additional risk premium, on Settlement Date, Buyer may at Buyer's option either (a) declare the Contract void in writing, or (b) pursue all available legal

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                    159 Fairfield LN

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3966A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

and equitable remedies. Nothing herein shall prohibit the parties from mutually agreeing to extend Settlement Date under terms acceptable by both parties.

Seller will convey the Property by general warranty deed with English covenants of title ("Deed"). The manner of taking title may have significant legal and tax consequences. Buyer is advised to seek the appropriate professional advice concerning the manner of taking title.

Seller will sign such affidavits, lien waivers, tax certifications, and other documents as may be required by the lender, title insurance company, Settlement Agent, or government authority, and authorizes Settlement Agent to obtain pay-off or assumption information from any existing lenders. Unless otherwise agreed to in writing, Seller will pay any special assessments and will comply with all orders or notices of violations of any county or local authority, condominium unit owners' association, homeowners' or property owners' association or actions in any court on account thereof, against or affecting the Property on Settlement Date. The Broker is hereby expressly released from all liability for damages by reason of any defect in the title.

23. **NOTICE OF POSSIBLE FILING OF MECHANICS' LIEN** Code of Virginia Section 43-1 et seq. permits persons who have performed labor or furnished materials for the construction, removal, repair or improvement of any building or structure to file a lien against the property. This lien may be filed at any time after the work is commenced or the material is furnished, but not later than the earlier of (i) 90 Days from the last day of the month in which the lienor last performed work or furnished materials or (ii) 90 Days from the time the construction, removal, repair or improvement is terminated. AN EFFECTIVE LIEN FOR WORK PERFORMED PRIOR TO THE DATE OF SETTLEMENT MAY BE FILED AFTER SETTLEMENT. LEGAL COUNSEL SHOULD BE CONSULTED.

24. **POSSESSION DATE** Unless otherwise agreed to in writing between Seller and Buyer, Seller will give possession of the Property at Settlement, including delivery of keys, key fobs, codes, digital keys, if any. If Seller fails to do so and occupies the Property beyond Settlement, Seller will be a tenant at sufferance of Buyer and hereby expressly waives all notice to quit as provided by law. Buyer will have the right to proceed by any legal means available to obtain possession of the Property. Seller will pay any damages and costs incurred by Buyer including reasonable attorney fees.

25. **FEES** Fees for the preparation of the Deed, that portion of Settlement Agent's fee billed to Seller, costs of releasing existing encumbrances, Seller's legal fees and any other proper charges assessed to Seller will be paid by Seller. Fees for the title exam (except as otherwise provided), survey, recording (including those for any purchase money trusts) and that portion of Settlement Agent's fee billed to Buyer, Buyer's legal fees and any other proper charges assessed to Buyer will be paid by Buyer. Fees to be charged will be reasonable and customary for the jurisdiction in which the Property is located. Grantor's tax and Regional Congestion Relief Fee (for Alexandria City, Arlington, Fairfax, Loudoun and Prince William Counties and all cities contained within) shall be paid by Seller. Buyer shall pay recording charges for the Deed and any purchase money trusts.

26. **BROKER'S FEE** Seller irrevocably instructs Settlement Agent to pay Broker compensation ("Broker's Fee") at Settlement as set forth in the listing agreement and to disburse the compensation offered by Listing Brokerage to Cooperating Brokerage in writing as of the Date of Offer, and the remaining amount of Broker's compensation to Listing Brokerage.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

159 Fairfield LN

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

27. **ADJUSTMENTS**  Rents, taxes, water and sewer charges, condominium unit owners' association, homeowners' and/or property owners' association regular periodic assessments (if any) and any other operating charges, are to be adjusted to the Date of Settlement. Taxes, general and special, are to be adjusted according to the most recent property tax bill(s) for the Property issued prior to Settlement Date, except that recorded assessments for improvements completed prior to Settlement, whether assessments have been levied or not, will be paid by Seller or allowance made at Settlement. If a loan is assumed, interest will be adjusted to the Settlement Date and Buyer will reimburse Seller for existing escrow accounts, if any.

28. **ATTORNEY'S FEES**

   A. If any Party breaches this Contract and a non-breaching Party retains legal counsel to enforce its rights hereunder, the non-breaching Party shall be entitled to recover against the breaching Party, in addition to any other damages recoverable against any breaching Party, all of its reasonable Legal Expenses incurred in enforcing its rights under this Contract, whether or not suit is filed, and in obtaining, enforcing and/or defending any judgment related thereto. Should any tribunal of competent jurisdiction determine that more than one party to the dispute has breached this Contract, then all such breaching Parties shall bear their own costs, unless the tribunal determines that one or more parties is a "Substantially Prevailing Party", in which case any such Substantially Prevailing Party shall be entitled to recover from any of the breaching parties, in addition to any other damages recoverable against any breaching Party, all of its reasonable Legal Expenses incurred in enforcing its rights under this Agreement, whether or not suit is filed, and in obtaining, enforcing and/or defending any judgment related thereto.

   B. In the event a dispute arises resulting in the Broker (as used in this paragraph to include any agent, licensee, or employee of the Broker) being made a party to any litigation by the Buyer or by the Seller, the Parties agree that the Party who brought the Broker into litigation shall indemnify the Broker for all of its reasonable Legal Expenses incurred, unless the litigation results in a judgment against the Broker.

29. **PERFORMANCE**  Delivery of the required funds and executed documents to the Settlement Agent will constitute sufficient tender of performance. Funds from this transaction at Settlement may be used to pay off any existing liens and encumbrances, including interest, as required by lender(s) or lienholders.

30. **DEFAULT**  If Buyer fails to complete Settlement for any reason other than Default by Seller, Buyer shall be in Default and, at the option of Seller, the Deposit may be forfeited to Seller as liquidated damages and not as a penalty. In such event, Buyer shall be relieved from further liability to Seller. If Seller does not elect to accept the Deposit as liquidated damages, the Deposit may not be the limit of Buyer's liability in the event of a Default. Buyer and Seller knowingly, freely and voluntarily waive any defense as to the validity of liquidated damages under this Contract, including Seller's option to elect liquidated damages or pursue actual damages, or that such liquidated damages are void as penalties or are not reasonably related to actual damages.

   If the Deposit is forfeited, or if there is an award of damages by a court or a compromise agreement between Seller and Buyer, the Broker may accept, and Seller agrees to pay, the Broker one-half of the Deposit in lieu of Broker's Fee (provided Broker's share of any forfeited Deposit will not exceed the amount due under the listing agreement).

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

159 Fairfield LN

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-426E-BC79-B8E8AB1DBD40

If Seller fails to perform or comply with any of the terms and conditions of this Contract or fails to complete Settlement for any reason other than Default by Buyer, Seller shall be in Default and Buyer will have the right to pursue all legal or equitable remedies, including specific performance and/or damages.

If either Seller or Buyer refuses to execute a release of Deposit ("Release") when requested to do so in writing and a court finds that such party should have executed the Release, the party who so refused to execute the Release will pay the expenses, including, without limitation, reasonable attorney's fees, incurred by the other party in the litigation. Seller and Buyer agree that no Escrow Agent will have any liability to any party on account of disbursement of the Deposit or on account of failure to disburse the Deposit, except only in the event of Escrow Agent's gross negligence or willful misconduct. The parties further agree that Escrow Agent will not be liable for the failure of any depository in which the Deposit is placed and that Seller and Buyer each will indemnify, defend and save harmless Escrow Agent from any loss or expense arising out of the holding, disbursement or failure to disburse the Deposit, except in the case of the Escrow Agent's gross negligence or willful misconduct.

If either Buyer or Seller is in Default, then in addition to all other damages, the defaulting party will immediately pay the costs incurred for the title examination, Appraisal, survey and the Broker's Fee in full.

31. **OTHER DISCLOSURES** Buyer and Seller should carefully read this Contract to be sure that the terms accurately express their respective understanding as to their intentions and agreements. The Broker can counsel on real estate matters, but if legal advice is desired by either party, such party is advised to seek legal counsel. Buyer and Seller are further advised to seek appropriate professional advice concerning the condition of the Property or tax and insurance matters. The following provisions of this Paragraph disclose some matters which the parties may investigate further. These disclosures are not intended to create a contingency. Any contingency must be specified by adding appropriate terms to this Contract. The parties acknowledge the following disclosures:

A. **Property Condition** Various inspection services and home warranty insurance programs are available. The Broker is not advising the parties as to certain other issues, including without limitation: water quality and quantity (including but not limited to, lead and other contaminants); sewer or septic; soil condition; flood hazard areas; possible restrictions of the use of the Property due to restrictive covenants, zoning, subdivision, or environmental laws, easements or other documents; airport or aircraft noise; planned land use, roads or highways; and construction materials and/or hazardous materials, including but without limitation flame retardant treated plywood (FRT), radon, urea formaldehyde foam insulation (UFFI), mold, polybutylene pipes, synthetic stucco (EIFS), underground storage tanks, defective drywall, asbestos and lead-based paint. Information relating to these issues may be available from appropriate government authorities.

B. **Legal Requirements** All contracts for the sale of real property must be in writing to be enforceable. Upon ratification and Delivery, this Contract becomes a legally binding agreement. Any changes to this Contract must be made in writing for such changes to be enforceable.

C. **Financing** Mortgage rates and associated charges vary with financial institutions and the marketplace. Buyer has the opportunity to select the lender and the right to negotiate terms and conditions of the financing subject to the terms of this Contract. The financing may require substantial lump sum (balloon) payments on the due dates. Buyer has not relied upon any representations regarding the future availability of mortgage money or interest rates for the refinancing of any such lump sum payments.

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

**D. Broker** Buyer and Seller acknowledge that the Broker is being retained solely as a real estate agent and not as an attorney, tax advisor, lender, appraiser, surveyor, structural engineer, mold or air quality expert, home inspector, or other professional service provider. The Broker may from time to time engage in the general insurance, title insurance, mortgage loan, real estate settlement, home warranty and other real estate-related businesses and services. Therefore, in addition to the Broker's Fee specified herein, the Broker may receive compensation related to other services provided in the course of this transaction pursuant to the terms of a separate agreement/disclosure.

**E. Property Taxes** Your property tax bill could substantially increase following settlement. For more information on property taxes contact the appropriate taxing authority in the jurisdiction where the Property is located.

**F. Property Insurance** Obtaining property insurance is typically a requirement of the lender in order to secure financing. Insurance rates and availability are determined in part by the number and nature of claims and inquiries made on a property's policy as well as the number and nature of claims made by a prospective Buyer. Property insurance has become difficult to secure in some cases. Seller should consult an insurance professional regarding maintaining and/or terminating insurance coverage.

**G. Title Insurance** Buyer may, at Buyer's expense, purchase owner's title insurance. Depending on the particular circumstances of the transaction, such insurance could include affirmative coverage against possible mechanics' and materialmen's liens for labor and materials performed prior to Settlement and which, though not recorded at the time of recordation of Buyer's deed, could be subsequently recorded and would adversely affect Buyer's title to the Property. The coverage afforded by such title insurance would be governed by the terms and conditions thereof, and the premium for obtaining such title insurance coverage will be determined by its coverage.

Buyer may purchase title insurance at either "standard" or "enhanced" coverage and rates. For purposes of owner's policy premium rate disclosure by Buyer's lender(s), if any, Buyer and Seller require that enhanced rates be quoted by Buyer's lender(s). Buyer understands that nothing herein obligates Buyer to obtain any owner's title insurance coverage at any time, including at Settlement, and that the availability of enhanced coverage is subject to underwriting criteria of the title insurer.

**32. ASSIGNABILITY** This Contract may not be assigned without the written consent of Buyer and Seller. If Buyer and Seller agree in writing to an assignment of this Contract, the original parties to this Contract remain obligated hereunder until Settlement.

**33. DEFINITIONS**

**A.** "Date of Ratification" means the date of Delivery of the final acceptance in writing by Buyer and Seller of all the terms of this Contract to Buyer and Seller (not the date of the expiration or removal of any contingencies).

**B.** "Appraisal" means a written appraised valuation of the Property.

**C.** "Day(s)" or "day(s)" means calendar day(s) unless otherwise specified in this Contract.

**D.** All reference to time of day shall refer to the time of day in the Eastern Time Zone of the United States.

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0GEEA09C-A091-425E-8C79-B8E8AB1DBD40

E. For the purpose of computing time periods, the first Day will be the Day following Delivery and the time period will end at 9 p.m. on the Day specified. If the Settlement Date falls on a Saturday, Sunday, or legal holiday, then the Settlement will be on the prior business day.

F. For "Delivery" see DELIVERY paragraph.

G. For "Specified Financing" see PRICE AND SPECIFIED FINANCING paragraph.

H. The masculine includes the feminine and the singular includes the plural.

I. For "Possession Date" see POSSESSION DATE paragraph.

J. "Legal Expenses" means attorney fees, court costs, and litigation expenses, if any, including, but not limited to, expert witness fees and court reporter fees.

K. "Notices" ("Notice", "notice", or "notify") means a unilateral communication from one party to another. All Notices required under this Contract will be in writing and will be effective as of Delivery. Written acknowledgment of receipt of Notice is a courtesy but is not a requirement.

L. "Buyer" and "Purchaser" may be used interchangeably in this Contract and any accompanying addenda or notices.

34. **MISCELLANEOUS** This Contract may be signed in one or more counterparts, each of which is deemed to be an original, and all of which together constitute one and the same instrument. Documents obtained via facsimile machines will also be considered as originals. Typewritten or handwritten provisions included in this Contract will control all pre-printed provisions that are in conflict.

35. **VOID CONTRACT** If this Contract becomes void and of no further force and effect, without Default by either party, both parties will immediately execute a release directing that the Deposit be refunded in full to Buyer according to the terms of the DEPOSIT paragraph.

36. **HOME WARRANTY** ☐ Yes OR ☒ No
Home Warranty Policy selected by ☐ Buyer or ☐ Seller and paid for and provided at Settlement by: ☐ Buyer or ☐ Seller. Cost not to exceed $_____ . Warranty provider to be _____
_____

37. **TIME IS OF THE ESSENCE** Time is of the essence means that the dates and time frames agreed to by the parties must be met. Failure to meet stated dates or time frames will result in waiver of contractual rights or will be a Default under the terms of the Contract.

If this Contract is contingent on financing, and the contingency has not been removed or satisfied, any delay of the Settlement Date necessary to comply with Buyer's lender's obligations pursuant to the RESPA-TILA Integrated Disclosure rule, is not a Default by Buyer; but, Seller may declare the Contract void in writing. Nothing herein shall prohibit the parties from mutually agreeing in writing to extend Settlement Date under terms acceptable by both parties.

38. **ARBITRATION** Nothing in this Contract shall preclude arbitration under the Code of Ethics and Standards of Practice of the National Association of REALTORS®.

39. **REAL ESTATE LICENSED PARTIES** The parties acknowledge that _Robin Greenhalgh, manager_ _of Fairfield Farm LLC_ is an ☒ active OR ☐ inactive licensed real estate agent in ☒ Virginia and/or ☐ Other _____ and is either the ☐ Buyer OR ☐ Seller OR ☐ is related to one of the parties in this transaction.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

159 Fairfield LN

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

**40. ENTIRE AGREEMENT** This Contract will be binding upon the parties, and each of their respective heirs, executors, administrators, successors, and permitted assigns. The provisions not satisfied at Settlement will survive the delivery of the deed and will not be merged therein. This Contract, unless amended in writing, contains the final and entire agreement of the parties and the parties will not be bound by any terms, conditions, oral statements, warranties or representations not herein contained. The interpretation of this Contract will be governed by the laws of the Commonwealth of Virginia.

**41. ADDITIONS** The following forms, if ratified and attached, are made a part of this Contract. (This list is not all inclusive of addenda that may need to be attached).

- [ ] Yes [X] No Home Inspection/Radon Testing Contingency
- [ ] Yes [X] No Lead-Based Paint Inspection Contingency
- [ ] Yes [X] No Contingency and Clauses       [ ] Yes [X] No Private Well and/or Septic
- [ ] Yes [X] No Pre-Settlement Occupancy     [ ] Yes [X] No Post-Settlement Occupancy
- [X] Yes [ ] No Residential Property Disclosure  [X] Yes [ ] No Lead-Based Paint Disclosure
- [ ] Yes [X] No FHA Home Inspection Notice   [ ] Yes [X] No VA/FHA/USDA Financing
- [ ] Yes [X] No Conventional Financing
- [ ] Yes [ ] No FIRPTA Addendum              [ ] Yes [X] No Other (specify): _____

**42. DISCLOSURE OF SALES PRICE TO APPRAISER** Listing Broker and Selling Broker are hereby authorized to release the Sales Price listed in PRICE AND SPECIFIED FINANCING Paragraph to any appraiser who contacts them to obtain the information.

**43. OTHER TERMS** 1. Property is conveyed subject to two leases for tenants in possession of 115 Fairfield Lane and 200 Fairfield Lane, respectively. Security deposits to be transferred to Purchaser at closing. 2. Property is being sold in "as is" condition with no warranty or guarantee, as of the date of this offer. 3. Upon ratification, buyer and seller have three (3) days for their respective attorneys to review this Residential Sales Contract. In the event of no written communication between the parties or their attorneys, to the contrary within the time period, this contract shall be in full force and effect. 4. See attached plat which is hereby made part of this contract.

> **Date of Ratification (see DEFINITIONS)**
> _____

*4. After expiration of contingency, the purchaser agrees to increase the EMD by $15,000 to proceed forward with contract. However, should Buyer decline to proceed, he/she shall Deliver a notice to Seller prior to Deadline.*

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

159 Fairfield LN

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

**SELLER:** Fairfield Farm LLC
by Robin Greenhalgh, Manager

1/8/18

Date _____ Signature _____
FAIRFIELD FARM LLC

**BUYER:** January 8, 2018 | 10:2? AM EST  charles paret
ETBA2EFC3B5D449

Date _____ Signature _____
Charles Paret

Date _____ / Signature _____

Date _____ / Signature _____

Date _____ / Signature _____

Date _____ / Signature _____

Date _____ / Signature _____

Date _____ / Signature _____

******************************************************************************

For information purposes only:

Listing Brokerage's Name and Address:

**Greenhalgh Real Estate**

NO STREET NAME  Post office Box 602
BERRYVILLE, VA  22611

Brokerage Phone #: **(540)327-6201**

MRIS Broker Code: **GHL1**

VA Firm License #: _____

Agent Name: **Robin R Greenhalgh**

Agent Email: **robin@greenhalghrealestate.com**

Agent Phone #: **(540)327-6201**

MRIS Agent ID # **19405**

VA Agent License #: _____

Team Leader Name: _____

Cooperating Brokerage's Name and Address:

**Fairfax Realty**

3190 Fairview Park Dr
Falls Church, VA  22042

Brokerage Phone #: **(703)533-7500**

MRIS Broker Code: **FRX1**

VA Firm License #: _____

Agent Name: ~~XXXXXXXXXXXX~~   Tony Larios

Agent Email: **Tonilarios@fairfaxrealty.com**

Agent Phone #: **703.533.7500**

MRIS Agent ID # **FRX1**

VA Agent License #: **0225094156**

Team Leader Name: **Sima Tessema**

© 2017 Northern Virginia Association of REALTORS®, Inc.



This is a suggested form of the Northern Virginia Association of REALTORS®, Inc. ("NVAR"). This form has been exclusively printed for the use of REALTOR® members of NVAR, who may copy or otherwise reproduce this form in identical form with the addition of their company logo. Any other use of this form by REALTOR® members of NVAR, or any use of this form whatsoever by non-members of NVAR is prohibited without the prior written consent of NVAR. Notwithstanding the above, no REALTOR® member of NVAR, or any other person, may copy or otherwise reproduce this form for purposes of resale.



Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.ziplogix.com

159 Fairfield LN

DocuSign Envelope ID: 5314D79C-87C0-4481-B9E2-60A13FC407F5



**VIRGINIA REALTORS®**
**AMENDMENT TO** Regional Sales Contract
**AMENDMENT #** 1/12/2018



This AMENDMENT which is attached to and made a part of the _____ Regional Sales Contract (Virginia)
(the "Agreement") dated ___ January 7 ___ , 2018 , between Fairfield Farm LLC

_____ ("Seller") and Charles Paret

("Purchaser") for the Property, whose address is: c/o Fairfax Realty, ,

This Amendment provides as follows:

1. **This contract is contingent upon, within 5 days of ratification hereof, Buyer providing seller with verification of buyer's funds (Proof of Funds) to complete this purchase. Said verification shall be acceptable to seller at seller's sole discretion. In the event seller does not accept buyer's verification of funds (Proof of Funds), or if buyer does not provide verification, seller shall notify buyer of termination in writing and this contract shall terminate, with the earnest money deposit being returned to the buyer and there being no further obligation between the parties. In the event of no notification from seller to buyer within the time period, this contract shall be in full force and effect.**

2. Purchaser has 10 days contingency form date of ratification to conduct title search and feasibility study regarding use/access to the 3.7 acres conveyed to commonwealth of Virginia.

Except as hereby expressly amended, the Agreement shall remain in full force and effect as originally executed.

**PURCHASER:**

January 16, 2018 | 8:59 _Charles Paret_ (DocuSigned by)
DATE        SIGNATURE E76A2EFC3580449
            Charles Paret

____/____
DATE        SIGNATURE

____/____
DATE        SIGNATURE

____/____
DATE        SIGNATURE

**SELLER:**

_Fairfield Farm LLC_
DATE        SIGNATURE _____, manager.
            Fairfield Farm LLC

____/____
DATE        SIGNATURE

____/____
DATE        SIGNATURE

____/____
DATE        SIGNATURE

COPYRIGHT© 2017 by Virginia REALTORS®. All rights reserved. This form may be used only by members in good standing with Virginia REALTORS®. The reproduction of this form, in whole or in part, or the use of the name "Virginia REALTORS®", in connection with any other form, is prohibited without prior consent from Virginia REALTORS®.

VR FORM 1810A Revised 07/17          PAGE 1 OF 1
Reviewed 07/17

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D



DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40



Department of Professional and Occupational Regulation

**Virginia Real Estate Board**

# RESIDENTIAL PROPERTY DISCLOSURE STATEMENT
## ACKNOWLEDGEMENT BY SELLER AND PURCHASER

The Virginia Residential Property Disclosure Act (§ 55-517 et seq. of the *Code of Virginia*) requires the owner of certain residential real property – whenever the property is to be sold or leased with an option to buy – to provide notification to the purchaser of any disclosures required by the Act and to refer the purchaser to the Real Estate Board website referenced below for additional information.

Certain transfers of residential property are excluded from this requirement (see § 55-518).

**PROPERTY ADDRESS/** 159 Fairfield Ln, Berryville, VA  22611
**LEGAL DESCRIPTION:** Tax Map 9 - 3 - 1B

The purchaser is advised to consult the RESIDENTIAL PROPERTY DISCLOSURE STATEMENT webpage (http://www.dpor.virginia.gov/Consumers/Residential_Property_Disclosures) for important information about disclosures required by law that may affect the buyer's decision to purchase the real property described above.

**The owner(s) hereby provides notification** as required under the Virginia Residential Property Disclosure Act (§ 55-517 et seq. of the *Code of Virginia*) and, if represented by a real estate licensee as provided in § 55-523, further acknowledges having been informed of the rights and obligations under the Act.

_____  manager        _____
Owner                                            Owner
**Fairfield Farm LLC**

08/28/2017                                       _____
Date                                             Date

**The purchaser(s) hereby acknowledges receipt of notification** of disclosures as required under the Virginia Residential Property Disclosure Act (§ 55-517 et seq. of the *Code of Virginia*). In addition, if the purchaser is (i) represented by a real estate licensee or (ii) not represented by a real estate licensee but the owner is so represented as provided in § 55-523, the purchaser further acknowledges having been informed of the rights and obligations under the Act.

DocuSigned by:
charles pant                                     _____
Purchaser C3B60449 .                             Purchaser

November 22, 2017 | 9:58 AM EST                  _____
Date                                             Date

DPOR rev 07/10/17 v3.11

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com        Greenhalgh

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

## DISCLOSURES for *FAIRFIELD*

January 4, 2018

1) There are 3 cisterns (one inside the residence under laundry/pantry area); two off South Ell east side (this may actually be one with two compartments; not sure).

2) Two underground home heating oil tanks - one is at the main house and has been professionally closed (not due to a leak); the second is located at The Orchard Cottage and is in use.

3) The 2 central chimneys at the main house need to be re-pointed. Estimate attached.

4) Two chimneys out of the eight at main house should not be used until repaired. See inspection report attached.

5) Three dormer windows (of the ten), upper sash only, need repair/replacing.

6) There are 4 radiators which need to be put back in place. Each is on-site near their location. They were unhooked to make room for workman to operate during repairs.

7) The Clarke County Health department has been unable to located the septic records for the main house. Owner believes the main house and The Cabin share the system located near The Cabin. It is unknown if the main house is served by a second system. There may be another tank on lowest terrace.

8) The Cabin chimney should not be used until repaired. The lease prohibits the tenant from using it.

9) The shop roof leaks and needs to be replaced.

10) There was a bees nest between the screen porch and house summer of 2017.

11) The maple tree at the south of the residence is mostly dead.

FF ys
prg

DocuSigned by:

charles pant

E76A2EFC36B0449

January 7, 2018 | 6:59 PM EST

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

**Residential Full - Agent**

## Metropolitan Regional Information Systems, Inc.

CL10042413 - CLARKE
Bright MLS #: 1008141569
159 FAIRFIELD LN, BERRYVILLE, VA 22611

**Full Listing**
**Residential**




**Status:** Active

| | | |
|---|---|---|
| **Ownership:** Fee Simple | **Style:** Georgian | **List Price:** $1,590,000 |
| **Sale or Rental:** Sale | **Auction:** No | **Transaction Type:** Standard |
| **Listing Type:** Excl. Right | **Type:** Detached | **Inc City/Town:** |
| **Adv Sub:** Fairfield | **TH Type:** | **Zip:** 22611 - 2071 |
| **Legal Sub:** Fairfield Plat | **#Levels:** 4 | **Election District:** |
| **Condo/Coop Proj Name:** | **#Fireplaces:** 8 | **ADC Map:** 93X99 |
| | **Model:** | **TDM Map:** |
| | | **Area:** |

| | | |
|---|---|---|
| **Tax ID:** | **Total Taxes:** $13,100 | **Level Location:** |
| **HOA Fee:** / | **Tax Year:** 2017 | **Age:** 250 |
| **C/C Fee:** / | **Lot AC/SF:** 35.87 / 1,562,697 | **Year Built:** 1768 |
| **Elementary:** | **Middle:** | **High:** |

*School information is provided by independent third party sources and should not be relied upon without verification.

**INTERIOR**

| | Total | Main | Upper 1 | Upper 2 | Lower 1 | Lower 2 |
|---|---|---|---|---|---|---|
| **Bedrooms:** | 7 | 4 | 3 | 0 | 0 | |
| **Full Baths:** | 6 | 2 | 2 | 0 | 0 | |
| **Half Baths:** | 1 | 1 | 0 | 0 | 0 | |

| Room | Dimensions | Level | Flooring | Fireplace |
|---|---|---|---|---|
| Utility Room | | | | |
| Storage Room | | | | |
| Unfinished Bsmt | | | | |
| Sitting Room | | | | Wood Burning |
| Bedroom-First | | | | Wood Burning |
| Bedroom-Second | | | | |
| Bedroom-Third | | | | |
| Bedroom-Fourth | | | | |
| Bedroom-Fifth | | | | |
| Attic-Unfinished | | | | |
| Bedroom-Master | | | | Wood Burning |
| Breakfast Room | | | | Wood Burning |
| Dining Room | | | | |
| Den/Stdy/Lib | | | | Wood Burning |
| Family Rm | | | | Wood Burning |
| Foyer | | | | |
| Kitchen | | | | |
| Great Room | | | | Wood Burning |
| In-Law/auPair/Ste | | | | |
| Living Room | | | | Wood Burning |
| Maids Rm/Quart | | | | |
| Main Lvl BR | | | | |
| Other Room 1 | | | | |
| Lndry-Sep Rm | | | | |
| Mud Room | | | | |

**FEATURES**
**Main Entrance:**
**Interior Style:**
**Dining/Kitchen:** Breakfast Room, Eat-In Kitchen, Sep Dining Rm
**Appliances:**
**Amenities:**
**Security:** Motion Detectors, Security System, Smoke Detector
**Windows/Doors:**
**Walls/Ceilings:**

**Basement:** Yes                                    **Foundation:**
**Basement Type:** Combination, Connecting Stairway, Crawl Space, English, Outside Entrance, Rear Entrance, Windows, Daylight, Partial
**Basement Entrance:** Inside Access, Outside Entrance
**Handicap:** None
**Unit Description:**
**R-Factor Basement:**                    **R-Factor Ceilings:**                    **R-Factor Walls:**
**House Dimensions:**                      **SQFT-Tot Fin.** 0
**Above Grade Unfinished:**               **Above Grade Finished:**
**Below Grade Finished:**                 **Below Grade Unfinished:**               **Tax Living Area:** 7,354

**REMARKS**
**General/Agent:**
Shows well - in need of some work - former kitchen & master bath have been dismantled prtially - ready for new. In same family since 1830 - unique opportunity to acquire one-of-a-kind w/authentic historical provenance. Rental inc from cottages ($1945/mo). Under 1 hour to Dulles Airport. Winchester Regional Airport 25 mins. Fairfield Lane is not a thru road - google maps are incorrect.

**Internet/Public:**
Stone manor c. 1768, by Warner Washington, 1st cousin of George Washington. Classic floor plan & features. Lvly setting. 3 rental cottages, greenhouse, smokehouse, & cabin (c.1830). Terraced gardens, mature boxwood "green room", stream, spring & fertile pasture. Provenance of Washingtons, Lees & Pages. Seeking good steward. 1 hr to Dulles Airport. Brochure. ORLEA. By appt only.

**Directions:**
Fr No VA: Follow Dulles Greenway west to Berryville; Rt 340 north approx. 3+ miles on right. (55 mins) No drive-ins please. Fairfield Ln is not a through road. Google map is inaccurate!

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

## EXTERIOR

**Building Sites/Lots:**
Exterior:
Exterior Construction: Stone
Lot Description:
Other Structures: Shed Shop, Other
Original Builder: John Aries/Warner Washington
Property Condition:
Roads:
Roofing: Metal
Soil Type:
Topography:
Transportation:
View/Exposure:
Year Converted:

Lot Dimension:

Year Renovated:

Lot Acres/Sqft: 35.87/1,562,497

New Construction: No

## PARKING

Parking: Paved Driveway
Garage Type:
Carport Type:
Parking Incl in List Price: No

Parking Incl in Sale Price: No

Parking Lot:
# Gar/Carpt/Assgn Sp: //
Parking Space #:
Parking Block/Square:

## UTILITIES

Heat System: Hot Water
Cooling System: None
Water: Well
Sewer Septic: Gravity Sept Fld
TV/Cable/Comm:
Electric 12 Months/Average:
Gas 12 Months/Average:
Construction Materials:
Energy Generation:
Water Conservation:
Green Verification Y/N:

Heat Fuel: Oil
Cool Fuel:  None
Hot Water:  Electric

Water 12 Months/Average:
Heating Oil 12 Months/Average:
Energy Efficiency:
Indoor Air Quality:
Sustainability:

## FINANCIAL INFORMATION

Earnest Money:
Total Taxes: $13,100
Tax Year: 2017

Assessments:
Land: $591,200

Project Approved:
Possession: Settlement
Tenant Rights:

Other Fees: /
City/Town Tax: $
Refuse Fee: $
Water/Sewer Hook-up:
Special Tax Assess: $
Improvements: $1,456,300
Inventor Ratio:

County Tax: $13,100
Tap: $
Front Foot Fee:
Yr Assessed:  2016
Total Tax Assessment: $2,047,500
Total Units:

Current Financing/Loan:

| | | | | | |
|---|---|---|---|---|---|
| 1st Trust Bal: | PI: | Int Rate: | Orig. Date: | Yrs Remain: | |
| 2nd Trust Bal: | PI: | Int Rate: | Orig. Date: | Yrs Remain: | |
| Undr. Mtg Bal: | PI: | Int Rate: | Orig. Date: | Yrs Remain: | |

New Financing:
Cash to Assume:
Balloon # Years:
Annual Rent Income:
Rental Year:

Interest Rate:
Amortized Years:
Special Assessment:
Special Assessment 2:

Years:

Remaining Yrs:
Remaining Yrs:

## HOA/CONDO

HOA Fee: /
Condo/Coop Fee: /
Community Amenities:
HOA/Condo/Coop Rules:
HOA/Condo/Coop Fee Includes:
HOA/Condo/Coop Management:
Age Restricted Housing:  No
Services Included:
Activities:

Age Requirement:

HOA:  No

## LEGAL INFORMATION

Tax-Map: 9 3 18
Section:
Uber:
Zoning Code: AOC
Historic Designation ID:
Contract Info:
Disclosures:  Agc/Rel to Own, Lead Based Paint - Federal, Owner RE Licensee, Udrgrd Stor Tnk
Documents:
Special Permits:

Lot #: 18
Phase:
Folio:

Master Plan Zoning:

Block/Square:
Parcel Number:  i

## OWNER and SHOWING CONTACT

Owner 1:  FAIRFIELD FARM LLC
Show Contact #1: Robin Greenhalgh
Show Contact #2: George Greenhalgh
Show Instructions:  Appt Only-Owner/Contact, Appt Only-Lister
Show Time:

Home:
Home: (540) 327-6201
Home: (540) 837-1015

Show Days:

Office:
Office: (540) 327-6201
Office: (540) 837-3030

## PROPERTY MANAGEMENT

Property Mgmt Company:
Prop Mgr's Name:

Office:
Phone:

## LISTING AGENT/BROKER

Listing Agent:  Robin Greenhalgh

Home:  (540) 327-6201
Office:  (540) 327-6201
Voice Mail:  (540) 837-3030 Ext:

Home Fax:
Pager:
Cell:  (540) 327-6201

Broker Name:  Greenhalgh Real Estate
Broker Address:  No Street Name, Berryville, VA  22611

Broker Code:  GHL1
Office Phone:  (540) 327-6201
Office Fax:

## COMPENSATION

Sub-Agent:  0
Disclose Dual Agency:  No

Buyer-Agent:  2.5%
Variable Rate:  No

Additional:
Designated Rep:  No

List Date:  28-Aug-2017
VRP:  No
Low Price:  $1,590,000
Status Change Date:  28-Aug-2017
Photo Option: Lister will Submit All
Advertising:  IDX-PUB

Orig List Price:  $1,590,000
Prior List Price:
DOM-MLS: 171
Off Mkt Date:
Total Photos: 30

Update Type: Media
Update Date:  01-Sep-2017
DOM-Prop:  1052

## SOLD INFORMATION

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40



**VIRGINIA ASSOCIATION OF REALTORS®**
**DISCLOSURE OF INFORMATION AND ACKNOWLEDGMENT**
**LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARDS**
(Purchase)



This disclosure applies to the property(ies) in the City or County of _____ Clarke _____ and is described as follows:
115, 159 & 200 Fairfield Lane, Berryville, VA 22611

**Lead Warning Statement:**

*Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.*

**Sellers' Disclosures (each Seller initial in each space and check the appropriate box after each space)**

*RRG*    (a)   Presence of lead-based paint hazards (check one below)

     ☐   Seller has no knowledge of lead-based paint and/or lead-based hazards in the housing.

     ☒   Known lead-based paint and/or lead-based paint hazards are present in the housing (Explain): houses pre-date 1978; likely to contain LBP

*RRG*    (b)   Records and reports available to the Seller (check one below):

     ☒   Seller has no reports or records pertaining to lead-based paint and/or lead-based hazards in the housing.

     ☐   Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based hazards in the housing (list documents):

**Purchasers' Acknowledgments (each purchaser initial in each space and check the appropriate box after space (e))**

*CP*    (c)   Purchaser has received copies of all information listed above.

*CP*    (d)   Purchaser has received the pamphlet *"Protect Your Family From Lead in Your Home."*

     (e)   Purchaser has (check one below):

     ☐   Received a 10-day opportunity (or mutually agreed-upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

     ☒   Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based and/or lead-based paint hazards.

**Agents' Acknowledgments (each agent involved in this transaction initial in the appropriate space)**

*RRG*    (f)   Seller's agent (listing agent) has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure seller's compliance therewith.

_____    (g)   Seller's agent (subagent) has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure seller's compliance therewith.

*St*    (h)   Purchaser's agent (if agent will receive any compensation from seller or seller's agent) has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure seller's compliance therewith.

**Certification of Accuracy**

The following parties have reviewed the information above and certify that, to the best of their knowledge, the information provided by the signatory is true and accurate.

| | | |
|---|---|---|
| 2/23/17 / *Robin R. Greenleigh* manager | | Date / *charles pant* |
| Date Seller Fairfield Farm LLC | | November 22, 2017 \| 9:58 AM EST Purchaser |
| Date / Seller | | January 7, 2018 6:59 PM EST Purchaser |
| Date / Agent | | Date / Agent |

VAR Form 1350 Revised 01/16
Reviewed 01/16

COPYRIGHT©2016 by the VIRGINIA ASSOCIATION OF REALTORS®

Greenleigh Real Estate, P.O. Box 602 Berryville, VA 22611
Robin Greenleigh

Phone: (540) 327-4761    Fax:

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com     Greenleigh

DocuSign Envelope ID: C1D2AE9B-8091-4DA6-AC55-B3965A17C42D
DocuSign Envelope ID: 0CEEA09C-A091-425E-BC79-B8E8AB1DBD40

## DISCLOSURES for *FAIRFIELD*

November 21, 2017

1) There are 3 cisterns (one inside the residence under laundry/pantry area); two off South Ell east side (this may actually be one with two compartments; not sure).

2) Two underground home heating oil tanks - one is at the main house and has been professionally closed (not due to a leak); the second is located at The Orchard Cottage and is in use.

3) The 2 central chimneys at the main house need to be re-pointed. Estimate attached.

4) Two chimneys out of the eight at main house should not be used until repaired. See inspection report attached.

5) Three dormer windows (of the ten), upper sash only, need repair/replacing.

6) There are 4 radiators which need to be put back in place. Each is on-site near their location. They were unhooked to make room for workman to operate during repairs.

7) The Clarke County Health department has been unable to located the septic records for the main house. Owner believes the main house and The Cabin share the system located near The Cabin. It is unknown if the main house is served by a second system. There may be another tank on lowest terrace.

8) The Cabin chimney should not be used until repaired. The lease prohibits the tenant from using it.

9) The shop roof leaks and needs to be replaced.

10) There is a bees nest between the screen porch and house.

DocuSigned by:

*charles paint*

E76A2EFC38B0449

November 22, 2017 | 9:58 AM EST

January 7, 2018 | 6:59 PM EST

# Design**Agency**

# FAIRFIELD FARM, VIRGINIA

**APPENDIX A**



# National Flood Hazard Layer FIRMette







## Site Map

159 Fairfield Ln, Berryville, Virginia, 22611
Rings: 5, 10, 15 mile radii

Prepared by Esri
Latitude: 39.18543
Longitude: -77.93618



May 10, 2018

©2018 Esri

# GLOSSARY OF VALUATION TERMS

| Term | Definition | Source |
|------|-----------|--------|
| Air Rights | The right to undisturbed use and control of designated air space above a specific land area within stated elevations. Air rights may be acquired to construct a building above the land or building of another or to protect the light and air of an existing or proposed structure on an adjoining lot. Air rights do not always include development rights. See also transferable development right (TDR). | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| As Is Market Value | The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date. (Interagency Appraisal and Evaluation Guidelines) Note that the use of the "as is" phrase is specific to appraisal regulations pursuant to FIRREA applying to appraisals prepared for regulated lenders in the United States. The concept of an "as is" value is not included in the Standards of Valuation Practice of the Appraisal Institute, Uniform Standards of Professional Appraisal Practice, or International Valuation Standards. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Band of Investment | A technique in which the capitalization rates attributable to components of an investment are weighted and combined to derive a weighted-average rate attributable to the total investment (i.e., debt and equity, land and improvements). | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Condominium | A multiunit structure, or a unit within such a structure, with a condominium form of ownership. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Debt Coverage Ratio (DCR) | The ratio of net operating income to annual debt service ($DCR = NOI/I_M$), which measures the relative ability of a property to meet its debt service out of net operating income; also called debt service coverage ratio (DSCR). A larger DCR typically indicates a greater ability for a property to withstand a reduction of income, providing an improved safety margin for a lender. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Deferred Maintenance | Depreciation is the difference between the market value of an improvement and its reproduction or replacement cost at the time of appraisal. The depreciated cost of the improvement can be considered an indication of the improvement's contribution to the property's market value. | Appraisal Institute, The Appraisal of Real Estate, 14th Ed. (Chicago, Illinois: Appraisal Institute; 2013) |

**GLOSSARY OF VALUATION TERMS**

| Term | Definition | Source |
|---|---|---|
| Effective Gross Income (EGI) | The anticipated income from all operations of the real estate after an allowance is made for vacancy and collection losses and an addition is made for any other income. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Effective Gross Income Multiplier (EGIM) | The ratio between the sale price (or value) of a property and its effective gross income. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Entrepreneurial Profit | 1. A market-derived figure that represents the amount an entrepreneur receives for his or her contribution to a project and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses.<br>2. In economics, the actual return on successful management practices, often identified with coordination, the fourth factor of production following land, labor, and capital; also called entrepreneurial return or entrepreneurial reward. See also entrepreneurial incentive. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Equity Capitalization Rate ($R_E$) | An income rate that reflects the relationship between one year's equity cash flow and the equity investment; also called the cash-on-cash rate, cash flow rate, cash throw-off rate, or equity dividend rate. ($R_E = I_E/V_E$, or Pre-Tax Cash Flow/Equity Invested) | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Equity Ratio | The ratio between the down payment paid on a property and its total price; the fraction of the investment that is unencumbered by debt. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |

**GLOSSARY OF VALUATION TERMS**

| Term | Definition | Source |
|------|-----------|--------|
| Excess Land | Land that is not needed to serve or support the existing use. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Exposure Time | Estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. | Uniform Standards of Professional Appraisal Practice, 2016-2017 Ed. |
| External Obsolescence | A type of depreciation; a diminution in value caused by negative external influences and generally incurable on the part of the owner, landlord, or tenant. The external influence may be either temporary or permanent. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Extraordinary Assumption | An assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions. Comment: Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. | Uniform Standards of Professional Appraisal Practice, 2016-2017 Ed. |
| Fee Simple Estate | Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Gross Building Area (GBA) | 1. Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved.<br>2. Gross leasable area plus all common areas.<br>3. For residential space, the total area of all floor levels measured from the exterior of the walls and including the superstructure and substructure basement; typically does not include garage space. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |

Fairfield Farms
18-284-12

**GLOSSARY OF VALUATION TERMS**

| Term | Definition | Source |
|------|------------|--------|
| Gross Leasable Area (GLA) | Total floor area designed for the occupancy and exclusive use of tenants, including basements and mezzanines; measured from the center of joint partitioning to the outside wall surfaces. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Highest and Best Use | 1. The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. <br> 2. The use of an asset that maximizes its potential and that is possible, legally permissible, and financially feasible. The highest and best use may be for continuation of an asset's existing use or for some alternative use. This is determined by the use that a market participant would have in mind for the asset when formulating the price that it would be willing to bid. (IVS) <br> 3. [The] highest and most profitable use for which the property is adaptable and needed or likely to be needed in the reasonably near future. (Uniform Appraisal Standards for Federal Land Acquisitions) | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Hypothetical Condition | 1. A condition that is presumed to be true when it is known to be false. (SVP) <br> 2. A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. Comment: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. (USPAP, 2016-2017 ed.) | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Insurable Value | A type of value for insurance purposes. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |

Fairfield Farms
18-284-12

**GLOSSARY OF VALUATION TERMS**

| Term | Definition | Source |
|------|-----------|--------|
| Internal Rate of Return (IRR) | The annualized yield rate or rate of return on capital that is generated within an investment or portfolio over a period of ownership. Alternatively, the indicated return on capital associated with a projected or pro forma income stream. | Appraisal Institute, *The Dictionary of Real Estate Appraisal,* 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Leased Fee Interest | The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires. | Appraisal Institute, *The Dictionary of Real Estate Appraisal,* 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Leasehold Interest | The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease. | Appraisal Institute, *The Dictionary of Real Estate Appraisal,* 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Loan-to-Value Ratio (M) | The ratio between a mortgage loan and the value of the property pledged as security, usually expressed as a percentage; also called loan ratio or LTV. | Appraisal Institute, *The Dictionary of Real Estate Appraisal,* 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Marketing Time | An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. | Appraisal Institute, *The Dictionary of Real Estate Appraisal,* 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Market Rent | The most probable rent that a property should bring in a competitive and open market reflecting the conditions and restrictions of a specified lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs). | Appraisal Institute, *The Dictionary of Real Estate Appraisal,* 6th Ed. (Chicago: Appraisal Institute, 2015) |

Fairfield Farms
18-284-12

## GLOSSARY OF VALUATION TERMS

| Term | Definition | Source |
|------|-----------|--------|
| Market Value | "A type of value that is the major focus of most real property appraisal assignments. Both economic and legal definitions of market value have been developed and refined, such as the following.<br><br>1. The most widely accepted components of market value are incorporated in the following definition: The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under duress.<br><br>2. Market value is described, not defined, in the Uniform Standards of Professional Appraisal Practice (USPAP) as follows: A type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the definition of the term identified by the appraiser as applicable in an appraisal.<br><br>Comment: Forming an opinion of market value is the purpose of many real property appraisal assignments, particularly when the client's intended use includes more than one intended user. The conditions included in market value definitions establish market perspectives for development of the opinion. These conditions may vary from definition to definition but generally fall into three categories:<br><br>    1. the relationship, knowledge, and motivation of the parties (i.e., seller and buyer);<br><br>    2. the terms of sale (e.g., cash, cash equivalent, or other terms); and<br><br>    3. the conditions of sale (e.g., exposure in a competitive market for a reasonable time prior to sale).<br><br>Appraisers are cautioned to identify the exact definition of market value, and its authority, applicable in each appraisal completed for the purpose of market value. (USPAP, 2016-2017 ed.)<br><br>USPAP also requires that certain items be included in every appraisal report. Among these items, the following are directly related to the definition of market value:<br><br>• Identification of the specific property rights to be appraised.<br><br>• Statement of the effective date of the value opinion.<br><br>• Specification as to whether cash, terms equivalent to cash, or other precisely described financing terms are assumed as the basis of the appraisal.<br><br>• If the appraisal is conditioned upon financing or other terms, specification as to whether the financing or terms are at, below, or above market interest rates and/or contain unusual conditions or incentives. The terms of above- or below-market interest rates | Appraisal Institute, *The Dictionary of Real Estate Appraisal,* 6th Ed. (Chicago: Appraisal Institute, 2015) |

**GLOSSARY OF VALUATION TERMS**

| Term | Definition | Source |
|------|-----------|--------|
| | and/or other special incentives must be clearly set forth; their contribution to, or negative influence on, value must be described and estimated; and the market data supporting the opinion of value must be described and explained.<br><br>3. The following definition of market value is used by agencies that regulate federally insured financial institutions in the United States: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:<br><br>• Buyer and seller are typically motivated;<br><br>• Both parties are well informed or well advised, and acting in what they consider their own best interests;<br><br>• A reasonable time is allowed for exposure in the open market;<br><br>• Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and<br><br>•The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. (12 C.F.R. Part 34.42(g); 55 Federal Register 34696, August 24, 1990, as amended at 57 Federal Register 12202, April 9, 1992; 59 Federal Register 29499, June 7, 1994)<br><br>4. The International Valuation Standards Council defines market value for the purpose of international standards as follows: The estimated amount for which an asset or liability should exchange on the valuation date between a willing buyer and a willing seller in an arm's length transaction, after proper marketing and where the parties had each acted knowledgeably, prudently and without compulsion. (IVS)<br><br>5. The Uniform Standards for Federal Land Acquisitions defines market value as follows: Market value is the amount in cash, or on terms reasonably equivalent to cash, for which in all probability the property would have sold on the effective date of the appraisal, after a reasonable exposure time on the open competitive market, from a willing and reasonably knowledgeable seller to a willing and reasonably knowledgeable buyer, with neither acting under any compulsion to buy or sell, giving due consideration to all available economic uses of the property at the time of the appraisal. (Uniform Appraisal Standards for Federal Land Acquisitions)" | |

Fairfield Farms
18-284-12

## GLOSSARY OF VALUATION TERMS

| Term | Definition | Source |
|------|-----------|--------|
| Mortgage Capitalization Rate ($R_M$) | The capitalization rate for debt; the ratio of the annual debt service to the principal amount of the mortgage loan. The mortgage capitalization rate ($R_M$) is equivalent to the periodic (monthly, quarterly, annual) mortgage constant times the number of payments per year on a given loan on the day the loan is initiated.<br><br>$R_M$ = Annual Debt Service/Mortgage Principal | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Mortgage Debt Service ($I_M$) | The periodic payment for interest on and retirement of the principal of a mortgage loan; also called total mortgage debt service. Generally, the abbreviation $I_M$ refers to the total debt service, whereas mortgage debt service can be used to refer to either the periodic payment or the total of the payments made in a year. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Net Income Multiplier (NIM) | The relationship between price or value and net operating income expressed as a factor; the reciprocal of the overall capitalization rate. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Net Operating Income (NOI or $I_O$) | The actual or anticipated net income that remains after all operating expenses are deducted from effective gross income but before mortgage debt service and book depreciation are deducted. Note: This definition mirrors the convention used in corporate finance and business valuation for EBITDA (earnings before interest, taxes, depreciation, and amortization). | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Net Rentable Area (NRA, Rentable Area) | For office or retail buildings, the tenant's pro rata portion of the entire office floor, excluding elements of the building that penetrate through the floor to the areas below. The rentable area of a floor is computed by measuring to the inside finished surface of the dominant portion of the permanent building walls, excluding any major vertical penetrations of the floor. Alternatively, the amount of space on which the rent is based; calculated according to local practice. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Overall Capitalization Rate ($R_O$) | The relationship between a single year's net operating income expectancy and the total property price or value ($R_O = I_O / V_O$). | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |

Fairfield Farms
18-284-12

# GLOSSARY OF VALUATION TERMS

| Term | Definition | Source |
|------|-----------|--------|
| Prospective Market Value "As Completed" and "As Stabilized" | A prospective market value may be appropriate for the valuation of a property interest related to a credit decision for a proposed development or renovation project. According to USPAP, an appraisal with a prospective market value reflects an effective date that is subsequent to the date of the appraisal report. Prospective value opinions are intended to reflect the current expectations and perceptions of market participants, based on available data. Two prospective value opinions may be required to reflect the time frame during which development, construction, and occupancy will occur. The prospective market value—as completed—reflects the property's market value as of the time that development is expected to be completed. The prospective market value—as stabilized—reflects the property's market value as of the time the property is projected to achieve stabilized occupancy. For an income-producing property, stabilized occupancy is the occupancy level that a property is expected to achieve after the property is exposed to the market for lease over a reasonable period of time and at comparable terms and conditions to other similar properties. (See USPAP Statement 4* and Advisory Opinion 17.) (Interagency Appraisal and Evaluation Guidelines) | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Prospective Opinion of Value | A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Replacement Cost | The estimated cost to construct, at current prices as of a specific date, a substitute for a building or other improvement, using modern materials and current standards, design, and layout. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Replacement Cost for Insurance Purposes | The estimated cost, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design, and layout for insurance coverage purposes guaranteeing that damaged property is replaced with new property (i.e., depreciation is not deducted). | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |

Fairfield Farms
18-284-12

## GLOSSARY OF VALUATION TERMS

| Term | Definition | Source |
|------|-----------|--------|
| Reproduction Cost | The estimated cost to construct, at current prices as of the effective date of the appraisal, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship and embodying all the deficiencies, superadequacies, and obsolescence of the subject building. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Retrospective Value Opinion | A value opinion effective as of a specified historical date. The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion." | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Sandwich Lease | A lease in which an intermediate, or sandwich, leaseholder is the lessee of one party and the lessor of another. The owner of the sandwich lease is neither the fee owner nor the user of the property; he or she may be a leaseholder in a chain of leases, excluding the ultimate sublessee. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Sum of the Retail Values | The sum of the separate and distinct market value opinions for each of the units in a condominium, subdivision development, or portfolio of properties, as of the date of valuation. The aggregate of retail values does not represent the value of all the units as though sold together in a single transaction; it is simply the total of the individual market value conclusions. Also called the aggregate of the retail values or aggregate retail selling price. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Surplus Land | Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |
| Terminal Capitalization Rate ($R_N$) | The capitalization rate applied to the expected net income for the year immediately following the end of the projection period to derive the resale price or value of a property. Also called a going-out, exit, residual, or reversionary capitalization rate. | Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Ed. (Chicago: Appraisal Institute, 2015) |

## QUALIFICATIONS OF THE APPRAISER

### THOMAS J. SHIELDS, MAI

Thomas J. Shields tshields@josephjblake.com has been employed since 1985 by the firm of Joseph J. Blake and Associates, Inc., Professional Real Estate Appraisers and Consultants.  Mr. Shields is currently the Managing Partner of the Mid-Atlantic Regional Office, located in Washington, D.C.

Include the preparation and direction of a variety of full narrative real estate appraisals and consulting studies prepared on a national basis. Mr. Shields supervises a staff of 11 Appraisers and consultants and directs all major assignments throughout the Mid-Atlantic United States.

### FORMAL EDUCATION

Gettysburg College – Gettysburg, PA
*Bachelor of Arts with a minor in History*

### PROFESSIONAL AFFILIATIONS

| Affiliation | Number |
|---|---|
| District of Columbia Certified General | GA10248 |
| Commonwealth of Virginia Certified General | 4001 002230 |
| State of Maryland Certified General | 4892 |
| State of North Carolina Certified General | A4207 |
| State of Tennessee Certified General | 2196 |
| State of Illinois Certified General | 553.002273 |
| Appraisal Institute, MAI Designated Member | No. 9784 |
| Royal Institution of Chartered Surveyors | 6329062 |

### APPRAISAL EXPERIENCE

Mr. Shields has prepared and or directed numerous appraisal and consulting assignments for individuals, corporations, financial institutions, pension funds, and syndicates which include: mixed-use properties, single-family residences, apartment buildings and complexes, proposed condominiums, condominium conversions, office buildings, motels, hotels, industrial properties, regional malls, shopping centers, mobile home parks, golf courses, market studies, feasibility studies, and investment analyses on a variety of institutional and non-institutional grade real property in over 20 states.  Over the past 28 years Mr. Shields has prepared or supervised over 8,000 appraisals that represent an aggregate value well into the billions of dollars.

Mr. Shields' current duties include the appraisal of all types of investment grade and non-investment grade real estate, including office buildings, regional malls, power centers, community centers, neighborhood centers, industrial properties and apartments, condominium complexes, residential subdivisions, hotels, marinas, restaurants, vacant land, special use properties and golf courses, as well as providing related consulting. His other duties include management and administrative activities for Joseph J. Blake and Associates, Inc.'s Mid-Atlantic Regional Office.  Mr. Shields also specializes in the appraisals of LIHTC properties and large Municipal Bond assignments. Mr. Shields also prepares numerous reports for Fannie Mae and Freddie Mac.

He has appraised and has supervised appraisals, as well as prepared consulting studies of properties for a variety of public pension funds, large institutional investors, pension fund advisors, insurance companies and banks such as the Teachers' Retirement Systems of Illinois, the Teachers' Retirement Systems of New York, Prudential, L&B Real Estate, Jones Lang LaSalle, Bank of America, JP Morgan Chase, Principal Mutual Life Insurance Company,  Wells Fargo, Bank of America, Citibank, HSBC, Capital One,  PNC, TD Bank, RBS Citizens, New Tower Trust, Centerline Capital, Grandbridge, Prudential Mortgage, TIAA CREF

## QUALIFICATIONS OF THE APPRAISER

Mr. Shields has qualified as an expert witness for Federal Bankruptcy Court in the District of Columbia, States of Virginia, West Virginia and Maryland and has given oral and written testimony in each. He has also been qualified in County Courts in Virginia, Maryland and the District of Columbia.



COMMONWEALTH of VIRGINIA
Department of Professional and Occupational Regulation
9960 Mayland Drive, Suite 400, Richmond, VA 23233
Telephone: (804) 367-8500

EXPIRES ON
06-30-2019

NUMBER
4001002330

REAL ESTATE APPRAISER BOARD

CERTIFIED GENERAL REAL ESTATE APPRAISER

THOMAS J SHIELDS
3307 MILL CROSS COURT
OAKTON, VA 22124-0000

Status can be verified at http://www.dpor.virginia.gov

(SEE REVERSE SIDE FOR PRIVILEGES AND INSTRUCTIONS)

DPOR-LIC (02/2017)

# David P. Fuller, MAI

e. **fullerdc@verizon.net**
m. 202.828.9666

| | |
|---|---|
| **EXECUTIVE SUMMARY** | Entrepreneurial-minded senior executive with extensive consulting, training, and business development experience in the fields of commercial, retail, hospitality, hotel, and mixed-use real estate assets. Private investor focused on repositioning underperforming commercial assets. |

**PROFESSIONAL EXPERIENCE**

*2008 to 2012*

**HVS CONSULTING AND VALUATION SERVICES**
Managing Director – Business Development
Washington, D.C.
- Responsible for business development, sales, and client relations for HVS' consulting and valuation services for existing and proposed full-service hotels and mixed-use assets in markets across the country and around the world
- Trained and supervised junior and senior associates during the course of hundreds of hotel consulting and appraisal assignments, including nationwide and international portfolios

*2007 – 2008*

**THE LEITNER GROUP / FULLER GROUP**
Partner
Washington, D.C.
- Founded real estate consulting and valuation office focusing on CMBS loans in partnership with the Leitner Group in New York
- Managed an office of appraisal associates and support staff
- Specialized in hotel and mixed-use valuations

*1991 – 2007*

**JOSEPH J. BLAKE AND ASSOCIATES**
Senior Vice President
Washington, D.C.
- Contributed high-level appraisal expertise to assignments spanning a wide variety of commercial assets, including hotels, office buildings, shopping centers, multi-family residences, industrial properties, and large mixed-use developments
- Proved instrumental to the firm's growth and success in roles ranging from consulting and valuation associate to several senior positions

*1991 – Present*

**GEORGETOWN EQUITY PARTNERS LLC**
Managing Principal
Washington, D.C.
- Partner in private real estate investment and property management company with commercial assets located in suburban Maryland
- Specialized in the acquisition of real estate assets at well below replacement cost and repositioning these assets to maximize value and capital returns

| | |
|---|---|
| **RECENTLY PUBLISHED ARTICLES** | "The Direction of D.C. Hotel Values and Cap Rates" (*HVS Journal*, May 2010) |
| | "Update to the HVS Employment-Hotel Growth Index" (*HVS Journal*, July 2009) |
| | "The HVS Employment-Hotel Growth Index: 2008 & 2009" (*HVS Journal*, August 2008) |
| **SPEAKING ENGAGEMENTS** | IIUSA EB5 National Conference – Underwriting Standards Panelist (Spring 2012) |
| | Bisnow Lodging Investment Summit – Panel Moderator (Spring 2012) |
| | George Washington University Department of Tourism and Hospitality Management, Guest Lecturer (2009 through 2012) |
| | ALIS 2010 – Panelist, Mixed-Use Property Development Trends |
| | ULI Richmond – Panelist, Spring 2009 Redevelopment |
| **EDUCATION & PROFESSIONAL AFFILIATIONS** | BS – School of Hotel Administration, Cornell University |
| | George Washington University Department of Tourism and Hospitality Management Leadership Council |
| | Appraisal Institute – Board of Directors, Washington Chapter and Designated Member (MAI) |
| | Cornell Hotel Society |
| | Mortgage Bankers Association – Commercial Real Estate |
| | Tough Mudder (Participant) |
| **STATE CERTIFICATIONS** | Maryland, Virginia, Delaware, New York, Washington, D.C., North Carolina |

| EXAMPLES OF COROPRATE AND INSTITUTIONAL CLIENTS SERVED | EXAMPLES OF INSTITUTIONAL ASSETS EVALUATED | LITIGATION SUPPORT / EXPERT WITNESS |
|---|---|---|
| Assent Capital LLC<br>Bucinni/Pollin<br>Citi Private Banking<br>Cushman and Wakefield<br>CW Capital<br>Deutsche Bank<br>Genworth Financial<br>Griffen Capital Funding<br>GSA<br>Harvard Management Company<br>HFF<br>HREC<br>Hypo Real Estate International<br>IAG Underwriters<br>ING Clarion Capital<br>J.E. Roberts<br>Kirkpatrick Bank<br>McNamee Hosea<br>MetLife<br>M&T Bank<br>Northmarq Capital<br>PGP Colliers<br>PPM Finance Inc.<br>Quadrant Financial<br>Sheppard Mullin<br>Sonabank<br>Sonnenblick-Goldman<br>Starwood Capital<br>Susquehanna Bank<br>TD Bank<br>Textron Financial<br>Torchlight Investors<br>U.S. Department of State<br>Virginia Commerce Bank<br>Wells Fargo<br>White and Williams<br>Wilmington Trust Bank | Highest and Best Use Study for the GSA of the Old Post Office Pavilion – Washington, D.C<br><br>Feasibility Study for the Washington, D.C. Convention and Visitors Bureau of the Proposed Marriott Marquis – Washington, D.C.<br><br>Valuation of the Willard InterContinental Hotel and Office Building – Washington, D.C.<br><br>Feasibility Study for the Proposed Capella Hotel – Washington, D.C.<br><br>Consulting with the U.S. State Department on the Acquisition of the Pearl Hotel – Peshawar, Pakistan and the Sheraton in Sana'a, Yemen<br><br>Repositioning Strategy of an Existing Days Inn to a La Quinta – Richmond, Virginia<br><br>Discounted Sell-Off Analysis of a Broken Condominium – Grand Exuma, Bahamas<br><br>Discounted Sell-Off Analysis of a Broken Condominium – Trump International – Las Vegas, Nevada | Expert Witness – Foreclosure - Black Ranch - Pasa Robles, California and South Ranch – San Luis Obispo, California<br><br>Expert Witness – Foreclosure - 2136 Wisconsin Avenue – Washington, D.C. (*Advised attorney to settle case prior to trial*)<br><br>Expert Witness – Damages – Super 8 - Danville, Virginia (*Case settled prior to testimony*)<br><br>Expert Witness – Bankruptcy – Legacy Hotel – Rockville, Maryland (*Advised attorney to settle case prior to trial*)<br><br>Expert Witness – Bankruptcy – Proposed Hotel Indigo – Baltimore, Maryland (*Case still pending*) |

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
107 Rhode Island Ave NW Unit 1
Washington, DC 20001
Lot 100 Square 3113 Ledroit Park

## FOR
Washington Capital Partners
2815 Hartland Rd, Falls Church, VA 22043
Falls Church, VA 22043

## OPINION OF VALUE
600,000

## AS OF
01/19/2018

## BY
Michael L. Heup
USAppraisal
2537 Forest Trail Ct
Davidsonville, MD 21035
(410) 216-6160
orders@usappraisal.biz

# Individual Condominium Unit Appraisal Report

File # 201801035

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | | |
|---|---|---|---|---|
| Property Address 107 Rhode Island Ave NW Unit 1 | | Unit # 1 | City Washington | State DC   Zip Code 20001 |
| Borrower Guadie, Alex/107 Rhode Island Ave LLC | | Owner of Public Record 107 Rhode Island Ave LLC | | County District of Columbia |

Legal Description  Lot 100 Square 3113 Ledroit Park

| | | | |
|---|---|---|---|
| Assessor's Parcel #  3113-000-0100 | | Tax Year 2016 | R.E. Taxes $ 3,500 |
| Project Name  107 Rhode Island Ave Condo | Phase #  1 | Map Reference  47894 | Census Tract  0033.01 |
| Occupant   Owner   Tenant   Vacant | Special Assessments $  0 | | HOA $ 220    per year    per month |

Property Rights Appraised   Fee Simple   Leasehold   Other (describe)

Assignment Type   Purchase Transaction   Refinance Transaction   Other (describe) Construction Loan

Lender/Client  Washington Capital Partners          Address  2815 Hartland Rd, Falls Church, VA 22043

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   Yes   No

Report data source(s) used, offering price(s), and date(s).   MRIS/Public Records

**CONTRACT**

I   did   did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

| | | |
|---|---|---|
| Contract Price $ | Date of Contract | Is the property seller the owner of public record?   Yes   No   Data Source(s) Public Records |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   Yes   No

If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban | Rural | Property Values | Increasing | Stable | Declining | PRICE | AGE | One-Unit | 60 % |
| Built-Up | Over 75% | 25-75% | Under 25% | Demand/Supply | Shortage | In Balance | Over Supply | $ (000) | (yrs) | 2-4 Unit | 10 % |
| Growth | Rapid | Stable | Slow | Marketing Time | Under 3 mths | 3-6 mths | Over 6 mths | 350 Low | 0 | Multi-Family | 10 % |

Neighborhood Boundaries   Neighborhood is bounded by Michigan Ave tot he North, New York Ave to the  2,300 High   135   Commercial   10 %

South Georgia Ave to the West and Bladensburg Rd to the East   700 Pred.   110   Other   10 %

Neighborhood Description   Subject is located in the Ledroit Park neighborhood of the city in its northwest quadrant. Easy access to downtown and suburban locations via North Capitol St, Florida Ave and New York Ave. Area exhibits strong rehabilitation patterns with most older un renovated properties being  upgraded and enlarged where possible. All conveniences are located nearby

Market Conditions (including support for the above conclusions)   Conventional rates are currently competitive in the 3-5% range.  It is typical in the marketplace for the seller to pay some points and/or a portion of the closing costs.  Given the current active market, with all types of financing available, it is not necessary to pay any unusual points or concessions.  See attached addendum.

**PROJECT SITE**

| | | | |
|---|---|---|---|
| Topography Level | Size Average | | View N;CtyStr; |
| Specific Zoning Classification MU-4 | | Zoning Description  Residential | |

Density Conforming

Zoning Compliance   Legal   Legal Nonconforming - Do the zoning regulations permit rebuilding to current density?   Yes   No

No Zoning   Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   Yes   No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street  Bituminous | | |
| Gas | | | Sanitary Sewer | | | Alley  Paved | | |

FEMA Special Flood Hazard Area   Yes   No   FEMA Flood Zone  X      FEMA Map #  1100010017C      FEMA Map Date 09/27/2010

Are the utilities and off-site improvements typical for the market area?   Yes   No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   Yes   No  If Yes, describe

No apparent adverse easements, encroachments, or otherwise unfavorable on-site conditions were observed.

**PROJECT INFORMATION**

Data source(s) for project information   Developer

Project Description   Detached   Row or Townhouse   Garden   Mid-Rise   High-Rise   Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 4 | Exterior Walls | Brick/Fra | # of Units | 1 | # of Phases | | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Comp Sh | # of Units Completed | 0 | # of Units | | # of Planned Units | 4 |
| Existing   Proposed | | Total # of Parking | 2 | # of Units For Sale | 0 | # of Units for Sale | | # of Units for Sale | 0 |
| Under Construction | | Ratio (spaces/units) | .5 | # of Units Sold | 0 | # of Units Sold | | # of Units Sold | 0 |
| Year Built | 1900 | Type | Open | # of Units Rented | 0 | # of Units Rented | | # of Units Rented | 0 |
| Effective Age | 10 | Guest Parking | 0 | # of Owner Occupied Units | 0 | # of Owner Occupied Units | | # of Owner Occupied Units | 0 |

Project Primary Occupancy   Principal Residence   Second Home or Recreational   Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)?   Yes   No

Management Group -   Homeowners' Association   Developer   Management Agent - Provide name of management company.   Condo Association Was

not formed as of the effective date of the appraisal. Any information stated is an extraordinary assumption

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?   Yes   No   If Yes, Describe

All four units will own more than 10% each

Was the project created by the conversion of existing building(s) into a condominium?   Yes   No  If Yes, describe the original use and date of conversion.

Shell -2018

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?   Yes   No  If No, describe

Green Space

Is there any commercial space in the project?   Yes   No  If Yes, describe and indicate the overall percentage of the commercial space.

| | | |
|---|---|---|
| Freddie Mac Form 465 March 2005 | UAD Version 9/2011   Page 1 of 6 | Fannie Mae Form 1073 March 2005 |

## Individual Condominium Unit Appraisal Report

File # 201801035

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.   Renovated building converted form a rowhouse to a 4 unit building

Describe the common elements and recreational facilities.   Green Space

Are any common elements leased to or by the Homeowners' Association?   Yes   No   If Yes, describe the rental terms and options.

Is the project subject to a ground rent?   Yes   No   If Yes, $   per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?   Yes   No   If No, describe and comment on the effect on value and marketability.   Parking is not typical for the area

I   did   did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.   Appraiser did not analyze the budget as it exceeds the scope of the assignment.

**PROJECT ANALYSIS**

Are there any other fees (other than regular HOA charges) for the use of the project facilities?   Yes   No   If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   High   Average   Low   If High or Low, describe   Based on developers estimate

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes   No   If Yes, describe and explain the effect on value and marketability.

Unit Charge $ 220   per month X 12 = $ 2,640.00   per year   Annual assessment charge per year per square feet of gross living area = $   2.91
Utilities included in the unit monthly assessment   None   Heat   Air Conditioning   Electricity   Gas   Water   Sewer   Cable   Other (describe)

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|
| Floor # Terrace | Floors | Hdwd/Cpt/Avg | Fireplace(s) # 0 | | Refrigerator | | None | | |
| # of Levels 1 | Walls | Drywall/Avg | WoodStove(s) #0 | | Range/Oven | | Garage | Covered | Open |
| Heating Type FWA Fuel Gas | Trim/Finish | Wood/Avg | Deck/Patio | None | Disp Microwave | | # of Cars 0 | | |
| Central AC Individual AC | Bath Wainscot | Ceramic/Avg | Porch/Balcony | Balc | Dishwasher | | Assigned | Owned | |
| Other (describe) | Doors | Standard/New | Other | None | Washer/Dryer | | Parking Space # | | |
| Finished area above grade contains: | 4 Rooms | 2 Bedrooms | 2.0 Bath(s) | | 906 Square Feet of Gross Living Area Above Grade | | | | |

Are the heating and cooling for the individual units separately metered?   Yes   No   If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)   Total renovation with all new equipment and fixtures throughout; Rear Balcony

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C2;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;Rooftop Deck

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   Yes   No   If Yes, describe
Appraiser did not note any of these types of deficiencies at the time of inspection unless otherwise noted elsewhere in this report. The appraiser is not a licensed or qualified home inspector and offers no warranty on this inspection. If desired, client should seek the services of a licensed and qualified home inspector and/or structural engineer to ascertain the overall integrity of the improvements.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   Yes   No   If No, describe
Property is typical for the area.

**PRIOR SALE HISTORY**

I   did   did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research   did   did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)   MRIS and/or Public Records
My research   did   did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)   MRIS and/or Public Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/21/2017 | 04/10/2014 | 04/23/2014 | |
| Price of Prior Sale/Transfer | $901,000 | $560,000 | $600,000 | |
| Data Source(s) | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records |
| Effective Date of Data Source(s) | 01/19/2018 | 01/19/2018 | 01/19/2018 | 01/31/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.   No previous sales were considered applicable.

# Individual Condominium Unit Appraisal Report

File # 201801035

| | There are | 9 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 522,000 | to $ 995,000 |
|---|---|---|---|---|
| | There are | 58 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 509,000 | to $ 850,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and Unit # | 107 Rhode Island Ave NW Unit 1, Washington, DC 20001 | 1401 1st St Nw #2 2, Washington, DC 20001 | 1135 6th St NW 4, Washington, DC 20001-4526 | 64 W St Nw #1 1, Washington, DC 20001 |
| Project Name and Phase | 107 RI Ave Condo 1 | 1401 1st St Condo 1 | 1135 6th St Condo 1 | Ledroit Loft Condos 1 |
| Proximity to Subject | | 0.50 miles S | 0.82 miles SW | 0.22 miles NE |
| Sale Price | $ | $ 740,000 | $ 705,000 | $ 550,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 705.43 sq. ft. | $ 922.77 sq. ft. | $ 497.74 sq. ft. |
| Data Source(s) | | MRIS#DC9894573;DOM 11 | MRIS#DC9959372;DOM 4 | MRIS#DC9959965;DOM 13 |
| Verification Source(s) | | MRIS/Tax Records | MRIS/Tax Records | MRIS/Tax Records |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s04/17;c04/17 | | s07/17;c06/17 | | s08/17;c06/17 | |
| Location | N;Urban; | N;Urban; | | N;Urban; | | N;Urban; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 220 | 193 | 0 | 255 | 0 | 190 | 0 |
| Common Elements and Rec. Facilities | Green Space | Green Space | | Green Space | | Green Space | |
| Floor Location | Terrace | 2 | -50,000 | 3 | -50,000 | Terr | -50,000 |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | N;CtyStr; | |
| Design (Style) | RT1L;Federal | O2L;Contemp | 0 | RT1L;Victorian | 0 | RT1L;Colonial | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 118 | 4 | -10,000 | 117 | | 105 | 0 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 4    2    2.0 | 5    2    2.1 | -5,000 | 4    2    2.0 | | 4    2    2.0 | |
| Gross Living Area | 906 sq. ft. | 1,049 sq. ft. | -22,950 | 764 sq. ft. | +19,800 | 1,105 sq. ft. | -31,350 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Thermopanes | Thermopanes | | Thermopanes | | Thermopanes | |
| Garage/Carport | None | 1op | -50,000 | 1op | -50,000 | None | |
| Porch/Patio/Deck | Balcony | Roof Deck | -10,000 | Roof Deck | -10,000 | Patio | 0 |
| Fireplace | None | None | | None | | None | |
| Net Adjustment (Total) | | + - $ | -147,950 | + - $ | -90,200 | + - $ | -81,350 |
| Adjusted Sale Price of Comparables | | Net Adj.   20.0 % Gross Adj.   20.0 % | $ 592,050 | Net Adj.   12.8 % Gross Adj.   18.4 % | $ 614,800 | Net Adj.   14.8 % Gross Adj.   14.8 % | $ 468,650 |

Summary of Sales Comparison Approach    See attached addendum for all additional sales comparison approach comments.

Indicated Value by Sales Comparison Approach $  600,000

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $  600,000    Income Approach (if developed) $ _____

This appraisal has been completed in order to estimate the market value of the subject.  Consideration has been given to all factors, including and not limited to market condition, financing terms, location, subject condition, and competition.

This appraisal is made  "as is",  subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  Subject to renovations per plans provided to the appraiser

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  600,000 , as of  01/19/2018 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005    UAD Version 9/2011    Page 3 of 6    Fannie Mae Form 1073 March 2005

File #File No. 201801035   Page # 4 of 28

## Individual Condominium Unit Appraisal Report

File # 201801035

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File # 201801035

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Michael L. Heup | Name |
| Company Name    USAppraisal | Company Name |
| Company Address    2537 Forest Trail Ct. | Company Address |
| Davidsonville, MD 21035 | |
| Telephone Number    (410) 216-6160 | Telephone Number |
| Email Address    orders@usappraisal.biz | Email Address |
| Date of Signature and Report    01/31/2018 | Date of Signature |
| Effective Date of Appraisal    01/19/2018 | State Certification # |
| State Certification #    GA10179 | or State License # |
| or State License # | State |
| or Other (describe)                 State # | Expiration Date of Certification or License |
| State   DC | |
| Expiration Date of Certification or License    02/28/2018 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

107 Rhode Island Ave NW Unit 1
1, Washington, DC 20001
APPRAISED VALUE OF SUBJECT PROPERTY $       600,000

LENDER/CLIENT

Name   Alex Guadie
Company Name    Washington Capital Partners
Company Address    2815 Hartland Rd, Falls Church, VA 22043

Email Address

SUBJECT PROPERTY

Did not inspect subject property
Did inspect exterior of subject property from street
Date of Inspection
Did inspect interior and exterior of subject property
Date of Inspection

COMPARABLE SALES

Did not inspect exterior of comparable sales from street
Did inspect exterior of comparable sales from street
Date of Inspection

# Individual Condominium Unit Appraisal Report

File # 201801035



| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 107 Rhode Island Ave NW Unit 1, Washington, DC 20001 | 64 W St NW 2, Washington, DC 20001-1014 | | 2015 Flagler Pl NW 1, Washington, DC 20001 | | | |
| Project Name and Phase | 107 RI Ave Condo 1 | Ledroit Loft Condos 1 | | 2015 Flagler Condos 1 | | | |
| Proximity to Subject | | 0.22 miles NE | | 0.11 miles NW | | | |
| Sale Price | $ | $ 645,000 | | $ 636,425 | | $ | |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 583.71 sq. ft. | | $ 613.72 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MRIS#DC9958713;DOM 37 | | MRIS#DC9944175;DOM 4 | | | |
| Verification Source(s) | | MRIS/Tax Records | | MRIS/Tax Records | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | | |
| Concessions | | Conv;0 | | Conv;0 | | | |
| Date of Sale/Time | | s07/17;c07/17 | | s06/17;c05/17 | | | |
| Location | N;Urban; | N;Urban; | | N;Urban; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| HOA Mo. Assessment | 220 | 190 | 0 | 244 | 0 | | |
| Common Elements and Rec. Facilities | Green Space | Green Space | | Green Space | | | |
| Floor Location | Terrace | 1 | -10,000 | 1 | -10,000 | | |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | | |
| Design (Style) | RT1L;Federal | RT1L;Colonial | 0 | RT2L;Federal | 0 | | |
| Quality of Construction | Q3 | Q3 | | Q3 | | | |
| Actual Age | 118 | 105 | 0 | 111 | 0 | | |
| Condition | C2 | C2 | | C2 | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 4 2 2.0 | 4 2 2.0 | | 5 2 2.1 | -5,000 | | |
| Gross Living Area | 906 sq. ft. | 1,105 sq. ft. | -31,350 | 1,037 sq. ft. | -21,150 | sq. ft. | |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | | |
| Energy Efficient Items | Thermopanes | Thermopanes | | Thermopanes | | | |
| Garage/Carport | None | 1op | -50,000 | None | | | |
| Porch/Patio/Deck | Balcony | Deck | 0 | Patio | 0 | | |
| Fireplace | None | None | | None | | | |
| Net Adjustment (Total) | | + - $ | -91,350 | + - $ | -36,150 | + - $ | |
| Adjusted Sale Price of Comparables | | Net Adj. 14.2 % Gross Adj. 14.2 % $ | 553,650 | Net Adj. 5.7 % Gross Adj. 5.7 % $ | 600,275 | Net Adj. % Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/21/2017 | | | |
| Price of Prior Sale/Transfer | $901,000 | | | |
| Data Source(s) | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records | |
| Effective Date of Data Source(s) | 01/19/2018 | 01/19/2018 | 01/19/2018 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Borrower        Guadie, Alex/107 Rhode Island Ave LLC
Property Address  107 Rhode Island Ave NW Unit 1
City            Washington                    County  District of Columbia         State  DC    Zip Code  20001
Lender/Client   Washington Capital Partners

**Condition Of The Property**
No functional or external obsolescence factors noted.  Subject enjoys a market tested floorplan with no apparent inadequacies.


**Comments on the Sales Comparison Approach**

All Comparables are verified closed sales.  Non-realty items were not considered in final value estimate.  Comparables selected represent the most similar available properties to the subject at the time of the inspection and are adjusted for any significant variance between them and the subject.

Selected sales represent the best available at the time of the inspection.  Other sales considered would have required more and less desirable adjustments.

Some of the Comparables are over 6 months old, however, are the most similar type properties that have sold in the market area and were the best available at the time of the appraisal.  Every effort has been made to use comparables that have sold within six months of the appraisal date.  However, in order to use comparable sales of the most similar homes, it is sometimes necessary to extend beyond the six month period.

Gross living areas shown for the comparable sales are based on actual field measurements and plans provided to the appraiser.  When taking measurements is not feasible the information is gathered from various sources including MRIS, public tax records, realtors, buyers and/or sellers and when available, our office files.  Slight variations in size will not typically have an effect on the estimate of value.

Square footage was adjusted at $150.00 per square foot and rounded.

An examination of the available market data indicates that these comparables represent the most recent, most similar, most proximate sales available and as such are considered valid for determining an estimate of market value.

Adjustments for upgrades and/or options reflect the variance between the subject and the comparables for various items which impact the sales price and value.  Singularly, these items singularly may not be significant; when considered in the aggregate they do impact the overall value.  Adjustments are based on market reaction to these items and not cost.

No adjustments were made for financing because, in the appraisers opinion, there were similar terms readily available in the market place and financing thus did not affect the sales price.


**Final Reconciliation**
For purposes of this report, most weight has been given to the Market Approach to value to determine a final value estimate.

Due to the scarcity of rental sales in the area the income approach was not considered applicable

Cost Approach not applicable

**Additional Comments**
No employee, director, office, or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result, or review of the assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner.  I have not been contacted by anyone other than the intended user (lender/client as identifies on the first page of the report), borrower, or designated contact to make an appointment to enter the property.  I agree to immediately report any unauthorized contacts either personally by phone or electronically to the client.

Use of this data, in whole or part, for other purposes is not intended by the appraiser.  Nothing set forth in the appraisal should be relied upon for the purpose of determining the amount or type of insurance coverage to be placed on the subject property.  The appraiser assumes no liability for and does not guarantee that any insurable value estimate inferred form this report will result in the subject property being fully insure for any loss that may be sustained.

**Extra Comments**

GENERAL COMMENTS

The appraiser has not been informed, nor has the appraiser any knowledge of, the existence of any environmental or health impediment which, if known, could have a negative impact on the market value of the subject property.  The valuation contained herein is not valid if any hazardous items are found to be in the subject property and not noted within the appraisal report, including but not limited to: Ureaformaldehyde Foam Insulation, Radon Gas, Asbestos Products, Lead or Lead Based Products, or Toxic Waste Contaminants.

We are unable to verify the existence of potentially hazardous materials used in the construction or maintenance of the subject improvements, such as the presence of Ureaformaldehyde Insulation and/or the existence of Radon Gas, which may or may not be present on the property.  None of these items were observed by the appraiser on the date of our inspection, nor do we have any knowledge of the existence of such material on or in the property.  However, the appraiser is not qualified to detect such substances.  The existence of Ureaformaldehyde Insulation or other potentially hazardous materials may have an effect on the value of the subject property.  We urge the client to retain an expert in this field to determine the existence of such properties.  Any information about insulation stated on the appraisal report was provided by the owner or agent or taken from experience in the area and is assumed to be accurate.


FLOOD MAP

HUD Flood Map information is furnished from the National Flood Insurance Program by the Federal Emergency Management Agency.  The appraiser has made an informed estimate from the FEMA Flood Maps (if available) on the Flood & Hazard Zone in which the subject may be located.  These flood maps are used as guides for the appraiser .  Their scale and  the lack of reference points may render them inaccurate.  We do not guarantee the existence or non-existence of the reported zone.  This

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW Unit 1 | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20001 |
| Lender/Client | Washington Capital Partners | | | | | | |

determination is done by surveyors and we suggest they be employed to determine the subject's flood zone.


STATEMENT OF APPRAISAL STANDARDS NUMBER 2-2(b)

This appraisal report has been developed as a Complete Appraisal and is presented in Appraisal Report Format pursuant to Statement on Appraisal Standards Number 2-2(b).


APPRAISAL DEVELOPMENT AND REPORTING PROCESS.

The undersigned hereby certified that this appraisal conforms to the Uniform Standards of Professional Appraisal Practice issued by the Appraisal Standards Board of the Appraisal Foundation (1994) Edition and 1994 Mid-year Supplement) to the applicable provisions of Title XI of Financial Institutions Reform, Recovery and Enforcement Act of 1989, 12 U.S.C. 3310, 3331-3351 and to the applicable regulations of the Federal Reserve System, 12 CRF Parts 208 and 225.

This is an Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for an Appraisal Report and to the applicable regulations of the Federal Reserve System, 12 CRF Parts 208 and 225.  As such, it presents only summary discussions of the data, reasoning and analyses that were used in the appraisal process to develop the appraiser's opinion of value.  Supporting documentation that is not provided with the report concerning the data, reasoning and analyses is retained in the appraiser's file.  The depth of the discussion contained in this report is specific to the needs of the client and for the intended use stated in the report.  The appraiser is not responsible for the unauthorized use of this report.

To develop the opinion of value, the appraiser performed a complete appraisal process, as defined by the Uniform Standards of Professional Appraisal Practice.  This means that no departures from Standard 1 were invoked.


PURPOSE AND FUNCTION OF APPRAISAL

The purpose of this appraisal is to estimate the market value of the subject property as of the effective date of the appraisal.

"Market Value" is defined by the Office of the Comptroller of the Currency under 12 CFR, Park 34, Subpart C - Appraisals.

In determining the market value of a property, the appraiser attempts to utilize the three recognized methods of valuation; the Cost, Income and Direct Sales Comparison Approach, in arriving at the final value estimates.

If applicable, in the Cost Approach, the appraiser utilized a nationally recognized cost service, along with other accumulated data, in determining the cost to construct the improvements.  The estimated "cost new" is then lowered by the appropriate amount of depreciation, as estimated by the appraiser.  The five basic types of depreciation are: physical curable, physical incurable, functional curable, functional incurable and locational.  These amounts are derived from various sources and are verified in the market.

If applicable, the Income Approach, or Gross Rent Multiplier (GRM), is generally not utilized in residential properties, as the primary purpose of most sales is for owner occupancy.  In a market where there is a significant amount of data available, the appraiser will establish a market rent using comparable rentals in the marketplace and multiplies this market rent by a market derived multiplier (sales price divided by gross monthly rent) to determine the indicated value of the property by the Income Approach.

The Direct Sales Analysis, generally accepted as the most valid method of determining value of a residential property, involves the inspection of the subject property and its comparison to verifiable sales of similar properties within the marketplace.

The comparables chosen are adjusted to the subject for variances such as size, condition, amenities, date of sale, etc., by utilizing "paired sales analysis".  This is the exercise where the appraiser researches two sales which are identical except for one item, such as size, and abstracts the market indicated adjustment for the specific item.  This, along with the appraisers experience within the marketplace, enables him to properly adjust the comparables to reflect the value of the subject property.

The appraiser abides by the Standards of Professional Practice and Conduct, Code of Ethics,  of the Appraisal Institute which includes the Uniform Standards of Professional Appraisal Practice.

Upon completion of the applicable methods of valuation, the appraiser correlates these values and establishes a final value estimate.  The appraisal process, of which the appraisal report is the end product, involves several steps.  Initially, the appraiser researches the available data through municipal records, etc. to determine the lot size, building size, legal description, etc., of the subject property.  Then the appraiser begins the search for comparable sales (and rentals, if applicable) by utilizing one or more of the available data sources.  These sources can be Courthouse Records, Lusk Reports, Redi Reports, local Multiple Listing Services of the Realtors, as well as local builders and developers.  Upon inspection of the subject property, the appraiser inspects the comparables, including a complete external inspection and verifies as much data as possible including size, condition and amenities.  Upon selection of comparables to be used the appraiser verifies all pertinent data on the sale and insures that it is an "arms length" transaction.  The Cost and Income Approaches are completed, if applicable, and the appraisal is typed and delivered to the client.

The appraiser may have utilized an electronic signature in the completion of this report.  The signature was completed in conjunction with software designed by Polaroid/ACI and fully conforms to all security requirements as determined by The Appraisal Foundation.

The photographs used in this appraisal are digital photos utilizing imaging technology.  The appraiser personally inspected and photographed the subject and all comparables utilized in this appraisal, however, some of the comparable photographs may have been down loaded from an on line provider which better depicts the comparable at the time of sale.  The photographs used in this appraisal are a true and current representation of the subject property and the comparable sales utilized in this report.  Although the photographs may have been enhanced during the finishing process, no alterations were made to the images which would misrepresent the appearance of the subject property or comparables.

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW Unit 1 | | | | | | |
| City | Washington | County | District of Columbia | | State | DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | | | | |

File No. 201801035

The physical inspection of the property is necessary to gather the data for an appraisal of market value.  The appraisal is not a professional home inspection report.  The appraiser is not qualified as a structural expert or home engineer.  The appraiser has not tested the property's insulation or tested for the presence of radon gas.  The appraiser is not qualified to detect termites or other infestation.  Termite inspections are customary in the area and should be performed by a qualified pest expert.  No opinion is rendered in the appraisal report as to the structural integrity of the residence, nor would the report be considered as a substitute for a professional home inspection which could detect significant defects in the property, which, if present and discovered, may have a negative impact on the estimated value.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and the Definition of Market value.  No additional intended users are identified by the appraiser.

# Market Conditions Addendum to the Appraisal Report

File No. 201801035

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 107 Rhode Island Ave NW Unit 1 | City | Washington | State | DC | ZIP Code | 20001 |

Borrower  Guadie, Alex/107 Rhode Island Ave LLC

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

<div style="writing-mode: vertical-rl">MARKET RESEARCH & ANALYSIS</div>

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 34 | 16 | 8 | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | 5.67 | 5.33 | 2.67 | Increasing | Stable | Declining |
| Total # of Comparable Active Listings | 12 | 13 | 9 | Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 2.12 | 2.44 | 3.38 | Declining | Stable | Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $640,713 | $682,750 | $634,500 | Increasing | Stable | Declining |
| Median Comparable Sales Days on Market | 7 | 11 | 28.5 | Declining | Stable | Increasing |
| Median Comparable List Price | $612,450 | $649,900 | $625,000 | Increasing | Stable | Declining |
| Median Comparable Listings Days on Market | 70 | 25 | 60 | Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 100 | 100 | 100.01 | Increasing | Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | Yes | No | | Increasing | Stable | Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    The MRIS MLS indicates there were 58 closed sales during the past 12 months and 20 of those sales contained seller concessions which is 34% of the total transactions in this market area. Prior Months 7-12: 34 Sales; 10 with concessions; 29% of sales for this period. 4-6: 16 Sales; 6 with concessions; 38% of sales for this period. 0-3: 8 Sales; 4 with concessions; 50% of sales for this period. The concessions ranged between $500 and $20,000. The median concession amount is $7,500.

Are foreclosure sales (REO sales) a factor in the market?    Yes    No    If yes, explain (including the trends in listings and sales of foreclosed properties).
The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information.    The MRIS MLS was the data source used to complete the Market Conditions Addendum. Effective date ; January 19, 2018

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
market appears to be stable.

<div style="writing-mode: vertical-rl">CONDO/CO-OP PROJECTS</div>

If the subject is a unit in a condominium or cooperative project , complete the following:    Project Name:  107 Rhode Island Ave Condo

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 0 | 0 | 0 | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | 0 | 0 | 0 | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | 0 | 0 | 0 | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | 0 | 0 | 0 | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?    Yes    No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.    New project no sales activity

Summarize the above trends and address the impact on the subject unit and project.    New project no sales activity

<div style="writing-mode: vertical-rl">APPRAISER</div>

| | |
|---|---|
| Signature | Signature |
| Appraiser Name  Michael L. Heup | Supervisory Appraiser Name |
| Company Name  USAppraisal | Company Name |
| Company Address  2537 Forest Trail Ct., Davidsonville, MD 21035 | Company Address |
| State License/Certification #  GA10179    State  DC | State License/Certification #    State |
| Email Address  orders@usappraisal.biz | Email Address |

Freddie Mac Form 71   March 2009                    Page 1 of 1                    Fannie Mae Form 1004MC   March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Subject Photo Page

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| Property Address | 107 Rhode Island Ave NW Unit 1 |
| City | Washington |
| Lender/Client | Washington Capital Partners |

County District of Columbia    State DC    Zip Code 20001



**Subject Front**

| | |
|---|---|
| | 107 Rhode Island Ave NW Unit 1 |
| Sales Price | |
| Gross Living Area | 906 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 118 |

**Subject Rear**

**Subject Street**



**Photograph Addendum**

| | | |
|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | |
| Property Address | 107 Rhode Island Ave NW Unit 1 | |
| City | Washington | County District of Columbia    State DC    Zip Code 20001 |
| Lender/Client | Washington Capital Partners | |


**Current Interior**


**Current Interior**


**Current Interior**


**Parking Area**


**Current Interior**


**Alley**


**Alt Street Scene**

**Comparable Photo Page**

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| Property Address | 107 Rhode Island Ave NW Unit 1 |
| City | Washington |
| Lender/Client | Washington Capital Partners |

| | | | |
|---|---|---|---|
| County | District of Columbia | State DC | Zip Code 20001 |



### Comparable 1

1401 1st St Nw #2

| | |
|---|---|
| Prox. to Subject | 0.50 miles S |
| Sales Price | 740,000 |
| Gross Living Area | 1,049 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 4 |



### Comparable 2

1135 6th St NW

| | |
|---|---|
| Prox. to Subject | 0.82 miles SW |
| Sales Price | 705,000 |
| Gross Living Area | 764 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 117 |



### Comparable 3

64 W St Nw #1

| | |
|---|---|
| Prox. to Subject | 0.22 miles NE |
| Sales Price | 550,000 |
| Gross Living Area | 1,105 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 105 |

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | |
|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW Unit 1 | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | |



### Comparable 4

64 W St NW
| | |
|---|---|
| Prox. to Subject | 0.22 miles NE |
| Sale Price | 645,000 |
| Gross Living Area | 1,105 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 105 |

### Comparable 5

2015 Flagler Pl NW
| | |
|---|---|
| Prox. to Subject | 0.11 miles NW |
| Sale Price | 636,425 |
| Gross Living Area | 1,037 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 111 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Borrower        Guadie, Alex/107 Rhode Island Ave LLC
Property Address  107 Rhode Island Ave NW Unit 1
City            Washington                County  District of Columbia        State  DC        Zip Code  20001
Lender/Client   Washington Capital Partners



Location Map

Map File No. 201901235    Page # 14 of 28

### Aerial Map

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | |
| Property Address | 107 Rhode Island Ave NW Unit 1 | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code  20001 |
| Lender/Client | Washington Capital Partners | | | | | |



## Zoning Map

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW Unit 1 | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20001 |
| Lender/Client | Washington Capital Partners | | | | |



**Building Sketch**

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| | 107 Rhode Island Ave NW Unit 1 |
| | Washington                    District of Columbia                    DC                    20001 |
| Lender/Client | Washington Capital Partners |

File No. 201801035

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| Property Address | 107 Rhode Island Ave NW Unit 1 |
| City | Washington |
| Lender | Washington Capital Partners |

County  District of Columbia        State  DC    Zip Code  20001

This report was prepared under the following USPAP reporting option:

| | |
|---|---|
| Appraisal Report | This report was prepared in accordance with USPAP Standards Rule 2-2(a). |
| Restricted Appraisal Report | This report was prepared in accordance with USPAP Standards Rule 2-2(b). |

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:        One to three months

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

| **APPRAISER:** | **SUPERVISORY APPRAISER: (only if required)** |
|---|---|
| Signature: | Signature: |
| Name:  Michael L. Heup | Name: |
| Date Signed:  01/31/2018 | Date Signed: |
| State Certification #:  GA10179 | State Certification #: |
| or State License #: | or State License #: |
| State:  DC | State: |
| Expiration Date of Certification or License:  02/28/2018 | Expiration Date of Certification or License: |
| Effective Date of Appraisal:  01/19/2018 | Supervisory Appraiser Inspection of Subject Property: |
| | Did Not    Exterior-only from Street    Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.


Quality Ratings and Definitions

Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
Exhibit Page 247 of 185
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No.   201801035

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|

Borrower          Guadie, Alex/107 Rhode Island Ave LLC
Property Address  107 Rhode Island Ave NW Unit 1
City              Washington                County  District of Columbia          State  DC    Zip Code  20001
Lender/Client     Washington Capital Partners





**LIA Administrators & Insurance Services**

## APPRAISAL AND VALUATION
## PROFESSIONAL LIABILITY INSURANCE POLICY



ASPEN

### DECLARATIONS

**ASPEN AMERICAN INSURANCE COMPANY**
(A stock insurance company herein called the "Company")
175 Capitol Blvd. Suite 100
Rocky Hill, CT 06067

| Date Issued | Policy Number | Previous Policy Number |
|---|---|---|
| 09/29/2017 | AAI003255-03 | AAI003255-02 |

THIS IS A **CLAIMS** MADE AND REPORTED POLICY. COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE **CLAIMS** THAT ARE FIRST MADE AGAINST THE **INSURED** DURING THE **POLICY PERIOD** AND THEN REPORTED TO THE COMPANY IN WRITING NO LATER THAN SIXTY (60) DAYS AFTER EXPIRATION OR TERMINATION OF THIS POLICY, OR DURING THE **EXTENDED REPORTING PERIOD**, IF APPLICABLE, FOR A **WRONGFUL ACT** COMMITTED ON OR AFTER THE **RETROACTIVE DATE** AND BEFORE THE END OF THE **POLICY PERIOD**. PLEASE READ THE POLICY CAREFULLY.

Item

| | |
|---|---|
| **1.** Customer ID: 149618<br>Named Insured:<br>USAPPRAISAL<br>SEVERN APPRAISAL MANAGEMENT, LLC.<br>2537 Forest Trail Ct.<br>Davidsonville, MD 21035 | |
| **2. Policy Period:** From: 10/03/2017  To:  10/03/2018<br>12:01 A.M. Standard Time at the address stated in 1 above. | |
| **3. Deductible:** $1,000  Each Claim | |
| **4. Retroactive Date:** 10/03/2000 | |
| **5. Inception Date:** 10/03/2015 | |
| **6. Limits of Liability:**  A.  $1,000,000   Each Claim<br>B.  $2,000,000   Aggregate | |
| **7.** Mail all notices, including notice of **Claim**, to:<br>LIA Administrators & Insurance Services<br>1600 Anacapa Street<br>Santa Barbara, California 93101<br>(800) 334-0652;  Fax: (805) 962-0652 | |
| **8. Annual Premium:**      $1,477.00 | |

**9. Forms attached at issue:**  LIA002 (12/14)  LIA MD (11/14)  LIA012 (12/14)  LIA013 (10/14)
LIA018 (10/14)  LIA021 (10/14)  LIA131 (10/14)

This Declarations Page, together with the completed and signed Policy Application including all attachments and exhibits thereto, and the Policy shall constitute the contract between the Named Insured and the Company.

09/29/2017                                     By _____
Date                                                        Authorized Signature

LIA-001 (12/14)                                            Aspen American Insurance Company

**FROM:**

Michael Heup
Michael Heup
2537 Forest Trail Ct
Davidsonville, MD 21035-1117

Telephone Number: (410) 216-6160          Fax Number:

**TO:**

Alex Guadie
2815 Hartland Rd

Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

# INVOICE

| INVOICE NUMBER |
|---|
| 201801035 |

| DATE |
|---|
| 01/30/2018 |

| REFERENCE | |
|---|---|
| Internal Order #: | 201801035 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 201801035 |
| Other File # on form: | |
| Federal Tax ID: | 52-2028631 |
| Employer ID: | |

## DESCRIPTION

| | |
|---|---|
| **Lender:** Washington Capital Partners | **Client:** Alex Guadie |
| **Purchaser/Borrower:** Guadie, Alex/107 Rhode Island Ave LLC | |
| **Property Address:** 107 Rhode Island Ave NW Unit 1 | |
| **City:** Washington | |
| **County:** District of Columbia | **State:** DC   **Zip:** 20001 |
| **Legal Description:** Lot 100 Square 3113 Ledroit Park | |

| FEES | AMOUNT |
|---|---|
| 1073 Unit 1 | 400.00 |

|  | SUBTOTAL | 400.00 |
|---|---|---|

| PAYMENTS | | AMOUNT |
|---|---|---|
| Check #: Cash   Date: 01/29/2018   Description: | | 400.00 |
| Check #:   Date:   Description: | | |
| Check #:   Date:   Description: | | |

|  | SUBTOTAL | 400 |
|---|---|---|
|  | **TOTAL DUE  $** | 0.00 |

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
107 Rhode Island Ave NW # 4
Washington, DC 20001
Lot 100 Square 3113 Ledroit Park

## FOR
Washington Capital Partners
2815 Hartland Rd.
Falls Church, VA 22043

## OPINION OF VALUE
1,000,000

## AS OF
01/19/2018

## BY
Michael L. Heup
USAppraisal
2537 Forest Trail Ct
Davidsonville, MD 21035
(410) 216-6160
orders@usappraisal.biz

# Individual Condominium Unit Appraisal Report

File # 201801032

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 107 Rhode Island Ave NW # 4 | Unit # 4   City Washington   State DC   Zip Code 20001 |
| Borrower Guadie, Alex/107 Rhode Island Ave LLC | Owner of Public Record 107 Rhode Island Ave LLC   County District of Columbia |
| Legal Description Lot 100 Square 3113 Ledroit Park | |

Assessor's Parcel # 3113-000-0100          Tax Year 2018          R.E. Taxes $ 4,500
Project Name 107 Rhode Island Ave Condo          Phase # 1     Map Reference 47894     Census Tract 0033.01
Occupant  Owner  Tenant  Vacant          Special Assessments $ 0          HOA $ 220   □ per year   □ per month
Property Rights Appraised  Fee Simple  Leasehold  Other (describe)
Assignment Type  Purchase Transaction  Refinance Transaction  Other (describe) Construction Loan
Lender/Client  Washington Capital Partners          Address  2815 Hartland Rd., Falls Church, VA 22043
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  Yes  No
Report data source(s) used, offering price(s), and date(s).   DOM 13;MRIS/Public Records Original List price  $750,000 Original List Date - 03/02/2017
Settlement Date 06/20/2017 for $901,000  MRIS #DC9876687
I  did  did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

**CONTRACT**

Contract Price $          Date of Contract          Is the property seller the owner of public record?  Yes  No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  Yes  No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban | Rural | Property Values | Increasing | Stable | Declining | PRICE $ (000) | AGE (yrs) | One-Unit | 60 % |
| Built-Up | Over 75% | 25-75% | Under 25% | Demand/Supply | Shortage | In Balance | Over Supply | 350 Low 0 | | 2-4 Unit | 10 % |
| Growth | Rapid | Stable | Slow | Marketing Time | Under 3 mths | 3-6 mths | Over 6 mths | 2,300 High 135 | | Multi-Family | 10 % |
| | | | | | | | | 700 Pred. 110 | | Commercial | 10 % |
| | | | | | | | | | | Other | 10 % |

Neighborhood Boundaries   Neighborhood is bounded by Michigan Ave to the North, New York Ave to the South, Georgia Ave to the West and Bladensburg Rd to the East
Neighborhood Description   Subject is located in the Ledroit Park neighborhood of the city in its northwest quadrant. Easy access to downtown and suburban locations via North Capitol St, Florida Ave and New York Ave. Area exhibits strong rehabilitation patterns with most older un renovated properties being upgraded and enlarged where possible. All conveniences are located nearby
Market Conditions (including support for the above conclusions)   Conventional rates are currently competitive in the 3-5% range. It is typical in the marketplace for the seller to pay some points and/or a portion of the closing costs. Given the current active market, with all types of financing available, it is not necessary to pay any unusual points or concessions. See attached addendum.

**PROJECT SITE**

Topography Level          Size Average          Density Conforming          View N;CtyStr;
Specific Zoning Classification MU-4          Zoning Description Mixed Use FAR 2.5 Height maximum 50'
Zoning Compliance  Legal  Legal Nonconforming - Do the zoning regulations permit rebuilding to current density?  Yes  No
 No Zoning  Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  Yes  No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street Bituminous | | |
| Gas | | | Sanitary Sewer | | | Alley Paved | | |

FEMA Special Flood Hazard Area  Yes  No  FEMA Flood Zone X          FEMA Map # 1100010017C          FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area?  Yes  No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  Yes  No  If Yes, describe
No apparent adverse easements, encroachments, or otherwise unfavorable on-site conditions were observed.

**PROJECT INFORMATION**

Project Description  Detached  Row or Townhouse  Garden  Mid-Rise  High-Rise  Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 4 | Exterior Walls | Brick/Fr | # of Units | 4 | # of Phases | | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Rub Me | # of Units Completed | 0 | # of Units | | # of Planned Units | 4 |
| Existing  Proposed | | Total # Parking | 2 | # of Units for Sale | 0 | # of Units for Sale | | # of Units for Sale | 0 |
| Under Construction | | Ratio (spaces/units) | .5 | # of Units Sold | 0 | # of Units Sold | | # of Units Sold | 0 |
| Year Built | 1900 | Type | Open | # of Units Rented | 0 | # of Units Rented | | # of Units Rented | 0 |
| Effective Age | 5 | Guest Parking | 0 | # of Owner Occupied Units | 0 | # of Owner Occupied Units | | # of Owner Occupied Units | 0 |

Project Primary Occupancy  Principal Residence  Second Home or Recreational  Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?  Yes  No
Management Group -  Homeowners' Association  Developer  Management Agent - Provide name of management company.          Condo Association Was
not formed as of the effective date of the appraisal. Any information stated is an extraordinary assumption
Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?  Yes  No  If Yes, Describe
All four units will own more than 10% each
Was the project created by the conversion of existing building(s) into a condominium?  Yes  No  If Yes, describe the original use and date of conversion.
Shell
Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?  Yes  No  If No, describe
Green Space

Is there any commercial space in the project?  Yes  No  If Yes, describe and indicate the overall percentage of the commercial space.

| | | | |
|---|---|---|---|
| Freddie Mac Form 465 March 2005 | UAD Version 9/2011   Page 1 of 6 | | Fannie Mae Form 1073 March 2005 |

# Individual Condominium Unit Appraisal Report

File # 201801032

Describe the condition of the project and quality of construction.    Renovated building converted form a rowhouse to a 4 unit building

**PROJECT INFORMATION**

Describe the common elements and recreational facilities.    Green Space

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No    If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.    Parking is not typical for the area

I   did   did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    Appraiser did not analyze the budget as it exceeds the scope of the assignment.

**PROJECT ANALYSIS**

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    Based on developers estimate
Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes    No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $  220    per month X 12 = $  2,640.00    per year    Annual assessment charge per year per square feet of gross living area = $    1.48
Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | | Car Storage | |
|---|---|---|---|---|---|---|---|---|
| Floor #  3 and 4 | Floors  Hdwd/Cpt/New | | Fireplace(s) #  0 | | Refrigerator | | None | |
| # of Levels  2 | Walls  Drywall/New | | WoodStove(s) #0 | | Range/Oven | | Garage  Covered  Open | |
| Heating Type FWA  Fuel Gas | Trim/Finish  Wood/New | | Deck/Patio  Roof | | Disp  Microwave | | # of Cars  1 | |
| Central AC  Individual AC | Bath Wainscot Ceramic/New | | Porch/Balcony  None | | Dishwasher | | Assigned  Owned | |
| Other (describe) | Doors  Standard/New | | Other  None | | Washer/Dryer | | Parking Space #  #1 | |
| Finished area above grade contains:  6 Rooms  3 Bedrooms  3.0 Bath(s) | | | | | 1,787  Square Feet of Gross Living Area Above Grade | | | |

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    Total renovation with all new equipment and fixtures throughout; Rooftop Deck

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    C2;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;Total renovation with all new equipment and features.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Appraiser did not note any of these types of deficiencies at the time of inspection unless otherwise noted elsewhere in this report.  The appraiser is not a licensed or qualified home inspector and offers no warranty on this inspection. If desired, client should seek the services of a licensed and qualified home inspector and/or structural engineer to ascertain the overall integrity of the improvements.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe
Property is atypical renovation for the area.

I   did   did not research the sale or transfer history of the subject property and comparable sales. If not, explain

**PRIOR SALE HISTORY**

My research   did   did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MRIS and/or Public Records
My research   did   did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MRIS and/or Public Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/21/2017 | 09/17/2004 | 06/20/2013 | 03/15/2007 |
| Price of Prior Sale/Transfer | $901,000 | $485,000 | $817,000 | $535,000 |
| Data Source(s) | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records |
| Effective Date of Data Source(s) | 01/19/2017 | 01/30/2018 | 01/30/2018 | 01/30/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    No previous sales were considered applicable. Subject was an REO sale. Multiple offers caused the sale price to rise to the sales price level

Freddie Mac Form 465 March 2005    UAD Version 9/2011    Page 2 of 6    Fannie Mae Form 1073 March 2005

Form 1073UAD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 201801032

There are **4** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **640,000** to $ **998,500**
There are **26** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **445,000** to $ **1,240,000**

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and | 107 Rhode Island Ave NW # 4 | 74 R St Nw #2 | | 1211 4th St Nw #2 | | 120 S St NW | |
| Unit # | 4, Washington, DC 20001 | 2, Washington, DC 20001 | | 2, Washington, DC 20001 | | 2, Washington, DC 20001 | |
| Project Name and | 107 Rhode Island Ave Cond | 74 R St Condo | | Vernon Square Condo | | Metro Shaw Condo | |
| Phase | 1 | 1 | | 1 | | 1 | |
| Proximity to Subject | | 0.25 miles S | | 0.70 miles S | | 0.14 miles S | |
| Sale Price | $ | | $ 922,500 | | $ 840,000 | | $ 881,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 561.13 sq. ft. | | $ 577.32 sq. ft. | | $ 515.81 sq. ft. | |
| Data Source(s) | | MRIS#DC10092289;DOM 13 | | MRIS#DC9976030;DOM 7 | | MRIS#DC9883787;DOM 14 | |
| Verification Source(s) | | MRIS/Tax Records | | MRIS/Tax Records | | MRIS/Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;10000 | |
| Date of Sale/Time | | s01/18;c11/17 | | s07/17;c06/17 | +16,800 | s05/17;c03/17 | +25,500 |
| Location | N;Urban; | N;Urban; | | N;Urban; | | N;Urban; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 220 | 272 | 0 | 390 | 0 | 281 | 0 |
| Common Elements | Green Space | Green Space | | Green Space | | Green Space | |
| and Rec. Facilities | | | | | | | |
| Floor Location | 3 and 4 | 2 and 3 | +20,000 | 2 and 3 | +20,000 | 2 and 3 | +20,000 |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | N;CtyStr; | |
| Design (Style) | RT2L;Federal | GR2L;Federal | 0 | RT2L;Colonial | 0 | RT2L;Victorian | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 118 | 110 | 0 | 115 | 0 | 122 | 0 |
| Condition | C2 | C2 | | C3 | +40,000 | C3 | +40,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 3 3.0 | 6 3 3.0 | | 6 3 3.0 | | 6 3 3.0 | |
| Gross Living Area | 1,787 sq. ft. | 1,644 sq. ft. | +21,450 | 1,455 sq. ft. | +49,800 | 1,708 sq. ft. | 0 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Thermopanes | Thermopanes | | Thermopanes | | Thermopanes | |
| Garage/Carport | 1op | None | +50,000 | None | +50,000 | 1op | |
| Porch/Patio/Deck | Roof Deck | Roof Deck | | Roof Deck | | Deck | +20,000 |
| Fireplace | None | None | | None | | 1 Fireplace | -2,000 |
| Net Adjustment (Total) | | + - $ | 91,450 | + - $ | 176,600 | + - $ | 103,500 |
| Adjusted Sale Price | | Net Adj. 9.9 % | | Net Adj. 21.0 % | | Net Adj. 11.7 % | |
| of Comparables | | Gross Adj. 9.9 % $ | 1,013,950 | Gross Adj. 21.0 % $ | 1,016,600 | Gross Adj. 12.2 % $ | 984,500 |

Summary of Sales Comparison Approach   See attached addendum for all additional sales comparison approach comments.

*Left vertical label: SALES COMPARISON APPROACH*

Indicated Value by Sales Comparison Approach $   1,000,000

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach _____
Summary of Income Approach (including support for market rent and GRM)

*Left vertical label: INCOME*

Indicated Value by: Sales Comparison Approach $   1,000,000   Income Approach (if developed) $ _____

This appraisal has been completed in order to estimate the market value of the subject. Consideration has been given to all factors, including and not limited to market condition, financing terms, location, subject condition, and competition.

*Left vertical label: RECONCILIATION*

This appraisal is made    "as is",    subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,    subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or    subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  Subject to completion of renovations per plans and specifications p[rovided to the appraiser

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   1,000,000   , as of   01/19/2018   , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005                    UAD Version 9/2011   Page 3 of 6                    Fannie Mae Form 1073 March 2005

**Individual Condominium Unit Appraisal Report**                                     File # 201801032

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned
unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a
cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value,
statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended
use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may
expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal
assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do
not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's
continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the
reporting requirements of this appraisal report form, including the following definition of market value, statement of
assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual
inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect
the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data
from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal
report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the
subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all
conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not
affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of
title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well
informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is
allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial
arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by
special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are
necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are
readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing
adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional
lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical
dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's
reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:   The appraiser's certification in this report is
subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the
title to it, except for information that he or she became aware of during the research involved in performing this appraisal.
The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements.
The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination
of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency
(or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an
identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or
implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question,
unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the
presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or
she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal
report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the
property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances,
adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no
such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any
such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions
exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be
considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to
satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject
property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report   was   prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Michael L. Heup | Name |
| Company Name   USAppraisal | Company Name |
| Company Address   2537 Forest Trail Ct. | Company Address |
| Davidsonville, MD 21035 | |
| Telephone Number   (410) 216-6160 | Telephone Number |
| Email Address   orders@usappraisal.biz | Email Address |
| Date of Signature and Report   01/31/2018 | Date of Signature |
| Effective Date of Appraisal   01/19/2018 | State Certification # |
| State Certification #   GA10179 | or State License # |
| or State License # | State |
| or Other (describe)   State # | Expiration Date of Certification or License |
| State   DC | |
| Expiration Date of Certification or License   02/28/2018 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED
 107 Rhode Island Ave NW # 4
 4, Washington, DC 20001
APPRAISED VALUE OF SUBJECT PROPERTY $          1,000,000
LENDER/CLIENT
Name   No AMC
Company Name    Washington Capital Partners
Company Address    2815 Hartland Rd., Falls Church, VA 22043

Email Address

SUBJECT PROPERTY

Did not inspect subject property
Did inspect exterior of subject property from street
Date of Inspection
Did inspect interior and exterior of subject property
Date of Inspection

COMPARABLE SALES

Did not inspect exterior of comparable sales from street
Did inspect exterior of comparable sales from street
Date of Inspection

# Individual Condominium Unit Appraisal Report

File # 201801032

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address and | 107 Rhode Island Ave NW # 4 | 126 Quincy Pl Ne #2 | | 37 W St Nw #2 | | 2108 1st St NW | |
| Unit # | 4, Washington, DC 20001 | 2, Washington, DC 20002 | | 2, Washington, DC 20001 | | PH, Washington, DC 20001 | |
| Project Name and | 107 Rhode Island Ave Cond | Capitol Condo #3 | | Ledroit Park | | Ledroit Park | |
| Phase | 1 | 1 | | 1 | | 1 | |
| Proximity to Subject | | 0.46 miles SE | | 0.27 miles NE | | 0.18 miles N | |
| Sale Price | $ | $ 820,000 | | $ 999,000 | | $ 819,000 | |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 420.51 sq. ft. | | $ 539.42 sq. ft. | | $ 497.27 sq. ft. | |
| Data Source(s) | | MRIS#DC9836205;DOM 68 | | MRIS#DC10000162;DOM 196 | | MRIS#DC10137641;DOM 6 | |
| Verification Source(s) | | MRIS/Tax Records | | MRIS/Tax Records | | MRIS/Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Listing | | Listing | |
| Concessions | | Conv;0 | | | | | |
| Date of Sale/Time | | s04/17;c03/17 | +24,600 | c01/18 | +50,000 | c01/18 | +40,000 |
| Location | N;Urban; | N;Urban; | | N;Urban; | | N;Urban; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 220 | 172 | 0 | 380 | 0 | 298 | 0 |
| Common Elements and Rec. Facilities | Green Space | Green Space | | Green Space | | Green Space | |
| Floor Location | 3 and 4 | 2 and 3 | +20,000 | 2 and 3 | +20,000 | 2 and 3 | +20,000 |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | N;CtyStr; | |
| Design (Style) | RT2L;Federal | RT2L;Federal | | RT2L;Colonial | 0 | RT2L;Victorian | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 118 | 106 | 0 | 1 | -25,000 | 110 | 0 |
| Condition | C2 | C2 | | C1 | -25,000 | C3 | +40,000 |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Room Count | 6     3     3.0 | 6     3     3.0 | | 6     3     3.0 | | 6     3     3.0 | |
| Gross Living Area | 1,787 sq. ft. | 1,950 sq. ft. | -24,450 | 1,852 sq. ft. | 0 | 1,647 sq. ft. | +21,000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Thermopanes | Thermopanes | | Thermopanes | | Thermopanes | |
| Garage/Carport | 1op | None | +50,000 | 1op | | 1op | |
| Porch/Patio/Deck | Roof Deck | Deck | +20,000 | Roof Deck | | Roof Deck | |
| Fireplace | None | None | | 1 Fireplace | -2,000 | None | |
| Net Adjustment (Total) | | + - $ | 90,150 | + - $ | 18,000 | + - $ | 121,000 |
| Adjusted Sale Price of Comparables | | Net Adj.  11.0 % | | Net Adj.  1.8 % | | Net Adj.  14.8 % | |
| | | Gross Adj.  17.0 % $ | 910,150 | Gross Adj.  12.2 % $ | 1,017,000 | Gross Adj.  14.8 % $ | 940,000 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/21/2017 | | | |
| Price of Prior Sale/Transfer | $901,000 | | | |
| Data Source(s) | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records |
| Effective Date of Data Source(s) | 01/19/2017 | 01/30/2018 | 01/30/2018 | 01/30/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Freddie Mac Form 465 March 2005                    UAD Version 9/2011                    Fannie Mae Form 1073 March 2005

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW # 4 | | | | | | |
| City | Washington | County | District of Columbia | | State | DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | | | | |

**Condition Of The Property**
No functional or external obsolescence factors noted.  Subject enjoys a market tested floorplan with no apparent inadequacies.

**Comments on the Sales Comparison Approach**
Comparables #1-4 are verified closed sales.  Non-realty items were not considered in final value estimate.  Comparables selected represent the most similar available properties to the subject at the time of the inspection and are adjusted for any significant variance between them and the subject.

Selected sales represent the best available at the time of the inspection.  Other sales considered would have required more and less desirable adjustments.

Comparables #3 and 4 are over 6 months old, however, is the most similar type property that has sold in the market area and was the best available at the time of the appraisal.  Every effort has been made to use comparables that have sold within six months of the appraisal date.  However, in order to use comparable sales of the most similar homes, it is sometimes necessary to extend beyond the six month period.

Although comparables # 4 and 5 are pending settlement, they used to further justify value in the market place.  In some instances when the appraiser deems it appropriate, adjustments have been made to the listing price to reflect significant variance between the subject and the comparable.  This adjusted figure should not be construed as a verification of the reliability of the list price, but rather an additional indicator reflecting the current range of prices within the market area.  In addition the appraiser may have adjusted the list price based on the typical list to sale ratio  that is noted by the appraiser in this market area.  Prices are adjusted at 5% based on the typical list to sale ratio in  the area. good quality units typically sell above list price in this market

Condition adjustment(s) on comparable(s)  reflect the appraisers opinion of the impact on value the variance in overall condition would contribute.  This is based on exterior inspection and/or discussions with individuals involved in the transactions.

Gross living area shown for the subject property based on actual field measurements of the building along with a review of the preliminary plans provided to the appraiser..  When taking measurements is not feasible the information is gathered from various sources including MRIS, public tax records, realtors, buyers and/or sellers and when available, our office files.  Slight variations in size will not typically have an effect on the estimate of value.

Square footage was adjusted at $150.00 per square foot and rounded. Adjustments made in "

Adjustment of this magnitude are considered typical when comparing upper bracket properties that present a wide variety of well accepted amenities to the marketplace.

Adjustments for upgrades and/or options reflect the variance between the subject and the comparables for various items which impact the sales price and value.  Singularly, these items singularly may not be significant; when considered in the aggregate they do impact the overall value.  Adjustments are based on market reaction to these items and not cost.

Appraiser notes that the subject exceeds the predominant value for the area.  Predominant value is the middle ground between upper limits and lower limits for the area.  The subject does fall within these limits and as such is not considered an over-improvement for the area.

 Due to the scarcity of sales available for comparison some of the adjustments (net and gross) may exceed normal guidelines.  The appraiser has adjusted for this variance based on market reaction to this variance and in the opinion of the appraiser this variance is supported in the market.  These were the best sales available for comparison at the time of the appraisal and other sales would have required larger overall adjustments.

No adjustments were made for financing because, in the appraisers opinion, there were similar terms readily available in the market place and financing thus did not affect the sales price.

 An examination of the available market data indicates that these comparables represent the most recent, most similar, most proximate sales available and as such considered valid for determining an estimate of market value.

Appraiser has considered all sales in the analysis and placed most emphasis on comparable #1 as it is the most recent sale and reflect current market conditions

**Final Reconciliation**
For purposes of this report, most weight has been given to the Market Approach to value to determine a final value estimate.

Due to the scarcity of rental sales in the area the income approach was not considered applicable

Cost Approach not applicable for a condominium unit

**Additional Comments**
No employee, director, office, or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result, or review of the assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner. I have not been contacted by anyone other than the intended user (lender/client as identifies on the first page of the report), borrower, or designated contact to make an appointment to enter the property. I agree to immediately report any unauthorized contacts either personally by phone or electronically to the client.

Use of this data, in whole or part, for other purposes is not intended by the appraiser. Nothing set forth in the appraisal should be relied upon for the purpose of determining the amount or type of insurance coverage to be placed on the subject property. The appraiser assumes no liability for and does not guarantee that any insurable value estimate inferred form this report will result in the subject property being fully insure for any loss that may be sustained.

**Extra Comments**

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | |
| Property Address | 107 Rhode Island Ave NW # 4 | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | |

## GENERAL COMMENTS

The appraiser has not been informed, nor has the appraiser any knowledge of, the existence of any environmental or health impediment which, if known, could have a negative impact on the market value of the subject property. The valuation contained herein is not valid if any hazardous items are found to be in the subject property and not noted within the appraisal report, including but not limited to: Ureaformaldehyde Foam Insulation, Radon Gas, Asbestos Products, Lead or Lead Based Products, or Toxic Waste Contaminants.

We are unable to verify the existence of potentially hazardous materials used in the construction or maintenance of the subject improvements, such as the presence of Ureaformaldehyde Insulation and/or the existence of Radon Gas, which may or may not be present on the property. None of these items were observed by the appraiser on the date of our inspection, nor do we have any knowledge of the existence of such material on or in the property. However, the appraiser is not qualified to detect such substances. The existence of Ureaformaldehyde Insulation or other potentially hazardous materials may have an effect on the value of the subject property. We urge the client to retain an expert in this field to determine the existence of such properties. Any information about insulation stated on the appraisal report was provided by the owner or agent or taken from experience in the area and is assumed to be accurate.

## FLOOD MAP

HUD Flood Map information is furnished from the National Flood Insurance Program by the Federal Emergency Management Agency. The appraiser has made an informed estimate from the FEMA Flood Maps (if available) on the Flood & Hazard Zone in which the subject may be located. These flood maps are used as guides for the appraiser . Their scale and the lack of reference points may render them inaccurate. We do not guarantee the existence or non-existence of the reported zone. This determination is done by surveyors and we suggest they be employed to determine the subject's flood zone.

## STATEMENT OF APPRAISAL STANDARDS NUMBER 2-2(b)

This appraisal report has been developed as a Complete Appraisal and is presented in Appraisal Report Format pursuant to Statement on Appraisal Standards Number 2-2(b).

## APPRAISAL DEVELOPMENT AND REPORTING PROCESS.

The undersigned hereby certified that this appraisal conforms to the Uniform Standards of Professional Appraisal Practice issued by the Appraisal Standards Board of the Appraisal Foundation (1994) Edition and 1994 Mid-year Supplement) to the applicable provisions of Title XI of Financial Institutions Reform, Recovery and Enforcement Act of 1989, 12 U.S.C. 3310, 3331-3351 and to the applicable regulations of the Federal Reserve System, 12 CRF Parts 208 and 225.

This is an Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for an Appraisal Report and to the applicable regulations of the Federal Reserve System, 12 CRF Parts 208 and 225. As such, it presents only summary discussions of the data, reasoning and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation that is not provided with the report concerning the data, reasoning and analyses is retained in the appraiser's file. The depth of the discussion contained in this report is specific to the needs of the client and for the intended use stated in the report. The appraiser is not responsible for the unauthorized use of this report.

To develop the opinion of value, the appraiser performed a complete appraisal process, as defined by the Uniform Standards of Professional Appraisal Practice. This means that no departures from Standard 1 were invoked.

## PURPOSE AND FUNCTION OF APPRAISAL

The purpose of this appraisal is to estimate the market value of the subject property as of the effective date of the appraisal.

"Market Value" is defined by the Office of the Comptroller of the Currency under 12 CFR, Park 34, Subpart C - Appraisals.

In determining the market value of a property, the appraiser attempts to utilize the three recognized methods of valuation; the Cost, Income and Direct Sales Comparison Approach, in arriving at the final value estimates.

If applicable, in the Cost Approach, the appraiser utilized a nationally recognized cost service, along with other accumulated data, in determining the cost to construct the improvements. The estimated "cost new" is then lowered by the appropriate amount of depreciation, as estimated by the appraiser. The five basic types of depreciation are: physical curable, physical incurable, functional curable, functional incurable and locational. These amounts are derived from various sources and are verified in the market.

If applicable, the Income Approach, or Gross Rent Multiplier (GRM), is generally not utilized in residential properties, as the primary purpose of most sales is for owner occupancy. In a market where there is a significant amount of data available, the appraiser will establish a market rent using comparable rentals in the marketplace and multiplies this market rent by a market derived multiplier (sales price divided by gross monthly rent) to determine the indicated value of the property by the Income Approach.

The Direct Sales Analysis, generally accepted as the most valid method of determining value of a residential property, involves the inspection of the subject property and its comparison to verifiable sales of similar properties within the marketplace.

The comparables chosen are adjusted to the subject for variances such as size, condition, amenities, date of sale, etc., by utilizing "paired sales analysis". This is the exercise where the appraiser researches two sales which are identical except for one item, such as size, and abstracts the market indicated adjustment for the specific item. This, along with the appraisers experience within the marketplace, enables him to properly adjust the comparables to reflect the value of the subject property.

Borrower            Guadie, Alex/107 Rhode Island Ave LLC
Property Address    107 Rhode Island Ave NW # 4
City                Washington                County  District of Columbia        State  DC    Zip Code  20001
Lender/Client       Washington Capital Partners

The appraiser abides by the Standards of Professional Practice and Conduct, Code of Ethics, of the Appraisal Institute which includes the Uniform Standards of Professional Appraisal Practice.

Upon completion of the applicable methods of valuation, the appraiser correlates these values and establishes a final value estimate. The appraisal process, of which the appraisal report is the end product, involves several steps. Initially, the appraiser researches the available data through municipal records, etc. to determine the lot size, building size, legal description, etc., of the subject property. Then the appraiser begins the search for comparable sales (and rentals, if applicable) by utilizing one or more of the available data sources. These sources can be Courthouse Records 10 % Other Land Use represents vacant land as well as non-residential governmental uses, such as, schools, parks, etc. There is no indicated negative influence from any of the uses., local Multiple Listing Services of the Realtors, as well as local builders and developers. Upon inspection of the subject property, the appraiser inspects the comparables, including a complete external inspection and verifies as much data as possible including size, condition and amenities. Upon selection of comparables to be used the appraiser verifies all pertinent data on the sale and insures that it is an "arms length" transaction. The Cost and Income Approaches are completed, if applicable, and the appraisal is typed and delivered to the client.

The appraiser may have utilized an electronic signature in the completion of this report. The signature was completed in conjunction with software designed by Polaroid/ACI and fully conforms to all security requirements as determined by The Appraisal Foundation.

The photographs used in this appraisal are digital photos utilizing imaging technology. The appraiser personally inspected and photographed the subject and all comparables utilized in this appraisal, however, some of the comparable photographs may have been down loaded from an on line provider which better depicts the comparable at the time of sale. The photographs used in this appraisal are a true and current representation of the subject property and the comparable sales utilized in this report. Although the photographs may have been enhanced during the finishing process, no alterations were made to the images which would misrepresent the appearance of the subject property or comparables.

The physical inspection of the property is necessary to gather the data for an appraisal of market value. The appraisal is not a professional home inspection report. The appraiser is not qualified as a structural expert or home engineer. The appraiser has not tested the property's insulation or tested for the presence of radon gas. The appraiser is not qualified to detect termites or other infestation. Termite inspections are customary in the area and should be performed by a qualified pest expert. No opinion is rendered in the appraisal report as to the structural integrity of the residence, nor would the report be considered as a substitute for a professional home inspection which could detect significant defects in the property, which, if present and discovered, may have a negative impact on the estimated value.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and the Definition of Market value. No additional intended users are identified by the appraiser.

# Market Conditions Addendum to the Appraisal Report

Exhibit Addendum to 1004 Appraisal   File No. 201801032

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 107 Rhode Island Ave NW # 4 | City Washington | State DC | ZIP Code 20001 |
|---|---|---|---|---|

Borrower   Guadie, Alex/107 Rhode Island Ave LLC

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 17 | 6 | 3 | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | 2.83 | 2.00 | 1.00 | Increasing | Stable | Declining |
| Total # of Comparable Active Listings | 6 | 3 | 4 | Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 2.1 | 1.5 | 4.0 | Declining | Stable | Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
| Median Comparable Sale Price | $652,000 | $762,000 | $735,000 | Increasing | Stable | Declining |
| Median Comparable Sales Days on Market | 14 | 25.5 | 5 | Declining | Stable | Increasing |
| Median Comparable List Price | $747,450 | $739,000 | $797,450 | Increasing | Stable | Declining |
| Median Comparable Listings Days on Market | 34 | 34 | 16 | Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 99.86 | 100 | 100 | Increasing | Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | Yes | No | | Declining | Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).     The MRIS MLS indicates there were 26 closed sales during the past 12 months and 10 of those sales contained seller concessions which is 38% of the total transactions in this market area. Prior Months 7-12: 17 Sales; 8 with concessions; 47% of sales for this period. 4-6: 6 Sales; 0 with concessions; 0% of sales for this period. 0-3: 3 Sales; 2 with concessions; 67% of sales for this period. The concessions ranged between $1,700 and $20,000. The median concession amount is $5,000.

Are foreclosure sales (REO sales) a factor in the market?   Yes   No   If yes, explain (including the trends in listings and sales of foreclosed properties).
The data used in the grid above does not indicate there were any REO/Short Sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information.    The MRIS MLS was the data source used to complete the Market Conditions Addendum. Effective Date: Friday, January 19, 2018

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
market appears to be increasing. Typical list to sale ration on 3 bedroom penthouse units average in the 5% range based on an analysis completed by your appraiser of recent sales.

If the subject is a unit in a condominium or cooperative project , complete the following:     Project Name: 107 Rhode Island Ave Condo

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?   Yes   No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name | Michael L. Heup | Supervisory Appraiser Name | |
| Company Name | USAppraisal | Company Name | |
| Company Address | 2537 Forest Trail Ct., Davidsonville, MD 21035 | Company Address | |
| State License/Certification # | GA10179   State   DC | State License/Certification # | State |
| Email Address | orders@usappraisal.biz | Email Address | |

Freddie Mac Form 71   March 2009                    Page 1 of 1                    Fannie Mae Form 1004MC   March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

*MARKET RESEARCH & ANALYSIS*

*CONDO/CO-OP PROJECTS*

*APPRAISER*

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | File No. 201801032 |
| Property Address | 107 Rhode Island Ave NW # 4 | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20001 |
| Lender | Washington Capital Partners | | | | |

This report was prepared under the following USPAP reporting option:

| Appraisal Report | This report was prepared in accordance with USPAP Standards Rule 2-2(a). |
| Restricted Appraisal Report | This report was prepared in accordance with USPAP Standards Rule 2-2(b). |

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:      One to three months

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

| **APPRAISER:** | **SUPERVISORY APPRAISER: (only if required)** |
| --- | --- |
| Signature: | Signature: |
| Name:  Michael L. Heup | Name: |
| Date Signed:  01/31/2018 | Date Signed: |
| State Certification #:  GA10179 | State Certification #: |
| or State License #: | or State License #: |
| State:  DC | State: |
| Expiration Date of Certification or License:  02/28/2018 | Expiration Date of Certification or License: |
| Effective Date of Appraisal:  01/19/2018 | Supervisory Appraiser Inspection of Subject Property: |
| | Did Not      Exterior-only from Street      Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Subject Photo Page**

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| Property Address | 107 Rhode Island Ave NW # 4 |
| City | Washington |
| Lender/Client | Washington Capital Partners |

County  District of Columbia        State  DC        Zip Code  20001



### Subject Front

107 Rhode Island Ave NW # 4

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 1,787 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 118 |



### Subject Rear



### Subject Street

**Photograph Addendum**

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| Property Address | 107 Rhode Island Ave NW # 4 |
| City | Washington |
| Lender/Client | Washington Capital Partners |

County  District of Columbia      State  DC      Zip Code  20001

  

**Typical Current Interior View**  **Typical Current Interior View**  **Typical Current Interior View**

  

**Parking Area**  **Typical Current Interior View**  **Parking Area**

 

**Rear Alley**  **Alt. Street Scene**

**Comparable Photo Page**

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| Property Address | 107 Rhode Island Ave NW # 4 |
| City | Washington |
| Lender/Client | Washington Capital Partners |

County District of Columbia        State DC        Zip Code 20001



### Comparable 1

| | |
|---|---|
| 74 R St Nw #2 | |
| Prox. to Subject | 0.25 miles S |
| Sales Price | 922,500 |
| Gross Living Area | 1,644 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | 0 sf |
| Quality | Q3 |
| Age | 110 |



### Comparable 2

| | |
|---|---|
| 1211 4th St Nw #2 | |
| Prox. to Subject | 0.70 miles S |
| Sales Price | 840,000 |
| Gross Living Area | 1,455 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | 0 sf |
| Quality | Q3 |
| Age | 115 |



### Comparable 3

| | |
|---|---|
| 120 S St NW | |
| Prox. to Subject | 0.14 miles S |
| Sales Price | 881,000 |
| Gross Living Area | 1,708 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | 0 sf |
| Quality | Q3 |
| Age | 122 |

Comparable Photo Page

| | | |
|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | |
| Property Address | 107 Rhode Island Ave NW # 4 | |
| City | Washington | County District of Columbia   State DC   Zip Code 20001 |
| Lender/Client | Washington Capital Partners | |



### Comparable 4

| | |
|---|---|
| 126 Quincy Pl Ne #2 | |
| Prox. to Subject | 0.46 miles SE |
| Sale Price | 820000 |
| Gross Living Area | 1950 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | 0 sf |
| Quality | Q3 |
| Age | 1 |



### Comparable 5

| | |
|---|---|
| 37 W St Nw #2 | |
| Prox. to Subject | 0.27 miles NE |
| Sale Price | 999000 |
| Gross Living Area | 1852 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | 0 sf |
| Quality | Q3 |
| Age | 1 |





### Comparable 6

| | |
|---|---|
| 2108 1st St Nw #penthouse | |
| Prox. to Subject | 0.18 miles N |
| Sale Price | 819000 |
| Gross Living Area | 1647 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | 0 sf |
| Quality | Q3 |
| Age | 110 |

**Building Sketch**

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
| Property Address | 107 Rhode Island Ave NW # 4 | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | | |

Level 1

13'

13.5'

Bedroom

Bath

8.6' 7'

Kitchen

54'

Dining

34'

Staircase

Living

6'          2'

13.49'

Level 2

13'

13.5'

Bedroom

Bath

8.6' 7'

Bath

54'

Staircase

34'

Bedroom

Bath

6'          2'

13.49'

TOTAL Sketch by a la mode, Inc.

**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 893.56 Sq ft | 13 × 13.5 = 175.5 |
| | | 18 × 34 = 612 |
| | | 6.5 × 11 = 71.5 |
| | | 0.5 × 6.5 × 2 = 6.5 |
| | | Arc = 28.06 |
| First Floor | 893.56 Sq ft | 13 × 13.5 = 175.5 |
| | | 18 × 34 = 612 |
| | | 6.5 × 11 = 71.5 |
| | | 0.5 × 6.5 × 2 = 6.5 |
| | | Arc = 28.06 |
| **Total Living Area (Rounded):** | **1787 Sq ft** | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | |
| Property Address | 107 Rhode Island Ave NW # 4 | | | | | |
| City | Washington | County | District of Columbia | | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | | | |



Exhibit    Aerial Map

| | | | | |
|---|---|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | |
| Property Address | 107 Rhode Island Ave NW # 4 | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | |



## Zoning Map

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
| Property Address | 107 Rhode Island Ave NW # 4 | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | | |



## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.


Quality Ratings and Definitions

Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### Exhibit 1   Page 175 of 185
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

File No.    201801032

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|

Form UADDEFINE2A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW # 4 | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | | |



GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

**Appraiser Board**
*certifies that*
**MICHAEL HEUP**
USAPPRAISAL
2537 Forest Taril Ct
Davidsonville MD 21035

*has met all the requirements prescribed
by law and regulations and is hereby licensed as a(n):*
Certified General Appraiser
License Number: GA10179
Issue Date: 08-25-1992
Expiration Date: 02-28-2018

Director, Department of Consumer and Regulatory Affairs



## LIA Administrators & Insurance Services

### APPRAISAL AND VALUATION
### PROFESSIONAL LIABILITY INSURANCE POLICY



ASPEN

### DECLARATIONS

## ASPEN AMERICAN INSURANCE COMPANY

(A stock insurance company herein called the "Company")
175 Capitol Blvd. Suite 100
Rocky Hill, CT 06067

| Date Issued | Policy Number | Previous Policy Number |
|---|---|---|
| 09/29/2017 | AAI003255-03 | AAI003255-02 |

THIS IS A CLAIMS MADE AND REPORTED POLICY. COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE **CLAIMS** THAT ARE FIRST MADE AGAINST THE **INSURED** DURING THE **POLICY PERIOD** AND THEN REPORT-ED TO THE COMPANY IN WRITING NO LATER THAN SIXTY (60) DAYS AFTER EXPIRATION OR TERMINATION OF THIS POLICY, OR DURING THE **EXTENDED REPORTING PERIOD**, IF APPLICABLE, FOR A **WRONGFUL ACT** COMMITTED ON OR AFTER THE **RETROACTIVE DATE** AND BEFORE THE END OF THE **POLICY PERIOD**. PLEASE READ THE POLICY CAREFULLY.

Item

1. Customer ID: 149618
   Named **Insured:**
   USAPPRAISAL
   SEVERN APPRAISAL MANAGEMENT, LLC.
   2537 Forest Trail Ct.
   Davidsonville, MD 21035

2. **Policy Period:** From: 10/03/2017 To: 10/03/2018
   12:01 A.M. Standard Time at the address stated in 1 above.

3. **Deductible:** $1,000 Each Claim

4. **Retroactive Date:** 10/03/2000

5. **Inception Date:** 10/03/2015

6. **Limits of Liability:** A. $1,000,000 Each Claim
                          B. $2,000,000 Aggregate

7. Mail all notices, including notice of **Claim,** to:
   LIA Administrators & Insurance Services
   1600 Anacapa Street
   Santa Barbara, California 93101
   (800) 334-0652;  Fax: (805) 962-0652

8. **Annual Premium:**      **$1,477.00**

9. **Forms attached at issue:** LIA002 (12/14)  LIA MD (11/14)  LIA012 (12/14)  LIA013 (10/14)
   LIA018 (10/14)  LIA021 (10/14)  LIA131 (10/14)

This Declarations Page, together with the completed and signed Policy Application including all attachments and exhibits thereto, and the Policy shall constitute the contract between the Named Insured and the Company.

09/29/2017
Date                                          By _____
                                                        Authorized Signature
LIA-001 (12/14)                                      Aspen American Insurance Company

**FROM:**

Michael Heup
Michael Heup
2537 Forest Trail Ct
Davidsonville, MD 21035-1117

Telephone Number: (410) 216-6160          Fax Number:

**TO:**

Washington Capital Partners
2815 Hartland Rd.
Falls Church, VA 22043

Telephone Number:                         Fax Number:
Alternate Number:                         E-Mail:

# INVOICE

| INVOICE NUMBER |
| --- |
| 201801032 |

| DATE |
| --- |
| 01/30/2018 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | 201801032 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 201801032 |
| Other File # on form: | |
| Federal Tax ID: | 52-2028631 |
| Employer ID: | |

| DESCRIPTION | | | |
| --- | --- | --- | --- |
| **Lender:** Washington Capital Partners | | **Client:** Washington Capital Partners | |
| **Purchaser/Borrower:** Guadie, Alex/107 Rhode Island Ave LLC | | | |
| **Property Address:** 107 Rhode Island Ave NW # 4 | | | |
| **City:** Washington | | | |
| **County:** District of Columbia | **State:** DC | | **Zip:** 20001 |
| **Legal Description:** Lot 100 Square 3113 Ledroit Park | | | |

| FEES | AMOUNT |
| --- | --- |
| 1073 Unit 4 | 500.00 |

| | SUBTOTAL | 500.00 |
| --- | --- | --- |

| PAYMENTS | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: Cash | Date: 01/29/2018 | Description: | 500.00 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |

| | SUBTOTAL | 500.00 |
| --- | --- | --- |
| | TOTAL DUE    $ | 0.00 |

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
107 Rhode Island Ave NW #3
Washington, DC 20001
Lot 100 Square 3113 Ledroit Park

### FOR
Washington Capital Partners
2815 Hartland Rd
Falls Church, VA 22043

### OPINION OF VALUE
680,000

### AS OF
01/19/2018

### BY
Michael L. Heup
USAppraisal
2537 Forest Trail Ct
Davidsonville, MD 21035
(410) 216-6160
orders@usappraisal.biz

# Individual Condominium Unit Appraisal Report

File # 201801034

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 107 Rhode Island Ave NW # 3 | Unit # 3   City Washington   State DC   Zip Code 20001 |
| Borrower Guadie, Alex/107 Rhode Island Ave LLC | Owner of Public Record 107 Rhode Island Ave LLC   County District of Columbia |
| Legal Description Lot 100 Square 3113 Ledroit Park | |
| Assessor's Parcel # 3113-000-0100 | Tax Year 2017   R.E. Taxes $ 3,500 |
| Project Name 107 Rhode Island Ave Condo | Phase # 1   Map Reference 47894   Census Tract 0033.01 |
| Occupant Owner Tenant Vacant | Special Assessments $ 0   HOA $ 220   per year   per month |
| Property Rights Appraised Fee Simple Leasehold Other (describe) | |
| Assignment Type Purchase Transaction Refinance Transaction Other (describe) Construction Loan | |
| Lender/Client Washington Capital Partners | Address 2815 Hartland Rd, Falls Church, VA 22043 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? Yes No
Report data source(s) used, offering price(s), and date(s). MRIS/Public Records

## CONTRACT

I did did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? Yes No Data Source(s) Public Records
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? Yes No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban Rural | Property Values | Increasing | Stable Declining | PRICE $ (000) | AGE (yrs) | One-Unit | 60 % |
| Built-Up | Over 75% | 25-75% Under 25% | Demand/Supply | Shortage | In Balance Over Supply | | | 2-4 Unit | 10 % |
| Growth | Rapid | Stable Slow | Marketing Time | Under 3 mths | 3-6 mths Over 6 mths | 350 Low 0 | | Multi-Family | 10 % |
| | | | | | | 2,300 High 135 | | Commercial | 10 % |
| | | | | | | 700 Pred. 110 | | Other | 10 % |

Neighborhood Boundaries Neighborhood is bounded by Michigan Ave to the North, New York Ave to the
South, Georgia Ave to the West and Bladensburg Ave to the East
Neighborhood Description Subject is located in the Ledroit Park neighborhood of the city in its northwest quadrant. Easy access to downtown and
suburban locations via North Capitol St, Florida Ave and New York Ave. Area exhibits strong rehabilitation patterns with most older un renovated
properties being upgraded and enlarged where possible. All conveniences are located nearby
Market Conditions (including support for the above conclusions) Conventional rates are currently competitive in the 3-5% range. It is typical in the
marketplace for the seller to pay some points and/or a portion of the closing costs. Given the current active market, with all types of financing
available, it is not necessary to pay any unusual points or concessions. See attached addendum.

## PROJECT SITE

Topography Level   Size Average   Density Conforming   View N;CtyStr;
Specific Zoning Classification MU-4   Zoning Description Residential
Zoning Compliance Legal Legal Nonconforming - Do the zoning regulations permit rebuilding to current density? Yes No
No Zoning Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? Yes No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street Bituminous | | |
| Gas | | | Sanitary Sewer | | | Alley Paved | | |

FEMA Special Flood Hazard Area Yes No   FEMA Flood Zone X   FEMA Map # 1100010017C   FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area? Yes No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? Yes No If Yes, describe
No apparent adverse easements, encroachments, or otherwise unfavorable on-site conditions were observed.

## PROJECT INFORMATION

Data source(s) for project information Developer
Project Description Detached Row or Townhouse Garden Mid-Rise High-Rise Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 4 | Exterior Walls | Brick/Fr | # of Units | 4 | # of Phases | 4 | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Rub Me | # of Units Completed | 0 | # of Units | | # of Planned Units | 4 |
| Existing Proposed | | Total # of Parking | 2 | # of Units For Sale | 0 | # of Units for Sale | 0 | # of Units for Sale | 0 |
| Under Construction | | Ratio (spaces/units) | .5 | # of Units Sold | 0 | # of Units Sold | 0 | # of Units Sold | 0 |
| Year Built | 1900 | Type | Open | # of Units Rented | 0 | # of Units Rented | 0 | # of Units Rented | 0 |
| Effective Age | 10 | Guest Parking | 0 | # of Owner Occupied Units | 0 | # of Owner Occupied Units | 0 | # of Owner Occupied Units | 0 |

Project Primary Occupancy Principal Residence Second Home or Recreational Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? Yes No
Management Group - Homeowners' Association Developer Management Agent - Provide name of management company. Condo Association Was
not formed as of the effective date of the appraisal. Any information stated is an extraordinary assumption
Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? Yes No If Yes, Describe
All four units will own more than 10% each

Was the project created by the conversion of existing building(s) into a condominium? Yes No If Yes, describe the original use and date of conversion.
Shell -2018

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? Yes No If No, describe
Green Space

Is there any commercial space in the project? Yes No If Yes, describe and indicate the overall percentage of the commercial space.

# Individual Condominium Unit Appraisal Report

File # 201801034

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.   Renovated building converted form a rowhouse to a 4 unit building

Describe the common elements and recreational facilities.   Green Space

Are any common elements leased to or by the Homeowners' Association?   Yes   No   If Yes, describe the rental terms and options.

Is the project subject to a ground rent?   Yes   No   If Yes, $   per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?   Yes   No   If No, describe and comment on the effect on value and marketability.   Parking is not typical for the area

I   did   did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.   Appraiser did not analyze the budget as it exceeds the scope of the assignment.

**PROJECT ANALYSIS**

Are there any other fees (other than regular HOA charges) for the use of the project facilities?   Yes   No   If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   High   Average   Low   If High or Low, describe   Based on developers estimate

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?   Yes   No   If Yes, describe and explain the effect on value and marketability.

Unit Charge $ 220   per month X 12 = $ 2,640.00   per year   Annual assessment charge per year per square feet of gross living area = $   2.95
Utilities included in the unit monthly assessment   None   Heat   Air Conditioning   Electricity   Gas   Water   Sewer   Cable   Other (describe)

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | | Car Storage | |
|---|---|---|---|---|---|---|---|---|
| Floor # 2 | Floors | Hdwd/Cpt/New | Fireplace(s) # 0 | | Refrigerator | | None | |
| # of Levels 1 | Walls | Drywall/New | WoodStove(s) #0 | | Range/Oven | | Garage   Covered   Open | |
| Heating Type FWA   Fuel Gas | Trim/Finish | Wood/Good | Deck/Patio | None | Disp   Microwave | | # of Cars   1 | |
| Central AC   Individual AC | Bath Wainscot | Ceramic/New | Porch/Balcony | Balc | Dishwasher | | Assigned   Owned | |
| Other (describe) | Doors | Standard/New | Other | None | Washer/Dryer | | Parking Space #   2 | |
| Finished area **above** grade contains: | | 4 Rooms | 2 Bedrooms | 2.0 Bath(s) | 896 Square Feet of Gross Living Area Above Grade | | | |

Are the heating and cooling for the individual units separately metered?   Yes   No   If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)   Total renovation with all new equipment and fixtures throughout; Rear Balcony

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C2;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;Rooftop Deck

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   Yes   No   If Yes, describe
Appraiser did not note any of these types of deficiencies at the time of inspection unless otherwise noted elsewhere in this report.  The appraiser is not a licensed or qualified home inspector and offers no warranty on this inspection.  If desired, client should seek the services of a licensed and qualified home inspector and/or structural engineer to ascertain the overall integrity of the improvements.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   Yes   No   If No, describe
Property is typical for the area.

**PRIOR SALE HISTORY**

I   did   did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research   did   did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)   MRIS and/or Public Records
My research   did   did not reveal any prior sales or transfers of the comparable sale for the year prior to the date of sale of the comparable sale.
Data source(s)   MRIS and/or Public Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/21/2017 | 04/10/2014 | 04/23/2014 | |
| Price of Prior Sale/Transfer | $901,000 | $560,000 | $600,000 | |
| Data Source(s) | MRIS and/or Pub. Records | MRIS and/or Pub. Records | MRIS and/or Pub. Records | County Records |
| Effective Date of Data Source(s) | 01/19/2018 | 01/31/2018 | 01/19/2018 | 01/31/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.   No previous sales were considered applicable.

# Individual Condominium Unit Appraisal Report

File # 201801034

| | | | |
|---|---|---|---|
| There are | 9 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 522,000 | to $ 995,000 |
| There are | 58 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 509,000 | to $ 850,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 107 Rhode Island Ave NW # 3 | 1401 1st St Nw #2 | 1135 6th St NW | 64 W St Nw #1 |
| Unit # | 3, Washington, DC 20001 | 2, Washington, DC 20001 | 4, Washington, DC 20001-4526 | 1, Washington, DC 20001 |
| Project Name and | 107 RI Ave Condo | 1401 1st St Condo | 1135 6th St Condo | Ledroit Loft Condos |
| Phase | 1 | 1 | 1 | 1 |
| Proximity to Subject | | 0.50 miles S | 0.82 miles SW | 0.22 miles NE |
| Sale Price | $ | $ 740,000 | $ 705,000 | $ 550,000 |
| Sale Price/Gross Liv. Area | $  sq. ft. | $ 705.43 sq. ft. | $ 922.77 sq. ft. | $ 497.74 sq. ft. |
| Data Source(s) | | MRIS#DC9894573;DOM 11 | MRIS#DC9959372;DOM 4 | MRIS#DC9959965;DOM 13 |
| Verification Source(s) | | MRIS/Tax Records | MRIS/Tax Records | MRIS/Tax Records |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION   +(-) $ Adjustment | DESCRIPTION   +(-) $ Adjustment | DESCRIPTION   +(-) $ Adjustment |
| Sales or Financing | | ArmLth | ArmLth | ArmLth |
| Concessions | | Conv;5000 | Conv;0 | Conv;10000 |
| Date of Sale/Time | | s04/17;c04/17 | s07/17;c06/17 | s08/17;c06/17 |
| Location | N;Urban; | N;Urban; | N;Urban; | N;Urban; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | 220 | 193                        0 | 255                        0 | 190                        0 |
| Common Elements | Green Space | Green Space | Green Space | Green Space |
| and Rec. Facilities | | | | |
| Floor Location | 2 | 2                   -20,000 | 2                   -20,000 | Terr               +20,000 |
| View | N;CtyStr; | N;CtyStr; | N;CtyStr; | N;CtyStr; |
| Design (Style) | RT1L;Federal | O2L;Contemp       0 | RT1L;Victorian     0 | RT1L;Colonial       0 |
| Quality of Construction | Q3 | Q3 | Q3 | Q3 |
| Actual Age | 118 | 4                  -10,000 | 117 | 105                        0 |
| Condition | C2 | C2 | C2 | C2 |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | Total  Bdrms.  Baths | Total  Bdrms.  Baths |
| Room Count | 4    2    2.0 | 5    2    2.1      -5,000 | 4    2    2.0 | 4    2    2.0 |
| Gross Living Area | 896 sq. ft. | 1,049 sq. ft.    -22,950 | 764 sq. ft.    +19,800 | 1,105 sq. ft.    -31,350 |
| Basement & Finished | 0sf | 0sf | 0sf | 0sf |
| Rooms Below Grade | | | | |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Thermopanes | Thermopanes | Thermopanes | Thermopanes |
| Garage/Carport | 1op | 1op | 1op | None               +50,000 |
| Porch/Patio/Deck | Balcony | Roof Deck       -10,000 | Roof Deck       -10,000 | Patio                      0 |
| Fireplace | None | None | None | None |
| Net Adjustment (Total) | | +   - $   -67,950 | +   - $   -10,200 | +   - $   38,650 |
| Adjusted Sale Price | | Net Adj.   9.2 % | Net Adj.   1.4 % | Net Adj.   7.0 % |
| of Comparables | | Gross Adj.  9.2 % $   672,050 | Gross Adj.  7.1 % $   694,800 | Gross Adj.  18.4 % $   588,650 |

Summary of Sales Comparison Approach   See attached addendum for all additional sales comparison approach comments.

Indicated Value by Sales Comparison Approach $   680,000

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____   X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach _____
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $   680,000        Income Approach (if developed) $ _____

This appraisal has been completed in order to estimate the market value of the subject.  Consideration has been given to all factors, including and not limited to market condition, financing terms, location, subject condition, and competition.

This appraisal is made   "as is",   subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,   subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or   subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  Subject to completion of renovations per plans provided to the appraiser

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   680,000   , as of   01/19/2018   , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005                    UAD Version 9/2011   Page 3 of 6                    Fannie Mae Form 1073 March 2005

Form 1073UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Individual Condominium Unit Appraisal Report

File # 201801034

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:  The intended user of this appraisal report is the lender/client.

MARKET VALUE:  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.