# Individual Condominium Unit Appraisal Report

File # 201801034

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 201801034

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Michael L. Heup | Name |
| Company Name   USAppraisal | Company Name |
| Company Address   2537 Forest Trail Ct. | Company Address |
| Davidsonville, MD 21035 | |
| Telephone Number   (410) 216-6160 | Telephone Number |
| Email Address   orders@usappraisal.biz | Email Address |
| Date of Signature and Report   01/31/2018 | Date of Signature |
| Effective Date of Appraisal   01/19/2018 | State Certification # |
| State Certification #   GA10179 | or State License # |
| or State License # | State |
| or Other (describe)                    State # | Expiration Date of Certification or License |
| State   DC | |
| Expiration Date of Certification or License   02/28/2018 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED
 107 Rhode Island Ave NW # 3
 3, Washington, DC 20001
APPRAISED VALUE OF SUBJECT PROPERTY $          680,000
LENDER/CLIENT
 Name   No AMC
 Company Name   Washington Capital Partners
 Company Address   2815 Hartland Rd, Falls Church, VA 22043

 Email Address

SUBJECT PROPERTY

 Did not inspect subject property
 Did inspect exterior of subject property from street
 Date of Inspection
 Did inspect interior and exterior of subject property
 Date of Inspection

COMPARABLE SALES

 Did not inspect exterior of comparable sales from street
 Did inspect exterior of comparable sales from street
 Date of Inspection

# Individual Condominium Unit Appraisal Report

File # 201801034



| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address and | 107 Rhode Island Ave NW # 3 | 64 W St NW | | 2015 Flagler Pl NW | | | |
| Unit # | 3, Washington, DC 20001 | 2, Washington, DC 20001-1014 | | 1, Washington, DC 20001 | | | |
| Project Name and | 107 RI Ave Condo | Ledroit Loft Condos | | 2015 Flagler Condos | | | |
| Phase | 1 | 1 | | | | | |
| Proximity to Subject | | 0.22 miles NE | | 0.11 miles NW | | | |
| Sale Price | $ | $ | 645,000 | $ | 636,425 | $ | |
| Sale Price/Gross Liv. Area | $        sq. ft. | $ 583.71 sq. ft. | | $ 613.72 sq. ft. | | $        sq. ft. | |
| Data Source(s) | | MRIS#DC9958713;DOM 37 | | MRIS#DC9944175;DOM 4 | | | |
| Verification Source(s) | | MRIS/Tax Records | | MRIS/Tax Records | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | | |
| Concessions | | Conv;0 | | Conv;0 | | | |
| Date of Sale/Time | | s07/17;c07/17 | | s06/17;c05/17 | | | |
| Location | N;Urban; | N;Urban; | | N;Urban; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| HOA Mo. Assessment | 220 | 190 | 0 | 244 | 0 | | |
| Common Elements and Rec. Facilities | Green Space | Green Space | | Green Space | | | |
| Floor Location | 2 | 1 | +10,000 | 1 | +10,000 | | |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | | |
| Design (Style) | RT1L;Federal | RT1L;Colonial | 0 | RT2L;Federal | 0 | | |
| Quality of Construction | Q3 | Q3 | | Q3 | | | |
| Actual Age | 118 | 105 | 0 | 111 | 0 | | |
| Condition | C2 | C2 | | C2 | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 4    2    2.0 | 4    2    2.0 | | 5    2    2.1 | -5,000 | | |
| Gross Living Area | 896 sq. ft. | 1,105 sq. ft. | -31,350 | 1,037 sq. ft. | -21,150 | sq. ft. | |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | | |
| Energy Efficient Items | Thermopanes | Thermopanes | | Thermopanes | | | |
| Garage/Carport | 1op | 1op | | None | +50,000 | | |
| Porch/Patio/Deck | Balcony | Deck | 0 | Patio | 0 | | |
| Fireplace | None | None | | None | | | |
| Net Adjustment (Total) | | + ☒ - $ | -21,350 | + ☒ - $ | 33,850 | + ☐ - $ | |
| Adjusted Sale Price | | Net Adj. 3.3 % | | Net Adj. 5.3 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 6.4 % $ | 623,650 | Gross Adj. 13.5 % $ | 670,275 | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/21/2017 | | | |
| Price of Prior Sale/Transfer | $901,000 | | | |
| Data Source(s) | MRIS and/or Pub. Records | MRIS and/or Pub. Records | County Records | |
| Effective Date of Data Source(s) | 01/19/2018 | 01/19/2018 | 01/31/2018 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

*(Vertical side labels: SALES COMPARISON APPROACH, SALE / TRANSFER HISTORY, ANALYSIS / COMMENTS)*

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW # 3 | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20001 |
| Lender/Client | Washington Capital Partners | | | | | | |

**Condition Of The Property**
No functional or external obsolescence factors noted.  Subject enjoys a market tested floorplan with no apparent inadequacies.

**Comments on the Sales Comparison Approach**
All Comparables are verified closed sales.  Non-realty items were not considered in final value estimate.  Comparables selected represent the most similar available properties to the subject at the time of the inspection and are adjusted for any significant variance between them and the subject.

Selected sales represent the best available at the time of the inspection.  Other sales considered would have required more and less desirable adjustments.

Some of the Comparables are over 6 months old, however, is the most similar type property that has sold in the market area and was the best available at the time of the appraisal.  Every effort has been made to use comparables that have sold within six months of the appraisal date.  However, in order to use comparable sales of the most similar homes, it is sometimes necessary to extend beyond the six month period.

Condition adjustment(s) on comparable(s) reflect the appraisers opinion of the impact on value the variance in overall condition would contribute.  This is based on exterior inspection and/or discussions with individuals involved in the transactions.

Gross living area shown for the subject property based on actual field measurements of the building along with a review of the preliminary plans provided to the appraiser..  When taking measurements is not feasible the information is gathered from various sources including MRIS, public tax records, realtors, buyers and/or sellers and when available, our office files.  Slight variations in size will not typically have an effect on the estimate of value.

Square footage was adjusted at $150.00 per square foot and rounded. Adjustments made in "

Adjustment of this magnitude are considered typical when comparing upper bracket properties that present a wide variety of well accepted amenities to the marketplace.

Adjustments for upgrades and/or options reflect the variance between the subject and the comparables for various items which impact the sales price and value.  Singularly, these items singularly may not be significant; when considered in the aggregate they do impact the overall value.  Adjustments are based on market reaction to these items and not cost.

 Due to the scarcity of sales available for comparison some of the adjustments (net and gross) may exceed normal guidelines.  The appraiser has adjusted for this variance based on market reaction to this variance and in the opinion of the appraiser this variance is supported in the market.  These were the best sales available for comparison at the time of the appraisal and other sales would have required larger overall adjustments.

No adjustments were made for financing because, in the appraisers opinion, there were similar terms readily available in the market place and financing thus did not affect the sales price.

 An examination of the available market data indicates that these comparables represent the most recent, most similar, most proximate sales available and as such are considered valid for determining an estimate of market value.

Appraiser has considered all sales in the analysis and placed most emphasis on comparable #2 as it is the most recent sale, required the least overall adjustments  and reflect current market conditions

**Final Reconciliation**
For purposes of this report, most weight has been given to the Market Approach to value to determine a final value estimate.

Due to the scarcity of rental sales in the area the income approach was not considered applicable

Cost Approach not applicable for a condominium unit

**Additional Comments**
No employee, director, office, or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result, or review of the assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner. I have not been contacted by anyone other than the intended user (lender/client as identifies on the first page of the report), borrower, or designated contact to make an appointment to enter the property. I agree to immediately report any unauthorized contacts either personally by phone or electronically to the client.

Use of this data, in whole or part, for other purposes is not intended by the appraiser. Nothing set forth in the appraisal should be relied upon for the purpose of determining the amount or type of insurance coverage to be placed on the subject property. The appraiser assumes no liability for and does not guarantee that any insurable value estimate inferred form this report will result in the subject property being fully insure for any loss that may be sustained.

**Extra Comments**

GENERAL COMMENTS

The appraiser has not been informed, nor has the appraiser any knowledge of, the existence of any environmental or health impediment which, if known, could have a negative impact on the market value of the subject property.  The valuation contained herein is not valid if any hazardous items are found to be in the subject property and not noted within the appraisal report, including but not limited to: Ureaformaldehyde Foam Insulation, Radon Gas, Asbestos Products, Lead or Lead Based Products, or Toxic Waste Contaminants.

We are unable to verify the existence of potentially hazardous materials used in the construction or maintenance of the subject improvements, such as the presence of Ureaformaldehyde Insulation and/or the existence of Radon Gas, which may or may not be present on the property.  None of these items were observed by the appraiser on the date of our inspection, nor do we have any knowledge of the existence of such material on or in the property.  However, the appraiser is not qualified to detect such

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW # 3 | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | | | |

substances. The existence of Ureaformaldehyde Insulation or other potentially hazardous materials may have an effect on the value of the subject property. We urge the client to retain an expert in this field to determine the existence of such properties. Any information about insulation stated on the appraisal report was provided by the owner or agent or taken from experience in the area and is assumed to be accurate.

FLOOD MAP

HUD Flood Map information is furnished from the National Flood Insurance Program by the Federal Emergency Management Agency. The appraiser has made an informed estimate from the FEMA Flood Maps (if available) on the Flood & Hazard Zone in which the subject may be located. These flood maps are used as guides for the appraiser . Their scale and the lack of reference points may render them inaccurate. We do not guarantee the existence or non-existence of the reported zone. This determination is done by surveyors and we suggest they be employed to determine the subject's flood zone.

STATEMENT OF APPRAISAL STANDARDS NUMBER 2-2(b)

This appraisal report has been developed as a Complete Appraisal and is presented in Appraisal Report Format pursuant to Statement on Appraisal Standards Number 2-2(b).

APPRAISAL DEVELOPMENT AND REPORTING PROCESS.

The undersigned hereby certified that this appraisal conforms to the Uniform Standards of Professional Appraisal Practice issued by the Appraisal Standards Board of the Appraisal Foundation (1994) Edition and 1994 Mid-year Supplement) to the applicable provisions of Title XI of Financial Institutions Reform, Recovery and Enforcement Act of 1989, 12 U.S.C. 3310, 3331-3351 and to the applicable regulations of the Federal Reserve System, 12 CRF Parts 208 and 225.

This is an Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for an Appraisal Report and to the applicable regulations of the Federal Reserve System, 12 CRF Parts 208 and 225. As such, it presents only summary discussions of the data, reasoning and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation that is not provided with the report concerning the data, reasoning and analyses is retained in the appraiser's file. The depth of the discussion contained in this report is specific to the needs of the client and for the intended use stated in the report. The appraiser is not responsible for the unauthorized use of this report.

To develop the opinion of value, the appraiser performed a complete appraisal process, as defined by the Uniform Standards of Professional Appraisal Practice. This means that no departures from Standard 1 were invoked.

PURPOSE AND FUNCTION OF APPRAISAL

The purpose of this appraisal is to estimate the market value of the subject property as of the effective date of the appraisal.

"Market Value" is defined by the Office of the Comptroller of the Currency under 12 CFR, Park 34, Subpart C - Appraisals.

In determining the market value of a property, the appraiser attempts to utilize the three recognized methods of valuation; the Cost, Income and Direct Sales Comparison Approach, in arriving at the final value estimates.

If applicable, in the Cost Approach, the appraiser utilized a nationally recognized cost service, along with other accumulated data, in determining the cost to construct the improvements. The estimated "cost new" is then lowered by the appropriate amount of depreciation, as estimated by the appraiser. The five basic types of depreciation are: physical curable, physical incurable, functional curable, functional incurable and locational. These amounts are derived from various sources and are verified in the market.

If applicable, the Income Approach, or Gross Rent Multiplier (GRM), is generally not utilized in residential properties, as the primary purpose of most sales is for owner occupancy. In a market where there is a significant amount of data available, the appraiser will establish a market rent using comparable rentals in the marketplace and multiplies this market rent by a market derived multiplier (sales price divided by gross monthly rent) to determine the indicated value of the property by the Income Approach.

The Direct Sales Analysis, generally accepted as the most valid method of determining value of a residential property, involves the inspection of the subject property and its comparison to verifiable sales of similar properties within the marketplace.

The comparables chosen are adjusted to the subject for variances such as size, condition, amenities, date of sale, etc., by utilizing "paired sales analysis". This is the exercise where the appraiser researches two sales which are identical except for one item, such as size, and abstracts the market indicated adjustment for the specific item. This, along with the appraisers experience within the marketplace, enables him to properly adjust the comparables to reflect the value of the subject property.

The appraiser abides by the Standards of Professional Practice and Conduct, Code of Ethics, of the Appraisal Institute which includes the Uniform Standards of Professional Appraisal Practice.

Upon completion of the applicable methods of valuation, the appraiser correlates these values and establishes a final value estimate. The appraisal process, of which the appraisal report is the end product, involves several steps. Initially, the appraiser researches the available data through municipal records, etc. to determine the lot size, building size, legal description, etc., of the subject property. Then the appraiser begins the search for comparable sales (and rentals, if applicable) by utilizing one or more of the available data sources. These sources can be Courthouse Records 10 % Other Land Use represents vacant land as well as non-residential governmental uses, such as, schools, parks, etc. There is no indicated negative influence from any of the uses., local Multiple Listing Services of the Realtors, as well as local builders and developers. Upon inspection of the subject property, the appraiser inspects the comparables, including a complete external inspection and verifies as much data as possible including size, condition and amenities. Upon selection of comparables to be used the appraiser verifies all pertinent data on the sale and insures that it is an "arms length" transaction. The Cost and Income Approaches are completed, if

File No. 201801034    Page # 6

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | | |
| Property Address | 107 Rhode Island Ave NW # 3 | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20001 |
| Lender/Client | Washington Capital Partners | | | | | | |

File No. 201801034

applicable, and the appraisal is typed and delivered to the client.

The appraiser may have utilized an electronic signature in the completion of this report. The signature was completed in conjunction with software designed by Polaroid/ACI and fully conforms to all security requirements as determined by The Appraisal Foundation.

The photographs used in this appraisal are digital photos utilizing imaging technology. The appraiser personally inspected and photographed the subject and all comparables utilized in this appraisal, however, some of the comparable photographs may have been down loaded from an on line provider which better depicts the comparable at the time of sale. The photographs used in this appraisal are a true and current representation of the subject property and the comparable sales utilized in this report. Although the photographs may have been enhanced during the finishing process, no alterations were made to the images which would misrepresent the appearance of the subject property or comparables.

The physical inspection of the property is necessary to gather the data for an appraisal of market value. The appraisal is not a professional home inspection report. The appraiser is not qualified as a structural expert or home engineer. The appraiser has not tested the property's insulation or tested for the presence of radon gas. The appraiser is not qualified to detect termites or other infestation. Termite inspections are customary in the area and should be performed by a qualified pest expert. No opinion is rendered in the appraisal report as to the structural integrity of the residence, nor would the report be considered as a substitute for a professional home inspection which could detect significant defects in the property, which, if present and discovered, may have a negative impact on the estimated value.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and the Definition of Market value. No additional intended users are identified by the appraiser.

## Market Conditions Addendum to the Appraisal Report

File No. 201801034

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 107 Rhode Island Ave NW # 3 | City Washington | State DC | ZIP Code 20001 |
|---|---|---|---|---|

| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
|---|---|

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data sources is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4-6 Months | Current – 3 Months | | Overall Trend | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 34 | 16 | 8 | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | 5.67 | 5.33 | 2.67 | Increasing | Stable | Declining |
| Total # of Comparable Active Listings | 12 | 13 | 9 | Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 2.12 | 2.44 | 3.38 | Declining | Stable | Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4-6 Months | Current – 3 Months | | Overall Trend | |
| Median Comparable Sale Price | $640,713 | $682,750 | $634,500 | Increasing | Stable | Declining |
| Median Comparable Sales Days on Market | 7 | 11 | 28.5 | Declining | Stable | Increasing |
| Median Comparable List Price | $612,450 | $649,900 | $625,000 | Increasing | Stable | Declining |
| Median Comparable Listings Days on Market | 70 | 25 | 60 | Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 100 | 100 | 100.01 | Increasing | Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | Yes | No | Declining | Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller concessions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).     The MRIS MLS indicates there were 58 closed sales during the past 12 months and 20 of those sales contained seller concessions which is 34% of the total transactions in this market area. Prior Months 7-12: 34 Sales; 10 with concessions; 29% of sales for this period. 4-6: 16 Sales; 6 with concessions; 38% of sales for this period. 0-3: 8 Sales; 4 with concessions; 50% of sales for this period. The concessions ranged between $500 and $20,000. The median concession amount is $7,500.

Are foreclosure sales (REO sales) a factor in the market?     Yes     No     If yes, explain (including the trends in listings and sales of foreclosed properties).
The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed properties that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information.     The MRIS MLS was the data source used to complete the Market Conditions Addendum. Effective date ; January 19, 2018

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
market appears to be stable.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
| Total # of Comparable Sales (Settled) | 0 | 0 | 0 | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | 0 | 0 | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | 0 | 0 | 0 | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | 0 | 0 | 0 | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?     Yes     No     If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.     New project no sales activity

Summarize the above trends and address the impact on the subject unit and project.     New project no sales activity

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name | Michael L. Heup | Supervisory Appraiser Name | |
| Company Name | USAppraisal | Company Name | |
| Company Address | 2537 Forest Trail Ct., Davidsonville, MD 21035 | Company Address | |
| State License/Certification # | GA10179     State   DC | State License/Certification # | State |
| Email Address | orders@usappraisal.biz | Email Address | |

| Freddie Mac Form 71   March 2009 | Page 1 of 1 | Fannie Mae Form 1004MC   March 2009 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | | |
| Property Address | 107 Rhode Island Ave NW # 3 | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20001 |
| Lender | Washington Capital Partners | | | | | |

File No. 201801034

This report was prepared under the following USPAP reporting option:

| Appraisal Report | This report was prepared in accordance with USPAP Standards Rule 2-2(a). |
|---|---|
| Restricted Appraisal Report | This report was prepared in accordance with USPAP Standards Rule 2-2(b). |

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     One to three months

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

    I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

    I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

| **APPRAISER:** | **SUPERVISORY APPRAISER: (only if required)** |
|---|---|
| Signature: | Signature: |
| Name:   Michael L. Heup | Name: |
| Date Signed:   01/31/2018 | Date Signed: |
| State Certification #:   GA10179 | State Certification #: |
| or State License #: | or State License #: |
| State:   DC | State: |
| Expiration Date of Certification or License:   02/28/2018 | Expiration Date of Certification or License: |
| Effective Date of Appraisal:   01/19/2018 | Supervisory Appraiser Inspection of Subject Property: |
| | Did Not          Exterior-only from Street          Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Subject Photo Page**

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| Property Address | 107 Rhode Island Ave NW # 3 |
| City | Washington |
| Lender/Client | Washington Capital Partners |

County  District of Columbia          State  DC     Zip Code  20001



### Subject Front

107 Rhode Island Ave NW # 3

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 896 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 118 |



### Subject Rear



### Subject Street

**Photograph Addendum**

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| Property Address | 107 Rhode Island Ave NW # 3 |
| City | Washington |
| Lender/Client | Washington Capital Partners |

County District of Columbia    State DC    Zip Code 20001


**Current Interior**


**Current Interior**


**Current Interior**


**Parking Area**


**Current Interior**


**Parking Area**


**Alley**


**Alt Street Scene**

Comparable Photo Page

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| Property Address | 107 Rhode Island Ave NW # 3 |
| City | Washington |
| County | District of Columbia |
| State | DC |
| Zip Code | 20001 |
| Lender/Client | Washington Capital Partners |



### Comparable 1

| | |
|---|---|
| 1401 1st St Nw #2 | |
| Prox. to Subject | 0.50 miles S |
| Sales Price | 740,000 |
| Gross Living Area | 1,049 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 4 |



### Comparable 2

| | |
|---|---|
| 1135 6th St NW | |
| Prox. to Subject | 0.82 miles SW |
| Sales Price | 705,000 |
| Gross Living Area | 764 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 117 |



### Comparable 3

| | |
|---|---|
| 64 W St Nw #1 | |
| Prox. to Subject | 0.22 miles NE |
| Sales Price | 550,000 |
| Gross Living Area | 1,105 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 105 |

**Comparable Photo Page**

| | | |
|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | |
| Property Address | 107 Rhode Island Ave NW # 3 | |
| City | Washington | County District of Columbia    State DC    Zip Code 20001 |
| Lender/Client | Washington Capital Partners | |



### Comparable 4

64 W St NW

| | |
|---|---|
| Prox. to Subject | 0.22 miles NE |
| Sale Price | 645,000 |
| Gross Living Area | 1,105 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 105 |



### Comparable 5

2015 Flagler Pl NW

| | |
|---|---|
| Prox. to Subject | 0.11 miles NW |
| Sale Price | 636,425 |
| Gross Living Area | 1,037 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Urban; |
| View | N;CtyStr; |
| Site | |
| Quality | Q3 |
| Age | 111 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

**Building Sketch**

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| | 107 Rhode Island Ave NW # 3 |
| | Washington                District of Columbia           DC          20001 |
| Lender/Client | Washington Capital Partners |

Borrower          Guadie, Alex/107 Rhode Island Ave LLC
Property Address  107 Rhode Island Ave NW # 3
City              Washington                    County  District of Columbia          State  DC     Zip Code  20001
Lender/Client     Washington Capital Partners



| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 107 Rhode Island Ave NW # 3 | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | | |



# Zoning Map

| | | | | |
|---|---|---|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC | | | |
| Property Address | 107 Rhode Island Ave NW # 3 | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | |



## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|

| | |
|---|---|
| Borrower | Guadie, Alex/107 Rhode Island Ave LLC |
| Property Address | 107 Rhode Island Ave NW # 3 |
| City | Washington |
| Lender/Client | Washington Capital Partners |

County District of Columbia    State DC    Zip Code 20001



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

**Appraiser Board**
*certifies that*
**MICHAEL HEUP**
**USAPPRAISAL**
**2537 Forest Taril Ct**
**Davidsonville MD 21035**

*has met all the requirements prescribed
by law and regulations and is hereby licensed as a(n):*
Certified General Appraiser
License Number: GA10179
Issue Date: 08-25-1992
Expiration Date: 02-28-2018

Director, Department of Consumer and Regulatory Affairs





**LIA Administrators & Insurance Services**

ASPEN

## APPRAISAL AND VALUATION
## PROFESSIONAL LIABILITY INSURANCE POLICY

**DECLARATIONS**

### ASPEN AMERICAN INSURANCE COMPANY
(A stock insurance company herein called the "Company")
175 Capitol Blvd. Suite 100
Rocky Hill, CT 06067

| Date Issued | Policy Number | Previous Policy Number |
|---|---|---|
| 09/29/2017 | AAI003255-03 | AAI003255-02 |

THIS IS A CLAIMS MADE AND REPORTED POLICY. COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED DURING THE **POLICY PERIOD** AND THEN REPORTED TO THE COMPANY IN WRITING NO LATER THAN SIXTY (60) DAYS AFTER EXPIRATION OR TERMINATION OF THIS POLICY, OR DURING THE **EXTENDED REPORTING PERIOD**, IF APPLICABLE, FOR A **WRONGFUL ACT** COMMITTED ON OR AFTER THE **RETROACTIVE DATE** AND BEFORE THE END OF THE **POLICY PERIOD**. PLEASE READ THE POLICY CAREFULLY.

Item

1. Customer ID: 149618
   Named Insured:
   USAPPRAISAL
   SEVERN APPRAISAL MANAGEMENT, LLC.
   2537 Forest Trail Ct.
   Davidsonville, MD 21035

2. **Policy Period:** From: 10/03/2017 To: 10/03/2018
   12:01 A.M. Standard Time at the address stated in 1 above.

3. **Deductible:** $1,000 Each Claim

4. **Retroactive Date:** 10/03/2000

5. **Inception Date:** 10/03/2015

6. **Limits of Liability:**  A.  $1,000,000   Each Claim
   B.  $2,000,000   Aggregate

7. Mail all notices, including notice of **Claim**, to:
   LIA Administrators & Insurance Services
   1600 Anacapa Street
   Santa Barbara, California 93101
   (800) 334-0652;   Fax: (805) 962-0652

8. **Annual Premium:**     **$1,477.00**

9. Forms attached at issue:  LIA002 (12/14)  LIA MD (11/14)  LIA012 (12/14)  LIA013 (10/14)
   LIA018 (10/14)  LIA021 (10/14)  LIA131 (10/14)

This Declarations Page, together with the completed and signed Policy Application including all attachments and exhibits thereto, and the Policy shall constitute the contract between the Named Insured and the Company.

09/29/2017
Date

By _____
Authorized Signature

LIA-001 (12/14)

Aspen American Insurance Company

FROM:

Michael Heup
Michael Heup
2537 Forest Trail Ct
Davidsonville, MD 21035-1117

Telephone Number: (410) 216-6160        Fax Number:

TO:

Washington Capital Partners
2815 Hartland Rd
Falls Church, VA 22043

Telephone Number:                Fax Number:
Alternate Number:                E-Mail:

# INVOICE

| INVOICE NUMBER |
|---|
| 201801034 |
| **DATE** |
| 01/30/2018 |

| **REFERENCE** | |
|---|---|
| Internal Order #: | 201801034 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 201801034 |
| Other File # on form: | |
| Federal Tax ID: | 52-2028631 |
| Employer ID: | |

## DESCRIPTION

| | |
|---|---|
| **Lender:** Washington Capital Partners | **Client:** Washington Capital Partners |
| **Purchaser/Borrower:** Guadie, Alex/107 Rhode Island Ave LLC | |
| **Property Address:** 107 Rhode Island Ave NW # 3 | |
| **City:** Washington | |
| **County:** District of Columbia | **State:** DC        **Zip:** 20001 |
| **Legal Description:** Lot 100 Square 3113 Ledroit Park | |

| FEES | AMOUNT |
|---|---|
| 1073 Unit 3 | 400.00 |
| | |
| **SUBTOTAL** | 400.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #: Cash    Date: 01/29/2018    Description: | 400.00 |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | 400.00 |
| **TOTAL DUE  $** | 0 |





## 429 KENNEDY ST NW

429 Kennedy St NW

Washington, District of Columbia 20011

**PREPARED FOR**
Jared Fausaught
Director of Sales
Washington Capital Partners
2815 Hartland Road, Suite 200
Falls Church, VA 22043

**PREPARED BY**
Archstone Appraisal Group
1629 K Street NW, Suite 300
Washington, DC 20006
File No: 20-0100

 **ARCHSTONE APPRAISAL GROUP**
1629 K Street NW, Suite 300
Washington, DC 20006
+1 (202) 600-7696

June 3, 2020

Jared Fausaught
Director of Sales
Washington Capital Partners
2815 Hartland Road, Suite 200

Falls Church, VA 22043

**RE:   429 Kennedy St NW Update**

429 Kennedy St NW, Washington, District of Columbia 20011

Archstone Appraisal Group File No: 20-0100

Mr. Fausaught:

Archstone Appraisal Group is proud to present the appraisal that satisfies the agreed upon scope of work with Washington Capital Partners. The subject is a 4,760 SF Land (Multi-Family Land) located at 429 Kennedy St NW, Washington, District of Columbia holding partial improvements.

The site was purchased with an existing structure which was razed with to be replace by a proposed multifamily development. A building permit was approved on 08/22/2018, as indicated by the Department of Consumer and Regulatory Affairs (DCRA). According to it, as well as plans provided by the client, the new construction will consist of a 4-story multi-family building expected to contain 19 condos within 20,005 SF of gross building area, including a cellar level and penthouse level. The floor plans and unit mixes are described as follows:

| Unit Mix | | |
| --- | --- | --- |
| Level | 1 BD | 2 BD |
| Cellar Level | 2 | 2 |
| First Floor | - | 2 |
| Second Floor | 2 | 2 |
| Third Floor | 2 | 2 |
| Fourth Floor | 2 | 2 |
| Penthouse | - | 1 |
| **Total** | **8** | **11** |



The purpose of this appraisal is to develop opinions of the As-Is Market Value (Fee Simple) and Prospective Upon Completion (Fee Simple). The following table conveys the final opinions of values that is developed in this appraisal:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| VALUATION SCENARIO | INTEREST APPRAISED | DATE | VALUE |
| As-Is Market Value | Fee Simple | April 23, 2020 | $1,900,000 |
| Aggregate Unit Sales Value | Fee Simple | November 24, 2021 | $8,850,000 |
| Prospective Upon Completion | Fee Simple | November 24, 2021 | $7,480,000 |

This report intends to conform to the current Uniform Standards of Professional Appraisal Practice (USPAP).

**Extraordinary Assumptions -** For this analysis, we expect the building will be completed approximately 9 months from the date of inspection. We also expect that construction will be of good, competitive workmanship and comparable in design as presented in the provided architectural plans, with finishes as indicated or described, similar to the comparable unit sales in the immediate area.

**Hypothetical Conditions -** No Hypothetical Conditions were made for this assignment.

If there are any specific questions or concerns regarding the attached appraisal report, or if Archstone Appraisal Group can be of additional assistance, please contact the individuals listed below.

Guidance from The Appraisal Institute ("AI") on the impact of the current Coronavirus pandemic (Covid 19) on real estate and operating company valuations recommends **against** applying an "Extraordinary Assumption" (EA) for this situation. Such EA's have, in the past, served as a conditional impact on reported values. In this instance, AI is **insisting** that the appraisal community perform proper due diligence on all projects to the extent possible, even in view of the pandemic.

That said, measurable and quantifiable impacts on value impacts cannot be fully know at this time for the vast majority of property or operating company valuation cases. It is simply too early (30 days) in the process. Reliance on or comparisons to other "similar" "force majeure" events may or may not be parallel in terms of economic impact. In addition, the recent pandemic will have different consequences on different asset types and/or locations. Hotels, as a general example, will be impacted differently than apartment properties.

**AI, in effect, is requiring appraisers to describe and consider how the pandemic may influence values, in the event definable impacts are not yet evident. Archstone agrees with this suggested guideline. Archstone will comment on potential value impacts as needed for each property/asset valuation.**



Sincerely,

**ARCHSTONE APPRAISAL GROUP**

R. Ashton Rowles, MAI, MRICS

Certified General Real Estate Appraiser

District of Columbia License No. GA11991

Expiration Date 2/28/2022

+1 (720) 998-7319

ashton.rowles@archstone.group

Ericka Simmons

Certified General Real Estate Appraiser

District of Columbia License No.GA12170

Expiration Date 2/28/2022

+1 (202) 600-7696

ericka.simmons@archstone.group

# ▶ TABLE OF CONTENTS

**LETTER OF TRANSMITTAL**

**INTRODUCTION**
Executive Summary _____

# EXECUTIVE SUMMARY

## PROPERTY IDENTIFICATION

| | |
|---|---|
| Name | 429 Kennedy St NW |
| Property | Land - Multi-Family Land |
| Address | 429 Kennedy St NW |
| City, State Zip | Washington, District of Columbia 20011 |
| County | District of Columbia County |
| MSA | Washington-Arlington-Alexandria, DC-VA-MD-WV MSA |
| Market / Submarket | Washington, DC / Brightwood Park MF |
| Geocode | 38.9566464, -77.0190003 |
| Census Tract | 11-001-002102 |

## SITE DESCRIPTION

| | | |
|---|---|---|
| Number of Parcels | 1 | |
| Assessor Parcel Number | 3260 0040 | |
| Land Area | Square Feet | Acres |
|   Usable | 4,760 | 0.1093 |
|   Total | 4,760 | 0.1093 |
| Zoning | Mixed-Use (MU-4) | |
| Shape | Rectangular | |
| Topography | Level to Sloping above street grade | |
| Flood Zone | Zone X (Unshaded) | |
| Seismic Zone | Low Risk | |

## QUALITATIVE ANALYSIS

| | |
|---|---|
| Site Quality | Average |
| Site Access | Average |
| Site Exposure | Average |
| Site Utility | Average |
| Building Quality | Good |
| Building Condition | Good |
| Building Appeal | Good |

# ▶ EXECUTIVE SUMMARY                                                     (CONTINUED)

## VALUE CONCLUSION

| VALUATION SCENARIOS | AS-IS MARKET VALUE | PROSPECTIVE UPON COMPLETION |
|---|---|---|
| Interest | Fee Simple | Fee Simple |
| Date | April 23, 2020 | December 1, 2021 |
| Site Value | $1,900,000 | |
| Cost Approach - Bulk Value upon completion | - | $6,580,000 |
| Sales Approach - Aggregate Unit Values | - | $8,850,000 |
| *Income Approach - Bulk Value upon completion* | - | *$7,480,000* |
| FINAL VALUE CONCLUSION | $1,900,000 | $7,480,000 |

## MARKET VALUE CONCLUSION

| VALUATION SCENARIO | INTEREST APPRAISED | DATE | VALUE |
|---|---|---|---|
| As-Is Market Value | Fee Simple | April 23, 2020 | $1,900,000 |
| Aggregate Unit Sales Value | Fee Simple | November 24, 2021 | $8,850,000 |
| Prospective Upon Completion | Fee Simple | November 24, 2021 | $7,480,000 |

► AERIAL PHOTOGRAPH



▶ SUBJECT PROPERTY PHOTOGRAPHS



Subject Front – Current Improvement



Subject Rear from the Street



Subject Rear



Kennedy St NW Looking East; Subject on Left



Rear Alley



Subject in Rear

## ► SUBJECT PROPERTY PHOTOGRAPHS                    (CONTINUED)



Proposed Construction Front



Interior Rendering - Kitchen



Interior Rendering - Bathroom



# IDENTIFICATION OF ASSIGNMENT

## PROPERTY IDENTIFICATION

The subject is a multi-family land use with partial improvements expected to be replaced with a new construction development that will total 15,237 SF (NRA) on 0.1093-acres (4,760 SF) located at 429 Kennedy St NW in Washington, District of Columbia County, District of Columbia. The assessor parcel number is: 3260 0040.  The legal description of the subject property is as follows:

**All that certain lot or parcel of land situate in the District of Columbia and being more particularly described as follows:**

**Lot 40 in Square 3260 in the subdivision made by Margaret Polwarth and Marth F. Reiss, per plat recorded in Liber 100 at Folio 15 in the Office of the Surveyor for the District of Columbia.**

**Property Address: 429 Kennedy Street, NW, Washington, DC 20011**
**SSL: 3260 0040**

The legal description is obtained from the District of Columbia Office of Tax and Revenue Recorder of Deeds.

## CLIENT IDENTIFICATION

The client of this specific assignment is Washington Capital Partners.

## PURPOSE/INTENDED USE/USERS

The purpose of this appraisal is to develop opinions of the As-Is Market Value (Fee Simple) and Prospective Upon Completion (Fee Simple). The intended use of this appraisal is to assist the client with a potential loan that would be collateralized by this asset. Washington Capital Partners is the only intended user of this report.

**Reconciliation:** The project sold with entitlements and approvals.  A demolition permit was issued 02/02/2018 and a building permit was approved on 08/22/2018 as reported by the DC Department of Consumer and Regulatory Affairs office.  The subject is not currently listed for sale or under contract.  However, 19 residential condos will be marketed for sale and available upon completion.

## PERSONAL PROPERTY

There is no personal property (FF&E) included in this valuation.

## PROPERTY AND SALES HISTORY

The subject title is currently recorded in the name of 429 Kennedy St Holdings LLC who acquired title to the property on April 27, 2017 as improved for $900,000.00, as recorded in #2017046445 of the District of Columbia Deed Records. According to district records there has been no transfer of ownership for the subject property in the past three years nor has it been listed for sale in the last 12 months. The subject is not currently listed for sale or under contract. We note that at the time of sale there was a commercial building that needed razing.

In our opinion of the value of the land presented above, we present a value of one million dollars higher than the sale price of the land.  At the time of this sale, the land was registered as vacant land with the city with a

## IDENTIFICATION OF ASSIGNMENT (CONTINUED)

high tax rate, of $5 per $100 of assessment which is the second highest of DC's tax rates.  Since the sale, this vacant land designation has been removed, and two construction permits have been approved: one to raze the existing structure and the other approving the construction of the proposed 19-unit condo building on the site.  The last permit also includes additional FAR allowances.

Another other major influence on this rise in the price of the site are heightened economic prospects directly on this section of Kennedy St.  One year after the sale DC introduced their Opportunity Zone choices.  These choices included the Brightwood Park Opportunity Zone, which has its eastern boundary one half block from the subject site.  The US Department of the Treasury approved these choices in May 2018.  This is supported by a local economic advocacy group start by local businesses on Kennedy St.  They advertise their efforts have brought in six new bars or restaurants into this small section of Kennedy St NW.  The area is also covered by the Georgia Ave NW Great Streets Corridor.

Many factors go into the valuation of a building.  Economic factors like those described above have brought significant attention to this section of Kennedy St, and the businesses there.  Local comparable data indicates market support for a 1.9 million land valuation.

## TAXES & ASSESSMENT

The subject's assessed values and property taxes for the current year are summarized in the following table.

| TAXES & ASSESSMENT (2021) | | | | | | |
|---|---|---|---|---|---|---|
| **TAX RATE AREA** | **Class 3 - Vacant** | | | | **TAX RATE** | **5.0000%** |
| **ASSESSOR PARCEL #** | **LAND** | **IMPROVEMENTS** | **TOTAL** | **EXEMPTIONS** | **TAXABLE** | **BASE TAX** |
| 3260 0040 | $449,920 | $297,990 | $747,910 | $0 | $747,910 | $37,396 |
| Subtotal | $449,920 | $297,990 | $747,910 | $0 | $747,910 | $37,396 |
| Subtotal $/GBA | $22.49 | $14.90 | $37.39 | $0.00 | $37.39 | $1.87 |
| **TOTAL BASE TAX $/GBA  /  $ TOTAL** | | | | | **$1.87** | **$37,396** |

Source: District of Columbia Tax Assessor Assessment & Taxation

**Taxation & Assessment Description -** The total assessment for the subject is $747,910. There are no exemptions in place. The Assessed (taxable) value is $747,910. However, this property currently is identified as a vacant property which has a standard tax rate of $5.00 per $100 of assessed value. Total taxes for the property are $37,396, or $1.87/SF, which is above the general range for comparable multi-family land uses in the area.

According to the District of Columbia Tax Assessor's Office, real estate taxes for the subject property are current as of the date of this report. Based on the scope of this assignment, any pending tax liens are not considered in the value conclusion. Tax comparables were not a specific scope of work requirement for this assignment.

## IDENTIFICATION OF ASSIGNMENT (CONTINUED)

### EXPOSURE & MARKETING TIME

The following information is used to estimate exposure time and marketing time for the subject.

| EXPOSURE & MARKETING TIME | | | | | |
|---|---|---|---|---|---|
| EXPOSURE TIME | YEAR/QUARTER | MONTHS RANGE | | | AVERAGE |
| Mid-Atlantic Region Apartment | | | | | PricewaterhouseCoopers |
| Current Quarter | 2019 Q2 | 1.0 | to | 9.0 | 3.8 |
| Last Quarter | 2019 Q1 | 1.0 | to | 9.0 | 3.8 |
| Four Quarters Ago | 2018 Q2 | 1.0 | to | 9.0 | 3.9 |
| Sales Comparables | | 0.0 | to | 0.0 | 0.0 |
| General Trend | | 1.0 | to | 1.0 | 1.0 |
| Market Survey | | 1.0 | to | 1.0 | 1.0 |
| **AVERAGE** | | | | | **1.5** |

**Exposure & Marketing Time Conclusion -** The subject is currently a land with remains of multi-family land improvements, expected to be replaced with a new construction multifamily use that will total 15,237 SF (NRA) on 0.1093-acres (4,760 SF) located at 429 Kennedy St NW in Washington, District of Columbia. Considering these factors, a reasonable estimate of exposure time for the subject As-Is and As-Improved is nine months or less and marketing time of nine months or less.

### DEFINITION OF MARKET VALUE

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently, knowledgeably, and assuming that the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[1]

### PROPERTY RIGHTS APPRAISED

The property rights appraised constitute the fee simple interest.

**Fee Simple Interest -** Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat.[2]

---

[1] Office of Comptroller of the Currency (OCC), Title 12 of the Code of Federal Regulation, Part 34, Subpart C -Appraisals, 34.42 (g); Office of Thrift Supervision (OTS), 12 CFR 564.2 (g); This is also compatible with the FDIC, FRS and NCUA definitions of market value.

[2] The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015

▶ IDENTIFICATION OF ASSIGNMENT                                    (CONTINUED)

## VALUE SCENARIOS

**As-Is Value -** The estimate of the value of real property in its current physical condition, use, and zoning as of the appraisal date.[3]

**Prospective Value -** A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not achieved sellout or a stabilized level of long-term occupancy.[4]

---

[3]The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015

[4]The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015

## ▶ SCOPE OF WORK

The scope of work for this appraisal assignment is outlined below:

▸ The appraisal analyzes the regional and local area profiles including employment, population, household income and real estate trends. The local area was inspected to consider external influences on the subject.

▸ The appraisal analyzes legal and physical features of the subject including site size, improvement size, flood zone, seismic zone, site zoning, easements, encumbrances, site access and site exposure.

▸ The appraisal includes a apartment market analysis for the Washington, DC market and Brightwood Park MF submarket using vacancy, absorption, supply and rent data. Conclusions were drawn for the subject's competitive position given its physical and locational features, current market conditions and external influences.

▸ The appraisal includes a Highest and Best Use analysis and conclusions have been completed for the highest and best use of the subject property As Vacant and As-Improved. The analysis considered legal, locational, physical and financial feasibility characteristics of the subject site and existing improvements.

▸ In selecting applicable approaches to value, the appraisers considered the agreed upon appraisal scope and assessed the applicability of each traditional approach given the subject's characteristics and the intended use of the appraisal. As a result, this appraisal developed Cost Approach and Discounted Sellout Value Analysis. The values presented represent the As-Is Market Value (Fee Simple) and Prospective Upon Completion (Fee Simple).

▸ The assignment was prepared as an Appraisal Report in accordance with USPAP Standards Rules 2, with the analysis stated within the document and representing a summarized level of analysis.

▸ The authors of this report are aware of the Competency Rule of USPAP and meet the standards.

## ASSISTANCE PROVIDED

Daniel Kennedy provided significant real property appraisal assistance to the appraisers signing this certification, including verifying sale comparables, interviewing brokers for appropriate market rent, cap rates and sale prices for the subject and similar property type.  It is noted that the responsibilities of parties providing assistance is not considered to be significant in terms of any value determination.  All parties conducted assistance under the direct supervision of the appraiser's signing this report in compliance with State regulations.

## SCOPE OF WORK                                                    (CONTINUED)

### SOURCES OF INFORMATION

The following sources were contacted to obtain relevant information:



The lack of the unavailable items could affect the results of this analysis. As part of the general assumptions and limiting conditions, the subject is assumed to have no adverse easements, significant items of deferred maintenance, or be impacted by adverse environmental conditions.

### SUBJECT PROPERTY INSPECTION

| | | | | |
|---|---|---|---|---|
| R. Ashton Rowles, MAI, MF | No | N/A | | Primary Appraiser |
| Ericka Simmons | Yes | Exterior Only | April 23, 2020 | Appraiser |

Ashton Rowles did not inspect the subject for this appraisal report but has previously physically inspected the subject site for a previous appraisal.

# ▶ REGIONAL AREA MAP



## REGIONAL AREA ANALYSIS

### INTRODUCTION

In order to understand the subject's position in the area or region, we have undertaken a brief analysis in order to determine how trends—both historical and projected—in population, employment, personal income, consumer spending, and housing impact supply and demand and influence the subject's area directly and indirectly. This analysis first begins on a broader spectrum, and without respect to the subject itself, and is highlighted in the Regional Area Analysis. Secondly, we undertake a more narrowly focused study of the aforementioned attributes as they relate directly to the subject and the subject's neighborhood. This discussion is presented in the forthcoming Local Area Analysis.

### REGIONAL AREA ANALYSIS

The Washington-Arlington-Alexandria, DC-VA-MD-WV Metropolitan Statistical Area (MSA) is centered on and around the nation's capital. The region is sometimes referred to as the National Capital Region. The Washington DC MSA consists of the District of Columbia, the Virginia cities of Alexandria, Fairfax, Falls Church, Fredericksburg, and Manassas; the Virginia counties of Arlington, Clarke, Fairfax, Fauquier, Loudoun, Prince William, Spotsylvania, Stafford, and Warren; the Maryland Counties of Calvert, Charles, and Prince George's, and the West Virginia county of Jefferson.

The region's largest city is Washington, but it also includes several other large cities such as Bethesda and Frederick in Maryland and Arlington and Alexandria in Virginia. According to the U.S. Census Bureau, the population of the Washington D.C. metropolitan area was estimated to be 6,249,043 people as of 2019, making it the largest metropolitan area in the Southeast region and the seventh largest in the country. The projected annual growth rate shows that the Washington D.C. metropolitan area is growing faster than the national and state rates.

| Population | | |
|---|---|---|
| **Year** | US | CBSA |
| **2010 Total Population** | 308,745,538 | 5,636,232 |
| **2019 Total Population** | 332,417,793 | 6,249,043 |
| **2024 Total Population** | 345,487,602 | 6,539,430 |
| **2017-2022   Annual Rate** | 0.77 | 1.09 |

| Median Age | | |
|---|---|---|
| **Year** | US | CBSA |
| **2010** | 37.1 | 36.1 |
| **2019** | 38.5 | 37.6 |
| **2024** | 39.2 | 38.3 |

The median age of the Washington metropolitan area is 36.1 and it is projected to be 38.3 in 2024. The median-age trend for the region is relatively younger compared to the country and neighboring areas.

## REGIONAL AREA ANALYSIS (CONTINUED)

### EDUCATION:

The District of Columbia Public Schools is the largest school district in the MSA and operates 123 public schools. The District of Columbia's public-school system, with just fewer than 100,000 students, spends approximately $13,000 per student annually, the third highest among the 50 states; however, the District's schools still have a relatively low national ranking. Private and Charter schools educate half of the students under the age of 18. Three universities have a presence in the District, with a broad curriculum and a diverse student population. Several years ago, in a measure to increase participation in the public-school system and retain millennial's, the District implemented a public pre-school and kindergarten for all children.

In terms of number of students, the majority of post-secondary education in the Mid-Atlantic region is located in the District of Columbia. Some of the largest private universities include American University, the Catholic University of America, Gallaudet University, George Washington University, Georgetown University, Howard University, and the Johns Hopkins School of Advanced International Studies. The University of the District of Columbia is a public university with undergraduate and graduate programs.

Additionally, there are several large medical research institutions, such as Washington Hospital Center, National Institutions of Health, and the Children's National Medical Center. Washington Hospital, also a teaching institution, is ranked #1 in the metro area with specialties in cancer care, Pediatrics, cosmetic surgery, and heart ailments.

### INCOME AND EMPLOYMENT:

Washington D.C. has a growing, diversified economy with an increasing percentage of professional and business service jobs, as well as an average growth rate of 5.2%, per capita income, just above $55,000. The Area Median Income is one of the highest in the nation, tallying to almost $110,000 per year.

The District has growing industries outside of government and tourism, especially in the areas of education, public service, finance, and science research. Georgetown University, George Washington University, Howard University, Washington Hospital, and the Children's National Center are the top five non-government-related employers in the city.

Government, both federal and local, is the number one employer in the District with the Department of Health, the Treasury, the IRS, the FBI, and the United States Post Office having the most employees. During a national recession or a slowing national economy, the District of Columbia is less likely to be impacted due to the large number of government agencies providing health services, national security, immigration reform, and local government.

Tourism is the second largest industry in the District with approximately 20 million visitors annually, which contributes an estimated 5 billion dollars yearly to the local economy. National monuments, museums, historical land-marks, such as Fords Theater, The John F. Kennedy Center for the Performing Arts, The National Symphony, and the Japanese cherry trees around the tidal basin, attract national and international visitors.

Although the District of Columbia is best known as the nation's capital and center of government, there is a small manufacturing sector with annual product sales of $271 million. The District earns a gross state product of $103 billion, and Federal employment accounting for 29% of the jobs in the District make Washington D.C. a sought-after location for employers, investors, developers, and tenants.

## REGIONAL AREA ANALYSIS                                    (CONTINUED)

### EMPLOYMENT

The following chart shows the trailing 10 years employment for the state of District of Columbia and Washington-Arlington-Alexandria, DC-VA-MD-WV MSA.

### STATE & REGIONAL EMPLOYMENT

| YEAR | STATE | % CHG. | AREA | % CHG. |
|------|-------|--------|------|--------|
| 2009 | 304,500 | (1.5%) | 2,893,543 | (1.8%) |
| 2010 | 313,508 | 2.9% | 2,950,727 | 1.9% |
| 2011 | 315,171 | 0.5% | 3,002,266 | 1.7% |
| 2012 | 331,984 | 5.1% | 3,047,925 | 1.5% |
| 2013 | 342,351 | 3.0% | 3,077,817 | 1.0% |
| 2014 | 349,686 | 2.1% | 3,095,609 | 0.6% |
| 2015 | 362,304 | 3.5% | 3,128,658 | 1.1% |
| 2016 | 370,897 | 2.3% | 3,188,377 | 1.9% |
| 2017 | 376,716 | 1.5% | 3,243,875 | 1.7% |
| 2018 | 381,703 | 1.3% | 3,280,957 | 1.1% |
| CAGR | 2.5% | - | 1.4% | - |

Source: U.S. Bureau of Labor Statistics www.bls.gov

### UNEMPLOYMENT

The following graphs charts the trailing 18 months and trailing 10 years unemployment rate for the United States, Middle Atlantic Division, District of Columbia, Washington-Arlington-Alexandria, DC-VA-MD-WV MSA, and District of Columbia County.

## UNEMPLOYMENT RATE (TRAILING 18 MONTHS)

| | Aug | Sep | Oct | Nov | Dec | 2019 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2020 Jan |
|--------|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Nation | 3.8% | 3.7% | 3.8% | 3.7% | 3.9% | 4.0% | 3.8% | 3.8% | 3.6% | 3.6% | 3.7% | 3.7% | 3.7% | 3.5% | 3.6% | 3.5% | 3.5% | 3.6% |
| Region | 4.2% | 3.7% | 3.7% | 3.5% | 3.8% | 4.6% | 4.4% | 4.1% | 3.4% | 3.6% | 3.9% | 4.3% | 4.2% | 3.7% | 3.9% | 3.8% | 3.9% | 4.5% |
| State | 5.9% | 5.7% | 5.6% | 5.4% | 5.3% | 6.2% | 6.0% | 5.6% | 5.1% | 5.2% | 5.8% | 5.8% | 5.5% | 5.4% | 5.3% | 5.0% | 5.0% | 5.1% |
| Area | 3.4% | 3.1% | 3.1% | 2.9% | 2.9% | 3.7% | 3.5% | 3.3% | 2.9% | 3.1% | 3.4% | 3.3% | 3.2% | 2.9% | 2.8% | 2.8% | 2.6% | 3.1% |
| County | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Source: U.S. Bureau of Labor Statistics www.bls.gov

## REGIONAL AREA ANALYSIS                                                (CONTINUED)

### UNEMPLOYMENT RATE (TRAILING 10 YEARS)



Source: U.S. Bureau of Labor Statistics www.bls.gov

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Nation | 9.8% | 9.1% | 8.3% | 8.0% | 6.6% | 5.7% | 4.9% | 4.7% | 4.1% | 4.0% |
| Region | 8.8% | 8.4% | 8.5% | 7.7% | 6.3% | 5.4% | 5.0% | 4.7% | 4.2% | 4.0% |
| State | 9.4% | 10.2% | 9.0% | 8.5% | 7.8% | 6.9% | 6.1% | 6.1% | 5.7% | 5.5% |
| Area County | 6.3% | 6.1% | 5.8% | 5.6% | 5.1% | 4.4% | 3.9% | 3.7% | 3.3% | |

## LABOR:

Per the Department of Labor, total employed population in the Washington DC MSA for year 2019 is 3,410,686. Services and Public Administration are the major employment sectors in the MSA. 54.9% of the employed population are in service sector and 14% of employee lays in the Public Administration sector. Retail Trade and Finance/Insurance/Real Estate are the other major employer in the area.

| 2019 WASHINGTON DC MSA EMPLOYMENT SECTOR | | |
|---|---|---|
| **Total** | **3,410,686** | **100%** |
| Agriculture/Mining | 10,232 | 0.30% |
| Construction | 225,105 | 6.60% |
| Manufacturing | 92,089 | 2.70% |
| Wholesale Trade | 37,518 | 1.10% |
| Retail Trade | 248,980 | 7.30% |
| Transportation/Utilities | 146,659 | 4.30% |
| Information | 78,446 | 2.30% |
| Finance/Insurance/Real Estate | 218,284 | 6.40% |
| Services | 1,872,467 | 54.90% |
| Public Administration | 477,496 | 14.00% |

# REGIONAL AREA ANALYSIS (CONTINUED)



## AMAZON HQ2:

Following an aggressive international bidding process from governments and economic development organizations from 238 locations, in November 2018 Amazon announced its decision to make Crystal City in Arlington, Virginia, part of the Washington D.C. metropolitan area, as the location for one of its two new headquarters. The new headquarters is expected to introduce 25,000 employees along with thousands of additional jobs surrounding its construction and operations, as well as generate billions of dollars of investment in the region. There will be a palpable future impact on local population, income and development which is likely to cascade into the broader Washington D.C. Metropolitan area.

## GROWTH/ POPULATION TRENDS:

The urban population with an average age of 35, over half with at least a four-year college degree, and 90% of D.C. residents having health insurance, sheds light on why Washington D.C. is continuing to grow but age slowly. Over the last ten years the District of Columbia has implemented a plan to attract young professionals to make D.C. their home by subsidizing lower rents, reduced mortgage rates, cash incentives, and quality health care. These considerations, along with an urban lifestyle, factor greatly in the continued growth of Washington D.C., where the population topped 6,000,000 by the end of 2018.

## TRANSPORTATION:

Through an extensive network of highways, railroads, and airports, Washington D.C. is linked to the east coast as well as international countries and businesses. Washington D.C. maintains wide boulevards and multiple bridges which allow traffic to flow in and out of the city. The government and many employers offer flex-time for employees as well as telecommuting. However, this measure is not enough to eliminate traffic congestion

# REGIONAL AREA ANALYSIS                                                    (CONTINUED)

which has been ranked, in varying years, as the worst in the nation. Interstate highways, such as I-66 and I-395, terminate shortly after entering the city, thus adding to the congestion.

Forty percent of the Districts working residents commute by public transportation: Washington Metro, the cities rapid transit system with 91 stations, 117 miles of track, is the second busiest transit system in the country with about one million stops each weekday. Metrobus serves over 400,000 riders daily. Amtrak, two commuter lines, and the Metro at Union Station host 70,000 people daily. Washington D.C. provides 1,500 miles of streets, parkways and avenues which have a high rating by "Walk Score", explaining why 12% of D.C. residents walk to work, with an additional number biking.

Reagan National Airport, primarily handling domestic flights, with an annual passenger total of approximately 20 million people, sits just across the river from Washington D.C., in Arlington, providing easy access for tourists and commuters. The area is also serviced by Dulles International Airport in Northern Virginia, which will receive a Metro stop by 2022, as well as Baltimore Washington International Airport (BWI) in Baltimore, Maryland, which already has a commuter rail stop, and may soon receive a Purple Line Metro extension station, both of which serve international flyers.

## DEVELOPMENT:

Zoning and boundary restrictions keep development centralized and mostly categorized into rehab or tear-down categories.  Long approval processes contribute to a relatively high cost of construction in the District, as compared to many close-in suburban locations. This directly influences lease rates and sale prices of homes, condominiums, and commercial spaces. Southeast D.C. is a transitional zone, with developers and investors earmarking this area for projects that may have incentives from local government. Georgetown and Adams Morgan are older communities where condo units are typically pre-sold and rental units pre-leased. Foreign and domestic money is readily available for core projects that are in the pipeline as far out as 10 years, marking the District as a core investment area.

## QUALITY OF LIFE:

There are 7,500 acres of parkland constituting approximately 20% of the city's total area, 900 acres of athletic fields and playgrounds, 40 swimming pools and 68 recreation centers, all of which are free for residents. Local and regional parks include nature centers, golf courses, a multi-million-dollar bike trail, as well as providing for the hosting of art and food festivals that draw international visitors.

As the nation's capital, Washington, D.C. contains many museums within its boundaries: the National Gallery of Art, the Smithsonian galleries, including the new National Museum of African-American History, and reliable older draws, such as the National Air and Space Museum, among many others. Additionally, there is the National Mall, operated by the US National Park Service, which winds through monuments tracing the history of the United States and other historic event venues, all of which contribute to the quality of life for Washington D.C. residents and visitors.

In the sports entertainment domain, Washington D.C. is one of only 13 cities in the United States with all four major professional sports teams represented.

## ▶ REGIONAL AREA ANALYSIS (CONTINUED)

**COVID-19 IMPACT:**

Similar to metropolitan areas throughout the country, social distancing and other safety measures in response to the global COVID-19 epidemic have resulted in unprecedented job losses and economic slowdown. The full impact of this will take years to fully understand.

In context of Washington D.C., the city was early-on listed as an approved disaster area that helped many businesses qualify for stimulus funds. It is uncertain whether these efforts will lead to long term stabilization. However, thanks to the region's economic strength as the Federal epicenter, the region is likely to be bolstered long-term by government spending. Population declines are unlikely, though rising unemployment, and a dip in median household income are not impossible to conceive.

**CONCLUSION:**

Washington D.C. - the nation's capital and seat of government - serves as a metropolitan hub for continued job and population growth, a center for international business, and as a leader in growth and sustainability on the world stage. The District boasts well-educated employment base, transportation options, quality healthcare, and excellent community services, from which a growing percentage of young employees benefit. Federal Government employment, as well as the contractors it spawns, contributes to the stability and continued growth of D.C., in turn encouraging continuing development and investment in the area. The outlook for economic health in Washington D.C. appears strong in the short- and medium-term.

# ► LOCAL AREA MAP



## LOCAL AREA ANALYSIS

## LOCAL AREA ANALYSIS INTRODUCTION

The subject property is located in the Washington area of the Brightwood Park MF submarket. The immediate area of the subject is characterized by residential and commercial uses in the surrounding area. The retail uses are primarily along the larger arterials such as Kansas Ave NW, Georgia Ave NW, and Kennedy St NW. The residential uses are located along the smaller streets in the area. Gentrifying areas are receiving attention from the District of Columbia. For example, the Kennedy Street NW area has recently been undergoing several projects due to advocacy from the community. These have included a $10 million streetscape project, a green infrastructure project from DC Water, bike access improvements, and new bus shelters.

**Demographics -** The following information reflects the demographics for the subject's area.

### LOCAL AREA & MSA DEMOGRAPHICS

| DESCRIPTION | 1 MILE | 3 MILES | 5 MILES | MSA | DESCRIPTION | 1 MILE | 3 MILES | 5 MILES | MSA |
|---|---|---|---|---|---|---|---|---|---|
| **POPULATION TOTAL** | | | | | **HOUSEHOLDS** | | | | |
| 2000 Census | 39,169 | 296,809 | 661,494 | 4,837,430 | 2000 Census | 15,284 | 124,734 | 277,512 | 1,815,193 |
| 2010 Census | 40,335 | 306,471 | 704,197 | 5,636,232 | 2010 Census | 15,567 | 131,186 | 294,533 | 2,094,033 |
| 2019 Estimate | 44,106 | 346,225 | 799,646 | 6,249,043 | 2019 Estimate | 16,736 | 147,664 | 335,178 | 2,307,945 |
| 2024 Projection | 45,170 | 362,900 | 844,233 | 6,597,430 | 2024 Projection | 16,993 | 154,476 | 353,936 | 2,431,142 |
| Δ 2000-2010 | 2.98% | 3.26% | 6.46% | 16.51% | Δ 2000-2010 | 1.85% | 5.17% | 6.13% | 15.36% |
| Δ 2010-2019 | 9.35% | 12.97% | 13.55% | 10.87% | Δ 2010-2019 | 7.51% | 12.56% | 13.80% | 10.22% |
| Δ 2019-2024 | 2.41% | 4.82% | 5.58% | 5.58% | Δ 2019-2024 | 1.54% | 4.61% | 5.60% | 5.34% |
| Total Daytime Population | 35,812 | 138,716 | 328,619 | 2,859,961 | **HOUSEHOLDS BY INCOME (2019 ESTIMATE)** | | | | |
| **HOUSING UNITS** | | | | | <$15,000 | 13.1% | 9.7% | 9.8% | 5.9% |
| Total (2019 Estimate) | 17,924 | 156,786 | 357,919 | 2,447,123 | $15,000 - $24,999 | 7.1% | 6.0% | 5.3% | 4.1% |
| Owner Occupied | 51.8% | 40.1% | 41.0% | 59.6% | $25,000 - $34,999 | 7.1% | 5.9% | 5.3% | 4.8% |
| Renter Occupied | 41.6% | 54.1% | 52.6% | 34.7% | $35,000 - $49,999 | 9.5% | 7.9% | 7.2% | 7.5% |
| Vacant Housing Units | 6.6% | 5.8% | 6.4% | 5.7% | $50,000 - $74,999 | 16.8% | 15.2% | 13.6% | 13.9% |
| Total (2024 Projection) | 18,215 | 163,627 | 376,283 | 2,574,750 | $75,000 - $99,999 | 12.6% | 12.4% | 11.7% | 12.5% |
| Owner Occupied | 54.0% | 41.4% | 41.8% | 60.4% | $100,000 - $149,999 | 17.2% | 17.8% | 17.7% | 20.2% |
| Renter Occupied | 39.3% | 53.0% | 52.3% | 34.0% | $150,000 - $199,999 | 8.0% | 9.9% | 10.7% | 13.1% |
| Vacant Housing Units | 6.7% | 5.6% | 5.9% | 5.6% | $200,000+ | 8.6% | 15.2% | 18.7% | 18.0% |
| **AVERAGE HOUSEHOLD INCOME** | | | | | **AVERAGE HOUSEHOLD SIZE** | | | | |
| 2019 Estimate | $93,557 | $123,144 | $136,691 | $137,124 | 2019 Estimate Estimate | 2.62 | 2.27 | 2.25 | 2.66 |
| 2024 Projection | $107,333 | $139,220 | $153,369 | $152,004 | 2024 Projection Projection | 2.65 | 2.28 | 2.26 | 2.67 |
| Δ 2019-2024 | 14.72% | 13.05% | 12.20% | 10.85% | Δ 2019-2024 | 1.15% | 0.44% | 0.44% | 0.38% |
| **MEDIAN HOUSEHOLD INCOME** | | | | | **MEDIAN HOME VALUE** | | | | |
| 2019 Estimate | $67,995 | $84,122 | $92,594 | $102,025 | 2019 Estimate | $536,206 | $623,941 | $640,430 | $431,550 |
| 2024 Projection Projection | $78,118 | $95,048 | $103,602 | $110,163 | 2024 Projection | $618,216 | $697,632 | $710,528 | $465,555 |
| Δ 2019-2024 | 14.89% | 12.99% | 11.89% | 7.98% | Δ 2019-2024 | 15.29% | 11.81% | 10.95% | 7.88% |
| **PER CAPITA INCOME** | | | | | **AVERAGE HOME VALUE** | | | | |
| 2019 Estimate | $35,681 | $52,643 | $57,505 | $50,722 | 2019 Estimate | $618,660 | $715,842 | $761,440 | $522,021 |
| 2024 Projection | $40,572 | $59,377 | $64,496 | $56,091 | 2024 Projection | $711,642 | $784,277 | $819,065 | $557,917 |
| Δ 2019-2024 | 13.71% | 12.79% | 12.16% | 10.59% | Δ 2019-2024 | 15.03% | 9.56% | 7.57% | 6.88% |

Source: Sites To Do Business Online

### Population

Esri estimates the current 2019 population of the neighborhood 3 miles radius of the subject property to be 346,225 representing a 12.97%change since 2010. The total trade area 5 miles radius of the subject is estimated to have a population of 799,646, which represents a 13.55% change since 2010.

Looking forward, the population of the neighborhood 3 MILES radius is forecasted to change to 12.97% by the year 2024. The population within the total trade area 5 miles radius is forecasted to change to 844,233

## ▶ LOCAL AREA ANALYSIS                                          (CONTINUED)

over the next five years. Overall, total trade area 5 miles radius population is expected to change by 844,233 over the next five years.

**Households**

Esri estimates that the number of households in the neighborhood 3 miles radius of the subject is 147,664, which is a 12.56% change since 2010. Within the total trade area 5 miles radius, the number of households is estimated to be 335,178, a 13.80% change over the same period of time.

By the year 2024, Esri estimates that the number of households in the neighborhood 3 miles radius will change by 4.61% to 154,476, households. Additionally, households in the entire trade area are expected to change by 5.60% to 353,936 households over the next five years.

The number of households in the neighborhood 3 miles radius of the subject changed 5.17% from 2000 to 2010; and since then it has changed by 12.56%.

**Income**

According to Esri, the neighborhood 3 miles radius of the subject property has an estimated median household income of $84,122 and an average household income of $123,144. Esri reports that the total trade area 5 miles radius has a median household income of $92,594, and an average household income of $136,691. With 335,178 households currently in the total trade area 5 miles radius of the subject property, local effective buying income is estimated to be about $45,815,815,998.

## DEMOGRAPHICS CONCLUSION

Based on the Esri data presented above, the demographics in the subject neighborhood are below average. Population growth has increased by 12.97% since 2010 and is expected to increase 4.82% over the next 5 years in the 3 miles radius neighborhood. Average household incomes are above average at nearly $123,144, and the area is populated with 147,664 households in a 3 miles radius around the subject property. Population growth and strong income levels are a good signal for potential residential, retail and some office locations.

## LOCAL AREA ANALYSIS                                          (CONTINUED)

### SURROUNDING LAND USES

The following tables and maps highlight the development in and around the subject.

### LOCAL AREA OFFICE - ONE-MILE RADIUS

| CLASS | RBA | YEAR BUILT | PERCENT LEASED | PROPERTIES |
|-------|-----|-----------|----------------|------------|
| A | 0 SF | - | - | 0 |
| B | 86,083 SF | 1952 | 93.3 | 5 |
| C | 320,968 SF | 1947 | 86.3 | 27 |
| TOTAL | 407,051 SF | 1948 | 87.8 | 32 |

Source: CoStar

### LARGEST OFFICE DEVELOPMENTS - ONE-MILE RADIUS



| PIN | LOCATION, CITY | DIST TO SUBJ | RBA | BUILT | CLASS | %LEASED |
|-----|----------------|--------------|-----|-------|-------|---------|
| A | 926 Gallatin St NW, Washington | 0.5 mi | 69,725 | 1927 | C | 100 |
| B | 6323 Georgia Ave NW, Washington | 0.8 mi | 43,683 | 1927 | B | 86.72 |
| C | 504-512 Kennedy St NW, Washington | 0.1 mi | 35,000 | 1956 | C | 100 |
| D | 6015-6017 Chillum Pl NE, Washington | 0.8 mi | 31,300 | 1965 | C | 100 |
| E | 5600 2nd St NE, Washington | 0.8 mi | 24,171 | 1962 | C | 0 |
| F | 6001 Sligo Mill Rd NE, Washington | 0.8 mi | 21,000 | 2009 | B | 100 |
| G | 6411 Chillum Pl NW, Washington | 0.9 mi | 20,228 | 1960 | C | 100 |
| H | 4406 Georgia Ave NW, Washington | 0.9 mi | 18,000 | 1958 | C | 33.33 |
| I | 209 Upshur St NW, Washington | 1.0 mi | 15,000 | 2007 | C | 100 |
| J | 5321 First Pl NE, Washington | 0.8 mi | 10,996 | 1962 | C | 100 |

Source: CoStar

## ► LOCAL AREA ANALYSIS (CONTINUED)



### LARGEST INDUSTRIAL DEVELOPMENTS - ONE-MILE RADIUS

| PIN | LOCATION, CITY | DIST TO SUBJ | RBA | BUILT | TYPE | %LEASED |
|-----|----------------|--------------|-----|-------|------|---------|
| A | 4615 14th St NW, Washington | 0.9 mi | 163,543 | 1950 | Industrial | 100 |
| B | 5760-5788 2nd St NE, Washington | 0.8 mi | 81,835 | 1963 | Industrial | 100 |
| C | 6101-6203 Blair Rd NW, Washington | 0.7 mi | 66,315 | 1954 | Industrial | 100 |
| D | 6000 Chillum Pl NE, Washington | 0.7 mi | 45,000 | 1924 | Industrial | 100 |
| E | 15 Oglethorpe St NW, Washington | 0.7 mi | 41,342 | 1964 | Industrial | 100 |
| F | 6335 Chillum Pl NW, Washington | 0.8 mi | 40,960 | 1962 | Industrial | 100 |
| G | 6110 Kansas Ave NW, Washington | 0.7 mi | 40,812 | 2000 | Industrial | 100 |
| H | 6250 Chillum Pl NW, Washington | 0.8 mi | 40,800 | 1962 | Industrial | 100 |
| I | 6500-6527 Chillum Pl NW, Washington | 0.9 mi | 40,031 | 1955 | Industrial | 100 |
| J | 6025 Kansas Ave NW, Washington | 0.7 mi | 36,371 | 1964 | Industrial | 0 |

Source: CoStar

# ▶ LOCAL AREA ANALYSIS                                            (CONTINUED)

## LOCAL AREA RETAIL - ONE-MILE RADIUS

| SIZE | RBA | YEAR BUILT | PERCENT LEASED | PROPERTIES |
|---|---|---|---|---|
| <5,000 FT | 211,071 SF | 1931 | 100.0 | 56 |
| >5,000 FT-<20,000 FT | 434,100 SF | 1933 | 95.7 | 49 |
| >20,000 FT | 463,583 SF | 1999 | 77.4 | 6 |
| **TOTAL** | **1,108,754 SF** | **1962** | **87.2** | **113** |

*Source: CoStar*

## LARGEST RETAIL DEVELOPMENTS - ONE-MILE RADIUS



| PIN | LOCATION, CITY | DIST TO SUBJ | RBA | BUILT | CLASS | %LEASED |
|---|---|---|---|---|---|---|
| A | South Dakota Ave NE, Washington | 1.0 mi | 167,000 | 2022 | A | 100 |
| B | 5929 Georgia Ave NW, Washington | 0.6 mi | 106,243 | 2013 | A | 100 |
| C | 5929 Georgia Ave NW, Washington | 0.6 mi | 60,995 | 1936 | B | 0 |
| D | 4615 14th St NW, Washington | 0.9 mi | 55,000 | 2021 | B | 100 |
| E | 300-320 Riggs Rd NE, Washington | 0.9 mi | 43,619 | 1959 | C | 0 |
| F | 6500 Piney Branch Rd NW, Washington | 1.0 mi | 30,726 | 1964 | B | 100 |
| G | 6500 Georgia Ave NW, Washington | 0.9 mi | 20,000 | 0 | B | 0 |
| H | 137-145 Kennedy St NW, Washington | 0.3 mi | 18,284 | 1900 | C | 100 |
| I | 5720 Georgia Ave NW, Washington | 0.5 mi | 14,742 | 1935 | C | 100 |
| J | 6316 Piney Branch Rd NW, Washington | 0.9 mi | 14,218 | 1900 | 0 | 100 |

*Source: CoStar*

# ► LOCAL AREA ANALYSIS                                    (CONTINUED)

## LOCAL AREA MULTI-FAMILY - ONE-MILE RADIUS

| CLASS | RBA | YEAR BUILT | UNITS | PROPERTIES |
|---|---|---|---|---|
| A | 1,150,384 SF | 2019 | 862 | 8 |
| B | 1,076,861 SF | 1976 | 1,083 | 47 |
| C | 3,923,303 SF | 1944 | 4,503 | 197 |
| **TOTAL** | **6,173,808 SF** | **1964** | **6,448** | **254** |

Source: CoStar

## LARGEST MULTI-FAMILY DEVELOPMENTS - ONE-MILE RADIUS



| PIN | LOCATION, CITY | DIST TO SUBJ | RBA | BUILT | CLASS | STORIES |
|---|---|---|---|---|---|---|
| A | 5661 3rd St NE, Washington | 0.9 mi | 384,316 | 2015 | A | 5 |
| B | 5210 3rd St NE, Washington | 1.0 mi | 288,516 | 2008 | B | 4 |
| C | 143 Ingraham St, Washington | 0.8 mi | 286,000 | 2021 | A | 6 |
| D | 5756-5810 Georgia Ave, Washington | 0.6 mi | 247,698 | 2021 | A | 9 |
| E | 1336 Missouri Ave NW, Washington | 0.8 mi | 139,280 | 1949 | B | 5 |
| F | 5130 4th St NE, Washington | 1.0 mi | 127,812 | 1956 | C | 3 |
| G | 5910-5950 14th St NW, Washington | 0.9 mi | 119,324 | 1952 | C | 4 |
| H | 21 Riggs Rd NE, Washington | 0.6 mi | 96,000 | 1942 | C | 3 |
| I | 1440 Rock Creek Ford Rd NW, Washington | 1.0 mi | 92,166 | 1959 | C | 4 |
| J | 6100 Georgia Ave NW, Washington | 0.7 mi | 84,150 | 2019 | A | 0 |

Source: CoStar

▶ LOCAL AREA ANALYSIS                                        (CONTINUED)

### TOTAL DEVELOPMENT OVERLAY - ONE-MILE RADIUS



The land use in the subject's immediate neighborhood consists of a significant amount of multi-family residences, comprising of a mix of commercial uses. Commercial uses in the area are mainly neighborhood retails, as well as service-related uses, restaurants, convenience stores and liquor store. The following chart illustrates the high concentration of multifamily and office compared to industrial and retail properties.



**COMMERCIAL LAND USE**

## ECONOMIC INFLUENCES

The local area economic status is important to recognize as the measurement of income levels provides an indication of the ability of the area population to buy, rent and maintain property. The economic status of an area also provides an indication of the population's appetite for goods and services. Relevant economic information includes income levels, property ownership vs. rent, property rent levels, rent level trends, property vacancy and new construction.

The vast majority of the housing units within the area are renter occupied, which is considered higher than other parts of Washington MSA.

## ► LOCAL AREA ANALYSIS                                                    (CONTINUED)

**Government Influence -** Governmental considerations relate to zoning, building codes, regulations, flood plain restrictions, special assessment, property tax and empowerment zones.

Zoning in the area is consistent.  Commercial zoning in this area goes back to the 1930's with a slight modification from C-2 to C-2-A between 1966 and 1975, based on historical zoning maps.  It was changed to Mixed-Use prior to 2016.  It is possible there could be a change, but with only zoning changes in nearly 10 year the chance of a zoning change is unlikely.  Zoning enforcement is handled by the DC Department of Consumer and Regulatory Affairs (DCRA).  DCRA handled more than just zoning violations, they handle all regulation and permit enforcement actions.  This includes building inspections and permitting and handing out fines for infractions.

Property taxes in the area are established by District of Columbia and are assessed based on valuation.  There are no known special assessments that affect property in the neighborhood.

**Access/Public Transportation -** The streets within the neighborhood are laid out in a grid pattern with major streets generally along the section and ½ section lines. The major north/south streets in the neighborhood include Kansas Ave NW and New Hampshire Ave NW. The major east/west streets include Missouri Ave NW. With the existing transportation system, most areas of metropolitan Washington are accessible from the subject neighborhood and access is considered for the metropolitan area. Public bus service is available throughout the area.  The nearest metro stop is 1.5 miles away at the Fort Totten stop on the Yellow Line. Overall, access within the neighborhood is average for the metropolitan area.

**Environmental Influences -** The subject area is considered to be a typical neighborhood with average building size and density. There are no extraordinary topographical features, nuisances of hazards. Public utilities are available in most all areas in quantities from public and private sources. The area has both public and private schools in adequate supply and quality.

**Local Area Summary –** This site location is near a redevelopment opportunity zone. Many recent new developments delivered in the past three years. There is a proposed multi-family construction on the site and the current structure will be demolished. Generally, the area has a decent, if still sparse, mix of residential, both single family and multi-family, restaurants, and other retail.

# ► SITE DESCRIPTION

The subject site consists of one parcel and has 4,760 SF (0.1093 AC) of land area. The area is estimated based on the assessor's parcel map. There is no surplus or excess land noted on the subject site. If a professional survey is completed it could result in more precise measurements. Unless otherwise noted, the appraisal will utilize the usable site area.

| | | |
|---|---|---|
| **Number of Parcels** | 1 | |
| **Assessor Parcel** | 3260 0040 | |
| **Land Area** | Square Feet | Acres |
| Usable | 4,760 | 0.1093 |
| **Total Land Area** | 4,760 | 0.1093 |
| **Excess/Surplus Land** | No | |
| **Corner** | No | |
| **Permitted Building Height** | 50 Feet | |
| **Floor Area Ratio (FAR)** | 2.50 Permitted | |
| **Site Topography** | Level to Sloping above street grade | |
| **Site Shape** | Rectangular | |
| **Site Quality** | Average | |
| **Site Access** | Average | |
| **Site Exposure** | Average | |
| **Site Utility** | Average | |
| **Utilities** | All available | |

**Adjacent Properties**

| | |
|---|---|
| North | Single and Multi-Family |
| South | Retail and Single-Family |
| East | Single-Family, one block retail |
| West | Single-Family, one block retail |

**Accessibility**     Access to the subject site is considered average overall.

**Street Improvements**

| | Type | Direction | Lanes | Streetlights | Curbs | Sidewalks | Parking | Center Lane | Bike Lane |
|---|---|---|---|---|---|---|---|---|---|
| Kennedy St NW | Minor arterial | two-way | 2 | x | x | x | x | | |

**Frontage**

| | |
|---|---|
| Kennedy St NW | 35 Feet on Kennedy St NW |

**Exposure & Visibility**     Exposure of the subject is average balancing the frontage on Kennedy St NW, the primary local arterial, with the obscured visibility to southbound traffic from the newer building constructed to the north.

**Zoning**     Mixed-Use (MU-4);

(a)  Permit moderate-density mixed-use development;

## ▶ SITE DESCRIPTION                                                                    (CONTINUED)

(b) Provide facilities for shopping and business needs, housing, and mixed uses for large segments of the District of Columbia outside of the central core; and

(c) Be located in low- and moderate-density residential areas with access to main roadways or rapid transit stops, and include office employment centers, shopping centers, and moderate bulk mixed-use centers.

(d) Provide facilities for shopping and business needs, housing, and mixed uses for large segments of the District of Columbia outside of the central core; and

(e) Be located in low- and moderate-density residential areas with access to main roadways or rapid transit stops, and include office employment centers, shopping centers, and moderate bulk mixed-use centers.

(f) Provide facilities for shopping and business needs, housing, and mixed uses for large segments of the District of Columbia outside of the central core; and

(g) Be located in low- and moderate-density residential areas with access to main roadways or rapid transit stops, and include office employment centers, shopping centers, and moderate bulk mixed-use centers.

► **SITE DESCRIPTION** (CONTINUED)

## ZONING

| | |
|---|---|
| Designation | Mixed-Use (MU-4) |
| Zoning Authority | City of Washington |
| Permitted Uses | Along with the following specific uses, permitted uses include all forms of residential buildings as covered in zoning types R, RF, and RA.  Eating and drinking establishments, except for delivery services, private educational uses, entertainment, assembly, and performing arts uses, except for a bowling alley, firearm retail sales establishments which must be at least three hundred (300 ft) feet away from any R, RF, RA, MU-1, or MU-2 zoned or place of worship, public or private school, public libaray or playground, gasoline service station as an accessory use to a parking garage or public storage garage, retail uses except for large format retail, general service uses, and an animal borading use that is at least 25ft away from any R. RF. or RA zoned lot. |
| Prohibited Uses | The following uses are prohibited in MU-4: car wash, automobile or truck sales, automobile rental agency, boat or other marine sales, drive-in restauratn, electric substation or natural gas regulator station, gasoline service station as a principal or an accessory use, installation of automobile accessories, motorcycle sales and repair, parcel delivery service, parking lot, parking garage, or public storage garage, and public utility pumping station. |
| Current Use | Multi-Family Land |
| Current Use Legally Permitted | Yes |
| Conforming Use | Legally conforming use |
| Zoning Change | Not Likely |
| Proposed Use | Multi-Family Condo |
| Proposed Use Legally Permitted | Yes |
| Max Permitted Height | 50 Feet |
| Max Permitted Floor Area Ratio (FAR) | 2.5 times the lot area |
| Parking Requirement Spaces/Unit | 1 / 2 dwelling units |
| Max Permitted Site Coverage | 60% |
| Min Permitted Site Area (SF) | 0 |
| Min Permitted Site Area (Percentage) | 0% |
| Min Permitted Yard Setbacks | |
| Front (Feet) | 0 |
| Rear (Feet) | 15 |
| Side (Feet) | 2 inch for each 1 foot of building height, not less than 5ft[3] |

Source: District of Columbia Office of Zoning

**Parking Requirements**     Parking varies by use but is stated as one space per 1,000 SF for retail stores and professional service shops measuring less than 5,000 SF. 1 for every 2 dwelling units for residential. The subject will have shared parking, expected to satisfy current zoning requirements, as a permit has been issued.

## ▶ SITE DESCRIPTION                                                    (CONTINUED)

| | |
|---|---|
| **Flood Plain** | Zone X (Unshaded). This is referenced by Panel Number 1100010010C, dated September 27, 2010. Zone X (unshaded) is a moderate and minimal risk area. Areas of moderate or minimal hazard are studied based upon the principal source of flood in the area. However, buildings in these zones could be flooded by severe, concentrated rainfall coupled with inadequate local drainage systems. Local storm water drainage systems are not normally considered in a community's flood insurance study. The failure of a local drainage system can create areas of high flood risk within these zones. Flood insurance is available in participating communities, but is not required by regulation in these zones. Nearly 25% of all flood claims filed are for structures located within these zones. Minimal risk areas outside the 1% and 0.2% annual chance floodplains. No BFEs or base flood depths are shown within these zones. (Zone X (unshaded) is used on new and revised maps in place of Zone C.) |
| **Seismic** | The subject is in a low risk area. |
| **Easements** | A preliminary title report was not available for review. During the property inspection, no adverse easements or encumbrances were noted. This appraisal assumes that there are no adverse easements present. If questions arise, further research is advised. |
| **Soils** | A detailed soils analysis was not available for review. Based on the development of the subject, it appears the soils are stable and suitable for the existing improvements. |
| **Hazardous Waste** | We have not conducted an independent investigation to determine the presence or absence of toxins on the subject property. If questions arise, the reader is strongly cautioned to seek qualified professional assistance in this matter. Please see the Assumptions and Limiting Conditions for a full disclaimer. |
| **Site Rating** | The land is average for location and usability and presents as an overall good location for the proposed use of multi-family condos. |

# ▶ PLAT MAP



# ▶ ZONING MAP



MU-4

# ▶ FLOOD MAP

## National Flood Hazard Layer FIRMette



## ▶ IMPROVEMENT DESCRIPTION

The information presented below is a basic description of the proposed improvements that is used in the valuation of the property. Reliance is placed on information provided by sources deemed dependable for this analysis. It is assumed that there are no hidden defects, and that all structural components are functional and operational, unless otherwise noted. If questions arise regarding the integrity of the improvements or their operational components, it may be necessary to consult additional professional resources.  The following improvement descriptions and discussion are taken from permit plans and approved site plans.

**Overview**

The current improvements will be demolished with the current structure on the site.  There is a proposed 4-story plus a penthouse 19-unit multi-family to be constructed on the site in the future. The new development will offer 19,750 SF with 8 1-bedroom, 10 2-bedroom and 1 2-bedroom penthouse floorplan.

The FAR is shown here as higher than the zoning limit for two additional FAR allowances from the square footage listed on the building permit.  The developers are claiming additional FAR of 0.1 for an overhanging portion over public land, an 0.75 from the finished basement with dwelling units.  The makes the base FAR 2.35, below the 2.50 allowable under current zoning, and allowable FAR 3.20.

| | |
|---|---|
| **Property Type** | Land - Multi-Family Land |
| **Net Rentable Area (NRA)** | 15,237 |
| **Gross Building Area (GBA)** | 20,005 |
| **Ground Floor SF** | 1,890 |
| **Buildings** | 1 |
| **Floors** | 4 |
| **Year Built** | 2021 |
| **Building Quality** | Good |
| **Building Condition** | Good |
| **Building Appeal** | Good |
| **Building Class** | B |
| **Land to Building Ratio** | 0.24 : 1 |
| **Site Coverage Ratio** | 40% |
| **Floor Area Ratio (FAR)** | 3.20 (2.50 Permitted) |
| **Parking Spaces** | 3 - Off-Street, Surface spaces |
| **Parking Ratio** | 0.2 / 1,000 SF NRA |

# ► IMPROVEMENT DESCRIPTION                                              (CONTINUED)

## STRENGTHS, WEAKNESSES, OPPORTUNITIES & THREATS

**STRENGTHS**

Property located a block from the Brightwood Park (2101) Opportunity Zone

There is significant redevelopment in the surrounding community

**WEAKNESSES**

Revitalization efforts still years from completion

Closest Metro station is more than 1 mile away

**OPPORTUNITIES**

Increased interest in Kennedy St NW after Opportunity Zone established

**THREATS**

Other revitalization efforts in sections of DC could draw attention away from Kennedy St in the mid-term

Other nearby developments recently finished, under construction or planned will likley compete with the subject

# ► MARKET ANALYSIS

In this section, market conditions which influence the subject property are analyzed. The primary sale method for the proposed residential condos is direct sale to the buyer, then a backup rental plan.  This section presents the market analysis for these two activities.

According to the Greater Capital Area Association of Realtors (GCAAR), residential home prices in Washington DC have been steadily rising over the decade 2010 through December 2019 (see figure 1).  In their December 2019 report, GCAAR reported a 28.4 year over year in monthly sales, with 746, and that nearly by nearly all metrics December 2019 was higher than previous years.  The one dips were in contract activity, a 3.1$ drop year over year.  There was also a note about market supply.  GCAAR notes the scare supply relative to demand, with just 1.6 months of supply, or 1,249 active listings.



*Figure 1 - DC residential pricing since 2010*

However, in the intervening months the COVID-19 pandemic has struck the east-coast of the United States harder than most other areas.  New York bore the heaviest burden, but DC was close behind.  This has translated into a multi-point dip in active sales and sales prices in the condo market.  The website Washingtonian.com, published an article for the general residential home market on April 13th, 2020 that the number of homes under contract fell 16% in March compared to March 2019, the largest fall since April 2011.  The number of homes listed for sale fell 7.4%.  It should be noted also that of existing contracts and leases, 80% paid their rent through February and March, which bodes well for multi-family investors in DC.

**► MARKET ANALYSIS** (CONTINUED)

# Residential Activity – Condos & COOPS

| | Condo & Coop | | | |
|---|---|---|---|---|
| | **Active** | **Pending** | **Closed** | **Closed YTD** |
| $299,999 or Under | 166 | 58 | 49 | 711 |
| $300,000 - $499,999 | 197 | 124 | 149 | 1688 |
| $500,000 - $749,999 | 203 | 113 | 136 | 1385 |
| $750,000 - $999,999 | 111 | 43 | 65 | 548 |
| $1,000,000 - $1,999,999 | 83 | 16 | 27 | 231 |
| $2,000,000 - $2,999,999 | 14 | 1 | 2 | 27 |
| $3,000,000 and Over | 18 | 0 | 1 | 10 |
| No Price Reported | 0 | 0 | 0 | 0 |
| **Total Units** | **792** | **355** | **429** | **4600** |
| | | | | |
| Total Units | 792 | 355 | 429 | 4600 |
| Total Values (in 1,000s) | $562,447 | $195,883 | $254,579 | $2,545,645 |
| Median Price (in 1,000s) | $549 | $495 | $531 | $489 |
| Avg Price (in 1,000s) | $710 | $552 | $593 | $553 |
| Avg Sold Price/Org Price | | | 98.58% | 98.25% |

*Figure 2 - GCAAR figures for March 2020*

In figure 2, GCAAR presents updated figures they present in their March 2020 report for the condo market in DC. There are multiple categories that dip since December, though there is more activity in the high price brackets which bodes well as an indicator of confidence of future sales. Housing sales usually have a obligatory waiting period prior to final sale so closed sales here have less importance then active or pending sales. Of note also is the continued drop of pending median sale prices, GCAAR reports $575,000 median and $632,000 average prices for pending sales in their February 2020 release. However, the March pending volume is 7x higher than the February 2020 pending volume.

To arrive at the discounted net sellout value of the fee simple estate of the subject property, we made deductions representing typical costs associated with selling out the subject units and full expenses for unsold units during of the interim holding period as determined in the income approach herein.

We anticipate that the absorption period for the selling of the subject units will be approximately 9 months, based on the following market survey indicating a rate of 2.5 sales per month. We researched sales of new construction condominium and cooperative building sales within the Brightwood Park MF submarket, the details of which we list below, including the amount sold calculation:

## ▶ MARKET ANALYSIS                                                    (CONTINUED)

| **SALES ABSORPTION SURVEY** | | | | | | | |
| Address | Name | Neighborhood | Year Built | | Unit Sold | Timeframe | Sales/Month |
|---|---|---|---|---|---|---|---|
| 820 Kennedy St NW | 820 Kennedy St NW | Brightwood Park MF | | 2019 | 6 | 3 months | 2.00 |
| 507 Kennedy St NW | The Duet | Brightwood Park MF | | 2019 | 6 | 3 months | 2.00 |
| 37 Missouri Ave NW | 37 Missouri Ave NW | Brightwood Park MF | | 2019 | 15 | 6 months | 2.50 |
| 1350 Nicholson St NW | 1351 Nicholson St NW | Brightwood Park MF | | 2019 | 8 | 3 months | 2.67 |
| 200 Hamilton St NW | 200 Hamilton St NW | Brightwood Park MF | | 2019 | 3 | 3 months | 1.00 |

|  |  |
|---|---|
| High | 2.67 |
| Low | 1.00 |
| Ave | 2.03 |
| Med | 2.00 |

There are sufficient comparable recent developments in the immediate area around the subject. Most of the projects have an absorption rate greater than 2.0 per month. Comparable 3 on this list, 37 Missouri Ave NW, has the most similar number of units sold in the past 6 months or an absorption rate of 2.5 sale per month. Therefore, this comp is given the major weight.

For this report and area, we conclude that 2-unit sales per month is justified and has proper market justification for the proposed structure.  We estimate a 9 month sell period to completely sell out the subject property. This necessitates a look at discount rates for the value at that sell out date.

In addition to national discount rates, we consulted regional and city-wide surveys in selecting the discount rate. The data presented below is from PwC Real Estate Investor Survey Fourth Quarter 2019. The discount rate for Washington DC range from 5% to 8.5%.

### Fourth Quarter 2019

| CBD of | DISCOUNT RATE Range | Average |
|---|---|---|
| Atlanta | 6.75% – 9.50% | 7.85% |
| Austin | 5.25% – 8.00% | 6.78% |
| Boston | 5.50% – 8.00% | 6.43% |
| Charlotte | 6.25% – 9.00% | 7.42% |
| Chicago | 6.00% – 10.00% | 7.80% |
| Dallas | 6.00% – 8.50% | 7.25% |
| Denver | 6.25% – 9.00% | 7.13% |
| Houston | 6.00% – 12.00% | 8.13% |
| Los Angeles | 5.00% – 9.50% | 7.40% |
| Manhattan | 5.00% – 8.00% | 6.40% |
| Pacific Northwest | 5.75% – 8.50% | 6.73% |
| Philadelphia | 6.00% – 10.00% | 8.05% |
| Phoenix | 7.00% – 10.50% | 8.33% |
| San Diego | 6.25% – 10.00% | 7.94% |
| San Francisco | 5.00% – 8.00% | 6.28% |
| Seattle | 5.75% – 8.50% | 6.77% |
| Southeast Florida | 6.00% – 10.00% | 7.75% |
| Washington, DC | 5.00% – 8.50% | 6.50% |
| Nat'l Secondary Office | 7.75% – 10.50% | 9.02% |

## ▶ MARKET ANALYSIS                                                    (CONTINUED)

Given the project size and location of the subject, we have chosen a discount rate of 5.00% which is in the lower end of the survey. Subject has only 19 units and the survey of other comparables in the same market supports the absorption of subject unit amount.  However, we note that we must also factor in entrepreneurial incentive or a profit incentive. We have concluded a factor of 5%, to indicate a total discounting of 10%.  Based on our analysis of the Cost Approach, there appears to be the potential for additional profit above and beyond our estimate in this approach.

Overall, the condo market is facing an understandable and predicted dip in activity and pricing.  DC residential activity is once again going to be buttressed by government and retail groups.  The foundations are there for a recovery when the Covid pandemic ends.

## ► HIGHEST & BEST USE/ VALUATION METHODS

**Highest & Best Use -** This section develops the highest and best use of the subject property As-Vacant and As-Proposed.

**As Vacant -** Permitted uses of the subject's Mixed-Use (MU-4) include eating and drinking establishments, principle multi-tenant dwellings, as detached, semi-detached or row buildings, and entertainment  projects. The site has average exposure along Kennedy St NW and average overall access. The subject is within an urban location of in Washington, District of Columbia that is experiencing typical population and real estate development growth compared to similar areas of non-core DC. Development immediately surrounding the subject included governmental services, local retail and restaurants. Financial feasibility, maximal productivity, marketability, legal, and physical factors have been considered and the highest and best use of the subject site as-vacant concluded to be multi-family condos.

**As-Proposed-**The legal factors influencing the highest and best use of the subject property are primarily governmental regulations such as zoning and building codes. The subject's improvements were constructed in 2021 and are a legal, conforming use. The physical and location characteristics of the subject improvements have been previously discussed in this report. The project is of average quality construction and in average condition, with adequate site coverage and parking ratios. Therefore, the property as improved, meets the physical and location criteria as the highest and best use of the property.

In addition to legal and physical considerations, analysis of the subject property as-improved requires consideration of alternative uses. The five possible alternative treatments of the property are demolition (not warranted as the improvements contribute substantial value to the site), expansion (not warranted, no excess or surplus land), renovation (not warranted), conversion (not applicable), and continued use "as-proposed.

Among the five alternative uses, multi-family condos is the Highest and Best Use of the subject as-proposed.

**Valuation Methods -** Based on the agreed upon scope with the client, the subject's specific characteristics and the interest appraised, this appraisal developed Cost, Sales Comparison, and Income (Discounted Cash Flow) approaches. The values presented represent the As-Is (Fee Simple) and Prospective Upon Completion (Fee Simple).  This appraisal does not develop the Income Approach, however it includes a bulk sellout analysis of the condominiums is considered and presented in this analysis.

The Valuation will be presented in the following order:

- ► Site Valuation (for the As-Is Market Value)
- ► Cost Approach
- ► Income Approach (Discounted Cash Flow/Bulk Sales Analysis)
- ► Sales Comparison Approach (of the individual units to get the aggregate value of the units)
- ► Reconciliation of Value Conclusions

# SITE VALUATION

## SITE VALUATION INTRODUCTION

This section values the subject site by comparing it with substitute land sales or listings within the local market area or in competitive areas throughout the region. Land value is influenced by a number of factors; most notably development and use potential. These factors, as well as others, are factored in the following analysis.

**Unit of Comparison -** The most relevant unit of comparison for competing land is the $/FAR. All of the comparable sales presented in this section were reported on this basis.

**Adjustments -** Adjustments to the comparable sales were considered and made when warranted for expenditures after purchase, property rights transferred, conditions of sale, financing terms, and market conditions.

1. **Property Rights -** All of the sales comparables were fee simple sales reflecting the property rights appraised herein per the agreed upon scope of work.
2. **Financing -** The sales all reflected typical cash equivalent, lender-financed transactions and no adjustments were required for financing terms.
3. **Sale Conditions -** None of the comparables required a condition of sale adjustment, as all were confirmed to be arm's length transactions.
4. **Expenditures After Sale -** Expenses that the buyer incurs after purchase (demolition, cleanup costs, etc.). No adjustments are warranted based on review of the land sales.
5. **Market Conditions (Time) -** Based on research and interpretation of value trends, the analysis applies an upward market conditions adjustment of 0 to 17% annually reflecting the relatively consistent appreciation that occurred between the oldest comparable sale date up through the effective valuation date. Based on research and interpretation of value trends, the analysis does not apply a market conditions adjustment.

**Quantitative Adjustment Process -** Quantitative percentage adjustments are also made for location and physical characteristics such as size, location quality, access, exposure, as well as other applicable elements of comparison. Where possible the adjustments applied are based on paired data or other statistical analysis. It should be stressed that the adjustments are subjective in nature and are meant to illustrate the logic in deriving a value opinion for the subject property by the Land Sales Comparison Approach.

**Comparable Selection -** A thorough search was made for similar land sales in the area. The parameters of the survey were highest and best use, zoning, proximity to the subject, size, and date of sale. In selecting comparables, emphasis was placed on confirming recent sales of sites that are similar to the subject property in terms of location and physical characteristics. Overall, the sales used represent the best comparables available for this analysis.

**Presentation -** The following Land Sales Comparison Table, location map and exhibits summarize the sales data. Following these items, the sales are adjusted for applicable elements of comparison and the site value is concluded.

## ▶ SITE VALUATION (CONTINUED)

| | 1201 KENNEDY 1203-1205 KENNEDY | | LDRE LLC Kennedy Street | | Georgiadc Investment Huynh Cindy T & Tom | | Square 3054 Partners, 2905 Georgia Ave LLC | | Saboo Homescapes 929-931 Kennedy | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sale Conditions [3] | Arms-Length, | | Arm's Length | | Arm's Length | | Arm's Length | | Arm's Length | |
| Expenditures After Sale [4] | $0 | | $0 | | $0 | | $0 | | $0 | |
| Market Conditions [5] | 4/15/2020 | 0% | 2/7/2020 | 2% | 10/17/2019 | 6% | 7/12/2019 | 9% | 12/5/2018 | 17% |
| Sale Status | Recorded | | Recorded | | Recorded | | Recorded | | Recorded | |
| Recording Number | 2020049015 | | 2020021380 | | 2019131664 | | 2019074780 | | 2018121270 | |
| Total Transactional Adjustments | $1 | 0% | $5 | 3% | $11 | 7% | $35 | 10% | $33 | 17% |
| **Adjusted $/FAR/SF** | **$250** | | **$195** | | **$180** | | **$402** | | **$233** | |

### PHYSICAL INFORMATION

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Square Feet | 4,760 | | 2,614 | | 2,648 | | 5,156 | | 3,485 | | 4,791 |
| Acres | 0.1093 | | 0.0600 | | 0.0608 | | 0.1184 | | 0.0800 | | 0.1100 |
| FAR | 2.35 | | 2.50 | | 2.50 | | 2.50 | | 2.50 | | 2.50 |
| Location | Average | | Good | (10%) | Average | | Average | | Very Good | (30%) | Average |
| Access | Average | | Good | (10%) | Average | | Above Average | (5%) | Average | | Average |
| Exposure | Average | | Good | (10%) | Average | | Average | | Average | | Average |
| Shape | Rectangular | | Generally Rectangular | | Rectangular | | Rectangular | | Rectangular | | Rectangular |
| Topography | Level to Sloping | | Level | | Level to Sloping | | Level to Sloping | | Level to Sloping | | Level to Sloping |
| Improvement | | | | | | | | | Very Good | (20%) | Very Good | (20%) |
| Total Physical Adjustments | | | ($75) | (30%) | ($39) | (20%) | ($9) | (5%) | ($201) | (50%) | ($47) | (20%) |
| **Adjusted $/FAR/SF** | | | **$175** | | **$156** | | **$171** | | **$201** | | **$186** |

# ▶ SITE VALUATION

(CONTINUED)



| COMPARABLE | LABEL | ADDRESS | MILES FROM SUBJECT |
|---|---|---|---|
| COMPARABLE 1 | 1 | 5500 Georgia Ave NW, Washington, DC, 20011 | 0.5 |
| COMPARABLE 2 | 2 | 930 Kennedy St NW, Washington, DC, 20011-2916 | 0.4 |
| COMPARABLE 3 | 3 | 1201-1203 Jefferson St NW , Washington, DC, 20011 | 0.5 |
| COMPARABLE 4 | 4 | 2905-2909 Georgia Ave, Washington, DC, 20001 | 2.0 |
| COMPARABLE 5 | 5 | 929-931 Kennedy St NW, Washington, DC, 20011 | 0.4 |

## ▶ SITE VALUATION                                                      (CONTINUED)

**LAND SALE EXHIBITS**



COMPARABLE 1



COMPARABLE 2



COMPARABLE 3



COMPARABLE 4



COMPARABLE 5

**Land Sales Adjustment Discussion –** The land sales were either raw land or for redevelopment.  The redevelopment project includes future multi-tenant units. Comps 4 and 5 were adjusted for time as they were the oldest of the group, and comps 1,3, and 4 were adjusted for location.  The comparable land sales indicate an overall unadjusted value range from $169/FAR to $367/FAR, and average of $235/FAR. After adjustments, the comparable sites range between $156/FAR and $201/FAR with an average of $178/FAR.  Although on the lower end of the bracket range, a value of $165 is justified for redevelopment land in this area.

► SITE VALUATION                                                                (CONTINUED)

## LAND VALUE CONCLUSION

The comparables indicate a unit value, based on a general bracketing analysis, between $156/FAR and $201/FAR. Based on the subject's overall locational and physical features, a unit value conclusion of $165/FAR is supported. The subject has calculated FAR of 3.2 but has an actual FAR of 2.35. However, the structures plans show a finished basement level and stairway extending onto public sidewalks granting additional FAR of 0.85 The following table summarizes the comparable land sales analysis and applies the unit value conclusion to the site area to provide an indication of the as-vacant land value. Then, demolition costs of $6/SF against the existing building area, or $75,000 are deducted to provide the as-is land value. The cost was obtained from the development plan of actual purpose development.

### LAND SALES COMPARISON APPROACH CONCLUSION (FAR)

| | TRANSACTION PRICE | ADJUSTMENT TRANSACTIONAL[1] | ADJUSTED | PROPERTY[2] | FINAL | NET ADJ | GROSS ADJ |
|---|---|---|---|---|---|---|---|
| 1 | $249 | 0% | $250 | (30%) | $175 | (30%) | 30% |
| 2 | $190 | 3% | $195 | (20%) | $156 | (18%) | 2% |
| 3 | $169 | 7% | $180 | (5%) | $171 | 1% | 11% |
| 4 | $367 | 10% | $402 | (50%) | $201 | (45%) | 39% |
| 5 | $200 | 17% | $233 | (20%) | $186 | (7%) | 17% |
| HIGH | $367 | 17% | $402 | (5%) | $201 | 1% | 39% |
| AVG | $235 | 7% | $252 | (25%) | $178 | (20%) | 20% |
| MED | $200 | 7% | $233 | (20%) | $175 | (18%) | 17% |
| LOW | $169 | 0% | $180 | (50%) | $156 | (45%) | 0% |

| | SUBJECT FAR | | $/FAR/SF | | VALUE | |
|---|---|---|---|---|---|---|
| Total Land Area | 11,900 | x | $165 | = | $1,963,500 | |
| INDICATED VALUE (ROUNDED TO NEAREST $100,000) | | | $168 | | **$2,000,000** | |
| Demolition | | | ($6) | | ($75,000) | |
| INDICATED VALUE (ROUNDED TO NEAREST $100,000) | | | $160 | = | **$1,900,000** | |

[1]Cumulative [2]Additive

► COST APPROACH

## COST APPROACH INTRODUCTION

This approach is based on the principle of substitution, using the cost to construct a similar property as a reasonable alternative. Unless stated otherwise, the subject value is estimated based on a replacement cost analysis, which is consistent with this principle and defined by the 14th Edition of the Appraisal of Real Estate as: *The estimated cost to construct, at current prices as of the effective appraisal date, a substitute for the building being appraised, using modern materials and current standards, design, and layout.* The elements of cost are addressed in this section.

**Cost Estimates -** To estimate the improvement cost for the subject, three sources were utilized: the *Marshall Valuation Service*, the subject's cost schedule, and cost comparables.

**Marshall Swift Valuation (MSV) Service -** The estimated cost to construct a similar facility includes construction materials, labor, construction interest, permits, average government fees, average architect's and engineering fees, sales tax, and contractor's overhead and profit.

**Direct Costs -** Direct costs are expenditures for labor and materials used in the construction of improvements (also known as hard costs). Examples include building permits, materials, labor, equipment, security, temporary structures and storage facilities, transportation costs, utility installation and service costs, contractor's profit and overhead and performance bonds[5].

The following table indicates *direct costs* for the subject based on the *Marshall Valuation Service*. These costs include structural improvements, site grading and preparation, landscaping and street improvements.

---

5 The Appraisal of Real Estate, 14th Edition, Appraisal Institute, Chicago, 2013.

► COST APPROACH                                                    (CONTINUED)



**Indirect Costs -** These costs are expenditures for items other than labor and materials that are necessary for construction but are not typically part of the construction contract (also known as soft costs). Indirect costs represent (a) real property taxes (and direct assessments, if any), (b) professional fees, (c) permanent financing fees, (d) insurance expenses, (e) lease-up costs, (f) marketing and (g) contractor's overhead/contingency. Indirect costs in the market for similar commercial projects ranges 10% to 20%.

It is noted that the MSV base cost figures include some of these items including professional fees, construction financing, site preparation and contractor's overhead/contingency. Therefore, these items are not included in our indirect cost estimate in the chart below.

## COST APPROACH                                                    (CONTINUED)

### MVS INDIRECT BUILDING COSTS

| BUILDING | 1 | 2 | TOTAL |
|---|---|---|---|
| Direct Building Costs Total | $3,440,953 | $190,955 | $3,631,908 |
| Indirect Costs (Est.) 15.0% of Direct Building Costs | $516,143 | $28,643 | $544,786 |
| **INDIRECT BUILDING COSTS TOTAL** | **$516,143** | **$28,643** | **$544,786** |
| **INDIRECT BUILDING COSTS TOTAL $/SF** | **$30.96** | **$8.59** | **$27.23** |
| **INDIRECT BUILDING COSTS TOTAL $/UNIT** | $27,165 | | **$28,673** |

**Cost Comparables –** No cost comparables are presented.

**Developer Cost Schedule -** A breakdown of the developer's construction costs was provided for this analysis and is re-stated in the following chart. The site costs were noted to be a reasonable estimate, because as of the date of this report the only construction work that has taken place is the razing of the previous building. The costs include all direct and indirect costs. The contractor's site and shell budget include all costs to construct a strip retail building to vanilla shell including fire sprinklers. Indirect costs include architect fees, engineering, professional reports, permits, financing, lease-up costs, financing, taxes, and insurance.

## ► COST APPROACH (CONTINUED)



**Marshall Valuation Service Conclusion -** Entrepreneurial profit and overhead compensates the developer for project risk and management. It is unlikely that a developer would proceed with a development unless adequate profit is available to justify the effort. Based on information provided by developers of similar commercial projects, profit is typically based on a percentage of the replacement costs and land value, generally 5% to 15%, depending upon project size, location, and marketability. An entrepreneurial profit and overhead allocation of 15% of land and improvements would be typical in a stable market where market rents

## ► COST APPROACH <span style="float:right">(CONTINUED)</span>

are more in line with economic rents. The total improvement cost new as estimated through *Marshall Valuation Service* is summarized below.

**Unit Cost Conclusion -** The developer's costs, and *Marshall Valuation Service* cost estimate provide a wide range of construction costs. The *Marshall Valuation* estimate (208.78/ SF) are higher than the developer's cost budget ($190.95/ SF). In this analysis, the developer's are utilized ($190.95/ SF) as the Marshall & Swift does not factor in panelized construction. It is noted that at the developer's costs of ($190.95/ SF) the project is still financially feasible.



▶ COST APPROACH                                                              (CONTINUED)

## BUILDING DEPRECIATION SUMMARY

| Replacement Cost New Total | | $4,693,000 |
|---|---|---|
| **AGE/LIFE DEPRECIATION (INCURABLE LONG LIVED)** | | |
| Year Built | 2021 | |
| Actual Age of Building | 0 Years | |
| Effective Age of Building | 0 Years | |
| Economic Life of Building | 55 Years | |
| Remaining Economic Life of Building | 55 Years | |
| Percent Depreciated | 0.0% | |
| Age/Life Depreciation Total | $0 | |
| Physical Deterioration Subtotal | | $0 |
| Functional Obsolescence Subtotal | | $0 |
| External Obsolescence Subtotal | | $0 |
| **FINAL DEPRECIATED BUILDING REPLACEMENT COST** | | |
| FINAL DEPRECIATED BUILDING REPLACEMENT COST TOTAL | $234.59 | $4,693,000 |

## COST APPROACH CONCLUSION

The Cost Approach analysis and conclusion are presented in the following table.

## COST APPROACH SUMMARY

| | $/SF | TOTAL |
|---|---|---|
| Developers Costs | $233.84 | $4,678,000 |
| Estimated Land Value | | $1,900,000 |
| Total Estimated Cost of Improvements & Land Value | | $6,578,000 |
| **INDICATED VALUE (ROUNDED TO NEAREST $10,000)** | $328.92 | $6,580,000 |

## ► INCOME APPROACH (BULK DISCOUNT VALUE)

## SALES COMPARISON APPROACH

In the Sales Comparison Approach, the value of a property is estimated by comparing it with similar, recently sold properties in the surrounding or competing areas. Inherent in this approach is the principle of substitution, which holds that when a property is replaceable in the market, its value tends to be set by the cost of buying an equally desirable property, assuming that no costly delay occurs in making the substitution.

Through the analysis of sales of verified arm's-length transactions, market value and price trends are identified. The sales utilized are comparable to the subject in physical, functional, and economic characteristics.

**Comparable Selection -** Comparable sales are presented, which were selected due to their similarity in physical, locational, and qualitative attributes. They represent the most recent and relevant comparable sale available for this analysis. Emphasis was given to the subject's location and similarly positioned properties.

**Unit of Comparison -** The most relevant unit of comparison is the price per Unit . This best reflects the unit of comparison used by buyers and sellers in this market for the subject property type.

**Adjustments -** Adjustments to the comparable sales were considered and made when warranted for expenditures after purchase, property rights transferred, conditions of sale, financing terms, and market conditions.

1. **Property Rights -** All of the sales comparables were fee simple condo sales reflecting the property rights appraised herein per the agreed upon scope of work.
2. **Financing -**The sales all reflected typical cash equivalent, lender-financed transactions and no adjustments were required for financing terms.
3. **Sale Conditions -**None of the comparables required a condition of sale adjustment, as all were confirmed to be arm's length transactions.
4. **Expenditures After Sale -** Expenses that the buyer incurs after purchase (deferred maintenance, HVAC repairs, etc.). No adjustments are warranted based on review of the sales.
5. **Market Conditions (Time) -** Based on research and interpretation of value trends, the analysis applies an upward market conditions adjustment of 0% annually reflecting the relatively consistent appreciation that occurred between the oldest comparable sale date up through the effective valuation date. Based on research and interpretation of value trends, the analysis does not apply a market conditions adjustment.

**Quantitative Adjustment Process -** Quantitative percentage adjustments are also made for location and physical characteristics such as size, age, site and parking ratios, access, exposure, quality and condition, as well as other applicable elements of comparison. Where possible the adjustments applied are based on paired data or other statistical analysis. It should be stressed that the adjustments are subjective in nature and are meant to illustrate the logic in deriving a value opinion for the subject property by the Sales Comparison Approach.

**Presentation -** The subject and comparable property attributes are presented on the following Improved Sales Comparison Table, location map and photographs. This is followed by analysis of the subject and comparable sales and the value conclusion indicated using the Sales Comparison Approach.

## SALES COMPARISON APPROACH (CONTINUED)

**ONE-BEDROOM CONDO COMPARABLES**



## ▶ SALES COMPARISON APPROACH                                    (CONTINUED)



| COMPARABLE | LABEL | ADDRESS | MILES FROM SUBJECT |
|---|---|---|---|
| COMPARABLE 1 | 1 | 820 Kennedy St NW, Washington, DC, 20011 | 0.9 |
| COMPARABLE 2 | 2 | 1350 Nicholson St NW, Washington, DC, 20011 | 0.8 |
| COMPARABLE 3 | 3 | 507 Kennedy St NW, Washington, DC, 20011 | 0.1 |
| COMPARABLE 4 | 4 | 37 Missouri Ave NW, Washington, DC, 20011 | 0.5 |
| COMPARABLE 5 | 5 | 37 Missouri Ave NW, Washington, DC, 20011 | 0.5 |

## ▶ SALES COMPARISON APPROACH                          (CONTINUED)

**IMPROVED SALES PHOTOGRAPHS**



COMPARABLE 1                    COMPARABLE 2



COMPARABLE 3                    COMPARABLE 4



## ▶ SALES COMPARISON APPROACH (CONTINUED)

**Analysis of Comparable Sales -** The comparable sales indicate an overall unadjusted unit value range from $290,000/Unit to $349,900/Unit, and an average of $320,460/Unit. After adjustments, the comparables indicate a narrower range for the subject property from $290,000/Unit to $332,405/Unit, and $313,335/Unit on average. The adjustment process is summarized below.

### ONE BEDROOM CONDO SALE CONCLUSION

| IMPROVED SALES COMPARISON APPROACH CONCLUSION (UNIT) | | | | | | |
|---|---|---|---|---|---|---|
| | TRANSACTION | ADJUSTMENT | | | | NET | GROSS |
| | PRICE | TRANSACTIONAL[1] | ADJUSTED | PROPERTY[2] | FINAL | ADJ | ADJ |
| 1 | $327,500 | 0% | $327,500 | (5%) | $311,125 | (5%) | 15% |
| 2 | $349,900 | 0% | $349,900 | (5%) | $332,405 | (5%) | 15% |
| 3 | $335,000 | 0% | $335,000 | (5%) | $318,250 | (5%) | 15% |
| 4 | $290,000 | 0% | $290,000 | 0% | $290,000 | 0% | 10% |
| 5 | $299,900 | 0% | $299,900 | 5% | $314,895 | 5% | 5% |
| HIGH | $349,900 | 0% | $349,900 | 5% | $332,405 | 5% | 15% |
| AVG | $320,460 | 0% | $320,460 | (2%) | $313,335 | (2%) | 12% |
| MED | $327,500 | 0% | $327,500 | (5%) | $314,895 | (5%) | 15% |
| LOW | $290,000 | 0% | $290,000 | (5%) | $290,000 | (5%) | 5% |

| | SUBJECT UNIT | | $/UNIT CONCLUSION | | VALUE |
|---|---|---|---|---|---|
| | 8 | x | $300,000 | = | $2,400,000 |
| INDICATED VALUE (ROUNDED TO NEAREST $10,000) | | | $300,000 | | $2,400,000 |

[1]Cumulative [2]Additive

## ▶ SALES COMPARISON APPROACH <span style="float:right">(CONTINUED)</span>

**TWO-BEDROOM CONDO COMPARABLES**



# ► SALES COMPARISON APPROACH (CONTINUED)



| COMPARABLE | LABEL | ADDRESS | MILES FROM SUBJECT |
|---|---|---|---|
| COMPARABLE 1 | 1 | 1207 Kennedy St NW, Washington, DC, 20011 | 0.5 |
| COMPARABLE 2 | 2 | 1350 Nicholson St NW, Washington, DC, 20011 | 0.8 |
| COMPARABLE 3 | 3 | 37 Missouri Ave NW, Washington, DC, 20011 | 0.5 |
| COMPARABLE 4 | 4 | 37 Missouri Ave NW, Washington, DC, 20011 | 0.5 |

## ▶ SALES COMPARISON APPROACH                                      (CONTINUED)

**IMPROVED SALES PHOTOGRAPHS**



COMPARABLE 1



COMPARABLE 2



COMPARABLE 3



COMPARABLE 4

**Analysis of Comparable Sales -** The comparable sales indicate an overall unadjusted unit value range from $445,000/Unit to $625,000/Unit, and an average of $527,500/Unit. After adjustments, the comparables indicate a similar range for the subject property from $445,000/Unit to $562,500/Unit, and $537,600/Unit on average. The adjustment process is summarized below.

The unit mix provided by the developer identifies three-unit types for two -bedrooms units: 8 units at 980 SF, 2 units at about 1,265 SF and 1 penthouse unit. We are taking the smaller units at market value, and based on market trends we are adding a 5% upward adjustment to value for the 1265 SF units and another 5% for the penthouse.

## ▶ SALES COMPARISON APPROACH                                    (CONTINUED)

**TWO BEDROOM CONDO SALE CONCLUSION**

### IMPROVED SALES COMPARISON APPROACH CONCLUSION (UNIT)

| | TRANSACTION PRICE | ADJUSTMENT TRANSACTIONAL[1] | ADJUSTED | PROPERTY[2] | FINAL | NET ADJ | GROSS ADJ |
|---|---|---|---|---|---|---|---|
| 1 | $495,000 | 0% | $495,000 | 10% | $544,500 | 10% | 20% |
| 2 | $445,000 | 0% | $445,000 | 12% | $498,400 | 12% | 22% |
| 3 | $545,000 | 0% | $545,000 | 0% | $545,000 | 0% | 10% |
| 4 | $625,000 | 0% | $625,000 | (10%) | $562,500 | (10%) | 20% |
| HIGH | $625,000 | 0% | $625,000 | 12% | $562,500 | 12% | 30% |
| AVG | $527,500 | 0% | $527,500 | 3% | $537,600 | 3% | 18% |
| MED | $520,000 | 0% | $520,000 | 5% | $544,750 | 5% | 20% |
| LOW | $445,000 | 0% | $445,000 | (10%) | $445,000 | (10%) | 0% |

| | SUBJECT UNIT | | $/UNIT CONCLUSION | | VALUE |
|---|---|---|---|---|---|
| 980 AVG SF Units | 8 | x | $575,000 | = | $4,600,000 |
| 1265 AVG SF Units | 2 | x | $605,000 | = | $1,210,000 |
| Penthouse Unit | 1 | x | $635,000 | = | $635,000 |
| INDICATED VALUE (ROUNDED TO NEAREST $10,000) | | | $605,000 | | $6,445,000 |

[1]Cumulative [2]Additive

## ▶ INCOME APPROACH (BULK DISCOUNT VALUE)

## ABSORPTION ANALYSIS AND NET DISCOUNTED SELL OUT

To arrive at the discounted net sellout value of the fee simple estate of the subject property, we made deductions representing typical costs associated with selling out the subject units and full expenses for unsold units during of the interim holding period as determined in the income approach herein.

We anticipate that the absorption period for the selling of the subject units will be approximately 9 months, based on the following market survey indicating a rate of 2.5 sales per month. We researched sales of new construction condominium and cooperative building sales within the Brightwood Park MF submarket, the details of which we list below, including the amount sold calculation:

| SALES ABSORPTION SURVEY | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | Name | Neighborhood | Year Built | | Unit Sold | Timeframe | Sales/Month |
| 820 Kennedy St NW | 820 Kennedy St NW | Brightwood Park MF | 2019 | | 6 | 3 months | 2.00 |
| 507 Kennedy St NW | The Duet | Brightwood Park MF | 2019 | | 6 | 3 months | 2.00 |
| 37 Missouri Ave NW | 37 Missouri Ave NW | Brightwood Park MF | 2019 | | 15 | 6 months | 2.50 |
| 1350 Nicholson St NW | 1351 Nicholson St NW | Brightwood Park MF | 2019 | | 8 | 3 months | 2.67 |
| 200 Hamilton St NW | 200 Hamilton St NW | Brightwood Park MF | 2019 | | 3 | 3 months | 1.00 |
| | | | | | | High | 2.67 |
| | | | | | | Low | 1.00 |
| | | | | | | Ave | 2.03 |
| | | | | | | Med | 2.00 |

There are sufficient comparable recent developments in the immediate area around the subject. Most of the projects have an absorption rate greater than 2.0 per month. The property at 37 Missouri has the most similar number of units sold in the past 6 months or an absorption rate of 2.5 sale per month. Therefore, this comp is given the major weight. We lower this figure to account for the slightly lower sales per month figure directly on Kennedy St NW of 2 sales per month and we conclude that 2-unit sales per month is justified and has proper market justification for the proposed structure.

Other conclusions:

- Average unit price - $465,789 ($8,850,000 Sales Approach Market Rate / 19 Market rate units).
- Sales and Marketing of 3.5% of retail revenue - Based on current contract.
- Recordation of 1.45% of retail revenue – based on DC rules post COVID.
- Insurance ($35/unit/month) – based on proposed coverage contract.
- Real Estate Taxes 0.85% of retail – based on DC Tax rates for buildings classified as residential which will be the subject tax rate at completion.
- Profit factor of 5% of retail value, or approximately $440,000 in addition to implied profit from discounting and cost approach incentive.

Given the project size and location of the subject, we have chosen a discount rate of 5.00% which is in the lower end of the survey. Please refer to the market analysis section.

Subject has only 19 units and the survey of other comparables in the same market supports the absorption of subject unit amount.    However, we note that we must also factor in entrepreneurial incentive or a profit incentive. We have concluded a factor of 5%, to indicate a total discounting of approximately 10%. Based on our analysis of the Cost Approach, there appears to be the potential for additional profit above and beyond our estimate in this approach. Below is a chart showing the unit mix and the developers proposed pricing for each category of unit.

## ► INCOME APPROACH (BULK DISCOUNT VALUE)



### DISCOUNTED SELLOUT VALUE CONCLUSION

Based on the developers pricing model, we are using the average price per unit of $459,211 for our sellout analysis.  We are

The following table summarizes the analysis of the comparables, reports the reconciled price per Unit value conclusion, and presents the concluded value of the subject property by the Sales Comparison Approach. The conclusion includes the sellout expense. The detail of the sellout adjustment is presented in the sellout section above.



# ▶ RECONCILIATION OF VALUE CONCLUSIONS

Based on the agreed upon scope with the client, the subject's specific characteristics and the interest appraised, this appraisal developed Cost, Sales Comparison, and Income (Discounted Cash Flow) approaches. The values presented represent the As-Is (Fee Simple) and Prospective Upon Completion (Fee Simple).

The Reconciliation of Value Conclusions is the final step in the appraisal process and involves the weighing of the individual valuation techniques in relationship to their substantiation by market data, and the reliability and applicability of each valuation technique to the subject property.

The table below shows the final reconciled values, but before that some final notes on each approach we conduced to obtain this value opinion. The Cost Approach and Income Approach (DCF) are the only items to reconcile. These represent the final value to the investor of the final project. The Sales Approach represents aggregate retail value and would not be values in bulk. However, the conclusions from the Sales Approach are used in the bulk valuation. The Cost Approach represents a 15% profit margin. The income approach suggests an additional million dollars of value in the project, this would be the expected cushion for the developer in the best-case scenario involving sales.

COVID-19 may lead to a decline in housing prices. However, we believe demand for the condo products will remain strong based on location and product type. Overall, our value conclusion is based on the income approach which is conservative but still demonstrates the project to be financially feasible.

Below, the individual strengths and weaknesses of each approach are analyzed.



# ► CERTIFICATION

We certify that, to the best of our knowledge and belief:

► The statements of fact contained in this report are true and correct.

► The reported analyses, opinions, and conclusions of the signers are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

► The signers of this report has no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

► R. Ashton Rowles, MAI, MRICS and Ericka Simmons have performed services, specifically as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

► The signers are not biased with respect to the property that is the subject of this report or to the parties involved with this assignment.

► The engagement in this assignment was not contingent upon developing or reporting predetermined results.

► The compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

► The reported analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the *Code of Professional Ethics* and *Standards of Professional Appraisal Practice* of the Appraisal Institute, and the *Uniform Standards of Professional Appraisal Practice*, as set forth by the Appraisal Standards Board of the Appraisal Foundation.

► R. Ashton Rowles, MAI, MRICS  inspected the property that is the subject of this report for a previous appraisal involving the site.  He did not inspect it again for this appraisal report.

► Chiao-Kai Yang and Daniel Kennedy provided significant real property appraisal assistance to the appraisers signing the certification.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives. As of the date of this report, R. Ashton Rowles, MAI, MRICS  has completed the continuing education program for Designated Members of the Appraisal Institute.


*Royce Ashton Rowles*

R. Ashton Rowles, MAI, MRICS
Certified General Real Estate Appraiser
State of District of Columbia License No. GA11991
Expiration Date 2/28/2022

June 3, 2020
Date


Ericka Simmons
Certified General Real Estate Appraiser
State of District of Columbia License No.GA12170
Expiration Date 2/28/2022

June 3, 2020
Date

# ASSUMPTIONS & LIMITING CONDITIONS

‣ Information presented in this report has been obtained from reliable sources, and it is assumed that the information is accurate.

‣ This analysis assumes that the information provided for this appraisal accurately reflect the current condition of the subject property.

‣ This report shall be used for its intended purpose only, and by the party to whom it is addressed. Possession of this report does not include the right of publication.

‣ The appraisers may not be required to give testimony or to appear in court by reason of this appraisal, with reference to the property in question, unless prior arrangements have been made.

‣ The statements of value and all conclusions shall apply as of the dates shown herein.

‣ There is no present or contemplated future interest in the property by the appraisers which is not specifically disclosed in this report.

‣ Without the written consent or approval of the authors neither all, nor any part of, the contents of this report shall be conveyed to the public through advertising, public relations, news, sales, or other media. This applies particularly to value conclusions and to the identity of the appraisers and the company with which the appraisers are connected.

‣ This report must be used in its entirety. Reliance on any portion of the report independent of others, may lead the reader to erroneous conclusions regarding the property values. Unless approval is provided by the authors no portion of the report stands alone.

‣ We assume no responsibility for matters legal in character, nor do we render any opinion as to title, which is assumed to be marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, under responsible ownership, and competent management.

‣ The appraisal has provided exhibits to assist the client(s)/intended user(s) to understand from a graphical standpoint some of the salient issues which impact the subject property. We have made no survey of the property and if further verification is required, a survey by a registered surveyor is advised.

‣ The appraisers assume no responsibility for determining if the property requires environmental approval by the appropriate governing agencies, nor if it is in violation thereof, unless otherwise noted herein. This analysis assumes that no asbestos or other hazardous materials are stored or found in or on the subject property. If evidence of hazardous materials of any kind occurs, the reader should seek qualified professional assistance. If hazardous materials are discovered and if future market conditions indicate an impact on value and increased perceived risk, a revision of the concluded values may be necessary.

‣ The valuation stated herein assumes professional management and operation of the buildings throughout the lifetime of the improvements, with an adequate maintenance and repair program.

‣ The liability of Archstone Appraisal Group, its principals, agents, and employees is limited to the client. Further, there is no accountability, obligation, or liability to any third party. If this report is placed in the hands of anyone other than the client, the client shall make such party aware of all limiting conditions and assumptions of the assignment and related discussions. The appraisers are in no way responsible for any costs incurred to discover or correct any deficiency in the property.

‣ The appraisers are not qualified to detect the presence of toxic or hazardous substances or materials which may influence or be associated with the property or any adjacent properties, has made no investigation or analysis as to the presence of such materials, and expressly disclaims any duty to note the degree of fault. Archstone Appraisal Group and its principals, agents, employees, shall not be liable for any costs, expenses, assessments, or penalties, or diminution in value, property damage, or personal injury (including death) resulting from or otherwise attributable to toxic or hazardous substances or materials, including without limitation hazardous waste, asbestos material, formaldehyde, or any smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids, solids or gasses, waste materials or other irritants, contaminants or pollutants.

‣ The appraisers assume no responsibility for determining if the subject property complies with the *Americans with Disabilities Act (ADA)*. Archstone Appraisal Group, its principals, agents, and employees, shall not be liable for any costs, expenses, assessments, penalties or diminution in value resulting from non-compliance.

‣ This appraisal assumes that the subject meets an acceptable level of compliance with *ADA* standards; if the subject is not in compliance, the eventual renovation costs and/or penalties would negatively impact the present value of the subject. If the magnitude and time of the cost were known today, they would be reduced from the reported value conclusion.

‣ Unless otherwise noted herein, a detailed soils study was not provided for this analysis. The subject's soils and sub-soil conditions are assumed to be suitable based upon a visual inspection of the subject property and surrounding properties, which did not indicate evidence of excessive settling or unstable soils. No certification is made regarding the stability or suitability of the soil or sub-soil conditions.

# ADDENDA

Doc #: 2017046445
04/27/2017 02:05 PM

File No. 16-1682SMS
DEED-SHORT FORM D.C.

**This Deed**, made this 19th day of April, 2017, by and between Lawrence W. Perry, Jr. and Renee Jones-Perry, parties of the first part, and 429 Kennedy St Holdings LLC, a District of Columbia Limited Liability Company, party of the second part.

WITNESSETH, that in consideration of the sum of Nine Hundred Thousand and 00/100 Dollars ($900,000.00), the parties of the first part do hereby grant unto the party of the second part, in fee simple, all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:

| R1800098 | Construction/Raze | | 429 KENNEDY ST NW, WASHINGTON, DC 20011 | 429 KENNEDY ST HOLDINGS LLC | $2A0 0040 | HIDE DETAILS |

**Owner Name:**
429 KENNEDY ST HOLDINGS LLC

**Applicant Name:**
BROWN CONSULTING: TBD

**Trade Name:**

**Permit Status:** New Application

Get Current Permit Status

**Job Classification:**

More Info

| Job Class Code | Size | Classification | Initial Review Time | |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | |

**Description of work/ Review status:**

RAZE TWO-STORY MULTI-FAMILY BUILDING

| Discipline | Review Status | | | Status Date | |
|---|---|---|---|---|---|
| Application Review | Application Accepted | | | 02/02/2018 | |
| Approval Letter Status | In-Process | | | | |

| SR17SCO02180 | Surveyors/Customer Request | | 429 KENNEDY ST NW, WASHINGTON, DC 20011 | Name | SSL | SHOW DETAILS |
| SR17SCO05366 | Surveyors/Customer Request | | 429 KENNEDY ST NW, WASHINGTON, DC 20011 | Name | SSL | SHOW DETAILS |
| SR17SCO07321 | Surveyors/Customer Request | | 429 KENNEDY ST NW, WASHINGTON, DC 20011 | Name | SSL | SHOW DETAILS |
| SR19SCO01506 | Surveyors/Customer Request | | 429 KENNEDY ST NW, WASHINGTON, DC 20011 | Name | SSL | SHOW DETAILS |

Items per page: 10

|< < > >|

**B1901970**    Construction/New Building                    429 KENNEDY ST NW, WASHINGTON, DC 20011        429 KENNEDY ST HOLDINGS LLC      3260 0040

HIDE DETAILS

**Owner Name:**                          **Applicant Name:**                        **Trade Name:**
429 KENNEDY ST HOLDINGS LLC              GERALD ROPER

**Permit Status:**    **Projectdox Accepted**    Get Current Permit Status

**Job Classification:**

More Info

| Job Class Code | Size | Classification | Initial Review Time |
|---|---|---|---|
| V-C | N/A | N/A | N/A |

**Description of work/ Review status:**

Velocity program/Expedition review. Raze existing structure. New 19 unit apartment building with 5 stories plus cellar level. 19,750 SF

| Discipline | Review Status | Status Date |
|---|---|---|
| Plan Review Coordinator | Projectdox Accepted | 11/13/2018 |

HIDE DETAILS

**B1813290** Construction/New Building

429 KENNEDY ST NW, WASHINGTON, DC 20011

429 KENNEDY ST HOLDINGS LLC    3260 0040

**Owner Name:**
429 KENNEDY ST HOLDINGS LLC

**Applicant Name:**
RYAN HARRISON

**Trade Name:**

**Permit Status:**    **Projectdox Accepted**

Get Current Permit Status

**Job Classification:**

More Info

| Job Class Code | Size | Classification | Initial Review Time |
|---|---|---|---|
| A-C | 6,000 - 10,000 sq ft | Commercial | 30 Business Days |

**Description of work/ Review status:**

NEW CONSTRUCTION OF 19 DWELLING UNITS. CONSTRUCT A 1 STORY BELOW GRADE CONCRETE PODIUM STRUCTURE SUPPORTING A 5 STORY TYPE 3A WOOD FRAMED BUILDING. ADJACENT PROPERTIES WILL BE UNDERPINNED.

| Discipline | Review Status | Status Date |
|---|---|---|
| Plan Review Coordinator | Projectdox Accepted | 2018-08-22 |

5/21/2020

District of Columbia: Property Detail

# DC.gov ★★★ Office of Tax and Revenue

**◄ Prev**

## Property Detail

**Address:** 429 KENNEDY ST NW

**SSL:** 3260 0040

### Record Details

| | | | |
|---|---|---|---|
| **Neighborhood:** | PETWORTH | **Sub-Neighborhood:** | C |
| **Use Code:** | 23 - Residential Flats-Less than 5 | **Class 3 Exception:** | No |
| **Tax Type:** | TX - Taxable | **Tax Class:** | 003 - Vacant |
| **Homestead Status:** | ** Not receiving the Homestead Deduction | | |
| **Assessor:** | CLARENCE GALLOWAY | | |
| **Gross Building Area:** | | **Ward:** | 4 |
| **Land Area:** | 4,760 | **Triennial Group:** | 3 |

### Owner and Sales Information

| | |
|---|---|
| **Owner Name(s):** | 429 KENNEDY ST HOLDINGS LLC |
| **Care Of:** | |
| **Mailing Address:** | 1215 1ST ST NE, WASHINGTON DC 20002-7935 |
| **Sale Price:** | $900,000 |
| **Recordation Date:** | 04/27/2017 |
| **Instrument No.:** | 46445 |
| **Sales Code:** | SPECULATIVE |
| **Sales Type:** | I - IMPROVED |

### Tax Year 2021 Preliminary Assessment Roll

| | Current Value (2020) | Proposed New Value (2021) |
|---|---|---|
| **Land:** | $414,070 | $449,920 |
| **Improvements:** | $275,560 | $297,990 |
| **Total Value:** | $689,630 | $747,910 |
| **Taxable Assessment: *** | $689,630 | $747,910 |

\* Taxable Assessment after Tax Assessment Credit and after $75,700 Homestead Credit, if applicable. (Click here for more information).

\*\* If you believe you should be receiving tax relief through the Homestead deduction program and if you are domiciled in the District and this property is your principal place of residence, you can access the link below, complete the form, and return it per the instructions. For additional information regarding the Homestead program, call (202)727-4TAX. Click here to download the Homestead Deduction and Senior Citizen Tax Relief application \*

If the real property does not appear on the map below, please either search the map manually or email questions or feedback to maps.title@dc.gov. If emailing, please provide the Square Suffix Lot and property address (if applicable).

5/21/2020

District of Columbia: Property Detail

# Pay Here

View Tax Information | View Property Features | View Payments | View Current Tax Bill | View Tax Notices



Legend

Info

Property ID: 3260 0040

OWNER(S)          429 KENNEDY ST
                  HOLDINGS LLC

- &

PREMISE ADDRESS   429 KENNEDY ST
                  NW

LAND AREA (SF)    4,760

This map is for general information purposes, is not a
survey product, and is not intended to be used for
conveyance, legal boundary, or property title.

## Search DCRA SurDocs Link Below

By: Book SUB and Page 177, or
By: Square 3260, Suffix (), Lot 0040

https://www.taxpayerservicecenter.com/RP_Detail.jsp?ssl=3260 0040

All that certain lot or parcel of land situate in the **District of Columbia and** being more particularly described as follows:

Lot 40 in Square 3260 in the subdivision made by Margaret Polwarth and Marth F. Reiss, per plat recorded in Liber 100 at Folio 15 in the Office of the Surveyor for the District of Columbia.

Property Address: 429 Kennedy Street, NW, Washington, DC 20011
SSL: 3260 0040

Owner:
Columbia River Capital
Address:
140 3rd Street NE,
Suite 200,
Washington, DC 20002
Contact Person:

429 KENNEDY APARTMENTS
429 KENNEDY STREET NW
WASHINGTON, DC 20011

3/16"=1'-0"

PROPOSED
FLOOR PLANS

A100

**Owner:**
**Coloma River Capital**

429 KENNEDY APARTMENTS

429 KENNEDY STREET NW
WASHINGTON, DC 20011

PROPOSED
FLOOR PLANS

A101

COLUMA RIVER CAPITAL

Owner:
Coloma River Capital
Address:
1460 3rd Street NE,
Suite 210,
Washington, DC 20002
Charley Paul
202-438-6441

429 KENNEDY APARTMENTS
429 KENNEDY STREET NW
WASHINGTON, DC 20011

3/16"=1'-0"

PROPOSED
FLOOR PLANS

A102

SLOPE

SLOPE
DN

SLOPE

ACCESS HATCH

SLOPE

SLOPE

SLOPE
DN

ROOF PLAN - PROPOSED
SCALE: 3/16"=1'-0"



## 5500 Georgia Ave NW
Comparable 1

### Sale Information

| | |
|---|---|
| Buyer | 1201 KENNEDY STREET, LLC |
| Seller | 1203-1205 KENNEDY ST NW LLC |
| Sale Date | 4/15/2020 |
| Transaction Status | Recorded |
| Sale Price | $1,625,000        $161.47 /FAR/SF |
| Analysis Price | $1,625,000        $161.47 /FAR/SF |
| Recording Number | 2020049015 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arms-Length, Assemblege, Redevelopment |



### Property

| | |
|---|---|
| Land Area | 0.06 Acres (2,614 SF) |
| Number of Parcels | 1 |
| Zoning | MU-4 |
| Shape | Generally Rectangular |
| Topography | Level |
| Permitted FAR | 2.50 ($249/FAR/SF) |

5500 Georgia Ave NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF



APN
2933 0001

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 930 Kennedy St NW
Comparable 2

### Sale Information

| | |
|---|---|
| Buyer | LDRE LLC |
| Seller | Kennedy Street Holdings Llc |
| Sale Date | 2/7/2020 |
| Transaction Status | Recorded |
| Recording Number | 2020021380 |
| Rights Transferred | Fee Simple |
| Financing | Dominion Financial Services, LLCBal/Pmt: $1,900,000 |
| Conditions of Sale | Arm's Length |
| Marketing Time | 32 days |

### Property

| | |
|---|---|
| Land Area | 0.0608 Acres (2,648 SF) |
| Number of Parcels | 1 |
| Zoning | MU-4 |
| Permitted FAR | 2.50 ($190/FAR/SF) |



930 Kennedy St NW
Washington, DC 20011-2916



County
District of Columbia

Submarket
Uptown

APN
2995-0806

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 1201-1203 Jefferson St NW
Comparable 3

### Sale Information

| | |
|---|---|
| Buyer | Georgiadc Investment LLC |
| Seller | Huynh Cindy T & Tom V |
| Sale Date | 10/17/2019 |
| Transaction Status | Recorded |
| Recording Number | 2019131664 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Land Area | 0.1184 Acres (5,156 SF) |
| Number of Parcels | 1 |
| Zoning | MU-4 |
| Permitted FAR | 2.50 ($169/FAR/SF) |



1201-1203 Jefferson St NW
Washington, DC 20011

County
District of Columbia

Submarket
Uptown



APN
2932-0089

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



# ARCHSTONE GROUP

## 2905-2909 Georgia Ave
Comparable 4



### Sale Information

| | |
|---|---|
| Buyer | Square 3054 Partners, LLC |
| Seller | 2905 Georgia Ave LLC |
| Sale Date | 7/12/2019 |
| Transaction Status | Recorded |
| Recording Number | 2019074780 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |
| Marketing Time | 63 days |

### Property

| | |
|---|---|
| Land Area | 0.08 Acres (3,485 SF) |
| Number of Parcels | 1 |
| Zoning | MU-4 |
| Shape | Rectangular |
| Topography | Level to Sloping |
| Permitted FAR | 2.50 ($367/FAR/SF) |

2905-2909 Georgia Ave
Washington, DC 20001



County
District of Columbia

Submarket
Uptown

APN
3054-0026

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 929-931 Kennedy St NW
Comparable 5



### Sale Information

| | |
|---|---|
| Buyer | Saboo Homescapes LLC |
| Seller | 929-931 Kennedy Partners Llc |
| Sale Date | 12/5/2018 |
| Transaction Status | Recorded |
| Recording Number | 2018121270 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Land Area | 0.11 Acres (4,791 SF) |
| Number of Parcels | 1 |
| Zoning | MU-4 |
| Shape | Rectangular |
| Topography | Level to Sloping |
| Permitted FAR | 2.50 ($200/FAR/SF) |

929-931 Kennedy St NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
2992-0087

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



# 820 Kennedy St NW Unit 2
Comparable 1

## Sale Information

| | |
|---|---|
| Buyer | JESSICA OGUNYE |
| Seller | WACAP LLC |
| Sale Date | 9/27/2019 |
| Transaction Status | Recorded |
| Recording Number | 2019101714 |
| Rights Transferred | Leased Fee |
| Conditions of Sale | Arm's Length |

## Property

| | |
|---|---|
| Type | Multi-Family, Condo |
| Gross Building Area (GBA) | 600 SF |
| Net Rentable Area (NRA) | 600 SF |
| Buildings | 1 Building, 4 Floors |
| Year Built | 2019 |
| Land Area | 0.0643 Acres (2,800 SF) |
| Site Coverage Ratio | 21.43% |
| FAR | 0.21 |
| Zoning | MU-4 |



820 Kennedy St NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
2994 0046

## Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 10/17/2019 |

## Remarks

1b1b

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 1350 Nicholson St NW Unit 8
Comparable 2

### Sale Information

| | |
|---|---|
| Sale Date | 8/26/2019 |
| Sale Price | $349,900  $29,158 /Unit |
| Analysis Price | $349,900  $29,158 /Unit |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Type | Multi-Family, Condo |
| Gross Building Area (GBA) | 655 SF |
| Net Rentable Area (NRA) | 655 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.1861 Acres (8,106 SF) |
| Site Coverage Ratio | 8.08% |
| FAR | 0.08 |
| Zoning | RA-1 |



1350 Nicholson St NW
Washington, DC 20011

**County**
District of Columbia

**Submarket**
Brightwood Park MF

**APN**
2795 0019

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 10/18/2019 |

### Remarks

1b1b

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group

# ARCHSTONE GROUP

## The Duet Unit 4
Comparable 3

### Sale Information

| | |
|---|---|
| Seller | Property Ventures |
| Sale Date | 7/3/2019 |
| Sale Price | $335,000 $41,875 /Unit |
| Analysis Price | $335,000 $41,875 /Unit |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Type | Multi-Family, Condos |
| Gross Building Area (GBA) | 720 SF |
| Net Rentable Area (NRA) | 720 SF |
| Buildings | 1 Building, 4 Floors |
| Year Built | 2019 |
| Land Area | 0.0654 Acres (2,850 SF) |
| Site Coverage Ratio | 25.26% |
| FAR | 0.25 |
| Zoning | MU-4 |
| Shape | Rectangular |



507 Kennedy St NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
3207 0077

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |

### Remarks

1b1b 720SF Unit 3

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



ARCHSTONE GROUP

## 37 Missouri Ave NW Unit 4
Comparable 4



### Sale Information

| | |
|---|---|
| Sale Date | 6/7/2019 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Type | Multi-Family |
| Gross Building Area (GBA) | 530 SF |
| Net Rentable Area (NRA) | 530 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.2343 Acres (10,204 SF) |
| Site Coverage Ratio | 5.19% |
| FAR | 0.05 |
| Zoning | RA-1 |

37 Missouri Ave NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
3393 0106

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 4/23/2020 |

### Remarks

2b1.5b

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



# 37 Missouri Ave NW Unit 15
Comparable 5

## Sale Information

| | |
|---|---|
| Sale Date | 5/10/2019 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

## Property

| | |
|---|---|
| Type | Multi-Family |
| Gross Building Area (GBA) | 479 SF |
| Net Rentable Area (NRA) | 479 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.2343 Acres (10,204 SF) |
| Site Coverage Ratio | 4.69% |
| FAR | 0.05 |
| Zoning | RA-1 |



37 Missouri Ave NW
Washington, DC 20011

**County**
District of Columbia

**Submarket**
Brightwood Park MF

**APN**
3393 0106

## Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 10/18/2019 |

## Remarks

1b1b

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 1207 Kennedy St NW Unit 6
Comparable 1

### Sale Information

| | | |
|---|---|---|
| Sale Date | 1/21/2020 | |
| Sale Price | $495,000 | $495,000 /Unit |
| Analysis Price | $495,000 | $495,000 /Unit |
| Rights Transferred | Fee Simple | |
| Conditions of Sale | Arm's Length | |

### Property

| | |
|---|---|
| Type | Multi-Family, Condo |
| Gross Building Area (GBA) | 850 SF |
| Net Rentable Area (NRA) | 850 SF |
| Buildings | 1 Building, 4 Floors |
| Year Built | 2019 |



1207 Kennedy St NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF



Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



**ARCHSTONE GROUP**

## 1350 Nicholson St NW Unit 6
Comparable 3



### Sale Information

| | | |
|---|---|---|
| Sale Date | 8/23/2019 | |
| Transaction Status | Recorded | |
| Sale Price | $445,000 | $37,083 /Unit |
| Analysis Price | $445,000 | $37,083 /Unit |
| Rights Transferred | Fee Simple | |
| Conditions of Sale | Arm's Length | |

### Property

| | |
|---|---|
| Type | Multi-Family, Condo |
| Gross Building Area (GBA) | 983 SF |
| Net Rentable Area (NRA) | 983 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.1861 Acres (8,106 SF) |
| Site Coverage Ratio | 12.13% |
| FAR | 0.12 |
| Zoning | RA-1 |

1350 Nicholson St NW
Washington, DC 20011

**County**
District of Columbia

**Submarket**
Brightwood Park MF

**APN**
2795 0019

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 4/23/2020 |

### Remarks

2B2B


**ARCHSTONE GROUP**

## 37 Missouri Ave NW Unit 26
Comparable 4



### Sale Information

| | |
|---|---|
| Sale Date | 7/19/2019 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Type | Multi-Family |
| Gross Building Area (GBA) | 1,209 SF |
| Net Rentable Area (NRA) | 1,209 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.2343 Acres (10,204 SF) |
| Site Coverage Ratio | 11.85% |
| FAR | 0.12 |
| Zoning | RA-1 |

37 Missouri Ave NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
3393 0106

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 10/18/2019 |

### Remarks

2b1.5b

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



# ARCHSTONE GROUP

## 37 Missouri Ave NW Unit 22
Comparable 5

### Sale Information

| | |
|---|---|
| Sale Date | 7/3/2019 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Type | Multi-Family |
| Gross Building Area (GBA) | 1,530 SF |
| Net Rentable Area (NRA) | 1,530 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.2343 Acres (10,204 SF) |
| Site Coverage Ratio | 14.99% |
| FAR | 0.15 |
| Zoning | RA-1 |



37 Missouri Ave NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
3393 0106

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 10/18/2019 |

### Remarks

2b2.5b Penthouse

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



**ARCHSTONE
GROUP**

Archstone Appraisal Group
1629 K Street NW, Suite 300
Washington, DC 20006
+1 (202) 600-7696

# VALUATION GLOSSARY

Unless specified otherwise, these definitions were extracted from the following sources or publications:

The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015 (Dictionary).
Uniform Standards of Professional Appraisal Practice, 2018-2019 Edition (USPAP).
The Appraisal of Real Estate, Fourteenth Edition, Appraisal Institute, Chicago, Illinois, 2013 (14th Edition).

**Absolute Net Lease**
A lease in which the tenant pays all expenses including structural maintenance, building reserves, and management; often a long-term lease to a credit tenant. (Dictionary)

**Ad Valorem Tax**
A real estate tax based on the assessed value of the property, which is not necessarily equivalent to its market value. (14th Edition)

**Aggregate of Retail Values (ARV)**
The sum of the separate and distinct market value opinions for each of the units in a condominium; subdivision development, or portfolio of properties, as of the date of valuation. The aggregate of retail values does not represent the value of all the units as sold together in a single transaction; it is simply the total of the individual market value conclusions. Also called sum of the retail values. (Dictionary)

**Arm's-length Transaction**
A transaction between unrelated parties who are each acting in his or her own best interest. (Dictionary)

**As-Is Market Value**
The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date. (Dictionary)

**Assessed Value**
The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value, or based on an assessment ratio that is a percentage of market value. (14th Edition)

**Average Daily Room Rate (ADR)**
In the lodging industry, the net rooms revenue derived from the sale of guest rooms divided by the number of paid occupied rooms. (Dictionary)

**Band of Investment**
A technique in which the capitalization rates attributable to components of an investment are weighted and combined to derive a weighted-average rate attributable to the total investment. (Dictionary)

**Cash-Equivalent Price**
The price of a property with nonmarket financing expressed as the price that would have been paid in an all-cash sale. (Dictionary)

 **ARCHSTONE GROUP**

# VALUATION GLOSSARY (CONTINUED)

**Common Area**
The total area within a property that is not designed for sale or rental but is available for common use by all owners, tenants, or their invitees, e.g., parking and its appurtenances, malls, sidewalks, landscaped areas, recreation areas, public toilets, truck and service facilities. (Dictionary)

**Contract Rent**
The actual rental income specified in a lease. (14th Edition)

**Cost Approach**
A set of procedures through which a value indication is derived for the fee simple interest in a property by estimating the current cost to construct a reproduction of (or replacement for) the existing structure, including an entrepreneurial incentive; deducting depreciation from the total cost; and adding the estimated land value. Adjustments may then be made to the indicated fee simple value of the subject property to reflect the value of the property interest being appraised. (14th Edition)

**Curable Functional Obsolescence**
An element of depreciation; a curable defect caused by a flaw in the structure, materials, or design, which can be practically and economically corrected. (Dictionary)

**Debt Coverage Ratio (DCR)**
The ratio of net operating income to annual debt service, which measures the relative ability of a property to meet its debt service out of net operating income; also called debt service coverage ratio (DSCR). (Dictionary)

**Deferred Maintenance**
Items of wear and tear on a property that should be fixed now to protect the value or income-producing ability of a property. (Dictionary)

**Depreciation**
In appraisal, a loss in property value from any cause; the difference between the cost of an improvement on the effective date of the appraisal and the market value of the improvement on the same date. (Dictionary)

**Direct Costs**
Expenditures for the labor and materials used in the construction of improvements; also called hard costs. (Dictionary)

**Discounted Cash Flow (DCF) Analysis**
The procedure in which a discount rate is applied to a set of projected income streams and a reversion. The analyst specifies the quantity, variability, timing, and duration of the income streams and the quantity and timing of the reversion, and discounts each to its present value at a specified yield rate. (Dictionary)

**Discount Rate**
A rate of return on capital used to convert future payments or receipts into present value; usually considered to be a synonym for yield rate. (Dictionary)

 **ARCHSTONE GROUP**

# VALUATION GLOSSARY (CONTINUED)

**Disposition Value**
The most probable price that a specified interest in property should bring under the following conditions:

1. Consummation of a sale within a specified time, which is shorter than the typical exposure time for such a property in that market.
2. The property is subjected to market conditions prevailing as of the date of valuation.
3. Both the buyer and seller are acting prudently and knowledgeably.
4. The seller is under compulsion to sell.
5. The buyer is typically motivated.
6. Both parties are acting in what they consider their best interests.
7. An adequate marketing effort will be made during the exposure time.
8. Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms. (Dictionary)

**Easement**
The right to use another's land for a stated purpose. Access or right-of-way easements may be acquired by private parties or public utilities. Governments may be the beneficiaries of easements placed on privately owned land that is dedicated to conservation, open space, or preservation. (14th Edition)

**Economic Life**
The period over which improvements to real property contribute to property value. (Dictionary)

**Effective Age**
The age of property that is based on the amount of observed deterioration and obsolescence it has sustained, which may be different from its chronological age. (Dictionary)

**Effective Date**
The date on which the appraisal or review opinion applies (SVP) (Dictionary)

**Effective Gross Income (EGI)**
The anticipated income from all operations of the real estate after an allowance is made for vacancy and collection losses and an addition is made for any other income. (Dictionary)

**Effective Gross Income Multiplier (EGIM)**
The ratio between the sale price (or value) of a property and its effective gross income. (Dictionary)

**Effective Rent**
The rental rate net of financial concessions such as periods of free rent during the lease term and above or below-market tenant improvements (TIs). (14th Edition)


**ARCHSTONE GROUP**

# VALUATION GLOSSARY (CONTINUED)

**Eminent Domain**

The right of government to take private property for public use upon the payment of just compensation. The Fifth Amendment of the U.S. Constitution, also known as the takings clause, guarantees payment of just compensation upon appropriation of private property. (Dictionary)

**Entrepreneurial Incentive**

The amount an entrepreneur expects to receive for his or her contribution to a project. Entrepreneurial incentive may be distinguished from entrepreneurial profit (often called developer's profit) in that it is the expectation of future profit as opposed to the profit actually earned on a development or improvement. (Dictionary)

**Entrepreneurial Profit**

A market-derived figure that represents the amount an entrepreneur receives for his or her contribution to a project and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses. (Dictionary)

**Excess Land**

Land that is not needed to serve or support the existing improvement. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. (Dictionary)

**Excess Rent**

The amount by which contract rent exceeds market rent at the time of the appraisal; created by a lease favorable to the landlord (lessor) and may reflect unusual management, unknowledgeable or unusually motivated parties, a lease execution in an earlier, stronger rental market, or an agreement of the parties. Due to the higher risk inherent in the receipt of excess rent, it may be calculated separately and capitalized or discounted at a higher rate in the income capitalization approach. (14th Edition)

**Expense Stop**

A clause in a lease that limits the landlord's expense obligation, which results in the lessee paying any operating expenses above a stated level or amount. (Dictionary)

**Exposure Time**

The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; Comment: Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market. (Dictionary)



# VALUATION GLOSSARY (CONTINUED)

**External Obsolescence**

A type of depreciation; a diminution in value caused by negative external influences and generally incurable on the part of the owner, landlord, or tenant. The external influence may be temporary or permanent. (Dictionary)

**Extraordinary Assumption**

An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis. An extraordinary assumption may be used in an assignment only if:

- It is required to properly develop credible opinions and conclusions;
- The appraiser has a reasonable basis for the extraordinary assumption;
- Use of the extraordinary assumption results in a credible analysis; and
- The appraiser complies with the disclosure requirements set forth in USPAP for extraordinary assumptions.(USPAP)

**Fair Market Value**

In nontechnical usage, a term that is equivalent to the contemporary usage of market value.
As used in condemnation, litigation, income tax, and property tax situations, a term that is similar in concept to market value but may be defined explicitly by the relevant agency. (Dictionary)

**Feasibility Analysis**

A study of the cost-benefit relationship of an economic endeavor. (USPAP)

**Fee Simple Estate**

Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat. (Dictionary)

**Floor Area Ratio (FAR)**

The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2.0 indicates that the permissible floor area of a building is twice the total land area. (Dictionary)

**Functional Obsolescence**

The impairment of functional capacity of improvements according to market tastes and standards. (Dictionary)



# VALUATION GLOSSARY (CONTINUED)

**Functional Utility**
The ability of a property or building to be useful and to perform the function for which it is intended according to current market tastes and standards; the efficiency of a building's use in terms of architectural style, design and layout, traffic patterns, and the size and type of rooms. (Dictionary)

**Furniture, Fixtures, and Equipment (FF&E)**
Business trade fixtures and personal property, exclusive of inventory. (Dictionary)

**Going-concern**
An established and operating business having an indefinite future life. (Dictionary)

**Going-concern Value**
An outdated label for the market value of all the tangible and intangible assets of an established and operating business with an indefinite life, as if sold in aggregate; more accurately termed the market value of the going concern or market value of the total assets of the business. (Dictionary)

**Gross Building Area (GBA)**
Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved. (Dictionary)

**Gross Leasable Area (GLA) - Commercial**
Total floor area designed for the occupancy and exclusive use of tenants, including basements and mezzanines; measured from the center of joint partitioning to the outside wall surfaces. (Dictionary)

**Gross Living Area (GLA) - Residential**
Total area of finished, above-grade residential area; calculated by measuring the outside perimeter of the structure and includes only finished, habitable, above-grade living space. (Finished basements and attic areas are not generally included in total gross living area. Local practices, however, may differ.) (Dictionary)

**Highest & Best Use**
The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. The use of an asset that maximizes its potential and that is possible, legally permissible, and financially feasible. The highest and best use may be for continuation of an asset's existing use or for some alternative use. This is determined by the use that a market participant would have in mind for that asset when formulating the price that it would be willing to bid (IVS). (Dictionary)


ARCHSTONE GROUP

# VALUATION GLOSSARY (CONTINUED)

**Hypothetical Condition**
A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. (USPAP)

**Income Capitalization Approach**
In the income capitalization approach, an appraiser analyzes a property's capacity to generate future benefits and capitalizes the income into an indication of present value. The principle of anticipation is fundamental to this approach. Techniques and procedures from this approach are used to analyze comparable sales data and to measure obsolescence in the cost approach. (14th Edition)

**Incurable Functional Obsolescence**
An element of depreciation; a defect caused by a deficiency or superadequacy in the structure, materials, or design that cannot be practically or economically corrected as of the effective date of the appraisal. (Dictionary)

**Indirect Costs**
Expenditures or allowances for items other than labor and materials that are necessary for construction, but are not typically part of the construction contract. Indirect costs may include administrative costs, professional fees, financing costs and the interest paid on construction loans, taxes and the builder's or developer's all-risk insurance during construction, and marketing, sales, and lease-up costs incurred to achieve occupancy or sale. Also called soft costs. (Dictionary)

**Insurable Replacement Cost**
The cost estimate, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design and layout for insurance coverage purposes guaranteeing that damaged property is replaced with a new property (i.e., depreciation is not deducted). (Dictionary)

**Interim Use**
The temporary use to which a site or improved property is put until a different use becomes maximally productive. (Dictionary)

**Investment Value**
The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. (Dictionary)



# VALUATION GLOSSARY (CONTINUED)

**Liquidation Value**

The most probable price that a specified interest in real property should bring under the following conditions:

1. Consummation of a sale within a short time period.
2. The property is subjected to market conditions prevailing as of the date of valuation.
3. Both the buyer and seller are acting prudently and knowledgeably.
4. The seller is under extreme compulsion to sell.
5. The buyer is typically motivated.
6. Both parties are acting in what they consider to be their best interests.
7. A normal marketing effort is not possible due to the brief exposure time.
8. Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms. (Dictionary)

**Leased Fee Interest**

The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversion right when the lease expires. (Dictionary)

**Leasehold Interest**

The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease. (Dictionary)

**Legally Nonconforming Use**

A use that was lawfully established and maintained, but no longer conforms to the use regulations of its current zoning; also known as a grandfathered use. (Dictionary)

**Market Area**

The geographic region from which a majority of demand comes and in which the majority of competition is located. Depending on the market, a market area may be further subdivided into components such as primary, secondary, and tertiary market areas. (Dictionary)

**Market Rent**

The most probable rent that a property should bring in a competitive and open market reflecting all conditions and restrictions of the lease agreement, including permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs). (14th Edition)


**ARCHSTONE GROUP**

# VALUATION GLOSSARY (CONTINUED)

**Market Study**

An analysis of the market conditions of supply, demand, and pricing for a specific property type in a specific area. (Dictionary)

**Market Value (Interagency Guidelines)**

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised, and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

(Interagency Appraisal and Evaluation Guidelines, December 10, 2010, Federal Register, Volume 75 Number 237, Page 77472)

**Marketability Analysis**

The study of how a specific property is expected to perform in a specific market. A marketability analysis expands on a market analysis by addressing a specific property. (Dictionary)

**Neighborhood Analysis**

The objective analysis of observable or quantifiable data indicating discernible patterns of urban growth, structure, and change that may detract from or enhance property values; focuses on four sets of considerations that influence value: social, economic, governmental, and environmental factors. (Dictionary)

**Net Operating Income (NOI)**

The actual or anticipated net income that remains after all operating expenses are deducted from effective gross income but before mortgage debt service and book depreciation are deducted. Note: This definition mirrors the convention used in corporate finance and business valuation for EBITDA (earnings before interest, taxes, depreciation, and amortization). (14th Edition)

**Obsolescence**

One cause of depreciation; an impairment of desirability and usefulness caused by new inventions, changes in design, improved processes for production, or external factors that make a property less desirable and valuable for a continued use; may be either functional or external. (Dictionary)



# VALUATION GLOSSARY (CONTINUED)

**Off-site Costs**

Costs incurred in the development of a project, excluding on-site costs such as grading and construction of the building and other improvements; also called common costs or off-site improvement costs. (Dictionary)

**On-site Costs**

Costs incurred for the actual construction of buildings and improvements on a particular site. (Dictionary)

**Overage Rent**

The percentage rent paid over and above the guaranteed minimum rent or base rent; calculated as a percentage of sales in excess of a specified breakeven sales volume. (14th Edition)

**Overall Capitalization Rate (OAR)**

The relationship between a single year's net operating income expectancy and the total property price or value. (Dictionary)

**Parking Ratio**

The ratio of parking area or parking spaces to an economic or physical unit of comparison. Minimum required parking ratios for various land uses are often stated in zoning ordinances. (Dictionary)

**Potential Gross Income (PGI)**

The total income attributable to property at full occupancy before vacancy and operating expenses are deducted. (Dictionary)

**Potential Gross Income Multiplier (PGIM)**

The ratio between the sale price (or value) of a property and its annual potential gross income. (Dictionary)

**Present Value (PV)**

The value of a future payment or series of future payments discounted to the current date or to time period zero. (Dictionary)

**Prospective Opinion of Value**

A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not achieved sellout or a stabilized level of long-term occupancy. (Dictionary)

 **ARCHSTONE GROUP**

# VALUATION GLOSSARY (CONTINUED)

**Qualitative Adjustment**

An indication that one property is superior, inferior, or the same as another property. Note that the common usage of the term is a misnomer in that an adjustment to the sale price of a comparable property is not made. Rather, the indication of a property's superiority or inferiority to another is used in relative comparison analysis, bracketing, and other forms of qualitative analysis. (Dictionary)

**Quantitative Adjustment**

A numerical (dollar or percentage) adjustment to the indicated value of the comparable property to account for the effect of a difference between two properties on value. (Dictionary)

**Rentable Area**

The amount of space on which the rent is based; calculated according to local practice. (Dictionary)

**Replacement Cost**

The estimated cost to construct, at current prices as of a specific date, a substitute for a building or other improvements, using modern materials and current standards, design, and layout. (Dictionary)

**Reproduction Cost**

The estimated cost to construct, at current prices as of the effective date of the appraisal, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship and embodying all the deficiencies, superadequacies, and obsolescence of the subject building. (Dictionary)

**Retrospective Value Opinion**

A value opinion effective as of a specified historical date. The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion." (Dictionary)

**Sales Comparison Approach**

The process of deriving a value indication for the subject property by comparing sales of similar properties to the property being appraised, identifying appropriate units of comparison, and making adjustments to the sale prices (or unit prices, as appropriate) of the comparable properties based on relevant, market-derived elements of comparison. The sales comparison approach may be used to value improved properties, vacant land, or land being considered vacant when an adequate supply of comparable sales is available. (Dictionary)


**ARCHSTONE GROUP**

# VALUATION GLOSSARY (CONTINUED)

**Scope of Work**

The type and extent of research and analysis in an appraisal or appraisal review assignment. Scope of work includes, but is not limited to:

- The extent to which the property is identified;
- The extent to which tangible property is inspected;
- The type and extent of data researched; and
- The type and extent of analysis applied to arrive at opinions or conclusions. (USPAP)

**Shopping Center Types**

Neighborhood Shopping Center:
The smallest type of shopping center, generally with a gross leasable area of between 30,000 and 100,000 square feet. Typical anchors include supermarkets. Neighborhood shopping centers offer convenience goods and personal services and usually depend on a market population support of 3,000 to 40,000 people.

Community Shopping Center:
A shopping center of 100,000 to 400,000 square feet that usually contains one junior department store, a variety store, discount or department store. A community shopping center generally has between 20 and 70 retail tenants and a market population support of 40,000 to 150,000 people.

Regional Shopping Center:
A shopping center of 300,000 to 900,000 square feet that is built around one or two full-line department stores of approximately 200,000 square feet each plus small tenant spaces. This type of center is typically supported by a minimum population of 150,000 people.

Super-Regional Center:
A large center of 600,000 to 2.0 million square feet anchored by three or more full-line department stores. This type of center is typically supported by a population area of 300,000 people. (14th Edition)

**Superadequacy**

An excess in the capacity or quality of a structure or structural component; determined by market standards. (Dictionary)

**Surplus Land**

Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. (Dictionary)

 ARCHSTONE GROUP

# VALUATION GLOSSARY (CONTINUED)

**Tenant Improvements (TIs)**
1. Fixed improvements to the land or structures installed for use by a lessee.
2. The original installation of finished tenant space in a construction project; subject to periodic change for succeeding tenants. (Dictionary)

**Triple Net Lease**
An alternative term for a type of net lease. In some markets, a net net net lease is defined as a lease in which the tenant assumes all expenses (fixed and variable) of operating a property except that the landlord is responsible for structural maintenance, building reserves, and management. Also called NNN, triple net lease, or fully net lease. (Dictionary)

**Usable Area**
The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas. (Dictionary)

**Useful Life**
The period of time over which a structure or a component of a property may reasonably be expected to perform the function for which it was designed. (Dictionary)

**Vacancy and Collection Loss**
A deduction from potential gross income (PGI) made to reflect income deductions due to vacancies, tenant turnover, and non-payment of rent; also called vacancy and credit loss or vacancy and contingency loss. (Dictionary)

**Yield Capitalization**
A method used to convert future benefits into present value by 1) discounting each future benefit at an appropriate yield rate, or 2) developing an overall rate that explicitly reflects the investment's income pattern, holding period, value change, and yield rate. (Dictionary)

# ARCHSTONE APPRAISAL GROUP

**Archstone Appraisal Group, LLC is a next-generation real estate appraisal provider. We are a conglomerate of well-connected and diverse professional real estate valuers who share a common culture and mission of providing the finest quality appraisal reports with exceptional service. At Archstone, you will find a group of people who are not just appraisers, but experts with diverse and real-life experience in investment, development, reposition, financing, international activities, and asset management. Our work is unbiased and in touch with the latest market trends.**

Archstone Appraisal Group is based out of Washington D.C. offering extensive personalized coverage of the Mid-Atlantic region with four full-time commercial valuers, each of whom has 15 or more years' experience in the commercial real estate industry.

Additionally, Archstone Appraisal Group partners with senior and well-established professionals throughout the United States who regularly partner with us to offer these services nationwide.

Because of our unique background, we maintain a network of dozens of valuers all over the world who partner with us to provide national and international services.

Both domestically and internationally we work with vetted partners to provide premier, quality appraisal reports. Below is a list of our services and areas of expertise.

| LINE OF SERVICES | PROPERTY TYPES |
|---|---|
|  |  |

 **ARCHSTONE GROUP**

# ARCHSTONE APPRAISAL GROUP

## Valuation Team

**R. Ashton Rowles, MAI, MRICS** is currently a Senior Director for Archstone Appraisal Group, LLC and head of the executive team. Ashton started Archstone in 2017 after 12 years with Colliers international, where most recently, he served as Executive Managing Director Valuation over Latin American.

Ashton also previously worked for the U.S. Department of State as a Senior Real Estate Appraiser, assisting with valuation-related matters for acquisition and disposal for the U.S. Government's International Real Estate holdings.

Ashton has personally performed appraisals in 40 states and 22 countries. He has overseen and reviewed appraisals in over 40 countries. He has been involved in numerous fields within real estate valuation, including: single asset valuation, Portfolio valuation, market analysis, feasibility studies, lease and cost analysis, highest and best use analysis, rent analysis, eminent domain, litigation support, insurance valuation, foreclosure and bankruptcy support, and tax mitigation.

**Mark Savage, MAI** is currently a Senior Director – Appraisal for Archstone Appraisal Group, LLC. Mark also previously worked for GMAC Commercial Mortgage, LandVest, Inc., Colliers International and NAI Hunneman. This professional experience involves preparation of appraisal reports and analyses of a wide variety of properties throughout Latin America for banks, life insurance companies, pension funds, government and multilateral agencies, owners/developers, and investment companies. Consulting experience includes market and feasibility studies, due diligence and investment analyses.

**Joseph F. Consoli, MAI,** has served multiple roles and developed varying perspectives on the entire life cycle of commercial real estate from concept to construction. He has worked in valuation, review appraisal, consulting in both the fee and bank finance worlds predominantly but has significant intergovernmental and private project development, management, and construction experience too. More recently, Mr. Consoli has taken on some research, publication, and teaching roles.

**Ericka Simmons, Chief of Operations**, is a real estate professional with experience in real estate private equity, valuation and finance; model development, green improvements and energy analysis and sustainable building training. Specific knowledge of the Mid-Atlantic and NYC metro areas.

**Josiah Wise, Head of Research,** is an American Citizen expat, native of New York, who has lived in Peru for over 5 years as a full-time resident. He is a native English speaker and fluent in Spanish with an academic background in the humanities, having studied philosophy and critical theory under Jacques Derrida. Josiah´s professional background is diverse, complimenting a theoretical background with work experience from construction foreman, to tour guide in Rome, Italy while studying. Josiah worked for 8 years as a traveling inspector for a risk management company that services most major United States' insurance companies (USAA, Allstate, Travelers etc.), providing risk intelligence to underwriters on high value residential and commercial properties in all 50 states.

 **ARCHSTONE APPRAISAL GROUP**

## Valuation Team

**Adriana Gastelumendi, Finance and Accounting**, is a dual American-Peruvian citizen currently residing in Peru. Following her studies in Business Administration Adriana moved to the United States where she excelled in the hospitality industry: she worked in multiple managerial positions for the Peninsula Hotel, one of the United States' pre-eminent five-star hotels. Adriana is fluent in English and Spanish and has continually increased her knowledge of business administration in a variety of different environments and positions, both in the United States and in Peru.

**Abigail Rex, Administration**, joined Archstone in 2017 when it was formed and served as business and administrative manager. She holds a degree from Brigham Young University – Idaho in English and business and writing. She is active in her community and as an advocate for families with special needs children.

**Fernando Mascaró, Director of Brokerage and Development Projects**, has more than 20 years of experience in business management. He started his professional career in a family business dedicated to real estate. He also lived and studied abroad in the United States and then did an advanced degree in Business Management in Brisbane Australia with specialization in international trade and banking at the Curtin University of Technology.

Fernando worked for over 10 years in Australia for CS Industries in various management and operational positions for commercial, industrial, and real estate needs. Fernando returned to Peru in 2009 where he focused on the real estate business as Director of the company Doña Maria Raquel, carrying out various real estate projects and continued to Ana Maria Inmobiliaria and Archstone Latam SAC. Fernando has carried out various projects in Peru, the US, and in Australia and have managed teams of more than 100 people.

| OFFICE LOCATIONS | | |
|---|---|---|
| **Washington, DC**<br>1629 K St, NW, Suite 300<br>Washington, D.C. 20006 | **Boston, MA**<br>10 Post Office Square, 8th Fl.<br>Boston, MA 02109 | **Boise, ID**<br>13601 West McMillan<br>Boise, ID 83713 |
| Tel: 202 600 7696 | Tel: 617 872 0686 | Tel: 208 215 2242 |

 **ARCHSTONE GROUP**

Archstone Appraisal Group
1629 K Street NW, Suite 300
Washington, DC 20006
+1 (202) 600-7696

# R. ASHTON ROWLES, MAI, MRICS
# QUALIFICATIONS

## PROFESSIONAL STATEMENT

R. Ashton Rowles, MAI, MRICS is currently a Senior Director for Archstone Appraisal Group, LLC and head of the executive team. Ashton started Archstone in 2017 after 12 years with Colliers international, where most recently, he served as Executive Managing Director Valuation over Latin American.

Ashton also previously worked for the U.S. Department of State as a Senior Real Estate Appraiser, assisting with valuation-related matters for acquisition and disposal for the U.S. Government's International Real Estate holdings.

Ashton has personally performed appraisals in 40 states and 22 countries. He has overseen and reviewed appraisals in over 40 countries. He has been involved in numerous fields within real estate valuation, including: single asset valuation, Portfolio valuation, market analysis, feasibility studies, lease and cost analysis, highest and best use analysis, rent analysis, eminent domain, litigation support, insurance valuation, foreclosure and bankruptcy support, and tax mitigation.

## RELEVANT ASSIGNMENTS

- Portfolio of over 150 commercial assets throughout Mexico for major international bank transaction.

- Program Director for valuation work in 40 countries for non-profit organization with the majority of assets located in rural areas. Over 500 appraisals managed and reviewed.

- Annual valuation on more than 350 foreign embassy properties throughout the Americas.

- Land Development of more than 50 acres on northern end of Grenada.
- Site search and custom market study of Class A real estate in Santo Domingo, Dominican Republic.

- Valuation of ranch properties of more than 5,000 acres including wine vineyard and forest components.

- Highest and Best Use Studies in Tanzania, Morocco, and Libya for U.S. Department of State.

## INTERNATIONAL EXPERIENCE

Ashton's subject matter expertise has been focused in two primary areas. The first area is Mid-Atlantic Commercial Real Estate. As Manager of the Colliers International Washington D.C. office, Ashton reviewed and supervised over 400 appraisal assignments for all types of real estate in the region. These ranged from investment grade complex properties with values over $500 Million to smaller, single-tenant, owner-user properties. As a leader in the local Appraisal Institute chapter he has served as an expert on local market trends and functioned as a moderator in a variety of chapter functions.

The second area of career expertise is in the valuation of assets throughout Latin America to American Valuation standards. Ashton began his international appraisal experience while working at the U.S. Department of State, and then continued international appraisal after transferring back to Colliers International. He has handled valuation assignments for several governments, NGO's and corporations. He has lectured on international valuation standards in Brazil, Panama, Mexico and Hong Kong as a guest lecturer on the differences of appraisal methodologies and practices in various countries.



**ARCHSTONE GROUP**

# R. ASHTON ROWLES, MAI, MRICS
# QUALIFICATIONS (CONTINUED)

## EDUCATION
• BA – Brigham Young University

## LANGUAGES
• English – Native Language
• Spanish – Fully fluent

## PROFESSIONAL MEMBERSHIPS & ACCREDITATIONS

• Certified General Real Estate Appraiser

• MAI Designated Member, Appraisal Institute #482535

• 2018 President, Washington D.C. Chapter of the Appraisal Institute

• 2017 Vice President, Washington D.C. Chapter of the Appraisal Institute

• 2016 Treasurer, Washington D.C. Chapter of the Appraisal Institute

• Royal Institute of Chartered Surveyors, MRICS Designation

• Urban Land Institute

## PERMANENT GENERAL APPRAISER LICENSES (ACTIVE STATES)

• Virginia, Certified General Real Estate Appraiser, 4001016667, Current through May 2019
• District of Columbia, Certified General Real Estate Appraiser, GA11991, Current through February 2018
• Maryland, Certified General Real Estate Appraiser, 40031807, Current through August 2019

## EDUCATION

| | | |
|---|---|---|
| Developers, Bankers & Appraisers: Understanding Roles in an Evolving Real Estate Environment | 11/7/2017 | Reston, VA |
| Making the Math Work: Cost-Effective Trainee Development | 10/11/2017 | Washington, DC |
| Education Resources Meeting | 9/27/2017 | Webinar |
| Education Resources Meeting | 6/21/2017 | Webinar |
| 2017 Annual Conference Sessions Day | 6/10/2017 | Ottawa, ON |
| Residential Sales Comparison and Income Approach | 5/30/2017 | Online |
| Improving Communication in an Evolving Banking Environment | 4/20/2017 | Reston, VA |
| Education Resources Meeting | 3/1/2017 | Webinar |
| Real Estate Market Update: Economic Outlook for Metro DC Real Estate 2017 and Beyond | 1/19/2017 | Washington, DC |
| Chapter Financial Management and Administration Policy | 12/6/2016 | Webinar |
| Career Opportunities Workshop | 5/12/2016 | Beltsville, MD |
| 2016-2017 7-Hour National USPAP Update Course | 2/28/2016 | Online |
| Real Estate Market Update: Economic Outlook for Metro DC Real Estate 2016 and Beyond | 1/19/2016 | McLean, VA |
| GASB Final Statement on Fair Value Measurement and Application | 7/8/2015 | Webinar |
| Installation Dinner & Chapter Meeting | 1/22/2015 | McLean, VA |
| Real Estate Market Update: Economic Outlook for Metro DC Real Estate 2015 and Beyond | 11/6/2014 | McLean, VA |
| 2014 IRS Valuation Summit | 10/21/2014 | Washington, DC |
| Review Theory - General | 10/10/2014 | Rockville, MD |



**ARCHSTONE GROUP**

# R. ASHTON ROWLES, MAI, MRICS
# QUALIFICATIONS (CONTINUED)

## EDUCATION

| | | |
|---|---|---|
| Purchase Price Allocations for Financial Reporting and Tax | 4/16/2014 | Webinar |
| Online Supervising Appraisal Trainees | 3/17/2014 | Online |
| Real Estate Market Update: Economic Outlook for NYC Real Estate 2014 and Beyond | 1/13/2014 | New York, NY |
| Business Practices and Ethics | 12/6/2013 | Silver Spring, MD |
| 7-Hour National USPAP Update Course | 12/5/2013 | Silver Spring, MD |
| Real Estate Market Update: Economic Outlook for Washington DC Real Estate 2014 and Beyond | 11/19/2013 | Corner McLean, VA |
| 7-Hour Equivalent USPAP Update Course | 4/28/2013 | Online |
| General Appraiser Income Approach/Part 2 | 4/28/2011 | Aurora, CO |
| Appraising Distressed Commercial Real Estate: Here We Go Again | 6/3/2010 | Aurora, CO |
| Market Analysis and Conditions: The Statistics | 4/1/2010 | Aurora, CO |
| General Demonstration Appraisal Report Writing Seminar | 11/16/2009 | Indianapolis, IN |
| Online 7-Hour National USPAP Equivalent Course | 8/31/2008 | Online |
| Online Business Practices and Ethics | 7/31/2008 | Online |
| Advanced Sales Comparison & Cost Approaches | 6/28/2008 | Denver, CO |
| Advanced Applications | 6/7/2008 | Boise, ID |
| Report Writing and Valuation Analysis | 11/3/2007 | Anaheim, CA |
| Advanced Income Capitalization | 8/11/2007 | Houston, TX |
| General Appraiser Market Analysis and Highest & Best Use | 4/27/2007 | Sacramento, CA |
| Basic Income Capitalization | 4/29/2006 | Sacramento, CA |
| Basic Appraisal Procedures | 3/18/2006 | Sacramento, CA |
| Basic Appraisal Principals | 1/25/2006 | Sacramento, CA |



# CERTIFICATE OF LICENSURE

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
Occupational and Professional Licensing Administration

*certifies that*

### ROYCE ASHTON ROWLES

*has met all requirements by law and regulations and is hereby licensed as:*

**APPRAISER CERTIFIED GENERAL**
**LICENSE #:** GA11991
Issue Date: 3/1/2020
Expiration Date: 2/28/2022

Ernst Chappell

*Director, Department of*
*Consumer and Regulatory Affairs*

Serial #: 450823

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

dcra

Government of the District of Columbia
Department of Consumer and Regulatory Affairs
Occupational and Professional Licensing Administration

**ROYCE ASHTON ROWLES**
**Appraiser Certified General**

License No.
**GA11991**

Expiration Date
**2/28/2022**


**ARCHSTONE GROUP**

Archstone Appraisal Group
1629 K Street NW, Suite 300
Washington, DC 20006
+1 (202) 600-7696

# ERICKA SIMMONS

# QUALIFICATIONS

## PROFESSIONAL STATEMENT

Real estate professional with experience in real estate private equity, valuation and finance; model development, green improvements and energy analysis and sustainable building training. Specific knowledge of the Mid-Atlantic and NYC metro areas.

## EDUCATION

| | |
|---|---|
| Johns Hopkins | Carey Business School | Washington DC |
| Master of Business Administration (MBA) | Current Part-Time Student |
| Concentrations: Real Estate and Infrastructure | Interdisciplinary Business Expected, Dec 2018 | |

Columbia University | Columbia College          New York, NY
Artium Baccalaureus (AB/BA)                              May 2004
Major: Economics | Significant coursework in Math and Computer Science

## CERTIFICATIONS / AFFILIATIONS

Financial/Real Estate                                          Sustainability
CFA Institute | CFA Level I                     LEED | Green Associate Training

Certified Commercial Investment Member (All Classes Passed)     NABCEP | Solar Installer (former)

Appraisal Institute Candidate for Designation (MAI, Expected, Mar 2018)

Appraisal Institute Valuation of Sustainable Buildings PDP (Jul 2017)

Certified General Appraiser in DC, VA, MD, NY

## EMPLOYMENT HISTORY

Sustainable Capital Advisors                              Washington, DC
Associate (Contract Assignment)                        Oct 2017 – Dec 2017
Solar Energy Financial Product Design and Recommendation

 **ARCHSTONE GROUP**

# QUALIFICATIONS OF ERICKA SIMMONS (CONTINUED)

## EMPLOYMENT HISTORY

| | |
|---|---|
| Colliers International Valuation & Advisory Services | Washington, DC |
| Valuation Services Director \| Senior Valuation Analyst | Aug 2014 – Aug 2017 |
| National Multifamily Services Team Member | |

| | |
|---|---|
| Goodman Marks Associates | Manhattan, NYC & Mineola, LI |
| Valuation Associate | Nov 2011 – Jul 2014 |

| | |
|---|---|
| Republic Valuations | Brooklyn, NYC |
| Senior Valuation Analyst Consultant | May 2009 – Oct 2011 |

| | |
|---|---|
| Viola Family Trust | Brooklyn, NYC |
| Real Estate Advisory \| Disposition | May 2008 – May 2009 |

| | |
|---|---|
| Lighthouse Real Estate Ventures   Manhattan, NYC | |
| Senior Associate \| Acquisitions | Oct 2006 – May 2008 |

| | |
|---|---|
| EcoREIT | Manhattan, NYC |
| Senior Analyst | Feb 2004 – Oct 2006 |

| | |
|---|---|
| Alliance Bernstein | |
| Sanford Bernstein Investment Management and Research | Manhattan, NYC |
| Global Analytics \| Quantitative Financial Analyst | Jun 1999 – Jan 2004 |
| Buyside Research \| Financial Analyst | (worked f/t during undergraduate) |

## EXPERIENCE

Prepare valuation assignments for standard commercial asset types such as multifamily (stand-alone and mixed- use), office, and retail assignments using proprietary software and Argus

Complete range of specialized assignments including residential developments, such as affordable, student and senior housing; esoteric assignments such as private/municipal water well leases and airplane hangers

Produce feasibility and market studies for elderly and affordable housing, as well as retail properties Posited and developed proprietary financial analysis / deal evaluation spreadsheet

Performed due diligence on $25bn+ of commercial property; played key role in closing $250m of acquisition deals in 18 months



# ARCHSTONE GROUP

# QUALIFICATIONS OF ERICKA SIMMONS (CONTINUED)

## EXPERIENCE

Built ad-hoc financial reports using online storage and Excel and fulfill database requests from Principals and for financial partners

Designed fundamental attribution REIT model in Excel (VBA) pulling primary metrics from Bloomberg.

Created pitch books and content for asset disposition; market analysis and marketing for investor roadshows

Advised and consulted with private owners regarding real estate holdings – mortgaging, dispositions, workouts

Identified and presented recommendations and capital structure ideas to management on personally sourced opportunities

Devised strategies and prepared testimony for municipal and state court, US Tax Court, and Beis Din

## EDUCATION

| | | |
|---|---|---|
| How Tenants Create or Destroy Value: Leasehold Valuation and its Impact on Value | 03/25/2019 | Rockville, MD |
| 7-Hour National USPAP Update Course | 09/07/2018 | Trenton, NJ |
| Metro DC Chapter 2018 Appraisal Conference | 04/19/2018 | Washington, DC |
| Career Opportunities Workshop | 05/12/2016 | Beltsville, VA |
| 7-Hour National USPAP Update Course | 02/05/2016 | Midlothian, VA |
| Residential & Commercial Valuation of Solar | 09/22/2015 – 09/23/2015 | Washington, DC |
| Case Studies in Appraising Green Commercial Buildings | 03/19/2015 – 03/20/2015 | Washington, DC |
| REAL ESTATE MARKET UPDATE | 11/06/2014 | McLean, VA |

 **ARCHSTONE GROUP**

# QUALIFICATIONS OF ERICKA SIMMONS (CONTINUED)

## EDUCATION

| | | |
|---|---|---|
| Chapter Candidate/Advisor Cocktail Reception | 10/22/2014 | New York, NY |
| 2014 IRS Valuation Summit | 10/21/2014 | Washington, DC |
| 7-Hour National USPAP Update Course | 11/21/2013 | Allentown, PA |
| License Exam Review Seminar | 06/14/2013 | Brunswick, NJ |
| NYS Appraiser Enforcement Trends & New Requirements | 05/01/2013 | Westbury, NY |
| Online General Appraiser Report Writing and Case Studies Completed: 3/18/2013 | 01/15/2013 – 03/01/2013 | Chicago, IL |
| Chapter Cocktail Party | 02/25/2013 | New York, NY |
| Quantitative Analysis | 10/15/2012 – 10/19/2012 | Tigard, OR |
| The State of the Appraisal Institute and Valuation Issues | 03/14/2012 | Westbury, NY |
| Market Outlook 2012: Intersection of Housing & Credit | 02/15/2012 | Westbury, NY |
| Business Practices and Ethics | 12/13/2011 | New York, NY |
| 7-Hour National USPAP Update Course | 12/09/2011 | Deptford, NJ |
| Advanced Market Analysis and Highest & Best Use | 10/03/2011 – 10/07/2011 | New York, NY |
| Advanced Income Capitalization | 09/08/2013 – 09/17/2010 | Brunswick, NJ |



**ARCHSTONE GROUP**

# QUALIFICATIONS OF ERICKA SIMMONS (CONTINUED)

## EDUCATION

| | | |
|---|---|---|
| Advanced Sales Comparison & Cost Approaches | 03/10/2011 – 03/16/2011 | Roanoke, VA |
| Advanced Applications | 09/13/2010 – 10/05/2010 | New York, NY |
| Solar Energy: The Greening of Real Estate | 06/03/2010 | Iselin, NJ |
| Resolution of RE Valuation Disputes: Negotiation, Mediation | 05/13/2010 | New York, NY |
| Meeting and Program on Valuation for Financial Reporting 2010 Update | 02/11/2010 | Mountainside, NJ |
| Hotel Appraising New Techniques for Today's Uncertain Times | 01/14/2010 | Brunswick, NJ |



CERTIFICATE OF LICENSURE

GOVERNMENT OF THE DISTRICT OF COLUMBIA

Serial #: 450383

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

*certifies that*

**ERICKA SIMMONS**

*has met all requirements by law and regulations and is hereby licensed as:*

APPRAISER CERTIFIED GENERAL
LICENSE #: GA12170
Issue Date: 3/1/2020
Expiration Date: 2/28/2022

*Ernest Chappelle*

Director, Department of
Consumer and Regulatory Affairs

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

dcra





## 431 KENNEDY ST NW

431 Kennedy St NW

Washington, District of Columbia 20011

**PREPARED FOR**
Jared Fausaught
Director of Sales
Washington Capital Partners
2815 Hartland Road, Suite 200
Falls Church, VA 22043

**PREPARED BY**
Archstone Appraisal Group
1629 K Street NW, Suite 300
Washington, DC 20006
File No: 20-0101



**ARCHSTONE APPRAISAL GROUP**
1629 K Street NW, Suite 300
Washington, DC 20006
+1 (202) 600-7696

June 3, 2020

Jared Fausaught
Director of Sales
Washington Capital Partners
2815 Hartland Road, Suite 200

Falls Church, VA 22043

**RE:    431 Kennedy St NW Update**

431 Kennedy St NW, Washington, District of Columbia 20011

Archstone Appraisal Group File No: 20-0101

Mr. Fausaught:

Archstone Appraisal Group is proud to present the appraisal that satisfies the agreed upon scope of work with Washington Capital Partners. The subject is a 4,760 SF Land (Multi-Family Land) located at 431 Kennedy St NW, Washington, District of Columbia holding partial improvements.

It is expected that the remains of the current improvements will be demolished and replaced with a new multifamily development. A building permit was approved on 11/14/2018, as indicated by the Department of Consumer and Regulatory Affairs (DCRA). According to it, as well as plans provided by the client, the new construction will consist of a 4-story multi-family building expected to contain 19 condos within 15,237 SF of gross building area, including a cellar level and penthouse level. The floor plans and unit mixes are described as follows:

| Unit Mix | | |
|---|---|---|
| Level | 1 BD | 2 BD |
| Cellar Level | 2 | 2 |
| First Floor | - | 2 |
| Second Floor | 2 | 2 |
| Third Floor | 2 | 2 |
| Fourth Floor | 2 | 2 |
| Penthouse | - | 1 |
| **Total** | **8** | **11** |

# ARCHSTONE GROUP

The purpose of this appraisal is to develop opinions of the As-Is Market Value (Fee Simple) and Prospective Upon Completion (Fee Simple). The following table conveys the final opinions of values that is developed in this appraisal:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| VALUATION SCENARIO | INTEREST APPRAISED | DATE | VALUE |
| As-Is Market Value | Fee Simple | April 23, 2020 | $1,900,000 |
| Aggregate Unit Sales Value | Fee Simple | November 24, 2021 | $8,850,000 |
| Prospective Upon Completion | Fee Simple | November 24, 2021 | $7,480,000 |

This report intends to conform to the current Uniform Standards of Professional Appraisal Practice (USPAP).

**Extraordinary Assumptions -** For this analysis, we expect the building will be completed approximately 9 months from the date of inspection. We also expect that construction will be of good, competitive workmanship and comparable in design as presented in the provided architectural plans, with finishes as indicated or described, similar to the comparable unit sales in the immediate area.

**Hypothetical Conditions -** No Hypothetical Conditions were made for this assignment.

If there are any specific questions or concerns regarding the attached appraisal report, or if Archstone Appraisal Group can be of additional assistance, please contact the individuals listed below.

Guidance from The Appraisal Institute ("AI") on the impact of the current Coronavirus pandemic (Covid 19) on real estate and operating company valuations recommends **against** applying an "Extraordinary Assumption" (EA) for this situation. Such EA's have, in the past, served as a conditional impact on reported values. In this instance, AI is **insisting** that the appraisal community perform proper due diligence on all projects to the extent possible, even in view of the pandemic.

That said, measurable and quantifiable impacts on value impacts cannot be fully know at this time for the vast majority of property or operating company valuation cases. It is simply too early (30 days) in the process. Reliance on or comparisons to other "similar" "force majeure" events may or may not be parallel in terms of economic impact. In addition, the recent pandemic will have different consequences on different asset types and/or locations. Hotels, as a general example, will be impacted differently than apartment properties.

**AI, in effect, is requiring appraisers to describe and consider how the pandemic may influence values, in the event definable impacts are not yet evident. Archstone agrees with this suggested guideline. Archstone will comment on potential value impacts as needed for each property/asset valuation.**



Sincerely,

**ARCHSTONE APPRAISAL GROUP**


R. Ashton Rowles, MAI, MRICS

Certified General Real Estate Appraiser

District of Columbia License No. GA11991

Expiration Date 2/28/2022

+1 (720) 998-7319

ashton.rowles@archstone.group


Ericka Simmons

Certified General Real Estate Appraiser

District of Columbia License No.GA12170

Expiration Date 2/28/2022

+1 (202) 600-7696

ericka.simmons@archstone.group

# ▶ TABLE OF CONTENTS

**LETTER OF TRANSMITTAL**

**INTRODUCTION**

Executive Summary _____

# ► EXECUTIVE SUMMARY

## PROPERTY IDENTIFICATION

| | |
|---|---|
| Name | 431 Kennedy St NW |
| Property | Land - Multi-Family Land |
| Address | 431 Kennedy St NW |
| City, State Zip | Washington, District of Columbia 20011 |
| County | District of Columbia County |
| MSA | Washington-Arlington-Alexandria, DC-VA-MD-WV MSA |
| Market / Submarket | Washington, DC / Brightwood Park MF |
| Geocode | 38.9566464, -77.0190003 |
| Census Tract | 11-001-002102 |

## SITE DESCRIPTION

| | | |
|---|---|---|
| Number of Parcels | 1 | |
| Assessor Parcel Number | 3260 0041 | |
| Land Area | Square Feet | Acres |
|   Usable | 4,760 | 0.1093 |
|   Total | 4,760 | 0.1093 |
| Zoning | Mixed-Use 4 (MU-4) | |
| Shape | Rectangular | |
| Topography | Level to Sloping above street grade | |
| Flood Zone | Zone X (Unshaded) | |
| Seismic Zone | Low Risk | |

## QUALITATIVE ANALYSIS

| | |
|---|---|
| Site Quality | Average |
| Site Access | Average |
| Site Exposure | Average |
| Site Utility | Average |
| Building Quality | Good |
| Building Condition | Good |
| Building Appeal | Good |

## ► EXECUTIVE SUMMARY (CONTINUED)

### VALUE CONCLUSION

| VALUATION SCENARIOS | AS-IS MARKET VALUE | PROSPECTIVE UPON COMPLETION |
|---|---|---|
| Interest | Fee Simple | Fee Simple |
| Date | April 23, 2020 | November 24, 2021 |
| Site Value | $1,900,000 | |
| Cost Approach - Bulk Value upon completion | - | $6,580,000 |
| Sales Approach - Aggregate Unit Values | - | $8,850,000 |
| *Income Approach - Bulk Value upon completion* | - | *$7,480,000* |
| FINAL VALUE CONCLUSION | $1,900,000 | $7,480,000 |

### MARKET VALUE CONCLUSION

| VALUATION SCENARIO | INTEREST APPRAISED | DATE | VALUE |
|---|---|---|---|
| As-Is Market Value | Fee Simple | April 23, 2020 | $1,900,000 |
| Aggregate Unit Sales Value | Fee Simple | November 24, 2021 | $8,850,000 |
| Prospective Upon Completion | Fee Simple | November 24, 2021 | $7,480,000 |

▶ AERIAL PHOTOGRAPH



# ► SUBJECT PROPERTY PHOTOGRAPHS



Subject Front – Current Improvement



Subject Rear from the Street



Subject Rear



Kennedy St NW Looking East; Subject on Left



Rear Alley



Subject in Rear

## ▶ SUBJECT PROPERTY PHOTOGRAPHS                    (CONTINUED)



Proposed Construction Front



Interior Rendering - Kitchen



Interior Rendering - Bathroom



# IDENTIFICATION OF ASSIGNMENT

## PROPERTY IDENTIFICATION

The subject is a multi-family land use with partial improvements expected to be replaced with a new construction development that will total 15,237 SF (NRA) on 0.1093-acres (4,760 SF) located at 431 Kennedy St NW in Washington, District of Columbia County, District of Columbia. The assessor parcel number is: 3260 0041. The legal description of the subject property is as follows:

**Lot numbered Forty-One (41), in Square numbered Thirty-Two Hundred Sixty, (3260) in a subdivision made by Louis Guglielmo and Sarah Guglielmo, as per plat recorded in Liber No. 96 at Folio 177 in the Office of the Surveyor for the District of Columbia.**

**BEING the same property conveyed to Oluseye Opesanmi and Andrea Bonnick Opesanmi from John Carroll Proctor, by Deed dated April 2, 2002, and recorded on April 8, 2002, as Instrument No. 2002040400.**

The legal description is obtained from the District of Columbia Office of Tax and Revenue Recorder of Deeds.

## CLIENT IDENTIFICATION

The client of this specific assignment is Washington Capital Partners.

## PURPOSE/INTENDED USE/USERS

The purpose of this appraisal is to develop opinions of the As-Is Market Value (Fee Simple) and Prospective Upon Completion (Fee Simple). The intended use of this appraisal is to assist the client with a potential loan that would be collateralized by this asset. Washington Capital Partners is the only intended user of this report.

**Reconciliation:** The project sold with entitlements and approvals. A building permit, including demolition, was approved on November 11th, 2018 as reported by the DC Department of Consumer and Regulatory Affairs office. The subject is not currently listed for sale or under contract. However, 19 residential condos will be marketed for sale and available upon completion.

## PERSONAL PROPERTY

There is no personal property (FF&E) included in this valuation.

## PROPERTY AND SALES HISTORY

The subject title is currently recorded in the name of 429 Kennedy St Holdings LLC who acquired title to the property on January 18, 2019 as improved for $1,100,000, as recorded in #2019005965 of the District of Columbia Deed Records. The most recent sale was within the last three years and was the arms-length sale of the subject to the current owner. The subject is not currently listed for sale or under contract. We note that at the time of sale there was a commercial building that needed razing.

# ► IDENTIFICATION OF ASSIGNMENT (CONTINUED)

In our opinion of the value of the land presented above, we present a value of $800,000 dollars higher than the sale price of the land. At the time of this sale, the land was registered as vacant land with the city with a high tax rate, of $0.85 per $100 of assessment. This is the same categorization that will exist on the proposed structure at completion. Since the sale, several construction permits have been approved: one to raze the existing structure and the other approving the construction of the proposed 19-unit condo building on the site. The last permit also includes additional FAR allowances.

Another other major influence on this rise in the price of the site are heightened economic prospects directly on this section of Kennedy St. One year after the sale DC introduced their Opportunity Zone choices. These choices included the Brightwood Park Opportunity Zone, which has its eastern boundary one half block from the subject site. The US Department of the Treasury approved these choices in May 2018. This is supported by a local economic advocacy group start by local businesses on Kennedy St. They advertise their efforts have brought in six new bars or restaurants into this small section of Kennedy St NW. The area is also covered by the Georgia Ave NW Great Streets Corridor.

Many factors go into the valuation of a building. Economic factors like those described above have brought significant attention to this section of Kennedy St, and the businesses there. Local comparable data indicates market support for a 1.9 million land valuation.

## TAXES & ASSESSMENT

The subject's assessed values and property taxes for the current year are summarized in the following table.

| TAXES & ASSESSMENT (2021) | | | | | | |
|---|---|---|---|---|---|---|
| TAX RATE AREA | Class 3 - Vacant | | | | TAX RATE | 0.8500 |
| ASSESSOR PARCEL # | LAND | IMPROVEMENTS | TOTAL | EXEMPTIONS | TAXABLE | BASE TAX |
| 3260 0041 | $449,920 | $265,180 | $715,100 | $0 | $715,100 | $608 |
| Subtotal | $449,920 | $265,180 | $715,100 | $0 | $715,100 | $608 |
| Subtotal $/GBA | $22.78 | $13.43 | $36.21 | $0.00 | $36.21 | $0.03 |
| **TOTAL BASE TAX $/GBA / $ TOTAL** | | | | | **$0.03** | **$608** |

Source: District of Columbia Tax Assessor Assessment & Taxation

**Taxation & Assessment Description -** The total assessment for the subject is $715,100. There are no exemptions in place. The Assessed (taxable) value is $715,100. However, this property currently is identified as a residential property which has a standard tax rate of $0.85 per $100 of assessed value. Total taxes for the property are $608, or $0.03/SF, which is above the general range for comparable multi-family land uses in the area.

According to the District of Columbia Tax Assessor's Office, real estate taxes for the subject property are current as of the date of this report. Based on the scope of this assignment, any pending tax liens are not considered in the value conclusion. Tax comparables were not a specific scope of work requirement for this assignment.