## IDENTIFICATION OF ASSIGNMENT (CONTINUED)

### EXPOSURE & MARKETING TIME

The following information is used to estimate exposure time and marketing time for the subject.

| EXPOSURE & MARKETING TIME | | | | |
|---|---|---|---|---|
| EXPOSURE TIME | YEAR/QUARTER | MONTHS RANGE | | AVERAGE |
| Mid-Atlantic Region Apartment | | | | PricewaterhouseCoopers |
| Current Quarter | 2019 Q2 | 1.0 to | 9.0 | 3.8 |
| Last Quarter | 2019 Q1 | 1.0 to | 9.0 | 3.8 |
| Four Quarters Ago | 2018 Q2 | 1.0 to | 9.0 | 3.9 |
| Sales Comparables | | 0.0 to | 0.0 | 0.0 |
| General Trend | | 1.0 to | 1.0 | 1.0 |
| Market Survey | | 1.0 to | 1.0 | 1.0 |
| **AVERAGE** | | | | **1.5** |

**Exposure & Marketing Time Conclusion -** The subject is currently a land with remains of multi-family land improvements, expected to be replaced with a new construction multifamily use that will total 15,237 SF (NRA) on 0.1093-acres (4,760 SF) located at 431 Kennedy St NW in Washington, District of Columbia. Considering these factors, a reasonable estimate of exposure time for the subject As-Is and As-Improved is nine months or less and marketing time of nine months or less.

### DEFINITION OF MARKET VALUE

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently, knowledgeably, and assuming that the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[1]

### PROPERTY RIGHTS APPRAISED

The property rights appraised constitute the fee simple interest.

**Fee Simple Interest -** Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat.[2]

---

[1] Office of Comptroller of the Currency (OCC), Title 12 of the Code of Federal Regulation, Part 34, Subpart C -Appraisals, 34.42 (g); Office of Thrift Supervision (OTS), 12 CFR 564.2 (g); This is also compatible with the FDIC, FRS and NCUA definitions of market value.

[2] The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015

▶ IDENTIFICATION OF ASSIGNMENT                                    (CONTINUED)

## VALUE SCENARIOS

**As-Is Value -** The estimate of the value of real property in its current physical condition, use, and zoning as of the appraisal date.[3]

**Prospective Value -** A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not achieved sellout or a stabilized level of long-term occupancy.[4]

---

[3]The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015

[4]The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015

## SCOPE OF WORK

The scope of work for this appraisal assignment is outlined below:

▸ The appraisal analyzes the regional and local area profiles including employment, population, household income and real estate trends. The local area was inspected to consider external influences on the subject.

▸ The appraisal analyzes legal and physical features of the subject including site size, improvement size, flood zone, seismic zone, site zoning, easements, encumbrances, site access and site exposure.

▸ The appraisal includes a apartment market analysis for the Washington, DC market and Brightwood Park MF submarket using vacancy, absorption, supply and rent data. Conclusions were drawn for the subject's competitive position given its physical and locational features, current market conditions and external influences.

▸ The appraisal includes a Highest and Best Use analysis and conclusions have been completed for the highest and best use of the subject property As Vacant and As-Improved. The analysis considered legal, locational, physical and financial feasibility characteristics of the subject site and existing improvements.

▸ In selecting applicable approaches to value, the appraisers considered the agreed upon appraisal scope and assessed the applicability of each traditional approach given the subject's characteristics and the intended use of the appraisal. As a result, this appraisal developed Cost Approach and Discounted Sellout Value Analysis. The values presented represent the As-Is Market Value (Fee Simple) and Prospective Upon Completion (Fee Simple).

▸ The assignment was prepared as an Appraisal Report in accordance with USPAP Standards Rules 2, with the analysis stated within the document and representing a summarized level of analysis.

▸ The authors of this report are aware of the Competency Rule of USPAP and meet the standards.

## ASSISTANCE PROVIDED

Daniel Kennedy provided significant real property appraisal assistance to the appraisers signing this certification, including verifying sale comparables, interviewing brokers for appropriate market rent, cap rates and sale prices for the subject and similar property type. It is noted that the responsibilities of parties providing assistance is not considered to be significant in terms of any value determination. All parties conducted assistance under the direct supervision of the appraiser's signing this report in compliance with State regulations.

▶ SCOPE OF WORK                                                                    (CONTINUED)

## SOURCES OF INFORMATION

The following sources were contacted to obtain relevant information:



The lack of the unavailable items could affect the results of this analysis. As part of the general assumptions and limiting conditions, the subject is assumed to have no adverse easements, significant items of deferred maintenance, or be impacted by adverse environmental conditions.

## SUBJECT PROPERTY INSPECTION

| | | | | |
|---|---|---|---|---|
| R. Ashton Rowles, MAI, MF | No | N/A | | Primary Appraiser |
| Ericka Simmons | Yes | Exterior Only | April 23, 2020 | Appraiser |

Ashton Rowles did not inspect the subject for this appraisal report but has previously physically inspected the subject site for a previous appraisal.

# ▶ REGIONAL AREA MAP



# ► REGIONAL AREA ANALYSIS

## INTRODUCTION

In order to understand the subject's position in the area or region, we have undertaken a brief analysis in order to determine how trends—both historical and projected—in population, employment, personal income, consumer spending, and housing impact supply and demand and influence the subject's area directly and indirectly. This analysis first begins on a broader spectrum, and without respect to the subject itself, and is highlighted in the Regional Area Analysis. Secondly, we undertake a more narrowly focused study of the aforementioned attributes as they relate directly to the subject and the subject's neighborhood. This discussion is presented in the forthcoming Local Area Analysis.

## REGIONAL AREA ANALYSIS

The Washington-Arlington-Alexandria, DC-VA-MD-WV Metropolitan Statistical Area (MSA) is centered on and around the nation's capital. The region is sometimes referred to as the National Capital Region. The Washington DC MSA consists of the District of Columbia, the Virginia cities of Alexandria, Fairfax, Falls Church, Fredericksburg, and Manassas; the Virginia counties of Arlington, Clarke, Fairfax, Fauquier, Loudoun, Prince William, Spotsylvania, Stafford, and Warren; the Maryland Counties of Calvert, Charles, and Prince George's, and the West Virginia county of Jefferson.

The region's largest city is Washington, but it also includes several other large cities such as Bethesda and Frederick in Maryland and Arlington and Alexandria in Virginia. According to the U.S. Census Bureau, the population of the Washington D.C. metropolitan area was estimated to be 6,249,043 people as of 2019, making it the largest metropolitan area in the Southeast region and the seventh largest in the country. The projected annual growth rate shows that the Washington D.C. metropolitan area is growing faster than the national and state rates.

| Population | | |
|---|---|---|
| Year | US | CBSA |
| **2010 Total Population** | 308,745,538 | 5,636,232 |
| **2019 Total Population** | 332,417,793 | 6,249,043 |
| **2024 Total Population** | 345,487,602 | 6,539,430 |
| **2017-2022    Annual Rate** | 0.77 | 1.09 |

| Median Age | | |
|---|---|---|
| Year | US | CBSA |
| **2010** | 37.1 | 36.1 |
| **2019** | 38.5 | 37.6 |
| **2024** | 39.2 | 38.3 |

The median age of the Washington metropolitan area is 36.1 and it is projected to be 38.3 in 2024. The median-age trend for the region is relatively younger compared to the country and neighboring areas.

► REGIONAL AREA ANALYSIS                                                    (CONTINUED)

## EDUCATION:

The District of Columbia Public Schools is the largest school district in the MSA and operates 123 public schools. The District of Columbia's public-school system, with just fewer than 100,000 students, spends approximately $13,000 per student annually, the third highest among the 50 states; however, the District's schools still have a relatively low national ranking. Private and Charter schools educate half of the students under the age of 18. Three universities have a presence in the District, with a broad curriculum and a diverse student population. Several years ago, in a measure to increase participation in the public-school system and retain millennial's, the District implemented a public pre-school and kindergarten for all children.

In terms of number of students, the majority of post-secondary education in the Mid-Atlantic region is located in the District of Columbia. Some of the largest private universities include American University, the Catholic University of America, Gallaudet University, George Washington University, Georgetown University, Howard University, and the Johns Hopkins School of Advanced International Studies. The University of the District of Columbia is a public university with undergraduate and graduate programs.

Additionally, there are several large medical research institutions, such as Washington Hospital Center, National Institutions of Health, and the Children's National Medical Center. Washington Hospital, also a teaching institution, is ranked #1 in the metro area with specialties in cancer care, Pediatrics, cosmetic surgery, and heart ailments.

## INCOME AND EMPLOYMENT:

Washington D.C. has a growing, diversified economy with an increasing percentage of professional and business service jobs, as well as an average growth rate of 5.2%, per capita income, just above $55,000. The Area Median Income is one of the highest in the nation, tallying to almost $110,000 per year.

The District has growing industries outside of government and tourism, especially in the areas of education, public service, finance, and science research. Georgetown University, George Washington University, Howard University, Washington Hospital, and the Children's National Center are the top five non-government-related employers in the city.

Government, both federal and local, is the number one employer in the District with the Department of Health, the Treasury, the IRS, the FBI, and the United States Post Office having the most employees. During a national recession or a slowing national economy, the District of Columbia is less likely to be impacted due to the large number of government agencies providing health services, national security, immigration reform, and local government.

Tourism is the second largest industry in the District with approximately 20 million visitors annually, which contributes an estimated 5 billion dollars yearly to the local economy. National monuments, museums, historical land-marks, such as Fords Theater, The John F. Kennedy Center for the Performing Arts, The National Symphony, and the Japanese cherry trees around the tidal basin, attract national and international visitors.

Although the District of Columbia is best known as the nation's capital and center of government, there is a small manufacturing sector with annual product sales of $271 million. The District earns a gross state product of $103 billion, and Federal employment accounting for 29% of the jobs in the District make Washington D.C. a sought-after location for employers, investors, developers, and tenants.

▶ REGIONAL AREA ANALYSIS                                                    (CONTINUED)

## EMPLOYMENT

The following chart shows the trailing 10 years employment for the state of District of Columbia and Washington-Arlington-Alexandria, DC-VA-MD-WV MSA.

### STATE & REGIONAL EMPLOYMENT

| YEAR | STATE | % CHG. | AREA | % CHG. |
|------|-------|--------|------|--------|
| 2009 | 304,500 | (1.5%) | 2,893,543 | (1.8%) |
| 2010 | 313,508 | 2.9% | 2,950,727 | 1.9% |
| 2011 | 315,171 | 0.5% | 3,002,266 | 1.7% |
| 2012 | 331,984 | 5.1% | 3,047,925 | 1.5% |
| 2013 | 342,351 | 3.0% | 3,077,817 | 1.0% |
| 2014 | 349,686 | 2.1% | 3,095,609 | 0.6% |
| 2015 | 362,304 | 3.5% | 3,128,658 | 1.1% |
| 2016 | 370,897 | 2.3% | 3,188,377 | 1.9% |
| 2017 | 376,716 | 1.5% | 3,243,875 | 1.7% |
| 2018 | 381,703 | 1.3% | 3,280,957 | 1.1% |
| CAGR | 2.5% | - | 1.4% | - |

Source: U.S. Bureau of Labor Statistics www.bls.gov

## UNEMPLOYMENT

The following graphs charts the trailing 18 months and trailing 10 years unemployment rate for the United States, Middle Atlantic Division, District of Columbia, Washington-Arlington-Alexandria, DC-VA-MD-WV MSA, and District of Columbia County.

### UNEMPLOYMENT RATE (TRAILING 18 MONTHS)

Source: U.S. Bureau of Labor Statistics www.bls.gov

|  | Aug | Sep | Oct | Nov | Dec | 2019 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2020 Jan |
|--------|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Nation | 3.8% | 3.7% | 3.8% | 3.7% | 3.9% | 4.0% | 3.8% | 3.8% | 3.6% | 3.6% | 3.7% | 3.7% | 3.7% | 3.5% | 3.6% | 3.5% | 3.5% | 3.6% |
| Region | 4.2% | 3.7% | 3.7% | 3.5% | 3.8% | 4.6% | 4.4% | 4.1% | 3.4% | 3.6% | 3.9% | 4.3% | 4.2% | 3.7% | 3.9% | 3.8% | 3.9% | 4.5% |
| State | 5.9% | 5.7% | 5.6% | 5.4% | 5.3% | 6.2% | 6.0% | 5.6% | 5.1% | 5.2% | 5.8% | 5.8% | 5.5% | 5.4% | 5.3% | 5.0% | 5.0% | 5.1% |
| Area | 3.4% | 3.1% | 3.1% | 2.9% | 2.9% | 3.7% | 3.5% | 3.3% | 2.9% | 3.1% | 3.4% | 3.3% | 3.2% | 2.9% | 2.8% | 2.8% | 2.6% | 3.1% |
| County | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

## ► REGIONAL AREA ANALYSIS                                (CONTINUED)

### UNEMPLOYMENT RATE (TRAILING 10 YEARS)



Source: U.S. Bureau of Labor Statistics www.bls.gov

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Nation | 9.8% | 9.1% | 8.3% | 8.0% | 6.6% | 5.7% | 4.9% | 4.7% | 4.1% | 4.0% |
| Region | 8.8% | 8.4% | 8.5% | 7.7% | 6.3% | 5.4% | 5.0% | 4.7% | 4.2% | 4.0% |
| State | 9.4% | 10.2% | 9.0% | 8.5% | 7.8% | 6.9% | 6.1% | 6.1% | 5.7% | 5.5% |
| Area | 6.3% | 6.1% | 5.8% | 5.6% | 5.1% | 4.4% | 3.9% | 3.7% | 3.3% | |
| County | | | | | | | | | | |

**LABOR:**

Per the Department of Labor, total employed population in the Washington DC MSA for year 2019 is 3,410,686. Services and Public Administration are the major employment sectors in the MSA. 54.9% of the employed population are in service sector and 14% of employee lays in the Public Administration sector. Retail Trade and Finance/Insurance/Real Estate are the other major employer in the area.

| 2019 WASHINGTON DC MSA EMPLOYMENT SECTOR | | |
|---|---|---|
| **Total** | **3,410,686** | **100%** |
| Agriculture/Mining | 10,232 | 0.30% |
| Construction | 225,105 | 6.60% |
| Manufacturing | 92,089 | 2.70% |
| Wholesale Trade | 37,518 | 1.10% |
| Retail Trade | 248,980 | 7.30% |
| Transportation/Utilities | 146,659 | 4.30% |
| Information | 78,446 | 2.30% |
| Finance/Insurance/Real Estate | 218,284 | 6.40% |
| Services | 1,872,467 | 54.90% |
| Public Administration | 477,496 | 14.00% |

► REGIONAL AREA ANALYSIS                                    (CONTINUED)



## AMAZON HQ2:

Following an aggressive international bidding process from governments and economic development organizations from 238 locations, in November 2018 Amazon announced its decision to make Crystal City in Arlington, Virginia, part of the Washington D.C. metropolitan area, as the location for one of its two new headquarters. The new headquarters is expected to introduce 25,000 employees along with thousands of additional jobs surrounding its construction and operations, as well as generate billions of dollars of investment in the region. There will be a palpable future impact on local population, income and development which is likely to cascade into the broader Washington D.C. Metropolitan area.

## GROWTH/ POPULATION TRENDS:

The urban population with an average age of 35, over half with at least a four-year college degree, and 90% of D.C. residents having health insurance, sheds light on why Washington D.C. is continuing to grow but age slowly.  Over the last ten years the District of Columbia has implemented a plan to attract young professionals to make D.C. their home by subsidizing lower rents, reduced mortgage rates, cash incentives, and quality health care. These considerations, along with an urban lifestyle, factor greatly in the continued growth of Washington D.C., where the population topped 6,000,000 by the end of 2018.

## TRANSPORTATION:

Through an extensive network of highways, railroads, and airports, Washington D.C. is linked to the east coast as well as international countries and businesses. Washington D.C. maintains wide boulevards and multiple bridges which allow traffic to flow in and out of the city. The government and many employers offer flex-time for employees as well as telecommuting. However, this measure is not enough to eliminate traffic congestion

## ► REGIONAL AREA ANALYSIS                                                          (CONTINUED)

which has been ranked, in varying years, as the worst in the nation. Interstate highways, such as I-66 and I-395, terminate shortly after entering the city, thus adding to the congestion.

Forty percent of the Districts working residents commute by public transportation: Washington Metro, the cities rapid transit system with 91 stations, 117 miles of track, is the second busiest transit system in the country with about one million stops each weekday. Metrobus serves over 400,000 riders daily. Amtrak, two commuter lines, and the Metro at Union Station host 70,000 people daily. Washington D.C. provides 1,500 miles of streets, parkways and avenues which have a high rating by "Walk Score", explaining why 12% of D.C. residents walk to work, with an additional number biking.

Reagan National Airport, primarily handling domestic flights, with an annual passenger total of approximately 20 million people, sits just across the river from Washington D.C., in Arlington, providing easy access for tourists and commuters. The area is also serviced by Dulles International Airport in Northern Virginia, which will receive a Metro stop by 2022, as well as Baltimore Washington International Airport (BWI) in Baltimore, Maryland, which already has a commuter rail stop, and may soon receive a Purple Line Metro extension station, both of which serve international flyers.

## DEVELOPMENT:

Zoning and boundary restrictions keep development centralized and mostly categorized into rehab or tear-down categories.  Long approval processes contribute to a relatively high cost of construction in the District, as compared to many close-in suburban locations. This directly influences lease rates and sale prices of homes, condominiums, and commercial spaces. Southeast D.C. is a transitional zone, with developers and investors earmarking this area for projects that may have incentives from local government. Georgetown and Adams Morgan are older communities where condo units are typically pre-sold and rental units pre-leased. Foreign and domestic money is readily available for core projects that are in the pipeline as far out as 10 years, marking the District as a core investment area.

## QUALITY OF LIFE:

There are 7,500 acres of parkland constituting approximately 20% of the city's total area, 900 acres of athletic fields and playgrounds, 40 swimming pools and 68 recreation centers, all of which are free for residents. Local and regional parks include nature centers, golf courses, a multi-million-dollar bike trail, as well as providing for the hosting of art and food festivals that draw international visitors.

As the nation's capital, Washington, D.C. contains many museums within its boundaries: the National Gallery of Art, the Smithsonian galleries, including the new National Museum of African-American History, and reliable older draws, such as the National Air and Space Museum, among many others. Additionally, there is the National Mall, operated by the US National Park Service, which winds through monuments tracing the history of the United States and other historic event venues, all of which contribute to the quality of life for Washington D.C. residents and visitors.

In the sports entertainment domain, Washington D.C. is one of only 13 cities in the United States with all four major professional sports teams represented.

## ▶ REGIONAL AREA ANALYSIS                                                    (CONTINUED)

### COVID-19 IMPACT:

Similar to metropolitan areas throughout the country, social distancing and other safety measures in response to the global COVID-19 epidemic have resulted in unprecedented job losses and economic slowdown. The full impact of this will take years to fully understand.

In context of Washington D.C., the city was early-on listed as an approved disaster area that helped many businesses qualify for stimulus funds. It is uncertain whether these efforts will lead to long term stabilization. However, thanks to the region's economic strength as the Federal epicenter, the region is likely to be bolstered long-term by government spending. Population declines are unlikely, though rising unemployment, and a dip in median household income are not impossible to conceive.

### CONCLUSION:

Washington D.C. - the nation's capital and seat of government - serves as a metropolitan hub for continued job and population growth, a center for international business, and as a leader in growth and sustainability on the world stage. The District boasts well-educated employment base, transportation options, quality healthcare, and excellent community services, from which a growing percentage of young employees benefit. Federal Government employment, as well as the contractors it spawns, contributes to the stability and continued growth of D.C., in turn encouraging continuing development and investment in the area. The outlook for economic health in Washington D.C. appears strong in the short- and medium-term.

## ► LOCAL AREA MAP



## ► LOCAL AREA ANALYSIS

## LOCAL AREA ANALYSIS INTRODUCTION

The subject property is located in the Washington area of the Brightwood Park MF submarket. The immediate area of the subject is characterized by residential and commercial uses in the surrounding area. The retail uses are primarily along the larger arterials such as Kansas Ave NW, Georgia Ave NW, and Kennedy St NW. The residential uses are located along the smaller streets in the area. Gentrifying areas are receiving attention from the District of Columbia. For example, the Kennedy Street NW area has recently been undergoing several projects due to advocacy from the community. These have included a $10 million streetscape project, a green infrastructure project from DC Water, bike access improvements, and new bus shelters.

**Demographics -** The following information reflects the demographics for the subject's area.

### LOCAL AREA & MSA DEMOGRAPHICS

| DESCRIPTION | 1 MILE | 3 MILES | 5 MILES | MSA | DESCRIPTION | 1 MILE | 3 MILES | 5 MILES | MSA |
|---|---|---|---|---|---|---|---|---|---|
| POPULATION TOTAL | | | | | HOUSEHOLDS | | | | |
| 2000 Census | 39,169 | 296,809 | 661,494 | 4,837,430 | 2000 Census | 15,284 | 124,734 | 277,512 | 1,815,193 |
| 2010 Census | 40,335 | 306,471 | 704,197 | 5,636,232 | 2010 Census | 15,567 | 131,186 | 294,533 | 2,094,033 |
| 2019 Estimate | 44,106 | 346,225 | 799,646 | 6,249,043 | 2019 Estimate | 16,736 | 147,664 | 335,178 | 2,307,945 |
| 2024 Projection | 45,170 | 362,900 | 844,233 | 6,597,430 | 2024 Projection | 16,993 | 154,476 | 353,936 | 2,431,142 |
| Δ 2000-2010 | 2.98% | 3.26% | 6.46% | 16.51% | Δ 2000-2010 | 1.85% | 5.17% | 6.13% | 15.36% |
| Δ 2010-2019 | 9.35% | 12.97% | 13.55% | 10.87% | Δ 2010-2019 | 7.51% | 12.56% | 13.80% | 10.22% |
| Δ 2019-2024 | 2.41% | 4.82% | 5.58% | 5.58% | Δ 2019-2024 | 1.54% | 4.61% | 5.60% | 5.34% |
| Total Daytime Population | 35,812 | 138,716 | 328,619 | 2,859,961 | HOUSEHOLDS BY INCOME (2019 ESTIMATE) | | | | |
| HOUSING UNITS | | | | | <$15,000 | 13.1% | 9.7% | 9.8% | 5.9% |
| Total (2019 Estimate) | 17,924 | 156,786 | 357,919 | 2,447,123 | $15,000 - $24,999 | 7.1% | 6.0% | 5.3% | 4.1% |
| Owner Occupied | 51.8% | 40.1% | 41.0% | 59.6% | $25,000 - $34,999 | 7.1% | 5.9% | 5.3% | 4.8% |
| Renter Occupied | 41.6% | 54.1% | 52.6% | 34.7% | $35,000 - $49,999 | 9.5% | 7.9% | 7.2% | 7.5% |
| Vacant Housing Units | 6.6% | 5.8% | 6.4% | 5.7% | $50,000 - $74,999 | 16.8% | 15.2% | 13.6% | 13.9% |
| Total (2024 Projection) | 18,215 | 163,627 | 376,283 | 2,574,750 | $75,000 - $99,999 | 12.6% | 12.4% | 11.7% | 12.5% |
| Owner Occupied | 54.0% | 41.4% | 41.8% | 60.4% | $100,000 - $149,999 | 17.2% | 17.8% | 17.7% | 20.2% |
| Renter Occupied | 39.3% | 53.0% | 52.3% | 34.0% | $150,000 - $199,999 | 8.0% | 9.1% | 10.7% | 13.1% |
| Vacant Housing Units | 6.7% | 5.6% | 5.9% | 5.6% | $200,000+ | 8.6% | 15.2% | 18.7% | 18.0% |
| AVERAGE HOUSEHOLD INCOME | | | | | AVERAGE HOUSEHOLD SIZE | | | | |
| 2019 Estimate | $93,557 | $123,144 | $136,691 | $137,124 | 2019 Estimate Estimate | 2.62 | 2.27 | 2.25 | 2.66 |
| 2024 Projection | $107,333 | $139,220 | $153,369 | $152,004 | 2024 Projection Projection | 2.65 | 2.28 | 2.26 | 2.67 |
| Δ 2019-2024 | 14.72% | 13.05% | 12.20% | 10.85% | Δ 2019-2024 | 1.15% | 0.44% | 0.44% | 0.38% |
| MEDIAN HOUSEHOLD INCOME | | | | | MEDIAN HOME VALUE | | | | |
| 2019 Estimate | $67,995 | $84,122 | $92,594 | $102,025 | 2019 Estimate | $536,206 | $623,941 | $640,430 | $431,550 |
| 2024 Projection Projection | $78,118 | $95,048 | $103,602 | $110,163 | 2024 Projection | $618,216 | $697,632 | $710,528 | $465,555 |
| Δ 2019-2024 | 14.89% | 12.99% | 11.89% | 7.98% | Δ 2019-2024 | 15.29% | 11.81% | 10.95% | 7.88% |
| PER CAPITA INCOME | | | | | AVERAGE HOME VALUE | | | | |
| 2019 Estimate | $35,681 | $52,643 | $57,505 | $50,722 | 2019 Estimate | $618,660 | $715,842 | $761,440 | $522,021 |
| 2024 Projection | $40,572 | $59,377 | $64,496 | $56,091 | 2024 Projection | $711,642 | $784,277 | $819,065 | $557,917 |
| Δ 2019-2024 | 13.71% | 12.79% | 12.16% | 10.59% | Δ 2019-2024 | 15.03% | 9.56% | 7.57% | 6.88% |

Source: Sites To Do Business Online

### Population

Esri estimates the current 2019 population of the neighborhood 3 miles radius of the subject property to be 346,225 representing a 12.97%change since 2010. The total trade area 5 miles radius of the subject is estimated to have a population of 799,646, which represents a 13.55% change since 2010.

Looking forward, the population of the neighborhood 3 MILES radius is forecasted to change to 12.97% by the year 2024. The population within the total trade area 5 miles radius is forecasted to change to 844,233

▶ LOCAL AREA ANALYSIS                                                    (CONTINUED)

over the next five years. Overall, total trade area 5 miles radius population is expected to change by 844,233 over the next five years.

**Households**

Esri estimates that the number of households in the neighborhood 3 miles radius of the subject is 147,664, which is a 12.56% change since 2010. Within the total trade area 5 miles radius, the number of households is estimated to be 335,178, a 13.80% change over the same period of time.

By the year 2024, Esri estimates that the number of households in the neighborhood 3 miles radius will change by 4.61% to 154,476, households. Additionally, households in the entire trade area are expected to change by 5.60% to 353,936 households over the next five years.

The number of households in the neighborhood 3 miles radius of the subject changed 5.17% from 2000 to 2010; and since then it has changed by 12.56%.

**Income**

According to Esri, the neighborhood 3 miles radius of the subject property has an estimated median household income of $84,122 and an average household income of $123,144. Esri reports that the total trade area 5 miles radius has a median household income of $92,594, and an average household income of $136,691. With 335,178 households currently in the total trade area 5 miles radius of the subject property, local effective buying income is estimated to be about $45,815,815,998.

## DEMOGRAPHICS CONCLUSION

Based on the Esri data presented above, the demographics in the subject neighborhood are below average. Population growth has increased by 12.97% since 2010 and is expected to increase 4.82% over the next 5 years in the 3 miles radius neighborhood. Average household incomes are above average at nearly $123,144, and the area is populated with 147,664 households in a 3 miles radius around the subject property. Population growth and strong income levels are a good signal for potential residential, retail and some office locations.

## ► LOCAL AREA ANALYSIS                                        (CONTINUED)

### SURROUNDING LAND USES

The following tables and maps highlight the development in and around the subject.

| LOCAL AREA OFFICE - ONE-MILE RADIUS | | | | |
|---|---|---|---|---|
| CLASS | RBA | YEAR BUILT | PERCENT LEASED | PROPERTIES |
| A | 0 SF | - | - | 0 |
| B | 86,083 SF | 1952 | 93.3 | 5 |
| C | 320,968 SF | 1947 | 86.3 | 27 |
| TOTAL | 407,051 SF | 1948 | 87.8 | 32 |

Source: CoStar



### LARGEST OFFICE DEVELOPMENTS - ONE-MILE RADIUS

| PIN | LOCATION, CITY | DIST TO SUBJ | RBA | BUILT | CLASS | %LEASED |
|---|---|---|---|---|---|---|
| A | 926 Gallatin St NW, Washington | 0.5 mi | 69,725 | 1927 | C | 100 |
| B | 6323 Georgia Ave NW, Washington | 0.8 mi | 43,683 | 1927 | B | 86.72 |
| C | 504-512 Kennedy St NW, Washington | 0.1 mi | 35,000 | 1956 | C | 100 |
| D | 6015-6017 Chillum Pl NE, Washington | 0.8 mi | 31,300 | 1965 | C | 100 |
| E | 5600 2nd St NE, Washington | 0.8 mi | 24,171 | 1962 | C | 0 |
| F | 6001 Sligo Mill Rd NE, Washington | 0.8 mi | 21,000 | 2009 | B | 100 |
| G | 6411 Chillum Pl NW, Washington | 0.9 mi | 20,228 | 1960 | C | 100 |
| H | 4406 Georgia Ave NW, Washington | 0.9 mi | 18,000 | 1958 | C | 33.33 |
| I | 209 Upshur St NW, Washington | 1.0 mi | 15,000 | 2007 | C | 100 |
| J | 5321 First Pl NE, Washington | 0.8 mi | 10,996 | 1962 | C | 100 |

Source: CoStar

# ▶ LOCAL AREA ANALYSIS                                         (CONTINUED)

## LARGEST INDUSTRIAL DEVELOPMENTS - ONE-MILE RADIUS



| PIN | LOCATION, CITY | DIST TO SUBJ | RBA | BUILT | TYPE | %LEASED |
|-----|----------------|--------------|-----|-------|------|---------|
| A | 4615 14th St NW, Washington | 0.9 mi | 163,543 | 1950 | Industrial | 100 |
| B | 5760-5788 2nd St NE, Washington | 0.8 mi | 81,835 | 1963 | Industrial | 100 |
| C | 6101-6203 Blair Rd NW, Washington | 0.7 mi | 66,315 | 1954 | Industrial | 100 |
| D | 6000 Chillum Pl NE, Washington | 0.7 mi | 45,000 | 1924 | Industrial | 100 |
| E | 15 Oglethorpe St NW, Washington | 0.7 mi | 41,342 | 1964 | Industrial | 100 |
| F | 6335 Chillum Pl NW, Washington | 0.8 mi | 40,960 | 1962 | Industrial | 100 |
| G | 6110 Kansas Ave NW, Washington | 0.7 mi | 40,812 | 2000 | Industrial | 100 |
| H | 6250 Chillum Pl NW, Washington | 0.8 mi | 40,800 | 1962 | Industrial | 100 |
| I | 6500-6527 Chillum Pl NW, Washington | 0.9 mi | 40,031 | 1955 | Industrial | 100 |
| J | 6025 Kansas Ave NW, Washington | 0.7 mi | 36,371 | 1964 | Industrial | 0 |

Source: CoStar

# ▶ LOCAL AREA ANALYSIS                                         (CONTINUED)

## LOCAL AREA RETAIL - ONE-MILE RADIUS

| SIZE | RBA | YEAR BUILT | PERCENT LEASED | PROPERTIES |
|------|-----|-----------|----------------|------------|
| <5,000 FT | 211,071 SF | 1931 | 100.0 | 56 |
| >5,000 FT-<20,000 FT | 434,100 SF | 1933 | 95.7 | 49 |
| >20,000 FT | 463,583 SF | 1999 | 77.4 | 6 |
| **TOTAL** | **1,108,754 SF** | **1962** | **87.2** | **113** |

Source: CoStar

## LARGEST RETAIL DEVELOPMENTS - ONE-MILE RADIUS



| PIN | LOCATION, CITY | DIST TO SUBJ | RBA | BUILT | CLASS | %LEASED |
|-----|----------------|--------------|-----|-------|-------|---------|
| A | South Dakota Ave NE, Washington | 1.0 mi | 167,000 | 2022 | A | 100 |
| B | 5929 Georgia Ave NW, Washington | 0.6 mi | 106,243 | 2013 | A | 100 |
| C | 5929 Georgia Ave NW, Washington | 0.6 mi | 60,995 | 1936 | B | 0 |
| D | 4615 14th St NW, Washington | 0.9 mi | 55,000 | 2021 | B | 100 |
| E | 300-320 Riggs Rd NE, Washington | 0.9 mi | 43,619 | 1959 | C | 0 |
| F | 6500 Piney Branch Rd NW, Washington | 1.0 mi | 30,726 | 1964 | B | 100 |
| G | 6500 Georgia Ave NW, Washington | 0.9 mi | 20,000 | 0 | B | 0 |
| H | 137-145 Kennedy St NW, Washington | 0.3 mi | 18,284 | 1900 | C | 100 |
| I | 5720 Georgia Ave NW, Washington | 0.5 mi | 14,742 | 1935 | C | 100 |
| J | 6316 Piney Branch Rd NW, Washington | 0.9 mi | 14,218 | 1900 | 0 | 100 |

Source: CoStar

# ► LOCAL AREA ANALYSIS                                    (CONTINUED)

## LOCAL AREA MULTI-FAMILY - ONE-MILE RADIUS

| CLASS | RBA | YEAR BUILT | UNITS | PROPERTIES |
|---|---|---|---|---|
| A | 1,150,384 SF | 2019 | 862 | 8 |
| B | 1,076,861 SF | 1976 | 1,083 | 47 |
| C | 3,923,303 SF | 1944 | 4,503 | 197 |
| **TOTAL** | **6,173,808 SF** | **1964** | **6,448** | **254** |

Source: CoStar

## LARGEST MULTI-FAMILY DEVELOPMENTS - ONE-MILE RADIUS



| PIN | LOCATION, CITY | DIST TO SUBJ | RBA | BUILT | CLASS | STORIES |
|---|---|---|---|---|---|---|
| A | 5661 3rd St NE, Washington | 0.9 mi | 384,316 | 2015 | A | 5 |
| B | 5210 3rd St NE, Washington | 1.0 mi | 288,516 | 2008 | B | 4 |
| C | 143 Ingraham St, Washington | 0.8 mi | 286,000 | 2021 | A | 6 |
| D | 5756-5810 Georgia Ave, Washington | 0.6 mi | 247,698 | 2021 | A | 9 |
| E | 1336 Missouri Ave NW, Washington | 0.8 mi | 139,280 | 1949 | B | 5 |
| F | 5130 4th St NE, Washington | 1.0 mi | 127,812 | 1956 | C | 3 |
| G | 5910-5950 14th St NW, Washington | 0.9 mi | 119,324 | 1952 | C | 4 |
| H | 21 Riggs Rd NE, Washington | 0.6 mi | 96,000 | 1942 | C | 3 |
| I | 1440 Rock Creek Ford Rd NW, Washington | 1.0 mi | 92,166 | 1959 | C | 4 |
| J | 6100 Georgia Ave NW, Washington | 0.7 mi | 84,150 | 2019 | A | 0 |

Source: CoStar

▶ LOCAL AREA ANALYSIS                                                    (CONTINUED)

**TOTAL DEVELOPMENT OVERLAY - ONE-MILE RADIUS**



The land use in the subject's immediate neighborhood consists of a significant amount of multi-family residences, comprising of a mix of commercial uses. Commercial uses in the area are mainly neighborhood retails, as well as service-related uses, restaurants, convenience stores and liquor store. The following chart illustrates the high concentration of multifamily and office compared to industrial and retail properties.

**COMMERCIAL LAND USE**

## ECONOMIC INFLUENCES

The local area economic status is important to recognize as the measurement of income levels provides an indication of the ability of the area population to buy, rent and maintain property. The economic status of an area also provides an indication of the population's appetite for goods and services. Relevant economic information includes income levels, property ownership vs. rent, property rent levels, rent level trends, property vacancy and new construction.

The vast majority of the housing units within the area are renter occupied, which is considered higher than other parts of Washington MSA.

## ▶ LOCAL AREA ANALYSIS (CONTINUED)

**Government Influence -** Governmental considerations relate to zoning, building codes, regulations, flood plain restrictions, special assessment, property tax and empowerment zones.

Zoning in the area is consistent.  Commercial zoning in this area goes back to the 1930's with a slight modification from C-2 to C-2-A between 1966 and 1975, based on historical zoning maps.  It was changed to Mixed-Use prior to 2016.  It is possible there could be a change, but with only zoning changes in nearly 10 year the chance of a zoning change is unlikely.  Zoning enforcement is handled by the DC Department of Consumer and Regulatory Affairs (DCRA).  DCRA handled more than just zoning violations, they handle all regulation and permit enforcement actions.  This includes building inspections and permitting and handing out fines for infractions.

Property taxes in the area are established by District of Columbia and are assessed based on valuation.   There are no known special assessments that affect property in the neighborhood.

**Access/Public Transportation -** The streets within the neighborhood are laid out in a grid pattern with major streets generally along the section and ½ section lines. The major north/south streets in the neighborhood include Kansas Ave NW and New Hampshire Ave NW. The major east/west streets include Missouri Ave NW. With the existing transportation system, most areas of metropolitan Washington are accessible from the subject neighborhood and access is considered for the metropolitan area. Public bus service is available throughout the area.  The nearest metro stop is 1.5 miles away at the Fort Totten stop on the Yellow Line. Overall, access within the neighborhood is average for the metropolitan area.

**Environmental Influences -** The subject area is considered to be a typical neighborhood with average building size and density. There are no extraordinary topographical features, nuisances of hazards. Public utilities are available in most all areas in quantities from public and private sources. The area has both public and private schools in adequate supply and quality.

**Local Area Summary –** This site location is near a redevelopment opportunity zone. Many recent new developments delivered in the past three years. There is a proposed multi-family construction on the site and the current structure will be demolished. Generally, the area has a decent, if still sparse, mix of residential, both single family and multi-family, restaurants, and other retail.

# ▶ SITE DESCRIPTION

The subject site consists of one parcel and has 4,760 SF (0.1093 AC) of land area. The area is estimated based on the assessor's parcel map. There is no surplus or excess land noted on the subject site. If a professional survey is completed it could result in more precise measurements. Unless otherwise noted, the appraisal will utilize the usable site area.

| | | |
|---|---|---|
| **Number of Parcels** | 1 | |
| **Assessor Parcel** | 3260 0041 | |
| **Land Area** | Square Feet | Acres |
| Usable | 4,760 | 0.1093 |
| **Total Land Area** | 4,760 | 0.1093 |
| **Excess/Surplus Land** | No | |
| **Corner** | No | |
| **Permitted Building Height** | | |
| **Floor Area Ratio (FAR)** | Not Available | |
| **Site Topography** | Level to Sloping above street grade | |
| **Site Shape** | Rectangular | |
| **Site Quality** | Average | |
| **Site Access** | Average | |
| **Site Exposure** | Average | |
| **Site Utility** | Average | |
| **Utilities** | All available | |
| **Adjacent Properties** | | |
| North | Single and Multi-Family | |
| South | Retail and Single-Family | |
| East | Single-Family, one block retail | |
| West | Single-Family, one block retail | |
| **Accessibility** | Access to the subject site is considered average overall. | |

**Street Improvements**

| | Type | Direction | Lanes | Streetlights | Curbs | Sidewalks | Parking | Center Lane | Bike Lane |
|---|---|---|---|---|---|---|---|---|---|
| Kennedy St NW | Minor arterial | two-way | 2 | X | X | X | X | | |

**Frontage**

| | |
|---|---|
| Kennedy St NW | 35 Feet on Kennedy St NW |

| | |
|---|---|
| **Exposure & Visibility** | Exposure of the subject is average balancing the frontage on Kennedy St NW, the primary local arterial, with the obscured visibility to southbound traffic from the newer building constructed to the north. |
| **Zoning** | Mixed-Use (MU-4); |
| | (a) Permit moderate-density mixed-use development; |

## ► SITE DESCRIPTION (CONTINUED)

(b) Provide facilities for shopping and business needs, housing, and mixed uses for large segments of the District of Columbia outside of the central core; and

(c) Be located in low- and moderate-density residential areas with access to main roadways or rapid transit stops, and include office employment centers, shopping centers, and moderate bulk mixed-use centers.

(d) Provide facilities for shopping and business needs, housing, and mixed uses for large segments of the District of Columbia outside of the central core; and

(e) Be located in low- and moderate-density residential areas with access to main roadways or rapid transit stops, and include office employment centers, shopping centers, and moderate bulk mixed-use centers.

(f) Provide facilities for shopping and business needs, housing, and mixed uses for large segments of the District of Columbia outside of the central core; and

(g) Be located in low- and moderate-density residential areas with access to main roadways or rapid transit stops, and include office employment centers, shopping centers, and moderate bulk mixed-use centers.

## ► SITE DESCRIPTION (CONTINUED)

### ZONING

| | |
|---|---|
| Designation | Mixed-Use (MU-4) |
| Zoning Authority | City of Washington |
| Permitted Uses | Along with the following specific uses, permitted uses include all forms of residential buildings as covered in zoning types R, RF, and RA. Eating and drinking establishments, except for delivery services, private educational uses, entertainment, assembly, and performing arts uses, except for a bowling alley, firearm retail sales establishments which must be at least three hundred (300 ft) feet away from any R, RF, RA, MU-1, or MU-2 zoned or place of worship, public or private school, public libaray or playground, gasoline service station as an accessory use to a parking garage or public storage garage, retail uses except for large format retail, general service uses, and an animal borading use that is at least 25ft awav from anv R. RF. or RA zoned lot. |
| Prohibited Uses | The following uses are prohibited in MU-4: car wash, automobile or truck sales, automobile rental agency, boat or other marine sales, drive-in restauratn, electric substation or natural gas regulator station, gasoline service station as a principal or an accessory use, installation of automobile accessories, motorcycle sales and repair, parcel delivery service, parking lot, parking garage, or public storage garage, and public utility pumping station. |
| Current Use | Multi-Family Land |
| Current Use Legally Permitted | Yes |
| Conforming Use | Legally conforming use |
| Zoning Change | Not Likely |
| Proposed Use | Multi-Family Condo |
| Proposed Use Legally Permitted | Yes |
| Max Permitted Height | 50 Feet |
| Max Permitted Floor Area Ratio (FAR) | 2.5 times the lot area |
| Parking Requirement Spaces/Unit | 1 / 2 dwelling units |
| Max Permitted Site Coverage | 60% |
| Min Permitted Site Area (SF) | 0 |
| Min Permitted Site Area (Percentage) | 0% |
| Min Permitted Yard Setbacks | |
| Front (Feet) | 0 |
| Rear (Feet) | 15 |
| Side (Feet) | 2 inch for each 1 foot of building height, not less than 5ft$^3$ |

Source: District of Columbia Office of Zoning

**Parking Requirements**    Parking varies by use but is stated as one space per 1,000 SF for retail stores and professional service shops measuring less than 5,000 SF. 1 for every 2 dwelling units for residential. The subject will have shared parking, expected to satisfy current zoning requirements, as a permit has been issued.

## ▶ SITE DESCRIPTION (CONTINUED)

| | |
|---|---|
| **Flood Plain** | Zone X (Unshaded). This is referenced by Panel Number 1100010010C, dated September 27, 2010. Zone X (unshaded) is a moderate and minimal risk area. Areas of moderate or minimal hazard are studied based upon the principal source of flood in the area. However, buildings in these zones could be flooded by severe, concentrated rainfall coupled with inadequate local drainage systems. Local storm water drainage systems are not normally considered in a community's flood insurance study. The failure of a local drainage system can create areas of high flood risk within these zones. Flood insurance is available in participating communities, but is not required by regulation in these zones. Nearly 25% of all flood claims filed are for structures located within these zones. Minimal risk areas outside the 1% and 0.2% annual chance floodplains. No BFEs or base flood depths are shown within these zones. (Zone X (unshaded) is used on new and revised maps in place of Zone C.) |
| **Seismic** | The subject is in a low risk area. |
| **Easements** | A preliminary title report was not available for review. During the property inspection, no adverse easements or encumbrances were noted. This appraisal assumes that there are no adverse easements present. If questions arise, further research is advised. |
| **Soils** | A detailed soils analysis was not available for review. Based on the development of the subject, it appears the soils are stable and suitable for the existing improvements. |
| **Hazardous Waste** | We have not conducted an independent investigation to determine the presence or absence of toxins on the subject property. If questions arise, the reader is strongly cautioned to seek qualified professional assistance in this matter. Please see the Assumptions and Limiting Conditions for a full disclaimer. |
| **Site Rating** | The land is average for location and usability and presents as an overall good location for the proposed use of multi-family condos. |

# ▶ PLAT MAP



## ▶ ZONING MAP



MU-4

# ▶ FLOOD MAP



# ▶ IMPROVEMENT DESCRIPTION

The information presented below is a basic description of the proposed improvements that is used in the valuation of the property. Reliance is placed on information provided by sources deemed dependable for this analysis. It is assumed that there are no hidden defects, and that all structural components are functional and operational, unless otherwise noted. If questions arise regarding the integrity of the improvements or their operational components, it may be necessary to consult additional professional resources.  The following improvement descriptions and discussion are taken from permit plans and approved site plans.

## Overview

The current improvements will be demolished with the current structure on the site.  There is a proposed 4-story plus a penthouse 19-unit multi-family to be constructed on the site in the future. The new development will offer 19,750 SF with 8 1-bedroom, 10 2-bedroom and 1 2-bedroom penthouse floorplan.

The FAR is shown here as higher than the zoning limit for two additional FAR allowances from the square footage listed on the building permit.  The developers are claiming additional FAR of 0.1 for an overhanging portion over public land, an 0.75 from the finished basement with dwelling units.  The makes the base FAR 2.35, below the 2.50 allowable under current zoning, and allowable FAR 3.20.

| | |
|---|---|
| **Property Type** | Land - Multi-Family Land |
| **Net Rentable Area (NRA)** | 15,237 |
| **Gross Building Area (GBA)** | 20,005 |
| **Ground Floor SF** | 1,890 |
| **Buildings** | 1 |
| **Floors** | 4 |
| **Year Built** | 2021 |
| **Building Quality** | Good |
| **Building Condition** | Good |
| **Building Appeal** | Good |
| **Building Class** | B |
| **Land to Building Ratio** | 0.24 : 1 |
| **Site Coverage Ratio** | 40% |
| **Floor Area Ratio (FAR)** | 2.35 |
| **Parking Spaces** | 3 - Off-Street, Surface spaces |
| **Parking Ratio** | 0.2 / 1,000 SF NRA |

# ▶ IMPROVEMENT DESCRIPTION                                    (CONTINUED)

## STRENGTHS, WEAKNESSES, OPPORTUNITIES & THREATS

**STRENGTHS**

Property located a block from the Brightwood Park (2101) Opportunity Zone

There is significant redevelopment in the surrounding community

**WEAKNESSES**

Revitalization efforts still years from completion

Closest Metro station is more than 1 mile away

**OPPORTUNITIES**

Increased interest in Kennedy St NW after Opportunity Zone established

**THREATS**

Other revitalization efforts in sections of DC could draw attention away from Kennedy St in the mid-term

Other nearby developments recently finished, under construction or planned will likley compete with the subject

# ► MARKET ANALYSIS

In this section, market conditions which influence the subject property are analyzed. The primary sale method for the proposed residential condos is direct sale to the buyer, then a backup rental plan. This section presents the market analysis for these two activities.

According to the Greater Capital Area Association of Realtors (GCAAR), residential home prices in Washington DC have been steadily rising over the decade 2010 through December 2019 (see figure 1). In their December 2019 report, GCAAR reported a 28.4 year over year in monthly sales, with 746, and that nearly by nearly all metrics December 2019 was higher than previous years. The one dips were in contract activity, a 3.1$ drop year over year. There was also a note about market supply. GCAAR notes the scare supply relative to demand, with just 1.6 months of supply, or 1,249 active listings.



*Figure 1 - DC residential pricing since 2010*

However, in the intervening months the COVID-19 pandemic has struck the east-coast of the United States harder than most other areas. New York bore the heaviest burden but DC was close behind. This has translated into a multi-point dip in active sales and sales prices in the condo market. The website Washingtonian.com, published an article for the general residential home market on April 13th 2020 that the number of homes under contract fell 16% in March compared to March 2019, the largest fall since April 2011. The number of homes listed for sale fell 7.4%. It should be noted also that of existing contracts and leases, 80% paid their rent through February and March, which bodes well for multi-family investors in DC.

**MARKET ANALYSIS** (CONTINUED)

# Residential Activity – Condos & COOPS

| | Condo & Coop | | | |
|---|---|---|---|---|
| | **Active** | **Pending** | **Closed** | **Closed YTD** |
| $299,999 or Under | 166 | 58 | 49 | 711 |
| $300,000 - $499,999 | 197 | 124 | 149 | 1688 |
| $500,000 - $749,999 | 203 | 113 | 136 | 1385 |
| $750,000 - $999,999 | 111 | 43 | 65 | 548 |
| $1,000,000 - $1,999,999 | 83 | 16 | 27 | 231 |
| $2,000,000 - $2,999,999 | 14 | 1 | 2 | 27 |
| $3,000,000 and Over | 18 | 0 | 1 | 10 |
| No Price Reported | 0 | 0 | 0 | 0 |
| **Total Units** | **792** | **355** | **429** | **4600** |
| | | | | |
| Total Units | 792 | 355 | 429 | 4600 |
| Total Values (in 1,000s) | $562,447 | $195,883 | $254,579 | $2,545,645 |
| Median Price (in 1,000s) | $549 | $495 | $531 | $489 |
| Avg Price (in 1,000s) | $710 | $552 | $593 | $553 |
| Avg Sold Price/Org Price | | | 98.58% | 98.25% |

*Figure 2 - GCAAR figures for March 2020*

In figure 2, GCAAR presents updated figures they present in their March 2020 report for the condo market in DC. There are multiple categories that dip since December, though there is more activity in the high price brackets which bodes well as an indicator of confidence of future sales. Housing sales usually have a obligatory waiting period prior to final sale so closed sales here have less importance then active or pending sales. Of note also is the continued drop of pending median sale prices, GCAAR reports $575,000 median and $632,000 average prices for pending sales in their February 2020 release. However, the March pending volume is 7x higher than the February 2020 pending volume.

To arrive at the discounted net sellout value of the fee simple estate of the subject property, we made deductions representing typical costs associated with selling out the subject units and full expenses for unsold units during of the interim holding period as determined in the income approach herein.

We anticipate that the absorption period for the selling of the subject units will be approximately 9 months, based on the following market survey indicating a rate of 2.5 sales per month. We researched sales of new construction condominium and cooperative building sales within the Brightwood Park MF submarket, the details of which we list below, including the amount sold calculation:

# ▶ MARKET ANALYSIS                                    (CONTINUED)

| | SALES ABSORPTION SURVEY | | | | | |
|---|---|---|---|---|---|---|
| Address | Name | Neighborhood | Year Built | Unit Sold | Timeframe | Sales/Month |
| 820 Kennedy St NW | 820 Kennedy St NW | Brightwood Park MF | | 2019 6 | 3 months | 2.00 |
| 507 Kennedy St NW | The Duet | Brightwood Park MF | | 2019 6 | 3 months | 2.00 |
| 37 Missouri Ave NW | 37 Missouri Ave NW | Brightwood Park MF | | 2019 15 | 6 months | 2.50 |
| 1350 Nicholson St NW | 1351 Nicholson St NW | Brightwood Park MF | | 2019 8 | 3 months | 2.67 |
| 200 Hamilton St NW | 200 Hamilton St NW | Brightwood Park MF | | 2019 3 | 3 months | 1.00 |
| | | | | High | | 2.67 |
| | | | | Low | | 1.00 |
| | | | | Ave | | 2.03 |
| | | | | Med | | 2.00 |

There are sufficient comparable recent developments in the immediate area around the subject. Most of the projects have an absorption rate greater than 2.0 per month. 37 Missouri has the most similar number of units sold in the past 6 months or an absorption rate of 2.5 sale per month. Therefore, this comp is given the major weight.

For this report and area, we conclude that 2-unit sales per month is justified and has proper market justification for the proposed structure. We estimate an 18 month sell period to completely sell out the subject property. This necessitates a look at discount rates for the value at that sell out date.

In addition to national discount rates, we consulted regional and city-wide surveys in selecting the discount rate. The data presented below is from PwC Real Estate Investor Survey Fourth Quarter 2019. The discount rate for Washington DC range from 5% to 8.5%.

### Fourth Quarter 2019

| | DISCOUNT RATE | |
|---|---|---|
| CBD of | Range | Average |
| Atlanta | 6.75% – 9.50% | 7.85% |
| Austin | 5.25% – 8.00% | 6.78% |
| Boston | 5.50% – 8.00% | 6.43% |
| Charlotte | 6.25% – 9.00% | 7.42% |
| Chicago | 6.00% – 10.00% | 7.80% |
| Dallas | 6.00% – 8.50% | 7.25% |
| Denver | 6.25% – 9.00% | 7.13% |
| Houston | 6.00% – 12.00% | 8.13% |
| Los Angeles | 5.00% – 9.50% | 7.40% |
| Manhattan | 5.00% – 8.00% | 6.40% |
| Pacific Northwest | 5.75% – 8.50% | 6.73% |
| Philadelphia | 6.00% – 10.00% | 8.05% |
| Phoenix | 7.00% – 10.50% | 8.33% |
| San Diego | 6.25% – 10.00% | 7.94% |
| San Francisco | 5.00% – 8.00% | 6.28% |
| Seattle | 5.75% – 8.50% | 6.77% |
| Southeast Florida | 6.00% – 10.00% | 7.75% |
| Washington, DC | 5.00% – 8.50% | 6.50% |
| Nat'l Secondary Office | 7.75% – 10.50% | 9.02% |

## ▶ MARKET ANALYSIS                                                    (CONTINUED)

Given the project size and location of the subject, we have chosen a discount rate of 5.00% which is in the lower end of the survey. Subject has only 19 units and the survey of other comparables in the same market supports the absorption of subject unit amount.   However, we note that we must also factor in entrepreneurial incentive or a profit incentive. We have concluded a factor of 5%, to indicate a total discounting of 10%.  Based on our analysis of the Cost Approach, there appears to be the potential for additional profit above and beyond our estimate in this approach.

Overall, the condo market is facing an understandable and predicted dip in activity and pricing.  DC residential activity is once again going to be buttressed by government and retail groups.  The foundations are there for a recovery when the Covid pandemic ends.

## ▶ HIGHEST & BEST USE/ VALUATION METHODS

**Highest & Best Use -** This section develops the highest and best use of the subject property As-Vacant and As-Proposed.

**As Vacant -** Permitted uses of the subject's Mixed-Use (MU-4) include eating and drinking establishments, principle multi-tenant dwellings, as detached, semi-detached or row buildings, and entertainment projects. The site has average exposure along Kennedy St NW and average overall access. The subject is within an urban location of in Washington, District of Columbia that is experiencing typical population and real estate development growth compared to similar areas of non-core DC. Development immediately surrounding the subject included governmental services, local retail and restaurants. Financial feasibility, maximal productivity, marketability, legal, and physical factors have been considered and the highest and best use of the subject site as-vacant concluded to be multi-family condos.

**As-Proposed-**The legal factors influencing the highest and best use of the subject property are primarily governmental regulations such as zoning and building codes. The subject's improvements were constructed in 2021 and are a legal, conforming use. The physical and location characteristics of the subject improvements have been previously discussed in this report. The project is of average quality construction and in average condition, with adequate site coverage and parking ratios. Therefore, the property as improved, meets the physical and location criteria as the highest and best use of the property.

In addition to legal and physical considerations, analysis of the subject property as-improved requires consideration of alternative uses. The five possible alternative treatments of the property are demolition (not warranted as the improvements contribute substantial value to the site), expansion (not warranted, no excess or surplus land), renovation (not warranted), conversion (not applicable), and continued use "as-proposed.

Among the five alternative uses, multi-family condos is the Highest and Best Use of the subject as-proposed.

**Valuation Methods -** Based on the agreed upon scope with the client, the subject's specific characteristics and the interest appraised, this appraisal developed Cost, Sales Comparison, and Income (Discounted Cash Flow) approaches. The values presented represent the As-Is (Fee Simple) and Prospective Upon Completion (Fee Simple). This appraisal does not develop the Income Approach, however it includes a bulk sellout analysis of the condominiums is considered and presented in this analysis.

The Valuation will be presented in the following order:
- ▸ Site Valuation (for the As-Is Market Value)
- ▸ Cost Approach
- ▸ Income Approach (Discounted Cash Flow/Bulk Sales Analysis)
- ▸ Sales Comparison Approach (of the individual units to get the aggregate value of the units)
- ▸ Reconciliation of Value Conclusions

► SITE VALUATION

## SITE VALUATION INTRODUCTION

This section values the subject site by comparing it with substitute land sales or listings within the local market area or in competitive areas throughout the region. Land value is influenced by a number of factors; most notably development and use potential. These factors, as well as others, are factored in the following analysis.

**Unit of Comparison -** The most relevant unit of comparison for competing land is the $/FAR. All of the comparable sales presented in this section were reported on this basis.

**Adjustments -** Adjustments to the comparable sales were considered and made when warranted for expenditures after purchase, property rights transferred, conditions of sale, financing terms, and market conditions.

1. **Property Rights -** All of the sales comparables were fee simple sales reflecting the property rights appraised herein per the agreed upon scope of work.
2. **Financing -** The sales all reflected typical cash equivalent, lender-financed transactions and no adjustments were required for financing terms.
3. **Sale Conditions -** None of the comparables required a condition of sale adjustment, as all were confirmed to be arm's length transactions.
4. **Expenditures After Sale -** Expenses that the buyer incurs after purchase (demolition, cleanup costs, etc.). No adjustments are warranted based on review of the land sales.
5. **Market Conditions (Time) -** Based on research and interpretation of value trends, the analysis applies an upward market conditions adjustment of 0% annually reflecting the relatively consistent appreciation that occurred between the oldest comparable sale date up through the effective valuation date. Based on research and interpretation of value trends, the analysis does not apply a market conditions adjustment.

**Quantitative Adjustment Process -** Quantitative percentage adjustments are also made for location and physical characteristics such as size, location quality, access, exposure, as well as other applicable elements of comparison. Where possible the adjustments applied are based on paired data or other statistical analysis. It should be stressed that the adjustments are subjective in nature and are meant to illustrate the logic in deriving a value opinion for the subject property by the Land Sales Comparison Approach.

**Comparable Selection -** A thorough search was made for similar land sales in the area. The parameters of the survey were highest and best use, zoning, proximity to the subject, size, and date of sale. In selecting comparables, emphasis was placed on confirming recent sales of sites that are similar to the subject property in terms of location and physical characteristics. Overall, the sales used represent the best comparables available for this analysis.

**Presentation -** The following Land Sales Comparison Table, location map and exhibits summarize the sales data. Following these items, the sales are adjusted for applicable elements of comparison and the site value is concluded.

## ► SITE VALUATION                                                    (CONTINUED)

| | 1201 KENNEDY 1203-1205 KENNEDY | LDRE LLC Kennedy Street | Georgiadc Investment Huynh Cindy T & Tom | Square 3054 Partners, 2905 Georgia Ave LLC | Saboo Homescapes 929-931 Kennedy |
|---|---|---|---|---|---|
| Sale Conditions [3] | Arms-Length, | Arm's Length | Arm's Length | Arm's Length | Arm's Length |
| Expenditures After Sale [4] | $0 | $0 | $0 | $0 | $0 |
| Market Conditions [5] | 4/15/2020    0% | 2/7/2020    2% | 10/17/2019    6% | 7/12/2019    9% | 12/5/2018    17% |
| Sale Status | Recorded | Recorded | Recorded | Recorded | Recorded |
| Recording Number | 2020049015 | 2020021380 | 2019131664 | 2019074780 | 2018121270 |
| Total Transactional Adjustments | $1    0% | $5    3% | $11    7% | $35    10% | $33    17% |
| **Adjusted $/FAR/SF** | **$250** | **$195** | **$180** | **$402** | **$233** |

### PHYSICAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Square Feet | 4,760 | 2,614 | 2,648 | 5,156 | 3,485 | 4,791 |
| Acres | 0.1093 | 0.0600 | 0.0608 | 0.1184 | 0.0800 | 0.1100 |
| FAR | 2.35 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 |
| Location | Average | Good (10%) | Average | Average | Very Good (30%) | Average |
| Access | Average | Good (10%) | Average | Above Average (5%) | Average | Average |
| Exposure | Average | Good (10%) | Average | Average | Average | Average |
| Shape | Rectangular | Generally Rectangular | Rectangular | Rectangular | Rectangular | Rectangular |
| Topography | Level to Sloping | Level | Level to Sloping | Level to Sloping | Level to Sloping | Level to Sloping |
| Improvement | | | Very Good (20%) | | Very Good (20%) | Very Good (20%) |
| Total Physical Adjustments | | ($75) (30%) | ($39) (20%) | ($9) (5%) | ($201) (50%) | ($47) (20%) |
| **Adjusted $/FAR/SF** | | **$175** | **$156** | **$171** | **$201** | **$186** |

▶ **SITE VALUATION** (CONTINUED)



| COMPARABLE | LABEL | ADDRESS | MILES FROM SUBJECT |
|---|---|---|---|
| COMPARABLE 1 | 1 | 5500 Georgia Ave NW, Washington, DC, 20011 | 0.5 |
| COMPARABLE 2 | 2 | 930 Kennedy St NW, Washington, DC, 20011-2916 | 0.4 |
| COMPARABLE 3 | 3 | 1201-1203 Jefferson St NW , Washington, DC, 20011 | 0.5 |
| COMPARABLE 4 | 4 | 2905-2909 Georgia Ave, Washington, DC, 20001 | 2.0 |
| COMPARABLE 5 | 5 | 929-931 Kennedy St NW, Washington, DC, 20011 | 0.4 |

▶ SITE VALUATION                                                    (CONTINUED)

**LAND SALE EXHIBITS**



COMPARABLE 1



COMPARABLE 2



COMPARABLE 3



COMPARABLE 4



COMPARABLE 5

**Land Sales Adjustment Discussion –** The land sales were either raw land or for redevelopment.  The redevelopment project includes future multi-tenant units. Comps 4 and 5 were adjusted for time as they were the oldest of the group, and comps 1,3, and 4 were adjusted for location.  The comparable land sales indicate an overall unadjusted value range from $169/FAR to $367/FAR, and average of $235/FAR. After adjustments,

## ► SITE VALUATION                                                                              (CONTINUED)

the comparable sites range between $156/FAR and $201/FAR with an average of $178/FAR.  Although on the lower end of the bracket range, a value of $165 is justified for redevelopment land in this area.

## LAND VALUE CONCLUSION

The comparables indicate a unit value, based on a general bracketing analysis, between $156/FAR and $201/FAR. Based on the subject's overall locational and physical features, a unit value conclusion of $165/FAR is supported.  The subject has calculated FAR of 3.2 but has an actual FAR of 2.35.  However, the structures plans show a finished basement level and stairway extending onto public sidewalks granting additional FAR of 0.85 The following table summarizes the comparable land sales analysis and applies the unit value conclusion to the site area to provide an indication of the as-vacant land value. Then, demolition costs of $6/SF against the existing building area, or $75,000 are deducted to provide the as-is land value. The cost was obtained from the development plan of actual purpose development.

| LAND SALES COMPARISON APPROACH CONCLUSION (FAR) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | TRANSACTION | ADJUSTMENT | | | | NET | GROSS |
| | PRICE | TRANSACTIONAL[1] | ADJUSTED | PROPERTY[2] | FINAL | ADJ | ADJ |
| 1 | $249 | 0% | $250 | (30%) | $175 | (30%) | 30% |
| 2 | $190 | 3% | $195 | (20%) | $156 | (18%) | 2% |
| 3 | $169 | 7% | $180 | (5%) | $171 | 1% | 11% |
| 4 | $367 | 10% | $402 | (50%) | $201 | (45%) | 39% |
| 5 | $200 | 17% | $233 | (20%) | $186 | (7%) | 17% |
| HIGH | $367 | 17% | $402 | (5%) | $201 | 1% | 39% |
| AVG | $235 | 7% | $252 | (25%) | $178 | (20%) | 20% |
| MED | $200 | 7% | $233 | (20%) | $175 | (18%) | 17% |
| LOW | $169 | 0% | $180 | (50%) | $156 | (45%) | 0% |

| | SUBJECT FAR | | $/FAR/SF | | VALUE |
|---|---|---|---|---|---|
| Total Land Area | 11,900.00 | x | $165 | = | $1,963,500 |
| INDICATED VALUE (ROUNDED TO NEAREST $100,000) | | | $168 | | $2,000,000 |
| Demolition | | | ($6) | | ($75,000) |
| INDICATED VALUE (ROUNDED TO NEAREST $100,000) | | | $160 | = | $1,900,000 |

[1]Cumulative [2]Additive

► COST APPROACH

## COST APPROACH INTRODUCTION

This approach is based on the principle of substitution, using the cost to construct a similar property as a reasonable alternative. Unless stated otherwise, the subject value is estimated based on a replacement cost analysis, which is consistent with this principle and defined by the 14th Edition of the Appraisal of Real Estate as: *The estimated cost to construct, at current prices as of the effective appraisal date, a substitute for the building being appraised, using modern materials and current standards, design, and layout.* The elements of cost are addressed in this section.

**Cost Estimates -** To estimate the improvement cost for the subject, three sources were utilized: the *Marshall Valuation Service*, the subject's cost schedule, and cost comparables.

**Marshall Swift Valuation (MSV) Service -** The estimated cost to construct a similar facility includes construction materials, labor, construction interest, permits, average government fees, average architect's and engineering fees, sales tax, and contractor's overhead and profit.

**Direct Costs -** Direct costs are expenditures for labor and materials used in the construction of improvements (also known as hard costs). Examples include building permits, materials, labor, equipment, security, temporary structures and storage facilities, transportation costs, utility installation and service costs, contractor's profit and overhead and performance bonds[5].

The following table indicates *direct costs* for the subject based on the *Marshall Valuation Service*. These costs include structural improvements, site grading and preparation, landscaping and street improvements.

---

5 The Appraisal of Real Estate, 14th Edition, Appraisal Institute, Chicago, 2013.

► COST APPROACH                                                    (CONTINUED)



**Indirect Costs -** These costs are expenditures for items other than labor and materials that are necessary for construction but are not typically part of the construction contract (also known as soft costs). Indirect costs represent (a) real property taxes (and direct assessments, if any), (b) professional fees, (c) permanent financing fees, (d) insurance expenses, (e) lease-up costs, (f) marketing and (g) contractor's overhead/contingency. Indirect costs in the market for similar commercial projects ranges 10% to 20%.

It is noted that the MSV base cost figures include some of these items including professional fees, construction financing, site preparation and contractor's overhead/contingency. Therefore, these items are not included in our indirect cost estimate in the chart below.

| MVS INDIRECT BUILDING COSTS | | | |
|---|---|---|---|
| BUILDING | 1 | 2 | TOTAL |
| Direct Building Costs Total | $3,440,953 | $190,955 | $3,631,908 |
| Indirect Costs (Est.) 15.0% of Direct Building Costs | $516,143 | $28,643 | $544,786 |
| **INDIRECT BUILDING COSTS TOTAL** | **$516,143** | **$28,643** | **$544,786** |
| **INDIRECT BUILDING COSTS TOTAL $/SF** | **$30.96** | **$8.59** | **$27.23** |
| **INDIRECT BUILDING COSTS TOTAL $/UNIT** | | | **$28,673** |

**Cost Comparables –** No cost comparables are presented.

▶ COST APPROACH                                                                (CONTINUED)

**Developer Cost Schedule -** A breakdown of the developer's construction costs was provided for this analysis and is re-stated in the following chart. The site costs were noted to be a reasonable estimate, because as of the date of this report the only construction work that has taken place is the razing of the previous building. The costs include all direct and indirect costs. The contractor's site and shell budget include all costs to construct a strip retail building to vanilla shell including fire sprinklers. Indirect costs include architect fees, engineering, professional reports, permits, financing, lease-up costs, financing, taxes, and insurance.



► COST APPROACH                                                              (CONTINUED)

**Marshall Valuation Service Conclusion -** Entrepreneurial profit and overhead compensates the developer for project risk and management. It is unlikely that a developer would proceed with a development unless adequate profit is available to justify the effort. Based on information provided by developers of similar commercial projects, profit is typically based on a percentage of the replacement costs and land value, generally 5% to 15%, depending upon project size, location, and marketability. An entrepreneurial profit and overhead allocation of 15% of land and improvements would be typical in a stable market where market rents are more in line with economic rents. The total improvement cost new as estimated through *Marshall Valuation Service* is summarized below.

**Unit Cost Conclusion -** The developer's costs, and *Marshall Valuation Service* cost estimate provide a wide range of construction costs. The *Marshall Valuation* estimate (208.78/ SF) are higher than the developer's cost budget ($190.95/ SF). In this analysis, the developer's are utilized ($190.95/ SF) as the Marshall & Swift does not factor in panelized construction. It is noted that at the developer's costs of ($190.95/ SF) the project is still financially feasible.



## ▶ COST APPROACH (CONTINUED)

| BUILDING DEPRECIATION SUMMARY | |
|---|---|
| Replacement Cost New Total | $4,693,000 |
| AGE/LIFE DEPRECIATION (INCURABLE LONG LIVED) | |
| Year Built | 2021 |
| Actual Age of Building | 0 Years |
| Effective Age of Building | 0 Years |
| Economic Life of Building | 55 Years |
| Remaining Economic Life of Building | 55 Years |
| Percent Depreciated | 0.0% |
| Age/Life Depreciation Total | $0 |
| Physical Deterioration Subtotal | $0 |
| Functional Obsolescence Subtotal | $0 |
| External Obsolescence Subtotal | $0 |
| FINAL DEPRECIATED BUILDING REPLACEMENT COST | |
| FINAL DEPRECIATED BUILDING REPLACEMENT COST TOTAL | $234.59 $4,693,000 |

## OST APPROACH CONCLUSION

The Cost Approach analysis and conclusion are presented in the following table.

| COST APPROACH SUMMARY | | |
|---|---|---|
| | $/SF | TOTAL |
| Developers Costs | $233.84 | $4,678,000 |
| Estimated Land Value | | $1,900,000 |
| Total Estimated Cost of Improvements & Land Value | | $6,578,000 |
| **INDICATED VALUE (ROUNDED TO NEAREST $10,000)** | $328.92 | $6,580,000 |

► SALES COMPARISON APPROACH

## SALES COMPARISON APPROACH

In the Sales Comparison Approach, the value of a property is estimated by comparing it with similar, recently sold properties in the surrounding or competing areas. Inherent in this approach is the principle of substitution, which holds that when a property is replaceable in the market, its value tends to be set by the cost of buying an equally desirable property, assuming that no costly delay occurs in making the substitution.

Through the analysis of sales of verified arm's-length transactions, market value and price trends are identified. The sales utilized are comparable to the subject in physical, functional, and economic characteristics.

**Comparable Selection -** Comparable sales are presented, which were selected due to their similarity in physical, locational, and qualitative attributes. They represent the most recent and relevant comparable sale available for this analysis. Emphasis was given to the subject's location and similarly positioned properties.

**Unit of Comparison -** The most relevant unit of comparison is the price per Unit . This best reflects the unit of comparison used by buyers and sellers in this market for the subject property type.

**Adjustments -** Adjustments to the comparable sales were considered and made when warranted for expenditures after purchase, property rights transferred, conditions of sale, financing terms, and market conditions.

1. **Property Rights -** All of the sales comparables were fee simple condo sales reflecting the property rights appraised herein per the agreed upon scope of work.
2. **Financing -**The sales all reflected typical cash equivalent, lender-financed transactions and no adjustments were required for financing terms.
3. **Sale Conditions -**None of the comparables required a condition of sale adjustment, as all were confirmed to be arm's length transactions.
4. **Expenditures After Sale -** Expenses that the buyer incurs after purchase (deferred maintenance, HVAC repairs, etc.). No adjustments are warranted based on review of the sales.
5. **Market Conditions (Time) -** Based on research and interpretation of value trends, the analysis applies an upward market conditions adjustment of 0% annually reflecting the relatively consistent appreciation that occurred between the oldest comparable sale date up through the effective valuation date. Based on research and interpretation of value trends, the analysis does not apply a market conditions adjustment.

**Quantitative Adjustment Process -** Quantitative percentage adjustments are also made for location and physical characteristics such as size, age, site and parking ratios, access, exposure, quality and condition, as well as other applicable elements of comparison. Where possible the adjustments applied are based on paired data or other statistical analysis. It should be stressed that the adjustments are subjective in nature and are meant to illustrate the logic in deriving a value opinion for the subject property by the Sales Comparison Approach.

**Presentation -** The subject and comparable property attributes are presented on the following Improved Sales Comparison Table, location map and photographs. This is followed by analysis of the subject and comparable sales and the value conclusion indicated using the Sales Comparison Approach.

## SALES COMPARISON APPROACH (CONTINUED)

**ONE-BEDROOM CONDO COMPARABLES**

# ▶ SALES COMPARISON APPROACH

(CONTINUED)



| COMPARABLE | LABEL | ADDRESS | MILES FROM SUBJECT |
|---|---|---|---|
| COMPARABLE 1 | 1 | 820 Kennedy St NW, Washington, DC, 20011 | 0.9 |
| COMPARABLE 2 | 2 | 1350 Nicholson St NW, Washington, DC, 20011 | 0.8 |
| COMPARABLE 3 | 3 | 507 Kennedy St NW, Washington, DC, 20011 | 0.1 |
| COMPARABLE 4 | 4 | 37 Missouri Ave NW, Washington, DC, 20011 | 0.5 |
| COMPARABLE 5 | 5 | 37 Missouri Ave NW, Washington, DC, 20011 | 0.5 |

## ▶ SALES COMPARISON APPROACH                    (CONTINUED)

**IMPROVED SALES PHOTOGRAPHS**



COMPARABLE 1                                COMPARABLE 2



COMPARABLE 3                                COMPARABLE 4



# SALES COMPARISON APPROACH                                    (CONTINUED)

**Analysis of Comparable Sales -** The comparable sales indicate an overall unadjusted unit value range from $290,000/Unit to $349,900/Unit, and an average of $320,460/Unit. After adjustments, the comparables indicate a narrower range for the subject property from $290,000/Unit to $332,405/Unit, and $313,335/Unit on average. The adjustment process is summarized below.

## ONE BEDROOM CONDO SALE CONCLUSION

### IMPROVED SALES COMPARISON APPROACH CONCLUSION (UNIT)

| | TRANSACTION PRICE | ADJUSTMENT | | | | NET ADJ | GROSS ADJ |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | TRANSACTIONAL[1] | ADJUSTED | PROPERTY[2] | FINAL | | |
| 1 | $327,500 | 0% | $327,500 | (5%) | $311,125 | (5%) | 15% |
| 2 | $349,900 | 0% | $349,900 | (5%) | $332,405 | (5%) | 15% |
| 3 | $335,000 | 0% | $335,000 | (5%) | $318,250 | (5%) | 15% |
| 4 | $290,000 | 0% | $290,000 | 0% | $290,000 | 0% | 10% |
| 5 | $299,900 | 0% | $299,900 | 5% | $314,895 | 5% | 5% |
| HIGH | $349,900 | 0% | $349,900 | 5% | $332,405 | 5% | 15% |
| AVG | $320,460 | 0% | $320,460 | (2%) | $313,335 | (2%) | 12% |
| MED | $327,500 | 0% | $327,500 | (5%) | $314,895 | (5%) | 15% |
| LOW | $290,000 | 0% | $290,000 | (5%) | $290,000 | (5%) | 5% |

| | SUBJECT UNIT | | $/UNIT CONCLUSION | | VALUE |
| --- | --- | --- | --- | --- | --- |
| | 8 | x | $300,000 | = | $2,400,000 |
| INDICATED VALUE (ROUNDED TO NEAREST $10,000) | | | $300,000 | | $2,400,000 |

[1]Cumulative [2]Additive

## ▶ SALES COMPARISON APPROACH <span style="float:right">(CONTINUED)</span>

**TWO-BEDROOM CONDO COMPARABLES**



# ▶ SALES COMPARISON APPROACH    (CONTINUED)



| COMPARABLE | LABEL | ADDRESS | MILES FROM SUBJECT |
|---|---|---|---|
| COMPARABLE 1 | 1 | 1207 Kennedy St NW, Washington, DC, 20011 | 0.5 |
| COMPARABLE 2 | 2 | 1350 Nicholson St NW, Washington, DC, 20011 | 0.8 |
| COMPARABLE 3 | 3 | 37 Missouri Ave NW, Washington, DC, 20011 | 0.5 |
| COMPARABLE 4 | 4 | 37 Missouri Ave NW, Washington, DC, 20011 | 0.5 |

## ► SALES COMPARISON APPROACH (CONTINUED)

**IMPROVED SALES PHOTOGRAPHS**



COMPARABLE 1



COMPARABLE 2



COMPARABLE 3



COMPARABLE 4

**Analysis of Comparable Sales -** The comparable sales indicate an overall unadjusted unit value range from $445,000/Unit to $625,000/Unit, and an average of $527,500/Unit. After adjustments, the comparables indicate a similar range for the subject property from $445,000/Unit to $562,500/Unit, and $537,600/Unit on average. The adjustment process is summarized below.

The unit mix provided by the developer identifies three-unit types for two-bedrooms units: 8 units at 980 SF, 2 units at about 1,265 SF and 1 penthouse unit.  We are taking the smaller units at market value and based on market trends we are adding a 5% upward adjustment to value for the 1265 SF units and another 5% for the penthouse.

## ▶ SALES COMPARISON APPROACH (CONTINUED)

**TWO BEDROOM CONDO SALE CONCLUSION**

### IMPROVED SALES COMPARISON APPROACH CONCLUSION (UNIT)

| | TRANSACTION PRICE | ADJUSTMENT TRANSACTIONAL[1] | ADJUSTED | PROPERTY[2] | FINAL | NET ADJ | GROSS ADJ |
|---|---|---|---|---|---|---|---|
| 1 | $495,000 | 0% | $495,000 | 10% | $544,500 | 10% | 20% |
| 2 | $445,000 | 0% | $445,000 | 12% | $498,400 | 12% | 22% |
| 3 | $545,000 | 0% | $545,000 | 0% | $545,000 | 0% | 10% |
| 4 | $625,000 | 0% | $625,000 | (10%) | $562,500 | (10%) | 20% |
| HIGH | $625,000 | 0% | $625,000 | 12% | $562,500 | 12% | 30% |
| AVG | $527,500 | 0% | $527,500 | 3% | $537,600 | 3% | 18% |
| MED | $520,000 | 0% | $520,000 | 5% | $544,750 | 5% | 20% |
| LOW | $445,000 | 0% | $445,000 | (10%) | $445,000 | (10%) | 0% |

| | SUBJECT UNIT | | $/UNIT CONCLUSION | | VALUE |
|---|---|---|---|---|---|
| **980 AVG SF Units** | 8 | x | $575,000 | = | $4,600,000 |
| **1265 AVG SF Units** | 2 | x | $605,000 | = | $1,210,000 |
| Penthouse Unit | 1 | x | $635,000 | = | $635,000 |
| **INDICATED VALUE (ROUNDED TO NEAREST $10,000)** | | | **$605,000** | | **$6,445,000** |

[1]Cumulative [2]Additive

## INCOME APPROACH (BULK DISCOUNT VALUE)

### ABSORPTION ANALYSIS AND NET DISCOUNTED SELL OUT

To arrive at the discounted net sellout value of the fee simple estate of the subject property, we made deductions representing typical costs associated with selling out the subject units and full expenses for unsold units during of the interim holding period as determined in the income approach herein.

We anticipate that the absorption period for the selling of the subject units will be approximately 9 months, based on the following market survey indicating a rate of 2.5 sales per month. We researched sales of new construction condominium and cooperative building sales within the Brightwood Park MF submarket, the details of which we list below, including the amount sold calculation:

| SALES ABSORPTION SURVEY | | | | | | |
|---|---|---|---|---|---|---|
| Address | Name | Neighborhood | Year Built | Unit Sold | Timeframe | Sales/Month |
| 820 Kennedy St NW | 820 Kennedy St NW | Brightwood Park MF | 2019 | 6 | 3 months | 2.00 |
| 507 Kennedy St NW | The Duet | Brightwood Park MF | 2019 | 6 | 3 months | 2.00 |
| 37 Missouri Ave NW | 37 Missouri Ave NW | Brightwood Park MF | 2019 | 15 | 6 months | 2.50 |
| 1350 Nicholson St NW | 1351 Nicholson St NW | Brightwood Park MF | 2019 | 8 | 3 months | 2.67 |
| 200 Hamilton St NW | 200 Hamilton St NW | Brightwood Park MF | 2019 | 3 | 3 months | 1.00 |
| | | | | High | | 2.67 |
| | | | | Low | | 1.00 |
| | | | | Ave | | 2.03 |
| | | | | Med | | 2.00 |

There are sufficient comparable recent developments in the immediate area around the subject. Most of the projects have an absorption rate greater than 2.0 per month. The property at 37 Missouri has the most similar number of units sold in the past 6 months or an absorption rate of 2.5 sale per month. Therefore, this comp is given the major weight. We lower this figure to account for the slightly lower sales per month figure directly on Kennedy St NW of 2 sales per month and we conclude that 2-unit sales per month is justified and has proper market justification for the proposed structure.

Other conclusions:

- Average unit price - $465,789 ($8,850,000 Sales Approach Market Rate / 19 Market rate units).
- Sales and Marketing of 3.5% of retail revenue - Based on current contract.
- Recordation of 1.45% of retail revenue – based on DC rules post COVID.
- Insurance ($35/unit/month) – based on proposed coverage contract.
- Real Estate Taxes 0.85% of retail – based on DC Tax rates for buildings classified as residential which will be the subject tax rate at completion.
- Profit factor of 5% of retail value, or approximately $440,000 in addition to implied profit from discounting and cost approach incentive.

Given the project size and location of the subject, we have chosen a discount rate of 5.00% which is in the lower end of the survey. Please refer to the market analysis section.

Subject has only 19 units and the survey of other comparables in the same market supports the absorption of subject unit amount. However, we note that we must also factor in entrepreneurial incentive or a profit incentive. We have concluded a factor of 5%, to indicate a total discounting of approximately 10%. Based on our analysis of the Cost Approach, there appears to be the potential for additional profit above and beyond

► **INCOME APPROACH (BULK DISCOUNT VALUE)** (CONTINUED)

our estimate in this approach. Below is a chart showing the unit mix and the developers proposed pricing for each category of unit.



## DISCOUNTED SELLOUT VALUE CONCLUSION

Based on the developers pricing model, we are using the average price per unit of $465,789 for our sellout analysis.

The following table summarizes the analysis of the comparables, reports the reconciled price per Unit value conclusion, and presents the concluded value of the subject property by the Sales Comparison Approach. The conclusion includes the sellout expense. The detail of the sellout adjustment is presented in the sellout section above.



# ▶ RECONCILIATION OF VALUE CONCLUSIONS

Based on the agreed upon scope with the client, the subject's specific characteristics and the interest appraised, this appraisal developed Cost, Sales Comparison, and Income (Discounted Cash Flow) approaches. The values presented represent the As-Is (Fee Simple) and Prospective Upon Completion (Fee Simple).

The Reconciliation of Value Conclusions is the final step in the appraisal process and involves the weighing of the individual valuation techniques in relationship to their substantiation by market data, and the reliability and applicability of each valuation technique to the subject property.

The table below shows the final reconciled values, but before that some final notes on each approach we conduced to obtain this value opinion. The Cost Approach and Income Approach (DCF) are the only items to reconcile. These represent the final value to the investor of the final project. The Sales Approach represents aggregate retail value and would not be values in bulk. However, the conclusions from the Sales Approach are used in the bulk valuation. The Cost Approach represents a 15% profit margin. The income approach suggests an additional million dollars of value in the project, this would be the expected cushion for the developer in the best-case scenario involving sales.

COVID-19 may lead to a decline in housing prices. However, we believe demand for the condo products will remain strong based on location and product type. Overall, our value conclusion is based on the income approach which is conservative but still demonstrates the project to be financially feasible.

Below, the individual strengths and weaknesses of each approach are analyzed.



## ASSUMPTIONS & LIMITING CONDITIONS

We certify that, to the best of our knowledge and belief:

▸ The statements of fact contained in this report are true and correct.

▸ The reported analyses, opinions, and conclusions of the signers are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

▸ The signers of this report has no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

▸ R. Ashton Rowles, MAI, MRICS and Ericka Simmons have performed services, specifically as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

▸ The signers are not biased with respect to the property that is the subject of this report or to the parties involved with this assignment.

▸ The engagement in this assignment was not contingent upon developing or reporting predetermined results.

▸ The compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

▸ The reported analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the *Code of Professional Ethics* and *Standards of Professional Appraisal Practice* of the Appraisal Institute, and the *Uniform Standards of Professional Appraisal Practice*, as set forth by the Appraisal Standards Board of the Appraisal Foundation.

▸ R. Ashton Rowles, MAI, MRICS  inspected the property that is the subject of this report for a previous appraisal involving the site.  He did not inspect it again for this appraisal report.

▸ Chiao-Kai Yang and Daniel Kennedy provided significant real property appraisal assistance to the appraisers signing the certification.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives. As of the date of this report, R. Ashton Rowles, MAI, MRICS  has completed the continuing education program for Designated Members of the Appraisal Institute.

*Royce Ashton Rowles*

R. Ashton Rowles, MAI, MRICS
Certified General Real Estate Appraiser
State of District of Columbia License No. GA11991
Expiration Date 2/28/2022

June 3, 2020
Date

Ericka Simmons
Certified General Real Estate Appraiser
State of District of Columbia License No.GA12170
Expiration Date 2/28/2022

June 3, 2020
Date

# ASSUMPTIONS & LIMITING CONDITIONS (CONTINUED)

▶ Information presented in this report has been obtained from reliable sources, and it is assumed that the information is accurate.

▶ This analysis assumes that the information provided for this appraisal accurately reflect the current condition of the subject property.

▶ This report shall be used for its intended purpose only, and by the party to whom it is addressed. Possession of this report does not include the right of publication.

▶ The appraisers may not be required to give testimony or to appear in court by reason of this appraisal, with reference to the property in question, unless prior arrangements have been made.

▶ The statements of value and all conclusions shall apply as of the dates shown herein.

▶ There is no present or contemplated future interest in the property by the appraisers which is not specifically disclosed in this report.

▶ Without the written consent or approval of the authors neither all, nor any part of, the contents of this report shall be conveyed to the public through advertising, public relations, news, sales, or other media. This applies particularly to value conclusions and to the identity of the appraisers and the company with which the appraisers are connected.

▶ This report must be used in its entirety. Reliance on any portion of the report independent of others, may lead the reader to erroneous conclusions regarding the property values. Unless approval is provided by the authors no portion of the report stands alone.

▶ We assume no responsibility for matters legal in character, nor do we render any opinion as to title, which is assumed to be marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, under responsible ownership, and competent management.

▶ The appraisal has provided exhibits to assist the client(s)/intended user(s) to understand from a graphical standpoint some of the salient issues which impact the subject property. We have made no survey of the property and if further verification is required, a survey by a registered surveyor is advised.

▶ The appraisers assume no responsibility for determining if the property requires environmental approval by the appropriate governing agencies, nor if it is in violation thereof, unless otherwise noted herein. This analysis assumes that no asbestos or other hazardous materials are stored or found in or on the subject property. If evidence of hazardous materials of any kind occurs, the reader should seek qualified professional assistance. If hazardous materials are discovered and if future market conditions indicate an impact on value and increased perceived risk, a revision of the concluded values may be necessary.

▶ The valuation stated herein assumes professional management and operation of the buildings throughout the lifetime of the improvements, with an adequate maintenance and repair program.

▶ The liability of Archstone Appraisal Group, its principals, agents, and employees is limited to the client. Further, there is no accountability, obligation, or liability to any third party. If this report is placed in the hands of anyone other than the client, the client shall make such party aware of all limiting conditions and assumptions of the assignment and related discussions. The appraisers are in no way responsible for any costs incurred to discover or correct any deficiency in the property.

▶ The appraisers are not qualified to detect the presence of toxic or hazardous substances or materials which may influence or be associated with the property or any adjacent properties, has made no investigation or analysis as to the presence of such materials, and expressly disclaims any duty to note the degree of fault. Archstone Appraisal Group and its principals, agents, employees, shall not be liable for any costs, expenses, assessments, or penalties, or diminution in value, property damage, or personal injury (including death) resulting from or otherwise attributable to toxic or hazardous substances or materials, including without limitation hazardous waste, asbestos material, formaldehyde, or any smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids, solids or gasses, waste materials or other irritants, contaminants or pollutants.

▶ The appraisers assume no responsibility for determining if the subject property complies with the *Americans with Disabilities Act (ADA)*. Archstone Appraisal Group, its principals, agents, and employees, shall not be liable for any costs, expenses, assessments, penalties or diminution in value resulting from non-compliance.

▶ This appraisal assumes that the subject meets an acceptable level of compliance with *ADA* standards; if the subject is not in compliance, the eventual renovation costs and/or penalties would negatively impact the present value of the subject. If the magnitude and time of the cost were known today, they would be reduced from the reported value conclusion.

▶ Unless otherwise noted herein, a detailed soils study was not provided for this analysis. The subject's soils and sub-soil conditions are assumed to be suitable based upon a visual inspection of the subject property and surrounding properties, which did not indicate evidence of excessive settling or unstable soils. No certification is made regarding the stability or suitability of the soil or sub-soil conditions.

# ▶ ADDENDA



Search Details  Verified: 8/05/1923 - 05/08/20

History:  2019005965 DEED

**Document Info**  Related Inst.

Document Type: DEED
Document Number: 2019005965
Recorded Date: 01/18/2019 08:26:25 AM
Book Type: OPR
Roll / Frame:
Number of Pages: 3
Consideration Amt: $1,100,000.00

**Name Information**

Grantor:
OPESANMI ANDREA
OPESANMI OLUSEYE

Grantee:
431 KENNEDY ST HOLDINGS LLC

**Legal Description**

Legal Description:
3260 / 0041

Save Image     Email Image     Hide/Show Details     Back to Results

Doc #: 2019005965
01/18/2019 08:26 AM

File No. 18-1376SMS
DEED-SHORT FORM D.C.

**This Deed**, made this 11th day of January, 2019, by and between Andrea Opesanmi and Oluseye Opesanmi, parties of the first part, and 431 Kennedy St Holdings LLC, a District of Columbia Limited Liability Company, party of the second part.

WITNESSETH, that in consideration of the sum of One Million One Hundred Thousand and 00/100 Dollars ($1,100,000.00), the parties of the first part do hereby grant unto the party of the second part, in fee simple, all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:

All that certain lot or parcel of land situate in the District of Columbia and

Lot numbered Forty-One (41), in Square numbered Thirty-Two Hundred Sixty, (3260) in a subdivision made by Louis Guglielmo and Sarah Guglielmo, as per plat recorded in Liber No. 96 at Folio 177 in the Office of the Surveyor for the District of Columbia.

BEING the same property conveyed to Oluseye Opesanmi and Andrea Bonnick Opesanmi from John Carroll Proctor, by Deed dated April 2, 2002, and recorded on April 8, 2002, as Instrument No. 2002040400.

| Permit # : | Permit Type : | Date Filed : | Address : | | Name : | SSL : |
|---|---|---|---|---|---|---|

HIDE DETAILS

| B1902022 | Construction/New Building | | 431 KENNEDY ST NW, WASHINGTON, DC 20011 | | Coloma River Capital | 3260 0041 |

More Info

**Owner Name:**
Coloma River Capital

**Applicant Name:**
GERALD ROPER

**Trade Name:**

**Permit Status:** Projectdox Accepted

**Get Current Permit Status**

**Job Classification:**

| Job Class Code | Size | Classification | Initial Review Time |
|---|---|---|---|
| V-C | N/A | N/A | N/A |

**Description of work/ Review status:**

Velocity program/Expedition review. Raze existing structure. New 19 unit apartment building with 5 stories plus cellar level. 19,750 SF

| Discipline | Review Status | Status Date |
|---|---|---|
| Plan Review Coordinator | Projectdox Accepted | 2018-11-14 |

5/14/2020

District of Columbia: Property Detail

# DC.gov

## Office of Tax and Revenue

◄ Prev

### Property Detail

**Address:** 431 KENNEDY ST NW

**SSL:** 3260 0041

#### Record Details

| | | | |
|---|---|---|---|
| **Neighborhood:** | PETWORTH | **Sub-Neighborhood:** | C |
| **Use Code:** | 23 - Residential Flats--Less than 5 | **Class 3 Exception:** | No |
| **Tax Type:** | TX - Taxable | **Tax Class:** | 001 - Residential |
| **Homestead Status:** | ** Not receiving the Homestead Deduction | | |
| **Assessor:** | CLARENCE GALLOWAY | | |
| **Gross Building Area:** | | **Ward:** | 4 |
| **Land Area:** | 4,760 | **Triennial Group:** | 3 |

#### Owner and Sales Information

| | |
|---|---|
| **Owner Name(s):** | 431 KENNEDY ST HOLDINGS LLC |
| **Care Of:** | |
| **Mailing Address:** | 1140 3RD ST NE, WASHINGTON DC 20002-6274 |
| **Sale Price:** | $1,100,000 |
| **Recordation Date:** | 01/18/2019 |
| **Instrument No.:** | 5965 |
| **Sales Code:** | MARKET |
| **Sales Type:** | I - IMPROVED |

#### Tax Year 2021 Preliminary Assessment Roll

| | Current Value (2020) | Proposed New Value (2021) |
|---|---|---|
| **Land:** | $414,070 | $449,920 |
| **Improvements:** | $245,280 | $265,180 |
| **Total Value:** | $659,350 | $715,100 |
| **Taxable Assessment:** * | $659,350 | $715,100 |

* Taxable Assessment after Tax Assessment Credit and after $75,700 Homestead Credit, if applicable. (Click here for more information).

** If you believe you should be receiving tax relief through the Homestead deduction program and if you are domiciled in the District and this property is your principal place of residence, you can access the link below, complete the form, and return it per the instructions. For additional information regarding the Homestead program, call (202)727-4TAX. Click here to download the Homestead Deduction and Senior Citizen Tax Relief application.*

If the real property does not appear on the map below, please search the map manually or email questions or feedback to maps.title@dc.gov. If emailing, please provide the Square Suffix Lot and property address (if applicable).

5/14/2020

District of Columbia: Property Detail

# Pay Here

View Tax Information | View Property Features | View Payments | View Current Tax Bill



Legend

Info

Property ID: 3260 0041

OWNER(S)                431 KENNEDY ST
                        HOLDINGS LLC

- &

PREMISE ADDRESS         431 KENNEDY ST
                        NW

LAND AREA (SF)          4,760

This map is for general information purposes, is not a
survey product, and is not intended to be used for
conveyance, legal boundary, or property title.

## Search DCRA SurDocs Link Below

By: Book SUB and Page 177, or
By: Square 3260, Suffix (), Lot 0041

COLUMBIA RIVER CAPITAL

Owner:
**Coloma River Capital**
Address:
1140 3rd Street NE,
Suite 310,
Washington, DC 20002
Coloma Plans
**202.834.0941**

**429 KENNEDY APARTMENTS**
429 KENNEDY STREET NW
WASHINGTON, DC 20011

3/16"=1'-0"

PROPOSED
FLOOR PLANS

A100

COLOMA RIVER CAPITAL

Owner:
**Coloma River Capital**
Address:
1140 3rd Street NE,
Suite 370,
Washington, DC 20002
Charles Paret
202.629.6541

**429 KENNEDY APARTMENTS**
429 KENNEDY STREET NW
WASHINGTON, DC 20011

3/16"=1'-0"

PROPOSED
FLOOR PLANS

A101

429 KENNEDY APARTMENTS
429 KENNEDY STREET NW
WASHINGTON, DC 20011

PROPOSED
FLOOR PLANS

A102



**ARCHSTONE GROUP**

## 5500 Georgia Ave NW
Comparable 1



### Sale Information

| | |
|---|---|
| Buyer | 1201 KENNEDY STREET, LLC |
| Seller | 1203-1205 KENNEDY ST NW LLC |
| Sale Date | 4/15/2020 |
| Transaction Status | Recorded |
| Sale Price | $1,625,000        $161.47 /FAR/SF |
| Analysis Price | $1,625,000        $161.47 /FAR/SF |
| Recording Number | 2020049015 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arms-Length, Assemblege, Redevelopment |

### Property

| | |
|---|---|
| Land Area | 0.06 Acres (2,614 SF) |
| Number of Parcels | 1 |
| Zoning | MU-4 |
| Shape | Generally Rectangular |
| Topography | Level |
| Permitted FAR | 2.50 ($249/FAR/SF) |

5500 Georgia Ave NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF



APN
2933 0001

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



# 930 Kennedy St NW
Comparable 2

## Sale Information

| | |
|---|---|
| Buyer | LDRE LLC |
| Seller | Kennedy Street Holdings Llc |
| Sale Date | 2/7/2020 |
| Transaction Status | Recorded |
| Recording Number | 2020021380 |
| Rights Transferred | Fee Simple |
| Financing | Dominion Financial Services, LLCBal/Pmt: $1,900,000 |
| Conditions of Sale | Arm's Length |
| Marketing Time | 32 days |

## Property

| | |
|---|---|
| Land Area | 0.0608 Acres (2,648 SF) |
| Number of Parcels | 1 |
| Zoning | MU-4 |
| Permitted FAR | 2.50 ($190/FAR/SF) |



930 Kennedy St NW
Washington, DC 20011-2916

County
**District of Columbia**

Submarket
**Uptown**



APN
2995-0806

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 1201-1203 Jefferson St NW

Comparable 3



### Sale Information

| | |
|---|---|
| Buyer | Georgiadc Investment LLC |
| Seller | Huynh Cindy T & Tom V |
| Sale Date | 10/17/2019 |
| Transaction Status | Recorded |
| Recording Number | 2019131664 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Land Area | 0.1184 Acres (5,156 SF) |
| Number of Parcels | 1 |
| Zoning | MU-4 |
| Permitted FAR | 2.50 ($169/FAR/SF) |

1201-1203 Jefferson St NW
Washington, DC 20011

County
District of Columbia

Submarket
Uptown

APN
2932-0089



Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 2905-2909 Georgia Ave
Comparable 4

### Sale Information

| | |
|---|---|
| Buyer | Square 3054 Partners, LLC |
| Seller | 2905 Georgia Ave LLC |
| Sale Date | 7/12/2019 |
| Transaction Status | Recorded |
| Recording Number | 2019074780 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |
| Marketing Time | 63 days |

### Property

| | |
|---|---|
| Land Area | 0.08 Acres (3,485 SF) |
| Number of Parcels | 1 |
| Zoning | MU-4 |
| Shape | Rectangular |
| Topography | Level to Sloping |
| Permitted FAR | 2.50 ($367/FAR/SF) |



2905-2909 Georgia Ave
Washington, DC 20001

County
District of Columbia

Submarket
Uptown

APN
3054-0026



Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



# 929-931 Kennedy St NW

Comparable 5

## Sale Information

| | |
|---|---|
| Buyer | Saboo Homescapes LLC |
| Seller | 929-931 Kennedy Partners Llc |
| Sale Date | 12/5/2018 |
| Transaction Status | Recorded |
| Recording Number | 2018121270 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

## Property

| | |
|---|---|
| Land Area | 0.11 Acres (4,791 SF) |
| Number of Parcels | 1 |
| Zoning | MU-4 |
| Shape | Rectangular |
| Topography | Level to Sloping |
| Permitted FAR | 2.50 ($200/FAR/SF) |



929-931 Kennedy St NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
2992-0087

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



**ARCHSTONE GROUP**

## 820 Kennedy St NW Unit 2
Comparable 1

### Sale Information

| | |
|---|---|
| Buyer | JESSICA OGUNYE |
| Seller | WACAP LLC |
| Sale Date | 9/27/2019 |
| Transaction Status | Recorded |
| Recording Number | 2019101714 |
| Rights Transferred | Leased Fee |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Type | Multi-Family, Condo |
| Gross Building Area (GBA) | 600 SF |
| Net Rentable Area (NRA) | 600 SF |
| Buildings | 1 Building, 4 Floors |
| Year Built | 2019 |
| Land Area | 0.0643 Acres (2,800 SF) |
| Site Coverage Ratio | 21.43% |
| FAR | 0.21 |
| Zoning | MU-4 |



820 Kennedy St NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
2994 0046

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 10/17/2019 |

### Remarks

1b1b



# 1350 Nicholson St NW Unit 8
Comparable 2

## Sale Information

| | | |
|---|---|---|
| Sale Date | 8/26/2019 | |
| Sale Price | $349,900 | $29,158 /Unit |
| Analysis Price | $349,900 | $29,158 /Unit |
| Rights Transferred | Fee Simple | |
| Conditions of Sale | Arm's Length | |

## Property

| | |
|---|---|
| Type | Multi-Family, Condo |
| Gross Building Area (GBA) | 655 SF |
| Net Rentable Area (NRA) | 655 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.1861 Acres (8,106 SF) |
| Site Coverage Ratio | 8.08% |
| FAR | 0.08 |
| Zoning | RA-1 |



1350 Nicholson St NW
Washington, DC 20011



County
District of Columbia

Submarket
Brightwood Park MF

APN
2795 0019

## Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 10/18/2019 |

## Remarks

1b1b

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



# The Duet Unit 4
Comparable 3



## Sale Information

| | |
|---|---|
| Seller | Property Ventures |
| Sale Date | 7/3/2019 |
| Sale Price | $335,000 $41,875 /Unit |
| Analysis Price | $335,000 $41,875 /Unit |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

## Property

| | |
|---|---|
| Type | Multi-Family, Condos |
| Gross Building Area (GBA) | 720 SF |
| Net Rentable Area (NRA) | 720 SF |
| Buildings | 1 Building, 4 Floors |
| Year Built | 2019 |
| Land Area | 0.0654 Acres (2,850 SF) |
| Site Coverage Ratio | 25.26% |
| FAR | 0.25 |
| Zoning | MU-4 |
| Shape | Rectangular |

507 Kennedy St NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
3207 0077

## Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |

## Remarks

1b1b 720SF Unit 3

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group

# ARCHSTONE GROUP

## 37 Missouri Ave NW Unit 4
Comparable 4

### Sale Information

| | |
|---|---|
| Sale Date | 6/7/2019 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Type | Multi-Family |
| Gross Building Area (GBA) | 530 SF |
| Net Rentable Area (NRA) | 530 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.2343 Acres (10,204 SF) |
| Site Coverage Ratio | 5.19% |
| FAR | 0.05 |
| Zoning | RA-1 |



37 Missouri Ave NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
3393 0106

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 4/23/2020 |

### Remarks

2b1.5b

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 37 Missouri Ave NW Unit 15
Comparable 5

### Sale Information

| | |
|---|---|
| Sale Date | 5/10/2019 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Type | Multi-Family |
| Gross Building Area (GBA) | 479 SF |
| Net Rentable Area (NRA) | 479 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.2343 Acres (10,204 SF) |
| Site Coverage Ratio | 4.69% |
| FAR | 0.05 |
| Zoning | RA-1 |



37 Missouri Ave NW
Washington, DC 20011

**County**
District of Columbia

**Submarket**
Brightwood Park MF

**APN**
3393 0106

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 10/18/2019 |

### Remarks

1b1b

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



# ARCHSTONE GROUP

## 1207 Kennedy St NW Unit 6
Comparable 1



### Sale Information

| | | |
|---|---|---|
| Sale Date | 1/21/2020 | |
| Sale Price | $495,000 | $495,000 /Unit |
| Analysis Price | $495,000 | $495,000 /Unit |
| Rights Transferred | Fee Simple | |
| Conditions of Sale | Arm's Length | |

### Property

| | |
|---|---|
| Type | Multi-Family, Condo |
| Gross Building Area (GBA) | 850 SF |
| Net Rentable Area (NRA) | 850 SF |
| Buildings | 1 Building, 4 Floors |
| Year Built | 2019 |

1207 Kennedy St NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF



Map data ©2020

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 1350 Nicholson St NW Unit 6
Comparable 3

### Sale Information

| | | |
|---|---|---|
| Sale Date | 8/23/2019 | |
| Transaction Status | Recorded | |
| Sale Price | $445,000 | $37,083 /Unit |
| Analysis Price | $445,000 | $37,083 /Unit |
| Rights Transferred | Fee Simple | |
| Conditions of Sale | Arm's Length | |

### Property

| | |
|---|---|
| Type | Multi-Family, Condo |
| Gross Building Area (GBA) | 983 SF |
| Net Rentable Area (NRA) | 983 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.1861 Acres (8,106 SF) |
| Site Coverage Ratio | 12.13% |
| FAR | 0.12 |
| Zoning | RA-1 |



1350 Nicholson St NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
2795 0019

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 4/23/2020 |

### Remarks

2B2B

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 37 Missouri Ave NW Unit 26
Comparable 4



### Sale Information

| | |
|---|---|
| Sale Date | 7/19/2019 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Type | Multi-Family |
| Gross Building Area (GBA) | 1,209 SF |
| Net Rentable Area (NRA) | 1,209 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.2343 Acres (10,204 SF) |
| Site Coverage Ratio | 11.85% |
| FAR | 0.12 |
| Zoning | RA-1 |

37 Missouri Ave NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
3393 0106

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 10/18/2019 |

### Remarks

2b1.5b

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



## 37 Missouri Ave NW Unit 22

Comparable 5



### Sale Information

| | |
|---|---|
| Sale Date | 7/3/2019 |
| Rights Transferred | Fee Simple |
| Conditions of Sale | Arm's Length |

### Property

| | |
|---|---|
| Type | Multi-Family |
| Gross Building Area (GBA) | 1,530 SF |
| Net Rentable Area (NRA) | 1,530 SF |
| Buildings | 1 Building, 3 Floors |
| Year Built | 2019 |
| Land Area | 0.2343 Acres (10,204 SF) |
| Site Coverage Ratio | 14.99% |
| FAR | 0.15 |
| Zoning | RA-1 |

37 Missouri Ave NW
Washington, DC 20011

County
District of Columbia

Submarket
Brightwood Park MF

APN
3393 0106

### Confirmation

| | |
|---|---|
| Company | Redfin |
| Phone Number | 1-844-759-7732 |
| Date | 10/18/2019 |

### Remarks

2b2.5b Penthouse

Prepared by Daniel Kennedy

daniel.kennedy@archstone.group



ARCHSTONE GROUP

Archstone Appraisal Group
1629 K Street NW, Suite 300
Washington, DC 20006
+1 (202) 600-7696

# VALUATION GLOSSARY

Unless specified otherwise, these definitions were extracted from the following sources or publications:

The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015 (Dictionary).
Uniform Standards of Professional Appraisal Practice, 2018-2019 Edition (USPAP).
The Appraisal of Real Estate, Fourteenth Edition, Appraisal Institute, Chicago, Illinois, 2013 (14th Edition).

**Absolute Net Lease**
A lease in which the tenant pays all expenses including structural maintenance, building reserves, and management; often a long-term lease to a credit tenant. (Dictionary)

**Ad Valorem Tax**
A real estate tax based on the assessed value of the property, which is not necessarily equivalent to its market value. (14th Edition)

**Aggregate of Retail Values (ARV)**
The sum of the separate and distinct market value opinions for each of the units in a condominium; subdivision development, or portfolio of properties, as of the date of valuation. The aggregate of retail values does not represent the value of all the units as sold together in a single transaction; it is simply the total of the individual market value conclusions. Also called sum of the retail values. (Dictionary)

**Arm's-length Transaction**
A transaction between unrelated parties who are each acting in his or her own best interest. (Dictionary)

**As-Is Market Value**
The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date. (Dictionary)

**Assessed Value**
The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value, or based on an assessment ratio that is a percentage of market value. (14th Edition)

**Average Daily Room Rate (ADR)**
In the lodging industry, the net rooms revenue derived from the sale of guest rooms divided by the number of paid occupied rooms. (Dictionary)

**Band of Investment**
A technique in which the capitalization rates attributable to components of an investment are weighted and combined to derive a weighted-average rate attributable to the total investment. (Dictionary)

**Cash-Equivalent Price**
The price of a property with nonmarket financing expressed as the price that would have been paid in an all-cash sale. (Dictionary)

 **ARCHSTONE GROUP**

# VALUATION GLOSSARY (CONTINUED)

**Common Area**
The total area within a property that is not designed for sale or rental but is available for common use by all owners, tenants, or their invitees, e.g., parking and its appurtenances, malls, sidewalks, landscaped areas, recreation areas, public toilets, truck and service facilities. (Dictionary)

**Contract Rent**
The actual rental income specified in a lease. (14th Edition)

**Cost Approach**
A set of procedures through which a value indication is derived for the fee simple interest in a property by estimating the current cost to construct a reproduction of (or replacement for) the existing structure, including an entrepreneurial incentive; deducting depreciation from the total cost; and adding the estimated land value. Adjustments may then be made to the indicated fee simple value of the subject property to reflect the value of the property interest being appraised. (14th Edition)

**Curable Functional Obsolescence**
An element of depreciation; a curable defect caused by a flaw in the structure, materials, or design, which can be practically and economically corrected. (Dictionary)

**Debt Coverage Ratio (DCR)**
The ratio of net operating income to annual debt service, which measures the relative ability of a property to meet its debt service out of net operating income; also called debt service coverage ratio (DSCR). (Dictionary)

**Deferred Maintenance**
Items of wear and tear on a property that should be fixed now to protect the value or income-producing ability of a property. (Dictionary)

**Depreciation**
In appraisal, a loss in property value from any cause; the difference between the cost of an improvement on the effective date of the appraisal and the market value of the improvement on the same date. (Dictionary)

**Direct Costs**
Expenditures for the labor and materials used in the construction of improvements; also called hard costs. (Dictionary)

**Discounted Cash Flow (DCF) Analysis**
The procedure in which a discount rate is applied to a set of projected income streams and a reversion. The analyst specifies the quantity, variability, timing, and duration of the income streams and the quantity and timing of the reversion, and discounts each to its present value at a specified yield rate. (Dictionary)

**Discount Rate**
A rate of return on capital used to convert future payments or receipts into present value; usually considered to be a synonym for yield rate. (Dictionary)



# VALUATION GLOSSARY (CONTINUED)

**Disposition Value**
The most probable price that a specified interest in property should bring under the following conditions:

1. Consummation of a sale within a specified time, which is shorter than the typical exposure time for such a property in that market.
2. The property is subjected to market conditions prevailing as of the date of valuation.
3. Both the buyer and seller are acting prudently and knowledgeably.
4. The seller is under compulsion to sell.
5. The buyer is typically motivated.
6. Both parties are acting in what they consider their best interests.
7. An adequate marketing effort will be made during the exposure time.
8. Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms. (Dictionary)

**Easement**
The right to use another's land for a stated purpose. Access or right-of-way easements may be acquired by private parties or public utilities. Governments may be the beneficiaries of easements placed on privately owned land that is dedicated to conservation, open space, or preservation. (14th Edition)

**Economic Life**
The period over which improvements to real property contribute to property value. (Dictionary)

**Effective Age**
The age of property that is based on the amount of observed deterioration and obsolescence it has sustained, which may be different from its chronological age. (Dictionary)

**Effective Date**
The date on which the appraisal or review opinion applies (SVP) (Dictionary)

**Effective Gross Income (EGI)**
The anticipated income from all operations of the real estate after an allowance is made for vacancy and collection losses and an addition is made for any other income. (Dictionary)

**Effective Gross Income Multiplier (EGIM)**
The ratio between the sale price (or value) of a property and its effective gross income. (Dictionary)

**Effective Rent**
The rental rate net of financial concessions such as periods of free rent during the lease term and above or below-market tenant improvements (TIs). (14th Edition)



# VALUATION GLOSSARY (CONTINUED)

**Eminent Domain**

The right of government to take private property for public use upon the payment of just compensation. The Fifth Amendment of the U.S. Constitution, also known as the takings clause, guarantees payment of just compensation upon appropriation of private property. (Dictionary)

**Entrepreneurial Incentive**

The amount an entrepreneur expects to receive for his or her contribution to a project. Entrepreneurial incentive may be distinguished from entrepreneurial profit (often called developer's profit) in that it is the expectation of future profit as opposed to the profit actually earned on a development or improvement. (Dictionary)

**Entrepreneurial Profit**

A market-derived figure that represents the amount an entrepreneur receives for his or her contribution to a project and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses. (Dictionary)

**Excess Land**

Land that is not needed to serve or support the existing improvement. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. (Dictionary)

**Excess Rent**

The amount by which contract rent exceeds market rent at the time of the appraisal; created by a lease favorable to the landlord (lessor) and may reflect unusual management, unknowledgeable or unusually motivated parties, a lease execution in an earlier, stronger rental market, or an agreement of the parties. Due to the higher risk inherent in the receipt of excess rent, it may be calculated separately and capitalized or discounted at a higher rate in the income capitalization approach. (14th Edition)

**Expense Stop**

A clause in a lease that limits the landlord's expense obligation, which results in the lessee paying any operating expenses above a stated level or amount. (Dictionary)

**Exposure Time**

The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; Comment: Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market. (Dictionary)



# VALUATION GLOSSARY (CONTINUED)

**External Obsolescence**
A type of depreciation; a diminution in value caused by negative external influences and generally incurable on the part of the owner, landlord, or tenant. The external influence may be temporary or permanent. (Dictionary)

**Extraordinary Assumption**
An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis. An extraordinary assumption may be used in an assignment only if:

- It is required to properly develop credible opinions and conclusions;
- The appraiser has a reasonable basis for the extraordinary assumption;
- Use of the extraordinary assumption results in a credible analysis; and
- The appraiser complies with the disclosure requirements set forth in USPAP for extraordinary assumptions.(USPAP)

**Fair Market Value**
In nontechnical usage, a term that is equivalent to the contemporary usage of market value.
As used in condemnation, litigation, income tax, and property tax situations, a term that is similar in concept to market value but may be defined explicitly by the relevant agency. (Dictionary)

**Feasibility Analysis**
A study of the cost-benefit relationship of an economic endeavor. (USPAP)

**Fee Simple Estate**
Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat. (Dictionary)

**Floor Area Ratio (FAR)**
The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2.0 indicates that the permissible floor area of a building is twice the total land area. (Dictionary)

**Functional Obsolescence**
The impairment of functional capacity of improvements according to market tastes and standards. (Dictionary)



**Functional Utility**
The ability of a property or building to be useful and to perform the function for which it is intended according to current market tastes and standards; the efficiency of a building's use in terms of architectural style, design and layout, traffic patterns, and the size and type of rooms. (Dictionary)

**Furniture, Fixtures, and Equipment (FF&E)**
Business trade fixtures and personal property, exclusive of inventory. (Dictionary)

**Going-concern**
An established and operating business having an indefinite future life. (Dictionary)

**Going-concern Value**
An outdated label for the market value of all the tangible and intangible assets of an established and operating business with an indefinite life, as if sold in aggregate; more accurately termed the market value of the going concern or market value of the total assets of the business. (Dictionary)

**Gross Building Area (GBA)**
Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved. (Dictionary)

**Gross Leasable Area (GLA) - Commercial**
Total floor area designed for the occupancy and exclusive use of tenants, including basements and mezzanines; measured from the center of joint partitioning to the outside wall surfaces. (Dictionary)

**Gross Living Area (GLA) - Residential**
Total area of finished, above-grade residential area; calculated by measuring the outside perimeter of the structure and includes only finished, habitable, above-grade living space. (Finished basements and attic areas are not generally included in total gross living area. Local practices, however, may differ.) (Dictionary)

**Highest & Best Use**
The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. The use of an asset that maximizes its potential and that is possible, legally permissible, and financially feasible. The highest and best use may be for continuation of an asset's existing use or for some alternative use. This is determined by the use that a market participant would have in mind for that asset when formulating the price that it would be willing to bid (IVS). (Dictionary)



**ARCHSTONE GROUP**

# VALUATION GLOSSARY (CONTINUED)

**Hypothetical Condition**

A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. (USPAP)

**Income Capitalization Approach**

In the income capitalization approach, an appraiser analyzes a property's capacity to generate future benefits and capitalizes the income into an indication of present value. The principle of anticipation is fundamental to this approach. Techniques and procedures from this approach are used to analyze comparable sales data and to measure obsolescence in the cost approach. (14th Edition)

**Incurable Functional Obsolescence**

An element of depreciation; a defect caused by a deficiency or superadequacy in the structure, materials, or design that cannot be practically or economically corrected as of the effective date of the appraisal. (Dictionary)

**Indirect Costs**

Expenditures or allowances for items other than labor and materials that are necessary for construction, but are not typically part of the construction contract. Indirect costs may include administrative costs, professional fees, financing costs and the interest paid on construction loans, taxes and the builder's or developer's all-risk insurance during construction, and marketing, sales, and lease-up costs incurred to achieve occupancy or sale. Also called soft costs. (Dictionary)

**Insurable Replacement Cost**

The cost estimate, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design and layout for insurance coverage purposes guaranteeing that damaged property is replaced with a new property (i.e., depreciation is not deducted). (Dictionary)

**Interim Use**

The temporary use to which a site or improved property is put until a different use becomes maximally productive. (Dictionary)

**Investment Value**

The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. (Dictionary)



# VALUATION GLOSSARY (CONTINUED)

**Liquidation Value**

The most probable price that a specified interest in real property should bring under the following conditions:

1. Consummation of a sale within a short time period.
2. The property is subjected to market conditions prevailing as of the date of valuation.
3. Both the buyer and seller are acting prudently and knowledgeably.
4. The seller is under extreme compulsion to sell.
5. The buyer is typically motivated.
6. Both parties are acting in what they consider to be their best interests.
7. A normal marketing effort is not possible due to the brief exposure time.
8. Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms. (Dictionary)

**Leased Fee Interest**

The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversion right when the lease expires. (Dictionary)

**Leasehold Interest**

The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease. (Dictionary)

**Legally Nonconforming Use**

A use that was lawfully established and maintained, but no longer conforms to the use regulations of its current zoning; also known as a grandfathered use. (Dictionary)

**Market Area**

The geographic region from which a majority of demand comes and in which the majority of competition is located. Depending on the market, a market area may be further subdivided into components such as primary, secondary, and tertiary market areas. (Dictionary)

**Market Rent**

The most probable rent that a property should bring in a competitive and open market reflecting all conditions and restrictions of the lease agreement, including permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs). (14th Edition)



# VALUATION GLOSSARY (CONTINUED)

**Market Study**

An analysis of the market conditions of supply, demand, and pricing for a specific property type in a specific area. (Dictionary)

**Market Value (Interagency Guidelines)**

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised, and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

(Interagency Appraisal and Evaluation Guidelines, December 10, 2010, Federal Register, Volume 75 Number 237, Page 77472)

**Marketability Analysis**

The study of how a specific property is expected to perform in a specific market. A marketability analysis expands on a market analysis by addressing a specific property. (Dictionary)

**Neighborhood Analysis**

The objective analysis of observable or quantifiable data indicating discernible patterns of urban growth, structure, and change that may detract from or enhance property values; focuses on four sets of considerations that influence value: social, economic, governmental, and environmental factors. (Dictionary)

**Net Operating Income (NOI)**

The actual or anticipated net income that remains after all operating expenses are deducted from effective gross income but before mortgage debt service and book depreciation are deducted. Note: This definition mirrors the convention used in corporate finance and business valuation for EBITDA (earnings before interest, taxes, depreciation, and amortization). (14th Edition)

**Obsolescence**

One cause of depreciation; an impairment of desirability and usefulness caused by new inventions, changes in design, improved processes for production, or external factors that make a property less desirable and valuable for a continued use; may be either functional or external. (Dictionary)

 **ARCHSTONE GROUP**

# VALUATION GLOSSARY (CONTINUED)

**Off-site Costs**
Costs incurred in the development of a project, excluding on-site costs such as grading and construction of the building and other improvements; also called common costs or off-site improvement costs. (Dictionary)

**On-site Costs**
Costs incurred for the actual construction of buildings and improvements on a particular site. (Dictionary)

**Overage Rent**
The percentage rent paid over and above the guaranteed minimum rent or base rent; calculated as a percentage of sales in excess of a specified breakeven sales volume. (14th Edition)

**Overall Capitalization Rate (OAR)**
The relationship between a single year's net operating income expectancy and the total property price or value. (Dictionary)

**Parking Ratio**
The ratio of parking area or parking spaces to an economic or physical unit of comparison. Minimum required parking ratios for various land uses are often stated in zoning ordinances. (Dictionary)

**Potential Gross Income (PGI)**
The total income attributable to property at full occupancy before vacancy and operating expenses are deducted. (Dictionary)

**Potential Gross Income Multiplier (PGIM)**
The ratio between the sale price (or value) of a property and its annual potential gross income. (Dictionary)

**Present Value (PV)**
The value of a future payment or series of future payments discounted to the current date or to time period zero. (Dictionary)

**Prospective Opinion of Value**
A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not achieved sellout or a stabilized level of long-term occupancy. (Dictionary)



# VALUATION GLOSSARY (CONTINUED)

**Qualitative Adjustment**

An indication that one property is superior, inferior, or the same as another property. Note that the common usage of the term is a misnomer in that an adjustment to the sale price of a comparable property is not made. Rather, the indication of a property's superiority or inferiority to another is used in relative comparison analysis, bracketing, and other forms of qualitative analysis. (Dictionary)

**Quantitative Adjustment**

A numerical (dollar or percentage) adjustment to the indicated value of the comparable property to account for the effect of a difference between two properties on value. (Dictionary)

**Rentable Area**

The amount of space on which the rent is based; calculated according to local practice. (Dictionary)

**Replacement Cost**

The estimated cost to construct, at current prices as of a specific date, a substitute for a building or other improvements, using modern materials and current standards, design, and layout. (Dictionary)

**Reproduction Cost**

The estimated cost to construct, at current prices as of the effective date of the appraisal, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship and embodying all the deficiencies, superadequacies, and obsolescence of the subject building. (Dictionary)

**Retrospective Value Opinion**

A value opinion effective as of a specified historical date. The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion." (Dictionary)

**Sales Comparison Approach**

The process of deriving a value indication for the subject property by comparing sales of similar properties to the property being appraised, identifying appropriate units of comparison, and making adjustments to the sale prices (or unit prices, as appropriate) of the comparable properties based on relevant, market-derived elements of comparison. The sales comparison approach may be used to value improved properties, vacant land, or land being considered vacant when an adequate supply of comparable sales is available. (Dictionary)



**ARCHSTONE GROUP**

# VALUATION GLOSSARY (CONTINUED)

**Scope of Work**

The type and extent of research and analysis in an appraisal or appraisal review assignment. Scope of work includes, but is not limited to:

- The extent to which the property is identified;
- The extent to which tangible property is inspected;
- The type and extent of data researched; and
- The type and extent of analysis applied to arrive at opinions or conclusions. (USPAP)

**Shopping Center Types**

Neighborhood Shopping Center:
The smallest type of shopping center, generally with a gross leasable area of between 30,000 and 100,000 square feet. Typical anchors include supermarkets. Neighborhood shopping centers offer convenience goods and personal services and usually depend on a market population support of 3,000 to 40,000 people.

Community Shopping Center:
A shopping center of 100,000 to 400,000 square feet that usually contains one junior department store, a variety store, discount or department store. A community shopping center generally has between 20 and 70 retail tenants and a market population support of 40,000 to 150,000 people.

Regional Shopping Center:
A shopping center of 300,000 to 900,000 square feet that is built around one or two full-line department stores of approximately 200,000 square feet each plus small tenant spaces. This type of center is typically supported by a minimum population of 150,000 people.

Super-Regional Center:
A large center of 600,000 to 2.0 million square feet anchored by three or more full-line department stores. This type of center is typically supported by a population area of 300,000 people. (14th Edition)

**Superadequacy**

An excess in the capacity or quality of a structure or structural component; determined by market standards. (Dictionary)

**Surplus Land**

Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. (Dictionary)



# VALUATION GLOSSARY (CONTINUED)

**Tenant Improvements (TIs)**
1. Fixed improvements to the land or structures installed for use by a lessee.
2. The original installation of finished tenant space in a construction project; subject to periodic change for succeeding tenants. (Dictionary)

**Triple Net Lease**
An alternative term for a type of net lease. In some markets, a net net net lease is defined as a lease in which the tenant assumes all expenses (fixed and variable) of operating a property except that the landlord is responsible for structural maintenance, building reserves, and management. Also called NNN, triple net lease, or fully net lease. (Dictionary)

**Usable Area**
The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas. (Dictionary)

**Useful Life**
The period of time over which a structure or a component of a property may reasonably be expected to perform the function for which it was designed. (Dictionary)

**Vacancy and Collection Loss**
A deduction from potential gross income (PGI) made to reflect income deductions due to vacancies, tenant turnover, and non-payment of rent; also called vacancy and credit loss or vacancy and contingency loss. (Dictionary)

**Yield Capitalization**
A method used to convert future benefits into present value by 1) discounting each future benefit at an appropriate yield rate, or 2) developing an overall rate that explicitly reflects the investment's income pattern, holding period, value change, and yield rate. (Dictionary)

# ARCHSTONE GROUP                    ARCHSTONE APPRAISAL GROUP

**Archstone Appraisal Group, LLC is a next-generation real estate appraisal provider. We are a conglomerate of well-connected and diverse professional real estate valuers who share a common culture and mission of providing the finest quality appraisal reports with exceptional service. At Archstone, you will find a group of people who are not just appraisers, but experts with diverse and real-life experience in investment, development, reposition, financing, international activities, and asset management. Our work is unbiased and in touch with the latest market trends.**

Archstone Appraisal Group is based out of Washington D.C. offering extensive personalized coverage of the Mid-Atlantic region with four full-time commercial valuers, each of whom has 15 or more years' experience in the commercial real estate industry.

Additionally, Archstone Appraisal Group partners with senior and well-established professionals throughout the United States who regularly partner with us to offer these services nationwide.

Because of our unique background, we maintain a network of dozens of valuers all over the world who partner with us to provide national and international services.

Both domestically and internationally we work with vetted partners to provide premier, quality appraisal reports. Below is a list of our services and areas of expertise.

| LINE OF SERVICES | PROPERTY TYPES |
|---|---|
|  |  |

 **ARCHSTONE APPRAISAL GROUP**

## Valuation Team

**R. Ashton Rowles, MAI, MRICS** is currently a Senior Director for Archstone Appraisal Group, LLC and head of the executive team. Ashton started Archstone in 2017 after 12 years with Colliers international, where most recently, he served as Executive Managing Director Valuation over Latin American.

Ashton also previously worked for the U.S. Department of State as a Senior Real Estate Appraiser, assisting with valuation-related matters for acquisition and disposal for the U.S. Government's International Real Estate holdings.

Ashton has personally performed appraisals in 40 states and 22 countries. He has overseen and reviewed appraisals in over 40 countries. He has been involved in numerous fields within real estate valuation, including: single asset valuation, Portfolio valuation, market analysis, feasibility studies, lease and cost analysis, highest and best use analysis, rent analysis, eminent domain, litigation support, insurance valuation, foreclosure and bankruptcy support, and tax mitigation.

**Mark Savage, MAI** is currently a Senior Director – Appraisal for Archstone Appraisal Group, LLC. Mark also previously worked for GMAC Commercial Mortgage, LandVest, Inc., Colliers International and NAI Hunneman. This professional experience involves preparation of appraisal reports and analyses of a wide variety of properties throughout Latin America for banks, life insurance companies, pension funds, government and multilateral agencies, owners/developers, and investment companies. Consulting experience includes market and feasibility studies, due diligence and investment analyses.

**Joseph F. Consoli, MAI,** has served multiple roles and developed varying perspectives on the entire life cycle of commercial real estate from concept to construction. He has worked in valuation, review appraisal, consulting in both the fee and bank finance worlds predominantly but has significant intergovernmental and private project development, management, and construction experience too. More recently, Mr. Consoli has taken on some research, publication, and teaching roles.

**Ericka Simmons, Chief of Operations**, is a real estate professional with experience in real estate private equity, valuation and finance; model development, green improvements and energy analysis and sustainable building training. Specific knowledge of the Mid-Atlantic and NYC metro areas.

**Josiah Wise, Head of Research,** is an American Citizen expat, native of New York, who has lived in Peru for over 5 years as a full-time resident. He is a native English speaker and fluent in Spanish with an academic background in the humanities, having studied philosophy and critical theory under Jacques Derrida. Josiah´s professional background is diverse, complimenting a theoretical background with work experience from construction foreman, to tour guide in Rome, Italy while studying. Josiah worked for 8 years as a traveling inspector for a risk management company that services most major United States' insurance companies (USAA, Allstate, Travelers etc.), providing risk intelligence to underwriters on high value residential and commercial properties in all 50 states.

 **ARCHSTONE APPRAISAL GROUP**

## Valuation Team

**Adriana Gastelumendi, Finance and Accounting**, is a dual American-Peruvian citizen currently residing in Peru. Following her studies in Business Administration Adriana moved to the United States where she excelled in the hospitality industry: she worked in multiple managerial positions for the Peninsula Hotel, one of the United States' pre-eminent five-star hotels. Adriana is fluent in English and Spanish and has continually increased her knowledge of business administration in a variety of different environments and positions, both in the United States and in Peru.

**Abigail Rex, Administration**, joined Archstone in 2017 when it was formed and served as business and administrative manager. She holds a degree from Brigham Young University – Idaho in English and business and writing. She is active in her community and as an advocate for families with special needs children.

**Fernando Mascaró, Director of Brokerage and Development Projects**, has more than 20 years of experience in business management. He started his professional career in a family business dedicated to real estate. He also lived and studied abroad in the United States and then did an advanced degree in Business Management in Brisbane Australia with specialization in international trade and banking at the Curtin University of Technology.

Fernando worked for over 10 years in Australia for CS Industries in various management and operational positions for commercial, industrial, and real estate needs. Fernando returned to Peru in 2009 where he focused on the real estate business as Director of the company Doña Maria Raquel, carrying out various real estate projects and continued to Ana Maria Inmobiliaria and Archstone Latam SAC. Fernando has carried out various projects in Peru, the US, and in Australia and have managed teams of more than 100 people.

| OFFICE LOCATIONS | | |
|---|---|---|
| **Washington, DC**<br>1629 K St, NW, Suite 300<br>Washington, D.C. 20006<br>Tel: 202 600 7696 | **Boston, MA**<br>10 Post Office Square, 8th Fl.<br>Boston, MA 02109<br>Tel: 617 872 0686 | **Boise, ID**<br>13601 West McMillan<br>Boise, ID 83713<br>Tel: 208 215 2242 |



**ARCHSTONE GROUP**

Archstone Appraisal Group
1629 K Street NW, Suite 300
Washington, DC 20006
+1 (202) 600-7696

# R. ASHTON ROWLES, MAI, MRICS
# QUALIFICATIONS

## PROFESSIONAL STATEMENT

R. Ashton Rowles, MAI, MRICS is currently a Senior Director for Archstone Appraisal Group, LLC and head of the executive team. Ashton started Archstone in 2017 after 12 years with Colliers international, where most recently, he served as Executive Managing Director Valuation over Latin American.

Ashton also previously worked for the U.S. Department of State as a Senior Real Estate Appraiser, assisting with valuation-related matters for acquisition and disposal for the U.S. Government's International Real Estate holdings.

Ashton has personally performed appraisals in 40 states and 22 countries. He has overseen and reviewed appraisals in over 40 countries. He has been involved in numerous fields within real estate valuation, including: single asset valuation, Portfolio valuation, market analysis, feasibility studies, lease and cost analysis, highest and best use analysis, rent analysis, eminent domain, litigation support, insurance valuation, foreclosure and bankruptcy support, and tax mitigation.

## RELEVANT ASSIGNMENTS

- Portfolio of over 150 commercial assets throughout Mexico for major international bank transaction.

- Program Director for valuation work in 40 countries for non-profit organization with the majority of assets located in rural areas. Over 500 appraisals managed and reviewed.

- Annual valuation on more than 350 foreign embassy properties throughout the Americas.

- Land Development of more than 50 acres on northern end of Grenada.
- Site search and custom market study of Class A real estate in Santo Domingo, Dominican Republic.

- Valuation of ranch properties of more than 5,000 acres including wine vineyard and forest components.

- Highest and Best Use Studies in Tanzania, Morocco, and Libya for U.S. Department of State.

## INTERNATIONAL EXPERIENCE

Ashton's subject matter expertise has been focused in two primary areas. The first area is Mid-Atlantic Commercial Real Estate. As Manager of the Colliers International Washington D.C. office, Ashton reviewed and supervised over 400 appraisal assignments for all types of real estate in the region. These ranged from investment grade complex properties with values over $500 Million to smaller, single-tenant, owner-user properties. As a leader in the local Appraisal Institute chapter he has served as an expert on local market trends and functioned as a moderator in a variety of chapter functions.

The second area of career expertise is in the valuation of assets throughout Latin America to American Valuation standards. Ashton began his international appraisal experience while working at the U.S. Department of State, and then continued international appraisal after transferring back to Colliers International. He has handled valuation assignments for several governments, NGO's and corporations. He has lectured on international valuation standards in Brazil, Panama, Mexico and Hong Kong as a guest lecturer on the differences of appraisal methodologies and practices in various countries.


**ARCHSTONE GROUP**

# R. ASHTON ROWLES, MAI, MRICS
# QUALIFICATIONS (CONTINUED)

## EDUCATION

• BA – Brigham Young University

## LANGUAGES

• English – Native Language
• Spanish – Fully fluent

## PROFESSIONAL MEMBERSHIPS & ACCREDITATIONS

• Certified General Real Estate Appraiser

• MAI Designated Member, Appraisal Institute #482535

• 2018 President, Washington D.C. Chapter of the Appraisal Institute

• 2017 Vice President, Washington D.C. Chapter of the Appraisal Institute

• 2016 Treasurer, Washington D.C. Chapter of the Appraisal Institute

• Royal Institute of Chartered Surveyors, MRICS Designation

• Urban Land Institute

## PERMANENT GENERAL APPRAISER LICENSES (ACTIVE STATES)

• Virginia, Certified General Real Estate Appraiser, 4001016667, Current through May 2019
• District of Columbia, Certified General Real Estate Appraiser, GA11991, Current through February 2018
• Maryland, Certified General Real Estate Appraiser, 40031807, Current through August 2019

## EDUCATION

| | | |
|---|---|---|
| Developers, Bankers & Appraisers: Understanding Roles in an Evolving Real Estate Environment | 11/7/2017 | Reston, VA |
| Making the Math Work: Cost-Effective Trainee Development | 10/11/2017 | Washington, DC |
| Education Resources Meeting | 9/27/2017 | Webinar |
| Education Resources Meeting | 6/21/2017 | Webinar |
| 2017 Annual Conference Sessions Day | 6/10/2017 | Ottawa, ON |
| Residential Sales Comparison and Income Approach | 5/30/2017 | Online |
| Improving Communication in an Evolving Banking Environment | 4/20/2017 | Reston, VA |
| Education Resources Meeting | 3/1/2017 | Webinar |
| Real Estate Market Update: Economic Outlook for Metro DC Real Estate 2017 and Beyond | 1/19/2017 | Washington, DC |
| Chapter Financial Management and Administration Policy | 12/6/2016 | Webinar |
| Career Opportunities Workshop | 5/12/2016 | Beltsville, MD |
| 2016-2017 7-Hour National USPAP Update Course | 2/28/2016 | Online |
| Real Estate Market Update: Economic Outlook for Metro DC Real Estate 2016 and Beyond | 1/19/2016 | McLean, VA |
| GASB Final Statement on Fair Value Measurement and Application | 7/8/2015 | Webinar |
| Installation Dinner & Chapter Meeting | 1/22/2015 | McLean, VA |
| Real Estate Market Update: Economic Outlook for Metro DC Real Estate 2015 and Beyond | 11/6/2014 | McLean, VA |
| 2014 IRS Valuation Summit | 10/21/2014 | Washington, DC |
| Review Theory - General | 10/10/2014 | Rockville, MD |



**ARCHSTONE GROUP**

# R. ASHTON ROWLES, MAI, MRICS
## QUALIFICATIONS (CONTINUED)

## EDUCATION

| | | |
|---|---|---|
| Purchase Price Allocations for Financial Reporting and Tax | 4/16/2014 | Webinar |
| Online Supervising Appraisal Trainees | 3/17/2014 | Online |
| Real Estate Market Update: Economic Outlook for NYC Real Estate 2014 and Beyond | 1/13/2014 | New York, NY |
| Business Practices and Ethics | 12/6/2013 | Silver Spring, MD |
| 7-Hour National USPAP Update Course | 12/5/2013 | Silver Spring, MD |
| Real Estate Market Update: Economic Outlook for Washington DC Real Estate 2014 and Beyond | 11/19/2013 | Corner McLean, VA |
| 7-Hour Equivalent USPAP Update Course | 4/28/2013 | Online |
| General Appraiser Income Approach/Part 2 | 4/28/2011 | Aurora, CO |
| Appraising Distressed Commercial Real Estate: Here We Go Again | 6/3/2010 | Aurora, CO |
| Market Analysis and Conditions: The Statistics | 4/1/2010 | Aurora, CO |
| General Demonstration Appraisal Report Writing Seminar | 11/16/2009 | Indianapolis, IN |
| Online 7-Hour National USPAP Equivalent Course | 8/31/2008 | Online |
| Online Business Practices and Ethics | 7/31/2008 | Online |
| Advanced Sales Comparison & Cost Approaches | 6/28/2008 | Denver, CO |
| Advanced Applications | 6/7/2008 | Boise, ID |
| Report Writing and Valuation Analysis | 11/3/2007 | Anaheim, CA |
| Advanced Income Capitalization | 8/11/2007 | Houston, TX |
| General Appraiser Market Analysis and Highest & Best Use | 4/27/2007 | Sacramento, CA |
| Basic Income Capitalization | 4/29/2006 | Sacramento, CA |
| Basic Appraisal Procedures | 3/18/2006 | Sacramento, CA |
| Basic Appraisal Principals | 1/25/2006 | Sacramento, CA |



CERTIFICATE OF LICENSURE

GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

*certifies that*

ROYCE ASHTON ROWLES

*has met all requirements by law and regulations and is hereby licensed as:*

APPRAISER CERTIFIED GENERAL

LICENSE #: GA11991

Issue Date: 3/1/2020

Expiration Date: 2/28/2022

*Director, Department of*
*Consumer and Regulatory Affairs*

Serial #: 490823

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

dcra

Government of the District of Columbia
Department of Consumer and Regulatory Affairs
Occupational and Professional Licensing Administration

**ROYCE ASHTON ROWLES**
**Appraiser Certified General**

License No.
**GA11991**

Expiration Date
**2/28/2022**



ARCHSTONE GROUP

Archstone Appraisal Group
1629 K Street NW, Suite 300
Washington, DC 20006
+1 (202) 600-7696

# Ericka Simmons

# Qualifications

## Professional Statement

Real estate professional with experience in real estate private equity, valuation and finance; model development, green improvements and energy analysis and sustainable building training. Specific knowledge of the Mid-Atlantic and NYC metro areas.

## Education

Johns Hopkins | Carey Business School                           Washington DC
Master of Business Administration (MBA)              Current Part-Time Student
Concentrations: Real Estate and Infrastructure | Interdisciplinary Business
Expected, Dec 2018

Columbia University | Columbia College                           New York, NY
Artium Baccalaureus (AB/BA)                                        May 2004
Major: Economics | Significant coursework in Math and Computer Science

## Certifications / Affiliations

Financial/Real Estate                                        Sustainability
CFA Institute | CFA Level I                LEED | Green Associate Training

Certified Commercial Investment Member (All Classes Passed)     NABCEP | Solar Installer (former)

Appraisal Institute Candidate for Designation (MAI, Expected, Mar 2018)

Appraisal Institute Valuation of Sustainable Buildings PDP (Jul 2017)

Certified General Appraiser in DC, VA, MD, NY

## Employment History

Sustainable Capital Advisors                                 Washington, DC
Associate (Contract Assignment)                          Oct 2017 – Dec 2017
Solar Energy Financial Product Design and Recommendation

 ARCHSTONE GROUP

# QUALIFICATIONS OF ERICKA SIMMONS (CONTINUED)

## EMPLOYMENT HISTORY

| | |
|---|---|
| Colliers International Valuation & Advisory Services | Washington, DC |
| Valuation Services Director \| Senior Valuation Analyst | Aug 2014 – Aug 2017 |
| National Multifamily Services Team Member | |
| | |
| Goodman Marks Associates | Manhattan, NYC & Mineola, LI |
| Valuation Associate | Nov 2011 – Jul 2014 |
| | |
| Republic Valuations | Brooklyn, NYC |
| Senior Valuation Analyst Consultant | May 2009 – Oct 2011 |
| | |
| Viola Family Trust | Brooklyn, NYC |
| Real Estate Advisory \| Disposition | May 2008 – May 2009 |
| | |
| Lighthouse Real Estate Ventures   Manhattan, NYC | |
| Senior Associate \| Acquisitions | Oct 2006 – May 2008 |
| | |
| EcoREIT | Manhattan, NYC |
| Senior Analyst | Feb 2004 – Oct 2006 |
| | |
| Alliance Bernstein | |
| Sanford Bernstein Investment Management and Research | Manhattan, NYC |
| Global Analytics \| Quantitative Financial Analyst | Jun 1999 – Jan 2004 |
| Buyside Research \| Financial Analyst | (worked f/t during undergraduate) |

## EXPERIENCE

Prepare valuation assignments for standard commercial asset types such as multifamily (stand-alone and mixed- use), office, and retail assignments using proprietary software and Argus

Complete range of specialized assignments including residential developments, such as affordable, student and senior housing; esoteric assignments such as private/municipal water well leases and airplane hangers

Produce feasibility and market studies for elderly and affordable housing, as well as retail properties Posited and developed proprietary financial analysis / deal evaluation spreadsheet

Performed due diligence on $25bn+ of commercial property; played key role in closing $250m of acquisition deals in 18 months

 ARCHSTONE GROUP

# QUALIFICATIONS OF ERICKA SIMMONS (CONTINUED)

## EXPERIENCE

Built ad-hoc financial reports using online storage and Excel and fulfill database requests from Principals and for financial partners

Designed fundamental attribution REIT model in Excel (VBA) pulling primary metrics from Bloomberg.

Created pitch books and content for asset disposition; market analysis and marketing for investor roadshows

Advised and consulted with private owners regarding real estate holdings – mortgaging, dispositions, workouts

Identified and presented recommendations and capital structure ideas to management on personally sourced opportunities

Devised strategies and prepared testimony for municipal and state court, US Tax Court, and Beis Din

## EDUCATION

| | | |
|---|---|---|
| How Tenants Create or Destroy Value: Leasehold Valuation and its Impact on Value | 03/25/2019 | Rockville, MD |
| 7-Hour National USPAP Update Course | 09/07/2018 | Trenton, NJ |
| Metro DC Chapter 2018 Appraisal Conference | 04/19/2018 | Washington, DC |
| Career Opportunities Workshop | 05/12/2016 | Beltsville, VA |
| 7-Hour National USPAP Update Course | 02/05/2016 | Midlothian, VA |
| Residential & Commercial Valuation of Solar | 09/22/2015 – 09/23/2015 | Washington, DC |
| Case Studies in Appraising Green Commercial Buildings | 03/19/2015 – 03/20/2015 | Washington, DC |
| REAL ESTATE MARKET UPDATE | 11/06/2014 | McLean, VA |

 **ARCHSTONE GROUP**

# QUALIFICATIONS OF ERICKA SIMMONS (CONTINUED)

## EDUCATION

| | | |
|---|---|---|
| Chapter Candidate/Advisor Cocktail Reception | 10/22/2014 | New York, NY |
| 2014 IRS Valuation Summit | 10/21/2014 | Washington, DC |
| 7-Hour National USPAP Update Course | 11/21/2013 | Allentown, PA |
| License Exam Review Seminar | 06/14/2013 | Brunswick, NJ |
| NYS Appraiser Enforcement Trends & New Requirements | 05/01/2013 | Westbury, NY |
| Online General Appraiser Report Writing and Case Studies Completed: 3/18/2013 | 01/15/2013 – 03/01/2013 | Chicago, IL |
| Chapter Cocktail Party | 02/25/2013 | New York, NY |
| Quantitative Analysis | 10/15/2012 – 10/19/2012 | Tigard, OR |
| The State of the Appraisal Institute and Valuation Issues | 03/14/2012 | Westbury, NY |
| Market Outlook 2012: Intersection of Housing & Credit | 02/15/2012 | Westbury, NY |
| Business Practices and Ethics | 12/13/2011 | New York, NY |
| 7-Hour National USPAP Update Course | 12/09/2011 | Deptford, NJ |
| Advanced Market Analysis and Highest & Best Use | 10/03/2011 – 10/07/2011 | New York, NY |
| Advanced Income Capitalization | 09/08/2013 – 09/17/2010 | Brunswick, NJ |

 **ARCHSTONE GROUP**

# QUALIFICATIONS OF ERICKA SIMMONS (CONTINUED)

## EDUCATION

| | | |
|---|---|---|
| Advanced Sales Comparison & Cost Approaches | 03/10/2011 – 03/16/2011 | Roanoke, VA |
| Advanced Applications | 09/13/2010 – 10/05/2010 | New York, NY |
| Solar Energy: The Greening of Real Estate | 06/03/2010 | Iselin, NJ |
| Resolution of RE Valuation Disputes: Negotiation, Mediation | 05/13/2010 | New York, NY |
| Meeting and Program on Valuation for Financial Reporting 2010 Update | 02/11/2010 | Mountainside, NJ |
| Hotel Appraising New Techniques for Today's Uncertain Times | 01/14/2010 | Brunswick, NJ |