

CERTIFICATE OF LICENSURE

GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

*certifies that*

ERICKA SIMMONS

*has met all requirements by law and regulations and is hereby licensed as:*

APPRAISER CERTIFIED GENERAL

LICENSE #: GA12170

Issue Date: 3/1/2020

Expiration Date: 2/28/2022

*Director, Department of
Consumer and Regulatory Affairs*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Serial #: 490083

dcra

# Individual Condominium Unit Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | |
|---|---|---|
| Property Address 1236 Simms Pl NE | Unit # 101   City Washington | State DC   Zip Code 20002 |
| Borrower Charles Paret | Owner of Public Record Design Build Group LLC | County District Of Columbia |
| Legal Description TBD | | |
| Assessor's Parcel # TBD | Tax Year 2018 | R.E. Taxes $ 4500 |
| Project Name 1236 Simms | Phase # 1   Map Reference 5529-B-6 | Census Tract 0088.04 |
| Occupant ☐ Owner ☐ Tenant ☒ Vacant | Special Assessments $ 0 | HOA $ 250   per year ☒ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Construction Perm | | |
| Lender/Client Capital Bank   Address One Church Street, Suite 300 Rockville MD 22850 | | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☒ Yes   ☐ No
Report data source(s) used, offering price(s), and date(s).
DOM Unk;Transferred on 01/11/2018 for $340,000.

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

| | | |
|---|---|---|
| Contract Price $ | Date of Contract | is the property seller the owner of public record?   ☐ Yes   ☐ No   Data Source(s) |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☐ Yes   ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $(000) | | AGE (yrs) | One-Unit | 40 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | 132 | Low | 1 | 2-4 Unit | % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 1100 | High | 126 | Multi-Family | 40 % |
| | | | | | | 450 | Pred. | 77 | Commercial | 20 % |
| | | | | | | | | | Other | % |

Neighborhood Boundaries
Florida Avenue to the North and East, H Street to the South and North Capitol Street to the West.

Neighborhood Description
The neighborhood is located in an extremely convenient location and is close to most essential and nonessential services which include schools, places of worship, shopping, recreational facilities including parks and numerous employment centers.  The subject is located near Union Station, K Street, US Capitol, I-395, Florida Avenue, H Street, and Route 50.

Market Conditions (including support for the above conclusions)
See Form 1004 MC 2009

| | | | |
|---|---|---|---|
| Topography Level | Size Average | Density Built up | View N;CtyStr; |
| Specific Zoning Classification 16 | Zoning Description Condo Residential | | |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming - Do the zoning regulations permit rebuilding to current density?   ☐ Yes   ☐ No
☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes   ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements-Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley Yes/Side/Asph | ☒ | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 1100010036C   FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area?   ☒ Yes   ☐ No If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes ☒ No If Yes, describe.

Data source(s) for project information   Developer

Project Description ☐ Detached ☐ Row or Townhouse ☒ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | | General Description | | Subject Phase | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|
| # of Stories 3 | | Exterior Walls Brick/Sid | # of Units | 2 | # of Phases | 1 | # of Planned Phases | |
| # of Elevators 0 | | Roof Surface Stag | # of Units Completed | 2 | # of Units | 2 | # of Planned Units | |
| ☐ Existing ☒ Proposed | | Total # Parking 2 | # of Units For Sale | 2 | # of Units for Sale | 2 | # of Units for Sale | |
| ☐ Under Construction | | Ratio (spaces/units) 1 | # of Units Sold | 0 | # of Units Sold | 0 | # of Units Sold | |
| Year Built 1949 | | Type Lot | # of Units Rented | 0 | # of Units Rented | 0 | # of Units Rented | |
| Effective Age 0 | | Guest Parking 0 | # of Owner Occupied Units | 0 | # of Owner Occupied Units | 0 | # of Owner Occupied Units | |
| Project Primary Occupancy | ☒ Principal Residence | | ☐ Second Home or Recreational | | ☐ Tenant | | | |

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes ☒ No
Management Group -   ☐ Homeowners' Association ☒ Developer ☐ Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?   ☒ Yes   ☐ No If Yes, describe
Current owner has control of the building. This is a condo conversion. Currently a multi-family. There is a proposed addition and a splitting of the units into 2 condos.

Was the project created by the conversion of an existing building(s) into a condominium?   ☒ Yes   ☐ No If Yes, describe the original use and the date of conversion.
Was multi-family and being split into two condo units. 2 BR/1 BA entry level, and a large 2 level 4 BR/3BA unit. (the subject)

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?   ☐ Yes ☒ No If No, describe
Proposed construction.

Is there any commercial space in the project?   ☐ Yes ☒ No If Yes, describe and indicate the overall percentage of the commercial space.

Case 23-00217-ELG    Doc 166-4    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Individual Condominium Page 3 of 181 isal Report

20181016-3251-1
File # 1810039

Individual Condominium Unit Appraisal Report

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.
Very good construction, new or like new condition.

Describe the common elements and recreational facilities.
Building, Land.

Are any common elements leased to or by the Homeowners' Association?    Yes    **X** No    If Yes, describe the rental terms and options.

Is the project subject to ground rent?    Yes    **X** No    If Yes, $    per year (describe terms and conditions)
Not reported ground rent.

Are the parking facilities adequate for the project size and type?    **X** Yes    No    If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    **X** did not analyze the condominium project budget for the current year.  Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.
Not provided for review

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    **X** No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    **X** Average    Low    If High or Low, describe.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes    **X** No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $  250    per month X 12 = $  3000    per year    Annual assessment charge per year per square feet of gross living area = $    0.00
Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    **X** Water    **X** Sewer    Cable    Other (describe)

**UNIT DESCRIPTION**

| General Description | Interior    materials/condition | Amenities | Appliances | Car Storage |
|---|---|---|---|---|
| Floor #  2+3 | Floors  Hw/Cpt/New | Fireplace(s) #  0  **X** | Refrigerator    None | None |
| # of Levels  2 | Walls  Dwall/New | Woodstove(s) #  0  **X** | Range/Oven    Garage  Covered **X** Open |  |
| Heating Type  FA    Fuel  Gas | Trim/Finish  WD/New | Deck/Patio  None  **X** | Disp **X** Microwave  # of Cars  1 |  |
| **X** Central AC    Individual AC | Bath Wainscot  Tiled/New | **X** Porch/Balcony  SmPor | Dishwasher    Assigned **X** Owned |  |
| Other (describe) | Doors  HC/New | Other  None  **X** | Washer/Dryer    Parking Space #  2 |  |

Finished area **above grade** contains:    7  Rooms    4 Bedrooms    3.0  Bath(s)    1408  Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?    **X** Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)
2 Juliette Balconies, stone/stainless kitchen, hardwood floors.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).
C2;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;The subject is the top 2 levels of a 3 level and 2 unit building to be built and renovated.
It will be like new condition with an entirely new 3rd level, and 2 heavily renovated other levels.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    **X** No  If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, use, construction, etc.)?    **X** Yes    No    If No, describe.

**PRIOR SALE HISTORY**

I **X** did    did not research the sale or transfer history of the subject property and comparable sales.  If not, explain

My research **X** did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MRIS; Tax Records
My research    did **X** did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MRIS; Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 01/11/2018 |  |  |  |
| Price of Prior Sale/Transfer | 340000 |  |  |  |
| Data Source(s) | DC Tax Record | DC Tax Record | DC Tax Record | DC Tax Record |
| Effective Date of Data Source(s) | 10/22/2018 | 10/22/2018 | 10/22/2018 | 10/22/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.
All sales activity within the past 36/12 months are reported above.  The subject sold as a multi-family and is being converted.  All 3 comps sold as new units.

| | | | | |
|---|---|---|---|---|
| There are | 5 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 405000 | | to $ 724000 |
| There are | 28 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 459900 | | to $ 799000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 1236 Simms Pl, NE | 1258 Holbrook Terr, NE | 1375 Childress St, NE | 1244 Raum St, NE |
| Unit # | 101, Washington, DC 20002 | 6, Washington, DC 20002 | 1, Washington, DC 20002 | 4, Washington, DC 20002 |
| Project Name and | 1236 Simms | 1258 Holbrook Terrace | 1375 Childress Street | 1244 Raum Street |
| Phase | 1 | 1 | 1 | 1 |
| Proximity to Subject | | 0.24 miles SE | 0.23 miles SE | 0.08 miles SW |
| Sale Price | $ | $ 540000 | $ 565000 | $ 489000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 444.81 sq. ft. | $ 356.02 sq. ft. | $ 388.10 sq. ft. |
| Data Source(s) | | MRIS #1004171799;DOM 47 | MRIS #1000343924;DOM 96 | MRIS #1004171799;DOM 47 |
| Verification Source(s) | | Int Photos/Agent/Tax Rec | Int Photos/Agent/Tax Rec | Int Photos/Agent/Tax Rec |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION    + (-) $ Adjustment | DESCRIPTION    + (-) $ Adjustment | DESCRIPTION    + (-) $ Adjustment |
| Sale or Financing | | ArmLth | ArmLth | ArmLth |
| Concessions | | Conv;10000 | Cash;0 | Conv;11890 |
| Date of Sale/Time | | s02/18;c12/17 | s07/18;c06/18 | s04/18;c02/18 |
| Location | N;Trinidad; | N;Trinidad; | N;Trinidad; | N;Trinidad; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | 250 | 253              0 | 282              0 | 190              0 |
| Common Elements and Rec. Facilities | bldg,land | bldg,land | bldg,land | bldg,land |
| Floor Location | 2+3 | 3              0 | Basement         10000 | 2+3 |
| View | N;CtyStr; | N;CtyStr; | N;CtyStr; | N;CtyStr; |
| Design (Style) | GR2L;Duplex | GR1L;Apt         0 | GR1L;Apt          0 | GR2L;Duplex |
| Quality of Construction | Q3 | Q3 | Q3 | Q3 |
| Actual Age | 69 | 79              0 | 1              -10000 | 82              0 |
| Condition | C2 | C2 | C1 | C2 |
| Room Count | Total Bdrms. Baths<br>7    4    3.0 | Total Bdrms. Baths<br>6    3    2.0    7500 | Total Bdrms. Baths<br>7    3    2.0    7500 | Total Bdrms. Baths<br>6    3    2.1    2500 |
| Gross Living Area | 1408    sq. ft. | 1214    sq. ft.    14600 | 1587    sq. ft.    -13400 | 1260    sq. ft.    11100 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | 0sf | 0sf |
| Functional Utility | Good | Good | Good | Good |
| Heating/Cooling | FA,C/Air | FA,C/Air | FA,C/Air | FA,C/Air |
| Energy Efficient Items | Insul Windows | Insul Windows | Insul Windows | Insul Windows |
| Garage/Carport | 1op;Owned | 1op;Owned | 1op;Owned | 1op;Owned |
| Porch/Patio/Deck | 2 Sm Balcs | None              5000 | Priv Patio        0 | None              5000 |
| Net Adjustment (Total) | | X +  -  $ 27100 | +  X -  $ 5900 | X +  -  $ 18600 |
| Adjusted Sale Price of Comparables | | Net Adj. 5.0 %<br>Gross Adj. 5.0 %  $ 567100 | Net Adj. -1.0 %<br>Gross Adj. 7.2 %  $ 559100 | Net Adj. 3.8 %<br>Gross Adj. 3.8 %  $ 507600 |

Summary of Sales Comparison Approach

Comp #1 is a new renovation like the subject. Comp #2 is a brand new building. It was adjusted for being built brand new. Comp #2 is similar in condition. It is the full lower level and is larger than the subject. It has a private space out front and similar amenities. Both units have an open parking spot. Comp #2 was adjusted for being located in the basement, although the unit has multiple windows, including full length in the front, rear and some sides. Comp #3 is a new renovation like the subject, and 2 levels. There were no recent comparables with similar BR and BA count. GLA was bracketed. The comps indicate a relatively narrow value range. More emphasis was placed on Comp #3 which is more similar in layout and required the fewest gross adjustments.

Indicated Value by Sales Comparison Approach $ 550000

| INCOME APPROACH TO VALUE (not required by Fannie Mae) | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ | 0  X Gross Rent Multiplier | 0  = $ | 0    Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)

The Income Approach was not utilized due to a lack of reliable sales / rentals to develop an accurate GRM.

Indicated Value by: Sales Comparison Approach $ 550000                    Income Approach (if developed) $ 0

The Cost Approach is not appropriate for individual condominiums.

The Income Approach was not utilized due to a lack of reliable sales / rental data to develop an accurate GRM.

The Sales Comparison Approach, which reflects the actions of buyers / sellers, was given the only consideration.

The Estimated Remaining Economic Life is 50 Years.

This appraisal is made    "as is",    X  subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,    subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or    subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

The appraisal is subject to completion of the proposed renovation work and full conversion to condo units.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 550000    , as of  10/20/2018    , which is the date of inspection and the effective date of this appraisal.

Case 23-00217-ELG    Doc 166-4    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit Page 4 of 181

Individual Condominium Unit Appraisal Report

20180101-3251
20181016-3251-1
File #  1810039

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD).  This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications.  Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted.  The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment.  Modifications or deletions to the certifications are also not permitted.  However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications.  The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:  (1) buyer and seller are typically motivated;  (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest;  (3) a reasonable time is allowed for exposure in the open market;  (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal.  The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.  The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements.  The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified  Special Flood Hazard Area.  Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.  The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal.  Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied.  The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

2018-10-16-3251-1
20181016-3251-1
File #  1810039

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) as predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21.  The lender/client may disclose or distribute this appraisal report to:  the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent.  Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations.  Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable, and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  James P Giles | Name |
| Company Name  Suburban Appraisal Associates, Inc. | Company Name |
| Company Address  18310 Montgomery Village Avenue, Suite 150 | Company Address |
| Gaithersburg                      , MD  20879 | |
| Telephone Number    301-208-0330 | Telephone Number |
| Email Address    mail@subapp.com | Email Address |
| Date of Signature and Report  10/23/2018 | Date of Signature |
| Effective Date of Appraisal  10/20/2018 | State Certification # |
| State Certification #  CR11931 | or State License # |
| or State License # | State |
| or Other                          State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License 02/28/2020 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED |     Did not inspect subject property |
| 1236 Simms Pl NE |     Did inspect exterior of subject property from street |
| 101        , Washington                  , DC  20002 |     Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 550000 |     Did inspect interior and exterior of subject property |
| LENDER/CLIENT |     Date of Inspection |
| Name    No AMC | COMPARABLE SALES |
| Company Name  Capital Bank |     Did not inspect exterior of comparable sales from street |
| Company Address  One Church Street, Suite 300 Rockville MD 22850 |     Did inspect exterior of comparable sales from street |
| Email Address |     Date of Inspection |

Borrower/Client   Charles Paret
Property Address   1236 Simms Pl NE
City   Washington                    County   District Of Columbia   State   DC       Zip Code   20002
Lender   Capital Bank

File #   1810039

Beginning Addendum
Taxes and HOA/Condo Fee are estimates.  Proposed condo conversion.

Form data: Type of Appraisal
Appraisal Report

Form data: Appraiser: Additional Certifications
26.  In accordance with USPAP, the appraiser must include within the body of the report the following certification: I have performed no services, as
an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding
acceptance of this assignment.

20181016-3251-1
File # 1810039

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Condition Ratings and Definitions

**C1**
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/manufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure .

**Remodeled**

**Significant finish and/or structural  changes have been made that increase utility and appeal through complete replacement and/ or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.
Example:
3.2 indicates three full baths and two half baths.

AI Ready

**Abbreviations Used in Data Standardization Text**

20181016-3251-1
20181016-3251-1
File #  1810039

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA –Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

# INVOICE

20181016-3251-1

File No.                                                                        1810039

Invoice #          1810039
Invoice Date    10/23/2018
Fee                    400.00
Due Date

| Lender or Client: | Capital Bank | | | Borrower: | Charles Paret | | |
|---|---|---|---|---|---|---|---|
| | One Church Street, Suite 300 | | | | 1236 Simms Pl NE | | |
| | Rockville | MD | 22850 | | Washington | DC | 20002 |

| Item | Cost |
|---|---|
| CONDO APPRAISAL REPORT | 400 |
| Subtotal | 400.00 |
| | 0.00 |
| **Total Amount Due** | 400.00 |

Terms
DUE IN 30 DAYS - 1.5% ACCRUED MONTHLY AFTER 30 DAYS

Please remit payment to:    James P Giles

Suburban Appraisal Associates, Inc.

18310 Montgomery Village Ave, Suite 150

Gaithersburg              MD        20879

**Thank you**

File #   1810039

Borrower/Client   Charles Parel

Property Address   1236 Simms Pl NE

City   Washington          County          State   DC    Zip Code   20002

Lender

Form data: Remarks - Line 1
THANK YOU!

Form data: Federal ID Number
521812868

# Market Conditions Addendum to the Appraisal Report

20181016-3251-1
File # 1810039

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address  1236 Simms Pl NE          City Washington          State DC          ZIP Code 20002

Borrower  Charles Paret

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 9 | 12 | 7 | Increasing | ✗ Stable | Declining |
| Absorption Rate (Total Sales/Months) | 1.50 | 4.00 | 2.33 | Increasing | ✗ Stable | Declining |
| Total # of Comparable Active Listings | N/A | N/A | 5 | Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | N/A | N/A | 2.15 | Declining | Stable | Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 475000 | 604500 | 549000 | Increasing | ✗ Stable | Declining |
| Median Comparable Sales Days on Market | 25 | 37 | 96 | Declining | ✗ Stable | Increasing |
| Median Comparable List Price | N/AN | N/A | 635900 | Increasing | Stable | Declining |
| Median Comparable Listings Days on Market | N/A | N/A | 78 | Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 100 | 101.58 | 98.65 | ✗ Increasing | Stable | Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | ✗ Yes | No | | Declining | ✗ Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).

It is typical for seller(s) to pay some concessions.  Range is 0-3 points

Are foreclosure sales (REO sales) a factor in the market?      Yes  ✗  No  If yes, explain (including the trends in listings and sales of foreclosed properties).

There are few foreclosures and short sales in this area.

Cite data sources for above information.

Public Records / MRIS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The data source identified above, which the appraiser believes to be an acceptable source of market data.  However, the appraiser cannot verify all the information in that data source and cannot guarantee the accuracy of such data or conclusions based thereon. The appraiser also cannot guarantee future market conditions affecting the Subject property. The areas that are grayed out involve data that is no longer available and cannot be accurately reported.

If the subject is a unit in a condominium or cooperative project, complete the following: Condo          Project Name: 1236 Simms

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 0 | 0 | 0 | Increasing | ✗ Stable | Declining |
| Absorption Rate (Total Sales/Months) | 0.00 | 0.00 | 0.00 | Increasing | ✗ Stable | Declining |
| Total # of Active Comparable Listings | N/A | N/A | 1 | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | N/A | N/A | 3.00 | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?      Yes  ✗  No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Small project; 10 units, no sales in the last year.  Only the subject is under contract.

Summarize the above trends and address the impact on the subject unit and project.

Small project.  Only the subject is under contract.

Signature  *James P. Giles*

Appraiser Name  James P Giles          Supervisory Appraiser Name

Company Name  Suburban Appraisal Associates, Inc.          Company Name

Company Address  18310 Montgomery Village Avenue, Suite 150 Gaithersburg,          Company Address

State License/Certification #  CR11931          State  DC          State License/Certification #          State

Email Address  mail@subapp.com          Email Address

File #   1810039

Borrower/Client    Charles Parel
Property Address  1236 Simms Pl NE
City    Washington                                    County                      State  DC    Zip Code  20002
Lender

Form data: Type of Appraisal
Appraisal Report

20181016-3251-1

## USPAP ADDENDUM

20181016-3251-1

File No.  1810039

Borrower   Charles Paret

Property Address   1238 Simms Pl NE

City   Washington                County   District Of Columbia            State  DC       Zip Code  20002

Lender   Capital Bank

### This report was prepared under the following USPAP reporting option:

**✗ Appraisal Report**                This report was prepared in accordance with USPAP Standards Rule 2-2(a).

**Restricted Appraisal Report**       This report was prepared in accordance with USPAP Standards Rule 2-2(b).

### Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: under 3 months

A reasonable exposure time for the subject property at the opinion of value indicated is estimated to be under 90 days and was derived using analysis of MRIS data of comparable properties including Market Conditions Addendum data. The average days on market for properties in the subject's market area is under 3 months. Some properties sell in less than the average and others have longer days on market than the average. The neighborhood trends of under 3 months is considered to be typical exposure time/marketing time within the subject's market area. Certain factors, such as list price, marketing, interior and/or exterior condition, motivation of seller, etc. have an impact on the exposure/marketing time for an individual property.

### Additional Certifications

I certify that, to the best of my knowledge and belief:

**✗** I have **NOT** performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.  Those services are described in the comments below.

### Additional Comments

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature:  *James P. Giles* | Signature: |
| Name:   James P Giles | Name: |
| Date Signed:    10/23/2018 | Date Signed: |
| State Certification #:   CR11931 | State Certification #: |
| or State License #: | or State License #: |
| or Other (describe)                State # | State: |
| State:  DC | Expiration Date of Certification or License: |
| Expiration Date of Certification or License:  02/28/2020 | Supervisory Appraiser Inspection of Subject Property: |
| Effective Date of Appraisal:  10/20/2018 | Did Not      Exterior-only from Street      Interior and Exterior |

USPAP 2014                                                        AI Ready

File # 1610039

Borrower/Client   Charles Paret
Property Address  1236 Simms Pl NE
City   Washington          County  District Of Columbia  State  DC   Zip Code  20002
Lender  Capital Bank



**FRONT OF SUBJECT PROPERTY**

Appraised Date: October 20, 2018
Appraised Value: $550000



**REAR OF SUBJECT PROPERTY**



**STREET SCENE**

ADDITIONAL PHOTOGRAPH ADDENDUM    File # 1810039

Borrower/Client  Charles Paret
Property Address  1236 Simms Pl NE
City  Washington          County  District Of Columbia  State  DC    Zip Code  20002
Lender  Capital Bank



Alley

This image is intentionally blank

This image is intentionally blank

COMPARABLES PHOTOGRAPH ADDENDUM

File # 1810039

Borrower/Client    Charles Paret
Property Address  1236 Simms Pl NE
City    Washington        County  District Of Columbia  State  DC    Zip Code  20002
Lender  Capital Bank



**Comparable Sale 1**

1258 Holbrook Terr, NE

Washington        DC    20002

Date of Sale:    s02/18;c12/17
Sale Price:      540000
Sq. Ft.:         1214
$ / Sq. Ft.:     444.81



**Comparable Sale 2**

1375 Childress St, NE

Washington        DC    20002

Date of Sale:    s07/18;c06/18
Sale Price:      565000
Sq. Ft.:         1587
$ / Sq. Ft.:     356.02



**Comparable Sale 3**

1244 Raum St, NE

Washington        DC    20002

Date of Sale:    s04/18;c02/18
Sale Price:      489000
Sq. Ft.:         1260
$ / Sq. Ft.:     388.10

LOCATION MAP - NEIGHBORHOOD

File # 1810039

Borrower/Client  Charles Paret
Property Address  1236 Simms Pl NE
City  Washington                County  District Of Columbia  State  DC   Zip Code  20002
Lender  Capital Bank



Borrower/Client    Charles Paret
Property Address   1236 Simms PI NE
City    Washington          County   District Of Columbia   State   DC    Zip Code   20002
Lender   Capital Bank



Borrower/Client   Charles Paret
Property Address  1236 Simms Pl NE
City   Washington
County  District Of Columbia  State  DC    Zip Code  20002
Lender  Capital Bank



**FLOOD INFORMATION**

**Community: DISTRICT OF COLUMBIA**

Property is NOT in a FEMA Special Flood Hazard Area

Map Number: 1100010036C

Panel: 0036C

Zone: X

Map Date: 09-27-2010

FIPS: 11001

Source: FEMA DFIRM

**LEGEND**

 = FEMA Special Flood Hazard Area - High Risk

 = Moderate and Minimal Risk Areas

**Road View:**

 = Forest           = Water

Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

File #  1810039

Borrower/Client   Charles Paret
Property Address  1236 Simms Pl NE
City   Washington          County  District Of Columbia  State  DC    Zip Code  20002
Lender   Capital Bank



GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

*certifies that*

**JAMES GILES**
18310 MONTGOMERY VILLAGE AVENUE
SUITE# 150
GAITHERSBURG MD 20879

*has met all requirements by law and regulations and is hereby licensed as:*

**APPRAISER CERTIFIED RESIDENTIAL**
License #: CR11931

Issue Date: 3/1/2018
Expiration Date: 2/28/2020

*Director, Department of*
*Consumer and Regulatory Affairs*

AI Ready PDF Generated on 10/24/2018 10:34:22 AM

# Individual Condominium Unit Appraisal Report

2018/022-2914-1
File # 1810071

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

S U B J E C T

| | | | | |
|---|---|---|---|---|
| Property Address | 1236 Simms Pl NE | | Unit # 102 | City Washington | State DC | Zip Code 20002 |

| | | |
|---|---|---|
| Borrower Charles Paret | Owner of Public Record Design Build Group LLC | County District Of Columbia |

Legal Description  TBD

| | | |
|---|---|---|
| Assessor's Parcel # TBD | Tax Year 2018 | R.E. Taxes $ 2500 |
| Project Name 1236 Simms | Phase # 1 | Map Reference 5529-B-6 | Census Tract 0088.04 |
| Occupant  Owner   Tenant   ☒ Vacant | Special Assessments $ 0 | HOA $ 150   ☐ per year  ☒ per month |

Property Rights Appraised  ☒ Fee Simple    Leasehold    Other (describe)

Assignment Type   Purchase Transaction    Refinance Transaction    ☒ Other (describe)  Construction Perm

Lender/Client  Capital Bank    Address  2275 Research Blvd., Suite 600 Rockville MD 20850

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☒ Yes    No

Report data source(s) used, offering price(s), and date(s).

DOM Unk;Transferred on 01/11/2018 for $340,000.

I   did   did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

C O N T R A C T

Contract Price $          Date of Contract          Is the property seller the owner of public record?    Yes    No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    Yes    No

If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

N E I G H B O R H O O D

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban | Suburban | Rural | Property Values  Increasing | ☒ Stable | Declining | PRICE | AGE | One-Unit | 40 % |
| Built-Up ☒ Over 75% | 25-75% | Under 25% | Demand/Supply  Shortage | ☒ In Balance | Over Supply | $(000) | (yrs) | 2-4 Unit | % |
| Growth  Rapid | ☒ Stable | Slow | Marketing Time  ☒ Under 3 mths | 3-6 mths | Over 6 mths | 132  Low | 1  Low | Multi-Family | 40 % |
| | | | | | | 1100  High | 126  High | Commercial | 20 % |
| | | | | | | 450  Pred. | 77  Pred. | Other | % |

Neighborhood Boundaries

Florida Avenue to the North and East, H Street to the South and North Capitol Street to the West.

Neighborhood Description

The neighborhood is in an  extremely convenient location and is close to most essential and nonessential services which include schools, places of worship, shopping, recreational facilities including parks and numerous employment centers.  The subject is located near Union Station, K Street, US Capitol, I-395, Florida Avenue, H Street, and Route 50.

Market Conditions (including support for the above conclusions)

See Form 1004 MC 2009

P R O J E C T  S I T E

Topography  Level          Size  Average          Density  Built up          View  N;CtyStr;

Specific Zoning Classification  16          Zoning Description  Condo Residential

Zoning Compliance   ☒ Legal    Legal Nonconforming - Do the zoning regulations permit rebuilding to current density?    Yes    No

No Zoning    Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes    No  If No, describe

| Utilities  Public  Other (describe) | | Public  Other (describe) | Off-site Improvements-Type | Public | Private |
|---|---|---|---|---|---|
| Electricity ☒ | Water ☒ | Street  Asphalt | ☒ | |
| Gas ☒ | Sanitary Sewer ☒ | Alley  Yes/Side/Asph | ☒ | |

FEMA Special Flood Hazard Area   Yes  ☒ No   FEMA Flood Zone  X          FEMA Map #  1100010036C          FEMA Map Date  09/27/2010

Are the utilities and off-site improvements typical for the market area?   ☒ Yes   No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   Yes  ☒ No  If Yes, describe.

P R O J E C T  I N F O R M A T I O N

Data source(s) for project information  Developer

| Project Description  Detached    Row or Townhouse   ☒ Garden    Mid-Rise    High-Rise    Other (describe) | | | | |
|---|---|---|---|---|
| General Description | General Description | Subject Phase | If Project Completed | If Project Incomplete |
| # of Stories  3 | Exterior Walls  Brick/Sid | # of Units  2 | # of Phases  1 | # of Planned Phases |
| # of Elevators  0 | Roof Surface  Slag | # of Units Completed  2 | # of Units  2 | # of Planned Units |
| Existing  ☒ Proposed | Total # Parking  2 | # of Units For Sale  2 | # of Units for Sale  2 | # of Units for Sale |
| Under Construction | Ratio (spaces/units)  1 | # of Units Sold  0 | # of Units Sold  0 | # of Units Sold |
| Year Built  1949 | Type  Lot | # of Units Rented  0 | # of Units Rented  0 | # of Units Rented |
| Effective Age  0 | Guest Parking  0 | # of Owner Occupied Units  0 | # of Owner Occupied Units  0 | # of Owner Occupied Units |
| Project Primary Occupancy   ☒ Principal Residence    Second Home or Recreational    Tenant | | | | |

Is the developer/builder in control of the Homeowners' Association (HOA)?    Yes  ☒ No

Management Group -    Homeowners' Association   ☒ Developer    Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?   ☒ Yes    No  If Yes, describe

Current owner has control of the building.  This is a condo conversion.  Currently a multi-family.  There is a proposed addition and a splitting of the units into 2 condos.

Was the project created by the conversion of an existing building into a condominium?   ☒ Yes    No  If Yes, describe the original use and the date of conversion.

Was multi-family and being split into two condo units.  2 BR/1 BA entry level, and a large 2 level 4 BR/3BA unit. (the subject)

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?    Yes  ☒ No  If No, describe

Proposed construction.

Is there any commercial space in the project?    Yes  ☒ No  If Yes, describe and indicate the overall percentage of the commercial space.

**Individual Condominium Unit Appraisal Report**

20181022-2914-1
File #  1810071

Describe the condition of the project and quality of construction.

Very good construction, new or like new condition.

Describe the common elements and recreational facilities.

Building, Land.

Are any common elements leased to or by the Homeowners' Association?          Yes   ☒ No  If Yes, describe the rental terms and options.

Is the project subject to ground rent?      Yes   ☒ No  If Yes, $          per year (describe terms and conditions)

Not reported ground rent.

Are the parking facilities adequate for the project size and type?      ☒ Yes          No  If No, describe and comment on the effect on value and marketability.

I     did   ☒ did not analyze the condominium project budget for the current year.  Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.

Not provided for review

Are there any other fees (other than regular HOA charges) for the use of the project facilities?          Yes   ☒ No  If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears          High   ☒ Average          Low  If High or Low, describe.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes   ☒ No  If Yes, describe and explain the effect on value and marketability.

Unit Charge $    150       per month X 12 = $    1800       per year   Annual assessment charge per year per square feet of gross living area = $    2.60
Utilities included in the unit monthly assessment          None      Heat      Air Conditioning      Electricity      Gas  ☒ Water  ☒ Sewer      Cable      Other (describe)

| General Description | Interior    materials/condition | Amenities | Appliances | Car Storage |
|---|---|---|---|---|
| Floor #   1 | Floors   Hw/Cpt/New | Fireplace(s) #   0 | ☒ Refrigerator | None |
| # of Levels   1 | Walls   Dwall/New | Woodstove(s) #   0 | ☒ Range/Oven | Garage   Covered  ☒ Open |
| Heating Type  FA       Fuel  Gas | Trim/Finish  WD/New | Deck/Patio   None | ☒ Disp  ☒ Microwave | # of Cars  1 |
| ☒ Central AC      Individual AC | Bath Wainscot  Tiled/New | Porch/Balcony   None | ☒ Dishwasher | Assigned  ☒ Owned |
| Other (describe) | Doors   HC/New | Other  None | ☒ Washer/Dryer | Parking Space #  1 |

Finished area above grade contains:          4  Rooms     2  Bedrooms     1.0  Bath(s)     692  Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?   ☒ Yes          No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)
stone/stainless kitchen, hardwood floors.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).
C2;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;The subject is the entry level of a  2 unit building to be built and renovated.  It will be like new condition with an entirely new 3rd level, and 2 heavily renovated other levels.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?          Yes   ☒ No  If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?      ☒ Yes          No  If No, describe.

I ☒ did      did not research the sale or transfer history of the subject property and comparable sales.  If not, explain

My research  ☒ did       did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MRIS; Tax Records
My research          did ☒  did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MRIS; Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 01/11/2018 | | | |
| Price of Prior Sale/Transfer | 340000 | | | |
| Data Source(s) | DC Tax Record | DC Tax Record | DC Tax Record | DC Tax Record |
| Effective Date of Data Source(s) | 10/22/2018 | 10/22/2018 | 10/22/2018 | 10/22/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.
All sales activity within the past 36/12 months are reported above.  The subject sold as a multi-family and is being converted.  All 3 comps sold as new units.

# Individual Condominium Unit Appraisal Report

20181022-2914-1
File # 1810071

| There are | 7 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 289000 | to $ 395000 |
| There are | 17 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 265000 | to $ 504000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 1236 Simms Pl NE | 1244 Raum St, NE | 1662 West Virginia Ave, NE | 1244 Raum St, NE |
| Unit # | 102, Washington, DC 20002 | 1, Washington, DC 20002 | 4, Washington, DC 20002 | 2, Washington, DC 20002 |
| Project Name and | 1236 Simms | 1244 Raum Street | 1662 West Virginia Ave | 1244 Raum Street |
| Phase | 1 | 1 | 1 | 1 |
| Proximity to Subject | | 3.31 miles NW | 3.31 miles NW | 0.06 miles SE |
| Sale Price | $ | $ 370000 | $ 330000 | $ 375000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 538.57 sq. ft. | $ 455.17 sq. ft. | $ 555.56 sq. ft. |
| Data Source(s) | | MRIS #1000215598;DOM 30 | MRIS #1000834356;DOM 132 | MRIS #1000019520;DOM 10 |
| Verification Source(s) | | Int Photos/Agent/Tax Rec | Int Photos/Agent/Agent | Int Photos/Agent/Tax Rec |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;11100 | | FHA;5450 | | Conv;11010 | |
| Date of Sale/Time | | s04/18;c03/18 | | s09/18;c08/18 | | s04/18;c04/18 | |
| Location | N;Trinidad; | N;Trinidad; | | N;Trinidad; | | N;Trinidad; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 150 | 103 | 0 | 195 | 0 | 103 | 0 |
| Common Elements | bldg,land | bldg,land | | bldg,land | | bldg,land | |
| and Rec. Facilities | | | | | | | |
| Floor Location | 1 | 1 | | 2 | | 1 | |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | N;CtyStr; | |
| Design (Style) | GR1L;Apt | GR1L;Apt | | GR1L;Apt | | GR1L;Apt | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 69 | 82 | 0 | 87 | 0 | 82 | 0 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Room Count | Total 4 Bdrms. 2 Baths 1.0 | Total 4 Bdrms. 2 Baths 2.0 | -7500 | Total 4 Bdrms. 2 Baths 1.0 | 0 | Total 4 Bdrms. 2 Baths 2.0 | -7500 |
| Gross Living Area | 692 sq. ft. | 687 sq. ft. | | 725 sq. ft. | 0 | 675 sq. ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FA,C/Air | FA,C/Air | | FA,C/Air | | FA,C/Air | |
| Energy Efficient Items | Insul Windows | Insul Windows | | Insul Windows | | Insul Windows | |
| Garage/Carport | 1op;Owned | 1op;Owned | | 1op;Owned | | 1op;Owned | |
| Porch/Patio/Deck | None | None | | Priv Patio | 0 | None | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Net Adjustment (Total) | | + X - | $ 7500 | X + - | $ 0 | + X - | $ 7500 |
| Adjusted Sale Price | | Net Adj. -2.0 % | | Net Adj. 0.0 % | | Net Adj. -2.0 % | |
| of Comparables | | Gross Adj. 2.0 % $ 362500 | | Gross Adj. 0.0 % $ 330000 | | Gross Adj. 2.0 % $ 367500 | |

Summary of Sales Comparison Approach

All three comps are 1 level, newly renovated small(under 6) unit condos in the subject's immediate market area. The comps indicate a narrow value range. Most emphasis was placed on Comp #2, which required no adjustments, and is the most recent to settle. (1-25%, 2-50%, 3-25%)

Indicated Value by Sales Comparison Approach $ 347500

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ 0 X Gross Rent Multiplier 0 = $ 0 Indicated Value by Income Approach $

Summary of Income Approach (including support for market rent and GRM)

The Income Approach was not utilized due to a lack of reliable sales / rentals to develop an accurate GRM.

Indicated Value by: Sales Comparison Approach $ 347500          Income Approach (if developed) $ 0

The Cost Approach is not appropriate for individual condominiums.

The Income Approach was not utilized due to a lack of reliable sales / rental data to develop an accurate GRM.

The Sales Comparison Approach, which reflects the actions or buyers / sellers, was given the only consideration.

The Estimated Remaining Economic Life is 50 Years.

This appraisal is made "as is", X subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

The appraisal is subject to completion of the proposed renovation work and full conversion to condo units.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 347500 , as of 10/20/2018 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465   March 2005          UAD Version 9/2011          Page 3 of 6          Fannie Mae Form 1073   March 2005

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Case 23-00217-ELG   Doc 166-4   Filed 06/20/25   Entered 06/23/25 10:48:11   Desc
Individual Condominium Unit Appraisal Report   Exhibit Page 28 of 181

20181022-2914-1
File #  1810071

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) as predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21.  The lender/client may disclose or distribute this appraisal report to:  the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent.  Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations.  Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable, and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  James P Giles | Name |
| Company Name  Suburban Appraisal Associates, Inc. | Company Name |
| Company Address  18310 Montgomery Village Avenue, Suite 150 | Company Address |
| Gaithersburg                    , MD   20879 | |
| Telephone Number   301-208-0330 | Telephone Number |
| Email Address   mail@subapp.com | Email Address |
| Date of Signature and Report  10/24/2018 | Date of Signature |
| Effective Date of Appraisal  10/20/2018 | State Certification # |
| State Certification #  CR11931 | or State License # |
| or State License # | State |
| or Other                              State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

1236 Simms Pl NE

102           , Washington                    , DC  20002

APPRAISED VALUE OF SUBJECT PROPERTY $  347500

LENDER/CLIENT

Name   No AMC

Company Name  Capital Bank

Company Address  2275 Research Blvd., Suite 600 Rockville MD 20850

Email Address

**SUBJECT PROPERTY**

Did not inspect subject property

Did inspect exterior of subject property from street

Date of Inspection

Did inspect interior and exterior of subject property

Date of Inspection

**COMPARABLE SALES**

Did not inspect exterior of comparable sales from street

Did inspect exterior of comparable sales from street

Date of Inspection

Borrower/Client   Charles Paret
Property Address   1236 Simms Pl NE
City   Washington                          County   District Of Columbia   State   DC     Zip Code   20002
Lender   Capital Bank

Beginning Addendum
Taxes and HOA/Condo Fee are estimates.  Proposed condo conversion.

Form data: Type of Appraisal
Appraisal Report

Form data: Appraiser: Additional Certifications
26.  In accordance with USPAP, the appraiser must include within the body of the report the following certification: I have performed no services, as
an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding
acceptance of this assignment.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Condition Ratings and Definitions

**C1**
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and is functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure .

**Remodeled**

**Significant finish and/or structural  changes have been made that increase utility and appeal through complete replacement and/ or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.
Example:
3.2 indicates three full baths and two half baths.

Abbreviations Used in the Standardized Data and Text

File #  1810071

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA–Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

# INVOICE

20181022-2914-1

File No.                                                  1810071

| | |
|---|---|
| Invoice # | 1810071 |
| Invoice Date | 10/24/2018 |
| Fee | 400.00 |
| Due Date | |

**Lender or Client:** Capital Bank
2275 Research Blvd., Suite 600
Rockville          MD      20850

**Borrower:** Charles Paret
1236 Simms Pl NE
Washington          DC      20002

| Item | Cost |
|---|---|
| CONDOMINIUM APPRAISAL REPORT | 400 |
| Subtotal | 400.00 |
| | 0.00 |
| **Total Amount Due** | 400.00 |

Terms
DUE IN 30 DAYS - 1.5% ACCRUED MONTHLY AFTER 30 DAYS

Please remit payment to:   James P Giles
Suburban Appraisal Associates, Inc.
18310 Montgomery Village Ave, Suite 150
Gaithersburg          MD      20879

**Thank you**

File #  1810071

Borrower/Client   Charles Paret

Property Address   1236 Simms Pl NE

City   Washington                    County                    State   DC      Zip Code   20002

Lender

Form data: Remarks - Line 1
THANK YOU!

Form data: Federal ID Number
521812868

# Market Conditions Addendum to the Appraisal Report

File # 1810071

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 1236 Simms Pl NE | City | Washington | State | DC | ZIP Code | 20002 |

Borrower   Charles Paret

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 7 | 8 | 2 | Increasing | ☒ Stable | Declining |
| Absorption Rate (Total Sales/Months) | 1.17 | 2.67 | 0.67 | Increasing | ☒ Stable | Declining |
| Total # of Comparable Active Listings | N/A | N/A | 7 | Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | N/A | N/A | 10.45 | Declining | Stable | Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 335000 | 337500 | 340000 | Increasing | ☒ Stable | Declining |
| Median Comparable Sales Days on Market | 26 | 7 | 187 | Declining | ☒ Stable | Increasing |
| Median Comparable List Price | N/AN | N/A | 340000 | Increasing | Stable | Declining |
| Median Comparable Listings Days on Market | N/A | N/A | 93 | Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 100 | 100 | 96.29 | Increasing | ☒ Stable | Increasing |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | ☒ Yes | No | | Declining | ☒ Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
It is typical for seller(s) to pay some concessions.  Range is 0-3 points

Are foreclosure sales (REO sales) a factor in the market?    Yes  ☒ No  If yes, explain (including the trends in listings and sales of foreclosed properties).
There are few foreclosures and short sales in this area.

Cite data sources for above information.
Public Records / MRIS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The data source identified above, which the appraiser believes to be an acceptable source of market data. However, the appraiser cannot verify all the information in that data source and cannot guarantee the accuracy of such data or conclusions based thereon. The appraiser also cannot guarantee future market conditions affecting the Subject property. The areas that are grayed out involve data that is no longer available and cannot be accurately reported.

If the subject is a unit in a condominium or cooperative project, complete the following: Condo    Project Name: 1236 Simms

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 0 | 0 | 0 | Increasing | ☒ Stable | Declining |
| Absorption Rate (Total Sales/Months) | 0.00 | 0.00 | 0.00 | Increasing | ☒ Stable | Declining |
| Total # of Active Comparable Listings | N/A | N/A | 1 | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | N/A | N/A | 3.00 | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?    Yes  ☒ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.
Small project; 10 units, no sales in the last year.  Only the subject is under contract.

Summarize the above trends and address the impact on the subject unit and project.
Small project.  Only the subject is under contract.

Signature: James P. Giles

| Appraiser Name | James P Giles | Supervisory Appraiser Name | |
| Company Name | Suburban Appraisal Associates, Inc. | Company Name | |
| Company Address | 18310 Montgomery Village Avenue, Suite 150 Gaithersburg, | Company Address | |
| State License/Certification # | 30011514 | State | DC | State License/Certification # | | State |
| Email Address | mail@subapp.com | Email Address | |

Freddie Mac Form 71   March 2009

AI Ready

Fannie Mae Form 1004MC   March 2009

File #   1810071

Borrower/Client   Charles Paret
Property Address   1236 Simms Pl NE
City   Washington                        County                    State   DC      Zip Code   20002
Lender

Form data: Type of Appraisal
Appraisal Report

20181022-2914-1

**USPAP ADDENDUM**

20181022-2914-1

File No. 1810071

Borrower   Charles Paret

Property Address   1236 Simms Pl NE

City   Washington                    County   District Of Columbia              State   DC        Zip Code   20002

Lender   Capital Bank

**This report was prepared under the following USPAP reporting option:**

☒ **Appraisal Report**          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

**Restricted Appraisal Report**   This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:  under 3 months

A reasonable exposure time for the subject property at the opinion of value indicated is estimated to be under 90 days and was derived using analysis of MRIS data of comparable properties including Market Conditions Addendum data. The average days on market for properties in the subject's market area is under 3 months. Some properties sell in less than the average and others have longer days on market than the average. The neighborhood trends of under 3 months is considered to be typical exposure time/marketing time within the subject's market area. Certain factors, such as list price, marketing, interior and/or exterior condition, motivation of seller, etc. have an impact on the exposure/marketing time for an individual property.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have **NOT** performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.  Those services are described in the comments below.

**Additional Comments**

**APPRAISER:**

Signature:  *James P. Giles*

Name:  James P Giles

Date Signed:   10/24/2018

State Certification #:   30011514

or State License #:

or Other (describe)                                              State #

State:   DC

Expiration Date of Certification or License:   02/28/2020

Effective Date of Appraisal:   10/20/2018

**SUPERVISORY APPRAISER: (only if required)**

Signature:

Name:

Date Signed:

State Certification #:

or State License #:

State:

Expiration Date of Certification or License:

Supervisory Appraiser Inspection of Subject Property:

Did Not        Exterior-only from Street        Interior and Exterior

USPAP 2014                                              AI Ready

Borrower/Client   Charles Paret
Property Address   1236 Simms Pl NE
City   Washington          County  District Of Columbia  State  DC      Zip Code  20002
Lender   Capital Bank



**FRONT OF SUBJECT PROPERTY**

Appraised Date: October 20, 2018
Appraised Value: $347500



**REAR OF SUBJECT PROPERTY**



**STREET SCENE**

File #   1810071

Borrower/Client   Charles Paret
Property Address   1236 Simms Pl NE
City   Washington                 County   District Of Columbia   State   DC      Zip Code   20002
Lender   Capital Bank



Alley

This image
is intentionally blank

This image
is intentionally blank

File # 1810071

Borrower/Client   Charles Paret
Property Address   1236 Simms Pl NE
City   Washington                County   District Of Columbia   State   DC      Zip Code   20002
Lender   Capital Bank



**Comparable Sale 1**

1244 Raum St, NE

Washington              DC    20002

Date of Sale:   s04/18;c03/18

Sale Price:   370000

Sq. Ft.:   687

$ / Sq. Ft.:   538.57



**Comparable Sale 2**

1662 West Virginia Ave, NE

Washington              DC    20002

Date of Sale:   s09/18;c08/18

Sale Price:   330000

Sq. Ft.:   725

$ / Sq. Ft.:   455.17



**Comparable Sale 3**

1244 Raum St, NE

Washington              DC    20002

Date of Sale:   s04/18;c04/18

Sale Price:   375000

Sq. Ft.:   675

$ / Sq. Ft.:   555.56

Borrower/Client  Charles Paret
Property Address  1236 Simms Pl NE
City   Washington
Lender  Capital Bank

County  District Of Columbia  State  DC   Zip Code  20002



Comparable Sale 1
1244 Raum St, NE
1, Washington, DC 20002
3.31 miles NW

Comparable Sale 2
1662 West Virginia Ave, NE
4, Washington, DC 20002
3.31 miles NW

Subject
1236 Simms Pl NE
102, Washington, DC 20002

Comparable Sale 3
1244 Raum St, NE
2, Washington, DC 20002
0.06 miles SE

Map data ©2018 Google

Borrower/Client   Charles Paret
Property Address   1236 Simms Pl NE
City   Washington                    County   District Of Columbia   State   DC      Zip Code   20002
Lender   Capital Bank



**1** **FIRST FLOOR PLAN**
A100

Borrower/Client  Charles Paret
Property Address  1236 Simms Pl NE
City  Washington                    County  District Of Columbia  State  DC    Zip Code  20002
Lender  Capital Bank



Subject
1236 Simms Pl NE
Washington, DC  20002

**FLOOD INFORMATION**

**Community:** DISTRICT OF COLUMBIA

**Property is NOT in a FEMA Special Flood Hazard Area**

**Map Number:** 1100010036C

**Panel:** 0036C

**Zone:** X

**Map Date:** 09-27-2010

**FIPS:** 11001

**Source:** FEMA DFIRM

**LEGEND**

= FEMA Special Flood Hazard Area – High Risk

= Moderate and Minimal Risk Areas

**Road View:**

 = Forest     = Water

## Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker locations. No liability is accepted to any third party for any use or misuse of this flood map or its data.

Borrower/Client    Charles Paret
Property Address   1236 Simms Pl NE
City    Washington                County  District Of Columbia  State  DC    Zip Code  20002
Lender   Capital Bank



GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

*certifies that*

**JAMES GILES**
18310 MONTGOMERY VILLAGE AVENUE
SUITE# 150
GAITHERSBURG MD 20879

*has met all requirements by law and regulations and is hereby licensed as:*

**APPRAISER CERTIFIED RESIDENTIAL**
License #: CR11931

Issue Date: 3/1/2018
Expiration Date: 2/28/2020

*Director, Department of
Consumer and Regulatory Affairs*

AI Ready PDF Generated on 10/24/2018 10:35:09 AM

# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700          Fax Number:

| INVOICE NUMBER | |
|---|---|
| | 0006047 |
| **DATE** | |
| | 08/30/2018 |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

| REFERENCE | |
|---|---|
| Internal Order #: | 0006047 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006047 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

**Lender:** Washington Capital Partners          **Client:** Washington Capital Partners
**Purchaser/Borrower:** Coloma River Holdings, LLC
**Property Address:** 1260 Holbrook Ter NE
**City:** Washington
**County:** District of Columbia          **State:** DC          **Zip:** 20002
**Legal Description:** Lot 49, Square 4055, Unit 3, Trinidad

| FEES | AMOUNT |
|---|---|
| | 187.50 |
| **SUBTOTAL** | 187.50 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| **SUBTOTAL** | 0 |
| **TOTAL DUE** $ | 187.50 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

**AMOUNT DUE:** $          187.50

**AMOUNT ENCLOSED:** $

| INVOICE NUMBER | |
|---|---|
| | 0006047 |
| **DATE** | |
| | 08/30/2018 |

| REFERENCE | |
|---|---|
| Internal Order #: | 0006047 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006047 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
1260 Holbrook Ter NE
Lot 49, Square 4055, Unit 3, Trinidad
Washington, DC 20002

### FOR:
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:
08/30/2018

### BY:
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1260 Holbrook Ter NE |
| | Legal Description | Lot 49, Square 4055, Unit 3, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 1,100,000 |
| | Date of Sale | 8/20/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Lender | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 750 |
| | Price per Square Foot | $ 1,466.67 |
| | Location | N;Res; |
| | Age | 70 |
| | Condition | Good-New |
| | Total Rooms | 5 |
| | Bedrooms | 2 |
| | Baths | 1.0 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 08/30/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 373,000 |

## Individual Condominium Unit Appraisal Report

File # 0006047

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 1260 Holbrook Ter NE | Unit # 3   City Washington   State DC   Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | Owner of Public Record Isiah Foskey   County District of Columbia |
| Legal Description Lot 49, Square 4055, Unit 3, Trinidad | |
| Assessor's Parcel # 4055 0049 | Tax Year 2017   R.E. Taxes $ 4,645 |
| Project Name TBD | Phase # 1   Map Reference 47894   Census Tract 0088.04 |
| Occupant   Owner   Tenant   Vacant | Special Assessments $ 0   HOA $ 0   per year   per month |
| Property Rights Appraised   Fee Simple   Leasehold   Other (describe) | |
| Assignment Type   Purchase Transaction   Refinance Transaction   Other (describe) | |
| Lender/Client Washington Capital Partners | Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   Yes   No
Report data source(s) used, offering price(s), and date(s).   The subject was listed 5/06/2018 for $2,400,000, reduced to $1,300,000 and contracted after 77 DOM; MLS #DC10232094

**CONTRACT**

I   did   did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   The contract appears typical. The sales price reflects as-is condition. The contract price is $1,100,000 and an additional Buyer Fee of $50,000 is due.

Contract Price $ 1,100,000   Date of Contract 8/20/2018   Is the property seller the owner of public record?   Yes   No   Data Source(s) Contract, Tax Rec.
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   YES   NO
If Yes, report the total dollar amount and describe the items to be paid.   0

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

**NEIGHBORHOOD**

| Neighborhood Characteristics | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location   Urban   Suburban   Rural | Property Values   Increasing   Stable   Declining | PRICE $ (000) | AGE (yrs) | One-Unit | 65 % |
| Built-Up   Over 75%   25-75%   Under 25% | Demand/Supply   Shortage   In Balance   Over Supply | Low 157 | 1 | 2-4 Unit | 3 % |
| Growth   Rapid   Stable   Slow | Marketing Time   Under 3 mths   3-6 mths   Over 6 mths | | | Multi-Family | 12 % |
| Neighborhood Boundaries   The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida | | High 799 | 118 | Commercial | 18 % |
| Ave and west of Bladensburg Rd. | | Pred. 411 | 72 | Other | 2 % |

Neighborhood Description   Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.
Market Conditions (including support for the above conclusions)   Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

Topography Level   Size Average   Density Average   View Residential/Avg
Specific Zoning Classification RF-1   Zoning Description Res Single Family Row/Res Flat Zones
Zoning Compliance   Legal   Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?   Yes   No
No Zoning   Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   Yes   No   If No, describe   Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street Asphalt | | |
| Gas | | | Sanitary Sewer | | | Alley Asphalt | | |

FEMA Special Flood Hazard Area   Yes   No   FEMA Flood Zone X   FEMA Map # 1100010036C   FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area?   Yes   No   If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   Yes   No   If Yes, describe
There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

**PROJECT INFORMATION**

Data source(s) for project information   MLS, Tax Records, Inspection, Borrower
Project Description   Detached   Row or Townhouse   Garden   Mid-Rise   High-Rise   Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 5 | Exterior Walls | Brick | # of Units | 7 | # of Phases | | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Built-up | # of Units Completed | 0 | # of Units | | # of Planned Units | 7 |
| Existing   Proposed | | Total # Parking | 4 | # of Units For Sale | 0 | # of Units for Sale | | # of Units for Sale | 0 |
| Under Construction | | Ratio (spaces/units) | 0.57/1 | # of Units Sold | 0 | # of Units Sold | | # of Units Sold | 0 |
| Year Built | 1948 | Type   Off Street | | # of Units Rented | 0 | # of Units Rented | | # of Units Rented | 0 |
| Effective Age | 1 | Guest Parking   Street | | # of Owner Occupied Units | 0 | # of Owner Occupied Units | | # of Owner Occupied Units | 0 |

Project Primary Occupancy   Principal Residence   Second Home or Recreational   Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?   Yes   No
Management Group -   Homeowners' Association   Developer   Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?   Yes   No   If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium?   Yes   No If Yes, describe the original use and date of conversion.
The proposed condo project will be a conversion from a multi-family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?   Yes   No If No, describe
The project is proposed.

Is there any commercial space in the project?   Yes   No If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

## Individual Condominium Unit Appraisal Report

File # 0006047

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds, Rooftop Deck

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No  If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?    Yes    No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $    per month X 12 = $    per year    Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | | Car Storage | | |
|---|---|---|---|---|---|---|---|---|---|
| Floor # | Floors | Hardwood/Tile/New | Fireplace(s) # | 0 | Refrigerator | None | None | | |
| # of Levels    1 | Walls | Drywall/New | WoodStove(s) # | 0 | Range/Oven | Garage | Covered | Open | |
| Heating Type  FWA    Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio | None | Disp    Microwave | # of Cars | 0 | |
| Central AC    Individual AC | Bath Wainscot | Tile/New | Porch/Balcony | None | Dishwasher | Assigned    Owned | | |
| Other (describe) | Doors | 6 Panel/New | Other | None | Washer/Dryer | Parking Space # | 0 | |

Floor # : 2nd Floor

Finished area **above** grade contains:    5  Rooms    2  Bedrooms    1.0  Bath(s)    750  Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters, stainless steel appliances and tile in the bathroom.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 08/30/2018 | 08/30/2018 | 08/30/2018 | 08/30/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    After a thorough search of the multiple listing service and tax records, there were no prior sales of comparables in the past 12 months. The subject was not transferred in the past 36 months. All comps appear arms-length.

## Individual Condominium Unit Appraisal Report

File # 0006047

There are **12** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 309,900 to $ 395,000

There are **26** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 298,225 to $ 499,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 1260 Holbrook Ter NE 3, Washington, DC 20002 | 1109 Holbrook Ter NE 3, Washington, DC 20002 | | 1244 Raum St NE 1, Washington, DC 20002 | | 1111 Orren St NE 107, Washington, DC 20002 | |
| Project Name and Phase | TBD 1 | 1109 Holbrook Ter Condos 1 | | Jefferson Condos 1 | | The Corey 1 | |
| Proximity to Subject | | 0.17 miles NW | | 0.11 miles NE | | 0.39 miles S | |
| Sale Price | $ 1,100,000 | | $ 405,000 | | $ 370,000 | | $ 355,000 |
| Sale Price/Gross Liv. Area | $ 1466.67 Sq. Ft. | $ 508.25 Sq. Ft. | | $ 462.50 Sq. Ft. | | $ 636.20 Sq. Ft. | |
| Data Source(s) | | MRIS#DC10229332;DOM 16 | | MRIS#DC10167164;DOM 25 | | MRIS#DC9866647;DOM 0 | |
| Verification Source(s) | | County Records/Visual | | County Records/Visual | | County Records/Visual | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;10125 | -10,125 | ArmLth Conv;11100 | -11,100 | ArmLth Conv;0 | |
| Date of Sale/Time | | s06/18;c05/18 | | s04/18;c03/18 | | s03/17;c02/17 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | TBD | 171 | | 103 | | 279 | |
| Common Elements and Rec. Facilities | Common Areas Rooftop Deck | Common Areas | +4,000 | Common Areas | +4,000 | MnArea,PrtyRm RftopDeck,Gym | -4,000 -4,000 |
| Floor Location | 2nd Floor | 2nd Floor | | Basement Lvl | +15,000 | 2nd Floor | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Mid-Rise | Garden | 0 | Garden | 0 | Mid-Rise | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 70 | 87 | 0 | 82 | 0 | 1 | 0 |
| Condition | Good-New | Good | +5,000 | Good-New | | New | 0 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 5  2  1.0 | 5  2  2.0 | -5,000 | 5  2  2.0 | -5,000 | 2  1  1.0 | +10,000 |
| Gross Living Area | 750 Sq. Ft. | 800 Sq. Ft. | 0 | 800 Sq. Ft. | 0 | 558 Sq. Ft. | +17,280 |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wds | | Insulated Wds | | Insulated Wds | |
| Garage/Carport | 0 | Drvwy/Off Street | -20,000 | 0 | | 0 | |
| Porch/Patio/Deck | None | Balcony | -4,000 | None | | None | |
| Fireplace | None | None | | None | | None | |
| Net Adjustment (Total) | | +  -  $ | -30,125 | +  -  $ | 2,900 | +  -  $ | 19,280 |
| Adjusted Sale Price of Comparables | | Net Adj.   7.4  % Gross Adj.  11.9  % $ | 374,875 | Net Adj.  0.8  % Gross Adj.  9.5  % $ | 372,900 | Net Adj.  5.4  % Gross Adj.  9.9  % $ | 374,280 |

Summary of Sales Comparison Approach    After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #1 was renovated 2 years ago. Comps #1 - #2 settled slightly above current listings and warranted sales concessions adjustments.

Indicated Value by Sales Comparison Approach $    373,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $    373,000    Income Approach (if developed) $

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made    "as is",    subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,    subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or    subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  subject to complete renovation and conversion.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the value, as defined, of the real property that is the subject of this report is $    373,000    , as of    08/30/2018    , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report

File # 0006047

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report

File # 0006047

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006047

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothemel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  August 31, 2018 | Date of Signature |
| Effective Date of Appraisal  08/30/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other  State #  | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |
| | Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | Did inspect exterior of subject property from street |
| 1260 Holbrook Ter NE, # 3 | Date of Inspection |
| Washington, DC 20002 | Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  373,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners | Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Location Map

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 | |
| Lender | Washington Capital Partners | | | | |



Main File No. 0006047  Page #10

**Subject Photo Page**

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |



### Subject Front

| | |
|---|---|
| 1260 Holbrook Ter NE | |
| Sales Price | 1,100,000 |
| Gross Living Area | 750 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |

### Subject Rear



### Subject Street



## Subject Photo Page

| Client | Washington Capital Partners | | | |
|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | |



### Interior

| | |
|---|---|
| 1260 Holbrook Ter NE | |
| Sales Price | 1,100,000 |
| Gross Living Area | 750 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |



### Interior



### Interior

Main File No. 0006047  Page #12

## Comparable Photo Page

| | |
|---|---|
| Client | Washington Capital Partners |
| Property Address | 1260 Holbrook Ter NE |
| City | Washington |
| Lender | Washington Capital Partners |

County  District of Columbia    State  DC    Zip Code  20002



### Comparable 1

1109 Holbrook Ter NE

| | |
|---|---|
| Prox. to Subject | 0.17 miles NW |
| Sales Price | 405,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 87 |



### Comparable 2

1244 Raum St NE

| | |
|---|---|
| Prox. to Subject | 0.11 miles NE |
| Sales Price | 370,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 82 |



### Comparable 3

1111 Orren St NE

| | |
|---|---|
| Prox. to Subject | 0.39 miles S |
| Sales Price | 355,000 |
| Gross Living Area | 558 |
| Total Rooms | 2 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 1 |

Main File No. 0006047  Page #13

## Supplemental Addendum

File No. 0006047

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 3 to 30 days on the open market in order to have a market value of $373,000 on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently a 6 unit multi-family dwelling and proposed use is a 7 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have a common rooftop deck.

Condo 3: Back Of House
Size: 750
Floor location: 2
# of Levels: 1
# of Bedrooms: 2
# of Bathrooms: 1
Flooring: Wood
Counters: Granite
Parking: No
Deck/Patio/Balcony: Access To Public Roof Deck



**GREATAMERICAN.**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒ Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the Company.

Policy Number:  RAP3364992-18              Renewal of:  RAP3364992-17

Program Administrator:     Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410 Needham, MA 02494-2876

Item 1. **Named Insured:**   Anne Rothemel

Item 2. **Address:**      5841 Riverside Drive
City, State, Zip Code:     **Woodbridge, VA 22193**

Item 3. **Policy Period:** From  **04/30/2018**   To   **04/30/2019**
(Month, Day, Year)    (Month, Day, Year)
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. **Limits of Liability:**

A. $ __500,000__   Damages Limit of Liability – Each Claim

B. $ __500,000__   Claim Expenses Limit of Liability – Each Claim

C. $ __1,000,000__   Damages Limit of Liability – Policy Aggregate

D. $ __1,000,000__   Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible (Inclusive of Claim Expenses):**

A. $ __0.00__   Each Claim

B. $ __0.00__   Aggregate

Item 6. **Premium: $**   573.00

Item 7. **Retroactive Date** (if applicable):   04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
D42100 (03/15) D42300 VA (03/15)  IL7324 (08/12)
D42402 (05/13) D42408 (05/13) D42412 (03/17) D42413 (06/17)

_Betsy a. Magnuson_
Authorized Representative

D42101 (03/15)                                                                 Page 1 of 1

Case 23-00217-ELG    Doc 166-4    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 61 of 181
Main File No. 0006047  Page #15

License



**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700          Fax Number:

# INVOICE

| INVOICE NUMBER |
|---|
| 0006043 |
| **DATE** |
| 08/30/2018 |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:                    Fax Number:
Alternate Number:                    E-Mail:

| REFERENCE | |
|---|---|
| Internal Order #: | 0006043 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006043 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

| | | |
|---|---|---|
| Lender: Washington Capital Partners | Client: Washington Capital Partners | |
| Purchaser/Borrower: Coloma River Holdings, LLC | | |
| Property Address: 1260 Holbrook Ter NE | | |
| City: Washington | | |
| County: District of Columbia | State: DC | Zip: 20002 |
| Legal Description: Lot 49, Square 4055, Unit 1, Trinidad | | |

## FEES                                                AMOUNT

|  | |
|---|---|
| | 375.00 |
| **SUBTOTAL** | 375.00 |

## PAYMENTS                                        AMOUNT

| | | |
|---|---|---|
| Check #: | Date: | Description: |
| Check #: | Date: | Description: |
| Check #: | Date: | Description: |
| | **SUBTOTAL** | |

| **TOTAL DUE** | $ | 375.00 |
|---|---|---|

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:                    Fax Number:
Alternate Number:                    E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| AMOUNT DUE: | $ | 375.00 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
|---|
| 0006043 |
| **DATE** |
| 08/30/2018 |

| REFERENCE | |
|---|---|
| Internal Order #: | 0006043 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006043 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
1260 Holbrook Ter NE
Lot 49, Square 4055, Unit 1, Trinidad
Washington, DC 20002

### FOR:
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:
08/30/2018

### BY:
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1260 Holbrook Ter NE |
| | Legal Description | Lot 49, Square 4055, Unit 1, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 1,100,000 |
| | Date of Sale | 7/16/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Lender | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 1,150 |
| | Price per Square Foot | $ 956.52 |
| | Location | N;Res; |
| | Age | 70 |
| | Condition | Good-New |
| | Total Rooms | 5 |
| | Bedrooms | 2 |
| | Baths | 2.0 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 08/30/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 420,000 |

## Individual Condominium Unit Appraisal Report

File # 0006043

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 1260 Holbrook Ter NE | Unit # 1  City Washington  State DC  Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | Owner of Public Record Isiah Foskey  County District of Columbia |

Legal Description  Lot 49, Square 4055, Unit 1, Trinidad

| Assessor's Parcel #  4055 0049 | | Tax Year 2017 | R.E. Taxes $ 4,645 | |
|---|---|---|---|---|
| Project Name  TBD | Phase #  1 | Map Reference 47894 | Census Tract 0088.04 | |
| Occupant  Owner  Tenant  Vacant | Special Assessments $  0 | HOA $ 0  per year  per month | | |
| Property Rights Appraised  Fee Simple  Leasehold  Other (describe) | | | | |

Assignment Type  Purchase Transaction  Refinance Transaction  Other (describe)

Lender/Client  Washington Capital Partners  Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  Yes  No

Report data source(s) used, offering price(s), and date(s).  The subject was listed 5/06/2018 for $2,400,000, reduced to $1,300,000 and contracted for 77 DOM; MLS #DC10232094

**CONTRACT**

I  did  did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  The contract appears typical. The sales price reflects as-is condition. The contract price is $1,100,000 and an additional Buyer Fee of $50,000 is due.

| Contract Price $  1,100,000  Date of Contract 7/16/2018  Is the property seller the owner of public record?  Yes  No  Data Source(s)  Contract, Tax Rec. |
|---|
| Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  YES  NO |
| If Yes, report the total dollar amount and describe the items to be paid.  0 |

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban  Rural | Property Values | Increasing | Stable  Declining | PRICE | AGE | One-Unit | 65 % | |
| Built-Up | Over 75% | 25-75%  Under 25% | Demand/Supply | Shortage | In Balance  Over Supply | $ (000) | (yrs) | 2-4 Unit | 3 % | |
| Growth | Rapid | Stable  Slow | Marketing Time | Under 3 mths | 3-6 mths  Over 6 mths | 157  Low | 1 | Multi-Family | 12 % | |
| | | | | | | 799  High | 118 | Commercial | 18 % | |
| | | | | | | 411  Pred. | 72 | Other | 2 % | |

Neighborhood Boundaries  The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.

Neighborhood Description  Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions)  Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

| Topography Level | | Size  Average | Density Average | View  Residential/Avg | |
|---|---|---|---|---|---|

Specific Zoning Classification RF-1  Zoning Description  Res Single Family Row/Res Flat Zones

Zoning Compliance  Legal  Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?  Yes  No
No Zoning  Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  Yes  No  If No, describe  Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities  Public  Other (describe) | | Public  Other (describe) | Off-site Improvements – Type | Public  Private |
|---|---|---|---|---|
| Electricity | | Water | Street  Asphalt | |
| Gas | | Sanitary Sewer | Alley  Asphalt | |

FEMA Special Flood Hazard Area  Yes  No  FEMA Flood Zone  X  FEMA Map #  1100010036C  FEMA Map Date 09/27/2010

Are the utilities and off-site improvements typical for the market area?  Yes  No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  Yes  No  If Yes, describe

There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

**PROJECT INFORMATION**

| Data source(s) for project information | MLS, Tax Records, Inspection, Borrower | | | |
|---|---|---|---|---|
| Project Description  Detached  Row or Townhouse  Garden  Mid-Rise  High-Rise  Other (describe) | | | | |

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 5 | Exterior Walls  Brick | # of Units | 7 | # of Phases | | # of Planned Phases | 1 | |
| # of Elevators | 0 | Roof Surface  Built-up | # of Units Completed | 0 | # of Units | | # of Planned Units | 7 | |
| Existing  Proposed | | Total # Parking  4 | # of Units For Sale | 0 | # of Units for Sale | | # of Units for Sale | 0 | |
| Under Construction | | Ratio (spaces/units)  0.57/1 | # of Units Sold | 0 | # of Units Sold | | # of Units Sold | 0 | |
| Year Built | 1948 | Type  Off Street | # of Units Rented | 0 | # of Units Rented | | # of Units Rented | 0 | |
| Effective Age | 1 | Guest Parking  Street | # of Owner Occupied Units | 0 | # of Owner Occupied Units | | # of Owner Occupied Units | 0 | |

Project Primary Occupancy  Principal Residence  Second Home or Recreational  Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)?  Yes  No

Management Group  Homeowners' Association  Developer  Management Agent – Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?  Yes  No  If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium?  Yes  No  If Yes, describe the original use and date of conversion.
The proposed condo project will be a conversion from a multi-family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?  Yes  No  If No, describe
The project is proposed.

Is there any commercial space in the project?  Yes  No  If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

| Freddie Mac Form 465 March 2005 | Page 1 of 6 | Fannie Mae Form 1073 March 2005 |
|---|---|---|

## Individual Condominium Unit Appraisal Report

File # 0006043

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds, Rooftop Deck

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No    If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?    Yes    No    If Yes, describe and explain the effect on value and marketability.

**UNIT DESCRIPTION**

Unit Charge $    per month X 12 = $    per year    Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | | |
|---|---|---|---|---|---|---|---|---|
| Floor #    Basement & 1st | Floors | Hardwood/Tile/New | Fireplace(s) # | 0 | Refrigerator | None | | |
| # of Levels    2 | Walls | Drywall/New | WoodStove(s) # | 0 | Range/Oven | Garage    Covered    Open | | |
| Heating Type  FWA    Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio    None | | Disp    Microwave | # of Cars    1 | | |
| Central AC    Individual AC | Bath Wainscot | Tile/New | Porch/Balcony    None | | Dishwasher | Assigned    Owned | | |
| Other (describe) | Doors | 6 Panel/New | Other    None | | Washer/Dryer | Parking Space #    1 | | |
| Finished area **above** grade contains: | | 5  Rooms  2  Bedrooms  2.0  Bath(s)  1,150  Square Feet of Gross Living Area Above Grade | | | | | | |

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters, stainless steel appliances and a parking space.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 08/30/2018 | 08/30/2018 | 08/30/2018 | 08/30/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    After a thorough search of the multiple listing service and tax records, there were no prior sales of comparables in the past 12 months. The subject was not transferred in the past 36 months. All comps appear arms-length.

## Individual Condominium Unit Appraisal Report

File # 0006043

| | | There are | 12 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 309,900 | | to $ 395,000 | |
|---|---|---|---|---|---|---|---|

There are 26 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 298,225 to $ 499,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and | 1260 Holbrook Ter NE | 1109 Holbrook Ter NE | | 1244 Raum St NE | | 1258 Holbrook Ter NE | |
| Unit # | 1, Washington, DC 20002 | 3, Washington, DC 20002 | | 1, Washington, DC 20002 | | 1, Washington, DC 20002 | |
| Project Name and | TBD | 1109 Holbrook Ter Condos | | Jefferson Condos | | 1258 Holbrook Ter Condos | |
| Phase | 1 | 1 | | 1 | | 1 | |
| Proximity to Subject | | 0.17 miles NW | | 0.11 miles NE | | 0.01 miles N | |
| Sale Price | $ 1,100,000 | | $ 405,000 | | $ 370,000 | | $ 440,000 |
| Sale Price/Gross Liv. Area | $ 956.52 sq. ft. | $ 506.25 sq. ft. | | $ 462.50 sq. ft. | | $ 350.32 sq. ft. | |
| Data Source(s) | | MRIS#DC10229332;DOM 16 | | MRIS#DC10167164;DOM 25 | | MRIS#DC10106663;DOM 1 | |
| Verification Source(s) | | County Records/Visual | | County Records/Visual | | County Records/Visual | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;10125 | -10,125 | Conv;11100 | -11,100 | Conv;6000 | -6,000 |
| Date of Sale/Time | | s06/18;c05/18 | | s04/18;c03/18 | | s01/18;c11/17 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | TBD | 171 | | 103 | | 253 | |
| Common Elements | Common Areas | Common Areas | | Common Areas | | Common Areas | |
| and Rec. Facilities | Rooftop Deck | | +4,000 | | +4,000 | | +4,000 |
| Floor Location | Bsmnt & 1st Flrs | 2nd Floor | -15,000 | Basement Lvl | +5,000 | Basement Lvl | +5,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Mid-Rise | Garden | 0 | Garden | 0 | Garden | 0 |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 70 | 87 | 0 | 82 | 0 | 79 | 0 |
| Condition | Good-New | Good | +5,000 | Good-New | | Good-New | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 5  2  2.0 | 5  2  2.0 | | 5  2  2.0 | | 6  3  2.0 | -10,000 |
| Gross Living Area | 1,150 sq. ft. | 800 sq. ft. | +33,250 | 800 sq. ft. | +33,250 | 1,256 sq. ft. | -10,070 |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wds | | Insulated Wds | | Insulated Wds | |
| Garage/Carport | Drwy/Off Street | Drwy/Off Street | | 0 | +20,000 | Drwy/Off Street | |
| Porch/Patio/Deck | None | Balcony | -4,000 | None | | None | |
| Fireplace | None | None | | None | | None | |
| Net Adjustment (Total) | | + - $ | 13,125 | + - $ | 51,150 | + - $ | -17,070 |
| Adjusted Sale Price | | Net Adj. 3.2 % | | Net Adj. 13.8 % | | Net Adj. 3.9 % | |
| of Comparables | | Gross Adj. 17.6 % $ | 418,125 | Gross Adj. 19.8 % $ | 421,150 | Gross Adj. 8.0 % $ | 422,930 |

Summary of Sales Comparison Approach    After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #1 was renovated 2 years ago. Comps #1 - #3 settled slightly above current listings and warranted sales concessions adjustments.

Indicated Value by Sales Comparison Approach $ 420,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $ 420,000    Income Approach (if developed) $ _____

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made    "as is",    subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,    subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or    subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:    subject to completion renovation and conversion.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 420,000 , as of 08/30/2018 , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report     File # 0006043

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report

File # 0006043

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report    File # 0006043

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothenel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  August 31, 2018 | Date of Signature |
| Effective Date of Appraisal  08/30/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other          State #  | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |
| | Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | Did inspect exterior of subject property from street |
| 1260 Holbrook Ter NE, # 1 | Date of Inspection |
| Washington, DC 20002 | Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  420,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners | Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Location Map

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | | |



**Subject Photo Page**

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | | |



### Subject Front

| | |
|---|---|
| 1260 Holbrook Ter NE | |
| Sales Price | 1,100,000 |
| Gross Living Area | 1,150 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |

**Subject Rear**



**Subject Street**



**Subject Photo Page**

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | |



**Interior**

1260 Holbrook Ter NE
| | |
|---|---|
| Sales Price | 1,100,000 |
| Gross Living Area | 1,150 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |



**Interior**



**Interior**

## Comparable Photo Page

| | |
|---|---|
| Client | Washington Capital Partners |
| Property Address | 1260 Holbrook Ter NE |
| City | Washington |
| Lender | Washington Capital Partners |

| County | District of Columbia | State | DC | Zip Code | 20002 |
|---|---|---|---|---|---|



### Comparable 1

1109 Holbrook Ter NE
| | |
|---|---|
| Prox. to Subject | 0.17 miles NW |
| Sales Price | 405,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 87 |



### Comparable 2

1244 Raum St NE
| | |
|---|---|
| Prox. to Subject | 0.11 miles NE |
| Sales Price | 370,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 82 |



### Comparable 3

1258 Holbrook Ter NE
| | |
|---|---|
| Prox. to Subject | 0.01 miles N |
| Sales Price | 440,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 79 |

Main File No. 0006043  Page #13

### Supplemental Addendum

File No. 0006043

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 3 to 30 days on the open market in order to have a market value of $420,000 on the effective date of this appraisal.

The appraiser of this report did not perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently a 6 unit multi-family dwelling and proposed use is a 7 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the parking will have a common rooftop deck.

Condo 1: Back Of House ( Duplex Unit)
Size: 1150
Floor location: 1 + Cellar
# of Levels: 1 + Cellar
# of Bedrooms: 2
# of Bathrooms: 2
Flooring: Wood
Counters: Granite
Parking: Yes
Deck/Patio/Balcony: Access To Public Roof Deck



**GREAT**AMERICAN.
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS
ERRORS & OMISSIONS INSURANCE POLICY**

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below:  (A capital stock corporation)

☒   Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the Company.

Policy Number:   RAP3364992-18                    Renewal of:   RAP3364992-17

Program Administrator:       Herbert H. Landy Insurance Agency Inc.
                              75 Second Ave Suite 410  Needham, MA 02494-2876

Item 1. Named Insured:    Anne Rothermel

Item 2. Address:            5841 Riverside Drive
        City, State, Zip Code:    Woodbridge, VA 22193

Item 3. Policy Period: From    **04/30/2018**    To    **04/30/2019**
                              (Month, Day, Year)    (Month, Day, Year)
                              (Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. Limits of Liability:

        A.  $   **500,000**    Damages Limit of Liability – Each Claim

        B.  $   **500,000**    Claim Expenses Limit of Liability – Each Claim

        C.  $   **1,000,000**    Damages Limit of Liability – Policy Aggregate

        D.  $   **1,000,000**    Claim Expenses Limit of Liability – Policy Aggregate

Item 5.  Deductible (Inclusive of Claim Expenses):

        A.  $   **0.00**    Each Claim

        B.  $   **0.00**    Aggregate

Item 6. Premium: $    **573.00**

Item 7. Retroactive Date (if applicable):    04/30/2011

Item 8. Forms, Notices and Endorsements attached:
        D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
        D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

                                                    *Betsy a maywani*
                                                    Authorized Representative

D42101 (03/15)                                                    Page 1 of 1



# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700        Fax Number:

| INVOICE NUMBER |
| --- |
| 0006046 |
| DATE |
| 08/30/2018 |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0006046 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006046 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| **Lender:** Washington Capital Partners | | **Client:** Washington Capital Partners | |
| **Purchaser/Borrower:** Coloma River Holdings, LLC | | | |
| **Property Address:** 1260 Holbrook Ter NE | | | |
| **City:** Washington | | | |
| **County:** District of Columbia | **State:** DC | | **Zip:** 20002 |
| **Legal Description:** Lot 49, Square 4055, Unit 2, Trinidad | | | |

| FEES | AMOUNT |
| --- | --- |
| | 187.50 |
| **SUBTOTAL** | 187.50 |

| PAYMENTS | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | |

| | TOTAL DUE | $ | 187.50 |
| --- | --- | --- | --- |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| AMOUNT DUE: | $ | 187.50 |
| --- | --- | --- |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
| --- |
| 0006046 |
| DATE |
| 08/30/2018 |

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0006046 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006046 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
1260 Holbrook Ter NE
Lot 49, Square 4055, Unit 2, Trinidad
Washington, DC 20002

### FOR:
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:
08/30/2018

### BY:
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1260 Holbrook Ter NE |
| | Legal Description | Lot 49, Square 4055, Unit 2, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 1,100,000 |
| | Date of Sale | 7/16/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Lender | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 1,150 |
| | Price per Square Foot | $ |
| | Location | N;Res; |
| | Age | 70 |
| | Condition | Good-New |
| | Total Rooms | 5 |
| | Bedrooms | 2 |
| | Baths | 2.0 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 08/30/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 420,000 |

# Individual Condominium Unit Appraisal Report

**File # 0006046**

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

www.AbbedSolutions.com

## SUBJECT

| | | | | | |
|---|---|---|---|---|---|
| Property Address 1260 Holbrook Ter NE | | Unit # 2 | City Washington | State DC | Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | | Owner of Public Record Isiah Foskey | | County District of Columbia | |

Legal Description  Lot 49, Square 4055, Unit 2, Trinidad

| Assessor's Parcel # 4055 0049 | | Tax Year 2017 | R.E. Taxes $ 4,645 | |
|---|---|---|---|---|
| Project Name TBD | Phase # 1 | Map Reference 47894 | Census Tract 0088.04 | |
| Occupant  Owner  Tenant  Vacant | Special Assessments $ 0 | HOA $ 0 | per year | per month |
| Property Rights Appraised  Fee Simple  Leasehold  Other (describe) | | | | |
| Assignment Type  Purchase Transaction  Refinance Transaction  Other (describe) | | | | |

Lender/Client  Washington Capital Partners    Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    Yes    No
Report data source(s) used, offering price(s), and date(s).    The subject was listed 5/06/2018 for $2,400,000, reduced to a $1,300,000 and contracted after 77 DOM: MLS #DC10232094

## CONTRACT

I    did    did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.    The contract appears typical. The sales price reflects as-is condition. The contract price is $1,100,000 and an additional finder Fee of $50,000 is paid.

| Contract Price $ 1,100,000 | Date of Contract 7/16/2018 | Is the property seller the owner of public record?    Yes    No  Data Source(s)  Contract, Tax Rec. |
|---|---|---|

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    YES    NO
If Yes, report the total dollar amount and describe the items to be paid.    0

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location  Urban  Suburban  Rural | Property Values  Increasing  Stable  Declining | | | | PRICE | AGE | One-Unit | 65 % |
| Built-Up  Over 75%  25-75%  Under 25% | Demand/Supply  Shortage  In Balance  Over Supply | | | | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Growth  Rapid  Stable  Slow | Marketing Time  Under 3 mths  3-6 mths  Over 6 mths | | | | 157  Low | 1 | Multi-Family | 12 % |
| Neighborhood Boundaries    The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida | | | | | 799  High | 118 | Commercial | 18 % |
| Ave. and west of Bladensburg Rd. | | | | | 411  Pred. | 72 | Other | 2 % |

Neighborhood Description    Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of  factors which might adversely affect marketability.  Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions)    Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

## PROJECT SITE

| Topography Level | Size Average | Density Average | View Residential/Avg |
|---|---|---|---|

| Specific Zoning Classification RF-1 | Zoning Description  Res Single Family Row/Res Flat Zones |
|---|---|

Zoning Compliance  Legal  Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?    Yes    No
 No Zoning  Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?    Yes    No  If No, describe    Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities  Public  Other (describe) | Public  Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|
| Electricity | Water | Street Asphalt | | |
| Gas | Sanitary Sewer | Alley Asphalt | | |

FEMA Special Flood Hazard Area  Yes  No    FEMA Flood Zone X    FEMA Map # 1100010036C    FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area?    Yes    No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    Yes    No  If Yes, describe
There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

## PROJECT INFORMATION

Data source(s) for project information    MLS, Tax Records, Inspection, Borrower

| Project Description  Detached  Row or Townhouse  Garden  Mid-Rise  High-Rise  Other (describe) | | | |
|---|---|---|---|

| General Description | General Description | Subject Phase | If Project Completed | If Project Incomplete |
|---|---|---|---|---|
| # of Stories 5 | Exterior Walls Brick | # of Units 7 | # of Phases | # of Planned Phases 1 |
| # of Elevators 0 | Roof Surface Built-up | # of Units Completed 0 | # of Units | # of Planned Units 7 |
| Existing  Proposed | Total # Parking 4 | # of Units For Sale 0 | # of Units for Sale | # of Units for Sale 0 |
| Under Construction | Ratio (spaces/units) 0.57/1 | # of Units Sold 0 | # of Units Sold | # of Units Sold 0 |
| Year Built 1948 | Type Off Street | # of Units Rented 0 | # of Units Rented | # of Units Rented 0 |
| Effective Age 1 | Guest Parking Street | # of Owner Occupied Units 0 | # of Owner Occupied Units | # of Owner Occupied Units 0 |

Project Primary Occupancy  Principal Residence  Second Home or Recreational  Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?    Yes    No
Management Group –  Homeowners' Association  Developer  Management Agent – Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?    Yes    No  If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium?    Yes    No  If Yes, describe the original use and date of conversion.
The proposed condo project will be a conversion from a multi-family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?    Yes    No  If No, describe
The project is proposed.

Is there any commercial space in the project?    Yes    No  If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006046

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds, Rooftop Deck

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No  If Yes, $            per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?    Yes    No    If Yes, describe and explain the effect on value and marketability.

**UNIT DESCRIPTION**

Unit Charge $            per month X 12 = $            per year    Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)
The extraordinary assumption is made that the following will be typical for the market: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | | |
|---|---|---|---|---|---|---|---|---|
| Floor #  Basement & 1st | Floors | Hardwood/Tile/New | Fireplace(s) # | 0 | Refrigerator | None | | |
| # of Levels  2 | Walls | Drywall/New | WoodStove(s) # | 0 | Range/Oven | Garage  Covered  Open | | |
| Heating Type  FWA    Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio  None | | Disp    Microwave | # of Cars    1 | | |
| Central AC    Individual AC | Bath Wainscot | Tile/New | Porch/Balcony  None | | Dishwasher | Assigned    Owned | | |
| Other (describe) | Doors | 6 Panel/New | Other    None | | Washer/Dryer | Parking Space #    2 | | |
| Finished area **above** grade contains: | | 5  Rooms | 2  Bedrooms  2.0  Bath(s) | | 1,150    Square Feet of Gross Living Area Above Grade | | | |

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters, stainless steel appliances and a parking space.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 08/30/2018 | 08/30/2018 | 08/30/2018 | 08/30/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    After a thorough search of the multiple listing service and tax records, there were no prior sales of comparables in the past 12 months. The subject was not transferred in the past 36 months. All comps appear arms-length.

## Individual Condominium Unit Appraisal Report

File # 0006046

| | | | | |
|---|---|---|---|---|
| There are | 12 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 309,900 | to $ 395,000 | |
| There are | 26 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 298,225 | to $ 499,000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and Unit # | 1260 Holbrook Ter NE 2, Washington, DC 20002 | 1109 Holbrook Ter NE 3, Washington, DC 20002 | 1244 Raum St NE 1, Washington, DC 20002 | 1258 Holbrook Ter NE 1, Washington, DC 20002 |
| Project Name and Phase | TBD 1 | 1109 Holbrook Ter Condos 1 | Jefferson Condos 1 | 1258 Holbrook Ter Condos 1 |
| Proximity to Subject | | 0.17 miles NW | 0.11 miles NE | 0.01 miles N |
| Sale Price | $ 1,100,000 | $ 405,000 | $ 370,000 | $ 440,000 |
| Sale Price/Gross Liv. Area | $ 956.52 sq. ft. | $ 506.25 sq. ft. | $ 462.50 sq. ft. | $ 350.32 sq. ft. |
| Data Source(s) | | MRIS#DC10229332;DOM 16 | MRIS#DC10167164;DOM 25 | MRIS#DC10106663;DOM 1 |
| Verification Source(s) | | County Records/Visual | County Records/Visual | County Records/Visual |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION    +(-) $ Adjustment | DESCRIPTION    +(-) $ Adjustment | DESCRIPTION    +(-) $ Adjustment |
| Sales or Financing | | ArmLth | ArmLth | ArmLth |
| Concessions | | Conv;10125    -10,125 | Conv;11100    -11,100 | Conv;6000    -6,000 |
| Date of Sale/Time | | s06/18;c05/18 | s04/18;c03/18 | s01/18;c11/17 |
| Location | N;Res; | N;Res; | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | TBD | 171 | 103 | 253 |
| Common Elements and Rec. Facilities | Common Areas Rooftop Deck | Common Areas    +4,000 | Common Areas    +4,000 | Common Areas    +4,000 |
| Floor Location | Bsmnt & 1st Flrs | 2nd Floor    -15,000 | Basement Lvl    +5,000 | Basement Lvl    +5,000 |
| View | N;Res; | N;Res; | N;Res; | N;Res; |
| Design (Style) | Mid-Rise | Garden    0 | Garden    0 | Garden    0 |
| Quality of Construction | Good | Good | Good | Good |
| Actual Age | 70 | 87    0 | 82    0 | 79    0 |
| Condition | Good-New | Good    +5,000 | Good-New | Good-New |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | Total  Bdrms.  Baths | Total  Bdrms.  Baths |
| Room Count | 5    2    2.0 | 5    2    2.0 | 5    2    2.0 | 6    3    2.0    -10,000 |
| Gross Living Area | 1,150 sq. ft. | 800 sq. ft.    +33,250 | 800 sq. ft.    +33,250 | 1,256 sq. ft.    -10,070 |
| Basement & Finished Rooms Below Grade | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Insulated Wds | Insulated Wds | Insulated Wds | Insulated Wds |
| Garage/Carport | Drwy/Off Street | Drwy/Off Street | 0    +20,000 | Drwy/Off Street |
| Porch/Patio/Deck | None | Balcony    -4,000 | None | None |
| Fireplace | None | None | None | None |
| Net Adjustment (Total) | | +  -  $    13,125 | +  -  $    51,150 | +  -  $    -17,070 |
| Adjusted Sale Price of Comparables | | Net Adj.    3.2 %  Gross Adj.    17.6 % $    418,125 | Net Adj.    13.8 %  Gross Adj.    19.8 % $    421,150 | Net Adj.    3.9 %  Gross Adj.    8.0 % $    422,930 |

Summary of Sales Comparison Approach    After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #1 was renovated 2 years ago. Comps #1 - #3 settled slightly above the current listings and received sales concessions adjustments.

Indicated Value by Sales Comparison Approach $    420,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $    420,000    Income Approach (if developed) $ _____

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made    "as is",    subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,    subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or    subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  subject to complete renovation and conversion.

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is**
$    420,000    , as of    08/30/2018    , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report    File # 0006046

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006046

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report     File # 0006046

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rotanson tthemel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  August 31, 2018 | Date of Signature |
| Effective Date of Appraisal  08/30/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other  State #  | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |
| | Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | Did inspect exterior of subject property from street |
| 1260 Holbrook Ter NE, # 2 | Date of Inspection |
| Washington, DC 20002 | Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  420,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners | Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Location Map**

| Client | Washington Capital Partners | | | |
|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | |



Main File No. 0006046  Page #10

## Subject Photo Page

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | | |



### Subject Front

| | |
|---|---|
| 1260 Holbrook Ter NE | |
| Sales Price | 1,100,000 |
| Gross Living Area | 1,150 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |

### Subject Rear



### Subject Street



Main File No. 0006046  Page #11

**Subject Photo Page**

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | | |



**Interior**

1260 Holbrook Ter NE
| | |
|---|---|
| Sales Price | 1,100,000 |
| Gross Living Area | 1,150 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |



**Interior**



**Interior**

## Comparable Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |



### Comparable 1

1109 Holbrook Ter NE

| | |
|---|---|
| Prox. to Subject | 0.17 miles NW |
| Sales Price | 405,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 87 |



### Comparable 2

1244 Raum St NE

| | |
|---|---|
| Prox. to Subject | 0.11 miles NE |
| Sales Price | 370,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 82 |



### Comparable 3

1258 Holbrook Ter NE

| | |
|---|---|
| Prox. to Subject | 0.01 miles N |
| Sales Price | 440,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 79 |

Main File No. 0006046  Page #13

## Supplemental Addendum

File No. 0006046

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 3 to 30 days on the open market in order to have a market value of $420,000 on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently a 6 unit multi-family dwelling and proposed use is a 7 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have a common rooftop deck.

Condo 2: Front Of House ( Duplex Unit)
Size: 1150
Floor location: 1 + Cellar
# of Levels: 2
# of Bedrooms: 2
# of Bathrooms: 2
Flooring: Wood
Counters: Granite
Parking: Yes
Deck/Patio/Balcony: Access To Public Roof Deck



**GREATAMERICAN.**
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below:  (A capital stock corporation)

☒   Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the Company.

Policy Number:   RAP3364992-18          Renewal of:   RAP3364992-17

Program Administrator:    Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876

---

Item 1. **Named Insured:**    Anne Rothermel

Item 2. **Address:**          5841 Riverside Drive

City, State, Zip Code:        Woodbridge, VA 22193

Item 3. **Policy Period:** From    **04/30/2018**    To    **04/30/2019**
(Month, Day, Year)          (Month, Day, Year)
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. **Limits of Liability:**

A.  $   **500,000**      Damages Limit of Liability – Each Claim

B.  $   **500,000**      Claim Expenses Limit of Liability – Each Claim

C.  $   **1,000,000**    Damages Limit of Liability – Policy Aggregate

D.  $   **1,000,000**    Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of Claim Expenses):

A.  $   0.00       Each Claim

B.  $   0.00       Aggregate

Item 6. **Premium:** $   573.00

Item 7. **Retroactive Date** (if applicable):    04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
D42100 (03/15)  D42300 VA (03/15)   IL7324 (08/12)
D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

*Barbara a. Hagmann*
Authorized Representative

D42101 (03-15)                                                                 Page 1 of 1

Case 23-00217-ELG    Doc 166-4    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 93 of 181
Main File No. 0006046  Page #15

**License**



# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700        Fax Number:

| INVOICE NUMBER |
|---|
| 0006048 |

| DATE |
|---|
| 08/30/2018 |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006048 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006048 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043

| | | | |
|---|---|---|---|
| Telephone Number: | | Fax Number: | |
| Alternate Number: | | E-Mail: | |

## DESCRIPTION

| | | | |
|---|---|---|---|
| Lender: | Washington Capital Partners | Client: | Washington Capital Partners |
| Purchaser/Borrower: | Coloma River Holdings, LLC | | |
| Property Address: | 1260 Holbrook Ter NE | | |
| City: | Washington | | |
| County: | District of Columbia | State: DC | Zip: 20002 |
| Legal Description: | Lot 49, Square 4055, Unit 4, Trinidad | | |

## FEES                                    AMOUNT

| | |
|---|---|
| | 375.00 |
| **SUBTOTAL** | 375.00 |

## PAYMENTS                                 AMOUNT

| | | | |
|---|---|---|---|
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 0 |
| | | **TOTAL DUE** | $ 375.00 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043

| | | | |
|---|---|---|---|
| Telephone Number: | | Fax Number: | |
| Alternate Number: | | E-Mail: | |

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| | | |
|---|---|---|
| AMOUNT DUE: | $ | 375.00 |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
|---|
| 0006048 |

| DATE |
|---|
| 08/30/2018 |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006048 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006048 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |



# APPRAISAL OF REAL PROPERTY

## LOCATED AT:
1260 Holbrook Ter NE
Lot 49, Square 4055, Unit 4, Trinidad
Washington, DC 20002

## FOR:
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

## AS OF:
08/30/2018

## BY:
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1260 Holbrook Ter NE |
| | Legal Description | Lot 49, Square 4055, Unit 4, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 1,100,000 |
| | Date of Sale | 8/20/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Lender | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 850 |
| | Price per Square Foot | $ 1,294.12 |
| | Location | N;Res; |
| | Age | 70 |
| | Condition | Good-New |
| | Total Rooms | 6 |
| | Bedrooms | 3 |
| | Baths | 1.0 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 08/30/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 390,000 |

## Individual Condominium Unit Appraisal Report

File # 0006048

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address 1260 Holbrook Ter NE | Unit # 4 | City Washington | State DC Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | Owner of Public Record Isiah Foskey | | County District of Columbia |

Legal Description Lot 49, Square 4055, Unit 4, Trinidad

| Assessor's Parcel # 4055 0049 | Tax Year 2017 | R.E. Taxes $ 4,645 |
|---|---|---|
| Project Name TBD | Phase # 1 | Map Reference 47894 | Census Tract 0088.04 |
| Occupant ☐ Owner ☐ Tenant ☐ Vacant | Special Assessments $ 0 | HOA $ 0 ☐ per year ☐ per month |
| Property Rights Appraised ☐ Fee Simple ☐ Leasehold ☐ Other (describe) | | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe) | | |
| Lender/Client Washington Capital Partners | Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s). The subject was listed 5/06/2018 for $2,400,000, reduced to $1,300,000 and contracted after 77 DOM: MLS #DC10232094

**CONTRACT**

☒ I did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The contract appears typical. The sales price reflects as-is condition. The contract price is $1,100,000 and an additional finder Fee of $50,000 is due.

| Contract Price $ 1,100,000 | Date of Contract 8/20/2018 | Is the property seller the owner of public record? ☒ Yes ☐ No Data Source(s) Contract, Tax Rec. |
|---|---|---|

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ YES ☒ NO
If Yes, report the total dollar amount and describe the items to be paid. 0

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location | ☒ Urban ☐ Suburban ☐ Rural | | Property Values | ☒ Increasing ☐ Stable ☐ Declining | | PRICE $ (000) | AGE (yrs) | One-Unit 65 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | 157 Low | 1 | 2-4 Unit 3 % |
| Growth | ☒ Rapid ☐ Stable ☐ Slow | | Marketing Time | ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | 799 High | 116 | Multi-Family 12 % |
| | | | | | | 411 Pred. | 72 | Commercial 18 % |
| | | | | | | | | Other 2 % |

Neighborhood Boundaries The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave, and west of Bladensburg Rd.
Neighborhood Description Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.
Market Conditions (including support for the above conclusions) Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

| Topography Level | Size Average | Density Average | View Residential/Avg |
|---|---|---|---|

Specific Zoning Classification RF-1   Zoning Description Res Single Family Row/Res Flat Zones
Zoning Compliance ☒ Legal ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? ☒ Yes ☐ No
☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley Asphalt | ☒ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 1100010036C   FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records.

**PROJECT INFORMATION**

Data source(s) for project information MLS, Tax Records, Inspection, Borrower

| Project Description | ☐ Detached | ☐ Row or Townhouse | ☐ Garden | ☒ Mid-Rise | ☐ High-Rise | ☐ Other (describe) |
|---|---|---|---|---|---|---|

| General Description | | Subject Phase | If Project Completed | If Project Incomplete |
|---|---|---|---|---|
| # of Stories 5 | Exterior Walls Brick | # of Units 7 | # of Phases | # of Planned Phases 1 |
| # of Elevators 0 | Roof Surface Built-up | # of Units Completed 0 | # of Planned Units 7 | |
| ☐ Existing ☐ Proposed | Total # Parking 4 | # of Units For Sale 0 | # of Units for Sale 0 | |
| ☐ Under Construction | Ratio (spaces/units) 0.57/1 | # of Units Sold 0 | # of Units Sold 0 | |
| Year Built 1948 | Type ☒ Off Street | # of Units Rented 0 | # of Units Rented 0 | |
| Effective Age 1 | ☐ Guest Parking ☐ Street | # of Owner Occupied Units 0 | # of Owner Occupied Units 0 | |

Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No
Management Group – ☐ Homeowners' Association ☐ Developer ☐ Management Agent – Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☒ Yes ☐ No If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium? ☒ Yes ☐ No If Yes, describe the original use and date of conversion.
The proposed condo project will be a conversion from a multi-family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☐ Yes ☒ No If No, describe
The project is proposed.

Is there any commercial space in the project? ☐ Yes ☒ No If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

## Individual Condominium Unit Appraisal Report

File # 0006048

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds, Rooftop Deck

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No  If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes    No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $    per month X 12 = $    per year    Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | | |
|---|---|---|---|---|---|---|---|---|
| Floor #  2nd Floor | Floors | Hardwood/Tile/New | Fireplace(s) #  0 | | Refrigerator | None | | |
| # of Levels  1 | Walls | Drywall/New | WoodStove(s) #  0 | | Range/Oven | Garage  Covered  Open | | |
| Heating Type  FWA    Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio  None | | Disp  Microwave | # of Cars  0 | | |
| Central AC    Individual AC | Bath Wainscot | Tile/New | Porch/Balcony  None | | Dishwasher | Assigned  Owned | | |
| Other (describe) | Doors | 6 Panel/New | Other  None | | Washer/Dryer | Parking Space #  0 | | |
| Finished area **above** grade contains: | | 6  Rooms | 3  Bedrooms | 1.0  Bath(s) | 850  Square Feet of Gross Living Area Above Grade | | | |

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters, stainless steel appliances and tile in the bathroom.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 08/30/2018 | 08/30/2018 | 08/30/2018 | 08/30/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    After a thorough search of the multiple listing service and tax records, there were no prior sales of comparables in the past 12 months. The subject was not transferred in the past 36 months. All comps appear arms-length.

## Individual Condominium Unit Appraisal Report

File # 0006048

| There are | 12 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 309,900 | to $ 395,000 |
| There are | 26 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 298,225 | to $ 499,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and Unit # | 1260 Holbrook Ter NE 4, Washington, DC 20002 | 1109 Holbrook Ter NE 3, Washington, DC 20002 | 1244 Raum St NE 1, Washington, DC 20002 | 1258 Holbrook Ter NE 2, Washington, DC 20002 |
| Project Name and Phase | TBD 1 | 1109 Holbrook Ter Condos 1 | Jefferson Condos 1 | 1258 Holbrook Ter Condos 1 |
| Proximity to Subject | | 0.17 miles NW | 0.11 miles NE | 0.01 miles N |
| Sale Price | $ 1,100,000 | $ 405,000 | $ 370,000 | $ 445,000 |
| Sale Price/Gross Liv. Area | $ 1294.12 sq. ft. | $ 506.25 sq. ft. | $ 462.50 sq. ft. | $ 354.30 sq. ft. |
| Data Source(s) | | MRIS#DC10229332;DOM 16 | MRIS#DC10167164;DOM 25 | MRIS#DC10095234;DOM 36 |
| Verification Source(s) | | County Records/Visual | County Records/Visual | County Records/Visual |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION     +(-) $ Adjustment | DESCRIPTION     +(-) $ Adjustment | DESCRIPTION     +(-) $ Adjustment |
| Sales or Financing | | ArmLth | ArmLth | ArmLth |
| Concessions | | Conv;10125     -10,125 | Conv;11100     -11,100 | Conv;10000     -10,000 |
| Date of Sale/Time | | s06/18;c05/18 | s04/18;c03/18 | s02/18;c12/17 |
| Location | N;Res; | N;Res; | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | TBD | 171 | 103 | 253 |
| Common Elements and Rec. Facilities | Common Areas | Common Areas     +4,000 | Common Areas     +4,000 | Common Areas     +4,000 |
| Floor Location | Rooftop Deck | | Basement Lvl     +15,000 | |
| View | 2nd Floor | 2nd Floor | | 2nd Floor |
| Design (Style) | Residential/Avg | N;Res; | N;Res; | N;Res; |
| Quality of Construction | Mid-Rise | Garden     0 | Garden     0 | Garden     0 |
| Actual Age | Good | Good | Good | Good |
| Condition | 70 | 67     0 | 82     0 | 79     0 |
| Above Grade | Good-New | Good     +5,000 | Good-New | Good-New |
| Room Count | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths |
| Gross Living Area | 6   3   1.0 | 5   2   2.0     +5,000 | 5   2   2.0     +5,000 | 6   3   2.0     -5,000 |
| | 850 sq. ft. | 800 sq. ft.     0 | 800 sq. ft.     0 | 1,256 sq. ft.     -38,570 |
| Basement & Finished Rooms Below Grade | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Insulated Wds | Insulated Wds | Insulated Wds | Insulated Wds |
| Garage/Carport | 0 | Drwy/Off Street     -20,000 | 0 | 0 |
| Porch/Patio/Deck | None | Balcony     -4,000 | None | None |
| Fireplace | None | None | None | None |
| Net Adjustment (Total) | | +   -  $    -20,125 | +   -  $    12,900 | +   -  $    -49,570 |
| Adjusted Sale Price of Comparables | | Net Adj.   5.0 % Gross Adj.  11.9 % $ 384,875 | Net Adj.   3.5 % Gross Adj.  9.5 % $ 382,900 | Net Adj.   11.1 % Gross Adj.  12.9 % $ 395,430 |

Summary of Sales Comparison Approach   After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #1 was renovated 2 years ago. Comps settled slightly above current listings and received sales concessions adjustments.

Indicated Value by Sales Comparison Approach $  390,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $  390,000    Income Approach (if developed) $ _____

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made  "as is",  subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  subject to complete renovation and conversion.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  390,000  , as of  08/30/2018  , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report

File # 0006048

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report

File # 0006048

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report          File # 0006048

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| | |
|---|---|
| Signature | Signature |
| Name   Anne' Rothemel | Name |
| Company Name   ADK Appraisals, Inc. | Company Name |
| Company Address   5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| | |
| Telephone Number   (703) 597-7700 | Telephone Number |
| Email Address   mail@adkappraisals.com | Email Address |
| Date of Signature and Report   August 31, 2018 | Date of Signature |
| Effective Date of Appraisal   08/30/2018 | State Certification # |
| State Certification #   CR11308 | or State License # |
| or State License # | State |
| or Other                                      State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License   02/28/2020 | SUBJECT PROPERTY |
| | Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | Did inspect exterior of subject property from street |
| 1260 Holbrook Ter NE, # 4 | Date of Inspection |
| Washington, DC 20002 | Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   390,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name   Washington Capital Partners | Did not inspect exterior of comparable sales from street |
| Company Address   2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Location Map

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | | |



**Subject Photo Page**

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | | |



### Subject Front

1260 Holbrook Ter NE

| | |
|---|---|
| Sales Price | 1,100,000 |
| Gross Living Area | 850 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |



### Subject Rear

### Subject Street



**Subject Photo Page**

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20002 | |
| Lender | Washington Capital Partners | | | | | |



**Interior**

1260 Holbrook Ter NE

| | |
|---|---|
| Sales Price | 1,100,000 |
| Gross Living Area | 850 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |



**Interior**



**Interior**

## Comparable Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 | |
| Lender | Washington Capital Partners | | | | |



### Comparable 1
1109 Holbrook Ter NE

| | |
|---|---|
| Prox. to Subject | 0.17 miles NW |
| Sales Price | 405,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 87 |



### Comparable 2
1244 Raum St NE

| | |
|---|---|
| Prox. to Subject | 0.11 miles NE |
| Sales Price | 370,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 82 |



### Comparable 3
1258 Holbrook Ter NE

| | |
|---|---|
| Prox. to Subject | 0.01 miles N |
| Sales Price | 445,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 79 |

Main File No. 0006048  Page #13

## Supplemental Addendum

File No. 0006048

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 3 to 30 days on the open market in order to have a market value of $390,000 on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently a 6 unit multi-family dwelling and proposed use is a 7 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have a common rooftop deck.

Condo 4: Front Of House
Size: 850
Floor location: 2
# of Levels: 1
# of Bedrooms: 3
# of Bathrooms: 1
Flooring: Wood
Counters: Granite
Parking: No
Deck/Patio/Balcony: Access To Public Roof Deck

**Insurance** 



**GREAT**AMERICAN.
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒   Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   RAP3364992-18          Renewal of:   RAP3364992-17

Program Administrator:   Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876

---

Item 1. **Named Insured:**   Anne Rothermel

Item 2. **Address:**          5841 Riverside Drive

City, State, Zip Code:   **Woodbridge, VA 22193**

Item 3. **Policy Period:** From   **04/30/2018**      To   **04/30/2019**
            (Month, Day, Year)    (Month, Day, Year)
            (Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability:**

A. $   **500,000**        Damages Limit of Liability – Each Claim

B. $   **500,000**        **Claim Expenses Limit of Liability – Each Claim**

C. $   **1,000,000**      Damages Limit of Liability – Policy Aggregate

D. $   **1,000,000**      Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible (Inclusive of Claim Expenses):**

A. $   **0.00**           Each Claim

B. $   **0.00**           Aggregate

Item 6. **Premium:** $     573.00

Item 7. **Retroactive Date** (if applicable):      04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
      D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
      D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

*Betty a. ragmedia*

Authorized Representative

Case 23-00217-ELG    Doc 166-4    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 109 of 181
Main File No. 0000049 · Page #15

**License**



# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700    Fax Number:

| INVOICE NUMBER |
| --- |
| 0006050 |
| **DATE** |
| 08/30/2018 |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:    Fax Number:
Alternate Number:    E-Mail:

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0006050 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006050 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| **Lender:** Washington Capital Partners | | **Client:** Washington Capital Partners | |
| **Purchaser/Borrower:** Coloma River Holdings, LLC | | | |
| **Property Address:** 1260 Holbrook Ter NE | | | |
| **City:** Washington | | | |
| **County:** District of Columbia | **State:** DC | | **Zip:** 20002 |
| **Legal Description:** Lot 49, Square 4055, Unit 5, Trinidad | | | |

## FEES                                                                AMOUNT

|  | 187.50 |
| --- | --- |
| **SUBTOTAL** | 187.50 |

## PAYMENTS                                                        AMOUNT

| | | | |
| --- | --- | --- | --- |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | |
| | | **TOTAL DUE** $ | 187.50 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:    Fax Number:
Alternate Number:    E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| | | |
| --- | --- | --- |
| AMOUNT DUE: | $ | 187.50 |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
| --- |
| 0006050 |
| **DATE** |
| 08/30/2018 |

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0006050 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006050 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0006050  Page #1



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
1260 Holbrook Ter NE
Lot 49, Square 4055, Unit 5, Trinidad
Washington, DC 20002

**FOR:**
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

**AS OF:**
08/30/2018

**BY:**
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1260 Holbrook Ter NE |
| | Legal Description | Lot 49, Square 4055, Unit 5, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 1,100,000 |
| | Date of Sale | 8/20/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Lender | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 750 |
| | Price per Square Foot | $ 1,466.67 |
| | Location | N;Res; |
| | Age | 70 |
| | Condition | Good-New |
| | Total Rooms | 6 |
| | Bedrooms | 3 |
| | Baths | 1.0 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 08/30/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 399,000 |

# Individual Condominium Unit Appraisal Report

File # 0006050

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 1260 Holbrook Ter NE | Unit # 5    City Washington    State DC    Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | Owner of Public Record Isiah Foskey    County District of Columbia |

Legal Description  Lot 49, Square 4055, Unit 5, Trinidad
Assessor's Parcel # 4055 0049

Tax Year 2017    R.E. Taxes $ 4,845

Project Name  TBD    Phase #  1    Map Reference 47894    Census Tract 0088.04

Occupant  Owner    Tenant    Vacant    Special Assessments $  0    HOA $ 0    per year    per month

Property Rights Appraised    Fee Simple    Leasehold    Other (describe)

Assignment Type    Purchase Transaction    Refinance Transaction    Other (describe)

Lender/Client  Washington Capital Partners    Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    Yes    No

Report data source(s) used, offering price(s), and date(s).    The subject was listed 5/06/2018 for $2,400,000, reduced to $1,300,000 and contracted after 77 DOM; MLS #DC10232094

**CONTRACT**

I    did    did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.    The contract appears typical. The sales price reflects as-is condition. The contract price is $1,100,000 and an additional finder Fee of $50,000 is due.

Contract Price $ 1,100,000    Date of Contract  8/20/2018    Is the property seller the owner of public record?    Yes    No    Data Source(s)    Contract, Tax Rec.

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    YES    NO

If Yes, report the total dollar amount and describe the items to be paid.    0

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban    Rural | Property Values | Increasing | Stable | Declining | PRICE $ (000) | AGE (yrs) | One-Unit | 65 % |
| Built-Up | Over 75% | 25-75%    Under 25% | Demand/Supply | Shortage | In Balance | Over Supply | | | 2-4 Unit | 3 % |
| Growth | Rapid | Stable    Slow | Marketing Time | Under 3 mths | 3-6 mths | Over 6 mths | 157    Low | 1 | Multi-Family | 12 % |
| | | | | | | | 799    High | 118 | Commercial | 18 % |
| | | | | | | | 411    Pred. | 72 | Other | 2 % |

Neighborhood Boundaries  The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.

Neighborhood Description  Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions)  Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

Topography Level    Size Average    Density Average    View Residential/Avg

Specific Zoning Classification  RF-1    Zoning Description  Res Single Family Row/Res Flat Zones

Zoning Compliance    Legal    Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?    Yes    No

No Zoning    Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?    Yes    No  If No, describe    Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street  Asphalt | | |
| Gas | | | Sanitary Sewer | | | Alley  Asphalt | | |

FEMA Special Flood Hazard Area    Yes    No    FEMA Flood Zone  X    FEMA Map #  1100010036C    FEMA Map Date 09/27/2010

Are the utilities and off-site improvements typical for the market area?    Yes    No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    Yes    No  If Yes, describe    There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

**PROJECT INFORMATION**

Data source(s) for project information    MLS, Tax Records, Inspection, Borrower

Project Description    Detached    Row or Townhouse    Garden    Mid-Rise    High-Rise    Other (describe)

| General Description | | Subject Phase | If Project Completed | If Project Incomplete | |
|---|---|---|---|---|---|
| # of Stories  5 | Exterior Walls  Brick | # of Units  7 | # of Phases | # of Planned Phases | 1 |
| # of Elevators  0 | Roof Surface  Built-up | # of Units Completed  0 | # of Units | # of Planned Units | 7 |
| Existing    Proposed | Total # of Parking  4 | # of Units For Sale  0 | # of Units for Sale | # of Units for Sale | 0 |
| Under Construction | Ratio (spaces/units)  0.57/1 | # of Units Sold  0 | # of Units Sold | # of Units Sold | 0 |
| Year Built  1948 | Type    Off Street | # of Units Rented  0 | # of Units Rented | # of Units Rented | 0 |
| Effective Age  1 | Guest Parking    Street | # of Owner Occupied Units  0 | # of Owner Occupied Units | # of Owner Occupied Units | 0 |

Project Primary Occupancy    Principal Residence    Second Home or Recreational    Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)?    Yes    No

Management Group –    Homeowners' Association    Developer    Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?    Yes    No  If Yes, Describe    The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium?    Yes    No  If Yes, describe the original use and date of conversion.    The proposed condo project will be a conversion from a multi-family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?    Yes    No  If No, describe    The project is proposed.

Is there any commercial space in the project?    Yes    No  If Yes, describe and indicate the overall percentage of the commercial space.    Per completion, there will be no commercial space.

## Individual Condominium Unit Appraisal Report

File # 0006050

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds, Rooftop Deck

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No    If Yes, $          per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?    Yes    No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $          per month X 12 = $          per year    Annual assessment charge per year per square feet of gross living area = $

Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)

The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | | |
|---|---|---|---|---|---|---|---|---|
| Floor #  3rd & 4th Flrs | Floors | Hardwood/Tile/New | Fireplace(s) #  0 | | Refrigerator | None | | |
| # of Levels  2 | Walls | Drywall/New | WoodStove(s) #  0 | | Range/Oven | Garage    Covered    Open | | |
| Heating Type FWA  Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio    R/Deck | | Disp    Microwave | # of Cars    1 | | |
| Central AC    Individual AC | Bath Wainscot | Tile/New | Porch/Balcony  None | | Dishwasher | Assigned    Owned | | |
| Other (describe) | Doors | 6 Panel/New | Other    None | | Washer/Dryer | Parking Space #    3 | | |
| Finished area **above** grade contains: | | 6  Rooms    3  Bedrooms    1.0  Bath(s) | | | 750  Square Feet of Gross Living Area Above Grade | | | |

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters, stainless steel appliances and tile in the bathroom.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 08/30/2018 | 08/30/2018 | 08/30/2018 | 08/30/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    After a thorough search of the multiple listing service and tax records, there were no prior sales of comparables in the past 12 months. The subject was not transferred in the past 36 months. All comps appear arms-length.

Freddie Mac Form 465 March 2005                Page 2 of 6                Fannie Mae Form 1073 March 2005

## Individual Condominium Unit Appraisal Report

File # 0006050

There are 12 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 309,900 to $ 395,000.
There are 26 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 298,225 to $ 499,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and Unit # | 1260 Holbrook Ter NE, 5, Washington, DC 20002 | 1109 Holbrook Ter NE 3, Washington, DC 20002 | 1363 Childress St NE 4, Washington, DC 20002 | 1149 Owen Pl NE 1, Washington, DC 20002 |
| Project Name and Phase | TBD 1 | 1109 Holbrook Ter Condos 1 | Alana 1 | 1149 Owen Pl Condos 1 |
| Proximity to Subject | | 0.17 miles NW | 0.16 miles SE | 0.21 miles W |
| Sale Price | $ 1,100,000 | $ 405,000 | $ 365,000 | $ 380,000 |
| Sale Price/Gross Liv. Area | $ 1466.67 sq. ft. | $ 506.25 sq. ft. | $ 456.25 sq. ft. | $ 304.00 sq. ft. |
| Data Source(s) | | MRIS#DC10229332;DOM 16 | MRIS#DC10138717;DOM 6 | MRIS#DC10064964;DOM 42 |
| Verification Source(s) | | County Records/Visual | County Records/Visual | County Records/Visual |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment |
| Sales or Financing | | ArmLth | ArmLth | ArmLth |
| Concessions | | Conv;10125 -10,125 | Conv;10950 | Conv;0 |
| Date of Sale/Time | | s06/18;c05/18 | s03/18;c01/18 | s12/17;c11/17 |
| Location | N;Res; | N;Res; | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | TBD | 171 | 190 | 207 0 |
| Common Elements and Rec. Facilities | Common Areas Rooftop Deck | Common Areas +4,000 | Common Areas +4,000 | Common Areas +4,000 |
| Floor Location | 3rd & 4th Flr/Top | 2nd Floor/Top 0 | 2nd Floor/Top 0 | Basement Floor +30,000 |
| View | N;Res; | N;Res; | N;Res; | N;Res; |
| Design (Style) | Mid-Rise | Garden 0 | Garden 0 | Garden 0 |
| Quality of Construction | Good | Good | Good | Good |
| Actual Age | 70 | 87 0 | 78 0 | 87 0 |
| Condition | Good-New | Good +5,000 | Good-New | Good-New |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths |
| Room Count | 6 3 1.0 | 5 2 2.0 +5,000 | 5 2 2.0 +5,000 | 7 3 2.0 -5,000 |
| Gross Living Area | 750 sq. ft. | 800 sq. ft. 0 | 800 sq. ft. 0 | 1,250 sq. ft. -45,000 |
| Basement & Finished Rooms Below Grade | 0 0 | 0 0 | 0 0 | 0 0 |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Insulated Wds | Insulated Wds | Insulated Wds | Insulated Wds |
| Garage/Carport | Drvwy/Off Street | Drvwy/Off Street | Drvwy/Off Street | None +20,000 |
| Porch/Patio/Deck | Rooftop Deck | Balcony +11,000 | Balcony +11,000 | Patio +11,000 |
| Fireplace | None | None | None | None |
| Net Adjustment (Total) | | + - $ 14,875 | + - $ 20,000 | + - $ 15,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.7 % Gross Adj. 8.7 % $ 419,875 | Net Adj. 5.5 % Gross Adj. 5.5 % $ 385,000 | Net Adj. 3.9 % Gross Adj. 30.3 % $ 395,000 |

Summary of Sales Comparison Approach    After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #1 was renovated 2 years ago. Comp #1 settled above the list price and received a sales concessions adjustment. Comp #2 is in range with settled sales and listings and did not warrant a sales concessions adjustment.

Indicated Value by Sales Comparison Approach $ 399,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach _____
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $ 399,000    Income Approach (if developed) $ _____

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made    "as is",    subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,    subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or    subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  subject to complete renovation and conversion.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 399,000 , as of 08/30/2018 , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report    File # 0006050

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report     File # 0006050

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 0006050

21.  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report  was  prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature  _Anne' Rothenel_ | Signature |
| Name  Anne' Rothenel | Name |
| Company Name    ADK Appraisals, Inc. | Company Name |
| Company Address    5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| | |
| Telephone Number   (703) 597-7700 | Telephone Number |
| Email Address   mail@adkappraisals.com | Email Address |
| Date of Signature and Report     August 31, 2018 | Date of Signature |
| Effective Date of Appraisal     08/30/2018 | State Certification # |
| State Certification #    CR11308 | or State License # |
| or State License # | State |
| or Other                          State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License     02/28/2020 | SUBJECT PROPERTY |
| | Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | Did inspect exterior of subject property from street |
| 1260 Holbrook Ter NE, # 5 | Date of Inspection |
| Washington, DC 20002 | Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $     399,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name    Washington Capital Partners | Did not inspect exterior of comparable sales from street |
| Company Address    2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0006050  Page #9

## Location Map

| | | | | | | |
|---|---|---|---|---|---|---|
| Client | Washington Capital Partners | | | | | |
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20002 | |
| Lender | Washington Capital Partners | | | | | |



Main File No. 0006050  Page #10

## Subject Photo Page

| | |
|---|---|
| Client | Washington Capital Partners |
| Property Address | 1260 Holbrook Ter NE |
| City | Washington |
| Lender | Washington Capital Partners |

| County | District of Columbia | State | DC | Zip Code | 20002 |



### Subject Front

| | |
|---|---|
| 1260 Holbrook Ter NE | |
| Sales Price | 1,100,000 |
| Gross Living Area | 750 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |



### Subject Rear



### Subject Street

Main File No. 0006050  Page #11

**Subject Photo Page**

| Client | Washington Capital Partners |
|---|---|
| Property Address | 1260 Holbrook Ter NE |
| City | Washington |
| Lender | Washington Capital Partners |

| County | District of Columbia | State | DC | Zip Code | 20002 |
|---|---|---|---|---|---|



### Interior

| | |
|---|---|
| 1260 Holbrook Ter NE | |
| Sales Price | 1,100,000 |
| Gross Living Area | 750 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |



### Interior



### Interior

## Comparable Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |



### Comparable 1

1109 Holbrook Ter NE
| | |
|---|---|
| Prox. to Subject | 0.17 miles NW |
| Sales Price | 405,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 87 |



### Comparable 2

1363 Childress St NE
| | |
|---|---|
| Prox. to Subject | 0.16 miles SE |
| Sales Price | 365,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 78 |



### Comparable 3

1149 Owen Pl NE
| | |
|---|---|
| Prox. to Subject | 0.21 miles W |
| Sales Price | 380,000 |
| Gross Living Area | 1,250 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 87 |

Main File No. 0006050  Page #13

## Supplemental Addendum

File No. 0006050

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 3 to 30 days on the open market in order to have a market value of $399,000 on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently a 6 unit multi-family dwelling and proposed use is a 7 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the parking will have a common rooftop deck.

Condo 5: Back Of House
Size: 750
Floor location: 3
# of Levels: 2 ( Pop Up Top & Roof Top)
# of Bedrooms: 3
# of Bathrooms: 1
Flooring: Wood
Counters: Granite
Parking: Yes
Deck/Patio/Balcony: Private Roof Deck

Case 23-00217-ELG   Doc 166-4   Filed 06/20/25   Entered 06/23/25 10:48:11   Desc
Exhibit   Page 124 of 181
Main File No. 0006050 Page #14

**Insurance**



**GREATAMERICAN.**
**INSURANCE GROUP**
301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒   Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company.**

Policy Number:   RAP3364992-18                     Renewal of:   RAP3364992-17

Program Administrator:        Herbert H. Landy Insurance Agency Inc.
                              75 Second Ave Suite 410  Needham, MA 02494-2876

Item 1. Named Insured:   Anne Rothemel

Item 2. Address:               5841 Riverside Drive
        City, State, Zip Code:   Woodbridge, VA 22193

Item 3. Policy Period: From   **04/30/2018**   To   **04/30/2019**
                              *(Month, Day, Year)*      *(Month, Day, Year)*
        (Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. Limits of Liability:

    A. $   500,000      Damages Limit of Liability – Each Claim

    B. $   500,000      Claim Expenses Limit of Liability – Each Claim

    C. $   1,000,000    Damages Limit of Liability – Policy Aggregate

    D. $   1,000,000    Claim Expenses Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of **Claim Expenses**):

    A. $   0.00        Each Claim

    B. $   0.00        Aggregate

Item 6. Premium: $    573.00

Item 7. **Retroactive Date** (if applicable):   04/30/2011

Item 8. Forms, Notices and Endorsements attached:
        D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
        D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

                                          *Bestey H. Fitzgerald*
                                          Authorized Representative

D42101 (03/15)                                                 Page 1 of 1

Case 23-00217-ELG    Doc 166-4    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 125 of 181
Main File No. 0006050  Page #15

**License**



# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700          Fax Number:

| INVOICE NUMBER | |
|---|---|
| 0006052 | |
| **DATE** | |
| 08/30/2018 | |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006052 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006052 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

| | |
|---|---|
| Lender: Washington Capital Partners | Client: Washington Capital Partners |
| Purchaser/Borrower: | |
| Property Address: 1260 Holbrook Ter NE | |
| City: Washington | |
| County: District of Columbia | State: DC          Zip: 20002 |
| Legal Description: Lot 49, Square 4055, Unit 6, Trinidad | |

| FEES | AMOUNT |
|---|---|
| | 375.00 |
| **SUBTOTAL** | 375.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** | $  375.00 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| AMOUNT DUE: | $ | 375.00 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER | |
|---|---|
| 0006052 | |
| **DATE** | |
| 08/30/2018 | |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006052 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006052 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
1260 Holbrook Ter NE
Lot 49, Square 4055, Unit 6, Trinidad
Washington, DC 20002

### FOR:
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:
08/30/2018

### BY:
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1260 Holbrook Ter NE |
| | Legal Description | Lot 49, Square 4055, Unit 6, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 1,100,000 |
| | Date of Sale | 7/16/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Lender | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 850 |
| | Price per Square Foot | $ 1,294.12 |
| | Location | N;Res; |
| | Age | 70 |
| | Condition | Good-New |
| | Total Rooms | 5 |
| | Bedrooms | 2 |
| | Baths | 1.0 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 08/30/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 405,000 |

Main File No. 0006052  Page #3

## Individual Condominium Unit Appraisal Report

File # 0006052

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

### SUBJECT

| | |
|---|---|
| Property Address 1260 Holbrook Ter NE | Unit # 6    City Washington    State DC    Zip Code 20002 |
| Borrower | Owner of Public Record Isiah Foskey    County District of Columbia |
| Legal Description Lot 49, Square 4055, Unit 6, Trinidad | |
| Assessor's Parcel # 4055 0049 | Tax Year 2017    R.E. Taxes $ 4,645 |
| Project Name TBD | Phase # 1    Map Reference 47894    Census Tract 0088.04 |
| Occupant Owner  Tenant  Vacant | Special Assessments $ 0    HOA $ 0    per year   per month |
| Property Rights Appraised Fee Simple  Leasehold  Other (describe) | |
| Assignment Type Purchase Transaction  Refinance Transaction  Other (describe) | |
| Lender/Client Washington Capital Partners | Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    Yes    No
Report data source(s) used, offering price(s), and date(s).    The subject was listed 5/06/2018 for $2,400,000, reduced to $1,300,000 and contracted after 77 DOM; MLS #DC10232094

### CONTRACT

I  did  did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.    The contract appears typical. The sales price reflects as-is condition. The contract price is $1,100,000 and an additional Buyer Fee of $50,000 is due.

Contract Price $ 1,100,000    Date of Contract 7/16/2018    Is the property seller the owner of public record?    Yes    No  Data Source(s)  Contract, Tax Rec.
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    YES    NO
If Yes, report the total dollar amount and describe the items to be paid.    0

### NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban  Rural | Property Values | Increasing | Stable  Declining | PRICE $ (000) | AGE (yrs) | One-Unit | 65 % |
| Built-Up | Over 75% | 25-75%  Under 25% | Demand/Supply | Shortage | In Balance  Over Supply | Low 1 | | 2-4 Unit | 3 % |
| Growth | Rapid | Stable  Slow | Marketing Time | Under 3 mths | 3-6 mths  Over 6 mths | 157 Low 1 | | Multi-Family | 12 % |
| Neighborhood Boundaries | | The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida | | | | 799 High 118 | | Commercial | 18 % |
| Ave and west of Bladensburg Rd. | | | | | | 411 Pred. 72 | | Other | 2 % |

Neighborhood Description    Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions)    Average marketing time based on data is 0-3 months when properly listed. The market had lightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

### PROJECT SITE

Topography Level    Size Average    Density Average    View Residential/Avg
Specific Zoning Classification RF-1    Zoning Description Res Single Family Row/Res Flat Zones
Zoning Compliance  Legal  Legal Nonconforming — Do the zoning regulations permit rebuilding to current density?  Yes  No
 No Zoning  Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  Yes  No  If No, describe    Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street Asphalt | | |
| Gas | | | Sanitary Sewer | | | Alley Asphalt | | |

FEMA Special Flood Hazard Area  Yes  No  FEMA Flood Zone X    FEMA Map # 1100010036C    FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area?  Yes  No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  Yes  No  If Yes, describe
 There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

### PROJECT INFORMATION

Data source(s) for project information    MLS, Tax Records, Inspection, Borrower
Project Description  Detached  Row or Townhouse  Garden  Mid-Rise  High-Rise  Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 5 | Exterior Walls | Brick | # of Units | 7 | # of Phases | | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Built-up | # of Units Completed | 0 | # of Units | | # of Planned Units | 7 |
| Existing  Proposed | | Total # of Parking | 4 | # of Units For Sale | 0 | # of Units for Sale | | # of Units for Sale | 0 |
| Under Construction | | Ratio (spaces/units) 0.57/1 | | # of Units Sold | 0 | # of Units Sold | | # of Units Sold | 0 |
| Year Built | 1948 | Type | Off Street | # of Units Rented | 0 | # of Units Rented | | # of Units Rented | 0 |
| Effective Age | 1 | Guest Parking | Street | # of Owner Occupied Units | 0 | # of Owner Occupied Units | | # of Owner Occupied Units | 0 |

Project Primary Occupancy  Principal Residence  Second Home or Recreational  Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?  Yes  No
Management Group –  Homeowners' Association  Developer  Management Agent – Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?  Yes  No  If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium?  Yes  No  If Yes, describe the original use and date of conversion.
The proposed condo project will be a conversion from a multi-family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?  Yes  No  If No, describe
The project is incomplete.

Is there any commercial space in the project?  Yes  No  If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

---

Freddie Mac Form 465 March 2005    Page 1 of 6    Fannie Mae Form 1073 March 2005

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0006052  Page #4

## Individual Condominium Unit Appraisal Report

File # 0006052

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds, Rooftop Deck

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No    If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes    No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $    per month X 12 = $    per year    Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | | |
|---|---|---|---|---|---|---|---|---|
| Floor # 3rd & 4th Flrs | Floors | Hardwood/Tile/New | Fireplace(s) # | 0 | Refrigerator | None | | |
| # of Levels 2 | Walls | Drywall/New | WoodStove(s) # | 0 | Range/Oven | Garage  Covered  Open | | |
| Heating Type FWA  Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio | RfDeck | Disp  Microwave | # of Cars  1 | | |
| Central AC  Individual AC | Bath Wainscot | Tile/New | Porch/Balcony | None | Dishwasher | Assigned  Owned | | |
| Other (describe) | Doors | 6 Panel/New | Other | None | Washer/Dryer | Parking Space #  4 | | |
| Finished area **above** grade contains: | | 5  Rooms | 2 Bedrooms | 1.0  Bath(s) | 850  Square Feet of Gross Living Area Above Grade | | | |

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters, stainless steel appliances and tile in the bathroom.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 08/30/2018 | 08/30/2018 | 08/30/2018 | 08/30/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    After a thorough search of the multiple listing service and tax records, there were no prior sales of comparables in the past 12 months. The subject was not transferred in the past 36 months. All comps appear arms-length.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006052

| | | | |
|---|---|---|---|
| There are | 12 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 309,900 | to $ 395,000 |
| There are | 26 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 298,225 | to $ 499,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and | 1260 Holbrook Ter NE | 1109 Holbrook Ter NE | 1363 Childress St NE | 1149 Owen Pl NE |
| Unit # | 6, Washington, DC 20002 | 3, Washington, DC 20002 | 4, Washington, DC 20002 | 1, Washington, DC 20002 |
| Project Name and | TBD | 1109 Holbrook Ter Condos | Alana | 1149 Owen Pl Condos |
| Phase | 1 | 1 | 1 | 1 |
| Proximity to Subject | | 0.17 miles NW | 0.16 miles SE | 0.21 miles W |
| Sale Price | $ 1,100,000 | $ 405,000 | $ 365,000 | $ 380,000 |
| Sale Price/Gross Liv. Area | $ 1294.12 sq. ft. | $ 506.25 sq. ft. | $ 456.25 sq. ft. | $ 304.00 sq. ft. |
| Data Source(s) | | MRIS#DC10229332;DOM 16 | MRIS#DC10138717;DOM 6 | MRIS#DC10064964;DOM 42 |
| Verification Source(s) | | County Records/Visual | County Records/Visual | County Records/Visual |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION    +(-) $ Adjustment | DESCRIPTION    +(-) $ Adjustment | DESCRIPTION    +(-) $ Adjustment |
| Sales or Financing | | ArmLth | ArmLth | ArmLth |
| Concessions | | Conv;10125            -10,125 | Conv;10950 | Conv;0 |
| Date of Sale/Time | | s06/18;c05/18 | s03/18;c01/18 | s12/17;c11/17 |
| Location | N;Res; | N;Res; | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | TBD | 171 | 190 | 207              0 |
| Common Elements | Common Areas | Common Areas | Common Areas | Common Areas |
| and Rec. Facilities | Rooftop Deck | Common Areas          +4,000 | Common Areas          +4,000 | Common Areas          +4,000 |
| Floor Location | 3rd & 4th Flr/Top | 2nd Floor/Top              0 | 2nd Floor/Top              0 | Basement Floor       +30,000 |
| View | N;Res; | N;Res; | N;Res; | N;Res; |
| Design (Style) | Mid-Rise | Garden                     0 | Garden                     0 | Garden                     0 |
| Quality of Construction | Good | Good | Good | Good |
| Actual Age | 70 | 67 | 78 | 87                        0 |
| Condition | Good-New | Good-New              +5,000 | Good-New | Good-New |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | Total  Bdrms.  Baths | Total  Bdrms.  Baths |
| Room Count | 5      2     1.0 | 5      2      2.0     -5,000 | 5      2      2.0     +5,000 | 7      3      2.0    -15,000 |
| Gross Living Area | 850 sq. ft. | 800 sq. ft.              0 | 800 sq. ft.              0 | 1,250 sq. ft.       -34,000 |
| Basement & Finished | 0 | 0 | 0 | 0 |
| Rooms Below Grade | 0 | 0 | 0 | 0 |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Insulated Wds | Insulated Wds | Insulated Wds | Insulated Wds |
| Garage/Carport | Drwy/Off Street | Drwy/Off Street | Drwy/Off Street | None                +20,000 |
| Porch/Patio/Deck | Rooftop Deck | Balcony               +11,000 | Balcony               +11,000 | Patio                +11,000 |
| Fireplace | None | None | None | None |
| | | | | |
| Net Adjustment (Total) | | +   -  $       4,875 | +   -  $      20,000 | +   -  $      16,000 |
| Adjusted Sale Price | | Net Adj.    1.2   % | Net Adj.    5.5   % | Net Adj.    4.2   % |
| of Comparables | | Gross Adj.  8.7  %  $  409,875 | Gross Adj.  5.5  %  $  385,000 | Gross Adj.  30.0 %  $  396,000 |

Summary of Sales Comparison Approach    After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #1 was renovated 2 years ago. Comp #1 settled above the list price and received a sales concessions adjustment.   Comp #2 settled in range with other sales and current listings and did not warrant a sales concessions adjustment.

Indicated Value by Sales Comparison Approach $    405,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____    X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach _____
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $    405,000        Income Approach (if developed) $ _____

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach.  The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made    "as is",    subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,    subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or    subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  subject to complete renovation and conversion.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$    405,000    , as of    08/30/2018    , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report

File # 0006052

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report          File # 0006052

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report    File # 0006052

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| | |
|---|---|
| Signature | Signature |
| Name  Anne' Rothenel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  August 31, 2018 | Date of Signature |
| Effective Date of Appraisal  06/30/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other                                State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |
| |   Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED |   Did inspect exterior of subject property from street |
| 1260 Holbrook Ter NE, # 6 |   Date of Inspection |
| Washington, DC 20002 |   Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $         405,000 |   Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners |   Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 |   Did inspect exterior of comparable sales from street |
| |   Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0006052 Page #9

## Location Map

| Client | Washington Capital Partners |
| --- | --- |
| Property Address | 1260 Holbrook Ter NE |
| City | Washington |
| Lender | Washington Capital Partners |

| County | District of Columbia | State | DC | Zip Code | 20002 |



Main File No. 0006052  Page #10

## Subject Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 | |
| Lender | Washington Capital Partners | | | | |



### Subject Front

| | |
|---|---|
| 1260 Holbrook Ter NE | |
| Sales Price | 1,100,000 |
| Gross Living Area | 850 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |

### Subject Rear



### Subject Street



## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | |



**Interior**

1260 Holbrook Ter NE
| | |
|---|---|
| Sales Price | 1,100,000 |
| Gross Living Area | 850 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |



**Interior**



**Interior**

## Comparable Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Lender | Washington Capital Partners | | | | | |



### Comparable 1

| | |
|---|---|
| 1109 Holbrook Ter NE | |
| Prox. to Subject | 0.17 miles NW |
| Sales Price | 405,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 87 |



### Comparable 2

| | |
|---|---|
| 1363 Childress St NE | |
| Prox. to Subject | 0.16 miles SE |
| Sales Price | 365,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 78 |



### Comparable 3

| | |
|---|---|
| 1149 Owen Pl NE | |
| Prox. to Subject | 0.21 miles W |
| Sales Price | 380,000 |
| Gross Living Area | 1,250 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 87 |

Main File No. 0006052  Page #13

## Supplemental Addendum

File No. 0006052

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 3 to 30 days on the open market in order to have a market value of $405,000 on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently a 6 unit multi-family dwelling and proposed use is a 7 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have a common rooftop deck.

Condo 6: Front Of House
Size: 850:
Floor location: 3
# of Levels: 2 ( Pop Up Top & Roof Top)
# of Bedrooms: 2
# of Bathrooms: 1
Flooring: Wood
Counters: Granite
Parking: Yes
Deck/Patio/Balcony: Private Roof Deck



**GREAT** **AMERICAN.**
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒  Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:    RAP3364992-18                         Renewal of:    RAP3364992-17

Program Administrator:      Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876

---

Item 1. Named Insured:    **Anne Rothemel**

Item 2. Address:            **5841 Riverside Drive**

City, State, Zip Code:      **Woodbridge, VA 22193**

Item 3. Policy Period: From   **04/30/2018**     To    **04/30/2019**
(*Month, Day, Year*)      (*Month, Day, Year*)
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4.  Limits of Liability:

A. $   **500,000**       Damages Limit of Liability – Each Claim

B. $   **500,000**       Claim Expenses Limit of Liability – Each Claim

C. $   **1,000,000**     Damages Limit of Liability – Policy Aggregate

D. $   **1,000,000**     Claim Expenses Limit of Liability – Policy Aggregate

Item 5.  Deductible (Inclusive of Claim Expenses):

A. $   **0.00**          Each Claim

B. $   **0.00**          Aggregate

Item 6. Premium: $    **573.00**

Item 7. Retroactive Date (if applicable):      **04/30/2011**

Item 8. Forms, Notices and Endorsements attached:
D42100 (03/15)  D42300 VA (03/15)   IL7324 (08/12)
D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

*Kelley a Megwiak*
Authorized Representative

D42101 (03/15)                                                                      Page 1 of 1



# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700          Fax Number:

| INVOICE NUMBER |
| --- |
| 0006061 |

| DATE |
| --- |
| 08/31/2018 |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

### REFERENCE

| | |
| --- | --- |
| Internal Order #: | 0006061 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006061 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

| | | | | |
| --- | --- | --- | --- | --- |
| **Lender:** Washington Capital Partners | | **Client:** Washington Capital Partners | | |
| **Purchaser/Borrower:** Coloma River Holdings, LLC | | | | |
| **Property Address:** 1260 Holbrook Ter NE | | | | |
| **City:** Washington | | | | |
| **County:** District of Columbia | | **State:** DC | | **Zip:** 20002 |
| **Legal Description:** Lot 49, Square 4055, Unit 7, Trinidad | | | | |

## FEES                                                                 AMOUNT

|  | |
| --- | --- |
| | 375.00 |
| **SUBTOTAL** | 375.00 |

## PAYMENTS                                                         AMOUNT

| | | | |
| --- | --- | --- | --- |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | |
| | | **TOTAL DUE** | $   375.00 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

AMOUNT DUE:          $ _____ 375.00

AMOUNT ENCLOSED:          $ _____

| INVOICE NUMBER |
| --- |
| 0006061 |

| DATE |
| --- |
| 08/31/2018 |

### REFERENCE

| | |
| --- | --- |
| Internal Order #: | 0006061 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006061 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:

1260 Holbrook Ter NE
Lot 49, Square 4055, Unit 7, Trinidad
Washington, DC 20002

### FOR:

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:

08/30/2018

### BY:

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

# SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 1260 Holbrook Ter NE | |
| Legal Description | Lot 49, Square 4055, Unit 7, Trinidad | |
| City | Washington | |
| County | District of Columbia | |
| State | DC | |
| Zip Code | 20002 | |
| Census Tract | 0088.04 | |
| Map Reference | 47894 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ 1,100,000 | |
| Date of Sale | 7/16/2018 | |

| CLIENT | | |
|---|---|---|
| Client | Washington Capital Partners | |
| Lender | Washington Capital Partners | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 1,500 | |
| Price per Square Foot | $ | |
| Location | N;Res; | |
| Age | 70 | |
| Condition | Good-New | |
| Total Rooms | 6 | |
| Bedrooms | 3 | |
| Baths | 2.0 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Anne' Rothermel | |
| Date of Appraised Value | 08/30/2018 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 545,000 | |

## Individual Condominium Unit Appraisal Report

File # 0006061

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address 1260 Holbrook Ter NE | Unit # 7 | City Washington | State DC  Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | | Owner of Public Record Isiah Foskey | County District of Columbia |

Legal Description  Lot 49, Square 4055, Unit 7, Trinidad
Assessor's Parcel #  4055 0049

| Tax Year 2017 | R.E. Taxes $ 4,645 |
|---|---|
| Map Reference 47894 | Census Tract 0088.04 |

Project Name  TBD

Phase #  1  Special Assessments $  0  HOA $ 0  per year  per month

Occupant   Owner   Tenant   Vacant
Property Rights Appraised   Fee Simple   Leasehold   Other (describe)
Assignment Type   Purchase Transaction   Refinance Transaction   Other (describe)
Lender/Client  Washington Capital Partners   Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   Yes   No
Report data source(s) used, offering price(s), and date(s).   The subject was listed 5/06/2018 for $2,400,000, reduced to $1,300,000 and contracted at 77 DOM; MLS #DC10232094

**CONTRACT**

I   did   did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   The contract appears typical. The sales price reflects as-is condition. The current contract price is $1,100,000 and an additional finder Fee of $50,000 is being paid.

Contract Price $ 1,100,000   Date of Contract 7/16/2018   Is the property seller the owner of public record?   Yes   No   Data Source(s)  Contract, Tax Rec.
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   YES   NO
If Yes, report the total dollar amount and describe the items to be paid.   0

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban | Rural | Property Values | Increasing | Stable | Declining | PRICE | AGE | One-Unit | 65 % |
| Built-Up | Over 75% | 25-75% | Under 25% | Demand/Supply | Shortage | In Balance | Over Supply | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Growth | Rapid | Stable | Slow | Marketing Time | Under 3 mths | 3-6 mths | Over 6 mths | 157 Low | 1 | Multi-Family | 12 % |

Neighborhood Boundaries  The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.

| | | | Commercial | 18 % |
|---|---|---|---|---|
| 799 | High | 118 | Other | 2 % |
| 411 | Pred. | 72 | | |

Neighborhood Description   Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions)   Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

Topography Level   Size Average   Density Average   View Residential/Avg
Specific Zoning Classification RF-1   Zoning Description Res Single Family Row/Res Flat Zones
Zoning Compliance   Legal   Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?   Yes   No
   No Zoning   Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   Yes   No If No, describe   Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street  Asphalt | | |
| Gas | | | Sanitary Sewer | | | Alley  Asphalt | | |

FEMA Special Flood Hazard Area   Yes   No   FEMA Flood Zone X   FEMA Map # 1100010036C   FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area?   Yes   No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   Yes   No If Yes, describe
   There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

**PROJECT INFORMATION**

Data source(s) for project information   MLS, Tax Records, Inspection, Borrower
Project Description   Detached   Row or Townhouse   Garden   Mid-Rise   High-Rise   Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 5 | Exterior Walls | Brick | # of Units | 7 | # of Phases | | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Built-up | # of Units Completed | 0 | # of Units | | # of Planned Units | 7 |
| Existing | Proposed | Total # Parking | 4 | # of Units For Sale | 0 | # of Units for Sale | | # of Units for Sale | 0 |
| Under Construction | | Ratio (spaces/units) | 0.57/1 | # of Units Sold | 0 | # of Units Sold | | # of Units Sold | 0 |
| Year Built | 1948 | Type | Off Street | # of Units Rented | 0 | # of Units Rented | | # of Units Rented | 0 |
| Effective Age | 1 | Guest Parking | Street | # of Owner Occupied Units | 0 | # of Owner Occupied Units | | # of Owner Occupied Units | 0 |

Project Primary Occupancy   Principal Residence   Second Home or Recreational   Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?   Yes   No
Management Group –   Homeowners' Association   Developer   Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?   Yes   No   If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium?   Yes   No  If Yes, describe the original use and date of conversion.
The proposed condo project will be a conversion from a multi-family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?   Yes   No If No, describe
The project is proposed.

Is there any commercial space in the project?   Yes   No  If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

| Freddie Mac Form 465 March 2005 | Page 1 of 6 | Fannie Mae Form 1073 March 2005 |
|---|---|---|

## Individual Condominium Unit Appraisal Report

File # 0006061

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.   Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.   Common grounds, Rooftop Deck

Are any common elements leased to or by the Homeowners' Association?   Yes   No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?   Yes   No  If Yes, $         per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?   Yes   No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I   did   did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.   I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?   Yes   No   If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   High   Average   Low  If High or Low, describe   The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes   No   If Yes, describe and explain the effect on value and marketability.

Unit Charge $         per month X 12 = $         per year   Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment   None   Heat   Air Conditioning   Electricity   Gas   Water   Sewer   Cable   Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

**UNIT DESCRIPTION**

| General Description | | Interior | materials/condition | Amenities | | Appliances | | Car Storage | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Floor # | Main & 2nd Flrs | Floors | Hardwood/Tile/New | Fireplace(s) # | 0 | Refrigerator | | None | | |
| # of Levels | 2 | Walls | Drywall/New | WoodStove(s) # | 0 | Range/Oven | | Garage | Covered | Open |
| Heating Type FWA | Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio | Deck | Disp   Microwave | | # of Cars | | 0 |
| Central AC | Individual AC | Bath Wainscot | Tile/New | Porch/Balcony | None | Dishwasher | | Assigned | Owned | |
| Other (describe) | | Doors | 6 Panel/New | Other | None | Washer/Dryer | | Parking Space # | | 0 |
| Finished area **above** grade contains: | | | 6 Rooms | 3 Bedrooms | 2.0 Bath(s) | 1,500 | Square Feet of Gross Living Area Above Grade | | | |

Are the heating and cooling for the individual units separately metered?   Yes   No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)   The subject will feature hardwood floors, granite counters, stainless steel appliances and tile in the bathrooms.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   Yes   No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   Yes   No  If No, describe

**PRIOR SALE HISTORY**

I   did   did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research   did   did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)   MLS, Tax Records
My research   did   did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)   MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 08/30/2018 | 08/31/2018 | 08/31/2018 | 08/31/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.   After a thorough search of the multiple listing service and tax records, there were no prior sales of comparables in the past 12 months. The subject was not transferred in the past 36 months. All comps appear arms-length.

## Individual Condominium Unit Appraisal Report

File # 0006061

| | | | |
|---|---|---|---|
| There are | 16 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 309,900 | to $ 619,000 |
| There are | 30 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 298,225 | to $ 689,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and Unit # | 1260 Holbrook Ter NE 7, Washington, DC 20002 | 1375 Childress St NE 1, Washington, DC 20002 | 1258 Holbrook Ter NE 3, Washington, DC 20002 | 1258 Holbrook Ter NE 6, Washington, DC 20002 |
| Project Name and Phase | TBD 1 | 1375 Childress St Condo 1 | 1258 Holbrook Ter Condo 1 | 1258 Holbrook Ter Condo 1 |
| Proximity to Subject | | 0.15 miles SE | 0.01 miles N | 0.01 miles N |
| Sale Price | $ 1,100,000 | $ 565,000 | $ 475,000 | $ 540,000 |
| Sale Price/Gross Liv. Area | $ 733.33 sq. ft. | $ 356.02 sq. ft. | $ 387.76 sq. ft. | $ 429.94 sq. ft. |
| Data Source(s) | | MRIS#DC10199123;DOM 78 | MRIS#DC10100572;DOM 17 | MRIS#DC10106937;DOM 26 |
| Verification Source(s) | | Tax Record,Visual from street. | Tax Record,Visual from street. | Tax Record,Visual from street. |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | ArmLth Conv;1152          -1,152 | ArmLth Conv;10000          -10,000 |
| Date of Sale/Time | | s07/18;c06/18 | s02/18;c12/17 | s02/18;c12/17 |
| Location | N;Res; | N;Res; | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | TBD | 282 | 253                     0 | 253                     0 |
| Common Elements and Rec. Facilities | Common Areas Rooftop Deck | Common Areas Common Areas          +4,000 | Common Areas          +4,000 | Common Areas          +4,000 |
| Floor Location | Ground & Top Fl | Ground Floor | 2nd Floor/Middle          +15,000 | Top Floor                0 |
| View | N;Res; | N;Res; | N;Res; | N;Res; |
| Design (Style) | Mid-Rise | Garden                0 | Garden                0 | Garden                0 |
| Quality of Construction | Good | Good | Good | Good |
| Actual Age | 70 | 1                     0 | 79                     0 | 79                     0 |
| Condition | Good-New | Good-New | Good-New | Good-New |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths |
| Room Count | 6    3    2.0 | 6    3    2.0 | 6    3    2.0 | 6    3    2.0 |
| Gross Living Area | 1,500 sq. ft. | 1,587 sq. ft.          0 | 1,225 sq. ft.          +26,125 | 1,256 sq. ft.          +23,180 |
| Basement & Finished Rooms Below Grade | 0 0 | 0 0 | 0 0 | 0 0 |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Insulated Wds | Insulated Wds | Insulated Wds | Insulated Wds |
| Garage/Carport | None | Drwy/Off Street          -20,000 | None | Drwy/Off Street          -20,000 |
| Porch/Patio/Deck | Deck | Balcony          +11,000 | None          +15,000 | None          +15,000 |
| Fireplace | None | None | None | None |
| Net Adjustment (Total) | | + - $          -5,000 | + - $          58,973 | + - $          12,180 |
| Adjusted Sale Price of Comparables | | Net Adj.  0.9  % Gross Adj.  6.2  % $  560,000 | Net Adj.  12.4  % Gross Adj.  12.9  % $  533,973 | Net Adj.  2.3  % Gross Adj.  13.4  % $  552,180 |

Summary of Sales Comparison Approach   After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom.

Indicated Value by Sales Comparison Approach $   545,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $   545,000          Income Approach (if developed) $

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made   "as is",   subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,   subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or   subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   subject to complete renovation and conversion.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   545,000   , as of   08/30/2018   , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report     File # 0006061

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report    File # 0006061

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

---

## Individual Condominium Unit Appraisal Report    File # 0006061

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| | |
|---|---|
| Signature | Signature |
| Name   Anne' Rothemel | Name |
| Company Name   ADK Appraisals, Inc. | Company Name |
| Company Address   5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| | |
| Telephone Number   (703) 597-7700 | Telephone Number |
| Email Address   mail@adkappraisals.com | Email Address |
| Date of Signature and Report   August 31, 2018 | Date of Signature |
| Effective Date of Appraisal   08/30/2018 | State Certification # |
| State Certification #   CR11308 | or State License # |
| or State License # | State |
| or Other   State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License   02/28/2020 | SUBJECT PROPERTY |
| | Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | Did inspect exterior of subject property from street |
| 1260 Holbrook Ter NE, # 7 | Date of Inspection |
| Washington, DC 20002 | Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   545,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name   Washington Capital Partners | Did not inspect exterior of comparable sales from street |
| Company Address   2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0006061 Page #9

## Location Map

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |



Main File No. 0006061  Page #10

## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | | |



### Subject Front

| | |
|---|---|
| 1260 Holbrook Ter NE | |
| Sales Price | 1,100,000 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |

### Subject Rear



### Subject Street



Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Subject Photo Page**

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 | |
| Lender | Washington Capital Partners | | | | |



### Exterior

| | |
|---|---|
| 1260 Holbrook Ter NE | |
| Sales Price | 1,100,000 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 70 |



### Roof

### Comparable Photo Page

| | |
|---|---|
| Client | Washington Capital Partners |
| Property Address | 1260 Holbrook Ter NE |
| City | Washington |
| Lender | Washington Capital Partners |
| County | District of Columbia |
| State | DC |
| Zip Code | 20002 |



**Comparable 1**

1375 Childress St NE
| | |
|---|---|
| Prox. to Subject | 0.15 miles SE |
| Sales Price | 565,000 |
| Gross Living Area | 1,587 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 1 |



**Comparable 2**

1258 Holbrook Ter NE
| | |
|---|---|
| Prox. to Subject | 0.01 miles N |
| Sales Price | 475,000 |
| Gross Living Area | 1,225 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 79 |



**Comparable 3**

1258 Holbrook Ter NE
| | |
|---|---|
| Prox. to Subject | 0.01 miles N |
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 79 |

### Supplemental Addendum

File No. 0006061

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1260 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Lender | Washington Capital Partners | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 3 to 30 days on the open market in order to have a market value of $405,000 on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently a 6 unit multi-family dwelling and proposed use is a 7 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have a common rooftop deck.

Condo 7: Carriage House in Rear
Size: 1500 sf
Floor location: Main & 2nd
# of Levels: 2
# of Bedrooms: 3
# of Bathrooms: 2
Flooring: Wood
Counters: Granite
Parking: No
Deck/Patio/Balcony: Private Roof Deck



**GREAT**AMERICAN.
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒  Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the Company.

Policy Number:  RAP3364992-18              Renewal of:  RAP3364992-17

Program Administrator:      **Herbert H. Landy Insurance Agency Inc.**
                           **75 Second Ave Suite 410  Needham, MA 02494-2876**

Item 1. Named Insured:    Anne Rothermel

Item 2. Address:          5841 Riverside Drive
        City, State, Zip Code:   Woodbridge, VA 22193

Item 3. **Policy Period:** From  **04/30/2018**      To    **04/30/2019**
                            (Month, Day, Year)      (Month, Day, Year)
        (Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. **Limits of Liability.**

   A. $   **500,000**        Damages Limit of Liability – Each Claim

   B. $   **500,000**        Claim Expenses Limit of Liability – Each Claim

   C. $  **1,000,000**       Damages Limit of Liability – Policy Aggregate

   D. $  **1,000,000**       Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible (Inclusive of Claim Expenses):**

   A. $   **0.00**           Each Claim

   B. $   **0.00**           Aggregate

Item 6. Premium: $     573.00

Item 7. **Retroactive Date** (if applicable):    04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
        D42100 (03/15)  D42300 VA (03/15)   IL7324 (08/12)
        D42402 (05/13)  D42403 (05/13)  D42412 (03/17)  D42413 (06/17)

                                                    *Bonny a Wagerman*
                                                    Authorized Representative

D42101 (03/15)                                                      Page 1 of 1

**License**



GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

*certifies that*

**ANNE ROTHERMEL**
ADK APPRAISALS, INC.
5841 RIVERSIDE DRIVE
WOODBRIDGE VA 22193

*has met all requirements by law and regulations and is hereby licensed as:*

**APPRAISER CERTIFIED RESIDENTIAL**
License #: CR11305

Issue Date: 3/1/2018
Expiration Date: 2/28/2020

*Director, Department of*
*Consumer and Regulatory Affairs*

# APPRAISAL REPORT

## PROSPECTIVE VALUE, FULLY LEASED AND STABILIZED AND AS-IS OPINION OF MARKET VALUE

### OF:

## SEVEN UNIT APARTMENT BUILDING WITH 16 BEDROOMS TO BE LEASED AS CO-LIVING / SHARED HOUSING

### LOCATED AT:

1260 HOLBROOK TERRACE, NORTHEAST
WASHINGTON, DC  20002

### VALUED AS OF:

MARCH 18, 2020 (AS-IS OPINION OF VALUE)

JUNE 18, 2020 (PROSPECTIVE VALUE, FULLY LEASED AND STABILIZED)

### PREPARED FOR:

MR. ROSS BERMAN
VICE PRESIDENT, COMMERCIAL LENDING
CONGRESSIONAL BANK
6701 DEMOCRACY BLVD.. SUITE 400
BETHESDA, MD 20817

### PREPARED BY:

BRIAN KING &
ALFRED B. RILEY, JR., SRA
RILEY & ASSOCIATES. LLC
18221-A FLOWER HILL WAY
GAITHERSBURG, MD  20879
(301) 355-5001 FAX (301) 355-5006

## RILEY & ASSOCIATES, LLC
### Real Estate Appraisers and Consultants
#### 18221-A Flower Hill Way
#### Gaithersburg, Maryland 20879
#### Office (301) 355-5001    Fax (301) 355-5006

*Alfred B. Riley, Jr., SRA*
*Member Appraisal Institute*
*Certified General Appraiser*

*State of Maryland*
*District of Columbia*
*Commonwealth of Virginia*

April 2, 2020

Mr. Ross Berman
Vice President, Commercial Lending
Congressional Bank
6701 Democracy Blvd., Suite 400
Bethesda, MD 20817

Re:    Prospective Value Fully Leased & Stabilized as Co-
Living / Shared Housing & As Is Opinion of Value
1260 Holbrook Terrace, Northeast
Washington, DC 20002

Dear Mr. Berman;

Pursuant to your request, Brian King made an inspection of the above captioned site, legally described as 49 in Square 4055; District of Columbia, for the purpose of estimating the opinion of the prospective value fully leased and stabilized as Co-Living rental housing, and the as-is opinion of value in accordance with your Letter of Engagement dated February 25, 2020.

This is an Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of the Uniform Standards of Professional Appraisal Practice for an Appraisal Report. As such, it presents summary discussions of the data, reasoning and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Much of the supporting documentation concerning the data, reasoning and analyses is retained in the appraiser's file. The depth of discussion contained in this report is specific to the needs of the client and for the intended use. The appraiser is not responsible for unauthorized use of this report.

The appraisal was performed in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP) and was not based on a requested minimum valuation, specific valuation or the approval of a loan.

Based on an inspection of the property and the investigations and analyses undertaken, it is our opinion that as of March 18, 2021, the prospective leased-fee value, fully leased & stabilized as Co-Living enterprise, will be:

**TWO MILLION FOUR HUNDRED THOUSAND DOLLARS
($2,400,000)**

*The Prospective Value Fully Leased & Stabilized is estimated at $2,400,000; of which, $110,000 is attributed to Fixtures, Furnishings and Equipment (FF&E) and $3,500 is attributed to Soft Goods.*

Based on an inspection of the property and the investigations and analyses undertaken, it is our opinion that as of March 18, 2020, the as-is fee simple opinion of value, is:

**TWO MILLION FIVE HUNDRED FIFTY THOUSAND DOLLARS
($2,550,000)**

*It should be noted that as of the effective date of appraisal, COVID-19/Coronavirus pandemic is an obvious issue relating to the valuation of the subject property; however, during our verification of data and interviews with parties involved in the transactions used to render the opinions of value, there is a direct impact on the co-living market as summarized in the articles referenced on pp.3-4. While the coming days/weeks/months may provide clarity in some respects, certain "unknowns" are likely to remain for some time. We suggest the client and intended user of this report consider re-appraising the property at a future point in time in order to monitor its impact on market conditions or trends.*

The accompanying appraisal report, of which this letter is considered part, sets forth the identification of the subject property, pertinent facts about the area in relation to the appraised, the comparable data used, the results of the investigations and analyses undertaken, the reasoning leading to the conclusions set forth and the underlying assumptions and limiting conditions upon which the value provided in this report is premised. The value provided herein is in terms of cash. Should you have any questions concerning this appraisal, please feel free to contact me.

Respectfully submitted,

Brian T. King
Certified General Real Property Appraiser
District of Columbia #11433

Alfred B. Riley, Jr., SRA
Certified General Real Property Appraiser
District of Columbia #10112

## SUMMARY OF IMPORTANT FACTS AND CONCLUSIONS

| | |
|---|---|
| *Address:* | 1260 Holbrook Terrace, Northeast<br>Washington, DC 20002 |
| *Legal Description:* | Lot 49 in Square 4055;<br>District of Columbia |
| *Highest and Best Use:* | Upon lease-up and used as a residential investment property |
| *Site Area:* | 4,378 Square Feet |
| *Zoning:* | RF-1 |
| *Gross Building Area:* | 6,660 Square Feet (Includes Cellar) |
| *Net Salable Area:* | 4,777 Square Feet (Includes Cellar) |
| *Number of Units:* | 7 Residential Units (5, 2-Br & 2, 3-Br Units) |

*Proposed Unit Mix:*

| | | |
|---|---|---|
| | 5 - 2Br/2Ba | 585 Sf – 670 Sf |
| | 2 - 3Br/2Ba | 756 Sf |

*Estimated Market Value:*

| | | |
|---|---|---|
| Cost Approach: | | N/A |
| Sales Comparison Approach: | | $2,550,000 (As-Is) |
| Income Approach: | | $2,400,000 ~<br>$2,140,000 (As-is) |

*Concluded Values:*   $2,400,000 ~
$2,550,000 (As-Is)

*~ The Prospective Value Fully Leased & Stabilized is estimated at $2,400,000; of which, $110,000 is attributed to Fixtures, Furnishings and Equipment (FF&E) and $3,500 is attributed to Soft Goods.*

| | |
|---|---|
| *Dates of Appraisal:* | March 18, 2020 (As-Is Market Value)<br>March 18, 2021 (Prospective Value @ Stabilization) |
| *Date of Report:* | April 2, 2020 |

**SUBJECT PHOTOGRAPHS**



**FRONT VIEW**



**REAR VIEW**



**FRONT ENTRANCE**



**VIEW FACING SOUTHWEST TOWARDS HOLBROOK STREET NE**



**REAR CARRIAGE HOUSE / COURTYARD**



**ALTERNATE VIEW – REAR GARAGE / COURTYARD**



**REAR GARAGE / VIEW FROM ALLEY**



**ELECTRICITY METER STACK**



**STREET VIEW FACING NORTHWEST ON HOLBROOK TERRACE, NE**



**REAR ALLEY FACING SOUTH**

**LETTER OF ENGAGEMENT**

# *MidLantic Financial, Inc.*

*Consultant to the Banking Community*
**219 Adam Smith Street, Suite D**
**Eldersburg, Maryland 21784**
*www.midlanticfs.com*

February 25, 2020

Riley & Associates, LLC
18221A Flower Hill Way
Gaithersburg, MD 20879
Email: Al Riley (alriley13@gmail.com)
Attention: Alfred B. Riley, Jr., SRA

Re: 1260 Holbrook Terrace, NE, Washington, DC 20002

Dear Mr. Riley:

This letter represents MidLantic Financial's request, on behalf of its client, **Congressional Bank**, for professional appraisal services and requires your acceptance below.  Appraisals performed for **Congressional Bank** are required to meet the standards and requirements of the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, the Office of the Comptroller of the Currency, and FIRREA. Furthermore, your performance in completing this assignment is expected to conform to the Uniform Standards of Professional Appraisal Practice ("USPAP") adopted by the Appraisal Standards Board of the Appraisal Foundation. This letter serves as your authorization to enter, inspect, and proceed on behalf of **Congressional Bank** with the appraisal assignment as described in **"Attachment A"**.

**CONFIDENTIALITY:  Congressional Bank** (hereinafter, "the Bank") is your confidential client and your completed appraisal report must identify the Bank as its intended user. Any additional users will be identified in **"Attachment A"**. Concerning this assignment, you may only respond to the Bank's directives (or the undersigned) and you may only accept payment from the Bank or its agents for your services. You are expected to take all reasonable steps to protect the confidential interests of the Bank and may not divulge any information regarding the process or results of this assignment to any third party other than a duly authorized representative of the Bank, including its identified appraisal reviewer.

**COMMITMENT:** Time is of the essence. Upon completion,      **zero bound copies** and one electronic copy (of each report) must be submitted.  The electronic copy(ies) **must be delivered to the undersigned and the primary contact person noted on Attachment A on or before March 16, 2020 with the bound copies (if required) to be received upon review/acceptance of the report(s).**  The report(s) should be addressed to the primary contact person identified at the top of page one of Attachment A at the noted address. All required bound copies should be sent to the primary contact person noted at the top of Attachment A. Your fee invoice for this assignment must also be addressed to

the primary contact person in an amount not to exceed                and should accompany the PDF
electronic copy(ies) as well as the hard copies of the report.

**PURPOSE AND USE OF APPRAISAL:**  The purpose of the appraisal will be to estimate the market value of
the property under certain conditions and for the intended use as noted on **"Attachment A"**.

 **SCOPE AND CONTENT OF WORK:**  Unless otherwise specified on **"Attachment A"**, the type and extent
of research and analysis to be performed in completing this assignment must satisfy all minimum
standards necessary under USPAP for developing credible assignment results, including the
requirements outlined in SR 2-2(a)(viii) (or 2-2(b)(viii) for a *Restricted Appraisal Report*) in order to
ensure that the intended users understand the rationale for the opinions and conclusions contained in
your appraisal report.   Furthermore, we expect that the valuation methods, appraisal assumptions and
data sources are reasonable, appropriate and well-supported, ultimately producing a credible
assignment result, as required by the December 2010 *Interagency Appraisal & Evaluation Guidelines*.
Within the report, property rights being appraised must be clearly identified, relevant valuation
approaches must be reconciled, and the omission of any valuation approach must be explained. If at any
time you are not confident as to the scope of work to be performed on this assignment, or if upon
inspection of the property your perception of this assignment deviates significantly from the assignment
proposed by this engagement letter, you are encouraged to contact the undersigned immediately for
clarification.

 **OWNERSHIP:**  Your acceptance of this appraisal assignment will confirm that the Bank owns the
appraisal report to be provided and that we will be under no restrictions regarding its redistribution to
other interested parties of our choice, except in the case of a *Restricted Appraisal Report* as described by
USPAP which shall only be distributed to duly authorized Bank representatives.

**REVIEW OF WORK:**  The Bank has a duty to review the appraisal report for compliance with the
standards referenced herein and will commence an appropriate review within a reasonable period after
the report is received. **This review will include a rigorous analysis of the report, pursuant to the
requirements outlined in the *Scope and Content of Work* section noted above.** This engagement
embraces the expectation that you will correct any deficiencies and/or respond to inquiries of the
Bank's appraisal reviewer within three banking business days. The Bank will see that you are notified of
any such deficiencies generally in no more than 60 days of receipt of the report or resubmissions.
Payment of the above fee will be contingent upon a completed review satisfactory to the Bank.

**INDEPENDENCE**:  By accepting this engagement, you are confirming that you are independent of Sandy
Spring Bank's loan production and collection process and have no direct, indirect or prospective interest,
financial or otherwise, in the property or transaction.

**ACCEPTANCE:**  Your acceptance of this engagement signifies that you are in possession of applicable
bank appraisal regulation, the December 2010 *Interagency Appraisal & Evaluation Guidelines*, and the
Bank's Policy. In the event of any conflict or variance, you are expected to observe the higher standard.
Any delegation or sub-contracting by you relative to this assignment is not permitted without prior
written approval from the Bank.

**CONTACT WITH BANK PERSONNEL:** During the course of this engagement, you may find it necessary to look to the Bank for additional direction or clarification to complete the appraisal or to obtain additional information about the subject property not otherwise provided herein. Such information may include, but not be limited to, the property's intended use, description, ownership, financing, cost budgets, lease information, rezoning or building plans, etc. For these purposes only, we consider a dialogue between you and the undersigned to be appropriate (see "Attachment A" for contact information). In the event discussions with the loan officer noted in Attachment A are warranted, please alert the undersigned if those discussions fall **outside** of the specific areas previously noted in this paragraph.  **If, at any time during this assignment, you believe you have been subject to undue influence from anyone affiliated either with Congressional Bank or the property that is the subject of this assignment, please contact Peggy Rogers @ 443-328-6329 as soon as possible.**

Please confirm our mutual understanding by returning a signed copy of this letter to the undersigned @ the email address noted below. **Additionally, please include a copy of the signed engagement letter, including "Attachment A", as an addendum to your completed appraisal report.** By signing below, you acknowledge that you have received, read, and understand this assignment and that you affirm that you have the knowledge and experience necessary to competently complete this assignment and that the report will be in full conformance with USPAP and the *Interagency Guidelines* that govern real estate-related financial transactions in federally regulated financial institutions. Further, you also certify that the report will provide the user with more than sufficient information necessary to make an informed credit decision regarding the subject's value as collateral in a real estate-related financial transaction. Finally, with your signature below, you affirm that any language or notice which may be included in your limiting conditions, or elsewhere in the report, regarding limitations of liability, if any, with respect to the fee paid to you in preparation of the report is null and void as it pertains to this assignment. If you require further information, please contact the undersigned. **Finally, by your acceptance of this assignment, you agree that you _will_ reach out to the contacts noted in Attachment A for property information and the inspection. The report will NOT be accepted unless those individuals have been contacted.**

Sincerely,

*Peggy V. Rogers*

Peggy V. Rogers, Lead AMC Administrator
MidLantic Financial, Inc.
progers@midlanticfs.com

Accepted and agreed to this 25ᵗʰ day of February, 2020

Appraiser's Signature

Certification/License No.: 10112     State: DC  Expiration Date: 2/2022

# CongressionalBank

**Attachment A**

| | |
|---|---|
| **Reviewed and Submitted by** | Robert Cortez                    240-380-1271 |
| **Address:** | 6701 Democracy Boulevard, Suite 400 Bethesda, MD 20817 |
| **E-mail Address:** | rcortez@congressionalbank.com |
| **Loan Officer** | Ross Berman, 240-380-1254, rberman@congressionalbank.com |
| **Borrower Name:** | 1260 Holbrook Holdings LLC |
| **Borrower Contact / Phone #:** | Charles Paret 202-834-7673 |
| **Property Address:** | 1260 Holbrook Terrace, NE, Washington, DC 20002 |
| **Property Owner:** | 1260 Holbrook Holdings LLC |
| **Contact for Site Inspection / Phone #:** | Charles Paret 202-834-7673 |
| **Proposed Transaction Amount:** | Over $1,000,000 |
| **Property Description:** | **Type: Apartment building**<br><br>**Other (not listed above):**<br><br>**Additional Description:** The subject is a three-level seven-unit apartment building situate on a 4,378-SF parcel. We understand there is also a carriage house. The units are furnished and leased as co-living units. The borrower handles the leasing. The client is requesting the following value:<br>1. The "as is" value and<br>2. The Prospective Market Value at Stabilization |
| **Tenancy:** | Is the subject owner-occupied? ☐ Yes   ☒ No<br>If no, how many units?  8   How many units are occupied?  0 Vacant? 8 |
| **Purpose of Appraisal/Market Value** *(check all that apply):* | ☒ Estimate Current Market Value **"As Is"**<br>☐ Estimate Prospective Market Value **"Upon Completion"** (subject to hypothetical completion of construction, conversion or rehabilitation per plans/specifications).<br>☒ Estimate Prospective Market Value **"Upon Stabilized Occupancy"**<br>☐ Other (describe): |
| **Pertinent Date of Value:** | For Current Market Value, determine value as of:<br><br>☒     Date of most recent inspection.<br><br>☐ Loan closing date using "conditions subsequent" to be satisfied at the time of closing.<br><br>☒ For Prospective value, determine a projected value as of a specific future date that condition(s) posed by the assignment are most likely to be realized. |



## CongressionalBank

**Attachment A**

| | |
|---|---|
| | ☐ Other: |
| **Intended Use of Appraisal:** | To assist the Bank in a decision concerning:<br>**New money-a proposed federal real estate-related financial transaction**<br>☐ if a renewal, refinance or subsequent transaction is the transaction possibly eligible for an evaluation instead of an appraisal? |
| **Intended Users of Report:** | ☒ Congressional Bank<br>☐ U.S. Small Business Administration<br>☐ Other: |
| **Property Rights:** | ☒ Fee simple          ☒ Leased Fee          ☐ Sandwich Lease<br>☐ Leasehold Estate          ☐ Co-op Ownership |
| **Scope of Work:** | ☒ Unless otherwise specified below, the appraiser should apply all appropriate research and analysis necessary to develop a credible assignment result.<br>☐ Sales Comparison          ☐ Cost Approach          ☐ Income Approach |
| **Reporting Option:** | ☒ Standard Appraisal Report ☐ Comprehensive Appraisal Report ☐ Evaluation<br>☐ URAR (1004)   ☐ 1073/2090 (Condo/Co-op)  ☐ 2055 (Exterior)  ☐ Lot-Only Report<br>☐ Uniform Commercial/Industrial Appraisal Report (Form Report)<br>☐ Restricted Appraisal Report     ☐ Small Residential Income Property Report<br>☐ 1007 addendum |
| **Requested Completion Date:** | 3/16/2020          **Anticipated Closing Date:**     3/23/2020 |
| **Special Instructions/Conditions:** | |
| **Other Attachments:**<br>Note:  Appraisers - For residential construction reports, please be sure to include elevation, sketch of floor plan, and a budget. | ☐ Legal Property Description          ☐ Survey/Site Plan<br>☐ Purchase & Sales Contract          ☐ Lease Agreement<br>☐ Operating Statements          ☐ Rent Roll<br>☐ Building Plans          ☐ Budget<br>☐ Specs          ☐ Other (describe): |

## QUALIFICATIONS, CERTIFICATION AND LIMITING CONDITIONS OF THE APPRAISERS

# QUALIFICATIONS OF ALFRED B. RILEY, JR., SRA

Riley & Associates, LLC
18221-A Flower Hill Way
Gaithersburg, Maryland   20879
(301) 355-5001     FAX (301) 355-5006

## *Employment History*

Riley & Associates, LLC, Gaithersburg, Maryland
  Managing Director, October 2000 to Present

Kidwell, Riley & Associates, Inc., Gaithersburg, Maryland
  Vice President, January 1994 to October 2000

Robert C. Kidwell & Associates, Inc., Gaithersburg, Maryland
  Commercial Appraiser, September 1992-December 1993

J. Lee Donnelly & Son, Inc., Chevy Chase, Maryland
  Associate Commercial Appraiser, Jan. 1987-Sept. 1992

Alexandria Appraisal Service, Alexandria, Virginia
  Vice President & Senior Appraiser, April 1986-Jan. 1987

Real Estate Appraisal Service, Gaithersburg, Maryland
  Staff Appraiser, 1981-1983, Assistant Vice President, 1983-1985, Vice President, 1985-1986

## *Professional Activities*

The Appraisal Institute

  Regional Ethics & Counseling Panel
  Chairman-Admissions Committee
  Senior Residential Appraiser/SRA - 1/1/1991 to present
  Board of Directors
  Chairman-Candidate Guidance Committee

American Institute of Real Estate Appraisers/AIREA

  Residential Member/RM #2128, 6/87 - 12/31/90
  Admissions Committee
  Regional Standards Panel

National Association of Independent Fee Appraisers

  Independent Fee Appraiser/IFA #3637, 4/85 - 12/88
  Fairfax County Chapter-Vice President, 1987 - 1988
  Secretary, 1986-1987, Treasurer, 1985-1986
  Admissions Committee
  Public Relations Committee

## *Memberships & Certifications*

Senior Residential Appraiser, Appraisal Institute (SRA)
Certified General Real Property Appraiser, Washington, DC #10112
Certified General Real Property Appraiser, State of Maryland, #04-10296
Certified General Real Property Appraiser, Commonwealth of Virginia, #4001-2904

## *Successfully Completed Courses - Appraisal Institute/AI*

Understanding Limited Appraisals and Reporting Options (1994)
Course 410 - Standards of Professional Practice, Part A (1995); Part C (1998); Part B (2002);
Virginia Law (1995 & 2000)
Data Confirmation and Certification Methods (1995)
Course 600 - Residential Income Capitalization (Mixed Use Properties-1996)
Course 530 - Advanced Sales Comparison and Cost Approach (1998)
Analyzing Operating Expenses (2001)
Overview of Real Estate Appraisal Principles (2002)
Analyzing Distressed Properties (2004)
Valuation of Detrimental Conditions (2004)
General Demonstration Report Writing (2004)
Residential Design and Functional Utility (2004)
Appraising Manufactured Housing (2004)
Internet Search Strategies of Real Estate Appraisers (2004)
Understanding & Testing Discounted Cash Flow Valuation Models (2005)
Mathematically Modeling Real Estate Data (2005)
Income Valuation of Small Mixed-Use Buildings - Course 600 (2005)
Uniform Standards of Professional Appraisal Practice (2006)
Case Studies in Commercial Highest & Best Use (2008)
Eminent Domain and Condemnation (2009)
Business Practices and Ethics (2009)
Uniform Standards of Professional Appraisal Practice - 7 Hour National Update (2010)
Appraisal Review - General (2010)
Ad Valorem Tax Consultation (2010)
Appraising the Appraisal: Appraisal Review General (2012)
The Role of the Appraiser in Eminent Domain (2012)
Residential and Commercial Valuation of Solar (2013)
Marketability Studies: Advanced Applications and Considerations (2013)
Business Practices and Ethics (2013)
Uniform Standards of Professional Appraisal Practice - 7 Hour National Update (2014)
Advanced Income Capitalization/A (2015)
Business Practices and Ethics (2016)
On-Line Data Verification (2016)
Litigation Appraising: Specialized Topics & Applications (2016)
Business Practices and Ethics (2017)
Uniform Standards of Professional Appraisal Practice - 7 Hour National Update (2017)

### *Successfully Completed Courses - American Institute of Real Estate Appraisers/AIREA*

Course 8.1 - Real Estate Appraisal Principles
Course 8.2 - Residential Valuation
Course 8.3 - Standards of Professional Practice 1986-Update 1990, Part B (1993), and Part A (1995)
Course 1BA - Capitalization Theory & Technique Part A
Course 1A2 - Basic Valuation Procedures
Course 2-1 - Case Studies in Real Estate Valuation

### *Qualified*

Expert witness in the jurisdictions of Fairfax County, Virginia, District of Columbia, and Montgomery County, Maryland

### *Continuing Education*

Currently certified under the Continuing Education Program of the Appraisal Institute

### *Successfully Completed Courses - Society of Real Estate Appraisers/SREA*

Course 101 - Principles of Real Property Appraising
Course 102 - Applied Residential Property Valuation
Course 201 - Principles of Income Property Appraising



# QUALIFICATIONS OF BRIAN KING

*18221A Flower Hill Way*
*Gaithersburg, MD  20879*
*(301) 355-5001    Fax (301) 355-5006*

## EDUCATIONAL BACKGROUND

<u>MCKISSOCK</u>
Appraisal Applications of Regression Analysis, December 2013
National USPAP – Update 2012-2013, March 2013
Appraising Apartments: The Basics, February 2012

<u>MARYLAND ASSOCIATION OF APPRAISERS</u>
General Appraiser Sales Comparison Approach (Course 401), July 2013
National USPAP – Update 2010-2011, June 2010
Demystifying the Cost Approach, June 2010
Residential Market Analysis & Highest and Best Use, March 2010
National USPAP – Update, December 2007
Residential Report Writing & Case Studies, November 2007
Residential Income Approach, October 2007
Advanced Office Building Analysis, Certification November 2006
Statistics, Modeling, and Finance, Certification October 2006

<u>APPRAISAL INSTITUTE</u>
Online Analyzing Distressed Real Estate, December 2010
Online Advanced Internet Search Strategies, December 2010
General Market Analysis and Highest & Best Use, May 2007

<u>MONTGOMERY COLLEGE - GERMANTOWN</u>
National USPAP, February 2005
Appraisal Procedures, February 2005
Appraisal Principals, January, 2005

<u>WEST VIRGINIA UNIVERSITY 1999-2004</u>
Morgantown, WV
Bachelor of Science Degree

## EXPERIENCE

<u>RILEY & ASSOCIATES, LLC, Gaithersburg, MD</u>
*Associate Commercial Appraiser*    May 2005 – Present

## PROFESSIONAL LICENSES

| | | |
|---|---|---|
| Certified General Appraiser, District of Columbia | #11433 | Exp. 02/28/2022 |
| Certified General Appraiser, Maryland | #04-27833 | Exp. 12/23/2022 |
| Certified General Appraiser, Virginia | #4001017115 | Exp. 12/31/2020 |



## CERTIFICATION OF THE APPRAISERS

The undersigned appraiser hereby certifies that, to the best of his knowledge and belief:

-       The statements of fact contained in this appraisal report are true and correct.

-       The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, unbiased professional analyses, opinions, and conclusions.   This appraisal report sets forth all of the contingent conditions affecting the analyses, opinions and conclusions contained in this report.

-       I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest with respect to the parties involved.

-       I have no bias with respect to any property that is the subject of this reporter to the parties involved with this assignment.

-       The compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event. The appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

-       The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.

-       The use of this report is subject to the requirements of the Appraisal Institute, relating to review by its duly authorized representatives.

-       As of the date of this report, Alfred B. Riley, Jr. SRA has completed the continuing education program for Designated Members of the Appraisal Institute.

-       Brian T. King made a personal inspection of the property that is the subject of this report.

-       No one has provided significant professional assistance to the persons signing this report.

-       Alfred B. Riley, Jr. SRA currently holds the Certified General Appraisal License in the State of Maryland, District of Columbia and Commonwealth of Virginia.  Brian T. King currently holds Certified General Appraisal License in the State of Maryland, District of Columbia and Commonwealth of Virginia.

-       Riley & Associates, LLC has performed NO services, as appraisers or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

Alfred B. Riley, Jr. SRA
Certified General Appraiser, DC, MD, VA

Brian T. King
Certified General Appraiser, DC, MD, VA