## ASSUMPTIONS AND LIMITING CONDITIONS

In conducting this appraisal, we have assumed that:

1.   Title is marketable and free and clear of all liens, encumbrances, encroachments, easements and restrictions, except those specifically discussed in this report.  The property is under responsible ownership and competent management and is available for its highest and best use, unless otherwise noted in the appraisal. The information furnished by others is believed to be reliable, but no warranty is given for its accuracy.

2.   Unless otherwise noted in the appraisal, existing judgments, pending or threatened litigation are assumed to have no effect on the value of the property.

3.   There are no hidden, unapparent or undisclosed conditions of the land or of the improvements which would render the property more or less valuable.  No responsibility is assumed for such conditions or for obtaining the engineering studies that may be required to discover them.

4.   The revenue stamps placed on any deed to indicate the sale price are in correct relation to the actual dollar amount of the transaction.

5.   The property is in compliance with all applicable building, environmental, zoning, and other federal, state and local laws, regulations and codes, unless otherwise stated, described and considered in the appraisal.  It is assumed that the use of the land and improvements is confined within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in the report.

6.   Unless otherwise noted in the appraisal, the property is not located in an area in which the purchase of flood insurance is required as a condition for Federal or Federally related financial assistance.

7.   If the appraisal is for a property with improvements to be constructed and/or renovated, such construction and/or renovation will be completed as outlined in the report.

8.   The appraisal does not give effect to any proposed federal income tax legislation now under consideration.  Uncertainties in the marketplace could eventually have a material affect on a property's market value.

The appraisal report is subject to the following limiting conditions:

1. An appraisal is inherently subjective and represents only one estimate of a property's Market Value. The forecasts and projections contained herein are based on current market conditions, anticipated short-term supply and demand factors and a continued stable economy. These forecasts are, therefore, subject to changes with future conditions, as is the value conclusion.

2. The conclusions stated in the appraisal apply only as of the date of valuation and no representation is made as to the effect of subsequent events.

3. No changes in any federal, state or local laws, regulations or codes (including, without limitation, the Internal Revenue Code) are anticipated, unless otherwise noted in the appraisal.

4. No environmental impact studies were either requested or made in conjunction with this appraisal, and we reserve the right to revise or rescind any of the value opinions based upon any subsequent environmental impact studies. Required revisions, beyond the scope of the original appraisal assignment, would be subject to a new appraisal engagement letter. If any environmental impact statement is required by law, the appraisal assumes that such statement will be favorable and will be approved by the appropriate regulatory bodies.

5. By reason of this assignment we are not required to give testimony or to be in attendance in court or any government or other hearing with reference to the property without written contractual arrangements relative to such additional employment being made beforehand.

6. No survey of the property has been made and no responsibility is assumed in connection with such matters. Any sketch or survey of the property included in this report is for illustrative purposes only. No such sketch or survey is scaled for size, unless otherwise noted in the appraisal. The appraisal covers the property as described in this report, and the areas and dimensions set forth herein are assumed to be correct.

7. No opinion is expressed as to the value of subsurface oil, gas or mineral rights, and it is assumed that the property is not subject to surface entry for the exploration or removal of such materials, unless otherwise noted in the appraisal.

8. No responsibility is accepted for considerations requiring expertise in other fields. Such considerations include, but are not limited to, legal descriptions and other legal matters, geologic considerations, such as soils and seismic stability, civil, mechanical, electrical, structural and other engineering, environmental and toxic contaminants. All illustrative material in this report is included only to help the reader visualize the property and is assumed to be correct.

9.    If the property is improved, the distribution of the total valuation in this report between land and improvements applies only under the reported highest and best use of the property. Any value estimates provided in the report apply to the entire property, and any proration or division of the total into fractional interests will invalidate the value estimate(s), unless such proration or division of interests has been set forth in the report. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used.  This appraisal shall be considered in its entirety.  No part thereof shall be utilized separately or out of context.

10.   Neither all nor any part of the content of this report (especially any conclusions as to value, the identity of the appraiser, or any reference to the Appraisal Institute) shall be disseminated through advertising media, public relations media, news media or any other means of communication (including without limitation prospectuses, private offering memoranda and other offering material provided to prospective investors) without the prior written consent of the appraisers.  Possession of this report does not carry with it the right of publication; such right can only be granted by the appraiser, in writing.

11.   Information, estimates and opinions contained in this report, obtained from sources outside of this office, are assumed to be reliable and may not have been verified.

12.   We have not reviewed any audited financial statements pertaining to the property, unless otherwise noted in the appraisal.

13.   If the value of the property is relevant for federal income tax purposes, the methodology and/or results of the appraisal may be challenged by the Internal Revenue Service.  In the event of such a challenge, there can be no assurance that the methodology and/or results of the appraisal will be accepted.  In particular, the methodology for appraising certain types of properties, including without limitation government subsidized housing, has been the subject of debate among professional appraisers and may be especially susceptible to challenge.

14.   If the property is subject to one or more leases, any estimate of residual value contained in the appraisal cannot take into account the condition of the economy, of the real estate industry, or of the appraised property at the time the leases expire or otherwise terminate.

15.   Unless otherwise noted in the appraisal, no consideration has been given to personal property located on the premises or to the cost of moving or relocating such personal property; only the real property has been considered.

16.   The current purchasing power of the dollar is the basis for the value stated in the appraisal; we have assumed that no extreme fluctuations in economic cycles will occur.

17.   The soils in the area are assumed to be adequate for existing structures or construction of improvements as proposed if any are proposed.

18.     The existence of hazardous materials or conditions, which may or may not be present at the subject property, was not observed by the appraiser. The appraisers have no knowledge of the existence of any hazardous materials in or on the property, in any supplied public utility, or in or on a neighboring property affecting the subject property. The appraisers are not, however, qualified in the arts and sciences of environmental hazard detection and assume no responsibility for any such conditions. If any user of this appraisal report is concerned with the possibility of environmental hazard, we recommend retention of appropriate experts for counsel and advice.

19.     Effective immediately, the Americans with Disabilities Act (ADA) Accessibility Guidelines for Buildings and Facilities require that newly constructed and altered buildings and facilities be readily accessible to and useable by individuals with disabilities in terms of architecture, design and communications. We have not made a specific compliance survey and analysis of the property to determine whether existing or proposed improvements are in conformance with the numerous technical requirements of the ADA. It is possible that a compliance survey of the subject property could reveal that it is not in compliance with one or more requirements of the ADA. If so, it is likely this fact could have a negative impact on the subject's value. Since we have no such survey at my disposal, we made a specific assumption that the subject is in compliance with the ADA and have rendered our value estimate accordingly.


Alfred B. Riley, Jr. SRA                Brian King
Certified General Appraiser, DC, MD, VA   Certified General Appraiser, MD, DC

**DESCRIPTION, ANALYSIS AND CONCLUSIONS**

## IDENTIFICATION OF THE PROPERTY



The subject property is located on the east side of Holbrook Terrace, between Bladensburg Road and West Virginia Avenue, in the Trinidad neighborhood of Northeast, Washington, DC. The property is legally described as Lot 49 in Square 4055, District of Columbia. The site contains 4,378 square feet and is zoned RF-1. The property has a postal address of 1260 Holbrook Terrace, Northeast, Washington, DC 20002. The subject improvements consist of a three story plus cellar, walk-up apartment building that was vacant as of the date of inspection. The improvements contain a total of 6,660 square feet of gross building area, excluding the garage. The subject of this appraisal consists of a recently renovated apartment building (condominium quality) that contains seven (7) residential units proposed to be leased as a Co-Living investment property (*See extraordinary assumption on p.4 summarizing existing number of units versus Certificate of Occupancy & Building Permits)*. The renovation was completed in March 2020.

## PROPERTY RIGHTS APPRAISED

The property rights appraised comprise the leased fee estate (Prospective Value as Stabilized). The leased fee estate is defined by the *Appraisal Institute's Dictionary of Real Estate Appraisal, 6th Edition*, as:

> *"An ownership interest held by the lessor which includes the right to receive contract rent specified in the lease plus the reversionary right when the lease expires".*

The property rights appraised herein consist of the fee simple estate (As Is) which is defined in the *Dictionary of Real Estate Appraisal, 6th Edition*, published by the Appraisal Institute as:

> ***Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.***

## PURPOSE, INTENDED USE, INTENDED USER, AND DATE OF THE APPRAISAL

The purpose of this appraisal is to estimate the as is fee simple market value and the prospective leased fee value fully leased and stabilized. The prospective opinion of value is rendered as of June 18, 2020 (at stabilized occupancy). The as is opinion of value is as of March 18, 2020.

The estimates of value rendered herein are expressed in terms of cash. The intended use of the appraisal is to establish a value of the real property for use as collateral in the proper underwriting of a real estate loan; however, it may be used for any purpose having market value as defined herein as its objective. The intended users include Congressional Bank any participant, assignee, or other transferee. The appraisal was developed consistent with the scope specified by Congressional Bank and agreed upon by the appraiser for real estate collateral valuation. Knowledge of this use is not and in no way should be considered as a source of bias with regard to the value presented herein.

This appraisal report has been prepared in accordance with the appraisal guidelines, regulations and conditions set forth by the Office of the Comptroller of the Currency and according to guidelines as established by the Appraisal Institute. This appraisal was specifically intended to meet the criteria of an appraisal report as defined in Standard 2-2 of USPAP.

## STATEMENT OF OWNERSHIP AND SALE HISTORY

According to public record, legal title is vested in the name of 1260 Holbrook Holdings LLC. The subject property last sold in September 2018 for a consideration of $1,100,000. The property was originally listed for sale on the open market for $2,400,000 and was later reduced to $1,300,000 before contracting to the current owner. Marketing time was 78 days. To the best of our knowledge the 2018 sale was the only transaction of the subject property within the previous 3 years.

## DEFINITIONS OF MARKET VALUE & PROSPECTIVE VALUE

Prospective Opinion of Value is defined in real estate appraisal terminology as:

> ***A value opinion effective as of a specified future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or stabilized level of long-term occupancy.***

Market Value is defined in real estate appraisal terminology as:

*The most probable price which a property should bring in a competitive and open market, under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:*

1. *Buyer and seller are typically motivated.*

2. *Both parties are well informed or well advised and acting in what they consider their own best interest.*

3. *A reasonable time is allowed for exposure in the open market.*

4. *Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto.*

5. *The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.*

*\* Adjustments to the comparable sales must be made for special or creative financing, or sales concessions. No adjustments are necessary for those costs that are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property transaction. Any adjustment should not be calculated on a mechanical dollar-for-dollar cost of the financing or concession, but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraisers' judgment.*

## EXTRAORDINARY ASSUMPTIONS

The concluded prospective and as-is opinions of value are subject to the attached general limiting conditions as well as the following extraordinary assumptions:

➢ Due to numerous internet articles citing dramatic downturn in co-living bookings and occupancy, requests by residents to delay rent, or be placed on payment plans, etc., the concluded prospective value assumes the property is estimated to be stabilized in one years or by March 18, 2021.

The following articles are referenced below:

Dickson, EJ. (2020, March 27). Co-Living During COVID-19. *Rolling Stone*. Retrieved from https://www.rollingstone.com/culture/culture-features/coliving-covid19-pandemic-coronavirus-haven-ollie-common-972514/

'Co-living is all about community in close quarters — all of which is antithetical to social distancing'.

'communal living has increasingly looked attractive to cash-strapped millennials — and in this respect, COVID-19 could not possibly have come at a worse time'.

'Unsurprisingly, quarantining measures and an emphasis on social distancing has hit the co-living sector hard'.

Arcibal, Cheryl. (2020, March 31). Hong Kong's co-living operators slash prices by up to half as people observe Covid-19 social-distancing guidelines. *South China Morning Post.* Retrieved from https://www.scmp.com/business/article/3077615/hong-kongs-co-living-operators-slash-prices-half-people-observe-covid-19

'Operators of shared living spaces in Hong Kong have slashed their monthly rates by as much as 50 per cent as they navigate a new normal of social distancing and people avoiding large crowds amid the Covid-19 pandemic'.

> ➤ The concluded prospective value fully leased & stabilized is subject to the owner obtaining the proper certificate of occupancy and license to operate as Co-Living / Shared Housing.

> ➤ Your appraisers were not provided with an FF&E (Fixtures, Furnishings & Equipment) budget. Based on a review of co-living expense comparables and interviews with Thomas Murray, President of ISG (Installation Service Group), FF&E is forecast at $110,000.

> ➤ The Certificate of Occupancy (CO1900674) and Building Permits (B1902569 & B1905389) for the subject property identify 6 dwelling units. According to the property schematics / internal renderings reviewed by your appraisers, as well as physical inspection of the subject property, 7 dwelling units currently exist in the apartment house. An interview with Pepco revealed a total of 7-meter installations; one of which Pepco reported to be as house meter. Therefore, two of the subject units are sharing one electricity meter. *See subject photographs; electricity meter stack showing 6 individual meters + house meter.* It is an extraordinary assumption that 7 dwelling units are legal and the owner is able to secure a Certificate of Occupancy for 7 dwelling units; otherwise, your appraisers reserve the right to change or modify the concluded values reported herein. *See Exhibits I & II in the addenda section of the report for Certificate of Occupancy and Building Permits.*

The use of extraordinary assumptions may affect the assignment results.

4

## SCOPE OF THE APPRAISAL

The valuation process is a systematic procedure utilized to establish a value estimate of real property. The appraiser's role encompasses essentially two functions: first, to furnish an accurate description of the property, surrounding vicinity, and prevailing market conditions and second, to provide a well-supported value estimate conclusion based on the accompanying compilation and analysis of pertinent data which influence the property.

Three approaches to value (Sales Comparison, Cost, and Income Capitalization) may be applied depending upon their applicability to a particular assignment. As part of the appraisal process, the interior and exterior of the subject property was inspected.

Sales and rental information were verified by one or more participants in the transaction and/or other sources deemed reliable by the appraisers.

Additional components include a review of: pertinent zoning ordinances and map, property schematics / internal renderings, renovation budget, pro forma, expense comparables, highest and best use analysis, and other material facts relevant to the subject property valuation.

Data of this report was gathered from government sources and private research sources to include PIVS (Property Information Verification System), DCRA e-Records (Electronic Records Management System), Bright MLS, PwC 4th Quarter 2019, Mid-Atlantic Region Multifamily Report, The 2016 through 2018 Editions of the Institute of Real Estate Management (IREM) Income & Expense Analysis for Conventional Apartments in Washington, DC, Costar/COMPS, dc.gov, as well as market participants. The span of dates for material examined within the report is at least two years.

## NEIGHBORHOOD DESCRIPTION

The subject neighborhood is commonly referred to as Trinidad which is located in Northeast, Washington, DC (just west of Carver / Langston). Trinidad is bounded by New York Avenue to the north, Bladensburg Road to the east, West Virginia Avenue to the west, and Florida Avenue to the south.

Bladensburg Road bisects the Trinidad and Carver / Langston neighborhoods. This location is approximately one-mile northeast of the U.S. Capitol and two-to-three miles northeast of the White House and the Washington, D.C. downtown central business district. The area is surrounded by large land users which include the Hechinger Mall located on the northeast quadrant of where Florida Avenue, Benning Road, Bladensburg Road, Maryland Avenue and H Street all intersect; Union Station on the western boundary, the Capital City Market, Mount Olivet Cemetery along the northern boundary; and the Capitol Hill area along the south.

Gallaudet University is located just west of the neighborhood and is best known for liberal education and career development for deaf and hard of hearing undergraduate students.



New York Avenue is the northern boundary and is a six-lane limited access arterial that links directly to the metropolitan areas primary freeway network--including I-295, I-395, the Capital Beltway (I-495 and I-95) the major north-south interstate on the eastern seaboard.

The area receives a great deal of commuter and truck traffic. In addition to freeway access, the neighborhood has easy access to railroads, major bus lines and the Washington/Baltimore area's three airports, Ronald Reagan National, Washington Dulles International and Thurgood Marshall (Baltimore/Washington International).

The Noma-Gallaudet U (New York Ave) Metro Station, pictured on the following page, is located 1.4 miles west of the subject property. Union Station is located approximately 1.6 miles southwest of the subject. The neighborhood is located within Ward 5 which along with Ward 6, make up the greater part of the district's northeast quadrant. The Northeast quadrant of the City has more industrial acreage than any other part of the City, giving it considerable importance in the city's efforts to improve its industrial and technological base.



*Ivy City Special Demonstration Project* – The Department and Housing and Community Development's (DHCD) Property Acquisition and Disposition Division is in the midst of a major demonstration project in the Ivy City neighborhood. The entire project has the potential to double the current homeownership rate in the Ivy City neighborhood and focuses specifically on creating homeownership opportunities for low-income households. Completion of Phase II and the start of Phase III occurred in July 2012. The redevelopment project will result in the addition of 58 units of housing, including single family and condominium. Twenty-nine of those units are to be affordable to households at or below 50 percent of the Area Median Income. An additional 26 units are planned to be affordable to households between 50 percent of the Area Median Income and 80 percent of the Area Median Income. The remaining 3 units will be market rate. A number of the city's health care facilities cover substantial acreage just north and west of the defined neighborhood boundaries.

They include the U.S. Soldier's and Airmen's Home, Veteran's Administration Hospital, Washington Hospital Center, Children's Hospital, Howard University Hospital, and the National Rehabilitation Hospital. The eastern perimeter of the campus of Gallaudet University is located 2-3 blocks west of the subject property. Catholic University of America and Howard University are located within 2.25 miles of the subject property.

The neighborhood is located within Ward 5, which along with Ward 6, make up the greater part of the district's northeast quadrant. The Northeast quadrant of the city has more industrial acreage than any other part of the city, giving it considerable importance in the city's efforts to improve its industrial and technological base.

The H Street Northeast Strategic Development Plan serves to establish community, private sector, and public agency actions and investments that will be needed to revive this traditional neighborhood corridor. The Strategic Plan was based on an analysis of market conditions, neighborhood assets, transportation objectives, and current and proposed land uses, and was compiled with significant community input.

The H Street NE Strategic Development Plan organizes the Corridor into five districts:

*The Hub* (North Capitol Street to 2nd Street) – The area between North Capitol Street and 2nd Street, Northeast, will be developed significantly over the next few years. Union Station is a regional retail and transportation hub, and The Hub district is within a ten to twelve-minute walk of a Metro station, making development and adaptive reuse projects particularly attractive to residents, retailers and office tenants seeking to benefit from regional transit accessibility. This district is a critical transitional stretch to H Street at its western gateway.

*Urban Living* (2nd Street to 7th Street) – New buildings between 2nd and 4th Streets could bring new life to this end of the H Street corridor. Larger sites in single ownership along this stretch of H Street make higher density, mixed-use projects possible and allow a transition from developments in The Hub to lower scale buildings between 4th and 7th Streets, Northeast. Mixed-use development at this end of the Corridor would reinforce the District of Columbia's policy of focusing higher density, mixed-use activity nodes close to major transportation hubs.

***The Shops*** (7th Street to 12th Street) – Recommendations for The Shops district focuses on leveraging existing assets, including strong existing businesses, quality building stock, and excellent accessibility. Plans recognize this area's long history as the neighborhood's primary shopping destination. Several transportation-related factors—the crossing of high-volume bus lines, the passing of 24,000 vehicles per day, and foot traffic from the neighborhood—make this area attractive to a mix of local, regional and national retailers. Recent building renovations and the low number of vacant sites and storefronts are clear signs of the area's viability as a retail destination.

***Arts & Entertainment*** (12th Street to 15th Street) –Extending from 12th Street to Bladensburg Road, this area will act as a magnet for arts and entertainment-related investments and a catalyst for the celebration of local heritage and culture.

***Arboretum Place*** (15th Street to 17th Street) – Plans for the Hechinger Mall/former Sears sites focus on improving the Hechinger Mall and former Sears sites into residential or commercial development that is sensitive to the surrounding neighborhood and the urban context.

***Streetcar -*** The DC Department of Transportation (DDOT) has a streetcar system that runs on H Street and Benning Road, Northeast, an emerging corridor for shopping and nightlife. The recent completion of streetcar line is another positive factor for development in the area.



**_Retail Market Overview_** - The CoStar Retail Market Report for 1st Quarter 2020 shows the same defined market area within the 20002-zip code to contain 4,102,960 square feet of general retail space. The overall vacancy was estimated at 10.8%. The average quoted rental rate is currently $32.22 per square foot, triple net.





***Multifamily*** - The CoStar Multifamily Market Report for 1st Quarter 2020 shows the 20002-zip code area contains 15,865 units within 327 buildings with approximately 1,929 vacant units or an overall vacancy of 12.2% (overall vacancy – quoted Q1). The average quoted rental rates are $1,890, $2,014, $2,581 and $2,995 for efficiency, one, two- and three-bedroom units, respectively.





***Neighborhood Residential Sales Summary (Bright MLS)*** - The following is a summary of residential condominium sales activity in the 20002-zip code over the past year.

| Sales | Condominium Price Range | Average Sale Price | Marketing Time Range | Average Days on Market |
|---|---|---|---|---|
| | - | | – | |

| | | | | |
|---|---|---|---|---|
| | - | | | |
| | - | | – | |

## SITE DESCRIPTION

The subject site is located on the east side of Holbrook Terrace, between Bladensburg Road and West Virginia Avenue, in the Trinidad neighborhood of Northeast, Washington, DC. The site is irregular in shape with approximately 20.12 feet of frontage along Holbrook Terrace and depths of approximately 171.38 feet along the northern perimeter and 159.42 feet along the southern perimeter. The site contains a total of 4,378 square feet of land area. The site slopes gradually from a high-point at street grade (front) to a low-point at the alley (rear). There will be on-site garage parking available for three vehicles via 20' wide rear alley. The most direct access to the rear alley is via Meigs Place to the north. Alternate parking is on-street, congested during non-work hours, but typical of the neighborhood. Holbrook Terrace is a 3-lane (1 driving lane + 2 parking lanes), one directional street traveling in a westbound direction. Street surface is asphalt paving. Curbs & gutters are granite. Sidewalks are concrete. Street lighting is provided by pole type mercury vapor lights.

There are no adverse conditions noted. Although no easements or encroachments are apparent and/or have been made known to the appraisers, the site is assumed to have typical utility and drainage easements. The existence of these easements is not considered to have a negative impact upon value. The subject site has all public utilities available which include public water and sewer, natural gas, telephone and electricity. No environmental assessment of the subject site was provided for review. Notwithstanding the foregoing, the appraisers assume, and it is a limiting condition of this report (see Statement of Assumptions and Limiting Conditions earlier in this report), that soil conditions are adequate for the subject property. Additionally, it is assumed there are no hazardous conditions, or contamination of air, water, or soil exists on the subject site, or on an adjacent site or parcel in the immediate vicinity of the subject which would adversely affect the value of the subject site.  No signs of erosion, settlement, or land subsidence were observed at the site by the appraiser. Overall, the subject site is considered a good location for a multi-unit condominium project. The site appears to be adequately drained and is not located in a HUD identified flood hazard area. The Federal Emergency Management Agency's flood map reference number is 110001-0036C, revised September 27, 2010.



SUBJECT PROPERTY

## SITE PLAN



**ASSESSED VALUE**

The subject property is located within the taxing jurisdiction of the District of Columbia and is reassessed every year at 100% of assessed market value. Taxes are payable semiannually in September and March of each year. The subject is a residential building. The 2020 and Proposed 2021 tax rate for all such properties in the District is $0.85 per $100 of assessed value.

| ASSESSED VALUE – SUBJECT PROPERTY | | |
|---|---|---|
| **Lot 49 in Square 4055** | **2020** | **Proposed 2021** |
| | | |
| | | |

### REAL PROPERTY TAX BILL

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 4055 | | 0049 | 1260 HOLBROOK TER NE | | $911.540 | 0.85 | $7,748.08 |
| DESCRIPTION | | | TAX | PENALTY | INTEREST | PAYMENT | TOTAL |
| 2020 First Half | | | $3,874.04 | | | | $3,874.04 |
| 2019 | | | $5,260.82 | $1,052.15 | $710.20 | $0.10 | $7,023.07 |
| | | | | | | | |
| **Total** | | | | | | | **$10,897.11** |

| Additional Information | Taxpayer's Record | See reverse side for important information |
|---|---|---|

- Pay online; It's easy! See reverse for instructions on payment or visit *www.taxpayerservicecenter.com*.
- 17% of your Tax Year 2020 Real Property Tax is used to pay the General Obligation Bonds debt service requirement.
- This property is not receiving the Homestead Deduction or Senior/Disabled Tax Relief (see reverse).

| | | | | | |
|---|---|---|---|---|---|
| If paid by: | Mar 31, 2020 | Amount due: $10,897.11 | If paid by: | Jun 29, 2020 | Amount due: $11,695.57 |
| If paid by: | Apr 30, 2020 | Amount due: $11,421.52 | If paid by: | Jul 29, 2020 | Amount due: $11,832.58 |
| If paid by: | May 30, 2020 | Amount due: $11,558.55 | If paid by: | Aug 28, 2020 | Amount due: $11,969.61 |

14

**ZONING**



The purpose of the RF-1 zone is to provide for areas predominantly developed with attached row houses on small lots within which no more than 2 dwelling units are permitted. In the RF-1 Zone, 2 dwelling units may be located within the principal structure or 1 each in the principal structure and an accessory structure. A building or structure existing before May 12, 1958 in the RF-1 zone may be used for more than 2 dwelling units (Subtitle U, Chapter 3). Accessory Dwelling Units are not permitted in a dwelling unit in RF-1 (Please note accessory apartments are reserved for R-1 through R-3 zones only).

| | Development Standards | | | | | | |
|---|---|---|---|---|---|---|---|
| | Height (ft.)[1,2] | Stories | Lot Occupancy[3] | Front Setback | Rear Yard (ft.) | Side Yard (ft.) | Zoning Regulation Reference |
| RF-1 | 60 for a place of worship | 3 | 60% for detached dwellings, semi-detached dwellings, row dwellings and flats, and places or worship | A front setback shall be provided that is within the range of existing front setbacks of all structures on the same side of the street in the block where the building is proposed. | 20 | None[4,5,6] | Subtitle E, Chapter 3 |
| | 35 for all other structures | | 40% for all other structures | | | | |

The subject improvements represent a legal non-conforming use of the site as density appears to be exceeded. RF-1 zoning allows one dwelling unit for every 900 square feet of land area; therefore, zoning permits 4 dwelling units and 7 units currently exist (6 units according to the Certificate of Occupancy and Building Permits). The existing use may continue as long as the property is not destroyed by more than 75%. If so, any new development would need to comply with the requirements and use restrictions of the R-3 zone.

15

*Note:* The rear structure is classified as a garage in accordance with the Building Permit description (B1905389); *See Exhibit II.* The garage was reportedly structurally reinforced according to interviews with the owner as well as review of structural plans. The borrower intends to convert the rear garage (currently vacant and used as storage) into a 6-bedroom, 4-bathroom dwelling unit in the future.

As previously stated, the RF-1 zoning allows for 4 units by matter-of-right according to the subject's lot size, 6-units are permitted according to the Certificate of Occupancy, and 7-units exist. Any additional units are unlikely.

It is the opinions of your appraisers that the subject's Certificate of Occupancy would need to be changed in order for this to be a legal conforming use of the site. A proposed renovation and conversion of the subject's rear garage into a 6-bedroom, 4-bathroom, two story unit is beyond the scope of this assignment.

The owner reportedly leases or plans to lease the lower level of the rear garage to Getaround, a car rental company, for $350 per space per month. The potential for three parking spaces exist on the lower level of the garage. No lease information was provided to your appraisers for review. The lower level, depicted below, was full of general storage materials as of the date of inspection.



*Rear Garage – Lower Level*

16

## DESCRIPTION OF IMPROVEMENT

The subject improvements consist of a three story plus cellar, walk-up apartment building that was recently renovated to condominium quality and was vacant as of the effective date of the appraisal. The existing improvements contain a total of 6,660 square feet of gross building area. The subject of this appraisal contains seven (7) residential units proposed to operate as a Co-Living investment property. The recent renovation was completed in March 2020 and reportedly totaled $699,750 which equates to $105.07 per square foot of gross building area of the apartment house ($699,750 ÷ 6,660 Sf).

The following is a summary of the existing unit mix and net rentable areas:

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Heating and air conditioning are provided via mini split ductless units for heat and a/c manufactured by Blueridge. Interior finishes include drywall and ceramic walls and drywall ceilings, ceiling mounted light fixtures, hardwood and ceramic floors, and hollow-core interior doors. The kitchens are fully equipped with base and overhead cabinets, stainless steel G.E. appliances consisting of refrigerators, range/oven, disposal, microwave, dishwasher, stainless steel sink and Quartz counter tops or equivalent.



**CELLAR LEVEL**



**FIRST FLOOR**



**SECOND FLOOR**



**THIRD FLOOR**

As previously stated, the subject project is appraised as a seven (7) unit residential investment property. The units will be operating as a Co-Living enterprise typically including the following:

➢ Employee living on-site as Home Manager;

➢ Private furnished bedroom;

➢ Weekly cleaning;

➢ High speed Wi-Fi;

➢ Television in room and common area;

➢ Utilities;

19

➢ Furnished living area;

➢ Essential household supplies to include: pillows, towels, dishes, toilet paper, paper towels, salt, pepper, soap, etc.



**TYPICAL KITCHEN**



**TYPICAL BATHROOM**

20



**TYPICAL BEDROOM**



**TYPICAL LIVING ROOM**



**COMMON AREA**



**TYPICAL UNIT ENTRY DOOR**

The following is a summary of the construction details for the subject property:

| | |
|---|---|
| ***Foundation:*** | Brick and Concrete Block |
| ***Superstructure:*** | Masonry |
| ***Exterior Walls:*** | Brick, Cast-In-Place Concrete |
| ***Roof:*** | TPO (thermoplastic polyolefin) |
| ***Gutters & Downspouts:*** | Aluminum |
| ***Insulation:*** | R-20 batt insulation in walls, exterior sheathing |
| ***Windows:*** | Vinyl double-hung & sliders (insulated) |
| ***Doors:*** | Metal fire rate entry doors and hollow wood core in units |
| ***Heat & Air Conditioning:*** | Electric mini-split systems manufactured by Blueridge |
| ***Kitchen Equipment:*** | Each unit is equipped with base and overhead cabinets, refrigerator, range/oven, disposal, dishwasher, stainless steel sink and fan/hood |
| ***Plumbing & Fixtures:*** | Individual electric water heaters. The two-bedroom units have 3 sinks, 2 toilets and 2 showers. The three-bedroom units have 3 sinks, 2 toilets and 2 showers. |
| ***Electricity:*** | 400-amp main line, 200 amps per unit |
| ***Lighting:*** | Ceiling mounted |
| ***Walls & Ceilings:*** | Drywall |
| ***Ceiling Height:*** | 8 Feet |
| ***Floors:*** | Hardwood and ceramic in bathrooms, cast-in-place concrete |
| ***Security Features:*** | Deadbolts, sprinkler system and intercom entry system. Deaf accessibility includes CO2 & fire alarms, visual door buzzers. |
| ***Laundry Facilities:*** | None in-unit; proposed laundry room on cellar level |
| ***Condition:*** | New; recently renovated |

| | |
|---|---|
| ***Common Areas:*** | Hallways and internal staircase, common courtyard |
| ***Special Features:*** | None |
| ***Elevator:*** | None |
| ***Effective Age:*** | New; 1 – 5 years |
| ***Economic Life:*** | 55 Years |

***Construction Budget -*** The hard and soft construction costs totaled $699,750 or $105.07 per square foot of gross building area.

Your appraisers were not provided with an FF&E (Fixtures, Furnishings & Equipment) budget. However, interviewed Thomas Murray, President of ISG (Installation Service Group). ISG installs furnishings for time shares and hotels around the country. For upscale units the average cost for a two-bedroom unit is approximately $15,000 to $20,000 which is consistent with Wyndam World Wide and Cushman Wakefield, *Focus on Hotel Construction Costs*, estimates for average FF&E for Upper Midscale units.

The subject's FF&E budget is estimated at $15,000 for each 2-bedroom unit and $17,500 for each 3-bedroom unit; therefore, the total FF&E budget is estimated at $110,000 (($15,500 x 5) + ($17,500 x 2)).

## HIGHEST & BEST USE

According to the *Appraisal Institute's Dictionary of Real Estate Appraisal, 6th Edition*, published by the Appraisal Institute, highest and best use is defined as:

> *The reasonably use of a property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity.*

**Highest & Best Use - As Vacant:** The most logical use the site can be put is residential. After consideration to the character of the neighborhood, legally permissible uses, and the strength of the local residential market, if vacant as of the effective date of the appraisal, development of the site with a four (4) unit residential condominium project based on the total lot size or 4,378 square feet and 900 square feet of land area per dwelling unit (4,378 sf ÷ 900 square feet = 4.8 dwelling units, rounded down to 4). Lot occupancy is limited to 60% and height is limited to 3 stories. A rooftop structure can be constructed as long as the size does not exceed .40. As such, a structure totaling 2.2 times land area is permitted or 9,632 square feet (4,378 Sf x .60 {lot coverage} x 3 {Stories} + .40 {rooftop structure}). Residential condominiums are the legally permissible, physically possible, financially feasible, and maximally productive use of the site.

**Highest and Best Use - As Improved:** The subject is currently improved with a structure that was previously being used as a 7-unit apartment building. The subject property was constructed prior to current zoning regulations and represents a legal non-conforming use of the site.

The structure was recently completely renovated and is proposed to be operated as Co-Living / Shared Housing. The building contains 6,660 square feet (to include the cellar / basement) and the valuation that follows herein indicates prospective value, fully leased and stabilized to be $2,600,000. Based on the valuations that follow, it appears the highest and best use as improved, is upon lease-up and used as a residential investment property.

As summarized, the subject property will operate as a Co-Living facility managed by the owner. The 2 and 3-bedroom units within the subject project range in size from 585 square feet for a 2-bedroom to 756 square feet for a 3-bedroom. The units, as configured, are typical for this market area and would not require any remodeling expenses to convert back to market-oriented units.

Inasmuch as the Trinidad, Carver Langston, and Kingman Park neighborhoods will continue to be in high-demand for housing, several residential housing options for the subject specifically include; market rate rental, subsidized housing, condominium sell-out, Co-Living, etc., will continue to be financially feasible, physically possible, legally permissible, and maximally productive.

## APPRAISAL PROCESS

The Cost Approach is founded on two basic principles, substitution and contribution. The Cost Approach is generally considered applicable to relatively new or special purpose properties. The principle of substitution uses the premise that an informed and rational purchaser (investor) will pay no more for an existing improved residential property than the cost of producing a substitute property with the same utility. Contribution holds that the present worth of the improvements, as of the valuation date, is a measure of their contribution to total property value, in addition to the independently estimated value of the site. The Cost Approach treats the property as a physical entity, separable for valuation purposes into a site and improvements, and adds both site value and the present worth (contribution) of the improvements to derive an indication of value for the property. The site is valued as if vacant and available to be put to highest and best use as of the valuation date.

The Sales Comparison approach is based primarily on the principle of substitution and is premised on the idea that an informed, prudent and rational purchaser (investor) would pay no more than the cost of acquiring a similar, competitive property with the same utility, as of the valuation date. This approach assumes there is an active market for properties similar to the subject and that the prices paid for similar competitive properties, which represent bone-fide arm's-length transactions, are indicative of the most probable sale price for the subject, as of the valuation date.

The Income Approach to value is based on the principle of anticipation, and the premise that the value of a property is the present worth of future benefits, in the case of the subject, the present worth of future net income receipts over a specific period of time. The net income is then converted to an indication of value using the process of capitalization. The Income Approach involves analysis of the potential income of the subject, taking into account existing leases (if applicable), market rents, analysis of the costs of ownership which must be incurred to generate that income and selection, development and application of appropriate capitalization techniques to arrive at indications of value for the subject as of the valuation date. In this case the most appropriate valuation technique is direct capitalization.

The Sales Comparison and Income Approaches are used to estimate the prospective and as is opinions of value for the subject property.

26

## SALES COMPARISON APPROACH

The Market Data Approach involves direct comparisons of the property being appraised to similar properties that have sold in the same or a similar market in order to derive a market value indication for the property being appraised. This approach is also known as the Direct Sales Comparison Approach. Carefully verified and analyzed, market data is good evidence of value when it represents typical actions and reactions of buyers, sellers, users and investors. The Sales Comparison Approach, like the Cost Approach is based on the principle of substitution. The Sales Comparison Approach implies that a prudent person will not pay more to buy a property than it will cost to buy a comparable substitute property. The price a typical purchaser pays is usually the result of an extensive shopping process in which available alternates are compared. The property purchased typically represents the best available balance between the buyer's specifications and the purchase price. Asking price may be more than a seller expects to realize because there is the possibility that an atypical purchaser may be found willing to pay more than market value. After testing the market for a reasonable time without success, the seller may reduce the price or accept an offer that is less than the asking price. Although individual sales may deviate from a market norm, a sufficient number tend to produce a pattern indicating the action of typical buyers and sellers in the market. When information about a sufficient number of similar property sales made in the current market value is available, the resulting pattern provides a good indication of market value.

The Sales Comparison Approach may be applied in five steps:

> ➢ Research the market to identify similar properties for which pertinent sales, listings, offerings and/or rental data is available.

> ➢ Qualify the prices as to terms, motivating forces and bona fide nature.

> ➢ Compare each of the comparable properties' important attributes to the corresponding ones of the property being appraised, under the general elements of comparison of property rights, financing, market conditions (time), motivation (condition of sale), location and physical characteristics.

> ➢ Consider all dissimilarities and their probable effect on the price of each sale property to derive individual market value indications for the property being appraised.

> ➢ From the pattern developed, formulate an opinion of market value for the property being appraised.

The following is an analysis of improved building sales:

## NEIGHBORHOOD & COMPARABLE LOCATION MAP





### *Improved Sale #1*

| | |
|---|---|
| *Address:* | 1804 Benning Road, NE<br>Washington, DC 20002 |
| *Legal Description:* | Lot 944 in Square 4507;<br>District of Columbia |
| *Verification Source:* | Public Record, Bright MLS, DC.gov, Seller |
| *Sale Price:* | $1,050,000 |
| *Sale Date:* | November 2019 |
| *Grantor:* | Solo Investment Group LLC (Siem Abebe) |
| *Grantee:* | Samb Alioune |
| *Financing:* | $1,050,000 first deed of trust provided by Bank of America,<br>N.A. at market rate & term |
| *Site Area:* | 1,361 Square Feet |
| *Gross Building Area:* | 1,776 Square Feet |
| *$/Sf of GBA:* | $591.22 |
| *Number of Units/Unit Type:* | 3 // (1)-2Br/1Ba, (1)-1Br/1Ba + Den, (1)-2Br/2Ba |
| *$/Unit:* | $350,000 |
| *$/Room:* | $91,304 |

*Remarks:* This comparable consists of a three story, walk-up apartment building located 1-block south of the subject property. The building was constructed in 1941 and was completely renovated in 2019 to condominium quality. The seller reported spending $450,000 or $238.10/Sf on renovation costs. The building transferred 100% vacant. The units are self-contained and separately metered for electricity. The landlord is responsible for paying water and sewer, trash, and common area electricity. The condition is superior. The location is considered similar. There is on-site parking for 1 vehicle. Marketing time was approximately 51 days. The original list price was $1,100,000.



## _Improved Sale #2_

| | |
|---|---|
| **_Address:_** | 1808 Benning Road, NE<br>Washington, DC 20002 |
| **_Legal Description:_** | Lot 943 in Square 4507;<br>District of Columbia |
| **_Verification Source:_** | Public Record, Bright MLS, DC.gov, Seller |
| **_Sale Price:_** | $1,050,000 |
| **_Sale Date:_** | October 2019 |
| **_Grantor:_** | Solo Investment Group LLC (Siem Abebe) |
| **_Grantee:_** | Zaid M. Alami |
| **_Financing:_** | $840,000 first deed of trust provided by JPMorgan Chase<br>Bank, N.A. at market rate & term |
| **_Site Area:_** | 1,361 Square Feet |
| **_Gross Building Area:_** | 1,776 Square Feet |
| **_$/Sf of GBA:_** | $591.22 |
| **_Number of Units/Unit Type:_** | 3 // (1)-2Br/1Ba, (1)-1Br/1Ba + Den, (1)-2Br/2Ba |
| **_$/Unit:_** | $350,000 |
| **_$/Room:_** | $91,304 |

**_Remarks:_** This comparable consists of a three story, walk-up apartment building located ½-mile southeast of the subject property. The building was constructed in 1941 and was completely renovated in 2019 to condominium quality. The seller reported spending $450,000 or $238.10/Sf on renovation costs. The building transferred 100% vacant. The units are self-contained and separately metered for electricity. The landlord is responsible for paying water and sewer, trash, and common area electricity. The condition is similar. The location is considered similar. There is on-site parking for 1 vehicle. Marketing time was approximately 51 days. The original list price was $1,100,000.



### *Improved Sale #3*

| | |
|---|---|
| *Address:* | 512 Tennessee Avenue, NE |
| | Washington, DC 20002 |
| *Legal Description:* | Lot 824 in Square 1052 |
| | District of Columbia |
| *Verification Source:* | Bright MLS, Listing Agent, Public Record, dc.gov |
| *Sale Price:* | $1,585,000 |
| *Sale Date:* | May 2019 |
| *Grantor:* | Yavuz S. Bolukbasi |
| *Grantee:* | Karina Sudyatmiko |
| *Financing:* | $785,000 first deed of trust provided by MC Financial, Inc. |
| | at market rate and term. |
| *Site Area:* | 1,970 Square Feet |
| *Gross Building Area:* | 3,930 Square Feet |
| *$/Sf of GBA:* | $403.31 |
| *Number of Units/Unit Type:* | 3 // (3)-3Br/2Ba |
| *$/Unit:* | $528,333 |
| *$/Room:* | $105,667 |

**Remarks:** This comparable consists of a two story plus English basement, three-unit apartment building located 0.7 miles south of the subject property, approximately 2.5 blocks south of the H Street Corridor in Northeast, Washington, DC. The building was constructed in 1900 and recently renovated to modern standards. The location is superior and the condition is similar. The unit mix is made up of three, three-bedroom, two-bathroom units and transferred with 1 vacancy at the time of sale. The units are separately metered for utilities. The landlord is responsible for paying water and sewer, trash, and common area electricity. Parking is on-street. Marketing time was 48 days.



## IMPROVED SALE #4

| | |
|---|---|
| *Address:* | 1443 Euclid Street, Northwest |
| | Washington, DC 20000 |
| *Legal Description:* | Lot 35 in Square 2665 |
| | District of Columbia |
| *Verification Source:* | CoStar/COMPS, Seller, Bright MLS, Public Record, |
| | Personally |
| | Appraised |
| *Sale Price:* | $3,310,000 |
| *Conditions of Sale:* | Arms-Length |
| *Sale Date:* | 10/2017 (Cd) |
| *Site Area:* | 1,983 Square Feet |
| *Year Built:* | 2017 |
| *Gross Building Area:* | 4,560 Square Feet |
| *Price Per Sf of GBA:* | $725.88 |
| *Number of Units:* | 8 |
| *Unit Types:* | 7-1Br's & 1-0Br |
| *Number of Rooms:* | 23 |
| *Price Per Unit:* | $413,750 |
| *Price Per Room:* | $143,913 |

*Remarks:* The property is located on the north side of Euclid Street, between University Place and 14th Street, Northwest. This comparable is the result of new construction consisting of an attached, four story plus cellar, multi-unit building that was retained as an investment property for lease-up as rentals. There are seven (7), one bedroom units ranging in size from 410 square feet to 654 square feet and one (1), efficiency totaling 337 square feet. A search of the Bright MLS revealed the property was originally listed for sale on August 10, 2017 with a list price of $3,400,000 and was placed under contract after 69 days on market.



***Improved Sale #5***

| | |
|---|---|
| ***Address:*** | 1332 Levis Street, NE<br>Washington, DC 20002 |
| ***Legal Description:*** | Lot 93 in Square 4061N<br>District of Columbia |
| ***Verification Source:*** | Bright MLS, Listing Agent, Public Record, dc.gov, Seller |
| ***Sale Price:*** | $837,500 |
| ***Sale Date:*** | December 2018 |
| ***Grantor:*** | 1332 Levis St, LLC (Utku Aslanturk) |
| ***Grantee:*** | Nathan E. Silver |
| ***Financing:*** | FHA per Bright MLS |
| ***Site Area:*** | 2,234 Square Feet |
| ***Gross Building Area:*** | 1,890 Square Feet |
| ***$/Sf of GBA:*** | $443.12 |
| ***Number of Units/Unit Type:*** | 3 // (3)-2Br/1Ba |
| ***$/Unit:*** | $279,167 |
| ***$/Room:*** | $69,792 |

***Remarks:*** This comparable consists of a two story plus English basement, three-unit apartment building located 2 blocks southeast of the subject property within the Trinidad neighborhood of Northeast, Washington, DC. The building was constructed in 1938 and renovated to modern standards in 2018. The seller reported spending $200,000 or $105.82/Sf on renovation costs. The location is similar and the condition is considered inferior. The unit mix is made up of three, two-bedroom, one-bathroom units leased exclusively to HCVP tenants at the time of sale. The units are separately metered for electricity (individual unit consumption - heat, cooking, and domestic hot water). The landlord is responsible for paying water and sewer, trash, and common area electricity. There is on-site parking for 1 vehicle. Marketing time was 45 days. The overall rate at the time of sale according to the seller was 5.5%.

## COMMENTS ON SALES COMPARISON APPROACH

Five sales residential apartment buildings were analyzed to compare to the subject property. They are considered the best available sales to compare to the subject at the time of this analysis. CoStar/COMPS, Bright MLS and the District of Columbia public record were the initial sources of research. Each sale was verified with the broker/agent, buyer or seller, tax records, and the DC Assessor's Office. The appraised property consists of a recently renovated, three story plus cellar, walk-up apartment building containing seven (7) units.

In the Sales Comparison Approach, sales are typically adjusted for industry recognized elements of comparison. They include:

| ELEMENTS OF COMPARISON |
| :---: |
| Property Rights |
| Financing |
| Conditions of Sale (Motivation) |
| Market Conditions (Date of Sale) |
| Locational Characteristics |
| Physical Characteristics |

The most appropriate unit of comparison is the price per room in that it eliminates the need to adjust for differences in unit mix.

The following is a summary of the individual sale's units of comparison:

| SALE | PRICE/UNIT | PRICE/ROOM | PRICE/SF |
| --- | --- | --- | --- |
| | | | |

Recognizing the imperfect nature of real estate markets, we will apply the qualitative (rather than quantitative) analysis techniques of relative comparison and ranking, which study the relationships indicated by market data without recourse to quantification. These techniques involve qualitatively rating the sales (shown by positive and negative directional adjustment) for relevant elements of comparison to the subject, and then ranking them, with the subject placed appropriately in the array. In this manner, arrayed comparable sales rated as superior or inferior, overall, to the subject, will indicate the most probable value range within which the subject would be expected to fall.

34

The most relevant elements of comparison are location, condition, and unit mix, etc.

| SALES COMPARISON APPROACH ADJUSTMENT GRID – AS IS | | | | |
|---|---|---|---|---|
| **Element** | **Sale 1** | **Sale 2** | **Sale 3** | **Sale 4** |
| Sale Price | $1,050,000 | $1,050,000 | $1,585,000 | $3,310,000 |
| Price/Room | $91,304 | $91,304 | $105,667 | $143,913 |
| # of Units | 3 | 3 | 3 | 8 |
| Property Rights<br>Fee Simple | Fee Simple<br>-0- | Fee Simple<br>-0- | Leased Fee<br>-0- | Fee Simple<br>-0- |
| Financing | Market<br>-0- | Market<br>-0- | Market<br>-0- | Market<br>-0- |
| Conditions of Sale | Arms-Length<br>-0- | Arms-Length<br>-0- | Arms-Length<br>-0- | Arms-Length<br>-0- |
| Date of Sale | November 2019<br>-0- | October 2019<br>-0- | May 2019<br>-0- | March 2018<br>-0- |
| Adjusted Price/Room | $91,304 | $91,304 | $105,667 | $143,913 |
| Location<br>Trinidad | Similar<br>-0- | Similar<br>-0- | Fringe Cap. Hill<br>( - ) | Trinidad<br>-0- |
| Unit Mix<br>5-2Br, 2-3Br | 1-1Br + Den,<br>2-2Br<br>-0- | 1-1Br + Den,<br>2-2Br<br>-0- | 3-3Br<br>-0- | 3-2Br<br>-0- |
| Condition<br>Renovated/Good | Renov./Very Good<br>( - ) | Renov./Very Good<br>( - ) | Similar<br>-0- | Superior<br>( - - - ) |
| Parking<br>On-Site / 3 | On-Site / 1<br>-0- | On-Site / 1<br>-0- | Street<br>No Adj. | Street<br>No Adj. |
| Net Adjustment | ( - ) | ( - ) | ( - ) | ( - - - ) |

Continued from previous table.

| Element | Sale 5 |
|---|---|
| Sale Price | $837,500 |
| Price/Room | $69,792 |
| # of Units | 3 |
| Property Rights<br>Fee Simple | Leased Fee<br>-0- |
| Financing | Market<br>-0- |
| Conditions of Sale | Arms-Length<br>-0- |
| Date of Sale | December 2018<br>-0- |
| Adjusted Price/Room | $69,792 |
| Location<br>Trinidad | Trinidad<br>-0- |
| Unit Mix<br>5-2Br, 2-3Br | 3-2Br<br>-0- |
| Condition<br>Renovated/Good | Inferior Renovation<br>( + ) |
| Parking<br>On-Site / 3 | On Site / 1<br>No Adj. |
| Net Adjustment | ( + ) |

Although the adjustment process is expressed quantitatively and then qualitatively, it is recognized the magnitude of adjustments for a given item will likely vary among the comparable sales, resulting in some instances where a single factor may outweigh several other adjustments combined.

After an overall (net) adjustment for each sale is established, the comparable sales are reconciled and an indication of probable market value is derived by positioning (ranking) them into an array relative to the subject as shown in the following table:

| Sale | # Rooms | $ / Room | Net Adjustment |
|------|---------|----------|----------------|
|      |         |          |                |

## INCOME APPROACH

An income-producing property is typically purchased for investment purposes, and the projected net income stream is the critical factor affecting its market value. An investor purchasing income-producing real estate is in effect trading a sum of present dollars for the right to a stream of future dollars. There is a relationship between the two, and the connecting link is the process of capitalization. Because future dollars are worth less than present dollars, the anticipated future dollars are discounted to a present worth on some basis that reflects the risk and the waiting involved. The Income Approach, which is related to investor thinking and motivation, is a basic tool for the valuation of income-producing real estate. It is based on the principle of anticipation reflected in the definition of value as the present worth of all the rights to future benefits accruing to ownership. These future benefits consist of some pattern of annual net income for a projected period of years plus a capital sum at the end of this period. This capital sum consists of land value or of land value plus some remaining improvement value. The projection period may represent an economic life estimate for the improvements, the term of a lease, or a projected investment holding period to resale of the property. The Income Approach is practical only when an income stream attributable to the real estate can be estimated.  This income estimate may be developed and supported by comparisons in the local market or, alternately, by an allocation to the real estate of some portion of the total income derived from the operation of a going business in which the real estate is a contributing component.

The steps involved in translating the net income projection into a value indication are summarized as follows:

> ➢ Estimate potential gross annual income.

> ➢ Estimate and deduct a vacancy and collection loss allowance to derive effective gross income.

> ➢ Estimate and deduct annual expenses of operation to derive net operating income (net income before recapture).

> ➢ Estimate remaining economic life or the duration and pattern of the projected income stream.

> ➢ Select an applicable capitalization method and technique.

> ➢ Develop the appropriate rate or rates.

> ➢ Complete the necessary computations to derive an economic value indication by the Income Approach.

## MARKET RENT FOR CO-LIVING RENTS

As previously stated, the subject will be construction and used as a residential co-living housing enterprise whereby the operator will provide furnished apartments with the following amenities basically following the Common Living, Inc. model which include:

> Employee living on-site as home manager;

> Private furnished bedroom;

> Weekly cleaning;

> High speed Wi-Fi;

> Television in room and common area;

> Utilities;

> Furnished living area;

> Common lounge on first floor with powder room, business center, and TV.

> Essential household supplies to include: pillows, towels, dishes, toilet paper, paper towels, salt, pepper, soap, etc.;

There is a limited number of residential units operating under a co-living business plan offering the same amenities and services as previously summarized. The following is a summary of the properties whose lease terms that can be verified:



**CO-LIVING RENTAL COMPARABLE LOCATION MAP**



### Co-Living Rental Comparable #1

| | |
|---|---|
| **Address:** | 819 6th Street, NW |
| | Washington, DC 20001 |
| **Project Name:** | The Bowman |
| **Survey Date:** | March 2020 |

**Property Description:** This rental comparable consists of a five level plus English basement semidetached urban row house located on the east side of 6th Street, just south of Massachusetts Avenue in the Chinatown neighborhood of Northwest. The building is fully leased and operated as a co-living facility. There are a total of 4 rental apartments, two of which are three bedroom and three bathroom units as well as two, four bedroom, two bathroom units. The units are individually metered for utilities and included in the monthly rent. The landlord also pays water and sewer. Features include washers and dryers in each unit as well as a shared roof deck and elevator. The property appears to be in good condition. The location is superior. The units are furnished.

The unit rents are as follows:

| TYPE | MO. RENT |
|---|---|
| Bedroom w/shared bathroom | $1,500 |
| Bedroom w/private bathroom | $2,000 |

| | |
|---|---|
| **Concessions:** | No concessions reported |
| **Unit Features:** | Modern kitchens, laundry facilities in units |
| **Amenities:** | Roof deck |
| **Comments:** | The landlord pays all utilities |

41



***Co-Living Rental Comparable #2***

| | |
|---|---|
| ***Address:*** | 410- 412 Richardson Place, NW |
| | Washington, DC 20001 |
| ***Project Name:*** | The Richardson |
| ***Survey Date:*** | March 2020 |

***Property Description:*** This rental comparable consists of two - three stories plus English basement attached urban row houses located on the south side of Richardson Place, south of Florida Avenue and east of New Jersey Avenue in the Shaw neighborhood of Northwest, Washington, DC. The building is fully leased and operated as a co-living facility. There are a total of 4 rental apartments, all of which are six bedroom and four and a half bathroom units. The units are individually metered for utilities and included in the monthly rent. The landlord also pays water and sewer. Features include washers and dryers in each unit as well as balconies. The property appears to be in good condition. The location is superior. The units are furnished.

The unit rents are as follows:

| TYPE | MO. RENT |
|---|---|
| Bedroom w/private bathroom | $1,425 |

| | |
|---|---|
| ***Concessions:*** | No concessions reported |
| ***Unit Features:*** | Modern kitchens, laundry facilities in units |
| ***Amenities:*** | Roof deck |
| ***Comments:*** | The landlord pays all utilities |

42



***Co-Living Rental Comparable #3***

| | |
|---|---|
| ***Address:*** | 1734 6th Street, NW |
| | Washington, DC 20001 |
| ***Project Name:*** | The Oslo - Shaw |
| ***Survey Date:*** | March 2020 |

***Property Description:*** This rental comparable consists of a three stories plus English basement detached nine unit building containing three, three bedroom units and six, four bedroom units attached urban row houses located on the west side of 6th Street, south of Florida Avenue and north of Rhode Island Avenue in the Shaw neighborhood of Northwest, Washington, DC. The building is fully leased and operated as a co-living facility. There are a total of 9 rental apartments, three of which are three bedroom units and six are four bedroom units. The units are individually metered for utilities and paid by the tenants. The landlord pays water and sewer. Features include washers and dryers in each unit as well as a shared roof deck. The property appears to be in good condition. The location is superior. Only the living room is furnished.

The unit rents are as follows:

| TYPE | MO. RENT |
|---|---|
| Bedroom w/private bathroom | $1,305 |

| | |
|---|---|
| ***Concessions:*** | No concessions reported |
| ***Unit Features:*** | Modern kitchens, laundry facilities in units |
| ***Amenities:*** | Shared roof deck |
| ***Comments:*** | The tenants pay utilities except water and sewer |

43



***Co-Living Rental Comparable #4***

| | |
|---|---|
| ***Address:*** | 1219 Florida Avenue, NE |
| | Washington, DC 20002 |
| ***Project Name:*** | The Oslo - Atlas |
| ***Survey Date:*** | March 2020 |

***Property Description:*** This rental comparable consists of three stories detached eight unit building containing eight, five bedroom units located on the north side of Florida Avenue, south of Florida Avenue and north of Rhode Island Avenue in the Shaw neighborhood of Northwest, Washington, DC. The building is fully leased and operated as a co-living facility. The units are individually metered for utilities and paid by the tenants. The landlord pays water and sewer. Features include washers and dryers in each unit as well as a shared roof deck. The property appears to be in good condition. The location is slightly superior (closer to H Street, NE). Only the living room is furnished.

The unit rents are as follows:

| TYPE | MO. RENT |
|---|---|
| Bedroom w/private bathroom | $1,300 |
| Bedroom w/shared bathroom | $1,180 |

| | |
|---|---|
| ***Concessions:*** | No concessions reported |
| ***Unit Features:*** | Modern kitchens, laundry facilities in units |
| ***Amenities:*** | Shared roof deck |
| ***Comments:*** | The tenants pay utilities except water and sewer |

44

## COMMENTS ON CO-LIVING RENTAL COMPARABLES

Four Co-Living rental comparables are provided to estimate the market rent for the furnished apartments proposed for the subject, leased by the bedroom. For the subject, all utilities are included in the monthly rent.  The following is a summary of the rental comparables:

| Rental | Rental Rate/Bedroom | Furnished | Utilities |
|--------|---------------------|-----------|-----------|
|        |                     |           |           |
|        |                     |           |           |
|        |                     |           |           |
|        |                     |           |           |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   |   |
|   |   |   |   |   |
|   | - | - | - | - - |
|   | - - | - - | - - | - - |
|   |   | - - |   |   |
|   | - - | - - |   |   |
|   | - - |   | - | - |
|   | - | - | - | - |
|   |   |   |   |   |

| RENTAL COMPARABLE ADJUSTMENT GRID W/PRIVATE BATHROOM | | | | |
|---|---|---|---|---|
| Item | Rental 1 | Rental 2 | Rental 3 | Rental 4 |
| | | | | |
| | - | - | - | - - |
| | - - | - - | - - | - - |
| | | - - | | |
| | - - | - - | | |
| | | - - | - - | - - |
| | - | - | | |
| | | | | |

| _ | |
|---|---|
| | |
| | |

## EFFECTIVE GROSS INCOME

Effective gross income is the subtraction of vacancy and collection loss from potential gross income. The vacancy and collection loss allowance accounts for income lost due to periods when the property is not fully leased or when a tenant is unable to pay its rent in a timely manner.  It should be noted that the vacancy loss noted here is not the same as rent loss due to absorption. Rather, vacancy loss refers to loss sustained by the landlord during normal, stabilized occupancy. These are the loss sustained at tenant turnover. Projected vacancy is a factor of local market conditions and the marketability of a property within its trade area. A vacancy survey of the subject market area was conducted. The CoStar Multifamily Market Report for 1st Quarter 2020 shows the 20002-zip code – quoted stabilized vacancy rate to be 5.8% (see following table).

Overall & Stabilized Vacancy 



Table 5: Vacancies-Selected Metro Areas

2017—Unfurnished—By Building Type — As a Percentage of Gross Possible Income

| City | Elevator | Low-Rise 12-24 | Low-Rise 25+ | Garden |
|---|---|---|---|---|
| Albany-Troy, NY | 3.5 | —— | 4.2 | 6.4 |
| Atlanta, GA | 5.8 | —— | 7.4 | 7.9 |
| Austin, TX | 6.6 | —— | 7.9 | 8.2 |
| Baltimore, MD | 7.7 | —— | 7.7 | 6.3 |
| Boston, MA | 6.0 | 4.4 | 3.9 | 2.6 |
| Chicago, IL | 11.1 | —— | 11.1 | 8.8 |
| Dallas, TX | 6.6 | —— | 7.9 | 6.3 |
| Denver, CO | 6.3 | —— | 6.4 | 7.1 |
| Detroit, MI | 5.6 | —— | 2.7 | 2.8 |
| Fort Lauderdale, FL | 12.3 | —— | 9.9 | 11.0 |
| Houston, TX | 9.5 | —— | 14.6 | 8.5 |
| Kansas City, MO | —— | 11.6 | 4.9 | 7.2 |
| Los Angeles, CA | 9.3 | 1.7 | 8.1 | 7.2 |
| Milwaukee, WI | 3.1 | 18.6 | 5.7 | 2.0 |
| Minneapolis-St. Paul, MN | 7.5 | —— | 6.0 | 4.4 |
| New York City, NY | 11.5 | —— | 11.9 | 9.4 |
| Omaha, NE | 7.0 | —— | 6.5 | 8.6 |
| Philadelphia, PA | 4.3 | —— | 6.5 | 7.1 |
| Phoenix, AZ | 8.1 | —— | 9.3 | 7.5 |
| Portland, OR | 12.7 | 5.6 | 12.1 | 8.2 |
| Providence, RI | —— | 3.5 | 4.0 | 4.5 |
| Raleigh-Durham, NC | 9.3 | —— | 11.0 | 5.9 |
| Richmond, VA | 6.5 | —— | 5.5 | 4.9 |
| Rochester, NY | 3.7 | —— | 2.8 | 4.3 |
| St. Louis, MO | 12.9 | —— | 10.1 | 6.0 |
| Salt Lake City, UT | 6.5 | —— | 5.4 | 7.0 |
| San Francisco, CA | 4.2 | —— | 9.9 | 11.1 |
| Seattle, WA | 7.1 | —— | 8.7 | 7.2 |
| Tampa-St. Peter., FL | 9.6 | —— | 11.1 | 7.7 |
| Washington, DC | 4.9 | —— | 12.8 | 5.6 |
| Wichita, KS | —— | 11.1 | 6.3 | 10.0 |

*2018 Institute of Real Estate Management (IREM), Income & Expense Analysis*

| VACANCY SUMMARIZED | |
|---|---|
| CoStar | 5.8% |
| IREM | 5.6% |

During our verification of data and interviews with parties involved in the transactions used to render the opinions of value, there is direct impact on the co-living market as summarized in the articles referenced on pp.3-4. As a result, vacancy and collection loss are estimated to be 10%.

48

Effective gross is calculated as follows:

| POTENTIAL GROSS ANNUAL INCOME AS CO-LIVING HOUSING | | | | |
|---|---|---|---|---|
| **EFFECTIVE GROSS ANNUAL INCOME @ STABILIZED OCCUPANCY** | | | | |
| PGI | x | Occupancy Level | = | EGI |
| $268,500 | x | 90% | = | $241,650 |

**Expense Comparable #1**

**# Rooms - 89**

| Year | 2016 | 2015 | 2 Year Average |
|---|---|---|---|
| Potential Gross Income | $773,862 | $758,335 | Per Room |
| % Increase | 2.00% | | |
| | - | - | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | - | - | |
| - | | | |

**Expense Comparable #2**

# Rooms - 223

| Year | 2016 | 2015 | 2 Year Average |
|------|------|------|----------------|
| Potential Gross Income | $1,553,397 | $1,509,492 | Per Room |
| % Increase | 2.90% | | |
| | - | - | |
| | - | - | |

**Expense Comparable #3**
**# Rooms - 228**

| Year | 2016 | 2015 | 2 Year Average |
|------|------|------|----------------|
| Potential Gross Income | $827,023 | $806,588 | Per Room |
| % Increase | 2.50% | | |
| | - | - | |
| | - | - | |

**Expense Comparable #4**
**# Rooms - 157**

| Year | 2016 | 2015 | 2 Year Average |
|---|---|---|---|
| Potential Gross Income | $2,099,600 | $2,075,277 | Per Room |
| % Increase | 2.80% | | |
| | - | - | |
| | - | - | |

**EXPENSE NOTES**

***Real Estate Taxes*** - The proposed 2021 assessed value for the subject property is $990,310. The residential tax rate is $0.85 per $100 of assessed value which results in annual taxes totaling $8,417.64 ($990,310 ÷ $100 x $0.85). The assessed value is low based on the recent renovation of the subject property to condominium quality.

Real estate taxes are based on the following real estate tax comparables of renovated multi-family apartment buildings.

1804 Benning Road, Northeast is a 3-unit apartment building with a proposed 2021 assessed value of $962,640 which is 91.7% of the November 2019 sale price ($1,050,000).

626 E Street, Southeast is a 12-unit apartment building with a proposed 2021 assessed value of $4,182,930 which is 74.7% of the August 2019 sale price ($5,600,000).

Real estate taxes are forecasted based on 75% of the value by the Sales Comparison Approach ($2,550,000). As such, real estate taxes are forecasted at $16,256 ($2,550,000 x .75 ÷ $100 x $0.85).

***Insurance*** - Insurance is considered a fixed expense incurred during a stabilized year. The expense comparables indicate insurance related expenses ranging from $44 to $196 per room. Insurance is forecasted at $100 per room or $3,000 per year.

***Utilities*** - The subject units will be separately metered for all utilities; however, all utilities are assumed to be paid by the landlord. The landlord is responsible for water and sewer charges as well as common area electricity. The following is a summary of the previous rental comparables average per room expenses for utilities:

| Electricity | Water and Sewer |
|---|---|
| $200/Room | $200/Room |
| $6,000 | $6,000 |

***Trash Removal/Pest Control*** - Trash removal/pest control is forecasted at $75 per room or $2,250. Expense comparables range from $52 to $114 per room.

***Repairs & Maintenance*** - Repairs and maintenance for the expense comparables do not account for the extensive renovation performed at the subject property. Repairs and maintenance is forecasted at $800 per unit per year or $5,600.

***Weekly Cleaning*** - Management will provide weekly cleaning estimated at $50 per unit per week or $18,200 per year.

***Payroll*** - Payroll for the expense comparables range from $354 to $1,173 per room. Payroll is forecasted at $400 per room or $12,000 per year. Payroll reflects wages for the on-site leasing agent and house manager as well as repairs and maintenance.

54

***Management*** - Management fees include funds required for off-site property management and accounting functions. A Washington area survey of management companies revealed that normal fees for smaller projects are 5 - 8 percent of effective revenue while management of larger projects require charges of 3 - 6 percent. A 5% management fee is utilized in the analysis.  Management fee equates to $12,083 annually.

***Shared Goods:***  Shared goods expense is forecasted at $30 per room per month, $900 per month or $10,800 per year.

***Administration*** - All other operating expenses are lumped into administration which includes legal & audit, telephone, advertising and other miscellaneous expenses. Administration related expenses are forecasted at $100 per room, which equates to $3,000 per year.

***Replacement Reserves*** - The reserve for replacement expense is an account set up for short-lived maintenance items which require replacement prior to the end of the building's physical life. Typically this account is an interest bearing account used only when necessary. It is recognized that many property owners do not use this procedure, but merely consider the replacement of such items of capital expenditure on a cash basis. We did not forecast a replacement reserves expense for the real estate.

***Reserves – Fixtures, Furnishings & Equipment***: Included in the value is the going-concern or enterprise value. A going-concern value can also have tangible assets attached to assembling the business. In the case of the subject, the tangible assets include FF&E and Soft Goods. The FF&E and Soft Goods for the subject units include all bedroom, living room, dining room, and bathroom furnishings to included couches, chairs, tables, electronics, pictures, lamps, dishes, silverware, towels, sheets, etc.

Your appraisers interviewed Thomas Murray, President of ISG (Installation Service Group). ISG installs furnishings for time shares and hotels around the country.  For upscale units the average cost for a two-bedroom unit is approximately $15,000 to $20,000 which is consistent with Wyndam World Wide and Cushman Wakefield, *Focus on Hotel Construction Costs*, estimates for average FF&E for Upper Midscale units.

The subject's FF&E budget is estimated at $15,000 for each 2-bedroom unit and $17,500 for each 3-bedroom unit; therefore, the total FF&E budget is estimated at $110,000 (($15,500 x 5) + ($17,500 x 2)).

As previously stated, the budget for FF&E is $110,000 ($3,676 per room or $15,714 per unit). According to Marshall Valuation Service, Life Expectancy Guidelines for FF&E, typical hotel and motel for furnishings ranges from 8 to 12 years or an average of 10 years. Therefore, replacement reserves for FF&E equates to $11,000 ($110,000 {based on appraiser's forecast} ÷ 10 years = $11,000).

Soft goods are a term that can be defined differently by different firms. One common definition is that soft goods consist of everything in the guestroom that is not a case good (i.e. soft goods would include lighting, wallcovering, artwork, etc.). Others would define soft goods as only the "soft" or fabric items in the room: window treatments and bed treatments, etc.

A budget of $500 for each unit is forecasted having an economic life of 1 year. Therefore, the reserve for replacement of soft goods is $3,500 (7 units x $500).

The annual forecasted operating expenses equate to a total of approximately $109,689 or $3,656 per room (30 Rooms) or 45.4% of EGI.



***Source:*** National Apartment Association Survey of Operating Income & Expenses

56

## DIRECT CAPITALIZATION

Direct capitalization uses a market derived overall rate, which is applied to the normalized net operating income to provide a value estimate. The approach requires that both the capitalization rate selection and the estimation of net operating income reflect the normalized operations. The basic formula is Value = NOI/OAR. Lenders must receive a competitive interest rate commensurate with the perceived level of risk of the project while the investors must anticipate receiving a competitive equity (cash-on-cash) return. The selection of an appropriate overall rate can be derived by several methods. The methods used in this report are the mortgage-equity analysis technique (also known as the Band-of-Investment Technique), data from publications tracking trends in the real estate market and investor expectations, and information from recent sales of similar buildings (market-derived overall rates).

***Mortgage-Equity Analysis:*** Mortgage-Equity Analysis is based on the premise that financing is typically involved in real estate transactions, and that equity investors seek to obtain the best available financing package in order to maximize the potential benefits of leverage. The capitalization rate developed is a weighted average that will satisfy both the mortgage requirement of the lender and the equity dividend requirement of the equity investor. Local lending institutions deemed possible lenders for a property such as the subject were surveyed. Based on the foregoing, the terms and conditions included in the following table are indicative of the current financing market. Local lending institutions deemed possible lenders for a property such as the subject were surveyed. Also considered were the terms used by investors as surveyed by the Appraisal Institute. Based on the foregoing, the terms and conditions included in the following table are indicative of the current financing market.

| MORGAGE PARAMETERS | |
|---|---|
| Loan-to-Value Ratio | 75% |
| Equity Dividend Rate | 5.0% |
| Current Interest Rate | 4.75% |
| Interest Constant | .06841 |
| Amortization Term | 25 years |

Using the foregoing components, a capitalization rate for the subject using the Mortgage Equity Analysis is developed as shown in the following table.

| MORTGAGE COMPONENTS x EQUITY COMPONENT = RESULT |
|---|
| ———— |

***Published Statistical Data:*** The PwC Real Estate Investor Survey and Real Estate Research Corporation publishes capitalization rates of multifamily projects. According to this source, the capitalization rate range for multifamily properties in the Mid-Atlantic Regional Apartment market is found in the following table.

| CAPITALIZATION RATE SURVEYS | |
|---|---|
| PROPERTY TYPE | PwC |
| Mid-Atlantic Regional Apartment Market | 4.00% - 6.75%<br>**5.13% (Average)** |
| Source: PwC Real Estate Investor Survey; 4th Quarter 2019 | |

The Co-Living concept is in the early stages and is very much a new concept. The Co-Living housing market is widely perceived to the next step for prospective tenants leaving the Student Housing market. The income characteristics for Co-Living housing closely reflect that of student housing than traditional multifamily housing income characteristics. The PwC Real Estate Investor Survey publishes capitalization rates of multifamily projects. According to this source, the capitalization rate range for properties in the National Student Housing market is found in the following table.

| CAPITALIZATION RATE SURVEYS | |
|---|---|
| PROPERTY TYPE | PwC |
| National Student Housing Market<br>Institutional Grade | 4.5% - 7.5%<br>**5.76% (Average)** |
| Source: PwC Real Estate Investor Survey; 4th Quarter 2019 | |





**Market Derived Overall Rates:** When sufficient market data can be obtained, the overall capitalization rate (OAR) can be derived from market sales by dividing the net operating income of a particular building by its sale price. The overall rate reflects both return on and recapture of the investment. The sales of multifamily buildings in the subject market area and/or neighboring market areas, as noted below, are also considered in providing the overall rate:

| ADDRESS | SALE PRICE | SALE DATE | OAR |
|---------|-----------|-----------|-----|
| 21 Units th Street, NW | $9,425,000 | June 2017 | 4.5% |
| 400 Seward Square, SE 14 Units | $5,300,000 | October 2017 | 4.6% |
| 501 12th Street, NW 25 Units | $7,500,000 | February 2016 | 4.5% |
| 1433 Euclid Street, NW 8 Units | $3,310,000 | October 2017 | 4.2% |
| 1072 Thomas Jefferson Street, NW 8 Units | $4,200,000 | April 2018 | 4.5% |
| 626 E Street, SE 12 Units | $5,600,000 | August 2019 | 5.1% |

*Concluded Overall Rate:* Based on the Mortgage-Equity Analysis (6.4%), PwC Real Estate Investor Survey (5.13% - average for Mid-Atlantic Regional Apartment Market and 5.76% for National Student Housing Market), and market extracted capitalization rates (4.2%-5.4% - Multifamily Housing), the appropriate overall rate to apply to the subject is estimated at 5.5% which equates to approximately 75 to 100 basis points above the market extracted overall rates for smaller multifamily housing properties in the District of Columbia and is somewhere between the overall rates reflected in the multifamily and student housing markets.

The calculation of the prospective value, fully leased & stabilized by direct capitalization is represented in the following table.

| PROSPECTIVE VALUE, FULLY LEASED & STABILIZED @ CO-LIVING RENTS | |
|---|---:|
| Potential Gross Annual Income | $ 268,500 |
| Less: Vacancy & Collection Loss @ 10% | ($ 26,850) |
| Effective Gross Income | $ 241,650 |
| Less Operating Expenses | |
| Real Estate Taxes (*See Real Estate Tax Analysis*) | ($ 16,256) |
| Insurance | ($ 3,000) |
| Utilities | ($ 12,000) |
| Trash Removal & Pest Control | ($ 2,250) |
| Weekly Cleaning | ($ 18,200) |
| Shared Goods | ($ 10,800) |
| Repairs & Maintenance | ($ 5,600) |
| Payroll | ($ 12,000) |
| Management | ($ 12,083) |
| Administration | ($ 3,000) |
| Reserves – FF&E | ($ 11,000) |
| Reserves – Soft Goods | ($ 3,500) |
| Total Operating Expenses | ($109,689) |
| Net Operating Income | $131,962 |
| Capitalized @ 5.5% | $2,399,309 |
| *Prospective Value, Fully Leased & Stabilized @ Co-Living Rents (Rd)* | *$2,400,000* |

| AS-IS OPINION OF MARKET VALUE | |
|---|---:|
| Prospective Value, Fully Leased & Stabilized | $2,400,000 |
| Less: Rent Loss & Leasing Commissions (see following page) | ($262,907) |
| As-Is Value | $2,137,093 |
| *As-Is Value (Rounded)* | *$2,140,000* |

| RENT LOSS | |
|---|---|
| Month | Rent Loss |
| 1 | $22,375 |
| 2 | $22,375 |
| 3 | $22,375 |
| 4 | $22,375 |
| 5 | $22,375 |
| 6 | $22,375 |
| 7 | $22,375 |
| 8 | $22,375 |
| 9 | $22,375 |
| 10 | $22,375 |
| 11 | $11,188 |
| 12 | $ 5,594 |
| Total Rent Loss | $240,532 |

As stated, the leasing commission is based on one month's rent; $22,375.

The total rent loss and leasing commissions equate to $262,907.

| FINAL RECONCILIATION & VALUE CONCLUSION | |
|---|---|
| Cost Approach: | N/A |
| Sales Comparison Approach | |
|     Prospective Value, Fully Leased & Stabilized | N/A |
|     As-Is Value | $2,550,000 |
| Income Approach | |
|     Prospective Value, Fully Leased & Stabilized | $2,400,000 |
|     As-Is Value | $2,140,000 |

The final conclusion as to the opinion of market value, as defined, is based upon an analysis of three approaches applied with specific attention in each case to the quantity and quality of the data and the relevancy to the subject property and the type of value sought.

The Cost Approach consisted of two segments 1) an estimate of land value and 2) an estimated cost-new of the improvements. The value of the land can be estimated reliably due to the sufficient amount of land sales. In general, the Cost Approach is most reliable when the improvements are new or nearly new since in these cases accrued depreciation is minimal; however, functional (caused by a superadequacy) and external obsolescence is substantial, therefore diminishing the reliability of the Cost Approach.

The Sales Comparison Approach is based on information derived from a detailed analysis and verification of actual sales in the marketplace. The appropriate unit of comparison is the price per room. This approach is considered reliable due to the quantity and quality of available renovated, vacant building sales.

A thorough search of the entire Washington DC market produced no viable sales of furnished residential housing properties operating as Co-Living / Shared Housing.

The five sales are of multifamily properties that have been renovated or are new construction. Sales 1, 2, and 4 sold vacant. The Sales Comparison Approach to value is given all consideration in estimating the as-is opinion of value.

The Income Approach converts anticipated income benefits into a value estimate. The subject property will be leased as a Co-Living / Shared Housing accommodation. The units will be fully furnished. Four Co-Living rental comparables are provided to estimate the market rent for each bedroom with shared bathroom and each bedroom with private bathroom.

Operating expenses are forecasted, and the resultant net operating income is capitalized at an overall rate of 5.50%. Extracted sales indicate overall rates ranging from 4.2% to 5.4%. The overall rate is approximately 75 to 100 basis points above the market extracted overall rates for smaller multifamily properties in the District of Columbia and is somewhere between the overall rates reflected in the multifamily and student housing markets.

The Income Approach to value is given all consideration in estimating the prospective value, fully leased and stabilized. The Sales Comparison Approach to value is given all consideration in estimating the as-is opinion of value.

Based on an inspection of the property and the investigations and analyses undertaken, it is our opinion that as of March 18, 2021, the prospective leased-fee value, fully leased & stabilized as Co-Living enterprise, will be:

**TWO MILLION FOUR HUNDRED THOUSAND DOLLARS**
**($2,400,000)**

*The Prospective Value Fully Leased & Stabilized is estimated at $2,600,000; of which, $110,000 is attributed to Fixtures, Furnishings and Equipment (FF&E) and $3,500 is attributed to Soft Goods.*

Based on an inspection of the property and the investigations and analyses undertaken, it is our opinion that as of March 18, 2020, the as-is fee simple opinion of value, is:

**TWO MILLION FIVE HUNDRED FIFTY THOUSAND DOLLARS**
**($2,550,000)**

## MARKETING/EXPOSURE TIME

Exposure Time is defined as:

The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based upon an analysis of past events assuming a competitive and open market. Exposure time is always presumed to occur prior to the effective date of the appraisal.  The overall concept of reasonable exposure encompasses not only adequate, sufficient and reasonable time but also adequate, sufficient and reasonable effort. Exposure time is different for various types of real estate and value ranges and under various market conditions.

There are two basic ways to ascertain the Exposure Time of a property:

> ➢ inference from statistical data regarding how long similar, recently sold properties were on the market before selling;

> ➢ information gathered through sales verification and interviews with market participants.

Marketing Time is defined as:

Reasonable marketing time is an estimate of the amount of time it might take to sell an interest in real property at its estimated market value during the period immediately after the effective date of the appraisal; the anticipated time required to expose the property to a pool of prospective purchasers and to allow appropriate time for negotiation, the exercise of due diligence, and the consummation of a sale at a price supportable by concurrent market conditions. Marketing time differs from exposure time, which is always presumed to precede the effective date of the appraisal.

Marketing Time is best projected by using the information employed to estimate Exposure Time. However, since Marketing Time is dependent upon future events and circumstances, general and specific market trends must be projected.  As suggested above, sales price and exposure time are not independent of each other.  Marketing time is also dependent upon the price at which a property is marketed.

The 4th Quarter, 2019 PwC Real Estate Investor Survey Mid-Atlantic Apartment Market indicates marketing time ranging from 1 to 12 months with an average of 4.2 months.

The 4th Quarter, 2019 PwC Real Estate Investor Survey National Student Housing Market indicates marketing time ranging from 1 to 12 months with an average of 4.6 months.

Conversations with brokers and other investors in the market indicate that properties like the subject may take up to 2-to-4 months to sell under current economic conditions depending on factors cited above. Based on the previous discussion, a 3 to 6-month marketing period is estimated. This scenario assumes a period from list date to contract date. Sales 1-5 had marketing times ranging from 48 to 69 days and averaged 53 days or 1.7 months.

**EXHIBIT I**

CERTIFICATE OF OCCUPANCY — 6 UNITS
PERMIT NO. CO1900674
ISSUED 12-4-2018

**Government of the District of Columbia**
**Department of Consumer and Regulatory Affairs**
1100 4th Street SW
Washington DC 20024
(202) 442 - 4400
dcra.dc.gov



# C<sub>OF</sub>O

## CERTIFICATE OF OCCUPANCY



**PERMIT NO. CO1900674**

**Issued Date: 12/04/2018**

| Address:<br>1260 HOLBROOK TER NE | | Zone:<br>RF-1 | Ward:<br>5 | Square:<br>4055 | Suffix: | Lot<br>0049 |
|---|---|---|---|---|---|---|

| Description of Occupancy:<br>APARTMENT BUILDING ~ 6 UNITS | | | | | | |
|---|---|---|---|---|---|---|

| Permission is Hereby Granted To:<br>1260 HOLBROOK HOLDINGS LLC | Trading As:<br>N/A | | Floor(s) Occupied<br>BASEMENT, 1ST-3RD | Occupant Load: 6<br>No. of Seats | |
|---|---|---|---|---|---|
| Property Owner:<br>1260 HOLBROOK HOLDINGS LLC | Address:<br>4500 BROOKS ST NE<br>WASHINGTON, DC 20019-4640 | | BZA/PUD Number: | Occupied Sq. Footage:<br>4996 | |
| | | | | PERMIT FEE: $82.50 | |

| Building Permit Number (if<br>applicable) | Type of Application:<br>Ownership Change | Approved Building Code Use  Apartment Houses - R-2:<br>Approved Zoning Code Use  Apartment house<br>Approved Zoning General Use  Residential |
|---|---|---|

**Conditions/ Restrictions:**

THIS CERTIFICATE MUST ALWAYS BE CONSPICUOUSLY DISPLAYED AT THE ADDRESS MAIN ENTRANCE, EXCEPT PLACES OF RELIGIOUS ASSEMBLY. Use complies w DCMR Title 11 (Zoning) and Title 12 (Construction).

As a condition precedent to the issuance of this Certificate, the owner agrees to conform with all conditions set forth herein, and to maintain the use authorized hereby in accordance with the approved application and plans on file with the District Government and in accordance with all applicable laws and regulations of the District of Columbia. The District of Columbia has the right to enter upon the property and to inspect all spaces whose use is authorized by this Certificate and to require any changes which may be necessary to ensure compliance with all the applicable regulations of the District of Columbia.

| Interim Director:<br>Ernest Chrappah | Permit Clerk<br>Gwendolyn Owens | Expiration Date: |
|---|---|---|

| 12/4/2018 | TO REPORT WASTE, FRAUD OR ABUSE BY ANY DC GOVERNMENT OFFICIAL, CALL THE DC INSPECTOR GENERAL AT 1-800-521-1639 |
|---|---|

<u>**EXHIBIT II**</u>

***APARTMENT HOUSE***
BUILDING PERMIT NO. B1902569
ISSUE DATE 12-3-2019

***GARAGE***
BUILDING PERMIT NO. B1905389
ISSUE DATE 5-2-2019

**Department of Consumer and Regulatory Affairs**
Permit Operations Division
1100 4th Street SW
Washington DC 20024
Tel. (202) 442 - 4589    Fax (202) 442 - 4862



# B

## BUILDING PERMIT

THIS PERMIT MUST ALWAYS BE CONSPICUOUSLY DISPLAYED AT THE ADDRESS OF
WORK UNTIL WORK IS COMPLETED AND APPROVED



**PERMIT NO. B1902569**

✔dcra

Issue Date: 12/03/2018

Expiration Date:    12/03/2019

| Address of Project: | | Zone: | Ward: | Square | Suffix: | Lot: |
|---|---|---|---|---|---|---|
| 1260 HOLBROOK TER NE | | RF-1 | 5 | 4055 | | 0049 |

**Description Of Work:**
replace flooring, cabinets, etc

| Permission Is Hereby Granted To: | Owner Address: | PERMIT FEE: |
|---|---|---|
| Isiah Foskey | 4500 BROOKS ST NE WASHINGTON, DC 20019-4549 | $735.90 |

| Permit Type: | Existing Use: | Proposed Use: | Building Construction Type | Plans |
|---|---|---|---|---|
| Alteration and Repair | Apartment Houses - R-2 | Apartment Houses - R-2 | TYPE V - Any Materials Permitted | |

| Agent Name: | Agent Address: | Existing Dwell Units: | Proposed Dwell Units: | No. of Stories: | Floor(s) Invnived: |
|---|---|---|---|---|---|
| Rerine Weli | Po Box 7120 Washington, DC 20024 | 6 | 6 | 3 | 3 |

**Conditions/ Restrictions:**

This Permit Expires If no Construction is Started Within 1 Year or if the Inspection is Over 1 Year.
All Construction Done According To The Current Building Codes And Zoning Regulations.

As a condition precedent to the issuance of this permit, the owner agrees to conform with all conditions set forth herein, and to perform the work authorized hereby in accordance with the approved application and plans on file with the District Government and in accordance with all applicable laws and regulations of the District of Columbia. The District of Columbia has the right to enter upon the property and to inspect all work authorized by this permit and to require any change in construction which may be necessary to ensure compliance with the permit and with all the applicable regulations of the District of Columbia. Work authorized under this Permit must start within one (1) year of the date appearing on this permit or the permit is automatically void. If work is started, any application for partial refund must be made within six months of the date appearing on this permit.

Lead Paint Abatement
Whenever any such work related to this Permit would result in the disturbance of lead based paint, the permit holder shall abide by all applicable paint activities provisions of the 'Lead Hazard Prevention and Elimination Act of 2008' and the EPA 'Lead Renovation, Repair and Painting rule' regarding lead-based hazards adherence to lead-safe work practices. For more information, go to http://dcra.dc.gov, Lead and Healthy Housing

| Interim Director: | Ernest Chrappah | Permit Clerk | SRICHARDS |
|---|---|---|---|
| Ernest Chrappah | | | |

TO REPORT WASTE, FRAUD OR ABUSE BY ANY DC GOVERNMENT OFFICIAL. CALL THE DC INSPECTOR GENERAL AT 1-800-521-1639
To schedule a CONSTRUCTION INSPECTION or for INQUIRIES CALL (202) 442-9557
Call Miss Utility at 811 or 1-800-257-7777 at least 48 hours prior to excavation to obtain a ticket //www.missutility.net/washingtondc/dctickets.asp

**Department of Consumer and Regulatory Affairs**
Permit Operations Division
1100 4th Street SW
Washington DC 20024
Tel. (202) 442 - 4589    Fax (202) 442 - 4882



# B

**BUILDING PERMIT**

THIS PERMIT MUST ALWAYS BE CONSPICUOUSLY DISPLAYED AT THE ADDRESS OF
WORK UNTIL WORK IS COMPLETED AND APPROVED



Issue Date: 05/02/2019

**PERMIT NO. B1905389**

Expiration Date:    05/02/2020

| Address of Project | | | Zone: | Ward: | Square | Suffix: | Lot: |
|---|---|---|---|---|---|---|---|
| 1260 HOLBROOK TER NE | | | RF-1 | 5 | 4055 | | 0049 |

**Description Of Work:**
replace roof repair garage in the rear of the building

| Permission Is Hereby Granted To: | Owner Address: | PERMIT FEE: |
|---|---|---|
| Isaih Foskey | 4500 BROOKS ST NE<br>WASHINGTON, DC 20019-4649 | $91.63 |

| Permit Type:<br>Alteration and Repair | Existing Use:<br>Apartment Houses - R-2 | Proposed Use:<br>Apartment Houses - R-2 | Building Construction Type<br>TYPE V - Any Materials Permitted | Plans |
|---|---|---|---|---|

| Agent Name:<br>Renne Well | Agent Address:<br>Po Box 7120<br>Washington, DC 20024 | Existing Dwell<br>Units:<br>6 | Proposed<br>Dwell Units:<br>6 | No. of Stories:<br>3 | Floor(s)<br>Involved:<br>1st 3 |
|---|---|---|---|---|---|

**Conditions / Restrictions:**

This Permit Expires if no Construction is Started Within 1 Year or if the Inspection is Over 1 Year

All Construction Done According To The Current Building Codes And Zoning Regulations;

As a condition precedent to the issuance of this permit, the owner agrees to conform with all conditions set forth herein, and to perform the work authorized hereby in accordance with the approved application and plans on file with the District Government and in accordance with all applicable laws and regulations of the District of Columbia. The District of Columbia has the right to enter upon the property and to inspect all work authorized by this permit and to require any change in construction which may be necessary to ensure compliance with this permit and with all the applicable regulations of the District of Columbia. Work authorized under this Permit must start within one(1) year of the date appearing on this permit or the permit is automatically void. If work is started, any application for partial refund must be made within six months of the date appearing on this permit.

Lead Paint Abatement
Whenever any such work related to this Permit could result in the disturbance of lead based paint,the permit holder shall abide by all applicable paint activities provisions of the 'Lead Hazard Prevention and Elimination Act of 2008' and the EPA 'Lead Renovation, Repair and Painting rule' regarding lead-based include adherence to lead-safe work practices. For more information, go to http://dcra.dc.gov. Lead and Healthy Housing.

| Acting Director:<br>Ernest Chrappah | *Ernest Chrappah* | Permit Clerk:    JARCE |
|---|---|---|

TO REPORT WASTE, FRAUD OR ABUSE BY ANY DC GOVERNMENT OFFICIAL, CALL THE DC INSPECTOR GENERAL AT 1-800-521-1639
To schedule a CONSTRUCTION INSPECTION or for INQUIRIES CALL (202) 442-9557
Call Miss Utility at 811 or 1-800-257-7777 at least 48 hours prior to excavation to obtain a ticket. www.missutility.net/washingtondc/occasatation.asp

# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700          Fax Number:

| INVOICE NUMBER |
|---|
| 0006271 |
| **DATE** |
| 12/13/2018 |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006271 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006271 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:                  Fax Number:
Alternate Number:                  E-Mail:

## DESCRIPTION

| | |
|---|---|
| **Lender:** Washington Capital Partners | **Client:** Washington Capital Partners |
| **Purchaser/Borrower:** Coloma River Holdings, LLC | |
| **Property Address:** 1264 Holbrook Ter NE | |
| **City:** Washington | |
| **County:** District of Columbia | **State:** DC          **Zip:** 20002 |
| **Legal Description:** Lot 243, Square 4055, Trinidad | |

| FEES | AMOUNT |
|---|---|
| | 209.50 |
| **SUBTOTAL** | 209.50 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:          Date: 12/19/2018      Description: | 209.50 |
| Check #:          Date:                 Description: | |
| Check #:          Date:                 Description: | |
| **SUBTOTAL** | 209.50 |
| **TOTAL DUE**  $ | 0 |

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:                  Fax Number:
Alternate Number:                  E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

AMOUNT DUE:          $          0

AMOUNT ENCLOSED:     $

| INVOICE NUMBER |
|---|
| 0006271 |
| **DATE** |
| 12/13/2018 |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006271 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006271 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
1264 Holbrook Ter NE
Lot 243, Square 4055, Trinidad
Washington, DC 20002

### FOR:
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:
12/13/2018

### BY:
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1264 Holbrook Ter NE |
| | Legal Description | Lot 243, Square 4055, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0079.01 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 1,390,000 |
| | Date of Sale | 7/19/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Client | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | |
| | Price per Square Foot | $ |
| | Location | Trinidad |
| | Age | |
| | Condition | |
| | Total Rooms | |
| | Bedrooms | |
| | Baths | |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 12/13/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 525,000 |

Main File No. 0006271  Page #3

## LAND APPRAISAL REPORT

File No. 0006271

| | | | |
|---|---|---|---|
| Borrower Coloma River Holdings, LLC | | Census Tract 0079.01 | Map Reference 47694 |
| Property Address 1264 Holbrook Ter NE | | | |
| City Washington | County District of Columbia | State DC | Zip Code 20002 |
| Legal Description Lot 243, Square 4055, Trinidad | | | |

| | | | | |
|---|---|---|---|---|
| Sale Price $ 1,390,000 | Date of Sale 7/19/2018 | Loan Term Unknown yrs. | Property Rights Appraised | Fee  Leasehold  De Minimis PUD |
| Actual Real Estate Taxes $ 703 | (yr) | Loan charges to be paid by seller $ 0 | Other sales concessions 0 | |
| Lender/Client Washington Capital Partners | | Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | | |
| Occupant Vacant | Appraiser Anne' Rothermel | Instructions to Appraiser As-Is land valuation | | |

| Location | Urban | Suburban | Rural | | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|
| Built Up | Over 75% | 25% to 75% | Under 25% | Employment Stability | | | | |
| Growth Rate | Fully Dev. | Rapid | Steady | Slow | Convenience to Employment | | | |
| Property Values | | Increasing | Stable | Declining | Convenience to Shopping | | | |
| Demand/Supply | | Shortage | In Balance | Oversupply | Convenience to Schools | | | |
| Marketing Time | | Under 3 Mos. | 4-6 Mos. | Under 6 Mos. | Adequacy of Public Transportation | | | |
| Present 45 % One-Unit | 3 % 2-4 Unit | 12 % Apts. | 20 % Condo | 18 % Commercial | Recreational Facilities | | | |
| Land Use 0 % Industrial | 2 % Vacant | % | | | Adequacy of Utilities | | | |
| Change in Present | Not Likely | Likely (*) | Taking Place (*) | Property Compatibility | | | |
| Land Use (*) From Vacant | | To Condo Development | | Protection from Detrimental Conditions | | | |
| Predominant Occupancy | Owner | Tenant | 37 % Vacant | Police and Fire Protection | | | |
| One-Unit Price Range $ 200 | to $ 2,195,000 | Predominant Value $ 693,000 | | General Appearance of Properties | | | |
| One-Unit Age Range 0 yrs. to 148 yrs. | Predominant Age 94 yrs. | | | Appeal to Market | | | |

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise)    There is no apparent and measurable evidence of adverse locational factors which might adversely affect marketability. Many people in the area work for government agencies or related industries.

| | | | | |
|---|---|---|---|---|
| Dimensions See the attached survey | | = | 2,721 sf | Corner Lot |
| Zoning Classification RF-1 | | Present Improvements | Do  Do Not | Conform to Zoning Regulations |
| Highest and Best Use Present Use | Other (specify) Vacant (For redevelopment to Condo Building) | | | |
| Public | Other (Describe) | OFF SITE IMPROVEMENTS | Topo Slopes to rear | |
| Elec. At Site | Street Access | Public  Private | Size Average | |
| Gas At site | Surface Asphalt | | Shape Irregular | |
| Water At site | Maintenance | Public  Private | View N;Res; | |
| San. Sewer At site | | Storm Sewer  Curb/Gutter | Drainage Average | |
| Underground Elect. & Tel. | Sidewalk | Street Lights | Is the property located in a FEMA Special Flood Hazard Area?  Yes  No | |

Comments (favorable or unfavorable including any apparent adverse easements, encroachments, or other adverse conditions)    There are no apparent adverse easements, or encroachments. No special assessments were noted on tax records.

The undersigned has recited the following recent sales of properties most similar and proximate to subject and has considered these in the market analysis. The description includes a dollar adjustment reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to or more favorable than the subject property, a minus (–) adjustment is made, thus reducing the indicated value of subject; if a significant item in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made thus increasing the indicated value of the subject.

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 1264 Holbrook Ter NE | 802 10th St NE | 1255 Holbrook Ter NE | 1739 D St NE |
| | Washington, DC 20002 | Washington, DC 20002 | Washington, DC 20002 | Washington, DC 20002 |
| Proximity to Subject | | 1.82 miles NW | 3.99 miles NW | 0.61 miles NE |
| Sales Price | $ 1,390,000 | $ 451,500 | $ 485,000 | $ 615,000 |
| Price $/Sq. ft. | $ | $ | $ | $ |
| Data Source(s) | | MRIS#1004374283;DOM 27 | MRIS#1009958420;DOM 7 | MRIS#1001922264;DOM 28 |
| ITEM | DESCRIPTION | DESCRIPTION +(–)$ Adjust. | DESCRIPTION +(–)$ Adjust. | DESCRIPTION +(–)$ Adjust. |
| Date of Sale/Time Adj. | 7/19/2018 | 10/02/2018 | 11/12/2018 | 07/31/2018 |
| Location | Trinidad | Old City #1 0 | Trinidad | Old City #1 0 |
| Site/View | 2,721 sf | 1,736 sf +1,000 | 2,818 sf 0 | 1,440 sf +1,500 |
| Drawings/Permits | Apprvd Plans & Permit | Permits +15,000 | None +25,000 | Apprvd Plans & Permit |
| Zoning Code | RF-1 | RF-1 | RF-1 | RF-1 |
| Structure | Facade/Prtl Fndtn | None +25,000 | None +25,000 | Facade/Shell –75,000 |
| Utilities | On Site | At Site +5,000 | At Site +5,000 | On Site |
| Sales or Financing | 0 | Unknown | Cash | Cash |
| Concessions | 0 | $0 | $0 | $0 |
| Net Adj. (Total) | | + – $ 46,000 | + – $ 55,000 | + – $ –73,500 |
| Indicated Value | | 15 10.2 % | 15 11.3 % | 15 12.0 % |
| of Subject | | 25 10.2 % $ 497,500 | 25 11.3 % $ 540,000 | 25 12.4 % $ 541,500 |

Comments on Market Data    The market has been mostly stable.

Comments and Conditions of Appraisal    Comps #1 and #3 are smaller parcels. The subject was a single family home and all demo work and excavation has been completed. The facade and partial foundation was given credit in the report. Comp 3 is a shell with a facade, foundation and party walls in place. Comp #2 was sold with approved plans and permits.

Final Reconciliation    Comp #1 was an auction sale and Comps #2 and #3 were given greatest weight.

| | | | |
|---|---|---|---|
| I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE SUBJECT PROPERTY AS OF | 13 December | TO BE $ | 525,000 |
| Appraiser Anne' Rothermel | | Supervisory Appraiser (if applicable) | |
| Date of Signature and Report December 19, 2018 | | Date of Signature | |
| Title Certified Appraiser | | Title | |
| State Certification # CR11308 | ST DC | State Certification # | ST |
| Or State License # | ST | Or State License # | ST |
| Expiration Date of State Certification or License 02/28/2020 | | Expiration Date of State Certification or License | |
| Date of Inspection (if applicable) 12/13/2018 | | Did  Did Not Inspect Property  Date of Inspection | |

Form LAND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

08/11

Main File No. 0006271 Page #4

## Subject Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



**Subject Front**

1264 Holbrook Ter NE
Sales Price        1,390,000
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location           Trinidad
View               2,721 sf
Site
Quality
Age



**Subject Rear**



**Subject Street**

Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0008271  Page #5

**Comparable Photo Page**

| Client | Washington Capital Partners |
| --- | --- |
| Property Address | 1264 Holbrook Ter NE |
| City | Washington |
| Client | Washington Capital Partners |

| County | District of Columbia | State | DC | Zip Code | 20002 |



### Comparable 1

802 10th St NE

| Prox. to Subject | 1.82 miles NW |
| --- | --- |
| Sales Price | 451,500 |
| Gross Living Area | 1,944 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.2 |
| Location | Old City #1 |
| View | 1,736 sf |
| Site | 3300 sf |
| Quality | Brick/Siding/Avg |
| Age | 90 |



### Comparable 2

1255 Holbrook Ter NE

| Prox. to Subject | 3.99 miles NW |
| --- | --- |
| Sales Price | 485,000 |
| Gross Living Area | 1,920 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Trinidad |
| View | 2,818 sf |
| Site | 4447 sf |
| Quality | Brick/Siding/Avg |
| Age | 91 |



### Comparable 3

1739 D St NE

| Prox. to Subject | 0.61 miles NE |
| --- | --- |
| Sales Price | 615,000 |
| Gross Living Area | 2,456 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Old City #1 |
| View | 1,440 sf |
| Site | 4375 sf |
| Quality | Brick/Siding/Avg |
| Age | 89 |

Main File No. 0006271  Page #6

## Supplemental Addendum

File No. 0006271

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal to determine market value, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

The appraiser of this report did perform a prior service for the subject property in the 36 months prior to the effective date of the report.

A reasonable exposure time for the subject property at the opinion of value indicated is estimated to be 7-90 days and was derived using the MLS.

The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.

| Signature | | Signature | |
|---|---|---|---|
| Name  Anne' Rothemel | | Name | |
| Date Signed   December 19, 2018 | | Date Signed | |
| State Certification #  CR11308 | State DC | State Certification # | State |
| Or State License # | State | Or State License # | State |

**Survey - Page 1**





**License**





**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

**GREATAMERICAN**
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒  Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   RAP3364992-18                        Renewal of:   RAP3364992-17

Program Administrator:       **Herbert H. Landy Insurance Agency Inc.**
                             **75 Second Ave Suite 410  Needham, MA 02494-2876**

Item 1. Named Insured:    Anne Rothermel

Item 2. Address:           5841 Riverside Drive
        City, State, Zip Code:    Woodbridge, VA 22193

Item 3. Policy Period: From    **04/30/2018**    To    **04/30/2019**
                               *(Month, Day, Year)*    *(Month, Day, Year)*
                        (Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4.  Limits of Liability:

        A. $ ___500,000_____    Damages Limit of Liability – Each Claim

        B. $ ___500,000_____    Claim Expenses Limit of Liability – Each Claim

        C. $ __1,000,000____    Damages Limit of Liability – Policy Aggregate

        D. $ __1,000,000____    Claim Expenses Limit of Liability – Policy Aggregate

Item 5.  Deductible (Inclusive of Claim Expenses):

        A. $ __0.00__    Each Claim

        B. $ __0.00__    Aggregate

Item 6.  Premium: $    573.00

Item 7.  Retroactive Date (if applicable):    04/30/2011

Item 8.  Forms, Notices and Endorsements attached:
        D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
        D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

                                        _Kelley a Ferguson_

                                        Authorized Representative

D42101 (03/15)                                                          Page 1 of 1

# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700    Fax Number:

| INVOICE NUMBER |
|---|
| 0006263 |
| DATE |
| 12/12/2018 |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:    Fax Number:
Alternate Number:    E-Mail:

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006263 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006263 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

| | | | |
|---|---|---|---|
| **Lender:** Washington Capital Partners | | **Client:** Washington Capital Partners | |
| **Purchaser/Borrower:** Coloma River Holdings, LLC | | | |
| **Property Address:** 1264 Holbrook Ter NE | | | |
| **City:** Washington | | | |
| **County:** District of Columbia | | **State:** DC | **Zip:** 20002 |
| **Legal Description:** Lot 243, Square 4055, Unit 1, Trinidad | | | |

| FEES | AMOUNT |
|---|---|
| | 209.50 |
| **SUBTOTAL** | 209.50 |

| PAYMENTS | | | AMOUNT |
|---|---|---|---|
| Check #: | Date: 12/18/2018 | Description: | 209.50 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 209.50 |
| | | **TOTAL DUE** | **$**    0 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:    Fax Number:
Alternate Number:    E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| AMOUNT DUE: | $ _____ 0 |
|---|---|
| AMOUNT ENCLOSED: | $ _____ |

| INVOICE NUMBER |
|---|
| 0006263 |
| DATE |
| 12/12/2018 |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006263 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006263 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:

1264 Holbrook Ter NE
Lot 243, Square 4055, Unit 1, Trinidad
Washington, DC 20002

### FOR:

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:

12/13/2018

### BY:

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| | | |
|---|---|---|
| **SUBJECT INFORMATION** | Subject Address | 1264 Holbrook Ter NE |
| | Legal Description | Lot 243, Square 4055, Unit 1, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |
| **SALES PRICE** | Sale Price | $ 1,390,000 |
| | Date of Sale | 07/19/2018 |
| **CLIENT** | Client | Washington Capital Partners |
| | Client | Washington Capital Partners |
| **DESCRIPTION OF IMPROVEMENTS** | Size (Square Feet) | 1,598 |
| | Price per Square Foot | $ 869.84 |
| | Location | N;Res; |
| | Age | 0 |
| | Condition | New |
| | Total Rooms | 6 |
| | Bedrooms | 3 |
| | Baths | 3.0 |
| **APPRAISER** | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 12/13/2018 |
| **VALUE** | Final Estimate of Value | $ 610,000 |

## Individual Condominium Unit Appraisal Report

File # 0006263

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 1264 Holbrook Ter NE | Unit # 1    City Washington    State DC    Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | Owner of Public Record Md Homes 1264-8 Holbrook Llc    County District of Columbia |
| Legal Description Lot 243, Square 4055, Unit 1, Trinidad | |
| Assessor's Parcel # 4055 0243 | Tax Year 2017    R.E. Taxes $ 703 |
| Project Name TBD | Phase # 1    Map Reference 47894    Census Tract 0088.04 |
| Occupant    Owner    Tenant    Vacant | Special Assessments $ 0    HOA $ 0    per year    per month |
| Property Rights Appraised    Fee Simple    Leasehold    Other (describe) | |
| Assignment Type    Purchase Transaction    Refinance Transaction    Other (describe) | |
| Lender/Client Washington Capital Partners    Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? Yes No | |
| Report data source(s) used, offering price(s), and date(s). FSBO - The sales price includes 1264, 1266, 1268 Holbrook Ter NE. | |

**CONTRACT**

I    did    did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The contract appears typical. The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.

Contract Price $ 1,390,000    Date of Contract 07/19/2018    Is the property seller the owner of public record? Yes No Data Source(s) Contract, Tax Rec.
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? YES NO
If Yes, report the total dollar amount and describe the items to be paid.    0

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | Condominium Unit Housing Trends | | | Condominium Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Urban  Suburban  Rural | Property Values | Increasing  Stable  Declining | | PRICE $ (000) | AGE (yrs) | | One-Unit | 65 % |
| Built-Up | Over 75%  25-75%  Under 25% | Demand/Supply | Shortage  In Balance  Over Supply | | Low | | | 2-4 Unit | 3 % |
| Growth | Rapid  Stable  Slow | Marketing Time | Under 3 mths  3-6 mths  Over 6 mths | | 157  Low  1 | | | Multi-Family | 12 % |
| | | | | | 1,150  High  118 | | | Commercial | 18 % |
| | | | | | 439  Pred.  72 | | | Other | 2 % |

Neighborhood Boundaries The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.
Neighborhood Description Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.
Market Conditions (including support for the above conclusions) Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

| | |
|---|---|
| Topography Level    Size Average    Density Average    View Residential/Avg | |
| Specific Zoning Classification RF-1    Zoning Description Res Single Family Row/Res Flat Zones | |
| Zoning Compliance    Legal    Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? Yes No | |
| No Zoning    Illegal (describe) | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? Yes No If No, describe Highest and best | |
| use is conversion of condos as permitted in the zoning district. | |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street Asphalt | | |
| Gas | | | Sanitary Sewer | | | Alley Asphalt | | |

FEMA Special Flood Hazard Area    Yes    No    FEMA Flood Zone X    FEMA Map # 1100010036C    FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area?    Yes    No    If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    Yes    No    If Yes, describe
There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

**PROJECT INFORMATION**

Data source(s) for project information    MLS, Tax Records, Inspection, Borrower, Plans
Project Description    Detached    Row or Townhouse    Garden    Mid-Rise    High-Rise    Other (describe)

| General Description | | General Description | | Subject Phase | If Project Completed | If Project Incomplete | |
|---|---|---|---|---|---|---|---|
| # of Stories | 4 | Exterior Walls | Brick | # of Units 3 | # of Phases | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Built-up | # of Units Completed 0 | # of Units | # of Planned Units | 3 |
| Existing | Proposed | Total # Parking | 3 | # of Units For Sale 0 | # of Units for Sale | # of Units for Sale | 0 |
| Under Construction | | Ratio (spaces/units) | 0.66/1 | # of Units Sold 0 | # of Units Sold | # of Units Sold | 0 |
| Year Built | 2019 | Type | Off Street | # of Units Rented 0 | # of Units Rented | # of Units Rented | 0 |
| Effective Age | 0 | Guest Parking | Street | # of Owner Occupied Units 0 | # of Owner Occupied Units | # of Owner Occupied Units | 0 |

Project Primary Occupancy    Principal Residence    Second Home or Recreational    Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?    Yes    No
Management Group –    Homeowners' Association    Developer    Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?    Yes    No    If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium?    Yes    No If Yes, describe the original use and date of conversion.
The proposed condo project will be a conversion from a Single family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?    Yes    No If No, describe
The project is proposed.

Is there any commercial space in the project?    Yes    No If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1–800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006263

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No  If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.
Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes    No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $    per month X 12 = $    per year    Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | | |
|---|---|---|---|---|---|---|---|---|
| Floor #    Basement & 1st | Floors | Hardwood/Tile/New | Fireplace(s) # | 0 | Refrigerator | None | | |
| # of Levels    2 | Walls | Drywall/New | WoodStove(s) # | 0 | Range/Oven | Garage    Covered    Open | | |
| Heating Type FWA    Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio    Patio | | Disp    Microwave | # of Cars    1 | | |
| Central AC    Individual AC | Bath Wainscot | Tile/New | Porch/Balcony    None | | Dishwasher | Assigned    Owned | | |
| Other (describe) | Doors | Solid Core/New | Other    None | | Washer/Dryer | Parking Space #    1 | | |
| Finished area **above** grade contains: | | 6  Rooms | 3  Bedrooms    3.0  Bath(s) | | 1,598    Square Feet of Gross Living Area Above Grade | | | |

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters and stainless steel appliances.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/06/2016 | No transfers | No transfers | 08/23/17 |
| Price of Prior Sale/Transfer | $370,000 | in the past 12 months | in the past 12 months | $600,000 |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 12/12/18 | 12/13/18 | 12/12/18 | 12/12/18 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    The subject sold in as-is condition as noted above. Comp #3 transferred as noted above prior to completion of renovations and conversion.

## Individual Condominium Unit Appraisal Report

File # 0006263

| | There are | 11 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 379,900 | to $ 574,900 |
| | There are | 24 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 370,000 | to $ 689,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and | 1264 Holbrook Ter NE | 1412 Montello Ave NE | 1258 Holbrook Ter NE | 1631 Montello Ave NE |
| Unit # | 1, Washington, DC 20002 | A, Washington, DC 20002 | 6, Washington, DC 20002 | PH1, Washington, DC 20002 |
| Project Name and | TBD | 1412 Montello Ave NE Condos | 1258 Holbrook Ter Condos | Montello Hill Condos |
| Phase | 1 | 1 | 1 | 1 |
| Proximity to Subject | | 0.20 miles W | 0.01 miles NW | 0.12 miles NW |
| Sale Price | $ 1,390,000 | $ 624,900 | $ 540,000 | $ 724,000 |
| Sale Price/Gross Liv. Area | $ 869.84 SQ. ft. | $ 416.60 SQ. ft. | $ 429.94 SQ. ft. | $ 389.25 SQ. ft. |
| Data Source(s) | | brightMLS#1004122913;DOM 67 | brightMLS#1004171799;DOM 47 | brightMLS#1001728104;DOM 14 |
| Verification Source(s) | | Doc#6136 | County Records/Visual | Doc#68533 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION      +(-) $ Adjustment | DESCRIPTION      +(-) $ Adjustment | DESCRIPTION      +(-) $ Adjustment |
| Sales or Financing | | ArmLth | ArmLth | ArmLth |
| Concessions | | VA;10000 | Conv;10000 | Conv;0 |
| Date of Sale/Time | | 01/17/18 | 02/14/18 | 07/13/18 |
| Location | N;Res; | N;Res; | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | TBD | 262 | 253 | 268 |
| Common Elements | Common Areas | Common Areas | Common Areas | Common Areas |
| and Rec. Facilities | | | | |
| Floor Location | Bsmnt & 1st Flrs | Bsmnt & 1st Flrs | 3rd Floor        -25,000 | 3rd Floor        -25,000 |
| View | N;Res; | N;Res; | N;Res; | N;Res; |
| Design (Style) | Garden | Garden | Garden | Garden |
| Quality of Construction | Good | Good | Good | Good |
| Actual Age | 0 | 1           0 | 79          0 | 77          0 |
| Condition | New | New | Good-New | Good-New |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | Total  Bdrms.  Baths | Total  Bdrms.  Baths |
| Room Count | 6     3     3.0 | 6     3     2.1     +3,000 | 6     3     2.0     +6,000 | 7     3     2.1     -2,000 |
| Gross Living Area | 1,598 SQ. ft. | 1,500 SQ. ft.      0 | 1,256 SQ. ft.     +61,560 | 1,860 SQ. ft.     -47,160 |
| Basement & Finished | 0 | 0 | 0 | 0 |
| Rooms Below Grade | 0 | 0 | 0 | 0 |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Insulated Wds | Insulated Wdws | Insulated Wdws | Insulated Wdws |
| Garage/Carport | Drwvy/Off Street | Drwvy/Off Street | Drwvy/Off Street | Drwvy/Off Street |
| Porch/Patio/Deck | Patio | Deck,Balcony,Pt    -12,000 | None           +4,000 | RooftopDeck,Blc    -25,000 |
| Fireplaces | None | None | None | None |
| | | | | |
| Net Adjustment (Total) | | +   -  $      -9,000 | +   -  $      46,560 | +   -  $      -99,160 |
| Adjusted Sale Price | | Net Adj.   1.4  % | Net Adj.   8.6  % | Net Adj.   13.7  % |
| of Comparables | | Gross Adj.  2.4  %  $ 615,900 | Gross Adj.  17.9  %  $ 586,560 | Gross Adj.  13.7  %  $ 624,840 |

Summary of Sales Comparison Approach   After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #3 has an additional den.

Indicated Value by Sales Comparison Approach $   610,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $   610,000     Income Approach (if developed) $ _____

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made     "as is",     subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,     subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or     subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   610,000   , as of   12/13/2018   , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report

File # 0006263

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006263

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 0006263

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rotimi-Oshemel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  December 19, 2018 | Date of Signature |
| Effective Date of Appraisal  12/13/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other  State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |
| | Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | Did inspect exterior of subject property from street |
| 1264 Holbrook Ter NE, # 1 | Date of Inspection |
| Washington, DC 20002 | Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $      610,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners | Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Building Sketch**

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code  20002 |
| Client | Washington Capital Partners | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 331.8 Sq ft | 14 × 23.7 | = 331.8 |
| Second Floor | 1265.78 Sq ft | 14 × 24 | = 336 |
| | | 49 × 3 | = 147 |
| | | 64 × 7 | = 448 |
| | | 4.7 × 40.8 | = 191.76 |
| | | 0.5 × 2.3 × 40.8 | = 46.92 |
| | | 0.5 × 7 × 0.2 | = 0.7 |
| | | 12 × 7.7 | = 92.4 |
| | | 0.5 × 12 × 0.5 | = 3 |
| **Total Living Area (Rounded):** | **1598 Sq ft** | | |

## Location Map

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



### Subject Photo Page

| Client | Washington Capital Partners | | | |
|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | |



**Subject Front**

1264 Holbrook Ter NE
| | |
|---|---|
| Sales Price | 1,390,000 |
| Gross Living Area | 1,598 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



**Subject Rear**



**Subject Street**

Main File No. 0006263  Page #12

**Subject Photo Page**

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



### Facade

| | |
|---|---|
| 1264 Holbrook Ter NE | |
| Sales Price | 1,390,000 |
| Gross Living Area | 1,598 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



### Permits

**Comparable Photo Page**

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | |



### Comparable 1

1412 Montello Ave NE

| | |
|---|---|
| Prox. to Subject | 0.20 miles W |
| Sales Price | 624,900 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 1 |



### Comparable 2

1258 Holbrook Ter NE

| | |
|---|---|
| Prox. to Subject | 0.01 miles NW |
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 79 |



### Comparable 3

1631 Montello Ave NE

| | |
|---|---|
| Prox. to Subject | 0.12 miles NW |
| Sales Price | 724,000 |
| Gross Living Area | 1,860 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 77 |

## Supplemental Addendum

File No. 0006263

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |

The purpose of this appraisal is to estimate the market value of the subject property.  In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client.  The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value.  No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 14 to 90 days on the open market in order to have a market value as noted in the report on the effective date of this appraisal.

The appraiser of this report did not perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently under construction and proposed use is a 3 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have off street parking.











Case 23-00217-ELG    Doc 166-5    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 105 of 178
Main File No. 0006263  Page #20

**Plans - Page 6**





Plans - Page 8

Main File No. 0006263  Page #23



Main File No. 0006263  Page #24

**Plans - Page 17**





**License**





**GREATAMERICAN.**
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

### THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒  Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   RAP3364992-18                     Renewal of:   RAP3364992-17

Program Administrator:     **Herbert H. Landy Insurance Agency Inc.**
75 Second Ave Suite 410  Needham, MA 02494-2876

---

Item 1. **Named Insured:**    Anne Rothermel

Item 2. **Address:**              5841 Riverside Drive
City, State, Zip Code:      Woodbridge, VA 22193

Item 3. **Policy Period:** From    **04/30/2018**      To      **04/30/2019**
*(Month, Day, Year)     (Month, Day, Year)*
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. **Limits of Liability:**

A. $   **500,000**      Damages Limit of Liability – Each Claim

B. $   **500,000**      Claim Expenses Limit of Liability – Each Claim

C. $   **1,000,000**    Damages Limit of Liability – Policy Aggregate

D. $   **1,000,000**    Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible (Inclusive of Claim Expenses):**

A. $   **0.00**      Each Claim

B. $   **0.00**      Aggregate

Item 6. **Premium:** $     573.00

Item 7. **Retroactive Date (if applicable):**     04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
D42100 (03/15) D42300 VA (03/15)  IL7324 (08/12)
D42402 (05/13) D42408 (05/13) D42412 (03/17) D42413 (06/17)

Authorized Representative

D42101 (03/15)                                                          Page 1 of 1

# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700        Fax Number:

| INVOICE NUMBER |
| --- |
| 0006265 |
| **DATE** |
| 12/12/2018 |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:                    Fax Number:
Alternate Number:                    E-Mail:

| REFERENCE | |
| --- | --- |
| Internal Order #: | 0006265 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006265 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

| | |
| --- | --- |
| Lender: Washington Capital Partners | Client: Washington Capital Partners |
| Purchaser/Borrower: Coloma River Holdings, LLC | |
| Property Address: 1264 Holbrook Ter NE | |
| City: Washington | |
| County: District of Columbia | State: DC    Zip: 20002 |
| Legal Description: Lot 243, Square 4055, Unit 3, Trinidad | |

| FEES | AMOUNT |
| --- | --- |
| | 209.50 |
| **SUBTOTAL** | 209.50 |

| PAYMENTS | AMOUNT |
| --- | --- |
| Check #:        Date: 12/18/2018    Description: | 209.50 |
| Check #:        Date:        Description: | |
| Check #:        Date:        Description: | |
| **SUBTOTAL** | 209.50 |
| **TOTAL DUE**  $ | 0 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:                    Fax Number:
Alternate Number:                    E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| AMOUNT DUE: | $ | 0 |
| --- | --- | --- |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
| --- |
| 0006265 |
| **DATE** |
| 12/12/2018 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | 0006265 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006265 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:

1264 Holbrook Ter NE
Lot 243, Square 4055, Unit 3, Trinidad
Washington, DC 20002

### FOR:

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:

12/13/2018

### BY:

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

**SUBJECT INFORMATION**

| | |
|---|---|
| Subject Address | 1264 Holbrook Ter NE |
| Legal Description | Lot 243, Square 4055, Unit 3, Trinidad |
| City | Washington |
| County | District of Columbia |
| State | DC |
| Zip Code | 20002 |
| Census Tract | 0088.04 |
| Map Reference | 47894 |

**SALES PRICE**

| | |
|---|---|
| Sale Price | $ 1,390,000 |
| Date of Sale | 7/19/2018 |

**CLIENT**

| | |
|---|---|
| Client | Washington Capital Partners |
| Client | Washington Capital Partners |

**DESCRIPTION OF IMPROVEMENTS**

| | |
|---|---|
| Size (Square Feet) | 1,270 |
| Price per Square Foot | $ 1,094.49 |
| Location | N;Res; |
| Age | 0 |
| Condition | Good-New |
| Total Rooms | 6 |
| Bedrooms | 3 |
| Baths | 2.0 |

**APPRAISER**

| | |
|---|---|
| Appraiser | Anne' Rothermel |
| Date of Appraised Value | 12/13/2018 |

**VALUE**

| | |
|---|---|
| Final Estimate of Value | $ 610,000 |

## Individual Condominium Unit Appraisal Report

File # 0006265

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 1264 Holbrook Ter NE | Unit # 3   City Washington   State DC   Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | Owner of Public Record Md Homes 1264-8 Holbrook Llc   County District of Columbia |
| Legal Description Lot 243, Square 4055, Unit 3, Trinidad | |
| Assessor's Parcel # 4055 0243 | Tax Year 2017   R.E. Taxes $ 703 |
| Project Name TBD | Phase # 1   Map Reference 47894   Census Tract 0088.04 |
| Occupant   Owner   Tenant   Vacant | Special Assessments $ 0   HOA $ 0   per year   per month |
| Property Rights Appraised   Fee Simple   Leasehold   Other (describe) | |
| Assignment Type   Purchase Transaction   Refinance Transaction   Other (describe) | |
| Lender/Client Washington Capital Partners   Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   Yes   No | |
| Report data source(s) used, offering price(s), and date(s).   FSBO - The sales price includes 1264, 1266, 1268 Holbrook Ter NE. | |

**CONTRACT**

I   did   did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   The contract appears typical. The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as is condition of the combined properties.
Contract Price $ 1,390,000   Date of Contract 7/19/2018   Is the property seller the owner of public record?   Yes   No   Data Source(s) Contract, Tax Rec.
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   YES   NO
If Yes, report the total dollar amount and describe the items to be paid.   0

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban | Rural | Property Values | Increasing | Stable | Declining | PRICE $ (000) | AGE (yrs) | One-Unit | 65 % |
| Built-Up | Over 75% | 25-75% | Under 25% | Demand/Supply | Shortage | In Balance | Over Supply | Low | | 2-4 Unit | 3 % |
| Growth | Rapid | Stable | Slow | Marketing Time | Under 3 mths | 3-6 mths | Over 6 mths | 157 Low 1 | | Multi-Family | 12 % |
| | | | | | | | | 1,150 High 118 | | Commercial | 18 % |
| | | | | | | | | 439 Pred. 72 | | Other | 2 % |

Neighborhood Boundaries   The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.
Neighborhood Description   Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.
Market Conditions (including support for the above conclusions)   Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

| | |
|---|---|
| Topography Level   Size Average   Density Average   View Residential/Avg | |
| Specific Zoning Classification RF-1   Zoning Description Res Single Family Row/Res Flat Zones | |
| Zoning Compliance   Legal   Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?   Yes   No | |
| No Zoning   Illegal (describe) | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   Yes   No  If No, describe   Highest and best use is conversion of condos as permitted in the zoning district. | |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street Asphalt | | |
| Gas | | | Sanitary Sewer | | | Alley Asphalt | | |

FEMA Special Flood Hazard Area   Yes   No   FEMA Flood Zone X   FEMA Map # 1100010036C   FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area?   Yes   No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   Yes   No  If Yes, describe
There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments noted on tax records

**PROJECT INFORMATION**

Data source(s) for project information   MLS, Tax Records, Inspection, Borrower, Plans
Project Description   Detached   Row or Townhouse   Garden   Mid-Rise   High-Rise   Other (describe)

| General Description | | General Description | | Subject Phase | If Project Completed | If Project Incomplete |
|---|---|---|---|---|---|---|
| # of Stories 4 | | Exterior Walls Brick | # of Units 3 | | # of Phases | # of Planned Phases 1 |
| # of Elevators 0 | | Roof Surface Built-up | # of Units Completed 0 | | # of Units | # of Planned Units 3 |
| Existing   Proposed | | Total # Parking 3 | # of Units For Sale 0 | | # of Units for Sale | # of Units for Sale 0 |
| Under Construction | | Ratio (spaces/units) 0.66/1 | # of Units Sold 0 | | # of Units Sold | # of Units Sold 0 |
| Year Built 2019 | | Type Off Street | # of Units Rented 0 | | # of Units Rented | # of Units Rented 0 |
| Effective Age 0 | | Guest Parking Street | # of Owner Occupied Units 0 | | # of Owner Occupied Units | # of Owner Occupied Units 0 |

Project Primary Occupancy   Principal Residence   Second Home or Recreational   Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?   Yes   No
Management Group -   Homeowners' Association   Developer   Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?   Yes   No  If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium?   Yes   No  If Yes, describe the original use and date of conversion.
The proposed condo project will be a conversion from a Single Family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?   Yes   No  If No, describe
The project is proposed.

Is there any commercial space in the project?   Yes   No  If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

## Individual Condominium Unit Appraisal Report

File # 0006265

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No  If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes    No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $    per month X 12 = $    per year    Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | Appliances | Car Storage |
|---|---|---|---|---|---|
| Floor #    3rd Floor | Floors | Hardwood/Tile/New | Fireplace(s) #    0 | Refrigerator | None |
| # of Levels    1 | Walls | Drywall/New | WoodStove(s) #    0 | Range/Oven | Garage    Covered    Open |
| Heating Type  FWA    Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio    RfDeck | Disp    Microwave | # of Cars    1 |
| Central AC    Individual AC | Bath Wainscot | Tile/New | Porch/Balcony  None | Dishwasher | Assigned    Owned |
| Other (describe) | Doors | Solid Core/New | Other    None | Washer/Dryer | Parking Space #    3 |

Finished area **above** grade contains:    6   Rooms    3  Bedrooms    2.0  Bath(s)    1,270  Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters and stainless steel appliances.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/06/2016 | No transfers | No transfers | 08/23/17 |
| Price of Prior Sale/Transfer | $370,000 | in the past 12 months | in the past 12 months | $600,000 |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 12/12/18 | 12/12/18 | 12/12/18 | 12/12/18 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    The subject sold in as-is condition as noted above. Comp #3 transferred as noted above prior to completion of renovations and conversion.

## Individual Condominium Unit Appraisal Report

File # 0006265

| | | | |
|---|---|---|---|
| There are 11 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 379,900 to $ 574,900 | | | |
| There are 24 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 370,000 to $ 689,000 | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and Unit # | 1264 Holbrook Ter NE 3, Washington, DC 20002 | 1412 Montello Ave NE A, Washington, DC 20002 | 1631 Montello Ave NE PH1, Washington, DC 20002 | 1221 Oates St NE C, Washington, DC 20002 |
| Project Name and Phase | TBD 1 | 1412 Montello Ave NE Condos 1 | Montello Hill Condos 1 | 1221 Oates St Condos 1 |
| Proximity to Subject | | 0.20 miles W | 0.12 miles NW | 0.20 miles SW |
| Sale Price | $ 1,390,000 | $ 624,900 | $ 724,000 | $ 515,000 |
| Sale Price/Gross Liv. Area | $ 1094.49 sq. ft. | $ 416.60 sq. ft. | $ 389.25 sq. ft. | $ 579.95 sq. ft. |
| Data Source(s) | | brightMLS#1004122913;DOM 57 | brightMLS#1001728104;DOM 14 | MRIS#1002766290;DOM 13 |
| Verification Source(s) | | Doc#6136 | Doc#68533 | Doc#105419 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION  +(-) $ Adjustment | DESCRIPTION  +(-) $ Adjustment | DESCRIPTION  +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth VA;10000 | ArmLth Conv;0 | ArmLth Conv;0 |
| Date of Sale/Time | | 01/17/18 | 07/13/18 | 10/17/18 |
| Location | N;Res; | N;Res; | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | TBD | 262 | 268 | 318 |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | Common Areas | Common Areas |
| Floor Location | 3rd Floor | Bsmnt & 1st Flrs  +25,000 | 3rd Floor | 3rd Floor |
| View | N;Res; | N;Res; | N;Res; | N;Res; |
| Design (Style) | Garden | Garden | Garden | Garden |
| Quality of Construction | Good | Good | Good | Good |
| Actual Age | 0 | 1  0 | 77  0 | 80  0 |
| Condition | Good-New | New | Good-New | Good-New |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths |
| Room Count | 6   3   2.0 | 6   3   2.1  -3,000 | 7   3   2.1  -2,000 | 5   2   2.0  +10,000 |
| Gross Living Area | 1,270 sq. ft. | 1,500 sq. ft.  -44,850 | 1,860 sq. ft.  -115,050 | 888 sq. ft.  +74,490 |
| Basement & Finished Rooms Below Grade | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Insulated Wds | Insulated Wdws | Insulated Wdws | Insulated Wds |
| Garage/Carport | Drvwy/Off Street | Drvwy/Off Street | Drvwy/Off Street | Drvwy/Off Street |
| Porch/Patio/Deck | Rooftop Deck | Deck,Balcony,Pt  +13,000 | RooftopDeck,Blc  -4,000 | Rooftop Deck |
| Fireplaces | None | None | None | None |
| Net Adjustment (Total) | | +  -  $ -9,850 | +  -  $ -121,050 | +  -  $ 84,490 |
| Adjusted Sale Price of Comparables | | Net Adj.  1.6 % / Gross Adj. 13.7 % $ 615,050 | Net Adj.  16.7 % / Gross Adj. 16.7 % $ 602,950 | Net Adj.  16.4 % / Gross Adj. 16.4 % $ 599,490 |

**SALES COMPARISON APPROACH**

Summary of Sales Comparison Approach    After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #2 has an additional den.

Indicated Value by Sales Comparison Approach $ 610,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

**RECONCILIATION**

Indicated Value by: Sales Comparison Approach $ 610,000    Income Approach (if developed) $ _____

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach.  The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made  "as is",  subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 610,000 , as of 12/13/2018 , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report
File # 0006265

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006265

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report
File # 0006265

21.  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothemel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge VA 22193 | Company Address |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  December 19, 2018 | Date of Signature |
| Effective Date of Appraisal  12/13/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other  State #  State  DC | Expiration Date of Certification or License |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |

SUBJECT PROPERTY
Did not inspect subject property
Did inspect exterior of subject property from street
Date of Inspection
Did inspect interior and exterior of subject property
Date of Inspection

ADDRESS OF PROPERTY APPRAISED
1264 Holbrook Ter NE, # 3
Washington, DC 20002
APPRAISED VALUE OF SUBJECT PROPERTY $   610,000
LENDER/CLIENT
Name
Company Name  Washington Capital Partners
Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043

COMPARABLE SALES
Did not inspect exterior of comparable sales from street
Did inspect exterior of comparable sales from street
Date of Inspection

Email Address

## Individual Condominium Unit Appraisal Report

File # 0006265

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 1264 Holbrook Ter NE 3, Washington, DC 20002 | 1636 Trinidad Ave NE 2, Washington, DC 20002 | | | | | |
| Project Name and Phase | TBD 1 | The Trinidad 1636 Condominiums 1 | | | | | |
| Proximity to Subject | | 0.04 miles E | | | | | |
| Sale Price | $ 1,390,000 | $ 519,990 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 1094.49 sq. ft. | $ 577.77 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | brightMLS#DCDC100484;DOM 36 | | | | | |
| Verification Source(s) | | County Records/Visual | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Listing | -7,020 | | | | |
| Date of Sale/Time | | Listing | | | | | |
| Location | N;Res; | Listing N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| HOA Mo. Assessment | TBD | 148 | | | | | |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | | | | | |
| Floor Location | 3rd Floor | 1st Floor | +10,000 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | Garden | Garden | | | | | |
| Quality of Construction | Good | Good | | | | | |
| Actual Age | 0 | 113 | 0 | | | | |
| Condition | Good-New | Good-New | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6   3   2.0 | 5   2   2.0 | +10,000 | | | | |
| Gross Living Area | 1,270 sq. ft. | 900 sq. ft. | +72,150 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | 0 0 | 0 0 | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | | | | |
| Energy Efficient Items | Insulated Wds | Insulated Wds | | | | | |
| Garage/Carport | Drwvy/Off Street | Drwvy/Off Street | | | | | |
| Porch/Patio/Deck | Rooftop Deck | Deck | +17,000 | | | | |
| Fireplaces | None | None | | | | | |
| Net Adjustment (Total) | | +   - $ | 102,130 | +   - $ | | +   - $ | |
| Adjusted Sale Price of Comparables | | Net Adj. 19.6 % Gross Adj. 22.3 % $ | 622,120 | Net Adj. % Gross Adj. % $ | | Net Adj. % Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/06/2016 | No transfers | | |
| Price of Prior Sale/Transfer | $370,000 | In the past 12 months | | |
| Data Source(s) | County Records | County Records | | |
| Effective Date of Data Source(s) | 12/12/18 | 12/12/18 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales   Comp #4 had no transfers noted in the past 12 months.

Analysis/Comments   Comp #4 is a listing from the market area.

## Building Sketch

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 | |
| Client | Washington Capital Partners | | | | |



TOTAL Sketch by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details | | | |
|---|---|---|---|---|---|
| Second Floor | 1269.5 Sq ft | 14 × 24 | = | 336 | |
| | | 30 × 3.2 | = | 96 | |
| | | 21.1 × 3.2 | = | 67.52 | |
| | | 64 × 6.8 | = | 435.2 | |
| | | 4.7 × 40.8 | = | 191.76 | |
| | | 0.5 × 2.3 × 40.8 | = | 46.92 | |
| | | 0.5 × 7 × 0.2 | = | 0.7 | |
| | | 12 × 7.7 | = | 92.4 | |
| | | 0.5 × 12 × 0.5 | = | 3 | |
| **Total Living Area (Rounded):** | **1270 Sq ft** | | | | |

Main File No. 0006265  Page #11

## Location Map

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Client | **Washington Capital Partners** | | | | |



Main File No. 0006265  Page #12

## Subject Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



### Subject Front

1264 Holbrook Ter NE

| | |
|---|---|
| Sales Price | 1,390,000 |
| Gross Living Area | 1,270 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



### Subject Rear



### Subject Street

Main File No. 0006265  Page #13

## Subject Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code  20002 |
| Client | Washington Capital Partners | | | | |



### Facade

| | |
|---|---|
| 1264 Holbrook Ter NE | |
| Sales Price | 1,390,000 |
| Gross Living Area | 1,270 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



### Permits

## Comparable Photo Page

| Client | Washington Capital Partners | | | |
|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | |



### Comparable 1

1412 Montello Ave NE

| | |
|---|---|
| Prox. to Subject | 0.20 miles W |
| Sales Price | 624,900 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 1 |



### Comparable 2

1631 Montello Ave NE

| | |
|---|---|
| Prox. to Subject | 0.12 miles NW |
| Sales Price | 724,000 |
| Gross Living Area | 1,860 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 77 |



### Comparable 3

1221 Oates St NE

| | |
|---|---|
| Prox. to Subject | 0.20 miles SW |
| Sales Price | 515,000 |
| Gross Living Area | 888 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 80 |

## Comparable Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 | |
| Client | Washington Capital Partners | | | | |



### Comparable 4

1636 Trinidad Ave NE

| | |
|---|---|
| Prox. to Subject | 0.04 miles E |
| Sales Price | 519,990 |
| Gross Living Area | 900 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | |
| Quality | Good |
| Age | 113 |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Main File No. 0006265  Page #16

## Supplemental Addendum

File No. 0006265

| | |
|---|---|
| Client | Washington Capital Partners |
| Property Address | 1264 Holbrook Ter NE |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 14 to 90 days on the open market in order to have a market value as noted in the report on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently under construction and proposed use is a 3 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have off street parking.















Case 23-00217-ELG    Doc 166-5    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 137 of 178
Main File No. 0006265  Page #24

**Plans - Page 9**











GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

*certifies that*

**ANNE ROTHERMEL**
ADK APPRAISALS, INC.
8941 RIVERSIDE DRIVE
WOODBRIDGE VA 22193

*has met all requirements by law and regulations and is hereby licensed as:*

**APPRAISER CERTIFIED RESIDENTIAL**
License #: CR11366

Issue Date: 3/1/2016
Expiration Date: 2/28/2020

*Director, Department of
Consumer and Regulatory Affairs*



**GREATAMERICAN.**
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒  Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number.    RAP3364992-18                          Renewal of:    RAP3364992-17

Program Administrator:        Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410 Needham, MA 02494-2876

---

Item 1. Named Insured:     Anne Rothermel

Item 2. Address:              5841 Riverside Drive
City, State, Zip Code:    Woodbridge, VA 22193

Item 3. Policy Period: From    **04/30/2018**      To      **04/30/2019**
*(Month, Day, Year)      (Month, Day, Year)*
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4.  Limits of Liability:

A. $   **500,000**     Damages Limit of Liability – Each Claim

B. $   **500,000**     Claim Expenses Limit of Liability – Each Claim

C. $   **1,000,000**     Damages Limit of Liability – Policy Aggregate

D. $   **1,000,000**     Claim Expenses Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of Claim Expenses):

A. $   0.00     Each Claim

B. $   0.00     Aggregate

Item 6. Premium: $    573.00

Item 7. Retroactive Date (if applicable):      04/30/2011

Item 8. Forms, Notices and Endorsements attached:
D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

*Betsy te Hegenauer*

Authorized Representative

D42101 (03/15)                                                                    Page 1 of 1

# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700          Fax Number:

| INVOICE NUMBER |
|---|
| 0006264 |
| DATE |
| 12/12/2018 |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:                Fax Number:
Alternate Number:                E-Mail:

| REFERENCE | |
|---|---|
| Internal Order #: | 0006264 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006264 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

| | |
|---|---|
| **Lender:** Washington Capital Partners | **Client:** Washington Capital Partners |
| **Purchaser/Borrower:** Coloma River Holdings, LLC | |
| **Property Address:** 1264 Holbrook Ter NE | |
| **City:** Washington | |
| **County:** District of Columbia | **State:** DC          **Zip:** 20002 |
| **Legal Description:** Lot 243, Square 4055, Unit 2, Trinidad | |

| FEES | AMOUNT |
|---|---|
| | 209.50 |
| **SUBTOTAL** | 209.50 |

| PAYMENTS | | | AMOUNT |
|---|---|---|---|
| Check #: | Date: 12/18/2018 | Description: | 209.50 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 209.50 |
| | | **TOTAL DUE   $** | 0 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:                Fax Number:
Alternate Number:                E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| AMOUNT DUE: | $ | 0 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
|---|
| 0006264 |
| DATE |
| 12/12/2018 |

| REFERENCE | |
|---|---|
| Internal Order #: | 0006264 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006264 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

1264 Holbrook Ter NE
Lot 243, Square 4055, Unit 2, Trinidad
Washington, DC 20002

**FOR:**

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

**AS OF:**

12/13/2018

**BY:**

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| | | |
|---|---|---|
| **SUBJECT INFORMATION** | Subject Address | 1264 Holbrook Ter NE |
| | Legal Description | Lot 243, Square 4055, Unit 2, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |
| **SALES PRICE** | Sale Price | $ 1,390,000 |
| | Date of Sale | 7/19/2018 |
| **CLIENT** | Client | Washington Capital Partners |
| | Client | Washington Capital Partners |
| **DESCRIPTION OF IMPROVEMENTS** | Size (Square Feet) | 1,231 |
| | Price per Square Foot | $ 1,129.16 |
| | Location | N;Res; |
| | Age | 0 |
| | Condition | Good-New |
| | Total Rooms | 6 |
| | Bedrooms | 3 |
| | Baths | 2.0 |
| **APPRAISER** | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 12/13/2018 |
| **VALUE** | Final Estimate of Value | $ 565,000 |

## Individual Condominium Unit Appraisal Report

File # 0006264

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address | 1264 Holbrook Ter NE    Unit # 2    City Washington    State DC    Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | Owner of Public Record Md Homes 1264-8 Holbrook Llc    County District of Columbia |
| Legal Description Lot 243, Square 4055, Unit 2, Trinidad | |
| Assessor's Parcel # 4055 0243 | Tax Year 2017    R.E. Taxes $ 703 |
| Project Name TBD | Phase # 1    Map Reference 47894    Census Tract 0088.04 |
| Occupant  Owner  Tenant  Vacant | Special Assessments $ 0    HOA $ 0    per year    per month |
| Property Rights Appraised  Fee Simple  Leasehold  Other (describe) | |
| Assignment Type  Purchase Transaction  Refinance Transaction  Other (describe) | |
| Lender/Client  Washington Capital Partners    Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  Yes  No | |
| Report data source(s) used, offering price(s), and date(s).    FSBO - The sales price includes 1264, 1266, 1268 Holbrook Ter NE. | |

**CONTRACT**

I  did   did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   The contract appears typical.  The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.
Contract Price $ 1,390,000   Date of Contract  7/19/2018   Is the property seller the owner of public record?  Yes  No  Data Source(s)  Contract, Tax Rec.
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  YES  NO
If Yes, report the total dollar amount and describe the items to be paid.    0

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location  Urban | Suburban | Rural | Property Values  Increasing | Stable | Declining | PRICE $ (000) | AGE (yrs) | | One-Unit | 65 % |
| Built-Up  Over 75% | 25-75% | Under 25% | Demand/Supply  Shortage | In Balance | Over Supply | Low | 1 | | 2-4 Unit | 3 % |
| Growth  Rapid | Stable | Slow | Marketing Time  Under 3 mths | 3-6 mths | Over 6 mths | 157 Low | 1 | | Multi-Family | 12 % |
| | | | | | | 1,150 High | 118 | | Commercial | 18 % |
| | | | | | | 439 Pred. | 72 | | Other | 2 % |

Neighborhood Boundaries   The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.

Neighborhood Description   Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions)    Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

| | |
|---|---|
| Topography Level | Size Average    Density Average    View Residential/Avg |
| Specific Zoning Classification RF-1 | Zoning Description Res Single Family Row/Res Flat Zones |
| Zoning Compliance  Legal  Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?  Yes  No | |
| No Zoning  Illegal (describe) | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  Yes  No  If No, describe   Highest and best | |
| use is conversion of condos as permitted in the zoning district. | |
| Utilities  Public  Other (describe) | Public  Other (describe)    Off-site Improvements – Type  Public  Private |
| Electricity | Water    Street  Asphalt |
| Gas | Sanitary Sewer  X    Alley  Asphalt |
| FEMA Special Flood Hazard Area  Yes  No   FEMA Flood Zone X   FEMA Map # 1100010036C   FEMA Map Date 09/27/2010 | |
| Are the utilities and off-site improvements typical for the market area?  Yes  No  If No, describe | |
| Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  Yes  No  If Yes, describe | |
| There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records | |

**PROJECT INFORMATION**

Data source(s) for project information   MLS, Tax Records, Inspection, Borrower, Plans
Project Description  Detached  Row or Townhouse  Garden  Mid-Rise  High-Rise  Other (describe)

| General Description | | General Description | | Subject Description | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|
| # of Stories | 4 | Exterior Walls | Brick | # of Units | 3 | # of Phases | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Built-up | # of Units Completed | 0 | # of Units | # of Planned Units | 3 |
| Existing  Proposed | | Total # Parking | 3 | # of Units For Sale | 0 | # of Units for Sale | # of Units for Sale | 0 |
| Under Construction | | Ratio (spaces/units) | 0.66/1 | # of Units Sold | 0 | # of Units Sold | # of Units Sold | 0 |
| Year Built | 2019 | Type | Off Street | # of Units Rented | 0 | # of Units Rented | # of Units Rented | 0 |
| Effective Age | 0 | Guest Parking | Street | # of Owner Occupied Units | 0 | # of Owner Occupied Units | # of Owner Occupied Units | 0 |

Project Primary Occupancy  Principal Residence  Second Home or Recreational  Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?  Yes  No
Management Group -  Homeowners' Association  Developer  Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?  Yes  No  If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium?  Yes  No  If Yes, describe the original use and date of conversion.
The proposed condo project will be a conversion from a Single Family row home as permitted in the zoning district.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?  Yes  No  If No, describe
The project is proposed.

Is there any commercial space in the project?  Yes  No  If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

Freddie Mac Form 465 March 2005                    Page 1 of 6                    Fannie Mae Form 1073 March 2005

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006264

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No   If Yes, $          per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?    Yes    No    If Yes, describe and explain the effect on value and marketability.

**UNIT DESCRIPTION**

Unit Charge $          per month X 12 = $          per year    Annual assessment charge per year per square feet of gross living area = $

Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)

The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | |
|---|---|---|---|---|---|---|---|
| Floor # 2nd Floor | Floors | Hardwood/Tile/New | Fireplace(s) # 0 | | Refrigerator | None | |
| # of Levels 1 | Walls | Drywall/New | WoodStove(s) # 0 | | Range/Oven | Garage    Covered    Open | |
| Heating Type FWA    Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio    None | | Disp    Microwave | # of Cars    1 | |
| Central AC    Individual AC | Bath Wainscot | Tile/New | Porch/Balcony    Balcony | | Dishwasher | Assigned    Owned | |
| Other (describe) | Doors | Solid Core/New | Other    None | | Washer/Dryer | Parking Space #    2 | |
| Finished area **above** grade contains: | | 6 Rooms | 3 Bedrooms | 2.0 Bath(s) | 1,231 Square Feet of Gross Living Area Above Grade | | |

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters and stainless steel appliances.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly converted and renovated unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/06/2016 | No transfers | No transfers | 08/23/17 |
| Price of Prior Sale/Transfer | $370,000 | in the past 12 months | in the past 12 months | $600,000 |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 12/12/18 | 12/12/18 | 12/12/18 | 12/12/18 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    The subject sold in as-is condition as noted above. Comp #3 transferred as noted above prior to completion of renovations and conversion.

## Individual Condominium Unit Appraisal Report

File # 0006264

| | | | | |
|---|---|---|---|---|
| There are | 11 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 379,900 | | to $ 574,900 |
| There are | 24 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 370,000 | | to $ 689,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and | 1264 Holbrook Ter NE | 1412 Montello Ave NE | 1258 Holbrook Ter NE | 1221 Oates St NE |
| Unit # | 2, Washington, DC 20002 | A, Washington, DC 20002 | 6, Washington, DC 20002 | C, Washington, DC 20002 |
| Project Name and | TBD | 1412 Montello Ave NE Condos | 1258 Holbrook Ter Condos | 1221 Oates St Condos |
| Phase | 1 | 1 | 1 | 1 |
| Proximity to Subject | | 0.20 miles W | 0.01 miles NW | 0.20 miles SW |
| Sale Price | $ 1,390,000 | $ 624,900 | $ 540,000 | $ 515,000 |
| Sale Price/Gross Liv. Area | $ 1129.16 sq. ft. | $ 416.60 sq. ft. | $ 429.94 sq. ft. | $ 579.95 sq. ft. |
| Data Source(s) | | brightMLS#1004122913;DOM 57 | brightMLS#1004171799;DOM 47 | MRIS#1002766290;DOM 13 |
| Verification Source(s) | | Doc#6136 | County Records/Visual | Doc#105419 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment |
| Sales or Financing | | ArmLth | ArmLth | ArmLth |
| Concessions | | VA;10000 | Conv;10000 | Conv;0 |
| Date of Sale/Time | | 01/17/18 | 02/14/18 | 10/17/18 |
| Location | N;Res; | N;Res; | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | TBD | 262 | 253 | 316 |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | Common Areas | Common Areas |
| Floor Location | 2nd Floor | Bsmnt & 1st Flrs +20,000 | 3rd Floor -5,000 | 3rd Floor -5,000 |
| View | N;Res; | N;Res; | N;Res; | N;Res; |
| Design (Style) | Garden | Garden | Garden | Garden |
| Quality of Construction | Good | Good | Good | Good |
| Actual Age | 0 | 1 0 | 79 0 | 80 0 |
| Condition | Good-New | New | Good-New | Good-New |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths |
| Room Count | 6 3 2.0 | 6 3 2.1 -3,000 | 6 3 2.0 | 5 2 2.0 +10,000 |
| Gross Living Area | 1,231 sq. ft. | 1,500 sq. ft. -51,110 | 1,256 sq. ft. 0 | 888 sq. ft. +65,170 |
| Basement & Finished | 0 | 0 | 0 | 0 |
| Rooms Below Grade | 0 | 0 | 0 | 0 |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Insulated Wds | Insulated Wdws | Insulated Wdws | Insulated Wds |
| Garage/Carport | Drwy/Off Street | Drwy/Off Street | Drwy/Off Street | Drwy/Off Street |
| Porch/Patio/Deck | Balcony | Deck,Balcony,Pt -12,000 | None +4,000 | Rooftop Deck -21,000 |
| Fireplaces | None | None | None | None |
| Net Adjustment (Total) | | + - $ -46,110 | + - $ -1,000 | + - $ 49,170 |
| Adjusted Sale Price of Comparables | | Net Adj. 7.4 % Gross Adj. 13.8 % $ 578,790 | Net Adj. 0.2 % Gross Adj. 1.7 % $ 539,000 | Net Adj. 9.5 % Gross Adj. 19.6 % $ 564,170 |

**SALES COMPARISON APPROACH**

Summary of Sales Comparison Approach   After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom.

Indicated Value by Sales Comparison Approach $  565,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $  565,000   Income Approach (if developed) $ _____

**RECONCILIATION**

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made   "as is",   subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,   subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or   subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  565,000 , as of   12/13/2018 , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report

File # 0006264

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 —- "WinTOTAL" appraisal software by a la mode, inc. —- 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006264

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 0006264

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| | |
|---|---|
| Signature | Signature |
| Name  Anne' Rothenel | Name |
| Company Name     ADK Appraisals, Inc. | Company Name |
| Company Address   5841 Riverside Drive, Woodbridge VA 22193 | Company Address |
| | |
| Telephone Number   (703) 597-7700 | Telephone Number |
| Email Address   mail@adkappraisals.com | Email Address |
| Date of Signature and Report     December 19, 2018 | Date of Signature |
| Effective Date of Appraisal     12/13/2018 | State Certification # |
| State Certification #   CR11308 | or State License # |
| or State License # | State |
| or Other                          State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License     02/28/2020 | SUBJECT PROPERTY |
| | Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | Did inspect exterior of subject property from street |
| 1264 Holbrook Ter NE, # 2 | Date of Inspection |
| Washington, DC 20002 | Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $       565,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name   Washington Capital Partners | Did not inspect exterior of comparable sales from street |
| Company Address   2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006264

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address and | 1264 Holbrook Ter NE | 1636 Trinidad Ave NE | | | | | |
| Unit # | 2, Washington, DC 20002 | 2, Washington, DC 20002 | | | | | |
| Project Name and | TBD | The Trinidad 1636 Condominiums | | | | | |
| Phase | 1 | 1 | | | | | |
| Proximity to Subject | | 0.04 miles E | | | | | |
| Sale Price | $ 1,390,000 | $ 519,990 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 1129.16 sq. ft. | $ 577.77 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | brightMLS#DCDC100484;DOM 36 | | | | | |
| Verification Source(s) | | County Records/Visual | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Listing | -7,020 | | | | |
| Concessions | | Listing | | | | | |
| Date of Sale/Time | | Listing | | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| HOA Mo. Assessment | TBD | 148 | | | | | |
| Common Elements | Common Areas | Common Areas | | | | | |
| and Rec. Facilities | | | | | | | |
| Floor Location | 2nd Floor | 1st Floor | +5,000 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | Garden | Garden | | | | | |
| Quality of Construction | Good | Good | | | | | |
| Actual Age | 0 | 113 | 0 | | | | |
| Condition | Good-New | Good-New | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 3 2.0 | 5 2 2.0 | +10,000 | | | | |
| Gross Living Area | 1,231 sq. ft. | 900 sq. ft. | +62,890 | sq. ft. | | sq. ft. | |
| Basement & Finished | 0 | 0 | | | | | |
| Rooms Below Grade | 0 | 0 | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | | | | |
| Energy Efficient Items | Insulated Wds | Insulated Wds | | | | | |
| Garage/Carport | Drvwy/Off Street | Drvwy/Off Street | | | | | |
| Porch/Patio/Deck | Balcony | Deck | -4,000 | | | | |
| Fireplaces | None | None | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | + - $ | 66,870 | + - $ | | + - $ | |
| Adjusted Sale Price | | Net Adj. 12.9 % | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 17.1 % $ | 586,860 | Gross Adj. % $ | | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/06/2016 | No transfers | | |
| Price of Prior Sale/Transfer | $370,000 | in the past 12 months | | |
| Data Source(s) | County Records | County Records | | |
| Effective Date of Data Source(s) | 12/12/18 | 12/12/18 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Comp #4 had no transfers noted in the past 12 months.

Analysis/Comments    Comp #4 is a listing from the market area.

## Building Sketch

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| Second Floor | 1231.42 Sq ft | 14 × 24 | = | 336 |
| | | 11.4 × 3.2 | = | 36.48 |
| | | 27.8 × 3.2 | = | 88.96 |
| | | 64 × 6.8 | = | 435.2 |
| | | 4.7 × 40.8 | = | 191.76 |
| | | 0.5 × 2.3 × 40.8 | = | 46.92 |
| | | 0.5 × 7 × 0.2 | = | 0.7 |
| | | 12 × 7.7 | = | 92.4 |
| | | 0.5 × 12 × 0.5 | = | 3 |

| Total Living Area (Rounded): | 1231 Sq ft |
|---|---|

Main File No. 0006264  Page #11

## Location Map

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County  District of Columbia | State  DC | Zip Code  20002 |
| Client | Washington Capital Partners | | | | |



Main File No. 0006264  Page #12

## Subject Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



### Subject Front

1264 Holbrook Ter NE
| | |
|---|---|
| Sales Price | 1,390,000 |
| Gross Living Area | 1,231 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



### Subject Rear



### Subject Street

Main File No. 0006264  Page #13

## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | | |
| City | Washington | County  District of Columbia | | State  DC | Zip Code  20002 | |
| Client | Washington Capital Partners | | | | | |



### Facade

| | |
|---|---|
| 1264 Holbrook Ter NE | |
| Sales Price | 1,390,000 |
| Gross Living Area | 1,231 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



### Permits

**Comparable Photo Page**

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



### Comparable 1

1412 Montello Ave NE

| | |
|---|---|
| Prox. to Subject | 0.20 miles W |
| Sales Price | 624,900 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 1 |



### Comparable 2

1258 Holbrook Ter NE

| | |
|---|---|
| Prox. to Subject | 0.01 miles NW |
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 79 |



### Comparable 3

1221 Oates St NE

| | |
|---|---|
| Prox. to Subject | 0.20 miles SW |
| Sales Price | 515,000 |
| Gross Living Area | 888 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 80 |

## Comparable Photo Page

| | |
|---|---|
| Client | Washington Capital Partners |
| Property Address | 1264 Holbrook Ter NE |
| City | Washington |
| Client | Washington Capital Partners |

| County | District of Columbia | State | DC | Zip Code | 20002 |
|---|---|---|---|---|---|



### Comparable 4

1636 Trinidad Ave NE

| | |
|---|---|
| Prox. to Subject | 0.04 miles E |
| Sales Price | 519,990 |
| Gross Living Area | 900 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | |
| Quality | Good |
| Age | 113 |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Main File No. 0006264  Page #16

### Supplemental Addendum

File No. 0006264

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1264 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property.  In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client.  The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value.  No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 14 to 90 days on the open market in order to have a market value as noted in the report on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is currently under construction and proposed use is a 3 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have off street parking.

Case 23-00217-ELG  Doc 166-5  Filed 06/20/25  Entered 06/23/25 10:48:11  Desc
Exhibit    Page 160 of 178
Main File No. 0006264  Page #17

**Plans - Page 1**





Case 23-00217-ELG    Doc 166-5    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 162 of 178
Main File No. 0006264  Page #19

**Plans - Page 3**





Case 23-00217-ELG    Doc 166-5    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 164 of 178
Main File No. 0006264  Page #21

**Plans - Page 5**



**Plans - Page 6**



Case 23-00217-ELG    Doc 166-5    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 166 of 178
Main File No. 0006264  Page #23

**Plans - Page 7**





**Plans - Page 8**







**License**





**GREATAMERICAN.**
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati. OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒ Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number: RAP3364992-18           Renewal of: RAP3364992-17

Program Administrator: Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876

Item 1. Named Insured:    **Anne Rothermel**

Item 2. Address:          5841 Riverside Drive

City, State, Zip Code:    Woodbridge, VA 22193

Item 3. Policy Period: From **04/30/2018**    To    **04/30/2019**
(Month, Day, Year)    (Month, Day, Year)
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. Limits of Liability.

A. $ __500,000__    Damages Limit of Liability – Each Claim

B. $ __500,000__    Claim Expenses Limit of Liability – Each Claim

C. $ __1,000,000__    Damages Limit of Liability – Policy Aggregate

D. $ __1,000,000__    Claim Expenses Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of Claim Expenses):

A. $ __0.00__    Each Claim

B. $ __0.00__    Aggregate

Item 6. Premium: $    573.00

Item 7. Retroactive Date (if applicable):    04/30/2011

Item 8. Forms, Notices and Endorsements attached:
D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

Authorized Representative

D42101 (03/15)                                Page 1 of 1

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700          Fax Number:

# INVOICE

| INVOICE NUMBER |
|---|
| 0006273 |
| **DATE** |
| 12/13/2018 |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:               Fax Number:
Alternate Number:                E-Mail:

| REFERENCE | |
|---|---|
| Internal Order #: | 0006273 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006273 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

| | |
|---|---|
| **Lender:** Washington Capital Partners | **Client:** Washington Capital Partners |
| **Purchaser/Borrower:** Coloma River Holdings, LLC | |
| **Property Address:** 1266 Holbrook Ter NE | |
| **City:** Washington | |
| **County:** District of Columbia | **State:** DC          **Zip:** 20002 |
| **Legal Description:** Lot 244, Square 4055, Trinidad | |

| FEES | AMOUNT |
|---|---|
| | 209.50 |
| **SUBTOTAL** | 209.50 |

| PAYMENTS | | AMOUNT |
|---|---|---|
| Check #:      Date: 12/19/2018      Description: | | 209.50 |
| Check #:      Date:                 Description: | | |
| Check #:      Date:                 Description: | | |
| | **SUBTOTAL** | 209.50 |
| | **TOTAL DUE   $** | 0 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:               Fax Number:
Alternate Number:               E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| AMOUNT DUE: | $ | 0 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
|---|
| 0006273 |
| **DATE** |
| 12/13/2018 |

| REFERENCE | |
|---|---|
| Internal Order #: | 0006273 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006273 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

1266 Holbrook Ter NE
Lot 244, Square 4055, Trinidad
Washington, DC 20002

**FOR:**

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

**AS OF:**

12/13/2018

**BY:**

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1266 Holbrook Ter NE |
| | Legal Description | Lot 244, Square 4055, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 1,390,000 |
| | Date of Sale | 7/19/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Client | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | |
| | Price per Square Foot | $ |
| | Location | Trinidad |
| | Age | |
| | Condition | |
| | Total Rooms | |
| | Bedrooms | |
| | Baths | |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 12/13/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 495,000 |

www.documentcloud.org
Main File No. 0006273  Page #3

# LAND APPRAISAL REPORT

File No. 0006273

| | |
|---|---|
| Borrower Coloma River Holdings, LLC | Census Tract 0088.04 Map Reference 47894 |
| Property Address 1266 Holbrook Ter NE | |
| City Washington | County District of Columbia State DC Zip Code 20002 |
| Legal Description Lot 244, Square 4055, Trinidad | |
| Sale Price $ 1,390,000 Date of Sale 7/19/2018 Loan Term Unknown yrs. Property Rights Appraised Fee Leasehold De Minimis PUD |
| Actual Real Estate Taxes $ 498 (yr) Loan charges to be paid by seller $ 0 Other sales concessions 0 |
| Lender/Client Washington Capital Partners Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043 |
| Occupant Vacant Appraiser Anne' Rothermel Instructions to Appraiser As-Is land valuation |

| | | | | | | | | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | | Suburban | | Rural | | Employment Stability | | | | |
| Built Up | Over 75% | | 25% to 75% | | Under 25% | | Convenience to Employment | | | | |
| Growth Rate | Fully Dev. | | Rapid | | Steady | Slow | Convenience to Shopping | | | | |
| Property Values | | Increasing | | Stable | | Declining | Convenience to Schools | | | | |
| Demand/Supply | | Shortage | | In Balance | | Oversupply | Adequacy of Public Transportation | | | | |
| Marketing Time | | Under 3 Mos. | | 4-6 Mos. | | Over 6 Mos. | Recreational Facilities | | | | |
| Present | 45 % One-Unit | 3 % 2-4 Unit | 12 % Apts. | 20 % Condo | 18 % Commercial | | Adequacy of Utilities | | | | |
| Land Use | 0 % Industrial | 2 % Vacant | % | | | | Property Compatibility | | | | |
| Change in Present | Not Likely | | Likely (*) | | Taking Place (*) | | Protection from Detrimental Conditions | | | | |
| Land Use | (*) From Vacant | | to Condo Development | | | | Police and Fire Protection | | | | |
| Predominant Occupancy | Owner | | Tenant | 37 % Vacant | | | General Appearance of Properties | | | | |
| One-Unit Price Range $ 200 to $ 2,195,000 Predominant Value $ 693,000 | | | | | | | Appeal to Market | | | | |
| One-Unit Age Range 0 yrs. to 148 yrs. Predominant Age 94 yrs. | | | | | | | | | | | |

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise)  There is no apparent and measurable evidence of adverse locational factors which might adversely affect marketability. Many people in the area work for government agencies or related industries.

| | |
|---|---|
| Dimensions See the attached survey = 2,703 sf | Corner Lot |
| Zoning Classification RF-1 Present Improvements Do Do Not Conform to Zoning Regulations | |
| Highest and Best Use Present Use Other (specify) Vacant (For redevelopment to Condo Building) | |
| Public Other (Describe) OFF SITE IMPROVEMENTS Topo Slopes to rear | |
| Elec. At Site Street Access Street Private Size Average | |
| Gas At site Surface Asphalt Shape Irregular | |
| Water At site Maintenance Public Private View N;Res; | |
| San. Sewer At site Storm Sewer Curb/Gutter Drainage Average | |
| Underground Elect. & Tel. Sidewalk Street Lights Is the property located in a FEMA Special Flood Hazard Area? Yes No | |

Comments (favorable or unfavorable including any apparent adverse easements, encroachments, or other adverse conditions)  There are no apparent adverse easements, or encroachments. No special assessments were noted on tax records.

The undersigned has recited the following recent sales of properties most similar and proximate to subject and has considered these in the market analysis. The description includes a dollar adjustment reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to or more favorable than the subject property, a minus (–) adjustment is made, thus reducing the indicated value of subject; if a significant item in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made thus increasing the indicated value of the subject.

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1266 Holbrook Ter NE | 802 10th St NE | | 1255 Holbrook Ter NE | | 1739 D St NE | |
| | Washington, DC 20002 | Washington, DC 20002 | | Washington, DC 20002 | | Washington, DC 20002 | |
| Proximity to Subject | | 1.82 miles NW | | 3.99 miles NW | | 0.61 miles NE | |
| Sales Price | $ 1,390,000 | $ 451,500 | | $ 485,000 | | $ 615,000 | |
| Price $/Sq. Ft. | $ | $ | | $ | | $ | |
| Data Source(s) | | MRIS#1004374283;DOM 27 | | MRIS#1009954420;DOM 7 | | MRIS#1001922264;DOM 28 | |
| ITEM | DESCRIPTION | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. |
| Date of Sale/Time Adj. | 7/19/2018 | 10/02/2018 | | 11/12/2018 | | 07/31/2018 | |
| Location | Trinidad | Old City #1 | 0 | Trinidad | | Old City #1 | 0 |
| Site/View | 2,703 sf | 1,736 sf | +1,000 | 2,818 sf | 0 | 1,440 sf | +1,500 |
| Drawings/Permits | Apprv'd Plans & Permit | Permits | +15,000 | None | +25,000 | Apprv'd Plans & Permit | |
| Zoning Code | RF-1 | RF-1 | | RF-1 | | RF-1 | |
| Structure | None | None | | None | | Facade/Shell | -100,000 |
| Utilities | At Site | At Site | | At Site | | On Site | -5,000 |
| Sales or Financing | 0 | Unknown | | Cash | | Cash | |
| Concessions | 0 | $0 | | $0 | | $0 | |
| Net Adj. (Total) | | + – $ | 16,000 | + – $ | 25,000 | + – $ | -103,500 |
| Indicated Value | | 15 3.5 % | | 15 5.2 % | | 15 16.8 % | |
| of Subject | | 25 3.5 % $ | 467,500 | 25 5.2 % $ | 510,000 | 25 17.3 % $ | 511,500 |

Comments on Market Data  The market has been mostly stable.

Comments and Conditions of Appraisal  Comps #1 and #3 are smaller parcels. The subject is a vacant lot and Comp #3 is a shell with a facade, foundation and party walls in place. Comp #3 was sold with approved plans and permits.

Final Reconciliation  Comp #1 was an auction sale and Comps #2 and #3 were given greatest weight.

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE SUBJECT PROPERTY AS OF  13 December  TO BE $ 495,000

| | |
|---|---|
| Appraiser Anne' Rothermel | Supervisory Appraiser (if applicable) |
| Date of Signature and Report December 19, 2018 | Date of Signature |
| Title Certified Appraiser | Title |
| State Certification # CR11308 ST DC | State Certification # ST |
| Or State License # ST | Or State License # ST |
| Expiration Date of State Certification or License 02/28/2020 | Expiration Date of State Certification or License |
| Date of Inspection (if applicable) 12/13/2018 | Inspect Did Not Inspect Property Date of Inspection |

Form LAND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

08/11

Main File No. 0006273  Page #4

**Subject Photo Page**

| Client | Washington Capital Partners |
| --- | --- |
| Property Address | 1266 Holbrook Ter NE |
| City | Washington |
| Client | Washington Capital Partners |

| County | District of Columbia | State | DC | Zip Code | 20002 |
| --- | --- | --- | --- | --- | --- |



### Subject Front

1266 Holbrook Ter NE
| | |
| --- | --- |
| Sales Price | 1,390,000 |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | Trinidad |
| View | 2,703 sf |
| Site | |
| Quality | |
| Age | |



### Subject Rear



### Subject Street

Main File No. 0008273  Page #5

## Comparable Photo Page

| Client | Washington Capital Partners |
|---|---|
| Property Address | 1266 Holbrook Ter NE |
| City | Washington |
| Client | Washington Capital Partners |

County District of Columbia    State DC    Zip Code 20002




**Comparable 1**

802 10th St NE
| | |
|---|---|
| Prox. to Subject | 1.82 miles NW |
| Sales Price | 451,500 |
| Gross Living Area | 1,944 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.2 |
| Location | Old City #1 |
| View | 1,736 sf |
| Site | 3300 sf |
| Quality | Brick/Siding/Avg |
| Age | 90 |



**Comparable 2**

1255 Holbrook Ter NE
| | |
|---|---|
| Prox. to Subject | 3.99 miles NW |
| Sales Price | 485,000 |
| Gross Living Area | 1,920 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Trinidad |
| View | 2,818 sf |
| Site | 4447 sf |
| Quality | Brick/Siding/Avg |
| Age | 91 |



**Comparable 3**

1739 D St NE
| | |
|---|---|
| Prox. to Subject | 0.61 miles NE |
| Sales Price | 615,000 |
| Gross Living Area | 2,456 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Old City #1 |
| View | 1,440 sf |
| Site | 4375 sf |
| Quality | Brick/Siding/Avg |
| Age | 89 |