Main File No. 0006273  Page #6

### Supplemental Addendum

File No. 0006273

| | | | | | | |
|---|---|---|---|---|---|---|
| Client | Washington Capital Partners | | | | | |
| Property Address | 1266 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property.  In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client.  The Intended Use is to evaluate the property that is the subject of this appraisal to determine market value, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value.  No additional Intended Users are identified by the appraiser.

The appraiser of this report did perform a prior service for the subject property in the 36 months prior to the effective date of the report.

A reasonable exposure time for the subject property at the opinion of value indicated is estimated to be 7-90 days and was derived using the MLS.

The contract appears typical,  The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.

| | | | |
|---|---|---|---|
| Signature | | Signature | |
| Name  Anne' Rothermel | | Name | |
| Date Signed    December 19, 2018 | | Date Signed | |
| State Certification #  CR11308 | State DC | State Certification # | State |
| Or State License # | State | Or State License # | State |





GRAPHIC SCALE

( IN FEET )
1 inch = 20  ft.







**GREATAMERICAN.**
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below:  (A capital stock corporation)

☒  Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company.**

Policy Number:   RAP3364992-18                    Renewal of:   RAP3364992-17

Program Administrator:   Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876

---

Item 1. Named Insured:    Anne Rothermel

Item 2. Address:          5841 Riverside Drive

City, State, Zip Code:    Woodbridge, VA 22193

Item 3. Policy Period: From   **04/30/2018**   To   **04/30/2019**
(Month, Day, Year)      (Month, Day, Year)
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4.  Limits of Liability:

A. $   **500,000**   Damages Limit of Liability – Each Claim

B. $   **500,000**   Claim Expenses Limit of Liability – Each Claim

C. $   **1,000,000**   Damages Limit of Liability – Policy Aggregate

D. $   **1,000,000**   Claim Expenses Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of Claim Expenses):

A. $   **0.00**   Each Claim

B. $   **0.00**   Aggregate

Item 6. Premium: $   **573.00**

Item 7. **Retroactive Date** (if applicable):    04/30/2011

Item 8. Forms, Notices and Endorsements attached:
D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
D42402 **(05/13)**  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

_Authorized Representative_

D42101 (03/15)                                                        Page 1 of 1

# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700        Fax Number:

| INVOICE NUMBER | |
|---|---|
| 0006266 | |
| **DATE** | |
| 12/12/2018 | |

| REFERENCE | |
|---|---|
| Internal Order #: | 0006266 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006266 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:                    Fax Number:
Alternate Number:                    E-Mail:

## DESCRIPTION

**Lender:** Washington Capital Partners        **Client:** Washington Capital Partners
**Purchaser/Borrower:** Coloma River Holdings, LLC
**Property Address:** 1266 Holbrook Ter NE
**City:** Washington
**County:** District of Columbia        **State:** DC        **Zip:** 20002
**Legal Description:** Lot 244, Square 4055, Unit 1, Trinidad

| FEES | AMOUNT |
|---|---|
| | 209.50 |
| **SUBTOTAL** | 209.50 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:    Date: 12/18/2018    Description: | 209.50 |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | 209.50 |
| **TOTAL DUE** $ | 0 |

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:                    Fax Number:
Alternate Number:                    E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

AMOUNT DUE:        $ _____ 0

AMOUNT ENCLOSED:   $ _____

| INVOICE NUMBER | |
|---|---|
| 0006266 | |
| **DATE** | |
| 12/12/2018 | |

| REFERENCE | |
|---|---|
| Internal Order #: | 0006266 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006266 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

1266 Holbrook Ter NE
Lot 244, Square 4055, Unit 1, Trinidad
Washington, DC 20002

**FOR:**

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA 22043

**AS OF:**

12/13/2018

**BY:**

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 1266 Holbrook Ter NE | |
| Legal Description | Lot 244, Square 4055, Unit 1, Trinidad | |
| City | Washington | |
| County | District of Columbia | |
| State | DC | |
| Zip Code | 20002 | |
| Census Tract | 0088.04 | |
| Map Reference | 47894 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ 1,390,000 | |
| Date of Sale | 7/19/2018 | |

| CLIENT | | |
|---|---|---|
| Client | Washington Capital Partners | |
| Client | Washington Capital Partners | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 1,653 | |
| Price per Square Foot | $ 840.90 | |
| Location | N;Res; | |
| Age | 0 | |
| Condition | New | |
| Total Rooms | 6 | |
| Bedrooms | 3 | |
| Baths | 2.1 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Anne' Rothermel | |
| Date of Appraised Value | 12/13/2018 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 645,000 | |

# Individual Condominium Unit Appraisal Report

File # 0006266

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 1266 Holbrook Ter NE | Unit # 1   City Washington   State DC   Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | Owner of Public Record Md Homes 1264-8 Holbrook Llc   County District of Columbia |
| Legal Description Lot 244, Square 4055, Unit 1, Trinidad | |

Assessor's Parcel # 4055 0244   Tax Year 2017   R.E. Taxes $ 498
Project Name TBD   Phase # 1   Map Reference 47894   Census Tract 0088.04
Occupant  Owner  Tenant  Vacant   Special Assessments $ 0   HOA $ 0   per year   per month
Property Rights Appraised  Fee Simple  Leasehold  Other (describe)
Assignment Type  Purchase Transaction  Refinance Transaction  Other (describe)
Lender/Client Washington Capital Partners   Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   Yes   No
Report data source(s) used, offering price(s), and date(s).   FSBO - The sales price includes 1264, 1266, 1268 Holbrook Ter NE.

**CONTRACT**

I  did  did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   The contract appears typical.  The sale price reflects as-is condition of the combined properties. Sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE).
Contract Price $ 1,390,000   Date of Contract 7/19/2018   Is the property seller the owner of public record?  Yes  No  Data Source(s) Contract, Tax Rec.
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  YES  NO
If Yes, report the total dollar amount and describe the items to be paid.   0

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban | Property Values | Increasing | Stable | PRICE | AGE | One-Unit | 65 % |
| | Rural | | | Declining | | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Built-Up | Over 75% | 25-75% | Demand/Supply | Shortage | In Balance | Over Supply | | Multi-Family | 12 % |
| | Under 25% | | | | | 157 Low 1 | | Commercial | 18 % |
| Growth | Rapid | Stable | Marketing Time | Under 3 mths | 3-6 mths | Over 6 mths | | Other | 2 % |
| | Slow | | | | | 1,150 High 118 | | | |
| | | | | | | 439 Pred. 72 | | | |

Neighborhood Boundaries The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.
Neighborhood Description Employment centers, schools, places of worship, and shopping facilities are within close proximity.  There is no apparent measurable evidence of factors which might adversely affect marketability.  Major Rt 50 is accessible within 2 mile.  This provides good access to the Beltway and Washington metropolitan areas.
Market Conditions (including support for the above conclusions)   Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

Topography Level   Size Average   Density Average   View Residential/Avg
Specific Zoning Classification RF-1   Zoning Description Res Single Family Row/Res Flat Zones
Zoning Compliance  Legal  Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?  Yes  No
 No Zoning  Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  Yes  No If No, describe   Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street Asphalt | | |
| Gas | | | Sanitary Sewer X | | | Alley Asphalt | | |

FEMA Special Flood Hazard Area  Yes  No   FEMA Flood Zone X   FEMA Map # 1100010036C   FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area?  Yes  No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  Yes  No If Yes, describe
There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

**PROJECT INFORMATION**

Data source(s) for project information   MLS, Tax Records, Inspection, Borrower, Plans
Project Description  Detached  Row or Townhouse  Garden  Mid-Rise  High-Rise  Other (describe)

| General Description | | Subject Phase | If Project Completed | If Project Incomplete | |
|---|---|---|---|---|---|
| # of Stories 4 | Exterior Walls Brick | # of Units 2 | # of Phases | # of Planned Phases 1 | |
| # of Elevators 0 | Roof Surface Built-up | # of Units Completed 0 | # of Units | # of Planned Units 2 | |
| Existing  Proposed | Total # Parking 2 | # of Units For Sale 0 | # of Units for Sale | # of Units for Sale 0 | |
| Under Construction | Ratio (spaces/units) 0.66/1 | # of Units Sold 0 | # of Units Sold | # of Units Sold 0 | |
| Year Built 2019 | Type Gar/Drvy | # of Units Rented 0 | # of Units Rented | # of Units Rented 0 | |
| Effective Age 0 | Guest Parking Street | # of Owner Occupied Units 0 | # of Owner Occupied Units | # of Owner Occupied Units 0 | |

Project Primary Occupancy  Principal Residence  Second Home or Recreational  Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?  Yes  No
Management Group -  Homeowners' Association  ·  Developer   Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?  Yes  No If Yes, Describe
The current owner owns 100% of the property.

Was the project created by the conversion of existing building(s) into a condominium?  Yes  No If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?  Yes  No If No, describe
The project is proposed.

Is there any commercial space in the project?  Yes  No If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

## Individual Condominium Unit Appraisal Report

File # 0006266

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No  If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I   did   did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe,

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?    Yes    No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $    per month X 12 = $    per year    Annual assessment charge per year per square foot of gross living area = $

Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)

The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | |
|---|---|---|---|---|---|---|---|
| Floor # 1st & 2nd Floor | Floors | Hardwood/Tile/New | Fireplace(s) # | 0 | Refrigerator | None | |
| # of Levels 2 | Walls | Drywall/New | WoodStove(s) # | 0 | Range/Oven | Garage  Covered  Open | |
| Heating Type FWA  Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio | None | Disp  Microwave | # of Cars | 1 |
| Central AC  Individual AC | Bath Wainscot | Tile/New | Porch/Balcony | Balcony | Dishwasher | Assigned  Owned | |
| Other (describe) | Doors | Solid Core/New | Other | Storage | Washer/Dryer | Parking Space # | 1 |
| Finished area above grade contains: | | 6  Rooms | 3  Bedrooms | 2.1  Bath(s) | 1,653  Square Feet of Gross Living Area Above Grade | | |

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters and stainless steel appliances.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly constructed unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I   did   did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research   did   did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research   did   did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/09/2016 | No transfers | No transfers | 08/23/17 |
| Price of Prior Sale/Transfer | $240,000 | in the past 12 months | in the past 12 months | $600,000 |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 12/12/18 | 12/12/18 | 12/12/18 | 12/12/18 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    The subject sold as vacant land as noted above. Comp #3 transferred as noted above prior to completion of renovations and conversion.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006266

| | There are | 11 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 379,900 | | to $ 574,900 | |
|---|---|---|---|---|---|---|
| | There are | 24 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 370,000 | | to $ 689,000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and | 1266 Holbrook Ter NE | 1412 Montello Ave NE | 1258 Holbrook Ter NE | 1631 Montello Ave NE |
| Unit # | 1, Washington, DC 20002 | A, Washington, DC 20002 | 6, Washington, DC 20002 | PH1, Washington, DC 20002 |
| Project Name and | TBD | 1412 Montello Ave NE Condos | 1258 Holbrook Ter Condos | Montello Hill Condos |
| Phase | 1 | 1 | 1 | 1 |
| Proximity to Subject | | 0.20 miles W | 0.02 miles NW | 0.12 miles NW |
| Sale Price | $ 1,390,000 | $ 624,900 | $ 540,000 | $ 724,000 |
| Sale Price/Gross Liv. Area | $ 840.90 SQ. ft. | $ 416.60 SQ. ft. | $ 429.94 SQ. ft. | $ 389.25 SQ. ft. |
| Data Source(s) | | brightMLS#1004122913;DOM 57 | brightMLS#1004177138;DOM 47 | brightMLS#1001728104;DOM 14 |
| Verification Source(s) | | Doc#6136 | County Records/Visual | Doc#68533 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment |
| Sales or Financing | | ArmLth | ArmLth | ArmLth |
| Concessions | | VA;10,000 | Conv;10000 | Conv;0 |
| Date of Sale/Time | | 01/17/18 | 02/14/18 | 07/13/18 |
| Location | N;Res; | N;Res; | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | TBD | 262 | 253 | 268 |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | Common Areas | Common Areas |
| Floor Location | 1st & 2nd Floor | Basement & 1st +15,000 | 3rd Floor -5,000 | 3rd Floor -5,000 |
| View | N;Res; | N;Res; | N;Res; | N;Res; |
| Design (Style) | Garden | Garden | Garden | Garden |
| Quality of Construction | Good | Good | Good | Good |
| Actual Age | 0 | 1 0 | 79 0 | 77 0 |
| Condition | New | New | Good-New | Good-New |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths |
| Room Count | 6 3 2.1 | 6 2 2.1 +10,000 | 6 3 2.0 +3,000 | 7 3 2.1 -5,000 |
| Gross Living Area | 1,653 SQ. ft. | 1,500 SQ. ft. +26,775 | 1,256 SQ. ft. +69,475 | 1,860 SQ. ft. -36,225 |
| Basement & Finished | 0 | 0 | 0 | 0 |
| Rooms Below Grade | 0 | 0 | 0 | 0 |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Insulated Wds | Insulated Wdws | Insulated Wdws | Insulated Wdws |
| Garage/Carport | Drwy/Off Street | Drwy/Off Street | Drwy/Off Street | Drwy/Off Street |
| Porch/Patio/Deck | Patio, Storage | 2 Decks, Patio -12,000 | None +8,000 | RooftopDeck,Blc -21,000 |
| Fireplaces | None | None | None | None |
| Net Adjustment (Total) | | + - $ 39,775 | + - $ 75,475 | + - $ -67,225 |
| Adjusted Sale Price | | Net Adj. 6.4 % | Net Adj. 14.0 % | Net Adj. 9.3 % |
| of Comparables | | Gross Adj. 10.2 % $ 664,675 | Gross Adj. 15.8 % $ 615,475 | Gross Adj. 9.3 % $ 656,775 |

Summary of Sales Comparison Approach    After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #3 has an additional den.

Indicated Value by Sales Comparison Approach $ 645,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach _____
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $ 645,000    Income Approach (if developed) $ _____
Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made    "as is",    subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,    subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or    subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Subject to construction per plans.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 645,000 , as of    12/13/2018    , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005    Page 3 of 6    Fannie Mae Form 1073 March 2005

## Individual Condominium Unit Appraisal Report

File # 0006266

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report
File # 0006266

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 0006266

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothenel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  December 19, 2018 | Date of Signature |
| Effective Date of Appraisal  12/13/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other  State #  | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |
| | Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | Did inspect exterior of subject property from street |
| 1266 Holbrook Ter NE, # 1 | Date of Inspection |
| Washington, DC 20002 | Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  645,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners | Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Building Sketch

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | | |



10.4'

9.4'

3.2'

Dining Room

Kitchen

55.2'

Living Room

Bath

13.6'

**First Floor**
[1093.56 Sq ft]

80.5'   13.7'   Bath

Bedroom

6'   6'

16.5'   16.5'   48.4'

6'   6'

Bath   **Second Floor**
[559.24 Sq ft]

18.2'   18.2'   Bedroom

Bedroom

13.6'   13.6'

TOTAL Sketch by a la mode, Inc.

### Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1093.56 Sq ft | 10.4 × 9.4 = 97.76 |
| | | 13.6 × 18.2 = 247.52 |
| | | 7.6 × 16.5 = 125.4 |
| | | 45.8 × 13.6 = 622.88 |
| Second Floor | 559.24 Sq ft | 48.4 × 7.6 = 367.84 |
| | | 18.2 × 6 = 109.2 |
| | | 6 × 13.7 = 82.2 |
| **Total Living Area (Rounded):** | **1653 Sq ft** | |

## Location Map

| Client | Washington Capital Partners | | | |
|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | |



Main File No. 0006266  Page #11

**Subject Photo Page**

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



### Subject Front

| | |
|---|---|
| 1266 Holbrook Ter NE | |
| Sales Price | 1,390,000 |
| Gross Living Area | 1,653 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |

### Subject Rear



### Subject Street



Comparable Photo Page

| | |
|---|---|
| Client | Washington Capital Partners |
| Property Address | 1266 Holbrook Ter NE |
| City | Washington |
| Client | Washington Capital Partners |

County District of Columbia    State DC    Zip Code 20002



### Comparable 1

1412 Montello Ave NE
| | |
|---|---|
| Prox. to Subject | 0.20 miles W |
| Sales Price | 624,900 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 1 |



### Comparable 2

1258 Holbrook Ter NE
| | |
|---|---|
| Prox. to Subject | 0.02 miles NW |
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 79 |



### Comparable 3

1631 Montello Ave NE
| | |
|---|---|
| Prox. to Subject | 0.12 miles NW |
| Sales Price | 724,000 |
| Gross Living Area | 1,860 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 77 |

Main File No. 0006266  Page #13

## Supplemental Addendum

File No. 0006266

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. **In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.**

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 14 to 90 days on the open market in order to have a market value as noted in the report on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is a proposed 2 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have off street parking.

Case 23-00217-ELG    Doc 166-6    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 20 of 144
Main File No. 0006266  Page #14

Plans – Page 17



Case 23-00217-ELG    Doc 166-6    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 21 of 144
Main File No. 0006266  Page #15

Plans - Page 18









GREAT**AMERICAN**.
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below:  (A capital stock corporation)

☒  Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:    RAP3364992-18                   Renewal of:    RAP3364992-17

Program Administrator:    Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876

Item 1. **Named Insured:**    Anne Rothermel

Item 2. **Address:**    5841 Riverside Drive
City, State, Zip Code:    Woodbridge, VA 22193

Item 3. **Policy Period:** From    04/30/2018    To    04/30/2019
                (Month, Day, Year)        (Month, Day, Year)
(Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability:**

A. $   500,000    Damages Limit of Liability – Each Claim

B. $   500,000    Claim Expenses Limit of Liability – **Each Claim**

C. $   1,000,000    Damages Limit of Liability – Policy Aggregate

D. $   1,000,000    Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible (Inclusive of Claim Expenses):**

A. $   0.00    Each Claim

B. $   0.00    Aggregate

Item 6. **Premium:** $    573.00

Item 7. **Retroactive Date** (if applicable):    04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
D42100 (03/15) D42300 VA (03/15)  IL7324 (08/12)
D42402 (05/13) D42405 (05/13) D42412 (03/17) D42413 (06/17)

Authorized Representative

D42101 (03/15)                                                   Page 1 of 1



# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700        Fax Number:

| INVOICE NUMBER |
|---|
| 0006267 |
| DATE |
| 12/13/2018 |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006267 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006267 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

## DESCRIPTION

| | | | |
|---|---|---|---|
| Lender: | Washington Capital Partners | Client: | Washington Capital Partners |
| Purchaser/Borrower: | Coloma River Holdings, LLC | | |
| Property Address: | 1266 Holbrook Ter NE | | |
| City: | Washington | | |
| County: | District of Columbia | State: DC | Zip: 20002 |
| Legal Description: | Lot 244, Square 4055, Unit 2, Trinidad | | |

## FEES                                      AMOUNT

|  | 209.50 |
|---|---|
| **SUBTOTAL** | 209.50 |

## PAYMENTS                                  AMOUNT

| | | | 209.50 |
|---|---|---|---|
| Check #: | Date: 12/18/2018 | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 209.50 |

| **TOTAL DUE** | $ | 0 |
|---|---|---|

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| AMOUNT DUE: | $ | 0 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
|---|
| 0006267 |
| DATE |
| 12/13/2018 |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006267 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006267 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
1266 Holbrook Ter NE
Lot 244, Square 4055, Unit 2, Trinidad
Washington, DC 20002

### FOR:
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:
12/13/2018

### BY:
Anne Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1266 Holbrook Ter NE |
| | Legal Description | Lot 244, Square 4055, Unit 2, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 1,390,000 |
| | Date of Sale | 7/19/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Client | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 1,524 |
| | Price per Square Foot | $ 912.07 |
| | Location | N;Res; |
| | Age | 0 |
| | Condition | New |
| | Total Rooms | 6 |
| | Bedrooms | 3 |
| | Baths | 2.1 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 12/13/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 650,000 |

## Individual Condominium Unit Appraisal Report

File # 0006267

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | |
|---|---|---|
| Property Address | 1266 Holbrook Ter NE | Unit # 2 | City Washington | State DC | Zip Code 20002 |

Borrower Coloma River Holdings, LLC   Owner of Public Record Md Homes 1264-8 Holbrook Llc   County District of Columbia

Legal Description Lot 244, Square 4055, Unit 2, Trinidad

Assessor's Parcel # 4055 0244

Tax Year 2017   R.E. Taxes $ 498

Project Name TBD   Phase # 1   Map Reference 47894   Census Tract 0088.04

Occupant   Owner   Tenant   Vacant   Special Assessments $ 0   HOA $ 0   per year   per month

Property Rights Appraised   Fee Simple   Leasehold   Other (describe)

Assignment Type   Purchase Transaction   Refinance Transaction   Other (describe)

Lender/Client Washington Capital Partners   Address 2815 Hartland Dr. Suite 200, Falls Church, VA 22043

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   Yes   No

Report data source(s) used, offering price(s), and date(s).   FSBO - The sales price includes 1264, 1266, 1268 Holbrook Ter NE.

**CONTRACT**

I   did   did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   The contract appears typical.  The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.

Contract Price $ 1,390,000   Date of Contract 7/19/2018   Is the property seller the owner of public record?   Yes   No   Data Source(s) Contract, Tax Rec.

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   YES   NO

If Yes, report the total dollar amount and describe the items to be paid.   0

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban | Rural | Property Values | Increasing | Stable | Declining | PRICE | AGE | One-Unit | 65 % |
| Built-Up | Over 75% | 25-75% | Under 25% | Demand/Supply | Shortage | In Balance | Over Supply | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Growth | Rapid | Stable | Slow | Marketing Time | Under 3 mths | 3-6 mths | Over 6 mths | 157 Low | 4 | Multi-Family | 12 % |
| | | | | | | | | 1,150 High | 118 | Commercial | 18 % |
| | | | | | | | | 439 Pred. | 72 | Other | 2 % |

Neighborhood Boundaries   The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.

Neighborhood Description   Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions)   Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

Topography Level   Size Average   Density Average   View Residential/Avg

Specific Zoning Classification RF-1   Zoning Description Res Single Family Row/Res Flat Zones

Zoning Compliance   Legal   Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?   Yes   No

No Zoning   Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   Yes   No If No, describe   Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities | Public | Other (describe) | | Public | Other (descrioe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street Asphalt | | |
| Gas | | | Sanitary Sewer | | | Alley Asphalt | | |

FEMA Special Flood Hazard Area   Yes   No   FEMA Flood Zone X   FEMA Map # 1100010036C   FEMA Map Date 09/27/2010

Are the utilities and off-site improvements typical for the market area?   Yes   No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   Yes   No If Yes, describe

There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records.

**PROJECT INFORMATION**

Data source(s) for project information   MLS, Tax Records, Inspection, Borrower, Plans

Project Description   Detached   Row or Townhouse   Garden   Mid-Rise   High-Rise   Other (describe)

| General Description | | General Description | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|
| # of Stories | 4 | Exterior Walls | Brick | # of Units | 2 | # of Phases | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Built-up | # of Units Completed | 0 | # of Units | # of Planned Units | 2 |
| Existing   Proposed | | Total # Parking | 2 | # of Units For Sale | 0 | # of Units for Sale | # of Units for Sale | 0 |
| Under Construction | | Ratio (spaces/units) | 0.66/1 | # of Units Sold | 0 | # of Units Sold | # of Units Sold | 0 |
| Year Built | 2019 | Type | Off Street | # of Units Rented | 0 | # of Units Rented | # of Units Rented | 0 |
| Effective Age | 0 | Guest Parking | Street | # of Owner Occupied Units | 0 | # of Owner Occupied Units | # of Owner Occupied Units | 0 |

Project Primary Occupancy   Principal Residence   Second Home or Recreational   Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)?   Yes   No

Management Group -   Homeowners' Association   Developer   Management Agent – Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?   Yes   No If Yes, Describe

The current owner owns 100% of the project.

Was the project created by the conversion of existing building(s) into a condominium?   Yes   No If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?   Yes   No If No, describe

The project is proposed.

Is there any commercial space in the project?   Yes   No If Yes, describe and indicate the overall percentage of the commercial space.

Per completion, there will be no commercial space.

## Individual Condominium Unit Appraisal Report

File # 0006267

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No   If Yes, $    per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?    Yes    No    If Yes, describe and explain the effect on value and marketability.

Unit Charge $    per month X 12 = $    per year    Annual assessment charge per year per square feet of gross living area = $

Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)

The extraordinary assumption is made that the following will be covered; Snow and Trash removal, insurance and maintenance, as it is typical for the market.

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | | |
|---|---|---|---|---|---|---|---|---|
| Floor #    2nd & 3rd Floor | Floors | Hardwood/Tile/New | Fireplace(s) #    0 | | Refrigerator | None | | |
| # of Levels    2 | Walls | Drywall/New | WoodStove(s) #    0 | | Range/Oven | Garage    Covered    Open | | |
| Heating Type FWA    Fuel Gas | Trim/Finish | Wood/Painted/New | Deck/Patio    R/Deck | Disp    Microwave | # of Cars | | |
| Central AC    Individual AC | Bath Wainscot | Tile/New | Porch/Balcony    None | Dishwasher | Assigned    Owned | | |
| Other (describe) | Doors | Solid Core/New | Other    Storage | Washer/Dryer | Parking Space #    2 | | |

Finished area **above** grade contains:    6   Rooms    3   Bedrooms    2.1   Bath(s)    1,524   Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters and stainless steel appliances.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly constructed unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/09/2016 | No transfers | No transfers | 08/23/17 |
| Price of Prior Sale/Transfer | $240,000 | in the past 12 months | in the past 12 months | $600,000 |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 12/12/18 | 12/12/18 | 12/12/18 | 12/12/18 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    The subject sold as vacant land as noted above. Comp #3 transferred as noted above prior to completion of renovations and conversion.

Freddie Mac Form 465 March 2005                Page 2 of 6                Fannie Mae Form 1073 March 2005

## Individual Condominium Unit Appraisal Report

File # 0006267

There are **11** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 379,900 to $ 574,900 .
There are **24** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 370,000 to $ 689,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 1266 Holbrook Ter NE 2, Washington, DC 20002 | 1412 Montello Ave NE A, Washington, DC 20002 | | 1258 Holbrook Ter NE 6, Washington, DC 20002 | | 1631 Montello Ave NE PH1, Washington, DC 20002 | |
| Project Name and Phase | TBD 1 | 1412 Montello Ave NE Condos 1 | | 1258 Holbrook Ter Condos 1 | | Montello Hill Condos 1 | |
| Proximity to Subject | | 0.20 miles W | | 0.02 miles NW | | 0.12 miles NW | |
| Sale Price | $ 1,390,000 | | $ 624,900 | | $ 540,000 | | $ 724,000 |
| Sale Price/Gross Liv. Area | $ 912.07 sq. ft. | $ 416.60 sq. ft. | | $ 429.94 sq. ft. | | $ 389.25 sq. ft. | |
| Data Source(s) | | brightMLS#1004122913;DOM 57 | | brightMLS#1004171799;DOM 47 | | brightMLS#1001728104;DOM 14 | |
| Verification Source(s) | | Doc#6136 | | County Records/Visual | | Doc#68533 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth VA;10,000 | | ArmLth Conv;10000 | | ArmLth Conv;0 | |
| Date of Sale/Time | | 01/17/18 | | 02/14/18 | | 07/13/18 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | TBD | 262 | | 253 | | 268 | |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | | Common Areas | | Common Areas | |
| Floor Location | 2nd & 3rd Floor | Basement & 1st | +20,000 | 3rd Floor | 0 | 3rd Floor | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Garden | Garden | | Garden | | Garden | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | | 1 | 0 | 79 | 0 | 77 | 0 |
| Condition | New | New | | Good-New | | Good-New | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6  3  2.1 | 6  2  2.1 | +10,000 | 6  3  2.0 | +3,000 | 7  3  2.1 | -5,000 |
| Gross Living Area | 1,524 sq. ft. | 1,500 sq. ft. | 0 | 1,256 sq. ft. | +53,600 | 1,860 sq. ft. | -67,200 |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wdws | | Insulated Wdws | | Insulated Wdws | |
| Garage/Carport | Drvwy/Off Street | Drvwy/Off Street | | Drvwy/Off Street | | Drvwy/Off Street | |
| Porch/Patio/Deck | RoofDeck,Storage | 2 Decks, Patio | +9,000 | None | +29,000 | RooftopDeck,Blc | 0 |
| Fireplaces | None | None | | None | | None | |
| Net Adjustment (Total) | | + - $ | 39,000 | + - $ | 85,600 | + - $ | -72,200 |
| Adjusted Sale Price of Comparables | | Net Adj. 6.2 % Gross Adj. 6.2 % | $ 663,900 | Net Adj. 15.9 % Gross Adj. 15.9 % | $ 625,600 | Net Adj. 10.0 % Gross Adj. 10.0 % | $ 651,800 |

Summary of Sales Comparison Approach    After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most
recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement
costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #3
has an additional den.

Indicated Value by Sales Comparison Approach $   650,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach $
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $  650,000           Income Approach (if developed) $
Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach.  The Cost Approach was not developed. The Income approach is not
developed due to a lack of data in the subject's neighborhood.

This appraisal is made    "as is",    subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed,    subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or    subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  Subject to construction per plans.

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   650,000   , as of    12/13/2018   , which is the date of inspection and the effective date of this appraisal.**

Freddie Mac Form 465 March 2005                    Page 3 of 6                    Fannie Mae Form 1073 March 2005

## Individual Condominium Unit Appraisal Report          File # 0006267

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report

File # 0006267

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 0006267

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothenel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  December 19, 2018 | Date of Signature |
| Effective Date of Appraisal  12/13/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other                                    State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1266 Holbrook Ter NE, # 2 | Date of Inspection |
| Washington, DC 20002 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $       650,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners | ☐ Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0006267  Page #9

## Building Sketch

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



TOTAL Sketch by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 544 Sq ft | 40 × 13.6 | = 544 |
| Second Floor | 980.28 Sq ft | 72.9 × 3.2 | = 233.28 |
| | | 54.9 × 4.4 | = 241.56 |
| | | 18.2 × 6 | = 109.2 |
| | | 20.2 × 6 | = 121.2 |
| | | 6 × 3.2 | = 19.2 |
| | | 24.6 × 10.4 | = 255.84 |
| **Total Living Area (Rounded):** | **1524 Sq ft** | | |

## Location Map

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



Main File No. 0006287  Page #11

## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | | |



### Subject Front

| | |
|---|---|
| 1266 Holbrook Ter NE | |
| Sales Price | 1,390,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2,1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



### Subject Rear



### Subject Street

-800-ALAMODE

Comparable Photo Page

| Client | Washington Capital Partners |
| Property Address | 1266 Holbrook Ter NE |
| City | Washington |
| Client | Washington Capital Partners |

County  | State DC | Zip Code 20002



### Comparable 1

1412 Montello Ave NE

| Prox. to Subject | 0.20 miles W |
| Sales Price | 624,900 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 1 |



### Comparable 2

1258 Holbrook Ter NE

| Prox. to Subject | 0.02 miles NW |
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 79 |



### Comparable 3

1631 Montello Ave NE

| Prox. to Subject | 0.12 miles NW |
| Sales Price | 724,000 |
| Gross Living Area | 1,860 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 77 |

Main File No. 0006267  Page #13

## Supplemental Addendum

File No. 0006267

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 14 to 90 days on the open market in order to have a market value as noted in the report on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is a proposed 2 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have off street parking.











**GREATAMERICAN.**
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.

Insurance is afforded by the company indicated below:  (A capital stock corporation)

☒   Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:    RAP3364992-18                    Renewal of:    RAP3364992-17

Program Administrator:        Herbert H. Landy Insurance Agency Inc.
                              75 Second Ave Suite 410  Needham, MA 02494-2876

---

Item 1. **Named Insured:**    Anne Rothermel

Item 2. **Address:**          5841 Riverside Drive

City, State, Zip Code:        Woodbridge, VA 22193

Item 3. **Policy Period:** From    **04/30/2018**     To     **04/30/2019**
                              *(Month, Day, Year)*    *(Month, Day, Year)*
              (Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability**

A. $    **500,000**      Damages Limit of Liability – Each Claim

B. $    **500,000**      Claim Expenses Limit of Liability – Each Claim

C. $    **1,000,000**    Damages Limit of Liability – Policy Aggregate

D. $    **1,000,000**    Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of Claim Expenses):

A. $    0.00       Each Claim

B. $    0.00       Aggregate

Item 6. **Premium** $    573.00

Item 7. **Retroactive Date** (if applicable):    04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
       D42100 (03/15)  D42300 VA (03/15)  H 7324 (08/12)
       D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

Authorized Representative

D42101 (03-15)                                                    Page 1 of 1



# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700        Fax Number:

| INVOICE NUMBER |
| --- |
| 0006270 |
| **DATE** |
| 12/13/2018 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | 0006270 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006270 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

## DESCRIPTION

| | |
| --- | --- |
| **Lender:** Washington Capital Partners | **Client:** Washington Capital Partners |
| **Purchaser/Borrower:** Coloma River Holdings, LLC | |
| **Property Address:** 1268 Holbrook Ter NE | |
| **City:** Washington | |
| **County:** District of Columbia | **State:** DC        **Zip:** 20002 |
| **Legal Description:** Lot 245, Square 4055, Unit 2, Trinidad | |

| FEES | AMOUNT |
| --- | --- |
| | 209.50 |
| **SUBTOTAL** | 209.50 |

| PAYMENTS | AMOUNT |
| --- | --- |
| Check #:    Date: 12/18/2018    Description: | 209.50 |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | 209.50 |
| **TOTAL DUE**  $ | 0 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| AMOUNT DUE: | $ | 0 |
| --- | --- | --- |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
| --- |
| 0006270 |
| **DATE** |
| 12/13/2018 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | 0006270 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006270 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
1266 Holbrook Ter NE
Lot 245, Square 4055, Unit 2, Trinidad
Washington, DC 20002

**FOR:**
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA 22043

**AS OF:**
12/13/2015

**BY:**
Anne Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 1268 Holbrook Ter NE | |
| Legal Description | Lot 245, Square 4055, Unit 2, Trinidad | |
| City | Washington | |
| County | District of Columbia | |
| State | DC | |
| Zip Code | 20002 | |
| Census Tract | 0088.04 | |
| Map Reference | 47894 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ 1,390,000 | |
| Date of Sale | 7/19/2018 | |

| CLIENT | | |
|---|---|---|
| Client | Washington Capital Partners | |
| Client | Washington Capital Partners | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 1,580 | |
| Price per Square Foot | $ 879.75 | |
| Location | N;Res; | |
| Age | 0 | |
| Condition | New | |
| Total Rooms | 6 | |
| Bedrooms | 3 | |
| Baths | 2.1 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Anne' Rothermel | |
| Date of Appraised Value | 12/13/2018 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 650,000 | |

## Individual Condominium Unit Appraisal Report

File # 0006270

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

### SUBJECT

| | |
|---|---|
| Property Address | 1268 Holbrook Ter NE  Unit # 2  City Washington  State DC  Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | Owner of Public Record Md Homes 1264-8 Holbrook Co  County District of Columbia |
| Legal Description Lot 245, Square 4055, Unit 2, Trinidad | |
| Assessor's Parcel # 4055 0245 | Tax Year 2017  Map Reference 47894  R.E. Taxes $ 373 |
| Project Name TBD | Phase # 1  Census Tract 0088.04 |
| Occupant Owner  Tenant  Vacant | Special Assessments $ 0  HOA $ 0  per year  per month |
| Property Rights Appraised Fee Simple  Leasehold  Other (describe) | |
| Assignment Type Purchase Transaction  Refinance Transaction  Other (describe) | |
| Lender/Client Washington Capital Partners  Address 2815 Hartland Dr  Suite 200, Falls Church, VA 22043 | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? Yes  No | |
| Report data source(s) used, offering price(s), and date(s).  FSBO - The sales price includes 1264, 1266, 1268 Holbrook Ter NE. | |

### CONTRACT

I did  did not analyze the contract for sale for the subject purchase transaction. Explain the results or the analysis of the contract for sale or why the analysis was not performed.  The contract appears typical. The sale included Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.

Contract Price $ 1,390,000  Date of Contract 7/19/2018  Is the property seller the owner of public record? Yes  No  Data Source(s) Contract, Tax Rec.

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  YES  NO

If Yes, report the total dollar amount and describe the items to be paid.  0

### NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location | Urban  Suburban  Rural | Property Values | Increasing  Stable  Declining | | PRICE $ (000) | AGE (yrs) | One-Unit | 65 % |
| Built-Up | Over 75%  25-75%  Under 25% | Demand/Supply | Shortage  In Balance  Over Supply | | Low  157 | Low  0 | 2-4 Unit | 3 % |
| Growth | Rapid  Stable  Slow | Marketing Time | Under 3 mths  3-6 mths  Over 6 mths | | High  1,150 | High  118 | Multi-Family | 12 % |
| | | | | | Pred.  439 | Pred.  72 | Commercial | 18 % |
| | | | | | | | Other | 2 % |

Neighborhood Boundaries  The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.

Neighborhood Description  Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan area.

Market Conditions (including support for the above conclusions)  Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

### PROJECT SITE

Topography Level  Size Average  Density Average  View Residential/Avg

Specific Zoning Classification RF-1  Zoning Description Res Single Family Row/Res Flat Zones

Zoning Compliance Legal  Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? Yes  No  No Zoning  Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? Yes  No If No, describe  Highest and best use is construction of condos as permitted in the zoning district.

| Utilities | Public  Other (describe) | | Public  Other (describe) | Off-site Improvements – Type | Public  Private |
|---|---|---|---|---|---|
| Electricity | | Water | | Street Asphalt | |
| Gas | | Sanitary Sewer | | Alley None | |

FEMA Special Flood Hazard Area Yes  No  FEMA Flood Zone X  FEMA Map # 1100010036C  FEMA Map Date 09/27/2010

Are the utilities and off-site improvements typical for the market area? Yes  No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? Yes  No  If Yes, describe
There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records.

### PROJECT INFORMATION

Data source(s) for project information  MLS, Tax Records, Inspection, Borrower, Plans

Project Description Detached  Row or Townhouse  Garden  Mid-Rise  High-Rise  Other (describe)

| General Description | | General Description | | Subject Phase | If Project Completed | If Project Incomplete |
|---|---|---|---|---|---|---|
| # of Stories | 4 | Exterior Walls | Brick | # of Units | 2 | # of Phases | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Built-up | # of Units Completed | 0 | # of Units | # of Planned Units | 2 |
| Existing  Proposed  Under Construction | | Total # Parking | 2 | # of Units for Sale | 0 | # of Units for Sale | # of Units Sold | 0 |
| | | Ratio (spaces/units) | 0.66/1 | # of Units Sold | 0 | # of Units Sold | # of Units Sold | 0 |
| Year Built | 2019 | Type | Off Street | # of Units Rented | 0 | # of Units Rented | # of Units Rented | 0 |
| Effective Age | 0 | Guest Parking | Street | # of Owner Occupied Units | 0 | # of Owner Occupied Units | # of Owner Occupied Units | 0 |

Project Primary Occupancy  Principal Residence  Second Home or Recreational  Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? Yes  No

Management Group – Homeowners' Association  Developer  Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? Yes  No  If Yes, Describe
The current owner owns 100% of the property.

Was the project created by the conversion of existing building(s) into a condominium? Yes  No  If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? Yes  No  If No, describe
The project is incomplete.

Is there any commercial space in the project? Yes  No  If Yes, describe and indicate the overall percentage of the commercial space.
Per completion, there will be no commercial space.

## Individual Condominium Unit Appraisal Report

File # 0006270

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds

Are any common elements leased to or by the Homeowners' Association?    Yes    No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    Yes    No    If Yes, $        per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    Yes    No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I    did    did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    Yes    No    If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    High    Average    Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?    Yes    No    If Yes, describe and explain the effect on value and marketability.

**UNIT DESCRIPTION**

Unit Charge $        per month X 12 = $        per year    Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment    None    Heat    Air Conditioning    Electricity    Gas    Water    Sewer    Cable    Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | | |
|---|---|---|---|---|---|---|---|---|
| Floor # | 2nd & 3rd Floor | Floors | Hardwood/Tile/New | Fireplace(s) # 0 | Refrigerator | None | | |
| # of Levels 2 | | Walls | Drywall/New | WoodStove(s) # 0 | Range/Oven | Garage | Covered | Open |
| Heating Type FWA  Fuel Gas | | Trim/Finish | Wood/Painted/New | Deck/Patio RfDck | Disp  Microwave | # of Cars | 1 | |
| Central AC  Individual AC | | Bath Wainscot Tile/New | | Porch/Balcony None | Dishwasher | Assigned | Owned | |
| Other (describe) | | Doors | Solid Core/New | Other  Storage | Washer/Dryer | Parking Space # | 2 | |
| Finished area above grade contains: | | 6 Rooms | 3 Bedrooms | 2.1 Bath(s) | 1,580 | Square Feet of Gross Living Area Above Grade | | |

Are the heating and cooling for the individual units separately metered?    Yes    No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters and stainless steel appliances.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly constructed unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    Yes    No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    Yes    No  If No, describe

**PRIOR SALE HISTORY**

I    did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research    did    did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research    did    did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/09/2016 | No transfers | No transfers | 08/23/17 |
| Price of Prior Sale/Transfer | $240,000 | in the past 12 months | in the past 12 months | $600,000 |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 12/12/18 | 12/12/18 | 12/12/18 | 12/12/18 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    The subject sold as vacant land as noted above. Comp #3 transferred as noted above prior to completion of renovations and conversion.

## Individual Condominium Unit Appraisal Report

File # 0006270

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

There are **11** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 379,900 to $ 574,900

There are **24** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 370,000 to $ 689,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and Unit # | 1268 Holbrook Ter NE 2, Washington, DC 20002 | 1412 Montello Ave NE A, Washington, DC 20002 | 258 Holbrook Ter NE 6, Washington, DC 20002 | 1631 Montello Ave NE PH1, Washington, DC 20002 |
| Project Name and Phase | TBD 1 | 1412 Montello Ave NE Condos 1 | 1258 Holbrook Ter Condos 1 | Montello Hill Condos 1 |
| Proximity to Subject | | 0.20 miles W | 0.02 miles NW | 0.12 miles NW |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale Price | $ 1,390,000 | $ 624,900 | | $ 540,000 | | $ 724,000 | |
| Sale Price/Gross Liv. Area | $ 879.75 sq. ft. | $ 416.60 sq. ft. | | $ 429.94 sq. ft. | | $ 389.25 sq. ft. | |
| Data Source(s) | | brightMLS#1004122913;DOM 57 | | brightMLS#1004171799;DOM 47 | | brightMLS#1001728104;DOM 14 | |
| Verification Source(s) | | Doc#6136 | | County Records/Visual | | Doc#68533 | |
| Sales or Financing Concessions | | ArmLth VA;10,000 | | ArmLth Conv;10000 | | ArmLth Conv;0 | |
| Date of Sale/Time | | 01/17/18 | | 02/14/18 | | 07/13/18 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | TBD | 262 | | 253 | | 268 | |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | | Common Areas | | Common Areas | |
| Floor Location | 2nd & 3rd Floor | Basement & 1st | +20,000 | 3rd Floor | 0 | 3rd Floor | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Garden | Garden | | Garden | | Garden | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 0 | 1 | | 0.79 | | 77 | 0 |
| Condition | New | New | | Good-New | | Good-New | |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Room Count | 6    3    2.1 | 6    2    2.1 | +10,000 | 6    3    2.0 | +3,000 | 7    3    2.1 | -5,000 |
| Gross Living Area | 1,580 sq. ft. | 1,500 sq. ft. | | 1,256 sq. ft. | +63,180 | 1,860 sq. ft. | -54,600 |
| Basement & Finished Rooms Below Grade | 0 0 | 0 0 | | 0 0 | | 0 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wdws | | Insulated Wdws | | Insulated Wdws | |
| Garage/Carport | Drwy/Off Street | Drwy/Off Street | | Drwy/Off Street | | Drwy/Off Street | |
| Porch/Patio/Deck | RfDck,Storage | 2 Decks, Patio | +10,000 | None | +30,000 | RooftopDeck,Blc | 0 |
| Fireplaces | None | None | | None | | None | |
| Net Adjustment (Total) | | + [x] - $ | 40,000 | + [x] - $ | 96,180 | + - [x] $ | -59,600 |
| Adjusted Sale Price of Comparables | | Net Adj. 6.4 % Gross Adj. 6.4 % $ 664,900 | | Net Adj. 17.8 % Gross Adj. 17.8 % $ 636,180 | | Net Adj. 8.2 % Gross Adj. 8.2 % $ 664,400 | |

**Summary of Sales Comparison Approach** After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values, The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #3 has an additional den.

Indicated Value by Sales Comparison Approach $ 650,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $ 650,000   Income Approach (if developed) $

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made "as is", subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Subject to construction per plans.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 650,000 , as of 12/13/2018 , which is the date of inspection and the effective date of this appraisal.

Main File No. 0006270  Page #6

## Individual Condominium Unit Appraisal Report

File # 0006270

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. **The appraiser** will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. **The appraiser** has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. **The appraiser** has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. **The appraiser** will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. **The appraiser** has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. **The appraiser** has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006270

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report    File # 0006270

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Anne Rothemel_ | Signature |
| Name  Anne' Rothemel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report    December 19, 2018 | Date of Signature |
| Effective Date of Appraisal    12/13/2018 | State Certification # |
| State Certification #   CR11308 | or State License # |
| or State License # | State |
| or Other                                          State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License    02/28/2020 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1268 Holbrook Ter NE, # 2 | Date of Inspection |
| Washington, DC 20002 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $    650,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name   Washington Capital Partners | ☐ Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr. Suite 200, Falls Church, VA 22043 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Building Sketch

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | | |



TOTAL Sketch by a la mode, inc.                    Area Calculations Summary

| Living Area | | | Calculation Details | |
|---|---|---|---|---|
| First Floor | | 573.12 Sq ft | 31.9 × 6.4 | = 204.16 |
| | | | 37.9 × 3 | = 113.7 |
| | | | 42.9 × 4.4 | = 188.76 |
| | | | 0.5 × 42.9 × 3.1 | = 66.5 |
| First Floor | | 1006.74 Sq ft | 31.9 × 6.4 | = 204.16 |
| | | | 22 × 6.4 | = 140.8 |
| | | | 64.9 × 7.42 | = 481.71 |
| | | | 1 × 53.9 | = 53.9 |
| | | | 0.5 × 4.48 × 53.9 | = 120.67 |
| | | | 0.5 × 1 × 11 | = 5.5 |
| **Total Living Area (Rounded):** | | **1580 Sq ft** | | |

**Location Map**

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



**Subject Photo Page**

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | | |



### Subject Front

1268 Holbrook Ter NE
| | |
|---|---|
| Sales Price | 1,390,000 |
| Gross Living Area | 1,580 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



### Subject Rear



### Subject Street

Comparable Photo Page

Main File No. 0006270  Page #12

| Client | Washington Capital Partners | | | |
|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | |
| City | Washington | | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | |



### Comparable 1

1412 Montello Ave NE
| Prox. to Subject | 0.20 miles W |
|---|---|
| Sales Price | 624,900 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 1 |



### Comparable 2

1258 Holbrook Ter NE
| Prox. to Subject | 0.02 miles NW |
|---|---|
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 79 |



### Comparable 3

1631 Montello Ave NE
| Prox. to Subject | 0.12 miles NW |
|---|---|
| Sales Price | 724,000 |
| Gross Living Area | 1,860 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 77 |

Main File No. 0006270   Page #13

## Supplemental Addendum

File No. 0006270

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. **In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.**

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, based on the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 14 to 30 days on the open market in order to have a market value as noted in the report on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is a proposed 2 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have off street parking.







Case 23-00217-ELG    Doc 166-6    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 63 of 144
Main File No. 0006270  Page #17

**Plans - Page 33**



Case 23-00217-ELG    Doc 166-6    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 64 of 144
Main File No. 0006270  Page #18

**Plans - Page 34**







**GREAT AMERICAN.**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS
ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒  Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the Company.

Policy Number:  RAP3364992-18          Renewal of:  RAP3364992-17

Program Administrator:  Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876

Item 1. Named Insured:    Anne Rothermel

Item 2. Address:          5841 Riverside Drive
City, State, Zip Code:    Woodbridge, VA 22193

Item 3. Policy Period: From  **04/30/2018**   To   **04/30/2019**
(Month, Day, Year)      (Month, Day, Year)
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. Limits of Liability:

A.  $   500,000      Damages Limit of Liability – Each Claim

B.  $   500,000      Claim Expenses Limit of Liability – Each Claim

C.  $  1,000,000      Damages Limit of Liability - Policy Aggregate

D.  $  1,000,000      Claim Expenses Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of Claim Expenses)

A.  $   0.00        Each Claim

B.  $   0.00        Aggregate

Item 6. Premium $    573.00

Item 7. Retroactive Date (if applicable):    04/30/2011

Item 8. Forms, Notices and Endorsements attached:
D42100 (03/15)  D42300 VA (03/15)  IL 7324 (08/12)
D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

_Betsy a Magnani_

Authorized Representative

D42101 (03/15)

Page 1 of 1

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700       Fax Number:

# INVOICE

| INVOICE NUMBER |
| --- |
| 0006274 |

| DATE |
| --- |
| 12/13/2018 |

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0006274 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006274 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| Lender: | Washington Capital Partners | Client: | Washington Capital Partners |
| Purchaser/Borrower: | Coloma River Holdings, LLC | | |
| Property Address: | 1268 Holbrook Ter NE | | |
| City: | Washington | | |
| County: | District of Columbia | State: DC | Zip: 20002 |
| Legal Description: | Lot 245, Square 4055, Trinidad | | |

## FEES | AMOUNT

| | AMOUNT |
| --- | --- |
| | 209.50 |
| **SUBTOTAL** | 209.50 |

## PAYMENTS | AMOUNT

| | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: | Date: 12/19/2018 | Description: | 209.50 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 209.50 |
| | | **TOTAL DUE** $ | 0 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| AMOUNT DUE: | $ | 0 |
| --- | --- | --- |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
| --- |
| 0006274 |

| DATE |
| --- |
| 12/13/2018 |

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0006274 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006274 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
1263 Holbrook Ter NE
Lot 245, Square 4055, Trinidad
Washington, DC 20002

**FOR:**
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA 22043

**AS OF:**
12/13/2018

**BY:**
Amer Barberani
Certified Residential Appraiser
ADK Appraisal, Inc
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 1268 Holbrook Ter NE | |
| Legal Description | Lot 245, Square 4055, Trinidad | |
| City | Washington | |
| County | District of Columbia | |
| State | DC | |
| Zip Code | 20002 | |
| Census Tract | 0088.04 | |
| Map Reference | 47894 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ 1,390,000 | |
| Date of Sale | 7/19/2018 | |

| Client | Washington Capital Partners |
|---|---|
| Client | Washington Capital Partners |

| Size (Square Feet) | |
|---|---|
| Price per Square Foot | $ |
| Location | Trinidad |
| Age | |
| Condition | |
| Total Rooms | |
| Bedrooms | |
| Baths | |

| Appraiser | Anne' Rothermel |
|---|---|
| Date of Appraised Value | 12/13/2018 |

| Final Estimate of Value | $ 490,000 |
|---|---|

www.ADKAppraisals.com

## LAND APPRAISAL REPORT

Main File No. 0006274  Page #3

| | | | |
|---|---|---|---|
| Borrower | Coloma River Holdings, LLC | Census Tract 0098.04 | Main File No. 0006274 |
| Property Address | 1268 Holbrook Ter NE | | File No. 0006274 |
| City | Washington | County District of Columbia | Map Reference 47894 |
| Legal Description | Lot 245, Square 4055, Trinidad | | State DC  Zip Code 20002 |

Sale Price $ 1,390,000  Date of Sale 7/19/2018  Loan Term Unknown yrs.  Property Rights Appraised  Fee  Leasehold  De Minimis PUD
Actual Real Estate Taxes $ 373  (yr)  Loan charges to be paid by seller $ 0  Other sales concessions 0
Lender/Client  Washington Capital Partners

Occupant Vacant  Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043

| | | Appraiser Anne' Rothermel | Instructions to Appraiser As-Is land valuation | | | | |
|---|---|---|---|---|---|---|---|
| Location | | Urban | Suburban | Rural | | Good | Avg. | Fair | Poor |

| | | | | | | | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|---|
| Built Up | | Over 75% | | 25% to 75% | | Under 25% | Employment Stability | | | | |
| Growth Rate | Fully Dev. | Rapid | | Steady | | Slow | Convenience to Employment | | | | |
| Property Values | | Increasing | | Stable | | Declining | Convenience to Shopping | | | | |
| Demand/Supply | | Shortage | | In Balance | | Oversupply | Convenience to Schools | | | | |
| Marketing Time | | Under 3 Mos. | | 4-6 Mos. | | Over 6 Mos. | Adequacy of Public Transportation | | | | |
| Present | 45 % One-Unit | 3 % 2-4 Unit | 12 % Apts. | 20 % Condo | 18 % Commercial | Recreational Facilities | | | | |
| Land Use | 0 % Industrial | 2 % Vacant | | % | | Adequacy of Utilities | | | | |
| Change in Present | Not Likely | | Likely (*) | | Taking Place (*) | Property Compatibility | | | | |
| Land Use | (*) From Vacant | To Condo Development | | | | Protection from Detrimental Conditions | | | | |
| Predominant Occupancy | Owner | Tenant | 37 % Vacant | | Police and Fire Protection | | | | |
| One-Unit Price Range | $ 200 to $ 2,195,000 Predominant Value $ 693,000 | | General Appearance of Properties | | | | |
| One-Unit Age Range | 0 yrs. to 148 yrs. Predominant Age 84 yrs. | | Appeal to Market | | | | |

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise)  There is no apparent and measurable evidence of adverse locational factors which might adversely affect marketability. Many people in the area work for government agencies or related industries.

| | | | | |
|---|---|---|---|---|
| Dimensions | See the attached survey | 2.703 sf | | Corner Lot |
| Zoning Classification | RF-1 | Present Improvements | Do  Do Not  Conform to Zoning Regulations | |
| Highest and Best Use | Present Use  Other (specify) Vacant (For redevelopment to Condo Building) | | |
| Other Use (Describe) | OFF SITE IMPROVEMENTS | | |

| | | | | | |
|---|---|---|---|---|---|
| Elec. | Public | Street Access | Public  Private | Topo | Slopes slightly to rear |
| Gas | At Site | Surface | Asphalt | Size | Average |
| Water | At site | Maintenance | Public  Private | Shape | Irregular |
| San. Sewer | At site | Storm Sewer | | View | N./Res.; |
| | Underground Elect. & Tel. | Sidewalk | Street Lights | Drainage | Average |

Comments (favorable or unfavorable including any apparent adverse easements, encroachments, or other adverse conditions)  Is the property located in a FEMA Special Flood Hazard Area?  Yes  No  There are no apparent adverse easements, or encroachments. No special assessments were noted on tax records.

The undersigned has recited the following recent sales of properties most similar and proximate to subject and has considered these in the market analysis. The description includes a dollar adjustment reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to or more favorable than the subject property, a minus (–) adjustment is made, thus reducing the indicated value of subject; if a significant item in the comparable is inferior to or less favorable than the subject property a plus (+) adjustment is made thus increasing the indicated value of the subject.

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 1268 Holbrook Ter NE | 802 10th St NE | 355 Holbrook Ter NE | 1759 D St NE |
| | Washington, DC 20002 | Washington, DC 20002 | Washington, DC 20002 | Washington, DC 20002 |
| Proximity to Subject | | 1.92 miles NW | 3.99 miles NW | 0.61 miles NE |
| Sales Price | $ 1,390,000 | $ 451,500 | $ 485,000 | $ 615,000 |
| Price $/Sq. Ft. | $ | $ | $ | $ |
| Data Source(s) | | MRIS#1004374283;DOM 27 | MRIS#1009958420;DOM 7 | MRIS#1001922264;DOM 28 |
| ITEM | DESCRIPTION | DESCRIPTION +(–)$ Adjust. | DESCRIPTION +(–)$ Adjust. | DESCRIPTION +(–)$ Adjust. |
| Date of Sale/Time Adj. | 7/19/2018 | 10/02/2018 | 1/16/2018 | 07/31/2018 |
| Location | Trinidad | Old City #1 | Trinidad | Old City #1 |
| Site/View | 2,022 sf | 1,736 sf  +500 | 2,813 sf  -500 | 1,440 sf  0 |
| Drawings/Permits | Apprvd Plans & Permit | Permits  +15,000 | None  +25,000 | Apprvd Plans & Permit  +1,000 |
| Zoning Code | RF-1 | RF-1 | RF-1 | RF-1 |
| Structure | None | None | None | Facade/Shell  -100,000 |
| Utilities | At Site | At Site | At Site | On Site  -5,000 |
| Sales or Financing | 0 | Unknown | Cash | Cash |
| Concessions | 0 | $0 | $0 | $0 |
| Net Adj. (Total) | | +  –  $ 15,500 | +  –  $ 24,500 | +  –  $ -104,000 |
| Indicated Value | | 15 3.4 % – $ | 15 5.1 % – $ | 15 16.9 % – $ |
| of Subject | | 25 3.4 % $ 467,000 | 25 5.3 % $ 509,500 | 25 17.2 % $ 511,000 |

Comments on Market Data  The market has been mostly stable.

| | |
|---|---|
| Comments and Conditions of Appraisal | Comps #1 and #3 are smaller parcels. The subject is a vacant lot and Comp #3 is a shell with a facade, foundation and party walls in place. Comp #3 was sold with approved plans and permits. |
| Final Reconciliation | Comp #1 was an auction sale and Comps #2 and #3 were given greatest weight. |

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE SUBJECT PROPERTY AS OF  13 December  TO BE $ 490,000

| | | | |
|---|---|---|---|
| Appraiser | Anne' Rothermel | Supervisory Appraiser (if applicable) | |
| Date of Signature and Report | December 19, 2018 | Date of Signature | |
| Title | Certified Appraiser | Title | |
| State Certification # | CR11308 | State Certification # | ST  DC |
| Or State License # | | Or State License # | ST |
| Expiration Date of State Certification or License | 02/28/2020 | Expiration Date of State Certification or License | ST |
| Date of Inspection (if applicable) | 12/13/2018 | Did  Did Not  Inspect Property  Date of Inspection | |

Form LAND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

08/11

Main File No. 0006273t Page #4

## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | | |
| City | Washington | | County  District of Columbia | State  DC | Zip Code  20002 | |
| Client | Washington Capital Partners | | | | | |



**Subject Front**

1266 Holbrook Ter NE
Sales Price          1,390,000
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location             Trinidad
View                 2,703 sf
Site
Quality
Age



**Subject Rear**



**Subject Street**

Main File No. 00062731 Page #5

## Comparable Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | | State  DC | Zip Code  20002 |
| Client | Washington Capital Partners | | | | |



### Comparable 1

| | |
|---|---|
| 802 10th St NE | |
| Prox. to Subject | 1.82 miles NW |
| Sales Price | 451,500 |
| Gross Living Area | 1,944 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.2 |
| Location | Old City #1 |
| View | 1,736 sf |
| Site | 3300 sf |
| Quality | Brick/Siding/Avg |
| Age | 90 |



### Comparable 2

| | |
|---|---|
| 1255 Holbrook Ter NE | |
| Prox. to Subject | 3.99 miles NW |
| Sales Price | 485,000 |
| Gross Living Area | 1,920 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Trinidad |
| View | 2,818 sf |
| Site | 4447 sf |
| Quality | Brick/Siding/Avg |
| Age | 91 |



### Comparable 3

| | |
|---|---|
| 1739 D St NE | |
| Prox. to Subject | 0.61 miles NE |
| Sales Price | 615,000 |
| Gross Living Area | 2,456 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Old City #1 |
| View | 1,440 sf |
| Site | 4375 sf |
| Quality | Brick/Siding/Avg |
| Age | 89 |

Main File No. 0006273  Page #6

## Supplemental Addendum

File No. 0006273

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal to determine market value, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

The appraiser of this report did perform a prior service for the subject property in the 36 months prior to the effective date of the report.

A reasonable exposure time for the subject property at the opinion of value indicated is estimated to be 7-90 days and was derived using the MLS.

The contract appears typical. The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.

| | |
|---|---|
| Signature | Signature |
| Name  Anne' Rothermel | Name |
| Date Signed  December 19, 2018 | Date Signed |
| State Certification #  CR11308    State DC | State Certification #    State |
| Or State License #    State | Or State License #    State |

**Survey - Page 1**



[Main File No. 0006273] Page #8





Case 23-00217-ELG    Doc 166-6    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 77 of 144
Main File No. 0006273  Page #10

**Insurance**

**GREAT AMERICAN.**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒ Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   RAP3364992-18                    Renewal of:   RAP3364992-17

Program Administrator:   **Herbert H. Landy Insurance Agency Inc.**
**75 Second Ave Suite 410  Needham, MA 02494-2876**

Item 1. Named Insured:   Anne Rothemel

Item 2. Address:   5841 Riverside Drive
City, State, Zip Code:   Woodbridge, VA 22193

Item 3. Policy Period: From   **04/30/2018**   To   **04/30/2019**
(Month, Day, Year)   (Month, Day, Year)
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. Limits of Liability:

A. $   500,000      Damages Limit of Liability – Each Claim

B. $   500,000      Claim Expenses Limit of Liability – Each Claim

C. $   1,000,000    Damages Limit of Liability – Policy Aggregate

D. $   1,000,000    Claim Expenses Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of Claim Expenses):

A. $   0.00      Each Claim

B. $   0.00      Aggregate

Item 6. Premium: $   573.00

Item 7. Retroactive Date (if applicable):   04/30/2011

Item 8. Forms, Notices and Endorsements attached:
D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
D42402 (05/13)  D42403 (05/13)  D42412 (03/17)  D42413 (06/17)

*Betsy a. magnum*
Authorized Representative

D42101 (03/15)                                        Page 1 of 1

# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700        Fax Number:

| INVOICE NUMBER |
| --- |
| 0006266 |

| DATE |
| --- |
| 12/12/2018 |

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0006266 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006266 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| **Lender:** Washington Capital Partners | | **Client:** Washington Capital Partners | |
| **Purchaser/Borrower:** Coloma River Holdings, LLC | | | |
| **Property Address:** 1266 Holbrook Ter NE | | | |
| **City:** Washington | | | |
| **County:** District of Columbia | **State:** DC | | **Zip:** 20002 |
| **Legal Description:** Lot 244, Square 4055, Unit 1, Trinidad | | | |

| FEES | AMOUNT |
| --- | --- |
| | 209.50 |
| **SUBTOTAL** | 209.50 |

| PAYMENTS | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: | Date: 12/18/2018 | Description: | 209.50 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 209.50 |
| | | **TOTAL DUE** $ | 0 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

| AMOUNT DUE: | $ | 0 |
| --- | --- | --- |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
| --- |
| 0006266 |

| DATE |
| --- |
| 12/12/2018 |

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0006266 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006266 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0006266| Page #1



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
1266 Holbrook Ter NE
Lot 244, Square 4055, Unit 1, Trinidad
Washington, DC 20002

**FOR:**
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

**AS OF:**
12/13/2018

**BY:**
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

Main File No. 0006266| Page #2

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 1266 Holbrook Ter NE | |
| Legal Description | Lot 244, Square 4055, Unit 1, Trinidad | |
| City | Washington | |
| County | District of Columbia | |
| State | DC | |
| Zip Code | 20002 | |
| Census Tract | 0088.04 | |
| Map Reference | 47894 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ 1,390,000 | |
| Date of Sale | 7/19/2018 | |

| CLIENT | | |
|---|---|---|
| Client | Washington Capital Partners | |
| Client | Washington Capital Partners | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 1,653 | |
| Price per Square Foot | $ 840.90 | |
| Location | N;Res; | |
| Age | 0 | |
| Condition | New | |
| Total Rooms | 6 | |
| Bedrooms | 3 | |
| Baths | 2.1 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Anne' Rothermel | |
| Date of Appraised Value | 12/13/2018 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 645,000 | |

## Individual Condominium Unit Appraisal Report

File # 0006266

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address | 1266 Holbrook Ter NE | Unit # 1 | City Washington | State DC | Zip Code 20002 |

Borrower  Coloma River Holdings, LLC          Owner of Public Record  Md Homes 1264-8 Holbrook Llc          County  District of Columbia

Legal Description  Lot 244, Square 4055, Unit 1, Trinidad

Assessor's Parcel #  4055 0244          Tax Year  2017          R.E. Taxes $  498

Project Name  TBD          Phase #  1          Map Reference  47894          Census Tract  0088.04

Occupant ☐ Owner  ☐ Tenant  ☒ Vacant          Special Assessments $  0          HOA $  0          ☐ per year  ☐ per month

Property Rights Appraised  ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)

Assignment Type  ☒ Purchase Transaction  ☐ Refinance Transaction  ☐ Other (describe)

Lender/Client  Washington Capital Partners          Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☒ Yes  ☐ No

Report data source(s) used, offering price(s), and date(s).          FSBO - The sales price includes 1264, 1266, 1268 Holbrook Ter NE.

**CONTRACT**

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  The contract appears typical.  The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.

Contract Price $  1,390,000          Date of Contract  7/19/2018          Is the property seller the owner of public record?  ☒ Yes  ☐ No  Data Source(s)  Contract, Tax Rec.

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ YES  ☒ NO

If Yes, report the total dollar amount and describe the items to be paid.          0

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban | ☐ Suburban | ☐ Rural | Property Values ☐ Increasing | ☒ Stable | ☐ Declining | PRICE | AGE | One-Unit | 65 % |
| Built-Up ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Growth ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | 157 Low | 1 | Multi-Family | 12 % |
| Neighborhood Boundaries | The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida | | | | | 1,150 High | 118 | Commercial | 18 % |
| Ave and west of Bladensburg Rd. | | | | | | 439 Pred. | 72 | Other | 2 % |

Neighborhood Description  Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions)          Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

Topography  Level          Size  Average          Density  Average          View  Residential/Avg

Specific Zoning Classification  RF-1          Zoning Description  Res Single Family Row/Res Flat Zones

Zoning Compliance ☒ Legal  ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?  ☐ Yes  ☐ No

☐ No Zoning  ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☐ Yes  ☒ No  If No, describe  Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street | Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley | Asphalt | ☒ | |

FEMA Special Flood Hazard Area  ☐ Yes  ☒ No  FEMA Flood Zone  X          FEMA Map #  1100010036C          FEMA Map Date  09/27/2010

Are the utilities and off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe

There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

**PROJECT INFORMATION**

Data source(s) for project information          MLS, Tax Records, Inspection, Borrower, Plans

Project Description  ☐ Detached  ☐ Row or Townhouse  ☒ Garden  ☐ Mid-Rise  ☐ High-Rise  ☐ Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 4 | Exterior Walls | Brick | # of Units | 2 | # of Phases | | # of Planned Phases | 1 |
| # of Elevators | 0 | Roof Surface | Built-up | # of Units Completed | 0 | # of Units | | # of Planned Units | 2 |
| ☐ Existing ☒ Proposed | | Total # Parking | 2 | # of Units For Sale | 0 | # of Units for Sale | | # of Units for Sale | 0 |
| ☐ Under Construction | | Ratio (spaces/units) | 0.66/1 | # of Units Sold | 0 | # of Units Sold | | # of Units Sold | 0 |
| Year Built | 2019 | Type | Gar/Drwy | # of Units Rented | 0 | # of Units Rented | | # of Units Rented | 0 |
| Effective Age | 0 | Guest Parking | Street | # of Owner Occupied Units | 0 | # of Owner Occupied Units | | # of Owner Occupied Units | 0 |

Project Primary Occupancy  ☒ Principal Residence  ☐ Second Home or Recreational  ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☒ Yes  ☐ No

Management Group –  ☐ Homeowners' Association  ☒ Developer  ☐ Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?  ☒ Yes  ☐ No  If Yes, Describe

The current owner owns 100% of the property.

Was the project created by the conversion of existing building(s) into a condominium?  ☐ Yes  ☒ No  If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?  ☐ Yes  ☒ No  If No, describe

The project is proposed.

Is there any commercial space in the project?  ☐ Yes  ☒ No  If Yes, describe and indicate the overall percentage of the commercial space.

Per completion, there will be no commercial space.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006266

Describe the condition of the project and quality of construction.   Per completion, the subject is expected to be in new condition.

**PROJECT INFORMATION**

Describe the common elements and recreational facilities.   Common grounds

Are any common elements leased to or by the Homeowners' Association?   ☐ Yes   ☒ No   If Yes, describe the rental terms and options.

Is the project subject to a ground rent?   ☐ Yes   ☒ No   If Yes, $                   per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?   ☒ Yes   ☐ No   If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did   ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.   I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?   ☐ Yes   ☒ No   If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High   ☒ Average   ☐ Low   If High or Low, describe   The condo fee is expected to be in range with the comps.
Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?   ☐ Yes   ☒ No   If Yes, describe and explain the effect on value and marketability.

**UNIT DESCRIPTION**

Unit Charge $                per month X 12 = $                per year   Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment   ☐ None   ☐ Heat   ☐ Air Conditioning   ☐ Electricity   ☐ Gas   ☒ Water   ☒ Sewer   ☐ Cable   ☒ Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage |
|---|---|---|---|---|---|---|
| Floor #   1st & 2nd Floor | Floors | Hardwood/Tile/New | ☐ Fireplace(s) #   0 | | ☒ Refrigerator | ☐ None |
| # of Levels   2 | Walls | Drywall/New | ☒ WoodStove(s) #   0 | | ☒ Range/Oven | ☐ Garage   ☐ Covered  ☒ Open |
| Heating Type FWA   Fuel Gas | Trim/Finish | Wood/Painted/New | ☐ Deck/Patio   None | | ☒ Disp   ☒ Microwave | # of Cars                   1 |
| ☒ Central AC   ☐ Individual AC | Bath Wainscot Tile/New | | ☒ Porch/Balcony   Balcony | | ☒ Dishwasher | ☐ Assigned   ☒ Owned |
| ☐ Other (describe) | Doors | Solid Core/New | ☒ Other   Storage | | ☒ Washer/Dryer | Parking Space #          1 |
| Finished area **above grade** contains: | | 6   Rooms | 3   Bedrooms | 2.1   Bath(s) | 1,653   Square Feet of Gross Living Area Above Grade | |

Are the heating and cooling for the individual units separately metered?   ☒ Yes   ☐ No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)   The subject will feature hardwood floors, granite counters and stainless steel appliances.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   The subject will be a newly constructed unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes   ☒ No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☒ Yes   ☐ No  If No, describe

**PRIOR SALE HISTORY**

I ☒ did   ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research   ☒ did   ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)   MLS, Tax Records
My research   ☒ did   ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)   MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/09/2016 | No transfers | No transfers | 08/23/17 |
| Price of Prior Sale/Transfer | $240,000 | In the past 12 months | In the past 12 months | $600,000 |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 12/12/18 | 12/12/18 | 12/12/18 | 12/12/18 |

Analysis of prior sale or transfer history of the subject property and comparable sales.   The subject sold as vacant land as noted above. Comp #3 transferred as noted above prior to completion of renovations and conversion.

## Individual Condominium Unit Appraisal Report

File # 0006266

| There are | 11 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 379,900 | to $ 574,900 | |
| There are | 24 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 370,000 | to $ 689,000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and | 1266 Holbrook Ter NE | 1412 Montello Ave NE | | 1258 Holbrook Ter NE | | 1631 Montello Ave NE | |
| Unit # | 1, Washington, DC 20002 | A, Washington, DC 20002 | | 6, Washington, DC 20002 | | PH1, Washington, DC 20002 | |
| Project Name and | TBD | 1412 Montello Ave NE Condos | | 1258 Holbrook Ter Condos | | Montello Hill Condos | |
| Phase | 1 | 1 | | 1 | | 1 | |
| Proximity to Subject | | 0.20 miles W | | 0.02 miles NE | | 0.12 miles NW | |
| Sale Price | $ 1,390,000 | | $ 624,900 | | $ 540,000 | | $ 724,000 |
| Sale Price/Gross Liv. Area | $ 840.90 sq. ft. | $ 416.60 sq. ft. | | $ 429.94 sq. ft. | | $ 389.25 sq. ft. | |
| Data Source(s) | | brightMLS#1004122913;DOM 57 | | brightMLS#1004171799;DOM 47 | | brightMLS#1001728104;DOM 14 | |
| Verification Source(s) | | Doc#6136 | | County Records/Visual | | Doc#68533 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | VA;10,000 | | Conv;10000 | | Conv;0 | |
| Date of Sale/Time | | 01/17/18 | | 02/14/18 | | 07/13/18 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | TBD | 262 | | 253 | | 268 | |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | | Common Areas | | Common Areas | |
| Floor Location | 1st & 2nd Floor | Basement & 1st | +15,000 | 3rd Floor | -5,000 | 3rd Floor | -5,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Garden | Garden | | Garden | | Garden | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 0 | 1 | 0 | 79 | 0 | 77 | 0 |
| Condition | New | New | | Good-New | | Good-New | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6  3  2.1 | 6  2  2.1 | +10,000 | 6  3  2.0 | +3,000 | 7  3  2.1 | -5,000 |
| Gross Living Area | 1,653 sq. ft. | 1,500 sq. ft. | +26,775 | 1,256 sq. ft. | +69,475 | 1,860 sq. ft. | -36,225 |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wdws | | Insulated Wdws | | Insulated Wdws | |
| Garage/Carport | Drvwy/Off Street | Drvwy/Off Street | | Drvwy/Off Street | | Drvwy/Off Street | |
| Porch/Patio/Deck | Patio, Storage | 2 Decks, Patio | -12,000 | None | +8,000 | RooftopDeck,Blc | -21,000 |
| Fireplaces | None | None | | None | | None | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 39,775 | ☒ +  ☐ - | $ 75,475 | ☐ +  ☒ - | $ -67,225 |
| Adjusted Sale Price | | Net Adj. 6.4 % | | Net Adj. 14.0 % | | Net Adj. 9.3 % | |
| of Comparables | | Gross Adj. 10.2 % | $ 664,675 | Gross Adj. 15.8 % | $ 615,475 | Gross Adj. 9.3 % | $ 656,775 |

Summary of Sales Comparison Approach  After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most
recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement
costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #3
has an additional den.

Indicated Value by Sales Comparison Approach $  645,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____  X Gross Rent Multiplier _____  = $ _____  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $  645,000  Income Approach (if developed) $ _____

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not
developed due to a lack of data in the subject's neighborhood.

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Subject to construction per plans.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  645,000 , as of  12/13/2018 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005      Page 3 of 6      Fannie Mae Form 1073 March 2005

## Individual Condominium Unit Appraisal Report          File # 0006266

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006266

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 0006266

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothrock | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report    December 19, 2018 | Date of Signature |
| Effective Date of Appraisal    12/13/2018 | State Certification # |
| State Certification #   CR11308 | or State License # |
| or State License # | State |
| or Other _____ State # _____ | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License    02/28/2020 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1266 Holbrook Ter NE, # 1 | Date of Inspection |
| Washington, DC 20002 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $       645,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners | ☐ Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0006266| Page #9

## Building Sketch

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | |



| Area Calculations Summary | | |
|---|---|---|
| **Living Area** | | **Calculation Details** |
| First Floor | 1093.56 Sq ft | 10.4 × 9.4 = 97.76 |
| | | 13.6 × 18.2 = 247.52 |
| | | 7.6 × 16.5 = 125.4 |
| | | 45.8 × 13.6 = 622.88 |
| Second Floor | 559.24 Sq ft | 48.4 × 7.6 = 367.84 |
| | | 18.2 × 6 = 109.2 |
| | | 6 × 13.7 = 82.2 |
| **Total Living Area (Rounded):** | **1653 Sq ft** | |

TOTAL Sketch by a la mode, inc.

Form SKT.BldSkt — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0006266| Page #10|

## Location Map

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 | |
| Client | Washington Capital Partners | | | | |



## Subject Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



**Subject Front**

1266 Holbrook Ter NE
| | |
|---|---|
| Sales Price | 1,390,000 |
| Gross Living Area | 1,653 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2,1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



**Subject Rear**



**Subject Street**

Main File No. 0006266| Page #12

## Comparable Photo Page

| Client | Washington Capital Partners | | | |
|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | |



### Comparable 1

1412 Montello Ave NE
| | |
|---|---|
| Prox. to Subject | 0.20 miles W |
| Sales Price | 624,900 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 1 |



### Comparable 2

1258 Holbrook Ter NE
| | |
|---|---|
| Prox. to Subject | 0.02 miles NW |
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 79 |



### Comparable 3

1631 Montello Ave NE
| | |
|---|---|
| Prox. to Subject | 0.12 miles NW |
| Sales Price | 724,000 |
| Gross Living Area | 1,860 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 77 |

Main File No. 0006266 | Page #13

### Supplemental Addendum

File No. 0006266

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 14 to 90 days on the open market in order to have a market value as noted in the report on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is a proposed 2 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have off street parking.











## GREATAMERICAN.
### INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

### DECLARATIONS
for
### REAL ESTATE APPRAISERS
### ERRORS & OMISSIONS INSURANCE POLICY

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒   Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   RAP3364992-18                    Renewal of:   RAP3364992-17

Program Administrator:     **Herbert H. Landy Insurance Agency Inc.**
**75 Second Ave Suite 410  Needham, MA 02494-2876**

Item 1. **Named Insured:**   Anne Rothermel

Item 2. **Address:**        **5841 Riverside Drive**
City, State, Zip Code:    **Woodbridge, VA 22193**

Item 3.  **Policy Period:** From   **04/30/2018**     To     **04/30/2019**
                       *(Month, Day, Year)*      *(Month, Day, Year)*
             (Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4.  **Limits of Liability:**

   A.  $ __500,000__    Damages Limit of Liability – Each Claim

   B.  $ __500,000__    Claim Expenses Limit of Liability – Each Claim

   C.  $ __1,000,000__  Damages Limit of Liability – Policy Aggregate

   D.  $ __1,000,000__  Claim Expenses Limit of Liability – Policy Aggregate

Item 5.  **Deductible (Inclusive of Claim Expenses):**

   A.  $  **0.00**     Each Claim

   B.  $  **0.00**     Aggregate

Item 6. **Premium:** $    573.00

Item 7. **Retroactive Date** (if applicable):    04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
   **D42100 (03/15)  D42300 VA (03/15)   IL7324 (08/12)**
   **D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)**

                                                        Authorized Representative

D42101 (03/15)                                                   Page 1 of 1



# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700        Fax Number:

| INVOICE NUMBER |
|---|
| 0006267 |

| DATE |
|---|
| 12/13/2018 |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006267 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006267 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

## DESCRIPTION

| | | |
|---|---|---|
| **Lender:** Washington Capital Partners | **Client:** Washington Capital Partners | |
| **Purchaser/Borrower:** Coloma River Holdings, LLC | | |
| **Property Address:** 1266 Holbrook Ter NE | | |
| **City:** Washington | | |
| **County:** District of Columbia | **State:** DC | **Zip:** 20002 |
| **Legal Description:** Lot 244, Square 4055, Unit 2, Trinidad | | |

## FEES

| | AMOUNT |
|---|---|
| | 209.50 |
| **SUBTOTAL** | 209.50 |

## PAYMENTS

| | | | AMOUNT |
|---|---|---|---|
| Check #: | Date: 12/18/2018 | Description: | 209.50 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 209.50 |
| | | **TOTAL DUE** $ | 0 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:        Fax Number:
Alternate Number:        E-Mail:

| | | |
|---|---|---|
| AMOUNT DUE: | $ | 0 |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
|---|
| 0006267 |

| DATE |
|---|
| 12/13/2018 |

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 0006267 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006267 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
1266 Holbrook Ter NE
Lot 244, Square 4055, Unit 2, Trinidad
Washington, DC 20002

### FOR:
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:
12/13/2018

### BY:
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1266 Holbrook Ter NE |
| | Legal Description | Lot 244, Square 4055, Unit 2, Trinidad |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20002 |
| | Census Tract | 0088.04 |
| | Map Reference | 47894 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ 1,390,000 |
| | Date of Sale | 7/19/2018 |

| CLIENT | | |
|---|---|---|
| | Client | Washington Capital Partners |
| | Client | Washington Capital Partners |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 1,524 |
| | Price per Square Foot | $ 912.07 |
| | Location | N;Res; |
| | Age | 0 |
| | Condition | New |
| | Total Rooms | 6 |
| | Bedrooms | 3 |
| | Baths | 2.1 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 12/13/2018 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 650,000 |

## Individual Condominium Unit Appraisal Report

File # 0006267

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 1266 Holbrook Ter NE | Unit # 2    City Washington    State DC    Zip Code 20002 |
| Borrower Coloma River Holdings, LLC | Owner of Public Record Md Homes 1264-8 Holbrook Llc    County District of Columbia |
| Legal Description Lot 244, Square 4055, Unit 2, Trinidad | |

**SUBJECT**

| | | | |
|---|---|---|---|
| Assessor's Parcel # 4055 0244 | | Tax Year 2017 | R.E. Taxes $ 498 |
| Project Name TBD | Phase # 1 | Map Reference 47894 | Census Tract 0088.04 |
| Occupant ☐ Owner ☐ Tenant ☒ Vacant | Special Assessments $ 0 | HOA $ 0 | ☐ per year ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | | |
| Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe) | | | |
| Lender/Client Washington Capital Partners | Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? | | ☒ Yes ☐ No | |
| Report data source(s) used, offering price(s), and date(s). | FSBO - The sales price includes 1264, 1266, 1268 Holbrook Ter NE. | | |

**CONTRACT**

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The contract appears typical. The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.

| | |
|---|---|
| Contract Price $ 1,390,000    Date of Contract 7/19/2018 | Is the property seller the owner of public record? ☒ Yes ☐ No  Data Source(s) Contract, Tax Rec. |
| Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? | ☐ YES ☒ NO |
| If Yes, report the total dollar amount and describe the items to be paid. 0 | |

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban | ☐ Suburban | ☐ Rural | Property Values ☐ Increasing | ☒ Stable | ☐ Declining | PRICE | AGE | | One-Unit | 65 % |
| Built-Up ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | | 2-4 Unit | 3 % |
| Growth ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | 157 Low | 1 | | Multi-Family | 12 % |
| Neighborhood Boundaries The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida | | | | | | 1,150 High | 118 | | Commercial | 18 % |
| Ave and west of Bladensburg Rd. | | | | | | 439 Pred. | 72 | | Other | 2 % |

Neighborhood Description Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions) Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

| | | | |
|---|---|---|---|
| Topography Level | Size Average | Density Average | View Residential/Avg |
| Specific Zoning Classification RF-1 | Zoning Description Res Single Family Row/Res Flat Zones | | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No | | | |
| ☐ No Zoning ☐ Illegal (describe) | | | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☐ Yes ☒ No If No, describe  Highest and best use is conversion of condos as permitted in the zoning district.

| Utilities Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity ☒ | | Water ☒ | | | Street Asphalt | ☒ | ☐ |
| Gas ☒ | | Sanitary Sewer ☒ | | | Alley Asphalt | ☒ | ☐ |

| | |
|---|---|
| FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X | FEMA Map # 1100010036C    FEMA Map Date 09/27/2010 |
| Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe | |
| Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe | |
| There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records | |

**PROJECT INFORMATION**

| | |
|---|---|
| Data source(s) for project information | MLS, Tax Records, Inspection, Borrower, Plans |
| Project Description ☐ Detached ☐ Row or Townhouse ☒ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe) | |

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories 4 | | Exterior Walls Brick | | # of Units 2 | | # of Phases | | # of Planned Phases 1 | |
| # of Elevators 0 | | Roof Surface Built-up | | # of Units Completed 0 | | # of Units | | # of Planned Units 2 | |
| ☐ Existing ☒ Proposed | | Total # of Parking 2 | | # of Units For Sale 0 | | # of Units for Sale | | # of Units for Sale 0 | |
| ☐ Under Construction | | Ratio (spaces/units) 0.66/1 | | # of Units Sold 0 | | # of Units Sold | | # of Units Sold 0 | |
| Year Built 2019 | | Type Off Street | | # of Units Rented 0 | | # of Units Rented | | # of Units Rented 0 | |
| Effective Age 0 | | Guest Parking Street | | # of Owner Occupied Units 0 | | # of Owner Occupied Units | | # of Owner Occupied Units 0 | |

| | |
|---|---|
| Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant | |
| Is the developer/builder in control of the Homeowners' Association (HOA)? ☒ Yes ☐ No | |
| Management Group - ☐ Homeowners' Association ☒ Developer  Management Agent - Provide name of management company. | |

| | |
|---|---|
| Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☒ Yes ☐ No If Yes, Describe | |
| The current owner owns 100% of the property. | |

| | |
|---|---|
| Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No If Yes, describe the original use and date of conversion. | |

| | |
|---|---|
| Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☐ Yes ☒ No If No, describe | |
| The project is proposed. | |

| | |
|---|---|
| Is there any commercial space in the project? ☐ Yes ☒ No  If Yes, describe and indicate the overall percentage of the commercial space. | |
| Per completion, there will be no commercial space. | |

| | | |
|---|---|---|
| Freddie Mac Form 465 March 2005 | Page 1 of 6 | Fannie Mae Form 1073 March 2005 |

## Individual Condominium Unit Appraisal Report

File # 0006267

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.   Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.   Common grounds

Are any common elements leased to or by the Homeowners' Association?   ☐ Yes   ☒ No   If Yes, describe the rental terms and options.

Is the project subject to a ground rent?   ☐ Yes   ☒ No   If Yes, $   per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?   ☒ Yes   ☐ No   If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did   ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.   I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?   ☐ Yes   ☒ No   If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High   ☒ Average   ☐ Low   If High or Low, describe   The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?   ☐ Yes   ☒ No   If Yes, describe and explain the effect on value and marketability.

Unit Charge $   per month X 12 = $   per year   Annual assessment charge per year per square feet of gross living area = $

Utilities included in the unit monthly assessment   ☐ None   ☐ Heat   ☐ Air Conditioning   ☐ Electricity   ☐ Gas   ☒ Water   ☒ Sewer   ☐ Cable   ☒ Other (describe)

The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | |
|---|---|---|---|---|---|---|---|
| Floor #   2nd & 3rd Floor | Floors | Hardwood/Tile/New | Fireplace(s) #   0 | | ☒ Refrigerator | ☐ None | |
| # of Levels   2 | Walls | Drywall/New | WoodStove(s) #   0 | | ☒ Range/Oven | ☐ Garage   ☐ Covered ☒ Open | |
| Heating Type  FWA   Fuel Gas | Trim/Finish | Wood/Painted/New | ☒ Deck/Patio   RfDeck | | ☒ Disp   ☒ Microwave | # of Cars   1 | |
| ☒ Central AC   ☐ Individual AC | Bath Wainscot | Tile/New | Porch/Balcony  None | | ☒ Dishwasher | ☐ Assigned   ☒ Owned | |
| ☐ Other (describe) | Doors | Solid Core/New | ☒ Other   Storage | | ☒ Washer/Dryer | Parking Space #   2 | |
| Finished area **above** grade contains: | 6 Rooms | 3 Bedrooms | 2.1 Bath(s) | | 1,524 Square Feet of Gross Living Area Above Grade | | |

Are the heating and cooling for the individual units separately metered?   ☒ Yes   ☐ No   If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)   The subject will feature hardwood floors, granite counters and stainless steel appliances.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   The subject will be a newly constructed unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes   ☒ No   If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☒ Yes   ☐ No   If No, describe

**PRIOR SALE HISTORY**

I ☒ did   ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research   ☒ did   ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)   MLS, Tax Records
My research   ☒ did   ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)   MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/09/2016 | No transfers | No transfers | 08/23/17 |
| Price of Prior Sale/Transfer | $240,000 | in the past 12 months | in the past 12 months | $600,000 |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 12/12/18 | 12/12/18 | 12/12/18 | 12/12/18 |

Analysis of prior sale or transfer history of the subject property and comparable sales.   The subject sold as vacant land as noted above. Comp #3 transferred as noted above prior to completion of renovations and conversion.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006267

| | | | | |
|---|---|---|---|---|
| There are | 11 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 379,900 | | to $ 574,900 |
| There are | 24 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 370,000 | | to $ 689,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 1266 Holbrook Ter NE 2, Washington, DC 20002 | 1412 Montello Ave NE A, Washington, DC 20002 | | 1258 Holbrook Ter NE 6, Washington, DC 20002 | | 1631 Montello Ave NE PH1, Washington, DC 20002 | |
| Project Name and Phase | TBD 1 | 1412 Montello Ave NE Condos 1 | | 1258 Holbrook Ter Condos 1 | | Montello Hill Condos 1 | |
| Proximity to Subject | | 0.20 miles W | | 0.02 miles NW | | 0.12 miles NW | |
| Sale Price | $ 1,390,000 | | $ 624,900 | | $ 540,000 | | $ 724,000 |
| Sale Price/Gross Liv. Area | $ 912.07 sq. ft. | $ 416.60 sq. ft. | | $ 429.94 sq. ft. | | $ 389.25 sq. ft. | |
| Data Source(s) | | brightMLS#1004122913;DOM 57 | | brightMLS#1004171799;DOM 47 | | brightMLS#1001728104;DOM 14 | |
| Verification Source(s) | | Doc#6136 | | County Records/Visual | | Doc#68533 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth VA;10,000 | | ArmLth Conv;10000 | | ArmLth Conv;0 | |
| Date of Sale/Time | | 01/17/18 | | 02/14/18 | | 07/13/18 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | TBD | 262 | | 253 | | 268 | |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | | Common Areas | | Common Areas | |
| Floor Location | 2nd & 3rd Floor | Basement & 1st | +20,000 | 3rd Floor | 0 | 3rd Floor | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Garden | Garden | | Garden | | Garden | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 0 | 1 | 0 | 79 | 0 | 77 | 0 |
| Condition | New | New | | Good-New | | Good-New | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | |
| Room Count | 6 | 3 | 2.1 | 6 | 2 | 2.1 | +10,000 | 6 | 3 | 2.0 | +3,000 | 7 | 3 | 2.1 | -5,000 |
| Gross Living Area | 1,524 sq. ft. | 1,500 sq. ft. | 0 | 1,256 sq. ft. | +53,600 | 1,860 sq. ft. | -67,200 |
| Basement & Finished Rooms Below Grade | 0 / 0 | 0 / 0 | | 0 / 0 | | 0 / 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wdws | | Insulated Wdws | | Insulated Wdws | |
| Garage/Carport | Drwy/Off Street | Drwy/Off Street | | Drwy/Off Street | | Drwy/Off Street | |
| Porch/Patio/Deck | Roof Deck,Storage | 2 Decks, Patio | +9,000 | None | +29,000 | RooftopDeck,Blc | 0 |
| Fireplaces | None | None | | None | | None | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 39,000 | ☒ + ☐ - | $ 85,600 | ☐ + ☒ - | $ -72,200 |
| Adjusted Sale Price of Comparables | | Net Adj. 6.2 % Gross Adj. 6.2 % | $ 663,900 | Net Adj. 15.9 % Gross Adj. 15.9 % | $ 625,600 | Net Adj. 10.0 % Gross Adj. 10.0 % | $ 651,800 |

Summary of Sales Comparison Approach   After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #3 has an additional den.

Indicated Value by Sales Comparison Approach $  650,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $  650,000    Income Approach (if developed) $

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not developed due to a lack of data in the subject's neighborhood.

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Subject to construction per plans.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  650,000 , as of  12/13/2018 , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report     File # 0006267

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report          File # 0006267

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 0006267

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rotheroe | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge VA 22193 | Company Address |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report  December 19, 2018 | Date of Signature |
| Effective Date of Appraisal  12/13/2018 | State Certification # |
| State Certification #  CR11308 | or State License # |
| or State License # | State |
| or Other                              State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  02/28/2020 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1266 Holbrook Ter NE, # 2 | Date of Inspection |
| Washington, DC 20002 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $     650,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Washington Capital Partners | ☐ Did not inspect exterior of comparable sales from street |
| Company Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0008267 | Page #9

## Building Sketch

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

**Living Area** — Calculation Details

| First Floor | 544 Sq ft | 40 × 13.6 = 544 |
|---|---|---|
| Second Floor | 980.28 Sq ft | 72.9 × 3.2 = 233.28 |
| | | 54.9 × 4.4 = 241.56 |
| | | 18.2 × 6 = 109.2 |
| | | 20.2 × 6 = 121.2 |
| | | 6 × 3.2 = 19.2 |
| | | 24.6 × 10.4 = 255.84 |
| **Total Living Area (Rounded):** | **1524 Sq ft** | |

## Location Map

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | |



Main File No. 00052671 Page #11

## Subject Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | | |



**Subject Front**

| 1266 Holbrook Ter NE | |
|---|---|
| Sales Price | 1,390,000 |
| Gross Living Area | 1,524 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



**Subject Rear**



**Subject Street**

Main File No. 0006267| Page #12

## Comparable Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 | |
| Client | Washington Capital Partners | | | | |



### Comparable 1

1412 Montello Ave NE

| | |
|---|---|
| Prox. to Subject | 0.20 miles W |
| Sales Price | 624,900 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 1 |



### Comparable 2

1258 Holbrook Ter NE

| | |
|---|---|
| Prox. to Subject | 0.02 miles NW |
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 79 |



### Comparable 3

1631 Montello Ave NE

| | |
|---|---|
| Prox. to Subject | 0.12 miles NW |
| Sales Price | 724,000 |
| Gross Living Area | 1,860 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 77 |

Main File No. 0006267 Page #13

## Supplemental Addendum

File No. 0006267

| Client | Washington Capital Partners | | | |
|---|---|---|---|---|
| Property Address | 1266 Holbrook Ter NE | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20002 |
| Client | Washington Capital Partners | | | |

The purpose of this appraisal is to estimate the market value of the subject property.  In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client.  The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value.  No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 14 to 90 days on the open market in order to have a market value as noted in the report on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is a proposed 2 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have off street parking.





Main File No. 0005287 Page # 16







**GREATAMERICAN.**
**INSURANCE GROUP**

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒ Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the Company.

Policy Number:   RAP3364992-18          Renewal of:   RAP3364992-17

Program Administrator:   Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876

Item 1. **Named Insured:**   Anne Rothermel

Item 2. **Address:**   5841 Riverside Drive
City, State, Zip Code:   Woodbridge, VA 22193

Item 3. **Policy Period:** From   **04/30/2018**   To   **04/30/2019**
(Month, Day, Year)   (Month, Day, Year)
(Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. **Limits of Liability:**

A. $   **500,000**   Damages Limit of Liability – Each Claim

B. $   **500,000**   Claim Expenses Limit of Liability – Each Claim

C. $   **1,000,000**   Damages Limit of Liability – Policy Aggregate

D. $   **1,000,000**   Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible (Inclusive of Claim Expenses):**

A. $   **0.00**   Each Claim

B. $   **0.00**   Aggregate

Item 6. **Premium:** $   573.00

Item 7. **Retroactive Date (if applicable):**   04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
D42100 (03/15) D42300 VA (03/15) IL7324 (08/12)
D42402 (05/13) D42408 (05/13) D42412 (03/17) D42413 (06/17)

Betsy a Wagoner
Authorized Representative

D42101 (03/15)          Page 1 of 1



# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700          Fax Number:

| INVOICE NUMBER |
| --- |
| 0006270 |
| **DATE** |
| 12/13/2018 |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

| REFERENCE | |
| --- | --- |
| Internal Order #: | 0006270 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006270 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| **Lender:** | Washington Capital Partners | **Client:** | Washington Capital Partners |
| **Purchaser/Borrower:** | Coloma River Holdings, LLC | | |
| **Property Address:** | 1268 Holbrook Ter NE | | |
| **City:** | Washington | | |
| **County:** | District of Columbia | **State:** DC | **Zip:** 20002 |
| **Legal Description:** | Lot 245, Square 4055, Unit 2, Trinidad | | |

| FEES | AMOUNT |
| --- | --- |
| | 209.50 |
| **SUBTOTAL** | 209.50 |

| PAYMENTS | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: | Date: 12/18/2018 | Description: | 209.50 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 209.50 |
| | | **TOTAL DUE** | $        0 |

---

*Please Return This Portion With Your Payment*

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

| AMOUNT DUE: | $ _____ 0 |
| --- | --- |
| AMOUNT ENCLOSED: | $ _____ |

| INVOICE NUMBER |
| --- |
| 0006270 |
| **DATE** |
| 12/13/2018 |

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

| REFERENCE | |
| --- | --- |
| Internal Order #: | 0006270 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006270 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:

1268 Holbrook Ter NE
Lot 245, Square 4055, Unit 2, Trinidad
Washington, DC 20002

### FOR:

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:

12/13/2018

### BY:

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 1268 Holbrook Ter NE | |
| Legal Description | Lot 245, Square 4055, Unit 2, Trinidad | |
| City | Washington | |
| County | District of Columbia | |
| State | DC | |
| Zip Code | 20002 | |
| Census Tract | 0088.04 | |
| Map Reference | 47894 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ 1,390,000 | |
| Date of Sale | 7/19/2018 | |

| CLIENT | | |
|---|---|---|
| Client | Washington Capital Partners | |
| Client | Washington Capital Partners | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 1,580 | |
| Price per Square Foot | $ 879.75 | |
| Location | N;Res; | |
| Age | 0 | |
| Condition | New | |
| Total Rooms | 6 | |
| Bedrooms | 3 | |
| Baths | 2.1 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Anne' Rothermel | |
| Date of Appraised Value | 12/13/2018 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 650,000 | |

## Individual Condominium Unit Appraisal Report

File # 0006270

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address 1268 Holbrook Ter NE | Unit # 2 | City Washington | State DC  Zip Code 20002 |

Borrower Coloma River Holdings, LLC — Owner of Public Record Md Homes 1264-8 Holbrook Llc — County District of Columbia

Legal Description Lot 245, Square 4055, Unit 2, Trinidad

Assessor's Parcel # 4055 0245 — Tax Year 2017 — R.E. Taxes $ 373

Project Name TBD — Phase # 1 — Map Reference 47894 — Census Tract 0088.04

Occupant ☐ Owner ☐ Tenant ☒ Vacant — Special Assessments $ 0 — HOA $ 0 ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client Washington Capital Partners — Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).   FSBO - The sales price includes 1264, 1266, 1268 Holbrook Ter NE.

**CONTRACT**

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   The contract appears typical.  The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.

Contract Price $ 1,390,000 — Date of Contract 7/19/2018 — Is the property seller the owner of public record? ☒ Yes ☐ No  Data Source(s) Contract, Tax Rec.

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ YES ☒ NO

If Yes, report the total dollar amount and describe the items to be paid.        0

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | | One-Unit | 65 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | | 2-4 Unit | 3 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 157 Low | 1 | | Multi-Family | 12 % |
| | | | | | | 1,150 High | 118 | | Commercial | 18 % |
| | | | | | | 439 Pred. | 72 | | Other | 2 % |

Neighborhood Boundaries The subject is located south of Mt. Olivet Rd, east of West Virginia Ave, north of Florida Ave and west of Bladensburg Rd.

Neighborhood Description Employment centers, schools, places of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of factors which might adversely affect marketability. Major Rt 50 is accessible within 2 mile. This provides good access to the Beltway and Washington metropolitan areas.

Market Conditions (including support for the above conclusions)   Average marketing time based on data is 0-3 months when properly listed. The market had tightened lending requirements for obtaining many forms of financing while interest was on the rise. Rates have been slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

Topography Level — Size Average — Density Average — View Residential/Avg

Specific Zoning Classification RF-1 — Zoning Description Res Single Family Row/Res Flat Zones

Zoning Compliance ☒ Legal ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No

☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☐ Yes ☒ No  If No, describe  Highest and best use is construction of condos as permitted in the zoning district.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 1100010036C  FEMA Map # 09/27/2010

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe

There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records

**PROJECT INFORMATION**

Data source(s) for project information   MLS, Tax Records, Inspection, Borrower, Plans

Project Description ☐ Detached ☐ Row or Townhouse ☒ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories 4 | | Exterior Walls Brick | | # of Units | 2 | # of Phases | | # of Planned Phases | 1 |
| # of Elevators 0 | | Roof Surface Built-up | | # of Units Completed | 0 | # of Units | | # of Planned Units | 2 |
| ☐ Existing ☒ Proposed | | Total # Parking 2 | | # of Units For Sale | 0 | # of Units for Sale | | # of Units for Sale | 0 |
| ☐ Under Construction | | Ratio (spaces/units) 0.66/1 | | # of Units Sold | 0 | # of Units Sold | | # of Units Sold | 0 |
| Year Built 2019 | | Type Off Street | | # of Units Rented | 0 | # of Units Rented | | # of Units Rented | 0 |
| Effective Age 0 | | Guest Parking Street | | # of Owner Occupied Units | 0 | # of Owner Occupied Units | | # of Owner Occupied Units | 0 |

Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☒ Yes ☐ No

Management Group - ☐ Homeowners' Association ☒ Developer ☐ Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☒ Yes ☐ No  If Yes, Describe

The current owner owns 100% of the property.

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No  If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☐ Yes ☒ No  If No, describe

The project is proposed.

Is there any commercial space in the project? ☐ Yes ☒ No  If Yes, describe and indicate the overall percentage of the commercial space.

Per completion, there will be no commercial space.

# Individual Condominium Unit Appraisal Report

File # 0006270

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    Per completion, the subject is expected to be in new condition.

Describe the common elements and recreational facilities.    Common grounds

Are any common elements leased to or by the Homeowners' Association?  ☐ Yes  ☒ No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?  ☐ Yes  ☒ No  If Yes, $         per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?  ☒ Yes  ☐ No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did  ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?  ☐ Yes  ☒ No  If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears  ☐ High  ☒ Average  ☐ Low  If High or Low, describe    The condo fee is expected to be in range with the comps.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes  ☒ No    If Yes, describe and explain the effect on value and marketability.

**UNIT DESCRIPTION**

Unit Charge $         per month X 12 = $         per year    Annual assessment charge per year per square feet of gross living area = $
Utilities included in the unit monthly assessment  ☐ None  ☐ Heat  ☐ Air Conditioning  ☐ Electricity  ☐ Gas  ☒ Water  ☒ Sewer  ☐ Cable  ☒ Other (describe)
The extraordinary assumption is made that the following will be covered: Snow and Trash removal, insurance and maintenance, as it is typical for the market.

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage |
|---|---|---|---|---|---|---|
| Floor #  2nd & 3rd Floor | Floors | Hardwood/Tile/New | Fireplace(s) # 0 | | ☒ Refrigerator | None |
| # of Levels  2 | Walls | Drywall/New | ☐ WoodStove(s) # 0 | | ☒ Range/Oven | Garage  Covered ☒ Open |
| Heating Type FWA  Fuel Gas | Trim/Finish | Wood/Painted/New | ☒ Deck/Patio  RfDck | | ☒ Disp  ☒ Microwave | # of Cars  1 |
| ☒ Central AC ☐ Individual AC | Bath Wainscot Tile/New | | ☐ Porch/Balcony None | | ☒ Dishwasher | ☐ Assigned  ☒ Owned |
| ☐ Other (describe) | Doors | Solid Core/New | ☒ Other  Storage | | ☒ Washer/Dryer | Parking Space # 2 |
| Finished area **above** grade contains: | | 6 Rooms | 3 Bedrooms | 2.1 Bath(s) | 1,580 Square Feet of Gross Living Area Above Grade | |

Are the heating and cooling for the individual units separately metered?  ☒ Yes  ☐ No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject will feature hardwood floors, granite counters and stainless steel appliances.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject will be a newly constructed unit.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No  If Yes, describe
Per completion of proposed conversion and renovations, no adverse conditions will be present.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No  If No, describe

**PRIOR SALE HISTORY**

I ☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  ☒ did  ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    MLS, Tax Records
My research  ☒ did  ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/09/2016 | No transfers | No transfers | 08/23/17 |
| Price of Prior Sale/Transfer | $240,000 | in the past 12 months | in the past 12 months | $600,000 |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 12/12/18 | 12/12/18 | 12/12/18 | 12/12/18 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    The subject sold as vacant land as noted above. Comp #3 transferred as noted above prior to completion of renovations and conversion.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0006270

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| There are | 11 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 379,900 | | | | to $ 574,900 | - |
| There are | 24 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 370,000 | | | | to $ 689,000 | - |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and | 1268 Holbrook Ter NE | 1412 Montello Ave NE | | 1258 Holbrook Ter NE | | 1631 Montello Ave NE | |
| Unit # | 2, Washington, DC 20002 | A, Washington, DC 20002 | | 6, Washington, DC 20002 | | PH1, Washington, DC 20002 | |
| Project Name and | TBD | 1412 Montello Ave NE Condos | | 1258 Holbrook Ter Condos | | Montello Hill Condos | |
| Phase | 1 | 1 | | 1 | | 1 | |
| Proximity to Subject | | 0.20 miles W | | 0.02 miles NW | | 0.12 miles NW | |
| Sale Price | $ 1,390,000 | | $ 624,900 | | $ 540,000 | | $ 724,000 |
| Sale Price/Gross Liv. Area | $ 879.75 sq. ft. | $ 416.60 sq. ft. | | $ 429.94 sq. ft. | | $ 389.25 sq. ft. | |
| Data Source(s) | | brightMLS#1004122913;DOM 57 | | brightMLS#1004171799;DOM 47 | | brightMLS#1001728104;DOM 14 | |
| Verification Source(s) | | Doc#6136 | | County Records/Visual | | Doc#68533 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | VA;10,000 | | Conv;10000 | | Conv;0 | |
| Date of Sale/Time | | 01/17/18 | | 02/14/18 | | 07/13/18 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | TBD | 262 | | 253 | | 268 | |
| Common Elements | Common Areas | Common Areas | | Common Areas | | Common Areas | |
| and Rec. Facilities | | | | | | | |
| Floor Location | 2nd & 3rd Floor | Basement & 1st | +20,000 | 3rd Floor | 0 | 3rd Floor | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Garden | Garden | | Garden | | Garden | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 0 | 1 | 0 | 79 | 0 | 77 | 0 |
| Condition | New | New | | Good-New | | Good-New | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6  3  2.1 | 6  2  2.1 | +10,000 | 6  3  2.0 | +3,000 | 7  3  2.1 | -5,000 |
| Gross Living Area | 1,580 sq. ft. | 1,500 sq. ft. | 0 | 1,256 sq. ft. | +63,180 | 1,860 sq. ft. | -54,600 |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wdws | | Insulated Wdws | | Insulated Wdws | |
| Garage/Carport | Drvwy/Off Street | Drvwy/Off Street | | Drvwy/Off Street | | Drvwy/Off Street | |
| Porch/Patio/Deck | RfDck,Storage | 2 Decks, Patio | +10,000 | None | +30,000 | RooftopDeck,Blc | 0 |
| Fireplaces | None | None | | None | | None | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 40,000 | ☒ +  ☐ - | $ 96,180 | ☐ +  ☒ - | $ -59,600 |
| Adjusted Sale Price | | Net Adj.    6.4  % | | Net Adj.    17.8 % | | Net Adj.    8.2  % | |
| of Comparables | | Gross Adj. 6.4  % | $ 664,900 | Gross Adj. 17.8 % | $ 636,180 | Gross Adj. 8.2  % | $ 664,400 |

Summary of Sales Comparison Approach    After an extensive search through MLS and Public Records, the appraiser has selected the comparables that are most
recent and most similar to the subject property. Adjustments for square footage and other amenities reflect current market responses and do not reflect replacement
costs for individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bedroom and bathroom. Comp #3
has an additional den.

Indicated Value by Sales Comparison Approach $    650,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____  X Gross Rent Multiplier _____  = $ _____    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $    650,000    Income Approach (if developed) $ _____

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The Cost Approach was not developed. The Income approach is not
developed due to a lack of data in the subject's neighborhood.

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  Subject to construction per plans.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$    650,000    , as of    12/13/2018    , which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report    File # 0006270

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report    File # 0006270

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report   File # 0006270

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothenbush | Name |
| Company Name   ADK Appraisals, Inc. | Company Name |
| Company Address   5841 Riverside Drive, Woodbridge VA 22193 | Company Address |
| Telephone Number   (703) 597-7700 | Telephone Number |
| Email Address   mail@adkappraisals.com | Email Address |
| Date of Signature and Report   December 19, 2018 | Date of Signature |
| Effective Date of Appraisal   12/13/2018 | State Certification # |
| State Certification #   CR11308 | or State License # |
| or State License # | State |
| or Other _____ State # _____ | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License   02/28/2020 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1268 Holbrook Ter NE, # 2 | Date of Inspection _____ |
| Washington, DC 20002 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   650,000 | Date of Inspection _____ |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name   Washington Capital Partners | ☐ Did not inspect exterior of comparable sales from street |
| Company Address   2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection _____ |
| Email Address | |

Main File No. 00062701 Page #9

**Building Sketch**

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | | Calculation Details | |
|---|---|---|---|---|
| First Floor | | 573.12 Sq ft | 31.9 × 6.4 | = 204.16 |
| | | | 37.9 × 3 | = 113.7 |
| | | | 42.9 × 4.4 | = 188.76 |
| | | | 0.5 × 42.9 × 3.1 | = 66.5 |
| First Floor | | 1006.74 Sq ft | 31.9 × 6.4 | = 204.16 |
| | | | 22 × 6.4 | = 140.8 |
| | | | 64.9 × 7.42 | = 481.71 |
| | | | 1 × 53.9 | = 53.9 |
| | | | 0.5 × 4.48 × 53.9 | = 120.67 |
| | | | 0.5 × 1 × 11 | = 5.5 |
| **Total Living Area (Rounded):** | | **1580 Sq ft** | | |

Main File No. 0006270| Page #10

## Location Map

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | |



## Subject Photo Page

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | | | |
| City | Washington | | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | | |



### Subject Front

| | |
|---|---|
| 1268 Holbrook Ter NE | |
| Sales Price | 1,390,000 |
| Gross Living Area | 1,580 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1,447 sf |
| Quality | Good |
| Age | 0 |



### Subject Rear



### Subject Street

## Comparable Photo Page

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | | |



### Comparable 1

1412 Montello Ave NE
| | |
|---|---|
| Prox. to Subject | 0.20 miles W |
| Sales Price | 624,900 |
| Gross Living Area | 1,500 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 780 sf |
| Quality | Good |
| Age | 1 |



### Comparable 2

1258 Holbrook Ter NE
| | |
|---|---|
| Prox. to Subject | 0.02 miles NW |
| Sales Price | 540,000 |
| Gross Living Area | 1,256 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1408 sf |
| Quality | Good |
| Age | 79 |



### Comparable 3

1631 Montello Ave NE
| | |
|---|---|
| Prox. to Subject | 0.12 miles NW |
| Sales Price | 724,000 |
| Gross Living Area | 1,860 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1152 sf |
| Quality | Good |
| Age | 77 |

Main File No. 0006270| Page #13|

## Supplemental Addendum

File No. 0006270

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 14 to 90 days on the open market in order to have a market value as noted in the report on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

Per completion, the economic life is expected to be 65 years.

The subject is a proposed 2 unit condo building. The appraisal is made on the basis of a hypothetical condition that construction will be completed per specs provided by the borrower. If work is not permitted or completed as described, the value will likely be different. The condo project name is to be determined. The condo fee will be based on the comps and will be in range with sales in the market area - to be determined. The borrower expects to create a condo association. The interior will feature stainless steel appliances, hardwood flooring and tile throughout, new windows, granite counters and the project will have off street parking.

Main File No. 000627DT Page #14



Main File No. 00002701 Page # 15



Case 23-00217-ELG    Doc 166-6    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit     Page 134 of 144
Main File No. 00062701 Page # 16

**Plans - Page 32**



Main File No. 0006270| Page #17



Main File No. 000627 | Page #18







**GREAT**AMERICAN.
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒  Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the Company.

Policy Number:   RAP3364992-18                    Renewal of:   RAP3364992-17

Program Administrator:      Herbert H. Landy Insurance Agency Inc.
                            75 Second Ave Suite 410  Needham, MA 02494-2876

---

Item 1. **Named Insured:**    Anne Rothermel

Item 2. **Address:**        5841 Riverside Drive
        City, State, Zip Code:   Woodbridge, VA 22193

Item 3. **Policy Period:** From   04/30/2018      To     04/30/2019
                            *(Month, Day, Year)*   *(Month, Day, Year)*
                            (Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability:**

    A. $ __500,000__    Damages Limit of Liability – Each Claim

    B. $ __500,000__    Claim Expenses Limit of Liability – Each Claim

    C. $ __1,000,000__  Damages Limit of Liability – Policy Aggregate

    D. $ __1,000,000__  Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible (Inclusive of Claim Expenses):**

    A. $ __0.00__    Each Claim

    B. $ __0.00__    Aggregate

Item 6. **Premium:** $    573.00

Item 7. **Retroactive Date** (if applicable):    04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
        D42100 (03/15)  D42300 VA (03/15)   IL7324 (08/12)
        D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

                                            *[signature]*
                                            Authorized Representative

D42101 (03/15)                                              Page 1 of 1

# INVOICE

**FROM:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Telephone Number: 703 597 7700   Fax Number:

| INVOICE NUMBER |
| --- |
| 0006274 |

| DATE |
| --- |
| 12/13/2018 |

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0006274 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006274 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:   Fax Number:
Alternate Number:   E-Mail:

## DESCRIPTION

| | |
| --- | --- |
| Lender: | Washington Capital Partners |
| Purchaser/Borrower: | Coloma River Holdings, LLC |
| Property Address: | 1266 Holbrook Ter NE |
| City: | Washington |
| County: | District of Columbia |
| Legal Description: | Lot 245, Square 4055, Trinidad |

Client: Washington Capital Partners

State: DC   Zip: 20002

## FEES

| | AMOUNT |
| --- | --- |
| | 209.50 |
| **SUBTOTAL** | 209.50 |

## PAYMENTS

| | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: | Date: 12/19/2018 | Description: | 209.50 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 209.50 |
| | | **TOTAL DUE** $ | 0 |

---

Please Return This Portion With Your Payment

**FROM:**

Washington Capital Partners
2815 Hartland Dr
Suite 200
Falls Church, VA 22043
Telephone Number:   Fax Number:
Alternate Number:   E-Mail:

| | | |
| --- | --- | --- |
| AMOUNT DUE: | $ | 0 |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
| --- |
| 0006274 |

| DATE |
| --- |
| 12/13/2018 |

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0006274 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0006274 |
| Other File # on form: | |
| Federal Tax ID: | 20-8289557 |
| Employer ID: | |

**TO:**

ADK Appraisals, Inc.
5841 Riverside Dr
Woodbridge, VA 22193

Form NIV1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:

1268 Holbrook Ter NE
Lot 245, Square 4055, Trinidad
Washington, DC 20002

### FOR:

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:

12/13/2018

### BY:

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 1268 Holbrook Ter NE | |
| Legal Description | Lot 245, Square 4055, Trinidad | |
| City | Washington | |
| County | District of Columbia | |
| State | DC | |
| Zip Code | 20002 | |
| Census Tract | 0088.04 | |
| Map Reference | 47894 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ 1,390,000 | |
| Date of Sale | 7/19/2018 | |

| CLIENT | | |
|---|---|---|
| Client | Washington Capital Partners | |
| Client | Washington Capital Partners | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | | |
| Price per Square Foot | $ | |
| Location | Trinidad | |
| Age | | |
| Condition | | |
| Total Rooms | | |
| Bedrooms | | |
| Baths | | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Anne' Rothermel | |
| Date of Appraised Value | 12/13/2018 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 490,000 | |

www.AllAppraisals.com

# LAND APPRAISAL REPORT

File No. __0006274__

Main File No. 0006274 | Page #3

## SUBJECT

| | |
|---|---|
| Borrower | Coloma River Holdings, LLC |
| Property Address | 1268 Holbrook Ter NE |
| City | Washington |
| Legal Description | Lot 245, Square 4055, Trinidad |

Census Tract __0088.04__   Map Reference __47894__

County __District of Columbia__   State __DC__   Zip Code __20002__

Sale Price $ __1,390,000__   Date of Sale __7/19/2018__   Loan Term __Unknown__ yrs.   Property Rights Appraised ☒ Fee ☐ Leasehold ☐ De Minimis PUD

Actual Real Estate Taxes $ __373__ (yr)   Loan charges to be paid by seller $ __0__   Other sales concessions __0__

Lender/Client __Washington Capital Partners__   Address __2815 Hartland Dr, Suite 200, Falls Church, VA 22043__

Occupant __Vacant__   Appraiser __Anne' Rothermel__   Instructions to Appraiser __As-Is land valuation__

## NEIGHBORHOOD

| | | | | | | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☒ Urban | ☐ Suburban | ☐ Rural | | Employment Stability | | ☒ | | |
| Built Up | ☒ Over 75% | ☐ 25% to 75% | ☐ Under 25% | | Convenience to Employment | | ☒ | | |
| Growth Rate | ☐ Fully Dev. | ☐ Rapid | ☒ Steady | ☐ Slow | Convenience to Shopping | | ☒ | | |
| Property Values | ☐ Increasing | ☒ Stable | ☐ Declining | | Convenience to Schools | | ☒ | | |
| Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Oversupply | | Adequacy of Public Transportation | | ☒ | | |
| Marketing Time | ☒ Under 3 Mos. | ☐ 4-6 Mos. | ☐ Over 6 Mos. | | Recreational Facilities | | ☒ | | |

Present __45__ % One-Unit   __3__ % 2-4 Unit   __12__ % Apts.   __20__ % Condo   __18__ % Commercial

Land Use __0__ % Industrial   __2__ % Vacant   __%__

| | | | | | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|
| Change in Present | ☐ Not Likely | ☒ Likely (*) | ☐ Taking Place (*) | Property Compatibility | | ☒ | | |
| Land Use | (*) From __Vacant__ | To __Condo Development__ | | Protection from Detrimental Conditions | | ☒ | | |
| Predominant Occupancy | ☒ Owner | ☐ Tenant | __37__ % Vacant | Police and Fire Protection | | ☒ | | |
| One-Unit Price Range | $ __200__ to $ __2,195,000__ | Predominant Value $ __693,000__ | | General Appearance of Properties | | ☒ | | |
| One-Unit Age Range | __0__ yrs. to __148__ yrs. | Predominant Age __94__ yrs. | | Appeal to Market | | ☒ | | |

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise) __There is no apparent and measurable evidence__
__of adverse locational factors which might adversely affect marketability. Many people in the area work for government agencies or related industries.__

## SITE

Dimensions __See the attached survey__   = __2,703 sf__   ☐ Corner Lot

Zoning Classification __RF-1__   Present Improvements ☒ Do ☐ Do Not Conform to Zoning Regulations

Highest and Best Use ☐ Present Use ☒ Other (specify) __Vacant (For redevelopment to Condo Building)__

| | Public | Other (Describe) | OFF SITE IMPROVEMENTS | Topo | Slopes slightly to rear |
|---|---|---|---|---|---|
| Elec. | ☒ | At Site | Street Access ☒ Public ☐ Private | Size | Average |
| Gas | ☒ | At site | Surface __Asphalt__ | Shape | Irregular |
| Water | ☒ | At site | Maintenance ☒ Public ☐ Private | View | N;Res; |
| San. Sewer | ☒ | At site | ☒ Storm Sewer ☒ Curb/Gutter | Drainage | Average |
| | ☒ | Underground Elect. & Tel. | ☒ Sidewalk ☒ Street Lights | Is the property located in a FEMA Special Flood Hazard Area? ☐ Yes ☒ No | |

Comments (favorable or unfavorable including any apparent adverse easements, encroachments, or other adverse conditions) __There are no apparent adverse easements, or__
__encroachments. No special assessments were noted on tax records.__

## MARKET DATA ANALYSIS

The undersigned has recited the following recent sales of properties most similar and proximate to subject and has considered these in the market analysis. The description includes a dollar adjustment reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to or more favorable than the subject property, a minus (–) adjustment is made, thus reducing the indicated value of subject; if a significant item in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made thus increasing the indicated value of the subject.

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1268 Holbrook Ter NE | 802 10th St NE | | 1255 Holbrook Ter NE | | 1739 D St NE | |
| | Washington, DC 20002 | Washington, DC 20002 | | Washington, DC 20002 | | Washington, DC 20002 | |
| Proximity to Subject | | 1.82 miles NW | | 3.99 miles NW | | 0.61 miles NE | |
| Sales Price | $ 1,390,000 | | $ 451,500 | | $ 485,000 | | $ 615,000 |
| Price $/Sq. Ft. | $ | $ | | $ | | $ | |
| Data Source(s) | | MRIS#1004374283;DOM 27 | | MRIS#1009958420;DOM 7 | | MRIS#1001922264;DOM 28 | |
| ITEM | DESCRIPTION | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. |
| Date of Sale/Time Adj. | 7/19/2018 | 10/02/2018 | | 11/12/2018 | | 07/31/2018 | |
| Location | Trinidad | Old City #1 | 0 | Trinidad | | Old City #1 | 0 |
| Site/View | 2,022 sf | 1,736 sf | +500 | 2,818 sf | -500 | 1,440 sf | +1,000 |
| Drawings/Permits | Apprvd Plans & Permit | Permits | +15,000 | None | +25,000 | Apprvd Plans & Permit | |
| Zoning Code | RF-1 | RF-1 | | RF-1 | | RF-1 | |
| Structure | None | None | | None | | Facade/Shell | -100,000 |
| Utilities | At Site | At Site | | At Site | | On Site | -5,000 |
| Sales or Financing | 0 | Unknown | | Cash | | Cash | |
| Concessions | 0 | $0 | | $0 | | $0 | |
| Net Adj. (Total) | | ☒ + ☐ – | $ 15,500 | ☒ + ☐ – | $ 24,500 | ☐ + ☒ – | $ -104,000 |
| Indicated Value | | 15 3.4 % | | 15 5.1 % | | 15 16.9 % | |
| of Subject | | 25 3.4 % | $ 467,000 | 25 5.3 % | $ 509,500 | 25 17.2 % | $ 511,000 |

Comments on Market Data   __The market has been mostly stable.__

## RECONCILIATION

Comments and Conditions of Appraisal   __Comps #1 and #3 are smaller parcels. The subject is a vacant lot and Comp #3 is a shell with a facade, foundation and__
__party walls in place. Comp #3 was sold with approved plans and permits.__

Final Reconciliation   __Comp #1 was an auction sale and Comps #2 and #3 were given greatest weight.__

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE SUBJECT PROPERTY AS OF __13 December__   TO BE $ __490,000__

| | |
|---|---|
| Appraiser __Anne' Rothermel__ | Supervisory Appraiser (if applicable) |
| Date of Signature and Report __December 19, 2018__ | Date of Signature |
| Title __Certified Appraiser__ | Title |
| State Certification # __CR11308__ ST __DC__ | State Certification # ____ ST ____ |
| Or State License # ____ ST ____ | Or State License # ____ ST ____ |
| Expiration Date of State Certification or License __02/28/2020__ | Expiration Date of State Certification or License |
| Date of Inspection (if applicable) __12/13/2018__ | ☐ Did ☐ Did Not Inspect Property   Date of Inspection |

Form LAND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

08/11

## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code  20002 |
| Client | Washington Capital Partners | | | | | |



**Subject Front**

1268 Holbrook Ter NE
Sales Price            1,390,000
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location               Trinidad
View                   2,022 sf
Site
Quality
Age



**Subject Rear**



**Subject Street**

## Comparable Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code  20002 |
| Client | Washington Capital Partners | | | | | |



### Comparable 1

802 10th St NE

| | |
|---|---|
| Prox. to Subject | 1.82 miles NW |
| Sales Price | 451,500 |
| Gross Living Area | 1,944 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.2 |
| Location | Old City #1 |
| View | 1,736 sf |
| Site | 3300 sf |
| Quality | Brick/Siding/Avg |
| Age | 90 |



### Comparable 2

1255 Holbrook Ter NE

| | |
|---|---|
| Prox. to Subject | 3.99 miles NW |
| Sales Price | 485,000 |
| Gross Living Area | 1,920 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Trinidad |
| View | 2,818 sf |
| Site | 4447 sf |
| Quality | Brick/Siding/Avg |
| Age | 91 |



### Comparable 3

1739 D St NE

| | |
|---|---|
| Prox. to Subject | 0.61 miles NE |
| Sales Price | 615,000 |
| Gross Living Area | 2,456 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Old City #1 |
| View | 1,440 sf |
| Site | 4375 sf |
| Quality | Brick/Siding/Avg |
| Age | 89 |