## Supplemental Addendum

File No. 0006274

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1268 Holbrook Ter NE | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20002 |
| Client | Washington Capital Partners | | | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal to determine market value, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

The appraiser of this report did perform a prior service for the subject property in the 36 months prior to the effective date of the report.

A reasonable exposure time for the subject property at the opinion of value indicated is estimated to be 7-90 days and was derived using the MLS.

The contract appears typical. The sale includes Lots 243, 244 and 245 (1264-1268 Holbrook Ter NE). The sales price reflects as-is condition of the combined properties.

| | |
|---|---|
| Signature  _Anne' Rothermel_ | Signature _____ |
| Name  Anne' Rothermel | Name _____ |
| Date Signed  December 19, 2018 | Date Signed _____ |
| State Certification #  CR11308          State DC | State Certification # _____ State _____ |
| Or State License # _____ State _____ | Or State License # _____ State _____ |





Main File No. 0006274 Page #9



Case 23-00217-ELG    Doc 166-7    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 5 of 142
Main File No. 00062274  Page #10

**Insurance**



**GREATAMERICAN.**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒ Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:  RAP3364992-18                    Renewal of:  RAP3364992-17

Program Administrator:      Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410 Needham, MA 02494-2876

Item 1. **Named Insured:**   Anne Rothermel

Item 2. **Address:**         5841 Riverside Drive

City, State, Zip Code:    Woodbridge, VA 22193

Item 3. **Policy Period:** From   **04/30/2018**   To   **04/30/2019**
                                   *(Month, Day, Year)*      *(Month, Day, Year)*
(Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability:**

A. $   **500,000**   Damages Limit of Liability – Each Claim

B. $   **500,000**   Claim Expenses Limit of Liability – Each Claim

C. $   **1,000,000**   Damages Limit of Liability – Policy Aggregate

D. $   **1,000,000**   Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of Claim Expenses):

A. $   **0.00**   Each Claim

B. $   **0.00**   Aggregate

Item 6. **Premium:** $   573.00

Item 7. **Retroactive Date** (if applicable):    04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
D42100 (03/15) D42300 VA (03/15) IL7324 (08/12)
D42402 (05/13) D42408 (05/13) D42412 (03/17) D42413 (06/17)

*Authorized Representative*

D42101 (03/15)                                            Page 1 of 1

Main File No. 000580 | Page #2



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

1471 Girard St NW
Lot 45, Square 2669, Unit 2, Columbia Heights
Washington, DC 20009

**FOR:**

Washington Capital Partners
2815 Hartland Dr
Falls Church, VA 22043

**AS OF:**

06/20/2018

**BY:**

Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

# SUMMARY OF SALIENT FEATURES

| | | |
|---|---|---|
| **SUBJECT INFORMATION** | Subject Address | 1471 Girard St NW |
| | Legal Description | Lot 45, Square 2669, Unit 2, Columbia Heights |
| | City | Washington |
| | County | District of Columbia |
| | State | DC |
| | Zip Code | 20009 |
| | Census Tract | 0037.00 |
| | Map Reference | 47894 |
| **SALES PRICE** | Sale Price | $ |
| | Date of Sale | |
| **CLIENT** | Client | Washington Capital Partners |
| | Lender | Washington Capital Partners |
| **DESCRIPTION OF IMPROVEMENTS** | Size (Square Feet) | 788 |
| | Price per Square Foot | $ |
| | Location | N;Res; |
| | Age | 104 |
| | Condition | New |
| | Total Rooms | 5 |
| | Bedrooms | 1 |
| | Baths | 2.0 |
| **APPRAISER** | Appraiser | Anne' Rothermel |
| | Date of Appraised Value | 06/20/2018 |
| **VALUE** | Final Estimate of Value | $ 649,000 |

# Individual Condominium Unit Appraisal Report

File # 0005861

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 1471 Girard St NW | Unit # 2 City Washington State DC Zip Code 20009 |
| Borrower 1471 Girard St Holdings LLC | |
| Owner of Public Record 1471 Girard St Holdings LLC | County District of Columbia |
| Legal Description Lot 45, Square 2669, Unit 2, Columbia Heights | |
| Assessor's Parcel # 2669 0045 | Tax Year 2017  R.E. Taxes $ 0 |
| Project Name St. James Place | Phase # 1  Map Reference 47894  Census Tract 0037.00 |
| Occupant ☐ Owner ☐ Tenant ☒ Vacant | Special Assessments $ 0  HOA $ 173 ☐ per year ☒ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | |
| Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe) | |
| Lender/Client Washington Capital Partners Address 2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s). The subject was listed 1/18/2018 for $665,000, reduced to $635,000 and contracted after 50 DOM; MLS #DC10137418.

**CONTRACT**

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The contract was not made available for review.

Contract Price $  Date of Contract  Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) N/A
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ YES ☐ NO
If Yes, report the total dollar amount and describe the items to be paid. 0

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban | ☐ Suburban | ☐ Rural | Property Values ☐ Increasing | ☒ Stable | ☐ Declining | PRICE | AGE | One-Unit | 38 % |
| Built-Up ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | 175 Low | 1 | Multi-Family | 30 % |
| Neighborhood Boundaries The subject is located south of Upshur Rd, east of Rock Creek Park, west of Sherman | | | | | | 2,300 High | 138 | Commercial | 25 % |
| Ave and north of Q St NW. | | | | | | 584 Pred. | 66 | Other | 2 % |

Neighborhood Description Employment centers, schools, houses of worship, and shopping facilities are within close proximity. There is no apparent measurable evidence of locational factors which might adversely affect marketability. Major arteries provide good access to and from Washington DC. 2% is vacant/Parkland.

Market Conditions (including support for the above conclusions) Average marketing time according to statistics is 0-3 months when properly listed. Currently the market has tightened lending requirements for obtaining many forms of financing and while interest were on the rise as of late, they were slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

**PROJECT SITE**

| | |
|---|---|
| Topography Mostly Level | Size Average  Density Typical  View Residential/Avg |
| Specific Zoning Classification RA-2 | Zoning Description Residential Apartment Zones |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No | |
| ☐ No Zoning ☐ Illegal (describe) | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☐ | | Street Asphalt/Typical | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley Concrete | ☒ | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 1100010016C  FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records.

**PROJECT INFORMATION**

Data source(s) for project information MLS, Tax Records, Inspection, Borrower, Plans
Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☒ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 5 | Exterior Walls | Brick | # of Units | 4 | # of Phases | 1 | # of Planned Phases | |
| # of Elevators | 0 | Roof Surface | Built-up | # of Units Completed | 4 | # of Units | 4 | # of Planned Units | |
| ☒ Existing ☐ Proposed | | Total # of Parking | 2 | # of Units For Sale | 4 | # of Units for Sale | 4 | # of Units for Sale | |
| ☐ Under Construction | | Ratio (spaces/units) | 0.5/1 | # of Units Rented | 0 | # of Units Sold | 0 | # of Units Sold | |
| Year Built | 1914 | Type | Open Lot | # of Owner Occupied Units | 0 | # of Units Rented | 0 | # of Units Rented | |
| Effective Age | 0 | Guest Parking | Street | | | # of Owner Occupied Units | 0 | # of Owner Occupied Units | |
| Project Primary Occupancy | ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant | | | | | | | | |

Is the developer/builder in control of the Homeowners' Association (HOA)? ☒ Yes ☐ No
Management Group – ☐ Homeowners' Association ☒ Developer Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☒ Yes ☐ No If Yes, Describe
The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium? ☒ Yes ☐ No If Yes, describe the original use and date of conversion.
The condo project is a conversion from a single family home.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☒ Yes ☐ No If No, describe

Is there any commercial space in the project? ☐ Yes ☒ No If Yes, describe and indicate the overall percentage of the commercial space.

---

Freddie Mac Form 465 March 2005      Page 1 of 6      Fannie Mae Form 1073 March 2005

## Individual Condominium Unit Appraisal Report

File # 0005861

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    The quality of construction is very good.

Describe the common elements and recreational facilities.    Common Areas.

Are any common elements leased to or by the Homeowners' Association? ☐ Yes ☒ No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent? ☐ Yes ☒ No  If Yes, $ _____ per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type? ☒ Yes ☐ No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities? ☐ Yes ☒ No  If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low  If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser? ☐ Yes ☒ No  If Yes, describe and explain the effect on value and marketability.

Unit Charge $ 173   per month X 12 = $ 2,076.00   per year   Annual assessment charge per year per square feet of gross living area = $ 2.63
Utilities included in the unit monthly assessment ☐ None ☐ Heat ☐ Air Conditioning ☐ Electricity ☐ Gas ☒ Water ☒ Sewer ☐ Cable ☒ Other (describe)
Snow and trash removal, Master Insurance Policy, Reserve Funds, Common Area Maintenance.

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage |
|---|---|---|---|---|---|---|
| Floor #   Main Level | Floors | Hwd/Tile/New | ☐ Fireplace(s) #   0 | | ☒ Refrigerator | ☒ None |
| # of Levels   1 | Walls | Drywall/New | ☐ WoodStove(s) #   0 | | ☒ Range/Oven | ☐ Garage ☐ Covered ☐ Open |
| Heating Type  FWA   Fuel Elec | Trim/Finish | Wood/Painted/New | ☐ Deck/Patio   None | | ☒ Disp ☒ Microwave | # of Cars   0 |
| ☒ Central AC  ☐ Individual AC | Bath Wainscot | Tile/New | ☐ Porch/Balcony  None | | ☒ Dishwasher | ☐ Assigned ☐ Owned |
| ☐ Other (describe) | Doors | Solid Core/New | ☒ Other   None | | ☒ Washer/Dryer | Parking Space # |
| Finished area above grade contains: | | 5   Rooms | 1   Bedrooms | 2.0   Bath(s) | 788   Square Feet of Gross Living Area Above Grade | |

Are the heating and cooling for the individual units separately metered? ☒ Yes ☐ No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    The subject features recessed lights, stainless steel appliances, backsplash and 42" cabinets and oak wood flooring, 9' ceilings, custom cabinets.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject is in new condition.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

**PRIOR SALE HISTORY**

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)   MLS, Tax Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)   MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 06/20/2018 | 06/20/2018 | 06/21/2018 | 06/20/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    The subject has not transferred in the past 36 months per tax records. The comparables have not transferred in the past 12 months per tax records.

## Individual Condominium Unit Appraisal Report

File # 0005861

There are 64 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 549,500 to $ 1,099,000 .
There are 410 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 507,700 to $ 1,125,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and | 1471 Girard St NW | 1696 Lanier Pl NW | | 1793 Lanier Pl NW | | 1324 W St NW | |
| Unit # | 2, Washington, DC 20009 | 1, Washington, DC 20009 | | 3, Washington, DC 20009 | | 3, Washington, DC 20009 | |
| Project Name and | St. James Place | 1696 Lanier | | 1793 Lanier Pl Condos | | The Marque Condos | |
| Phase | 1 | | | 1 | | 1 | |
| Proximity to Subject | | 0.24 miles W | | 0.47 miles W | | 0.51 miles SE | |
| Sale Price | $ | | $ 660,000 | | $ 637,000 | | $ 680,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 696.20 sq. ft. | | $ 745.03 sq. ft. | | $ 850.00 sq. ft. | |
| Data Source(s) | | MRIS#DC10054402;DOM 3 | | MRIS#DC10220548;DOM 4 | | MRIS#DC9859302;DOM 85 | |
| Verification Source(s) | | County Records/Visual | | County Records/Visual | | County Records/Visual | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;15000 | -15,000 | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s10/17;c09/17 | | s05/18;c04/18 | | s06/17;c05/17 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 173 | 264 | 0 | 204 | 0 | 187 | 0 |
| Common Elements | Common Areas | Common Areas | | Common Areas | | Common Areas | |
| and Rec. Facilities | | | | | | | |
| Floor Location | Main Level | Basement Level | +40,000 | Main Level | | 2nd Floor | -20,000 |
| View | Residential/Avg | Residential/Avg | | Residential/Avg | | Residential/Avg | |
| Design (Style) | Mid-Rise | Garden | | Garden | 0 | Garden | 0 |
| Quality of Construction | Brick/Avg | Brick/Avg | 0 | Brick/Avg | | Brick/Avg | |
| Actual Age | 104 | 118 | | 6 | 0 | 187 | 0 |
| Condition | New | Good/InfUpgrds | +15,000 | Good/InfUpgrds | +15,000 | 2 | 0 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 5 1 2.0 | 5 2 2.0 | -10,000 | 5 2 2.0 | -10,000 | 5 1 1.1 | +4,000 |
| Gross Living Area | 788 sq. ft. | 948 sq. ft. | -18,400 | 855 sq. ft. | 0 | 800 sq. ft. | 0 |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Insulated Wds | Insulated Wds | | Insulated Wds | | Insulated Wds | |
| Garage/Carport | 0 | 1dw | -30,000 | 0 | | 0 | |
| Porch/Patio/Deck | None | Patio | -8,000 | Balcony | -8,000 | Balcony | -8,000 |
| Fireplace | 0 | 0 | | None | | 0 | |
| Net Adjustment (Total) | | □ + ☒ - | $ -26,400 | □ + ☒ - | $ -3,000 | □ + ☒ - | $ -24,000 |
| Adjusted Sale Price | | Net Adj. 4.0 % | | Net Adj. 0.5 % | | Net Adj. 3.5 % | |
| of Comparables | | Gross Adj. 20.7 % | $ 633,600 | Gross Adj. 5.2 % | $ 634,000 | Gross Adj. 4.7 % | $ 656,000 |

Summary of Sales Comparison Approach   After an extensive, thorough search of the MLS and tax records, the appraiser has selected comparables which were found to be the most recent and similar to the subject. Adjustments for square footage and other differences in amenities reflect current market responses and do not represent replacement cost of individual items. Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bathroom and bedroom and Comps #1 - #3 were adjusted for differences in bed/bath count. Comps #1 and #2 are not in new condition.

Indicated Value by Sales Comparison Approach $ 649,000

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

Estimated Monthly Market Rent $ 3,200 X Gross Rent Multiplier 203.29 = $ 650,528 Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)   The GRM was derived based on 10 recent sales that rented in the past 12 months. The subject has a rental lease for $4,250/month for 3 years. The unit will be rented fully furnished. Personal property can't be included in market value for real estate and the furniture rental contributes about 15% of the total rent (based on recent rental comps). The market rent is estimated at $3,200/month.

Indicated Value by: Sales Comparison Approach $ 649,000                    Income Approach (if developed) $ 650,528
Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The cost approach is not applicable.

This appraisal is made ☒ "as is", □, subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, □ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or □ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 649,000 , as of 06/20/2018 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005                    Page 3 of 6                    Fannie Mae Form 1073 March 2005

## Individual Condominium Unit Appraisal Report

File # 0005861

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report

File # 0005861

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I had adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 0005861

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothriel | Name |
| Company Name   ADK Appraisals, Inc. | Company Name |
| Company Address   5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| Telephone Number   (703) 597-7700 | Telephone Number |
| Email Address   mail@adkappraisals.com | Email Address |
| Date of Signature and Report   June 22, 2018 | Date of Signature |
| Effective Date of Appraisal   06/20/2018 | State Certification # |
| State Certification #   CR11308 | or State License # |
| or State License # | State |
| or Other ____ State # ____ | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License   02/28/2020 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1471 Girard St NW, # 2 | Date of Inspection |
| Washington, DC 20009 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   649,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name   Washington Capital Partners | ☐ Did not inspect exterior of comparable sales from street |
| Company Address   2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Supplemental Addendum

| | | | |
|---|---|---|---|
| Client | Washington Capital Partners | | File No. 0005861 |
| Property Address | 1471 Girard St NW | | |
| City | Washington | | |
| Lender | Washington Capital Partners | County  District of Columbia   State  DC    Zip Code  20009 | |

The purpose of this appraisal is to estimate the market value of the subject property.  In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client.  The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value.  No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 21 to 90 days on the open market in order to have a market value of $649,000 on the effective date of this appraisal.

The appraiser of this report did perform prior services for the subject property in the 36 months prior to the effective date of the report.

**The size was based on the appraiser's measurements.**

**Building Sketch**

Main File No. 0005861 Page #11

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20009 |
| Lender | Washington Capital Partners | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | | Calculation Details | |
|---|---|---|---|---|
| First Floor | | 787.53 Sq ft | 11.19 × 9.5 = 106.3 | |
| | | | 17.44 × 36.62 = 638.65 | |
| | | | 3 × 14.19 = 42.57 | |
| **Total Living Area (Rounded):** | | **788 Sq ft** | | |

## Location Map

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20009 |
| Lender | Washington Capital Partners | | | | | |



**Subject Photo Page**

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | |
| City | Washington | County | District of Columbia | State DC | Zip Code 20009 |
| Lender | Washington Capital Partners | | | | |



**Subject Front**

1471 Girard St NW
Sales Price
Gross Building Area
Age                  104



**Subject Rear**



**Subject Street**

## Subject Photo Page

| Client | Washington Capital Partners | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | | | |
| City | Washington | | County | District of Columbia | State | DC | Zip Code 20009 |
| Lender | Washington Capital Partners | | | | | | |



**Living Room**

1471 Girard St NW
Sales Price
Gross Building Area
Age                 104



**Dining Room**



**Kitchen**

## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | | |
| City | Washington | County | District of Columbia | State  DC | Zip Code  20009 | |
| Lender | Washington Capital Partners | | | | | |



**Bathroom**

1471 Girard St NW
Sales Price
Gross Building Area
Age            104



**Bedroom**



**Bathroom**

### Comparable Photo Page

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | |
| City | Washington | County District of Columbia | | State DC | Zip Code 20009 |
| Lender | Washington Capital Partners | | | | |



### Comparable 1

| | |
|---|---|
| 1696 Lanier Pl NW | |
| Prox. to Subject | 0.24 miles W |
| Sales Price | 660,000 |
| Gross Living Area | 948 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 0 sf |
| Quality | Brick/Avg |
| Age | 118 |



### Comparable 2

| | |
|---|---|
| 1793 Lanier Pl NW | |
| Prox. to Subject | 0.47 miles W |
| Sales Price | 637,000 |
| Gross Living Area | 855 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 0 sf |
| Quality | Brick/Avg |
| Age | 6 |



### Comparable 3

| | |
|---|---|
| 1324 W St NW | |
| Prox. to Subject | 0.51 miles SE |
| Sales Price | 680,000 |
| Gross Living Area | 800 |
| Total Rooms | 5 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 0 sf |
| Quality | Brick/Avg |
| Age | 2 |



GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Occupational and Professional Licensing Administration

certifies that

ANNE ROTHERMEL
ADK APPRAISALS, INC.
6941 RIVERSIDE DRIVE
WOODBRIDGE VA 22193

has met all requirements by law and regulations and is hereby licensed as:

APPRAISER CERTIFIED RESIDENTIAL
License #: CR11306

Issue Date: 3/1/2019
Expiration Date: 2/28/2020

Director, Department of
Consumer and Regulatory Affairs

**Insurance**



GREATAMERICAN.
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒   Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   RAP3364992-18        Renewal of:   RAP3364992-17

Program Administrator:      Herbert H. Landy Insurance Agency Inc.
75 Second Ave Suite 410  Needham, MA 02494-2876

Item 1. **Named Insured:**    Anne Rothemel

Item 2. **Address:**      5841 Riverside Drive
City, State, Zip Code:   Woodbridge, VA 22193

Item 3. **Policy Period:** From    04/30/2018    To   04/30/2019
(Month, Day, Year)    (Month, Day, Year)
(Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability:**

A.  $    500,000    Damages Limit of Liability – Each Claim

B.  $    500,000    Claim Expenses Limit of Liability – Each Claim

C.  $   1,000,000    Damages Limit of Liability – Policy Aggregate

D.  $   1,000,000    Claim Expenses Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of Claim Expenses):

A.  $    0.00    Each Claim

B.  $    0.00    Aggregate

Item 6. **Premium:** $    573.00

Item 7. **Retroactive Date** (if applicable):    04/30/2011

Item 8. **Forms, Notices and Endorsements attached:**
D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

Authorized Representative

D42101 (03/15)                                                                    Page 1 of 1

Main File No. 00058611 Page #19









**977 SF**

SD1003

2ND FLOOR PLAN · OPTION 1

1471 GIRARD ST NW
CONCEPT PLAN DESIGN

12/2/2015

em tive







MEZZANINE

SD1006
PENTHOUSE

1471 GIRARD ST NW
CONCEPT PLAN DESIGN

12/2/2015

em tive





## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
1471 Girard St NW
Lot 45, Square 2669, Unit 1, Columbia Heights
Washington, DC 20009

### FOR:
Washington Capital Partners
2815 Hartland Dr
Falls Church, VA  22043

### AS OF:
06/20/2018

### BY:
Anne' Rothermel
Certified Residential Appraiser
ADK Appraisals, Inc.
5841 Riverside Drive
Woodbridge, VA 22193

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 1471 Girard St NW | |
| Legal Description | Lot 45, Square 2669, Unit 1, Columbia Heights | |
| City | Washington | |
| County | District of Columbia | |
| State | DC | |
| Zip Code | 20009 | |
| Census Tract | 0037.00 | |
| Map Reference | 47894 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ | |
| Date of Sale | | |

| CLIENT | | |
|---|---|---|
| Client | Washington Capital Partners | |
| Lender | Washington Capital Partners | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 952 | |
| Price per Square Foot | $ | |
| Location | N;Res; | |
| Age | 104 | |
| Condition | New | |
| Total Rooms | 5 | |
| Bedrooms | 1 | |
| Baths | 2.0 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Anne' Rothermel | |
| Date of Appraised Value | 06/20/2018 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 609,000 | |

## Individual Condominium Unit Appraisal Report

File # 0005859

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | |
|---|---|---|---|
| Property Address  1471 Girard St NW | Unit # 1 | City  Washington | State  DC   Zip Code  20009 |
| Borrower  1471 Girard St Holdings LLC | | Owner of Public Record  1471 Girard St Holdings LLC | County  District of Columbia |

Legal Description  Lot 45, Square 2669, Unit 1, Columbia Heights

| Assessor's Parcel #  2669 0045 | | Tax Year  2017 | R.E. Taxes $  0 | |
|---|---|---|---|---|
| Project Name  St. James Place | Phase #  1 | Map Reference  47894 | Census Tract  0037.00 | |
| Occupant    Owner    Tenant    Vacant | Special Assessments $  0 | | HOA $  184         per year         per month | |

Property Rights Appraised    Fee Simple    Leasehold    Other (describe)

Assignment Type    Purchase Transaction    Refinance Transaction    Other (describe)

Lender/Client  Washington Capital Partners        Address  2815 Hartland Dr, Suite 200, Falls Church, VA 22043

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    Yes    No

Report data source(s) used, offering price(s), and date(s).        The subject was listed 1/18/2018 for $569,000, reduced to $555,000 and contracted after 50 DOM; MLS #DC10137416.

I    did    did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.    The contract was not made available for review.

Contract Price $        Date of Contract        Is the property seller the owner of public record?    Yes    No  Data Source(s)  N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    YES    NO

If Yes, report the total dollar amount and describe the items to be paid.        0

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | Suburban | Rural | Property Values | Increasing | Stable | Declining | PRICE | AGE | One-Unit | 38 % |
| Built-Up | Over 75% | 25-75% | Under 25% | Demand/Supply | Shortage | In Balance | Over Supply | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth | Rapid | Stable | Slow | Marketing Time | Under 3 mths | 3-6 mths | Over 6 mths | 175  Low | 0 | Multi-Family | 30 % |
| Neighborhood Boundaries | | | The subject is located south of Upshur Rd, east of Rock Creek Park, west of Sherman | | | | 2,300  High | 138 | Commercial | 25 % |
| Ave and north of Q St NW. | | | | | | | | 584  Pred. | 66 | Other | 2 % |

Neighborhood Description    Employment centers, schools, houses of worship, and shopping facilities are within close proximity.  There is no apparent measurable evidence of locational factors which might adversely affect marketability.  Major arteries provide good access to and from Washington DC.  2% is vacant/Parkland.

Market Conditions (including support for the above conclusions)    Average marketing time according to statistics is 0-3 months when properly listed.  Currently the market has tightened lending requirements for obtaining many forms of financing and while interest were on the rise as of late, they were slightly stabilized and lowered by the Federal Reserve in order to ease market tensions.

| | | | |
|---|---|---|---|
| Topography  Mostly Level | Size  Average | Density  Typical | View  Residential/Avg |
| Specific Zoning Classification  RA-2 | Zoning Description  Residential Apartment Zones | | |

Zoning Compliance    Legal    Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?    Yes    No

No Zoning    Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?    Yes    No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | | | Water | | | Street  Asphalt/Typical | | |
| Gas | | | Sanitary Sewer | | | Alley  Concrete | | |

FEMA Special Flood Hazard Area    Yes    No  FEMA Flood Zone  X        FEMA Map #  1100010016C        FEMA Map Date  09/27/2010

Are the utilities and off-site improvements typical for the market area?    Yes    No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    Yes    No  If Yes, describe

There are no apparent adverse easements, encroachments, or other adverse conditions. No special assessments were noted on tax records.

| | | | |
|---|---|---|---|
| Data source(s) for project information | MLS, Tax Records, Inspection, Borrower, Plans | | |
| Project Description    Detached    Row or Townhouse    Garden    Mid-Rise    High-Rise    Other (describe) | | | |

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 5 | Exterior Walls | Brick | # of Units | 4 | # of Phases | 1 | # of Planned Phases | |
| # of Elevators | 0 | Roof Surface | Built-up | # of Units Completed | 4 | # of Units | 4 | # of Planned Units | |
| Existing    Proposed | | Total # Parking | 2 | # of Units For Sale | 4 | # of Units for Sale | 4 | # of Units for Sale | |
| Under Construction | | Ratio (spaces/units) | 0.5/1 | # of Units Sold | 0 | # of Units Sold | 0 | # of Units Sold | |
| Year Built | 1914 | Type | Open Lot | # of Units Rented | 0 | # of Units Rented | 0 | # of Units Rented | |
| Effective Age | 0 | Guest Parking | Street | # of Owner Occupied Units | 0 | # of Owner Occupied Units | 0 | # of Owner Occupied Units | |

Project Primary Occupancy    Principal Residence    Second Home or Recreational    Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)?    Yes    No

Management Group -    Homeowners' Association    Developer    Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?    Yes    No  If Yes, Describe

The current owner owns 100% of the building.

Was the project created by the conversion of existing building(s) into a condominium?    Yes    No  If Yes, describe the original use and date of conversion.

The condo project is a conversion from a single family home.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?    Yes    No  If No, describe

Is there any commercial space in the project?    Yes    No  If Yes, describe and indicate the overall percentage of the commercial space.

| | | |
|---|---|---|
| Freddie Mac Form 465 March 2005 | Page 1 of 6 | Fannie Mae Form 1073 March 2005 |

## Individual Condominium Unit Appraisal Report

File # 0005859

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.   The quality of construction is very good.

Describe the common elements and recreational facilities.   Common Areas.

Are any common elements leased to or by the Homeowners' Association?   Yes   No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?   Yes   No  If Yes, $   per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?   Yes   No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I   did   did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.   I was not provided a copy of the budget nor do I have the ability to analyse the budget due to this being a specialized field.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?   Yes   No  If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   High   Average   Low  If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
Yes   No  If Yes, describe and explain the effect on value and marketability.

**UNIT DESCRIPTION**

Unit Charge $  184   per month X 12 = $  2,208.00   per year  Annual assessment charge per year per square feet of gross living area = $   2.32
Utilities included in the unit monthly assessment   None   Heat   Air Conditioning   Electricity   Gas   Water   Sewer   Cable   Other (describe)
Snow and trash removal, Master Insurance Policy, Reserve Funds, Common Area Maintenance.

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | | |
|---|---|---|---|---|---|---|---|---|
| Floor # | Basement | Floors | Hwd/Tile/New | Fireplace(s) # | 0 | Refrigerator | None | | |
| # of Levels | 1 | Walls | Drywall/New | WoodStove(s) # | 0 | Range/Oven | Garage | Covered | Open |
| Heating Type FWA | Fuel Elec | Trim/Finish | Wood/Painted/New | Deck/Patio | Patio | Disp  Microwave | # of Cars | 0 | |
| Central AC | Individual AC | Bath Wainscot | Tile/New | Porch/Balcony | None | Dishwasher | Assigned | Owned | |
| Other (describe) | | Doors | Solid Core/New | Other | None | Washer/Dryer | Parking Space # | | |

Finished area above grade contains:   5  Rooms   1  Bedrooms   2.0  Bath(s)   952   Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?   Yes   No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)   The subject features recessed lights, stainless steel appliances, backsplash and 42" cabinets and oak wood flooring, 9' ceilings, custom cabinets.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)   The subject is in new condition.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   Yes   No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   Yes   No  If No, describe

**PRIOR SALE HISTORY**

I   did   did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research   did   did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)   MLS, Tax Records
My research   did   did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)   MLS, Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfers | No transfers | No transfers | No transfers |
| Price of Prior Sale/Transfer | in the past 36 months | in the past 12 months | in the past 12 months | in the past 12 months |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 06/20/2018 | 06/20/2018 | 06/20/2018 | 06/20/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales.   The subject has not transferred in the past 36 months per tax records. The comparables have not transferred in the past 12 months per tax records.

## Individual Condominium Unit Appraisal Report

File # 0005859

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| There are | 64 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 549,500 | | to $ 1,099,000 |
| There are | 410 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 507,700 | | to $ 1,125,000 |
| Address and Unit # | 1471 Girard St NW<br>1, Washington, DC 20009 | 1696 Lanier Pl NW<br>1, Washington, DC 20009 | 1219 Park Rd NW<br>1, Washington, DC 20009 | 2426 Ontario Rd NW<br>101, Washington, DC 20009 |
| Project Name and Phase | St. James Place<br>1 | 1696 Lanier<br>1 | 1219 Park<br>1 | 2426 Ontario Condos<br>1 |
| Proximity to Subject | | 0.24 miles W | 0.53 miles NE | 0.40 miles SW |
| Sale Price | $ | $ 660,000 | $ 650,000 | $ 595,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 696.20 SQ. FT. | $ 509.80 SQ. FT. | $ 643.24 SQ. FT. |
| Data Source(s) | | MRIS#DC10054402;DOM 3 | MRIS#DC10199445;DOM 16 | MRIS#DC10137311;DOM 26 |
| Verification Source(s) | | County Records/Visual | County Records/Visual | County Records/Visual |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) Adjustment | DESCRIPTION +(-) Adjustment | DESCRIPTION +(-) Adjustment |
| Sales or Financing Concessions | | ArmLth<br>Conv;15000 −15,000 | ArmLth<br>Conv;0 | ArmLth<br>Conv;0 |
| Date of Sale/Time | | s10/17;c09/17 | s06/18;c04/18 | s03/18;c02/18 |
| Location | N;Res; | N;Res; | N;Res; | N;Res; |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| HOA Mo. Assessment | 184 | 264 0 | 182 0 | 548 0 |
| Common Elements and Rec. Facilities | Common Areas | Common Areas | Common Areas | Common Areas |
| Floor Location | Basement Level | Basement Level | Basement Level | Basement Level |
| View | Residential/Avg | Residential/Avg | Residential/Avg | Residential/Avg |
| Design (Style) | Mid-Rise | Garden 0 | Garden 0 | Garden 0 |
| Quality of Construction | Brick/Avg | Brick/Avg | Brick/Avg | Brick/Avg |
| Actual Age | 104 | 116 0 | 1 0 | 11 0 |
| Condition | New | Good/InfUpgrds +15,000 | New | Ab-Gd/InfUpgrds +30,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths |
| Room Count | 5 1 2.0 | 5 2 2.0 −10,000 | 5 1 2.0 | 6 2 2.0 −10,000 |
| Gross Living Area | 952 sq. ft. | 948 sq. ft. | 1,275 sq. ft. −30,685 | 925 sq. ft. 0 |
| Basement & Finished Rooms Below Grade | 0<br>0 | 0<br>0 | 0<br>0 | 0<br>0 |
| Functional Utility | Good | Good | Good | Good |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | Insulated Wds | Insulated Wds | Insulated Wds | Insulated Wds |
| Garage/Carport | 0 | 1dw −30,000 | 0 | 1dw −30,000 |
| Porch/Patio/Deck | Patio | Patio | Patio | None +8,000 |
| Fireplace | 0 | 0 | 0 | 0 |
| Net Adjustment (Total) | | + − $ −40,000 | + − $ −30,685 | + − $ −2,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 6.1 %<br>Gross Adj. 10.6 % $ 620,000 | Net Adj. 4.7 %<br>Gross Adj. 4.7 % $ 619,315 | Net Adj. 0.3 %<br>Gross Adj. 13.1 % $ 593,000 |

Summary of Sales Comparison Approach   After an extensive, thorough search of the MLS and tax records, the appraiser has selected comparables which were found to be the most recent and similar to the subject. Adjustments for square footage and other differences in amenities reflect current market responses and do not represent replacement cost of individual items, Typically higher floor units sell for higher values. The typical buyer recognizes the utility of an additional bathroom and bedroom and Comps #1 and #3 were adjusted for differences in bed/bath count. Comps #1 and #2 are not in new condition.

Indicated Value by Sales Comparison Approach $   609,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $   2975   X Gross Rent Multiplier   203.29   = $   604,788   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   The GRM was derived based on 10 recent sales that rented in the past 12 months. The subject has a rental lease for $3,500/month for 3 years. The unit will be rented fully furnished. Personal property can't be included in market value for real estate and the furniture rental contributes about 15% of the total rent (based on recent rental comps). The net actual rent value is estimated at $2,975/month.

Indicated Value by: Sales Comparison Approach $   609,000   Income Approach (if developed) $   604,788

Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. The cost approach is not applicable.

This appraisal is made   "as is",   subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,   subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or   subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   609,000   , as of   06/20/2018   , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005                    Page 3 of 6                    Fannie Mae Form 1073 March 2005

## Individual Condominium Unit Appraisal Report

File # 0005859

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

The intended user of this appraisal report is the lender/client.

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report

File # 0005859

The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Freddie Mac Form 465 March 2005                    Page 5 of 6                    Fannie Mae Form 1073 March 2005

## Individual Condominium Unit Appraisal Report

File # 0005859

21.  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Anne' Rothmel | Name |
| Company Name  ADK Appraisals, Inc. | Company Name |
| Company Address  5841 Riverside Drive, Woodbridge, VA 22193 | Company Address |
| | |
| Telephone Number  (703) 597-7700 | Telephone Number |
| Email Address  mail@adkappraisals.com | Email Address |
| Date of Signature and Report    June 22, 2018 | Date of Signature |
| Effective Date of Appraisal    06/20/2018 | State Certification # |
| State Certification #   CR11308 | or State License # |
| or State License # | State |
| or Other                              State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License    02/28/2020 | SUBJECT PROPERTY |
| | Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | Did inspect exterior of subject property from street |
| 1471 Girard St NW, # 1 | Date of Inspection |
| Washington, DC 20009 | Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $       609,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name    Washington Capital Partners | Did not inspect exterior of comparable sales from street |
| Company Address    2815 Hartland Dr, Suite 200, Falls Church, VA 22043 | Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0005859  Page #10

## Supplemental Addendum

File No. 0005859

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20009 |
| Lender | Washington Capital Partners | | | | |

The purpose of this appraisal is to estimate the market value of the subject property. In estimating the subject property's market value, an orderly, systematic procedure is followed, in which the appraiser attempts to utilize the three recognized methods of valuation, The Cost Approach, The Income Approach and The Sales Comparison Approach and subsequently lead to a logical final value conclusion.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 21 to 90 days on the open market in order to have a market value of $609,000 on the effective date of this appraisal.

The appraiser of this report did not perform prior services for the subject property in the 36 months prior to the effective date of the report.

**The size was based on the appraiser's measurements.**

Main File No. 0005899  Page #11

## Building Sketch

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code  20009 |
| Lender | Washington Capital Partners | | | | | |

17'

Bedroom

Bath

Bath        Den

56'                                              56'

Dining     Kitchen

Room

Living
Room

17'

TOTAL Sketch by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 952 Sq ft | 56 × 17 = 952 |
| **Total Living Area (Rounded):** | **952 Sq ft** | |

Form SKT.BldSkl — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0005659  Page #12

## Location Map

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20009 |
| Lender | Washington Capital Partners | | | | |



**Subject Photo Page**

| Client | Washington Capital Partners | | | | |
|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20009 |
| Lender | Washington Capital Partners | | | | |



**Subject Front**

1471 Girard St NW
Sales Price
Gross Building Area
Age            104



**Subject Rear**



**Subject Street**



Main File No. 0005859  Page #14

## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20009 |
| Lender | Washington Capital Partners | | | | | |



**Living Room**

1471 Girard St NW
Sales Price
Gross Building Area
Age          104



**Kitchen**



**Den**

## Subject Photo Page

| Client | Washington Capital Partners | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20009 |
| Lender | Washington Capital Partners | | | | | |



**Bathroom**

1471 Girard St NW
Sales Price
Gross Building Area
Age                104



**Bedroom**



**Bathroom**

## Comparable Photo Page

| Client | Washington Capital Partners | | | |
|---|---|---|---|---|
| Property Address | 1471 Girard St NW | | | |
| City | Washington | County District of Columbia | State DC | Zip Code 20009 |
| Lender | Washington Capital Partners | | | |



### Comparable 1

1696 Lanier Pl NW
| | |
|---|---|
| Prox. to Subject | 0.24 miles W |
| Sales Price | 660,000 |
| Gross Living Area | 948 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 0 sf |
| Quality | Brick/Avg |
| Age | 118 |



### Comparable 2

1219 Park Rd NW
| | |
|---|---|
| Prox. to Subject | 0.53 miles NE |
| Sales Price | 650,000 |
| Gross Living Area | 1,275 |
| Total Rooms | 5 |
| Total Bedrooms | 1 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 0 sf |
| Quality | Brick/Avg |
| Age | 1 |



### Comparable 3

2426 Ontario Rd NW
| | |
|---|---|
| Prox. to Subject | 0.40 miles SW |
| Sales Price | 595,000 |
| Gross Living Area | 925 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | Residential/Avg |
| Site | 0 sf |
| Quality | Brick/Avg |
| Age | 11 |

Main File No. 0005899  Page #17

**License**




**GREAT AMERICAN.**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED
AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒    Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the Company.

Policy Number:    RAP3364992-18                     Renewal of:    RAP3364992-17

Program Administrator:      Herbert H. Landy Insurance Agency Inc.
                            75 Second Ave Suite 410  Needham, MA 02494-2876

Item 1. Named Insured:    **Anne Rothermel**

Item 2. Address:          **5841 Riverside Drive**

City, State, Zip Code:    **Woodbridge, VA 22193**

Item 3. Policy Period: From    **04/30/2018**      To    **04/30/2019**
                               *(Month, Day, Year)*       *(Month, Day, Year)*
           (Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4.  Limits of Liability:

    A. $ __500,000__    Damages Limit of Liability – Each Claim

    B. $ __500,000__    Claim Expenses Limit of Liability – Each Claim

    C. $ __1,000,000__    Damages Limit of Liability – Policy Aggregate

    D. $ __1,000,000__    Claim Expenses Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of Claim Expenses):

    A. $  __0.00__    Each Claim

    B. $  __0.00__    Aggregate

Item 6. Premium: $     573.00

Item 7. Retroactive Date (if applicable):     04/30/2011

Item 8. Forms, Notices and Endorsements attached:
    D42100 (03/15)  D42300 VA (03/15)  IL7324 (08/12)
    D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)

                                                        _Betsy a Hagmaier_
                                                        Authorized Representative

D42101 (03/15)                                                  Page 1 of 1

**Plans - Page 1**





Case 23-00217-ELG    Doc 166-7    Filed 06/20/25    Entered 06/23/25 10:48:11    Desc
Exhibit    Page 50 of 142
Main File No. 0005859  Page #2

**Plans - Page 3**









**3rd FLOOR**

**1,134 SF**

977+157Mez

SD1005
3RD FLOOR PLAN

1471 GIRARD ST NW
CONCEPT PLAN DESIGN

12/2/2015

em five





# REAL ESTATE APPRAISAL REPORT

**of:**

An 8-unit Apartment Building

**Located At:**

**1732-1736 TRINIDAD AVENUE NE**
**WASHINGTON, DC 20002-7820**

**Valuation Dates:**

Effective Date: January 2, 2020
Site Visit: January 2, 2020
Report Date: January 15, 2020

**Prepared for:**

Mr. Robert Cortez
Loan Officer
Congressional Bank
6701 Democracy Boulevard, Suite 400
Bethesda, MD 20817

**Submitted by:**

Sapperstein & Associates, LLC
7920 Norfolk Avenue, Suite 220
Bethesda, Maryland 20814
File No. 19-1210 DRA

**S&A** **SAPPERSTEIN & ASSOCIATES, LLC**
Real Estate Appraisers • Consultants • Due Diligence and Valuation Specialists                    Established 1982

January 15, 2020

Mr. Robert Cortez
Loan Officer
Congressional Bank
6701 Democracy Boulevard, Suite 400
Bethesda, MD 20817

Re:    An 8-unit Apartment Building
       Located At 1732-1736 Trinidad Avenue NE
       Washington, DC 20002-7820

Dear Mr. Cortez:

Per your request and our letter of engagement, please be advised that we have made a site visit and prepared a Real Estate Appraisal Report of the above captioned property. Per our agreement, we have provided our findings within a narrative 2-2(a) format. The subject property is a newly renovated 2-story, 8-unit apartment facility originally built circa 1938. The building contains 9,655± square feet of total gross building area (GBA), approximately 1,207± square feet per unit including common areas, with each of the eight units configured with 3 bedrooms and 3 baths. Given that each of the apartment units have one full bathroom per bedroom, the facility is suitable for co-living use as well as traditional use. The building is situated on a lot containing 0.16 acre or 7,153 square feet that is zoned RF-1, Residential Flat Zone, intended to provide for areas predominantly developed with attached row houses on small lots. The property is located on the western side of Trinidad Avenue NE just south of Mount Olivet Road NE in the *Trinidad* neighborhood of northeast Washington, DC. Trinidad is a mostly residential neighborhood about 2.0± miles northeast of the U.S. Capitol.

The purpose of the appraisal is to render an opinion of the Market Value "As Is" of the Fee Simple Estate as of January 2, 2020, the date of our most recent inspection, and the Prospective Value "As Stabilized" of the Leased Fee Estate as of January 2, 2021, the date the subject is expected to be operating at stabilized occupancy. This appraisal is intended to assist the Client, **Congressional Bank**, in a decision concerning a proposed

Mr. Robert Cortez
January 15, 2020
Page 2

new money federal real estate-related financial transaction.    This valuation/analysis reflects a "cash equivalent" basis unless otherwise stated herein. The appraiser's knowledge of the function of this assignment is not and should not be construed as bias with regard to the opinion(s) of value rendered herein. This document may not be used for any other purpose without the express written consent of the undersigned.

As a result of our study and by virtue of our experience and subject to the *Certification* and *Limiting Conditions* contained herein, we have concluded the following:

| Valuation Premise | Interest | Valuation Date | Value |
|---|---|---|---|
| Market Value "As Is" | Fee Simple Estate | January 2, 2020 | $4,050,000 |
| Prospective Market Value "As Stabilized" | Leased Fee Estate | January 2, 2021 | $4,385,000 |

The above values include FF&E of $48,000; thus, the "As Is" value of the real estate only is $4,002,000, and the "As Stabilized" value of the real estate only is $4,337,000.

We valued the subject property according to the *Highest and Best Use* of the property as of the valuation date which we believe to be as is currently intended, an apartment facility suitable for traditional use or for use with tenants in a co-living arrangement.

We were not provided with the construction budget, building layout, projected income and expense, absorption estimates, or any other property related data.   We have made the **Extraordinary Assumption** in this report that the rents at the subject and the absorption period will be similar to the market, and that the size of the facility is as assumed in this report.   If this is not the case, the value conclusion herein could be affected.

The following report contains much of the data used in forming the analysis and conclusions set forth herein.    The attached report identifies the property; rights appraised; addresses the pertinent facts regarding the area, the subject, and the comparable data; describes our investigation; states the resulting analyses and opinions; and sets forth our assumptions and limiting conditions. The engagement letter and instructions, supporting documentation and our qualifications can be found in the

Mr. Robert Cortez
January 15, 2020
Page 3

Addenda.   Neither this appraisal assignment nor the prospect of future employment has been conditioned upon this appraisal producing a specific value with a given range.

The above value excludes furniture, fixture, and equipment (FF&E) or any going concern value that may be associated with this property.   Darrell R. Adams contributed significantly to the implementation of this assignment.   Should you have any questions concerning this appraisal or the value conclusions developed in this report, please contact this office.

*This letter must remain attached to the report, which contains 55 pages plus related exhibits, in order for the value opinion set forth to be considered valid.*

Respectfully Submitted,
**SAPPERSTEIN & ASSOCIATES, LLC**

Gary Lee Sapperstein, MAI, SRPA, MRICS
Certified General Real Estate Appraiser
DC License No.: GA10042

# CERTIFICATION

Except as otherwise noted in this appraisal report, I hereby certify that:

1.  To the best of my knowledge and belief the statements of fact contained in this report are true and correct.

2.  The subject property of this report was visited and observed by Darrell R. Adams. Gary Lee Sapperstein, MAI, SRPA, MRICS did not visit the site but observed the subject using Google Maps. He also performed a detailed review of this document and is familiar with the subject/area neighborhood.

3.  I have no present or contemplated future interest in the real estate that is the subject of this appraisal report.

4.  I have no personal interest or bias with respect to the subject matter of this appraisal report or the parties involved.

5.  The reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

6.  This appraisal report sets forth all of the Extraordinary Assumptions and limiting conditions (imposed by the terms of the assignment or by the undersigned) affecting the analyses, opinions and conclusions contained in this report.

7.  The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

8.  Darrell R. Adams provided significant professional assistance to the undersigned and was instrumental in the preparation of the analyses, opinions, and conclusions concerning the real estate that are set forth in this appraisal report (unless otherwise specified).

9.  As of date of this report, I have completed the continuing education program for the District of Columbia as well as the continuing education program required for designated members of the Appraisal Institute (1-3).

10. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

11. I hereby certify that this appraisal was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.

12. I have appraised properties similar to the subject, and are therefore in compliance with the competency provision of the Uniform Standards of Professional Appraisal Practice.

13. The appraisal report is in compliant with USPAP.

14. I have not provided any services regarding the subject property as an appraiser or in any other capacity during the three year period prior to accepting this assignment.

## LIMITING CONDITIONS

1.   The appraiser will not be required to give testimony or appear in court because of having made this appraisal, with reference to the property in question, unless arrangements have been previously made.

2.   Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the appraiser and, in any event, only with proper qualification and only in its entirety.

3.   The distribution of the total valuation in this report between land and improvement applies only under the reported highest and best use of the property. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used.

4.   One (or more) of the signatories of this appraisal report is a Member of the Appraisal Institute. The Bylaws and Regulations of the Institute require each Member to control the use and distribution of each appraisal report signed by such Member. Therefore, except as hereinafter provided, the party for whom this appraisal was prepared may distribute copies of this appraisal report, in its entirety, to such third parties as may be selected by the party for whom this appraisal report was prepared; however, selected portions of this appraisal report shall not be given to third parties without the prior written consent of the signatories of this appraisal report. Further, neither all nor any part of this appraisal report shall be disseminated to the general public by use of advertising media, public relations media, news media, sales media or other media for public communication without prior written consent of the signatories of this appraisal report.

5.   In the event that this appraisal contains a valuation of an estate in land that is less than the entire fee simple estate, it is noted that (i) the value reported for such estate relates to a fractional interest only in the real estate involved; and (ii) the value of this fractional interest, plus the value of all other fractional interests, may or may not equal the value of the entire fee simple estate considered as a whole.

6.   This report, its assumptions, conclusions and estimated values are predicated on and limited to the unique and specific set of economic variables which existed in the national, regional, local and neighborhood markets as of the date of inspection. The estimated values and conclusions contained in this report are limited to the economic context *as of the date of inspection* with regard to variables including, but not limited to; mortgage and other interest rates, absorption rates, capitalization rates, discount rates and vacancy rates. Changing economic conditions would necessarily change the assumptions, judgements and conclusions contained herein and therefore invalidate the report out of the exact economic context existent as of the date of inspection.

7.   The use of discounted cash flow analyses and projections when required by the appraisers necessitates them to make several forecasts about the appraised property and future performance based upon the appraisers' interpretations of current market events and trends. The appraisers cannot be held responsible for unforeseeable events that may alter market conditions after the effective date of the appraisal.

8.   The appraisers do not warrant or guarantee the accuracy of unaudited financial statements, rent rolls, and lease synopses that may have been provided by the borrower or client, and relied upon in the appraisal. Should they differ materially, we reserve the right to amend our conclusions of value.

9.   All furnishings, equipment and business operations, except as specifically stated and typically considered as part of real property, have been disregarded with only real property being considered in the report unless otherwise stated. Any existing or proposed improvements, on or off-site, as well as any alterations or repairs considered, are assumed to be completed in a workmanlike manner according to standard practices based upon the information submitted to Sapperstein & Associates, LLC. This report may be subject to amendment upon re-inspection of the subject subsequent to repairs, modifications, alterations and completed new construction. Any estimate of Market Value is as of the date indicated; based upon the information, conditions and projected levels of operation.

## GENERAL ASSUMPTIONS

1.  This is a narrative Real Estate Appraisal Report which is intended to comply with the reporting requirements set forth under Standard Rule 2-2(a) of the Uniform Standards of Professional Appraisal Practice (USPAP). As such, includes a full discussion of the data, reasoning and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation if not contained within the report, concerning the data, is retained in the appraiser's file. The information contained in this report is specific to the needs of the client and for the intended use stated in this report. The appraiser is not responsible for unauthorized use of this report.

2.  The legal description used in this report is assumed to be correct.

3.  No survey of the boundaries of the property was undertaken. All areas and dimensions furnished are presumed to be correct. It is further assumed that no encroachments to the realty exist.

4.  No responsibility is assumed for matters of a legal nature affecting title to the property nor is an opinion of title rendered. The title is assumed to be good and merchantable and free and clear of any or all liens and encumbrances unless otherwise stated in this report

5.  Information furnished by others is assumed to be true, correct, and reliable. A reasonable effort has been made to verify such information; however, no responsibility for its accuracy is assumed by the appraiser. Accordingly, the client-addressee should carefully review all assumptions, data, relevant calculations, and conclusions within 30 days after the date of delivery of this report and should immediately notify Sapperstein & Associates, LLC. of any questions or errors.

6.  All mortgages, liens, encumbrances, leases, and servitudes have been disregarded unless so specified within the report. The property is appraised as though under responsible ownership and competent management.

7.  It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures which would render it more or less valuable. No responsibility is assumed for such conditions or for engineering which may be required to discover such factors. Further, it is assumed that no toxic or radioactive materials are located upon or buried within the subject property. If such materials are found on the properties under appraisal, the appraisers reserve to the right to modify the value conclusion found on the appraisal report.

8.  It is assumed that there is full compliance with all applicable federal, state and local environment regulations and laws of the date of the appraisal unless noncompliance is stated, defined, and considered in the appraisal report.

9.  It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless a non-conformity has been stated, defined, and considered in the appraisal report.

10. It is assumed that all required licenses, consents, certificates of occupancy or other legislative or administrative authority from any local, state, or national governmental or private entity or organization have been made or can be obtained or renewed for any use on which the value estimate contained in this report is based.

11. It is assumed that the utilization of the land (and improvements) is within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted within the report.

12. It is assumed that the property does not contain within its confines any unmarked burial grounds which would preclude or hamper the development process.

13. This document should not be used as a basis to determine the structural adequacy/inadequacy of the property described herein, but rather for valuation purposes only.

14. It is assumed that the subject structure meets the applicable building codes for it's respective jurisdiction. We assume no responsibility/liability for the inclusion/exclusion of any structural component item which may have an impact on value.

15. It is assumed that the subject property will meet all code requirements as they relate to proper soil compaction, grading, and drainage. We further reserve the right to alter value should a material change in the status of subject be discovered.

16. Building plans, surveys and gross building area calculations as supplied to the appraisers by the client, are assumed to be reasonably accurate. In any event, the appraiser assumes no responsibility or liability for the accuracy of such information/data provided.

## GENERAL ASSUMPTIONS (Continued)

17. The maps, plats, sketches, graphs, photographs, and exhibits included in this report are for illustration purposes only and are to be utilized only to assist in visualizing matters discussed within this report. Except as specifically stated, data relative to size or area of the subject and comparable properties has been obtained from sources deemed accurate and reliable. None of the exhibits are to be removed, reproduced, or used apart from this report.

18. Our investigation makes it reasonable to assume, for appraisal purposes, that no insulation or other product banned by the Consumer Products Safety Commission has been introduced into the appraised premises.

19. Fundamental to the valuation analysis is the assumption that no change in zoning is either proposed or eminent. Should a change in zoning status occur from the property's present classification, the appraisers reserve the right to alter or amend value accordingly.

20. Unless stated otherwise in this report, the existence of hazardous materials, which may or may not be present on the property, was not observed by the appraiser(s). The appraiser has no knowledge of the existence of such materials on or in the property. The appraiser is not qualified to detect such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials, may affect the value of the property. The value estimate in this appraisal report is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them. The Client is advised to retain experts in areas that fall outside the scope of the real estate appraisal/consulting profession if so desired.

21. The Americans with Disabilities Act (ADA) became effective on January 26, 1992. We have not made a specific compliance survey and analysis of the property to determine if it is in conformance with the various detailed requirements of the ADA. It is possible that a compliance survey of the property along with a detailed analysis of the requirements of the ADA could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this could have a negative effect upon the value of the property. Since we do not have direct evidence relating to this issue, we did not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

22. Any proposed improvements are assumed to be completed in a good workmanlike manner in accordance with the submitted plans and specifications.

23. The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

24. Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the appraiser, and in any event, only with proper written qualification and only in its entirety.

25. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or the firm with which the appraiser is connected) shall be disseminated to the public through advertising, public relations, news sales, or other media without prior written consent and approval of the appraiser.

26 The valuation does not include any personal property, furniture, fixture, and equipment (FF&E), or any going concern value that may be associated with this property nor is any pertinent to this property class, unless so stated in the appraisal report.

27. Any value estimate provided in the report applies to the entire property, and any pro ration or division of the title into fractional interests will invalidate the value estimate, unless such pro ration or division of interests has been set forth in the report.

28. We do not warrant or guarantee cost estimates furnished by third party sources. All are considered to be estimates including those made by your appraisers.

*Subject Photographs*

## *Subject Photographs*



*Aerial View*



## *Subject Photographs*



*Trinidad Avenue, View North*



*Trinidad Avenue, View South*

## Subject Photographs



*View From Trinidad Avenue*



*View From Trinidad Avenue*

## Subject Photographs



*View of Front*



*Front Entrance*

*Subject Photographs*



*Entrance Lobby*



*Entrance Hallway*

*Subject Photographs*



*Entry to Apartment Unit*



*Typical Living Room*

*Subject Photographs*



*Typical Kitchen*



*Typical Bathroom*

## Subject Photographs



*Typical Bathroom*



*Typical Bedroom*

*Subject Photographs*



*Typical Bedroom*



*Typical Bedroom*

*Subject Photographs*



*Typical Bedroom*



*Parking in Rear*

*Subject Photographs*



*Rear of Building*



*Entrance Drive on North Side of Building*

*Subject Photographs*



*Deck on Roof*



*Roof*

## Subject Photographs



*HVAC Equipment on Roof*

# TABLE OF CONTENTS

Letter of Transmittal
Certification
Limiting Conditions,
General Assumptions
Subject Photographs

## DESCRIPTION, ANALYSIS AND CONCLUSIONS

Executive Summary ........................................................................................2
Appraisers ....................................................................................................4
Subject .........................................................................................................4
Legal ...........................................................................................................4
Purpose of The Appraisal ..............................................................................4
Intended Use of The Appraisal .......................................................................4
Interest Valued .............................................................................................4
Intended Client ............................................................................................4
Intended User ..............................................................................................5
Pertinent Dates ............................................................................................5
Previous Affiliations .....................................................................................5
Scope of Work ..............................................................................................5
Definitions Pertinent to Value .......................................................................8
Projected Marketing and Exposure Periods ...................................................10
Regional Map ............................................................................................11
Washington, DC Profile ..............................................................................12
Local Area Map ..........................................................................................16
Neighborhood Description ...........................................................................17
Co-Living Market ........................................................................................21
Site Description ...........................................................................................23
Improvements Description ...........................................................................27
Zoning .......................................................................................................32
Assessments and Taxes ................................................................................34
Statement of Ownership/Agreements ...........................................................35
Highest and Best Use ...................................................................................36

## VALUATION PREMISE AND METHODOLOGY

Valuation ...................................................................................................39
Sales Comparison Approach ........................................................................39
Comparable Sales Chart ..............................................................................43
Income Approach ........................................................................................44
Rental Comparables Chart ...........................................................................45
Projected Income and Expense Summary ......................................................48
Capitalization Rate Selection and Justification ..............................................49
Reconciliation ............................................................................................53
Derivation of the "As Is" Value .....................................................................54

## ADDENDA

Engagement Letter
Comparable Improved Sales – Location Map, Pictures, and Site Maps
Comparable Rentals – Location Map and Pictures
Qualifications of the Appraiser

# SAPPERSTEIN & ASSOCIATES, LLC

# REAL ESTATE APPRAISAL REPORT

This is a Real Estate Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of the Uniform Standards of Professional Appraisal Practice.

Incorporated herein are discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value, deemed sufficient for the information needed by the client as related to the appraiser during the engagement. Any supporting documentation, not included herein, concerning the data, reasoning, and analyses is retained in the appraiser's file and is available for the client's review if it is necessary in gaining a better understanding of the value conclusion. The depth of discussion contained in this report is specific to the needs of the client and for the intended use stated below. The appraiser is not responsible for unauthorized use of this report.

This report is in compliance with the requirements set forth in Title XI of the Federal Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA) updated in 1994, and further updated by the Interagency Appraisal and Evaluation Guidelines promulgated in 2010, and further clarified in 2018. All fair lending laws and regulations, appropriate state licensing requirements, interagency guidelines, and the appraisal guidelines of the client have been implemented.

To the best of our knowledge, all binding requirements of the USPAP and the Code Professional Ethics (CPE) and Standards of Professional Practice (SPP) of the Appraisal Institute have been observed. We have performed our services and prepared this report in accordance with generally accepted appraisal consulting practices.

We make no other warranties, either expressed or implied, as to the character and nature of such services and product. Notwithstanding the aforementioned, the final determination as to the level and degree of compliance of this report to the above policies and guidelines is the responsibility of any person relying on this report.

# SAPPERSTEIN & ASSOCIATES, LLC

## EXECUTIVE SUMMARY

**Address:**    1732-1736 Trinidad Avenue NE
Washington, DC 20002-7820

**Tax Id:**    4052/0176

**Site:**
> **Land Area:**    0.16± acre or 7,153± square feet
> **Zoning:**    RF-1/Residential Flat Zoning District
> **Flood Plain:**    Zone X, not within the 1% annual chance floodplain

**Improvements:**    2-story, 8-unit apartment building, off street parking for 6±
vehicles, and other associated site improvements

**Owner of Record:**    "Ocaso Holdings LLC"

**2019 Real Estate Assessment:**

|  |  |
|---|---|
| Land: | $157,870 |
| Improvements: | $801,980 |
| Total: | $959,850 |

**Highest and Best Use:**    "As Vacant" – Multi-family
"As Improved" – As currently proposed, Multi-family

**Appraisal Problem:**    The purpose of the appraisal is to render an opinion of the
Market Value "As Is" as of January 2, 2020, the date of our
most recent inspection, and the Prospective Value "As
Stabilized" of the Leased Fee Estate as of January 2, 2021, the
date the subject is expected to be operating at stabilized
occupancy.  This appraisal is intended to assist the Client,
**Congressional Bank**, in a decision concerning a proposed
federal real estate-related financial transaction, new money.

**Rights Appraised:**    Fee Simple Estate ("As Is") and Leased Fee Estate ("As
Stabilized")

**Marketing &
Exposure Time:**    Six (6) months

2

# SAPPERSTEIN & ASSOCIATES, LLC

**Pertinent Dates:**

| | |
|---|---|
| Site Visit: | January 2, 2020 |
| Effective Date "As Is": | January 2, 2020 |
| Effective Date "As Stabilized": | January 2, 2021 |
| Report date: | January 15, 2020 |

**Market Value:**

Market Value "As Is"
as of January 2, 2020   -   $4,050,000
($4,002,000 w/o FF&E)

Prospective Market Value "As Stabilized"
as of January 2, 2021   -   $4,325,000
($4,277,000 w/o FF&E)

FF&E                                -   $   48,000

**Appraiser:**        Gary Lee Sapperstein, MAI, SRPA, MRICS

**Assisted By:**      Darrell R. Adams, MBA

# SAPPERSTEIN & ASSOCIATES, LLC

**APPRAISER:**    Gary Lee Sapperstein, MAI, SRPA, MRICS
Sapperstein & Associates, LLC
Certified General Real Estate Appraiser
DC License No.: GA10042

**ASSISTED BY:**    Darrell R. Adams, MBA

**SUBJECT:**  The building, configured for co-living use, contains 9,655± square feet of total gross building area (GBA), approximately 1,207± square feet per unit including common areas, with each of the eight units configured with 3 bedrooms and 3 baths. The building is situated on a lot containing 0.16 acre or 7,153 square feet that is zoned RF-1, Residential Flat Zone, intended to provide for areas predominantly developed with attached row houses on small lots. The property is located on the western side of Trinidad Avenue NE just south of Mount Olivet Road NE in the *Trinidad* neighborhood of northeast Washington, DC. Trinidad is a mostly residential neighborhood about 2.0± miles northeast of the U.S. Capitol.

**CENSUS:**  MSA/MD code 47894, State Code 11, County Code 001, Tract Code 0088.04

**LEGAL:**    Tax Id 4052/0176

**PURPOSE OF THE APPRAISAL:**  The purpose of the appraisal is to render an opinion of the Market Value "As Is" of the Fee Simple Estate as of January 2, 2020, the date of our most recent inspection, and the Prospective Value "As Stabilized" of the Leased Fee Estate as of January 2, 2021, the date the subject is expected to be operating at stabilized occupancy.

**INTENDED USE OF THIS APPRAISAL:**  This appraisal is intended to assist the Client, **Congressional Bank**, in a decision concerning a proposed new money federal real estate-related financial transaction. This valuation/analysis reflects a "cash equivalent" basis unless otherwise stated herein. The appraisers' knowledge of the function of this assignment is not and should not be construed as bias with regard to the opinion(s) of value rendered herein.

**INTEREST VALUED:**  Fee Simple Estate "As Is", Leased Fee Estate "As Stabilized"

**INTENDED CLIENT:**  Congressional Bank
6701 Democracy Boulevard, Suite 400
Bethesda, MD 20817

# SAPPERSTEIN & ASSOCIATES, LLC

**INTENDED USER:** Congressional Bank.   There are no other intended users.   Use of this appraisal by others is not authorized by the appraiser, unless otherwise identified by the client as being an intended user.   All other third parties are considered to be unintended users, and the appraiser assumes no obligation, liability or accountability to any third party.

**PERTINENT DATES:**

| | |
|---|---|
| Site Visit: | January 2, 2020 |
| **Effective Dates:** | |
| "As Is": | January 2, 2020 |
| "As Stabilized": | January 2, 2021 |
| **Report Date:** | January 15, 2020, consistent with the date on the letter of transmittal. |

**PREVIOUS AFFILIATIONS:**  No prior services have been performed by our firm for this property

## SCOPE - APPRAISAL RESEARCH AND REPORTING PROCESS

Per the instructions of our client we have derived the Market Value "As Is" and the Prospective Market Value "As Stabilized".   The following report contains much of the data used in forming the analysis and conclusions set forth herein.   The attached report identifies the property; the rights appraised; addresses the pertinent facts regarding the area, the subject, and the comparable data; describes our investigation; states the resulting analyses and opinions; and sets forth our general assumptions and limiting conditions. The engagement letter and instructions, supporting documentation and our qualifications are included in the Addenda. In preparing this appraisal, the appraiser accomplished the following:

- visited and observed the subject site, the site improvements, four of the eight apartment units, the local neighborhood, and the greater area;

- gathered information on comparable sales and listings of similar small apartment facilities in the market area of the subject, as well as rates of return as anticipated and expected by the investor community;

- communicated with various brokers and property owners considered to be knowledgeable of the Washington, DC commercial real estate market place;

## SAPPERSTEIN & ASSOCIATES, LLC

- held discussions with a variety of agencies which oversee land development and the permitting process within Washington, DC;

- reviewed data from primary and secondary data sources, including MRIS, SDAT, CoStar, LoopNet, REIS, Showcase.com, and various other miscellaneous internet sources;

- noted recent trends on a regional and submarket basis for commercial properties;

- confirmed and analyzed the data, and formulated a valuation. There are three approaches to value: sales comparison approach, income approach, and cost approach. Due to the nuances of the assignment and the characteristics of the subject property, we have employed the sales comparison approach and the income approach.

The sales comparison approach has the potential to provide a credible result when there is an abundance of market activity from which to analyze. There has been recent sales activity of small apartment properties similar to the subject in Washington, DC with which to develop a credible sales comparison analysis.    Given the size and configuration of the subject, we considered that the subject property would most likely be purchased by an investor rather than an owner/user/occupant.

While owner-users rely most heavily on the sales comparison approach when making their purchasing decisions, investors rely more heavily on the income approach as it is the property's income producing capacity that plays into the purchasing decision. There are numerous rented apartments in the market area of the subject, so market rental data is readily available.    Apartment facilities like the subject have potential rental income streams that have the capacity to provide for a substantial return to the owner.    The income approach is relevant and will be developed.

The cost approach is most useful and appropriate when valuing a newly constructed facility which has not accrued significant amounts of depreciation.    According to public records, the building was originally constructed circa 1938.    Even though the subject was recently gut-renovated, the age makes it difficult to estimate accrued depreciation from all sources (physical, functional, and external) with any degree of accuracy. In any case, most purchasers of the subject's property type would rely upon the two other approaches when making their buying decisions.    Lastly, the time and effort in developing this approach would not be commensurate with the results.    We have not developed the cost approach.

# SAPPERSTEIN & ASSOCIATES, LLC

The following data was provided: engagement letter.

No additional information was provided.   In the event information or contrary information is provided, we retain the right to amend the value accordingly.   The value indicated herein is predicated on the site being free from environmental hazards.

## SAPPERSTEIN & ASSOCIATES, LLC

### DEFINITIONS PERTINENT TO VALUE

*Market Value* is defined by the Office of the Comptroller of the Currency under 12 C.F.R. §34.42(g) as,

> ...the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus." Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
>
> (1)   buyer and seller are typically motivated;
> (2)   both parties are well informed or well advised, and acting in what they consider their own best interests;
> (3)   a reasonable time is allowed for exposure in the open market;
> (4)   payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
> (5)   the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

*Market Value "As Is"* is an estimate of the market value of the property in the condition observed upon inspection and as it physically and legally exists without hypothetical conditions, assumptions, or qualifications as of the date the appraisal is prepared.

*Prospective Market Value* is a value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy.

*Stabilized Occupancy* is defined as "1. The occupancy of a property that would be expected at a particular point in time, considering its relative competitive strength and supply and demand conditions at the time, and presuming it is priced at market rent and has had reasonable market exposure. A property is at stabilized occupancy when it is capturing its appropriate share of market demand.   2. An expression of the average

## SAPPERSTEIN & ASSOCIATES, LLC

or typical occupancy that would be expected for a property over a specified projection period or over its economic life".

*Extraordinary Assumption* is an assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions.

We have made the Extraordinary Assumptions in this report that the rents at the subject and the absorption period will be similar to the market, and that the size of the facility is as assumed in this report.   If this is not the case, the value conclusion herein could be affected.

**INTEREST VALUED:**    Fee Simple Estate ("As Is")

**Fee Simple Estate** is defined as "...an absolute ownership interest unencumbered by any other interest or estate, subject only to the limitations imposed by the government powers of taxation, eminent domain, police power, and escheat."

**INTEREST  VALUED:**    Leased  Fee  Interest  subject  to  any  existing  leases  ("As Stabilized").

*Leased Fee Interest* is defined as "...The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires."

Source of the definitions from: Appraisal Institute. *The Dictionary of Real Estate Appraisal, Sixth Edition.* (Chicago: Appraisal Institute, 2015.)

SAPPERSTEIN & ASSOCIATES, LLC

## PROJECTED MARKETING AND EXPOSURE PERIODS

**Marketing period** is defined as ". . . an estimate of the amount of time it might take to sell a property interest in real estate at the estimated market value level during the period immediately after the effective date of an appraisal."

**Exposure time** is defined as " ...the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based upon an analysis of past events assuming a competitive and open market."

As reported by the *PwC Investor Survey, Fourth Quarter 2019*, marketing time estimates for Washington, DC apartment properties ranged from 1 to 12 months, with an average of 4.6 months.   Because of its location, age, and small size, the subject is not considered to be an investment grade (institutional grade) property as are the properties in the survey, thus the marketing time required to move the property could be longer than in the survey.   We also searched MRIS for small (10 units or less) apartment properties sold in Washington, DC in the last year.   The average days on market ranged from 7 to 182 days (0.2 to 6.1 months), with an average of 40 days (1.3 months).   The apartment properties in the survey were mostly un-renovated; small, un-renovated apartment properties are generally more in-demand than renovated properties.

Based on our knowledge and experience in the industry, with consideration given to the specific nuances of the subject's submarket area, normal marketing period is estimated to be *six (6) months* if the property was offered for sale in accordance with the appraised value.   Exposure time is considered to be consistent with marketing time.

The timeframe recognizes that the subject property is configured in a manner that would appeal to an investor rather than an owner-operator.   Overall, given the increasing popularity of the subject's neighborhood, the property is considered to have good market appeal.   The overall real estate market remains healthy, and there is strong activity in the market for attractive properties that are appropriately priced.   Washington, DC is one of the strongest real estate markets in the country.

# SAPPERSTEIN & ASSOCIATES, LLC



## SAPPERSTEIN & ASSOCIATES, LLC

# WASHINGTON, DC PROFILE



*Washington, DC in Red*

Washington, DC, or *The District* as it is often called, is a planned city and is recognized as one of the most beautifully designed and distinguished cities in the world. Its location at the mouth of the Potomac River was selected in 1790 to be the nation's capital. It is situated at the confluence of the Potomac and Anacostia Rivers, about 25 miles west of the Chesapeake Bay. It is bounded to the north and east by the Maryland counties of Montgomery and Prince George's. To the southwest, across the Potomac River in Northern Virginia, are Arlington County and the City of Alexandria.

The District is divided into four quadrants - Northwest, Southwest, Northeast, and Southeast. Its main dividing lines are North and South Capitol Streets forming the 'Y Axis' and East Capitol Street and Jefferson Drive forming the 'X Axis.' The point at which the two lines intersect is the Capitol Building. The city is characterized by numerous classical government buildings, of classical design, embassies, and fine homes. There is also an elaborate system of parks, broad tree-shaded streets, and eight square miles of water surface. A culturally and socially diverse population lives within its borders.

Washington, DC is governed by a mayor-council form of government. A mayor and a nine-member council are elected to govern. The District has one non-voting member in the House of Representatives and an elected Board of Education. The District is further divided into eight wards. A ward is a political subdivision created for voting and representation in the City Council. The ward boundary lines are redrawn after each decennial census, if necessary, to ensure that ward populations be near to equal in size, as possible. A brief description of the wards follows:

# SAPPERSTEIN & ASSOCIATES, LLC

Ward 1: Located in the Northwest quadrant, it is the smallest ward and the most densely populated, being predominantly residential. More than 80% of the land is devoted to housing. Howard University is located in this ward as well as Adams Morgan, a thriving entertainment and restaurant district.

Ward 2: There are more historic landmarks and historic districts in this ward than any other in the city. Retail trade, offices, hotels and other service businesses cover 40% of the land. The ward occupies major parts of the Northwest and Southwest quadrants. A large part of Washington's Potomac River waterfront is located in this ward.

Ward 3: Covering more than 6,000 acres in the western part of the city, it is the largest ward. However, more than half of the land area is parkland (reference the extensive Rock Creek Park), making this ward the lowest in terms of population density. It is home to American University. Commercial development is along Wisconsin and Connecticut Avenues, two major business corridors.

Ward 4: This Ward is located in the northern-most point of the city and covers over 3,700 acres. About 87% of the land in this ward is devoted to residential use, the highest percentage in the city.

Ward 5: Located in the city's northeastern quadrant, this ward has more industrial acreage than any other area of the city. Two major commuter arteries, New York Ave and Rhode Island Avenue, are located in this ward and serve as gateways to The District from the east.

Ward 6: This ward straddles the Anacostia River. Two of its neighborhoods, Capitol Hill and Anacostia, have been in existence since the early 19th century. This ward also includes Union Station, a major transportation hub for train lines.

Ward 7: Located in the easternmost point of the city, this ward lies on the eastern shore of the Anacostia River. About one-half of the land is tax exempt, with the federal government owning over 1,400 of its 3,700 acres.

Ward 8: The southernmost ward with more than 4,000 acres, it also has the smallest percentage of taxable land. Properties such as St. Elizabeth's hospital, Bolling Air Force Base, Blue Plain's Wastewater Treatment Plant, DC Village, and parkland leave just 962 acres that are taxable. Ward 8 has the fewest number of housing units in the city.

## SAPPERSTEIN & ASSOCIATES, LLC

**Population and Households**

According to the most recent Census Bureau estimates, the District's population is about 693,972±. The District ranks fourth in population in the region behind Fairfax, Montgomery, and Prince George's Counties. The median age is 35.1 years, which is slightly lower than the averages for the metropolitan area.

**Economy and Employment**

The dominance of the federal government and government-related business has tempered the business cycles of Washington, DC.   The positive benefit is the stability of the federal government and the fact that there is little manufacturing in The District. There are an enormous amount of government and service workers such as lawyers, lobbyists, non-profit agency employees, and accountants. Services have been the engine of growth in the last decade. The District has become more dependent on the Federal government, its core business.

Within the region, DC is home to more jobs than any of the other jurisdiction, at over 694,000 at-place jobs. With a superb cultural life and a multitude of national monuments, Washington, DC depends on tourism as a major source of income. Overall tourism brings in at least $5 billion per year to the region's economy. The District ranks second in the region for total square footage of commercial construction despite the constraints on the supply of commercial real estate due to a large federal presence, historical preservation, and height restrictions. The commercial real estate market can't expand its supply rapidly, so it doesn't have as far to contract during downturns. The office market is larger than most of the surrounding jurisdictions at over 146.6± million square feet and its vacancy rate is one of the lowest in the country. The federal government plays a large role as tenant and landowner and creates a demand for office space from service-related businesses and law firms.   In the next few years, federal spending is expected to continue providing a positive influence on the District.   However, this may be at lower levels due to cutbacks in federal spending as a result of the budget crisis. On the whole, The District will be stronger than almost all of the major metropolitan markets in the country due to the presence of the federal government.

Revitalization in the District has transformed previously desolate areas into retail destinations. Of note are the H Street Corridor, the U Street Corridor, 14th Street/Columbia Heights, Barracks Row, and NOMA. The southeast and southwest waterfronts transformation has begun due to the Nationals Stadium, the new Audi Field soccer stadium, and new residential and commercial development along the Anacostia River.

## SAPPERSTEIN & ASSOCIATES, LLC

### Education

Prestigious institutions of higher learning include Georgetown University, George Washington University, Howard University, American University, Catholic University, and Gallaudet University.

### Transportation

Washington's pivotal location on the eastern seaboard allows for immediate connection to all national and international markets via three airports (Dulles-Washington International Airport, Ronald Reagan Washington National Airport, and Baltimore-Washington International Airport). Public transportation is provided by Metrorail and Metrobus. There are 86 rail stations and more than 330 bus routes. Numerous taxicab companies and other private automobile companies service the area.

### Conclusion

Washington, DC, with its pervasive federal government presence, geographic location, and natural tourist attractions, has been one of the top performing cities in most real estate categories. This should continue well into the future, as many national and international businesses, investors, and tenants seek to locate here.

# SAPPERSTEIN & ASSOCIATES, LLC



SAPPERSTEIN & ASSOCIATES, LLC

## NEIGHBORHOOD DESCRIPTION



*Trinidad Neighborhood*

The subject property is located within the northeast quadrant of Washington, DC, in a community referred to as **Trinidad**. When delineating the boundaries of the subject neighborhood, consideration must be given to physical, social, economic, and government forces which have played a role in the types of development both within the neighborhood and adjacent surrounding areas. Although the boundaries are not exact and the neighborhood is irregular in shape, the Trinidad neighborhood generally defined as that area of mostly residential uses east of West Virginia Avenue, north of Florida Avenue, and west of Bladensburg Road.  Bordered to the north by Mount Olivet Cemetery and Ivy City, to the east by the National Arboretum and Bladensburg Road, to the south by Near Northeast, Florida Avenue and the H Street Corridor, and to the west by Gallaudet University, it is a largely residential area with quiet, tree-lined streets and a mix of attached single-family homes and two-story apartment buildings. The first two blocks of the neighborhood north of Florida Avenue feature classic Victorian rowhouses similar to those in nearby Capitol Hill.  Further north, many of the row houses are built in a flat porch-fronted style (similar to craftsman style) that gained popularity during the 1920s. Northern portions of Trinidad were developed later, some parts as late as the 1940s

During the 1950's and 1960's, the suburbs started luring DC residents away.  In 1968, riots ripped through the area and sped up the exodus.   In the 1980's, a real estate scandal created the environment for illicit activity in the neighborhood.   Many of the homes were driven into foreclosure, laid vacant, and were reborn as crackhouses.   Trinidad became an open air drug market, and the crack epidemic of the 1980's and 1990's left severe scarring throughout the area.

## SAPPERSTEIN & ASSOCIATES, LLC

Only in the last decade has the neighborhood begun to turn a corner.   Trinidad's renaissance has gained momentum in the last five years, and the neighborhood has lately seen real estate appreciation among the highest in the DC market.   Trinidad is now well positioned: a five-minute walk from the restaurant and bar scene along Northeast's H Street corridor, a ten-minute walk from Union Market, and a less than 20-minute walk from NoMa (and the Red Line).

### Transportation and Access

Access to the area is provided by an extensive network of roadways as well as the Metro system. As the subject is centrally located within the District of Columbia, there are many roadways which connect like spokes in a wheel with the Capital Beltway, the circumferential highway around the metropolitan area. The primary roadways in the local area are Bladensburg Road, Florida Avenue and Benning Road.   U.S. 50, about one-half mile north, provides direct access to both downtown and I-495/Capital Beltway, seven miles east.

Trinidad is served by the NoMa – Gallaudet University Metro station on the Red Line, and by Metrobus routes B2, D4, D8, and X3.

### Land Uses

The subject area has been slowly but surely evolving into an increasingly popular residential enclave, gaining attention due to its proximity to downtown, community amenities, and cheaper real estate prices.   The houses are primarily from the early 20th century and are receiving increasing levels of maintenance, upgrading, and/or redevelopment. Although there are still a number of buildings in the vicinity that are currently vacant and boarded up, the transition to upscale uses and a higher level of tenancy profile is emerging and is increasing in prevalence at such time as the economic base of the enclave becomes more secure. The buildings now boarded up will no doubt be re-developed to a higher profile product.

Uses immediately surrounding the subject are 2-level rowhouses.   Adjacent to the rear is the Trinidad Recreation Center.

The primary nearby commercial corridors are Bladensburg Road and Florida Avenue, as well as the H Street Corridor to the south.

## SAPPERSTEIN & ASSOCIATES, LLC

**Demographics**

According to the FFIEC Geo-coding system, an online data reporting service, the general demographics for the subject census tract (0088.04), which encompasses the northern portion of the Trinidad neighborhood, based upon data for 2019, are as follows:

| | |
|---|---|
| Population: | 2,442 |
| Median Family Income: | $55,526 |
| Income Percentile: | 48.4% |
| % Below Poverty Line: | 30.2% |
| # of Housing units: | 1,419 |
| 1 - 4 Family Units: | 1,285 (90.6%) |
| Owner Occupied Units: | 350 (24.7%) |
| Renter-occupied units: | 723 (51.0%) |
| Vacant units: | 346 (24.4%) |

The data regarding the income indicates a low income populace; reference the median family income at about 48% that of the MSA and a poverty rate of about 30% of the populace.   Only about 25% of the housing stock is owner occupied, and more than 24% of the dwellings are vacant.   However, the median family income is up from $39,766 in 2015 to $55,526 in 2019, an increase of nearly 40% in four years, an indication of the accelerating gentrification occurring in the neighborhood.

**Public Utilities and Services**

Utilities available include natural gas, electricity, telephone, public water, and public sewer. These utilities are plentiful and are provided at prices which are competitive with other jurisdictions. The Washington, DC police force maintains regular patrols of the district and environs. Fire protection is provided by the Washington, DC Fire Department and is adequate. There are several hospitals within the area. Parks and recreation areas are ample.

The neighborhood has several pre-kindergarten through eighth grade schools within its bounds, including the Wheatley Education Campus, a public school on Neal Street, and the Center City PCS Trinidad Campus, a charter school on West Virginia Avenue. Webb Elementary School closed in 2009, but KIPP, the national charter school network, recently announced plans to take over the space in the near future. Trinidad also has two recreational centers — Trinidad Recreation Center and the Joseph Cole Recreation Center. Aside from the amenities on the H Street Corridor, residents have access to the retail on Bladensburg Road, though it is still dominated by liquor stores and auto shops.

SAPPERSTEIN & ASSOCIATES, LLC

**Summary**

The subject neighborhood is a geographically well defined area with homogenous and harmonious land uses. The demographics of the area are conducive to residential uses supported by commercial uses along the major corridors. The population is generally lower income but the area is gentrifying at an increasing rate.  Vacancy rates for renovated residential properties are reported to be around 5%.  Governmental factors present no impediment to either commercial or residential uses and/or development. Public services such as fire, police and medical services are adequate. Public utilities are available in adequate quantities and priced competitively with other jurisdictions. Other than continuing crime problems in some portions of the community, there are no nuisances or hazards to our knowledge which threaten continued commercial and/or residential uses or development within the subject neighborhood.

## SAPPERSTEIN & ASSOCIATES, LLC

## CO-LIVING MARKET

(From Forbes, *Is Co-Living the New Co-Working?*, February 7, 2019 and Coworking Resources, *The Rising Trend of Co-living Spaces*, February 24, 2019)

The developer renovated the subject facility with a full bathroom for each bedroom, and intends to market it for co-living use.   Co-living is the trend of living with other people in one space (apartment unit) that encourages its residents to interact and work together. They are most often run by companies and have popped up in response to the huge number of young people moving to expensive cities in search of work. Co-living is a new kind of modern housing where residents with shared interests, intentions, and values share a living space where they're almost like a big family, and is especially common around colleges and universities.   In the case of the subject, the developer indicated that the target market for the facility is students, teachers and graduates of nearby Gallaudet University.

Co-living is built on the concept of openness and collaboration.   This form of housing is based on the sharing economy. Residents will usually have their own bedroom and bathroom but will share common areas like cooking and living spaces. On a practical level, the expenses are shared between all the residents, which can make it a more economical choice for some. The price paid for a co-living space will vary depending on the city, but it will generally be cheaper than traditional rent.

According to research by the Urban Institutes Housing Finance Policy Center, only 1 in 3 millennials under the age of 25 owned a home by the end of 2018.   This number is 8-9% lower than in previous generations. The traditional way of housing has required this change. Millennials are often the demographic that gravitates towards co-living spaces due in part to the general consumer trends towards a sharing economy.   Co-living has become more than just a housing model; it has become a solution for the growing younger generations.

Co-living's chief benefit for landlords is its ability to generate a higher yield per foot than traditional leases. Downsides from the landlord's perspective include high turnover, non-standard lease terms and expenses related to retrofitting traditional apartments for co-living purposes. Facilitating a communal living experience and creating and organizing programming are two additional hurdles landlords must surmount. In a typical rental co-living apartment unit, the lease is between the landlord and the individual tenants, with the added caveat that the tenants are responsible for keeping each bedroom

## SAPPERSTEIN & ASSOCIATES, LLC

occupied.   This type of arrangement places the onus on the tenants to keep the unit fully occupied.

From the renter's standpoint, advantages include flexibility, the ease of renting fully-furnished spaces, smoother, technology-enabled renting experiences and the chance to live alongside others of similar age, experience and mindsets. A big negative is a more compact home, comparatively higher rental costs per square foot vis-a-vis apartments, and the fact that communal living may not be to the renter's liking.

## SAPPERSTEIN & ASSOCIATES, LLC

## SITE DESCRIPTION

The subject property is located on the western side of Trinidad Avenue NE just south of Mount Olivet Road NE in the *Trinidad* neighborhood of northeast Washington, DC, about 2.0± miles northeast of the U.S. Capitol.   It is identified in public records at Block 4052, Lot 0176.   The lot measures about 65′ wide in front and about 110′± deep and contains about 7,153 square feet.   The lot is flat and on grade with surrounding properties.   All typical public utilities are available to the site.



*Block 4052, Lot 0176*

We shall rely upon this representation.   In the event we are provided alternative information that proves more accurate, we reserve the right to amend this report accordingly.

The following description is based upon observations made during our inspection of the property and on public records.

| **Address:** | 1732-1736 Trinidad Avenue NE |
| | Washington, DC 20002-7820 |
| | |
| **Location:** | Western side of Trinidad Avenue NE just south of Mount Olivet Road NE in the *Trinidad* neighborhood of northeast |

## SAPPERSTEIN & ASSOCIATES, LLC

Washington, DC, about 2.0± miles northeast of the U.S. Capitol.

**Shape:**              Rectangular

**Size:**               0.16 acre or 7,153± square feet of land area.

**Topography:**         Relatively flat and on grade with surrounding properties and streets.

**Frontage:**           65'± of frontage along Trinidad Avenue

**Access:**             Access to the property is from Trinidad Avenue.    The property includes about 8± surface parking spaces in the rear. The local area has a well developed road system, and public transportation is abundant; the NOMA-Gallaudet U subway station is about one mile west, and numerous bus lines run through the area.

**Visibility:**         The property is on an unobstructed interior site with ample road frontage, providing good urban visibility.

**Flood Status:**       According to FEMA Map 1100010036C, dated 09/27/2010, it appears that the subject lot is located in zone X, not considered a flood hazard area.

**Utilities:**          The lot is served by all typical public utilities.

**Soils:**              The underlying soil is UfC, Urban land-Christiana complex, 8 to 15 percent slopes.    Based on the development on the subject site and the longstanding, dense development in the surrounding area, the soils are assumed to be capable of supporting development, though we do not warrant same.

**Easements:**          Information on easements and/or encroachments was not provided.    Any utility easements are considered typical of developed areas. *We are not experts on these issues and recommend the user of this report seek council from an authority to fully understand the impact of such easements and/or encroachments to this property.    The value*

24

## SAPPERSTEIN & ASSOCIATES, LLC

*indicated in this report assumes no negative impact from any easement or encroachment.   And further, the value assumes any easement to be typical of similar use properties.*

**Census Tract:** MSA/MD code 47894, State Code 11, County Code 001, Tract Code 0088.04.

**Adjacent Uses:** Adjacent properties are a church in an industrial building to the north; an attached 2-story apartment building to the east, across Trinidad Avenue; a corner store attached to the subject to the south; and an apartment building to the west.

**Site Improvements:** The lot is improved with a 2-story, 8-unit apartment building built circa 1938 that has been newly renovated; concrete sidewalks, curbs, and gutters; typical landscaping; and off street parking for 6± vehicles.   The improvements will be described in detail in the next section.

**Surroundings:** The subject's immediate area is residential in nature. Residential property type is mainly row-style townhouses and small apartments.   Most of the development in the area is from the early 20th century.   Commercial development is concentrated along Bladensburg Road and Mount Olivet Road.

**Environmental/Soil/ Wetlands:** No formal environmental site analysis, flood plain/wetland study, or soils analysis was provided. We assume, and it is a limiting condition of this report, that no hazardous conditions or contamination of air, water, or soil, and no wetlands exists on the subject site, or on adjacent sites or parcel in the vicinity of the subject which would adversely affect the marketability/value of the subject. Furthermore, the appraisers assume - and it is a limiting condition of this report (see General Assumptions and Limiting Conditions) - that soil conditions are adequate for construction of any permissible improvements by zone.   The existence of numerous other buildings in proximity suggests that the

# SAPPERSTEIN & ASSOCIATES, LLC

soils in the general area are suitable for the development of commercial/residential class properties.

*As to the subject's environmental and soil condition, we yield to any past, present, or future report which would indicate whether or not environmental conditions exist on the site.   We express no opinion as to the property's environmental or soil condition.*

**Condition of the
    Property:**      Based on visual observation, there were no apparent signs of erosion, poor drainage or land subsidence noticed at the site by the appraisers.   The subject property is similar to other properties in the immediate vicinity, and it is considered to be "complementary" with regards to use. The property reportedly possesses no apparent physical constraints, to our knowledge, to the existing development or to any proposed development (assuming there are no contamination issues).

## SAPPERSTEIN & ASSOCIATES, LLC

## IMPROVEMENTS DESCRIPTION

The following description is based on our visual inspection and discussions with the property contact. No layouts, construction budget, structural reports nor engineering reports were provided. No warranty is made for size or structural conditions. As a limiting condition of this report, we do not warrant ADA compliance or lack thereof.



*Front of Subject*

The subject is a 2-story attached building that contains 9,655± square feet of total gross building area (GBA). The owner has just completed a gut renovation of the property, which reportedly included (but was not limited to):

- Re-configuration of the interiors
- New windows and doors
- New flooring
- New plumbing, HVAC and electrical systems
- New appliances, countertops and cabinets

No renovation budget was provided to us.

# SAPPERSTEIN & ASSOCIATES, LLC

The building is configured with eight (8) apartment units, each unit containing about 1,207 square feet when building common areas are included. Each unit is configured for three tenants as follows:

- 3BR
- 3 full BA
- Living/dining area
- Kitchen

There was also a rooftop deck and off street parking for 6± vehicles.

With a full bathroom for each bedroom, the apartment units are suitable traditional use as well as for co-living use. The units were fully furnished.

Materials and finish were above average for the market, and included hardwood and ceramic tile flooring, stainless appliances in the kitchens, ceramic tile surrounds in the bathrooms, and recessed "can" lighting throughout. Each unit also had a washer and dryer. There was also a concrete pad in the rear with room for 6+ off street parking spaces.



*Typical Kitchen*



*Typical Bathroom*



*Typical Living Room*

# SAPPERSTEIN & ASSOCIATES, LLC

The facility is generally described as follows:

| General | |
| --- | --- |
| Number of Buildings | One |
| Number of Stories: | Two |
| Type: | 8-unit co-living apartment facility |
| Year Built: | 1938; gut renovation in 2019 |
| Gross Building Area: | 9,655± square feet |
| Parking: | 6+ off street surface spaces |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# SAPPERSTEIN & ASSOCIATES, LLC

| Ceiling: | Painted sheetrock |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## SAPPERSTEIN & ASSOCIATES, LLC

| Externalities: | Positive externalities exist as Trinidad is gaining more attention as a less expensive alternative to other areas of the city. Prices have increased greatly in the last 5 – 10 years. There are still numerous boarded properties in parts of the neighborhood, and there are still pockets of crime, but conditions continue to improve |
| --- | --- |

## SAPPERSTEIN & ASSOCIATES, LLC

## ZONING

The subject property is situated in a **RF-1/Residential Flat** zoning district.   The purpose of the RF-1 zone is to provide for areas predominantly developed with attached row houses on small lots within which no more than 2 dwelling units are permitted.   In the RF-1 Zone, 2 dwelling units may be located within the principal structure or 1 each in the principal structure and an accessory structure.   A building or structure existing before May 12, 1958 in the RF-1 zone may be used for more than 2 dwelling units; this applies to the subject.   Accessory Dwelling Units are not permitted in a dwelling unit in RF-1.

The following table of development standards is from the *District of Columbia Zoning Handbook*, a guide to the official zoning regulations of 2016.

| Development Standards | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Height (ft.)[1, 2] | Stories | Lot Occupancy[3] | Front Setback | Rear Yard (ft.) | Side Yard (ft.) | Zoning Regulation Reference |
| RF-1 | 60 for a place of worship | 3 | 60% for detached dwellings, semi-detached dwellings, row dwellings and flats, and places or worship | A front setback shall be provided that is within the range of existing front setbacks of all structures on the same side of the street in the block where the building is proposed. | 20 | None[4, 5, 6] | Subtitle E, Chapter 3 |
| | 35 for all other structures | | 40% for all other structures | | | | |

### *RF-1 Development Standards*

[1] A building or other structure may be erected to a height not exceeding 90 ft.; provided that the building or structure shall be removed from all lot lines of its lot for a distance equal to the height of the building or structure above the natural grade.

[2] Institutional buildings or structures may be erected to a height not exceeding 90 ft., provided that the building or structure shall be removed from all lot lines of its lot a distance of not less than 1 ft. for each foot of height in excess of that authorized in the zone in which it is located.

[3] Conversion of a building or structure to an apartment house Greater of 60% or the lot occupancy as of the date of conversion.

[4] When a new dwelling or flat is erected that does not share a common division wall with an existing building or a building being constructed together with the new building, it shall have a side yard on each resulting free-standing side.

[5] A side yard shall not be required along a side street abutting a corner lot in an RF zone.

[6] No side yard is required for a principal building; however, any side yard provided on any portion of a principal building shall be at least five 5 ft. except as provided in this section.

The RF-1 zone is intended primarily for residential uses.   Other uses allowed with certain conditions include boarding houses, corner stores, medical care uses, and child/elderly development centers.

# SAPPERSTEIN & ASSOCIATES, LLC

The preceding discussion offers an overview of the applicable zoning regulations.    For a more detailed discussion of this zone, consult the Washington, DC Zoning Regulations for 2016.

We provide the caveat that no document as to zoning confirmation and/or compliance was provided for our review, nor is one known to exist. We make no warranty or representation as to the subject's zoning confirmation or compliance.    *As we are not an expert on zoning, ADA compliance, and building code issues, we urge any person relying on this report to contact a local zoning attorney, architect, or engineer to ascertain the subject's legality and conformance on these matters.*    The appraisers specifically waive any responsibility for analysis of parking, handicap, use/occupancy, and building code issues.

Having said that and for the purpose of this valuation analysis, the building is assumed to be in compliance with all requirements for occupancy by a normal tenant or tenants for the subject property type.    Any substantial change in the zoning interpretation from that discussed in this report could have an impact on the value reported in this report.

# SAPPERSTEIN & ASSOCIATES, LLC

## ASSESSMENTS AND TAXES

The 2020 tax assessment and tax liability for the subject property is as follows:

| Levied by Washington, DC | |
|---|---|
| | |
| | _____ |
| | |
| | |

# SAPPERSTEIN & ASSOCIATES, LLC

## STATEMENT OF OWNERSHIP

According to District of Columbia public records, the subject property is titled in the name of "Ocaso Holdings LLC".  This entity purchased the property from "Russell S. Drazin, Substitute Trustee" for $850,000 in a foreclosure sale recorded in DC deed records on February 7, 2018, at document number 2018020695.   The purchaser gut renovated the facility since the purchase and intends to rent the eight apartment units (24 bedrooms) to co-living tenants.

*We are unaware of any listings, offerings, letters of intent, or sales contracts on the subject property.   The above should not be construed as a title report, abstract, etc., but merely a statement of the facts as we know them.*

## SAPPERSTEIN & ASSOCIATES, LLC

## HIGHEST AND BEST USE

For the purpose of this appraisal, Highest and Best Use is defined as: "that reasonable and probable use that will support the highest present value, as of the effective date of the appraisal.   Alternatively, that use from among reasonable, probable and legal alternative uses found to be physically possible, appropriately supported, financially feasible, and which results in highest land value.   Implied within these definitions is recognition of the contribution of that specific use to community environment or to community goals, in addition to wealth maximization of individual property owners."

There are four criteria which must be examined in order to determine the highest and best use of a property.   The use must be:

- Physically Possible
- Legally Permissible
- Economically Feasible
- Maximally Productive

These criteria are generally considered in succession, as it would be futile to determine the financial or economic feasibility of a use if it were not physically possible to construct an improvement or if that specific use were not legally permissible.

### Highest and Best Use as Vacant

The optimum use of the subject site, if unimproved and available for development, would be that use which would generate the greatest net return on the property over the economic life of the proposed improvements.

1. The physical characteristics of the site do not impede development of most uses found in the general neighborhood.   The subject lot contains 0.16 acre or 7,153± square feet according to public records; this is larger than typical size for residential lots in this area of the city.   The lot is flat and on grade with adjacent properties and streets.   The rectangular shape is deemed favorable and adequate for new construction.   The interior site has 65' of frontage on Trinidad Avenue, providing good urban visibility.   All typical utilities are available to the site.

2. The legal issues affecting the site mostly deal with zoning issues but also are affected by building codes, public and private restrictions, and environmental

## SAPPERSTEIN & ASSOCIATES, LLC

regulations.    The subject property is zoned **RF-1/Residential Flat** zoning district.    This zone provides for areas predominantly developed with attached row houses on small lots; buildings existing before May 12, 1958 in the RF-1 zone may be used for more than 2 dwelling units.    Therefore, the second criterion, <u>legally permitted</u>, is best met with a development that conforms to the RF-1 zoning classification.

3.    <u>Economically feasible</u> uses are those physically possible and legally permissible uses which provide some economic return to the land.    In surveying the greater neighborhood, the existing multi-family product is well received by the market, and vacancy rates are low.    The historical success of the existing multi-family product in the area suggests that economic feasibility has historically prevailed for such use.    The location in the increasingly popular Trinidad neighborhood, with its dense residential population, heavy pedestrian and vehicle traffic, the proximity to a Metro Subway station and numerous bus lines, and the proximity to the core area of DC, are positive factors for a variety of uses, including multi-family product.

The Washington, DC area, like the rest of the country, experiences periodic economic slowdowns.    However, the downturns are mitigated in the Washington, DC area by the large degree of federal spending, particularly for defense and homeland security, as well as the diversity of employment.

Overall, vacancy rates for multi-family product, particularly for affordable projects in Washington, DC, are low and the long-term economic outlook for the region is positive.

4.    <u>Maximally productive</u>. The size of potential improvements is constrained by the zoning requirements including minimum lot area requirements, FAR restrictions, and setback requirements.    The maximally productive use of the site would generate the highest return to the property owner.

As of the effective date of this appraisal, considering the factors outlined above, the maximally productive use of the site "if vacant" would be development with multi-family product.    Obviously, any use would fall to the scrutiny of the Washington, DC review board for its complementary value to the overall community and its compatibility with adjacent uses, and would need to adhere to the zoning regulations.    The most likely purchaser

## SAPPERSTEIN & ASSOCIATES, LLC

of the property "as if vacant" is a local developer of residential properties familiar with the area.   Development would likely begin as soon as appropriate permits could be obtained, probably within one to two years.

It is beyond the scope of this assignment to do a feasibility study on all of the possible various end uses of the property.

**Highest and Best Use as Improved**

The site is currently improved with a 2-story, 8-unit apartment facility that was originally built in 1938 and recently gut renovated; at present, the facility is vacant but according to the developer, there are numerous tenants lined up.   The property is located in the Trinidad neighborhood in the northeast quadrant of Washington, DC.   Given the proximity to downtown and other major destinations within the City, and with dense residential development at relatively affordable prices, the neighborhood is increasingly popular.   The success and stability of the surrounding residential product is an indication that such use is a viable highest and best use.   Numerous properties in the area are being renovated for multi-family residential use.

After viewing the existing building at the site and analyzing the market dynamics of the area, it is our opinion that the Highest and Best Use of the subject property is to continue its use as an apartment facility.   Demand for such will continue for the foreseeable future.   The assessor's apportionment of land and building to total property value is evidence of its highest and best use.   Therefore, at this time demolition and redevelopment of the property will <u>not</u> result in a higher value than the present use.   The most likely purchaser is a local or regional investor looking for an economic return.   The purchase would likely occur within six (6) months.   We note that residential properties are increasingly popular in the Trindad area, with sales and rental prices increasing at a healthy rate.

## SAPPERSTEIN & ASSOCIATES, LLC

# VALUATION PREMISE AND METHODOLOGY

There are three approaches to value, and all three approaches were considered.   We have utilized both the sales comparison approach and the income approach in order to derive the market value.   We will first develop the value "As Stabilized" and then make appropriate adjustments to derive the value "As Is".   Given the popularity of the neighborhood and the low vacancy rates in the area, we are of the opinion that the subject can achieve stabilized occupancy within one year.

## SALES COMPARISON APPROACH

The **Sale Comparison Approach** compares the subject with other similar small, recently renovated apartment properties near Trinidad deemed similar to the subject which have transferred title within the recent market period. Adjustments are made for items of dissimilarity.   This approach assumes that buyers/investors in the market are similarly motivated and will pay a relatively similar price per square foot based on the property's merits, location, quality, condition, size, etc.

The following adjustment grid presents the adjustments warranted to each sale, as compared to the subject property. The analysis implies a level of accuracy which may not exist in the current market. However, the adjustment grid has been included to illustrate the magnitude of the warranted adjustments. Use of an adjustment grid in making quantitative adjustments is only appropriate and reliable when the extent of an adjustment for each particular factor is well supported and the dollar or percentage adjustment is derived through either paired sales analysis or other data relevant to the market. In instances where paired sales and market data is not readily available, the appraiser must use his best judgment to make a reasonable estimate for the appropriate adjustment.

In order to derive the market value of the subject property, numerous small apartment property sales in the market area of the subject were researched and analyzed. Interviews were conducted with buyers, sellers, property owners, brokers, and a number of other active participants within the marketplace.   While many sales were considered, only the transactions considered to be most relevant to this assignment were selected. Though the comparables were not specifically configured for co-living use, they were fairly similar in configuration and utility.   The unit of measurement employed in this

## SAPPERSTEIN & ASSOCIATES, LLC

analysis is the price paid per square foot of GBA.   A location map and pictures of the comparables can be found in the Addenda.

A summary of recent sale transactions and associated adjustments is presented in chart form at the end of this section. Four (4) sales transactions were identified and considered to be roughly comparable to the subject with regard to location, size, use, style, quality, etc.   The sales transactions are "recent" in time, all having occurred since July 2018.   The unadjusted sale prices from the survey reflect a range of $346.82 to $517.52 per square foot, with an unadjusted average of $433.10.

The sales were all in "fee simple" subject to any leases in place.   All sale prices are considered to be cash equivalent with no favorable terms extended, other than that typical for the market.   All of the comparables transferred at "arms length" warranting no adjustments for conditions of sale.

The other factors considered to potentially have an effect on value and price include the date of sale, location, age and condition, quality/buildout, size, and highest and best use (zoning).

The **date of sale** speaks to the market conditions or timing of the transaction vis-a-vis the economic climate at the time and any escalation or deflationary pressures that may be noted in the market at that time.   The sales which have been used to value the subject property occurred between July 2018 and October 2019.   In light of increasing prices/stable capitalization rates for commercial properties in the past several years, we have made upward adjustments to all of the comparables at a rate of +4% per year. While increasing prices *may* not continue in perpetuity, it is an appropriate reflection of recent market and economic conditions.

**Location** considers both macro and micro characteristics such as proximity to transportation corridors, as well as demographics and synergistic dynamics specific to the micro-location.   It also considers how visible the property is from the roadway and how easy it is to access the property.   The subject is located in the Trinidad neighborhood, a densely developed, mostly residential area in the northeast quadrant of Washington, DC.   It is located on a primary street with nearby access to public transportation and supporting retail services.   The nature and condition of local properties was also considered in our location adjustments.   The local area was developed mostly with older properties, many recently or currently undergoing renovation; there are a good number of dilapidated properties as well.   Trinidad is in the

## SAPPERSTEIN & ASSOCIATES, LLC

process of gentrification, as evidenced by the large number of properties in the area undergoing renovation, the changing demographics, and the increasing real estate prices in the area.

In the chart below we have presented selective characteristics of the comparable's neighborhoods, including the median family income in the census tract of the comparable, the median family income percentile in the census tract, and the average home sales price of sales in the past year within 0.1 mile of the comparable.

| Comp | Address | Median Family Income | Median Family Income % | Average Home Price |
|------|---------|---------------------|----------------------|-------------------|
| Subject | 1732-1736 Trinidad Ave NE | $55,526 | 48.4% | $325,000 |
| 1 | 1908 Consitution Ave NE | $125,585 | 109.5% | $589,769 |
| 2 | 1515 Isherwood St NE | $55,228 | 48.2% | $668,793 |
| 3 | 1646 F St NE | $55,228 | 48.2% | $521,938 |
| 4 | 428 11th St NE | $223,860 | 195.2% | $777,153 |

*Selected Neighborhood Characteristics*

Comparables 1 and 4 were in areas where incomes were much higher than the subject's, and average home prices were much higher in all of the comparable's neighborhoods. We made downward adjustments to all of the comparables to reflect their more affluent populace and/or the much higher real estate prices.

**Age/condition** speaks to the vintage of the buildings as well as to the condition of the properties. The subject was built circa 1938, making it about 81 years old. It was fully gut-renovated in 2019; as no tenants have occupied the building since renovation, the interiors are in nearly new condition. All of the comparables were renovated prior to the subject, so we made upward adjustments to all of the comparables to reflect the superior condition of the subject.

**Quality/Buildout** speaks to the exterior presentation of the facility, as well as to the configuration, materials, fit, and finish of construction. The subject and all of the comparables are considered to be class "B/C" apartment facilities with good quality and finish. According to the public tax data, the subject and all of the comparables are considered to be of "above average" quality. No adjustments have been applied for quality and buildout.

## SAPPERSTEIN & ASSOCIATES, LLC

With regard to **size**, the market has historically indicated that larger properties tend to transfer at a lower per unit cost compared to smaller properties, all else being equal. This is due in part to the greater risk and exposure associated with larger ventures, the cost to carry during construction and lease-up, tenant improvements, and commissions, as well as economies of scale experienced in the construction and operation of the project. Additionally, smaller properties appeal to and can be absorbed by a broader segment of the market than the larger properties, all else being equal.   Smaller properties are adjusted downward and larger properties are adjusted upward.   The subject and the comparables were similar in size, appealing to a similar market, so no adjustments were applied.

**Highest and Best Use** considers the developability and use potential of the site vis-à-vis the underlying zone.   The subject and all of the comparables were identically zoned and in areas that were not likely to appreciably change in use, so no adjustments were applied.

After all adjustments for factors of dissimilarity, a range of $402.31 to $470.94 per square foot of GBA is indicated, with an adjusted average of $439.71.   Equal weight has been placed on all of the sales, and thus we correlate toward the mean at **$440.00 per square foot** (rounded), recognizing that value can deviate, being slightly higher or lower than same.   This sum falls well within the unadjusted and adjusted ranges.   Reference the Adjustment Grid included at the end of this section.

The value of the subject as indicated by the Sales Comparison Approach, not including FF&E, is thus:

$440.00 per square foot x 9,655 square feet = $4,248,200 rounded to $4,250,000

The comparable sales did not include FF&E.   Assuming that the furniture value is $6,000 per apartment unit, total FF&E is $48,000 resulting in a value for the subject including FF&E of **$4,298,000**.

| Market Value | Interest | Valuation Date | Value |
|---|---|---|---|
| Prospective Market Value "As Stabilized" | Leased Fee | January 2, 2021 | $4,298,000 |
| Real Estate Value | | | $4,250,000 |
| FF&E | | | $48,000 |

# SAPPERSTEIN & ASSOCIATES, LLC

## *Comparable Sales Chart*

| | Subject | Comparable 1 | Comparable 2 | Comparable 3 | Comparable 4 |
|---|---|---|---|---|---|
| **Property ID:** | | | | | |
| Address | 1632 Trinidad Ave | 1908 Constit. Ave NE | 1515 Isherwood St NE | 1646 F St NE | 428 11th St NE |
| Neighborhood | Trinidad | Kingman Park | Kingman Park | Kingman Park | Stanton Park |
| Distance From Subject | N/A | 1.1 mile south | 0.8 mile south | 0.8 mile south | 1.0 mile south |
| Square/Lot | 4052/176 | 1118/0022 | 4544/177 | 4538/132 | 0962/89 |
| **Sales Info:** | | | | | |
| Date of Sale | N/A | 07/05/2018 | 03/15/2019 | 10/09/2019 | 07/20/2018 |
| Buyer | N/A | Maria & James Johnson | Kwamina & Amy Fox | Nancy De Lacruz | Matthew Kahn |
| Seller | N/A | Christopher Albert | Samuel Swiller | Amit & Mary Kakar | Dilan Investment LLC |
| Deed | N/A | 2018/068608 | 2019/26356 | 2019/191091 | 2018/72226 |
| Sale Price | N/A | $1,200,000 | $1,445,000 | $1,368,000 | $1,329,000 |
| **Site Description:** | | | | | |
| Land Area | 7,153 sq. ft. | 2,843 sq. ft. | 3,128 sq. ft. | 2,501 sq. ft. | 1,715 sq. ft. |
| FAR | 1.35 | 1.22 | 1.05 | 1.28 | 1.50 |
| Zoning | RF-1/Res Flat | RF-1/Res Flat | RF-1/Res Flat | RF-1/Res Flat | RF-1/Res Flat |
| **Building Description:** | | | | | |
| Style | Apartment | Apartment | Apartment | Apartment | Apartment |
| Year Built | 1938 | 1937 | 1937 | 1941 | 1917 |
| Total GBA | 9,655 sq. ft. | 3,460 sq. ft. | 3,270 sq. ft. | 3,210 sq. ft. | 2,568 sq. ft. |
| # Units | 8 | 4 | 4 | 8 | 3 |
| # Bedrooms | 24 | 4 | 8 | 8 | 4 |
| # Bathrooms | 24 | 4 | 4 | 4.0 | 4 |
| Parking Spaces | 8± | 0 | 1 | 1 | 0 |
| Yr Remodeled/Condition | 2019/V Good | 2011/Average | 2015/Good | 2016/Good | 2018/Good |
| Quality | Above Avg | Above Avg | Above Avg | Above Avg | Above Avg |
| **Assessed Value:** | $1,117,000 | $626,660 | $754,210 | $731,840 | $1,229,750 |
| **Sale Price/GBA** | N/A | **$346.82** | **$441.90** | **$426.17** | **$517.52** |
| **Transaction Adjustments:** | | | | | |
| Property Rights | N/A | 0% | 0% | 0% | 0% |
| Financing | N/A | 0% | 0% | 0% | 0% |
| Condition of Sale | N/A | 0% | 0% | 0% | 0% |
| Date of Sale | N/A | 6% | 3% | 1% | 6% |
| **Physical Adjustments:** | | | | | |
| Location | Trinidad | -10% | -10% | -10% | -20% |
| Age/Condition | 1938/V Good | 20% | 10% | 10% | 5% |
| Quality | Above Average | 0% | 0% | 0% | 0% |
| Size | 8 Unit/9,655 sq. ft. | 0% | 0% | 0% | 0% |
| Highest and Best Use | Multi-family | 0% | 0% | 0% | 0% |
| Total Adjustments | N/A | 16% | 3% | 1% | -9% |
| **Adjusted Price/SF** | **N/A** | **$402.31** | **$455.16** | **$430.43** | **$470.94** |

Range of Adjusted Sale Price/Sq. Ft:        $402.31 - $470.94
Adjusted Average:                                        $439.71

**Indicated Value of Subject/Unit (rounded):        $440.00**

# SAPPERSTEIN & ASSOCIATES, LLC

## INCOME APPROACH

In the income approach, the property's potential projected net income is estimated and capitalized into value; the income approach produces a value estimate based on an analysis of a property's capacity to generate monetary benefits.   The subject apartment building contains eight (8) 3-bedroom, 3-bath apartment units that will be leased to 24 third-party tenants, one tenant per bedroom.   For purpose of our income approach analysis, we have used market lease rates as determined by our analysis of market rental rates in the local area.

### Direct Capitalization Method

The income approach to value measures the value of real property as an investment based on anticipated net income.   The subject's property type (and price range) is typically purchased by investors, who intend to lease the property to third parties in order to generate income.

As indicated above, in our direct capitalization analysis we will view the property from that of an investor who is looking for a monetary return on his/her investment.   We have created our cash flow model based upon market rental rates.   Our expenses are based on similar properties in the market and on industry norms.

### Market Rent

We were not provided with any information regarding the leasing arrangements at the subject, so we have assumed that the leases will be structured similar to the market. There are a number of properties in the subject's market with multiple tenants in a single unit with the individual members responsible for the entire lease.   This type of arrangement places the onus for replacing move-outs (vacancies) on the lease group, rather than on the landlord.   The individual members have private bedrooms and private bathrooms, but otherwise share the space (kitchen, living areas, rooftop deck, etc.).   We have further assumed that the tenants are responsible for arranging for and paying for gas and electric, and that water and sewer charges are billed to the landlord, with the tenants paying an estimated bill for water/sewer on a monthly basis that is adjusted annually.

There are also six parking spaces in the rear of the subject.    The rental rate for each of the parking spaces is assumed to be $50 per month per space.

In order to determine market rental rates, we have surveyed similar residential rental space within the subject's market area which, in our opinion, provides a similar utility as

## SAPPERSTEIN & ASSOCIATES, LLC

the subject property.    Following is a brief summary of comparable "rental rooms" in the local market area.    A map and pictures of the rental comparables can be found in the Addenda.

| # | Address | Neighborhood | BR/BA | Sq. Ft. | Rent | Description |
|---|---|---|---|---|---|---|
| 1 | 1311 Trinidad Ave NE | Trinidad | 3/2.5 | 1,460 | $1,000 + util | 3BR/2.5BA rowhome built in 1932 and renovated in 2011. 100± sq. ft. furnished bedroom w/shared bath. Off street parking for $100. |
| 2 | 1645 Trinidad Ave NE | Trinidad | 2/1.5 | 699 | $1,050 + util | 4-unit building. Built in 1937, renovated in 2018. Offstreet parking included. Shared bath. Unfurnished. |
| 3 | 1423 Montello Ave NE | Trinidad | 4/3.5 | 952 | $1,245 + util | 4BR/3.5BA rowhome built in 1929 and renovated in 2016. 108 sq. ft. furnished bedroom w/private bath. Off street parking. |
| 4 | 1219 Florida Ave NE Apt 5 | Trinidad | 5/5 | 1,403 | $1,275 + util | "Oslo" apartments configured for co-living. Built in 1920 and renovated in 2016. 8-unit building. No offstreet parking. Private bath. Unfurnished. |

*Rental Comparables*

The rental rates for rooms in our survey ranged from $1,000 + utilities to $1,275 + utilities. All of the comparable rentals were in the Trinidad neighborhood, all within about one-half mile of the subject.    The average rental rate was $1,143.

The subject apartment units were smaller than three of four of the comparables, but they were newer and presumably in better condition than all of the comparables. Comparables 2 and 4 were unfurnished, 1 and 3 were furnished.    Amenities were similar.    The most similar comparable was comparable 4, as it was configured for co-living use, as was the subject.    On balance, we believe that a rental rate of $1,250 per bedroom is achievable and will be used in our analysis, resulting in annual rental income of **$360,000**.    We have also assumed parking revenue of $50 per space for each of the six spaces, or **$3,600 per year**.

Due to the cyclical nature of real estate vis-a-vis values and rent levels, it is logical to assume that given the continuation of a sustainable robust economy, market rents will increase in the foreseeable future, presumably at the long term growth rate of 1-3%.

**Potential Gross Income**
Assuming 100% occupancy, the total potential annual income from the 8 units (24 bedrooms) at the subject project is **$360,000**.

## SAPPERSTEIN & ASSOCIATES, LLC

**Vacancy/Credit Loss**

According to several studies we referenced, the vacancy rate for residential properties in the District of Columbia has remained in the 3% - 7% range for at least a decade.   Rental contracts are typically shorter and there is more turnover in co-living rentals. Considering this, we will assume a vacancy rate of **6.0%,** resulting in a vacancy and credit loss of **$21,816**.   Subtracting this from the potential gross income results in an effective gross income of **$341,784**.

**Expenses**

We have assumed that the subject will be rented on a basis where the tenants pay the base rent amount plus their utilities expenses, as is typical in the market.   Under these terms, the landlord is responsible for management expenses; legal, accounting, professional, and administrative expenses; reserves for replacements; real estate taxes; maintenance and repairs; insurance; yard work, trash removal and snow removal; and common area utilities expenses.   In our analysis of expenses, we have referenced average expense data for similar properties that are held in our extensive data base.

Management Expenses

Expenses associated with management, oversight, re-leasing, etc., typically range from 3% to 6% in the market place.   However, in co-living facilities there are more tenants and turnover is greater, increasing the management requirements.   We have pro-formaed 6.0%, or **$20,507** for the asset management expense based on the 24 bedroom rentals at the property.

Legal, Accounting, Professional and General Administrative

This expense is based upon our conversations with property managers active in the local apartment market. Giving consideration to management's ability to control this expense, and buffering it against the local market data, we project this expense to be **$5,000**. This expense category is typically not passed through to tenancy, regardless of the expense basis.

Reserves for Replacements

An escrow for reserves is often set aside to pay for any unforeseen issues associated with the long-lived components of the building, such as the roof or the parking lot.   In the case of the subject, the facility will be in good condition with limited replacement issues anticipated in the near term.   We have assumed a reserve of $500 per apartment unit, or **$4,000** per year.

## SAPPERSTEIN & ASSOCIATES, LLC

Real Estate Taxes

Real estate taxes are levied by the finance department of Washington, DC.   Based on an estimated value after re-assessment of $3,000,000 and a tax rate of $0.85/$100, total taxes going forward will be about **$25,500.**

Maintenance and Repairs

This category provides for standard maintenance and repair of the building and building systems, including ongoing maintenance of the apartment units and turnover maintenance, and any associated supplies.   Expenses in this category include heating equipment expenses, electrical and plumbing repairs, and window and door repair. This also includes expenses associated with apartment turnover, such as painting and carpet cleaning or replacement.   Based on the good condition of the subject property, we have used a modest rate of $1,000 per apartment unit for this expense, or **$8,000.**   This is reasonably supported by data reported by IREM.

Insurance

According to IREM, insurance is indicated as about $300 per unit in the District for low rise buildings.   We recognize the sum reported by IREM for the District as being reasonable and project the rate at **$300** per unit for the cash flow model. This equates to **$2,400** in Year 1.

Grounds Maintenance/Trash Removal

These are the costs associated with grounds or landscaping, trash removal, snow removal, and other miscellaneous expenditures (including supplies) related to the upkeep of the facility outside of the apartment units.   The expense of trash haul services is based upon an annual contract, and given the subject's size an expense of about $240 per year/per unit, or **$2,880,** is reasonable.   For landscaping, snow removal, and other miscellaneous grounds maintenance items, we have estimated an expense of about $1,200 per year. Total expense is thus **$4,080** per year.   The cost for most of these items is based on outside contracts; prudent management would shop the contract on an annual basis to assure the most competitive rate.

Utilities

We have included a modest common area utilities expense of $100 per month, or **$1,200.**

Based on the above analysis, total landlord operating expenses for the first year are projected at **$70,687.**

# SAPPERSTEIN & ASSOCIATES, LLC

## Net Operating Income

To arrive at the net operating income, we have deducted the projected operating expenses of $70,687 from the projected effective gross income of $341,784.    An **NOI** of **$271,097** is indicated.

### Stabilized Income and Expense Statement

| | Monthly Revenue/ Expenses | Annual Revenue/ Expenses | # of Units | Annual $/unit | % of EGI |
|---|---|---|---|---|---|
| **Potential Income** | | | | | |
| (8) 3BR/3BA @ $3,750/month | $30,000 | $360,000 | 8 | $45,000 | |
| 6 Parking Spaces @ $50/month | $300 | $3,600 | | $1,200 | |
| **Total Potential Income** | $30,300 | $363,600 | | $46,200 | |
| Less Vacancy/Credit Loss (6.0%) | $1,818 | $21,816 | | $2,310 | |
| **Effective Gross Income** | $28,482 | $341,784 | | $43,890 | 100.00% |
| **Expenses** | | | | | |
| Management expense (6.0%) | $1,709 | $20,507 | | $2,563 | 6.00% |
| Legal, acctg, prof, admin. | $417 | $5,000 | | $625 | 1.46% |
| Reserves for replacements | $333 | $4,000 | | $500 | 1.17% |
| Real estate taxes | $2,125 | $25,500 | | $3,188 | 7.46% |
| Maintenance and repairs | $667 | $8,000 | | $1,000 | 2.34% |
| Insurance | $200 | $2,400 | | $300 | 0.70% |
| Grounds maintenance/trash | $340 | $4,080 | | $510 | 1.19% |
| Utilities | $100 | $1,200 | | $150 | 0.35% |
| **Total Expenses** | $5,891 | $70,687 | | $8,836 | 20.68% |
| **NOI** | $22,591 | $271,097 | | $35,054 | 79.32% |

| | | | |
|---|---|---|---|
| | 5.50% = | $4,929,036 | |
| Value if Capitalized @ | 6.00% = | $4,518,283 | |
| | 6.50% = | $4,170,722 | |
| Indicated Value (rounded) | | $4,520,000 | |

## SAPPERSTEIN & ASSOCIATES, LLC

**Capitalization Rate Selection and Justification**

In order to determine an appropriate capitalization rate, we analyzed published reports for the real estate market; investigated yields of several types of financial instruments; interviewed brokers about their opinions; and performed a *band of investments* analysis.

*PwC Real Estate Investor Survey,* Fourth Quarter 2019: One of the indices on which we rely most heavily is the *PwC Real Estate Investor Survey.* According to the Survey, capitalization rates in the 4th quarter 2019 for "Mid-Atlantic Region Apartment Market" properties ranged from 4.00% to 6.75%, with an average of 5.13%.

The *PwC* data is gathered on properties of institutional grade quality. Non-institutional grade properties typically indicate a level of overall risk higher than institutional or investment grade. Investment grade buildings are generally Class B (in quality and class) or better. We note that the subject property, by virtue of its location, size, age, quality, and level of finish, would be categorized as a non-institutional property. On balance, a capitalization rate around 100 basis points above the average for apartment properties in the survey is warranted, or about **6.13%.**

Financial Instruments: We also investigated yield rates for other financial instruments. As of December 2019 the 20-year Treasury Bonds indicated a rate of 3.15% and Corporate Aaa bonds had an average rate of 3.01%. Corporate Baa bonds, which represent higher risk than treasury bonds, indicated a rate of 3.88%. Capitalization rates for a property such as the subject would be 200± basis points above the Baa bond rate, which accounts for higher risk and less liquidity for real estate properties vs. financial instruments. A rate of **5.88%** is thus indicated.

Brokers/Investors: Experts in the real estate industry in the District of Columbia market feel that apartment properties like the subject would sell at an overall capitalization rate between **5.50% and 6.50%.**

Band of Investment: Because most properties are purchased with debt and equity capital, the overall capitalization rate must satisfy the market return of both investment positions. Lenders anticipate receiving a competitive interest rate commensurate with the perceived risk of the investment or they will not make funds available. At the same time, equity investors anticipate receiving a competitive equity cash return commensurate with their perceived risk or they will invest elsewhere. Therefore, the **Band of Investment** technique has been used as a cross check for our determination of an overall rate. The Mortgage Interest Rate and Equity Dividend Rate (EDR) are based upon current market rates for similar investments. We believe interest rates would be about 4.50%. The

# SAPPERSTEIN & ASSOCIATES, LLC

equity dividend rate is assumed to be 5.00%.   We have also assumed a 25-year loan at a loan-to-value ratio of 75%/25%.   The derivation of the overall rate is as follows:

| | |
|---|---|
| Mortgage Term | 25 years |
| Mortgage Interest Rate | 4.50% |
| Mortgage Constant | 0.0667 |
| Equity Dividend Rate | 5.00% |
| Mortgage Requirement | 75% |
| Equity Requirement | 25% |
| **Indicated OAR** | **6.25%** |

$$(.75 \times 0.0667) + (.25 \times 0.0500) = (0.0500 + 0.0125) = 0.0625 = 6.25\%$$

The following table summarizes the above capitalization rate analysis:

| Survey | Overall Rate |
|---|---|
| PwC Investor Survey<br>Range<br>Average<br>Indicated (Average + 100 BP) | 4.00% - 6.75%<br>5.13%<br>**6.13%** |
| Baa Bond Rate | 3.88% + 200 basis points<br>**5.88%** |
| Brokers/Investors | **5.50% - 6.50%** |
| Band of Investment | **6.25%** |

In selecting a capitalization rate for the subject, we considered the following factors:

- Capitalization rates for properties from the PwC survey;
- financial yield rates;
- market capitalization rates as indicated by brokers and other market participants;
- the rate as indicated by "band of investment" analysis; and,
- the project's good condition and location in an increasingly popular neighborhood.

The subject is considered to be a Class B/C apartment property in a primary metropolitan market.   The subject as proposed will be used as a co-living apartment project with 8

## SAPPERSTEIN & ASSOCIATES, LLC

apartment units/24 bedrooms.   The rent used in our analysis was based on rent rates for apartments similar to the subject in the local market.   On balance, a capitalization rate at **6.00%** for the subject is warranted.

**Conclusion**

Based upon the above analysis, a stabilized capitalization rate ranging from **5.50% to 6.50%** has been selected at one-half point intervals.   This range of rates takes into account the market conditions for the subject's property type and most probable buyer. The rate considers the quality of the subject's tenants, the condition of the property, the potential income growth, and current investor trends. The selected rates are felt to be reflective of present investor requirements (for the subject's type property) and current financial market conditions.

**Conclusion**

We have presented a range of capitalization rates from **5.50% to 6.50%** in half point increments, which safely brackets the subject's likely market rate.   Reference the **Direct Capitalization** chart previously presented.   The indicated values are summarized below:

| | | |
|---|---|---|
| $271,097 NOI Capitalized at 5.50% | = | $4,929,036 |
| **$271,097 NOI Capitalized at 6.00%** | **=** | **$4,518,283** |
| $271,097 NOI Capitalized at 6.50% | = | $4,170,722 |

Based on the subject's property type, condition, and location, with emphasis given to investor expectations, we have selected an overall cap rate of **6.00%** indicating a value of **$4,520,000** (rounded).

The projected income for the subject was based on furnished apartment units, thus FF&E is included.   Assuming total FF&E (furniture) value of $48,000, as discussed previously, the real estate value alone is $4,472,000.

The Prospective Market Value "As Stabilized" as indicated by the Income Approach is thus summarized on the following page.

# SAPPERSTEIN & ASSOCIATES, LLC

The Prospective Market Value "As Stabilized" as indicated by the Income Approach is:

| Market Value | Interest | Valuation Date | Value |
|---|---|---|---|
| Prospective Market Value "As Stabilized" | Leased Fee | January 2, 2021 | $4,520,000 |
| Real Estate Value | | | $4,472,000 |
| FF&E | | | $48,000 |

## SAPPERSTEIN & ASSOCIATES, LLC

## RECONCILIATION

We have considered all three approaches in the valuation process to derive the Prospective Market Value "As Stabilized" as of January 2, 2021.   However, only the Sales Comparison Approach and the Income Approach have been developed.

The Sales Comparison Approach illustrated that there has been sufficient sales activity of similar small apartment properties in the surrounding market from which best to analyze the actions of buyers and sellers in the open market, both negotiating to serve their own best interest.

**Prospective Market Value "As Stabilized" as of 01/02/2021
via the Sales Comparison Approach:**          **$4,250,000**

The Income Approach demonstrates the potential income stream based upon the achievable market rents in the area. The rate of return is based upon investor expectations as demonstrated by the market, on both a local and national basis. Thus the value as indicated by these factors is considered to be reliable.

**Prospective Market Value "As Stabilized" as of 01/02/2021
via the Income Approach:**          **$4,520,000**

The values as indicated by the two approaches have a spread of about 6.0% and are considered to be mutually supportive.   We will use the average of the above derived values, or **$4,385,000**, summarized as follows:

| Market Value | Interest | Valuation Date | Value |
|---|---|---|---|
| Prospective Market Value "As Stabilized" | Leased Fee | January 2, 2021 | $4,385,000 |
| Real Estate Value | | | $4,337,000 |
| FF&E | | | $48,000 |

The above values are subject to and predicated upon the general assumptions and limiting conditions set forth earlier in this report.   The above value is limited to a marketing time of up to six (6) months and a similar exposure time.

## SAPPERSTEIN & ASSOCIATES, LLC

## DERIVATION OF THE "AS IS" VALUE

The Prospective Value "As Stabilized" considered the value of the subject as if it was complete and operating at stabilized occupancy, i.e., 6% vacancy; in fact, the facility is currently nearly complete but is vacant.   In order to derive the value of the subject property "As Is", we need to subtract the cost to complete the project; management oversight; rent loss; and entrepreneurial incentive.

The builder provided no estimate of the expenses required to complete the project.   We will assume an expense of $50,000, consisting of removing the privacy fence from the front of the building, landscaping, and miscellaneous "punch out" tasks.   We have estimated management oversight until stabilization of $25,000.   The total rent loss is $170,892, assuming lease-up on a straight line basis until stabilization.   Finally, we have assumed an entrepreneurial incentive of 2% of value, or $86,500.

| | | |
|---|---|---|
| Value "As Stabilized" | - | $4,385,000 |
| Less: Cost to Complete | - | $   50,000 |
| Less: Management Oversight | - | $   25,000 |
| Less: Rent Loss | - | $  170,892 |
| Less: Entrepreneurial Incentive | - | $   87,700 |
| | | |
| Equals: Value "As Is" | - | $4,051,408 rounded to **$4,050,000** |

The Market Value "As Is" is thus summarized:

| Market Value | Interest | Valuation Date | Value |
|---|---|---|---|
| Market Value "As Is" | Fee Simple | January 2, 2020 | $4,050,000 |
| Real Estate Value | | | $4,002,000 |
| FF&E | | | $48,000 |

The above values are subject to and predicated upon the general assumptions and limiting conditions set forth earlier in this report. This value is limited to marketing and exposure time of six (6) months and a similar exposure time.

# ADDENDA

# ENGAGEMENT LETTER

# *MidLantic Financial, Inc.*

### *Consultant to the Banking Community*
### 219 Adam Smith Street, Suite D
### Eldersburg, Maryland 21784
### *www.midlanticfs.com*

December 12, 2019

Sapperstein & Associates
7920 Norfolk Avenue, Suite 220
Bethesda, MD 20814
Email: Gary Sapperstein (appraisal@sapperstein.net)
Attention: Gary Sapperstein, MAI

Re: 1732-1736 Trinidad Avenue NE, Washington, DC 20002 Square 4052 Lot 0176

Dear Mr. Sapperstein:

This letter represents MidLantic Financial's request, on behalf of its client, **Congressional Bank**, for professional appraisal services and requires your acceptance below.   Appraisals performed for **Congressional Bank** are required to meet the standards and requirements of the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, the Office of the Comptroller of the Currency, and FIRREA. Furthermore, your performance in completing this assignment is expected to conform to the Uniform Standards of Professional Appraisal Practice ("USPAP") adopted by the Appraisal Standards Board of the Appraisal Foundation.  This letter serves as your authorization to enter, inspect, and proceed on behalf of **Congressional Bank** with the appraisal assignment as described in **"Attachment A"**.

**CONFIDENTIALITY: Congressional Bank** (hereinafter, "the Bank") is your confidential client and your completed appraisal report must identify the Bank as its intended user. Any additional users will be identified in **"Attachment A"**. Concerning this assignment, you may only respond to the Bank's directives (or the undersigned) and you may only accept payment from the Bank or its agents for your services. You are expected to take all reasonable steps to protect the confidential interests of the Bank and may not divulge any information regarding the process or results of this assignment to any third party other than a duly authorized representative of the Bank, including its identified appraisal reviewer.

**COMMITMENT:** Time is of the essence. Upon completion,      **zero  bound  copies** and one electronic copy (of each report) must be submitted.  The electronic copy(ies) **must be delivered to the undersigned and the primary contact person noted on Attachment A on or before January 13, 2020 with the bound copies (if required) to be received upon review/acceptance of the report(s).**  The report(s) should be addressed to the primary contact person identified at the top of page one of Attachment A at the noted address. All required bound copies should be sent to the primary contact person noted at the top of Attachment A. Your fee invoice for this assignment must also be addressed to

the primary contact person in an amount not to exceed █████████ and should accompany the PDF electronic copy(ies) as well as the hard copies of the report.

**PURPOSE AND USE OF APPRAISAL:** The purpose of the appraisal will be to estimate the market value of the property under certain conditions and for the intended use as noted on **"Attachment A"**.

**SCOPE AND CONTENT OF WORK:** Unless otherwise specified on **"Attachment A"**, the type and extent of research and analysis to be performed in completing this assignment must satisfy all minimum standards necessary under USPAP for developing credible assignment results, including the requirements outlined in SR 2-2(a)(viii) (or 2-2(b)(viii) for a *Restricted Appraisal Report*) in order to ensure that the intended users understand the rationale for the opinions and conclusions contained in your appraisal report. Furthermore, we expect that the valuation methods, appraisal assumptions and data sources are reasonable, appropriate and well-supported, ultimately producing a credible assignment result, as required by the December 2010 *Interagency Appraisal & Evaluation Guidelines*. Within the report, property rights being appraised must be clearly identified, relevant valuation approaches must be reconciled, and the omission of any valuation approach must be explained. If at any time you are not confident as to the scope of work to be performed on this assignment, or if upon inspection of the property your perception of this assignment deviates significantly from the assignment proposed by this engagement letter, you are encouraged to contact the undersigned immediately for clarification.

**OWNERSHIP:** Your acceptance of this appraisal assignment will confirm that the Bank owns the appraisal report to be provided and that we will be under no restrictions regarding its redistribution to other interested parties of our choice, except in the case of a *Restricted Appraisal Report* as described by USPAP which shall only be distributed to duly authorized Bank representatives.

**REVIEW OF WORK:** The Bank has a duty to review the appraisal report for compliance with the standards referenced herein and will commence an appropriate review within a reasonable period after the report is received. **This review will include a rigorous analysis of the report, pursuant to the requirements outlined in the *Scope and Content of Work* section noted above.** This engagement embraces the expectation that you will correct any deficiencies and/or respond to inquiries of the Bank's appraisal reviewer within three banking business days. The Bank will see that you are notified of any such deficiencies generally in no more than 60 days of receipt of the report or resubmissions. Payment of the above fee will be contingent upon a completed review satisfactory to the Bank.

**INDEPENDENCE:** By accepting this engagement, you are confirming that you are independent of Sandy Spring Bank's loan production and collection process and have no direct, indirect or prospective interest, financial or otherwise, in the property or transaction.

**ACCEPTANCE:** Your acceptance of this engagement signifies that you are in possession of applicable bank appraisal regulation, the December 2010 *Interagency Appraisal & Evaluation Guidelines*, and the Bank's Policy. In the event of any conflict or variance, you are expected to observe the higher standard. Any delegation or sub-contracting by you relative to this assignment is not permitted without prior written approval from the Bank.

Page 2

**CONTACT WITH BANK PERSONNEL:** During the course of this engagement, you may find it necessary to look to the Bank for additional direction or clarification to complete the appraisal or to obtain additional information about the subject property not otherwise provided herein. Such information may include, but not be limited to, the property's intended use, description, ownership, financing, cost budgets, lease information, rezoning or building plans, etc. For these purposes only, we consider a dialogue between you and the undersigned to be appropriate (see "Attachment A" for contact information). In the event discussions with the loan officer noted in Attachment A are warranted, please alert the undersigned if those discussions fall **outside** of the specific areas previously noted in this paragraph. **If, at any time during this assignment, you believe you have been subject to undue influence from anyone affiliated either with Congressional Bank or the property that is the subject of this assignment, please contact Peggy Rogers @ 410-404-8829 as soon as possible.**

Please confirm our mutual understanding by returning a signed copy of this letter to the undersigned @ the email address noted below. **Additionally, please include a copy of the signed engagement letter, including "Attachment A", as an addendum to your completed appraisal report.** By signing below, you acknowledge that you have received, read, and understand this assignment and that you affirm that you have the knowledge and experience necessary to competently complete this assignment and that the report will be in full conformance with USPAP and the *Interagency Guidelines* that govern real estate-related financial transactions in federally regulated financial institutions. Further, you also certify that the report will provide the user with more than sufficient information necessary to make an informed credit decision regarding the subject's value as collateral in a real estate-related financial transaction. Finally, with your signature below, you affirm that any language or notice which may be included in your limiting conditions, or elsewhere in the report, regarding limitations of liability, if any, with respect to the fee paid to you in preparation of the report is null and void as it pertains to this assignment. If you require further information, please contact the undersigned. Finally, **by your acceptance of this assignment, you agree that you _will_ reach out to the contacts noted in Attachment A for property information and the inspection. The report will NOT be accepted unless those individuals have been contacted.**

Sincerely,

*Peggy V. Rogers*

Peggy V. Rogers, Lead AMC Administrator
MidLantic Financial, Inc.
progers@midlanticfs.com

Accepted and agreed to this __12th__ day of __December__, __2019__

*Mary S. Capperstein (cc)*
Appraiser's Signature

Certification/License No.: __10042__    State: __DC__   Expiration Date: __2/28/20__

Page 3



**CongressionalBank**

### Attachment A

| | |
|---|---|
| **Reviewed and Submitted by** | Robert Cortez                240-380-1271 |
| **Address:** | 6701 Democracy Boulevard, Suite 400 Bethesda, MD 20817 |
| **E-mail Address:** | rcortez@congressionalbank.com |
| **Loan Officer** | Robert Cortez, 240-380-1271, rcortez@congressionalbank.com |
| **Borrower Name:** | LLC TBE |
| **Borrower Contact / Phone #:** | Daniel Huertas 703-727-5464 |
| **Property Address:** | 1732-1736 Trinidad Avenue NE, Washington, DC 20002 Square 4052 Lot 0176 |
| **Property Owner:** | Ocaso Holdings LLC |
| **Contact for Site Inspection / Phone #:** | Daniel Huertas 703-727-5464 |
| **Proposed Transaction Amount:** | Over $1,000,000 |
| **Property Description:** | **Type: Apartment building**<br><br>**Additional Description: The subject is a 7,153-SF parcel improved with an 8-unit multi-family co-living building. We understand the subject was recently constructed and each unit is 3BD/3BA and are fully furnished. The borrower has experience with co-living leasing and is still determining if they will handle the leasing or if they will master-lease to a co-living leasing agent. The client is requesting the following values:**<br>1. **The "as is" value and**<br>2. **The Prospective Market Value at Stabilization.** |
| **Tenancy:** | Is the subject owner-occupied? ☐ Yes   ☒ No<br>If no, how many units? 8  How many units are occupied?          Vacant? 8 |
| **Purpose of Appraisal/Market Value** *(check all that apply):* | ☒ Estimate Current Market Value **"As Is"**<br>☐ Estimate Prospective Market Value **"Upon Completion"** (subject to hypothetical completion of construction, conversion or rehabilitation per plans/specifications).<br>☒ Estimate Prospective Market Value **"Upon Stabilized Occupancy"**<br>☐ Other (describe): |
| **Pertinent Date of Value:** | For Current Market Value, determine value as of:<br><br>☒      Date of most recent inspection.<br><br>☐ Loan closing date using "conditions subsequent" to be satisfied at the time of closing.<br><br>☒ **For Prospective value**, determine a projected value as of a specific future date that condition(s) posed by the assignment are most likely to be realized.<br><br>☐ Other: |



## CongressionalBank

**Attachment A**

| | |
|---|---|
| **Intended Use of Appraisal:** | **To assist the Bank in a decision concerning:**<br>**New money-a proposed federal real estate-related financial transaction**<br>☐ if a renewal, refinance or subsequent transaction is the transaction possibly eligible for an evaluation instead of an appraisal? |
| **Intended Users of Report:** | ☒ Congressional Bank<br>☐ U.S. Small Business Administration<br>☐ Other: |
| **Property Rights:** | ☒ Fee simple          ☒ Leased Fee          ☐ Sandwich Lease<br><br>☐ Leasehold Estate          ☐ Co-op Ownership |
| **Scope of Work:** | ☒ Unless otherwise specified below, the appraiser should apply all appropriate research and analysis necessary to develop a credible assignment result.<br><br>☐ Sales Comparison          ☐ Cost Approach          ☐ Income Approach |
| **Reporting Option:** | ☒ Standard Appraisal Report ☐ Comprehensive Appraisal Report ☐ Evaluation<br><br>☐ URAR (1004) ☐ 1073/2090 (Condo/Co-op) ☐ 2055 (Exterior) ☐ Lot-Only Report<br><br>☐ Uniform Commercial/Industrial Appraisal Report (Form Report)<br><br>☐ Restricted Appraisal Report          ☐ Small Residential Income Property Report<br><br>☐ 1007 addendum |
| **Requested Completion Date:** | 1/13/2020      **Anticipated Closing Date:**      Click or tap to enter a date. |
| **Special Instructions/Conditions:** | |
| **Other Attachments:**<br>**Note: Appraisers - For residential construction reports, please be sure to include elevation, sketch of floor plan, and a budget.** | ☐ Legal Property Description     ☐ Survey/Site Plan<br>☐ Purchase & Sales Contract     ☐ Lease Agreement<br>☐ Operating Statements     ☐ Rent Roll<br>☐ Building Plans     ☐ Budget<br>☐ Specs     ☐ Other (describe): |

# COMPARABLE IMPROVED SALES LOCATION MAP, PICTURES AND SITE MAPS



*Comparable Improved Sales*

## *Sale Comparable 1 – 1908 Constitution Avenue NE*



