IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

IN RE:
Charles Paxton Paret
Debtor.

CASE No. 23-217-ELG
(Chapter 7)

### EXHIBIT V: DECLARATION OF CHARLES PAXTON PARET

I, Charles Paxton Paret, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Debtor in the above-captioned case, Case No. 23-217-ELG, and submit this declaration in support of my Objection to the Trustee's Motion for Approval of Settlement Agreement (Doc. 158).

2. Between August 2023 and March 2025, multiple investors and attorneys contacted the Trustee, Wendell Webster, offering funds to support litigation in the adversary proceeding Webster v. Huertas, et al., Case No. 23-10025-ELG, or to purchase assets of the bankruptcy estate, including partnership interests in properties held by WCP Fund I LLC and DP Capital LLC.

3. To my knowledge, the Trustee did not respond to or pursue these offers, which could have significantly increased the estate's recovery beyond the $75,000 proposed in the Settlement Agreement.

4. Correspondence from these investors and attorneys, including emails and letters, is available for submission to the Court upon request or may be obtained through discovery.

5. I declare that the foregoing is true and correct to the best of my knowledge.

Dated: June 18, 2025

/s/ Charles Paxton Paret
Charles Paxton Paret
343 First St
Berryville, VA 22611
202-834-7673
charles$_p$aret@hotmail.com