The order below is hereby signed.

Signed: July 3 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:

Charles Paxton Paret,　　　　　　　　　　　　　　Case No. 23-00217-ELG
Debtor　　　　　　　　　　　　　　　　　　　　　(Chapter 7)

United Bank,

Movant

v.

Charles Paxton Paret,

Respondent

## ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion for Relief from Stay filed by United Bank; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 be modified to permit movant and its successors and assigns to enforce its rights under its security agreement to recover and liquidate certain personal property, to-wit: 2021 Land Rover Defender, VIN SALEX7RUXM2037270 (the "Vehicle");

ORDERED that, in the event that a sale of the Vehicle by United Bank results in a surplus of sale proceeds after United Bank's loan is paid in full, such surplus shall be paid to Debtor to the extent the Debtor has an interest in such proceeds; and

IT IS FURTHER ORDERED that the 14 day stay period stay period of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived in order to permit movant to immediately enforce the relief requested herein.


/s/ Jonathan E. Levine
Jonathan E. Levine, Esquire
D.C. Bar No. 475891
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030
Telephone: (703) 352-1300
jlevine@mbhylaw.com
*Counsel for United Bank*


Pursuant to General Order Number 2020-10, Wendell W. Webster, Ch. 7 Trustee, hereby endorses this order:

*Wendell W. Webster*
Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

cc:

Jonathan E. Levine, Esquire
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030

Jeffery T. Martin
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Donald Melvin Temple
Donald M. Temple
1310 L Street, N.W., Suite 750
Washington, DC 20005

Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

Justin P. Fasano, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070

Charles Paxton Paret
343 First Street
Berryville, VA 22611

**End of Order**