# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0090−1 | User: admin | Date Created: 7/3/2025 |
| Case: 23−00217−ELG | Form ID: pdf001 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 1