The order below is hereby signed.

Signed: July 3 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:

Charles Paxton Paret,                                    Case No. 23-00217-ELG
Debtor                                                              (Chapter 7)

United Bank,

Movant

v.

Charles Paxton Paret,

Respondent

### ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion for Relief from Stay filed by United Bank; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 be modified to permit movant and its successors and assigns to enforce its rights under its security agreement to recover and liquidate certain personal property, to-wit: 2021 Land Rover Defender, VIN SALEX7RUXM2037270 (the "Vehicle");

ORDERED that, in the event that a sale of the Vehicle by United Bank results in a surplus of sale proceeds after United Bank's loan is paid in full, such surplus shall be paid to Debtor to the extent the Debtor has an interest in such proceeds; and

IT IS FURTHER ORDERED that the 14 day stay period stay period of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived in order to permit movant to immediately enforce the relief requested herein.

/s/ Jonathan E. Levine
Jonathan E. Levine, Esquire
D.C. Bar No. 475891
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030
Telephone: (703) 352-1300
jlevine@mbhylaw.com
*Counsel for United Bank*

Pursuant to General Order Number 2020-10, Wendell W. Webster, Ch. 7 Trustee, hereby endorses this order:

*Wendell W. Webster*
Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

cc:

Jonathan E. Levine, Esquire
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030

Jeffery T. Martin
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Donald Melvin Temple
Donald M. Temple
1310 L Street, N.W., Suite 750
Washington, DC 20005

Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

Justin P. Fasano, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070

Charles Paxton Paret
343 First Street
Berryville, VA 22611

**End of Order**

United States Bankruptcy Court
District of Columbia

In re:  Case No. 23-00217-ELG
Charles Paxton Paret  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 3
Date Rcvd: Jul 03, 2025     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | United Bank, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030, UNITED STATES 22030-6044 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

**Name**     **Email Address**

Alan D. Eisler
    on behalf of Creditor Calliecorp  L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com

Alexandra DeSimone
    on behalf of Creditor Rajat Batra adesimone@wtplaw.com

Alexandria Jean Smith
    on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com

Alexandria Jean Smith
    on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com

Daniel Kevin Eisenhauer
    on behalf of Creditor Servis One  Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

David W. Gaffey
    on behalf of Creditor Rajat Batra dgaffey@whitefordlaw.com  clano@whitefordlaw.com;adesimone@whitefordlaw.com

Case 23-00217-ELG    Doc 174    Filed 07/05/25    Entered 07/06/25 00:03:46    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: pdf001 | Total Noticed: 1 |

Donald Melvin Temple
    on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com

Donald Melvin Temple
    on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com

Gregory C Mullen
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com

James D. Sadowski
    on behalf of Creditor Ravinder Eeraveni jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
    on behalf of Creditor Tanuja Vedere jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
    on behalf of Creditor Srikanth Tangedipalli jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
    on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
    on behalf of Creditor Manjula Sure jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
    on behalf of Creditor Venuglobal Chidarala jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
    on behalf of Creditor Manik Chamarthy jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
    on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
    on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
    on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

Jeffery T. Martin
    on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroup.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

Jeffery T. Martin
    on behalf of Debtor Charles Paxton Paret jeff@martinlawgroup.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

John E. Reid
    on behalf of Debtor Charles Paxton Paret jack@martinlawgroup.com brittany@martinlawgroup.com;Diana@martinlawgroup.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kellee Baker
    on behalf of Creditor YI RONG JEAN LLC kblawfirm@gmail.com

Kenneth Joseph Barton, Jr
    on behalf of Creditor United Bank kenneth.barton@steptoe-johnson.com kelsey.miller@steptoe-johnson.com;shelby.turley@steptoe-johnson.com;taylor.wilburn@steptoe-johnson.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Mark Meyer
    on behalf of Creditor SERVIS ONE INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
    on behalf of Defendant DP Capital LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

Case 23-00217-ELG    Doc 174    Filed 07/05/25    Entered 07/06/25 00:03:46    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0090-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| Maurice Belmont VerStandig | on behalf of Defendant WCP Fund I  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant SF NU  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Washington Capital Partners mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant JPK NewCo LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert Angle | on behalf of Creditor John W. Gosnell anglew@gtlaw.com  karrie.barbaro@gtlaw.com |
| Todd Lewis | on behalf of Attorney Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com |
| Todd Lewis | on behalf of Creditor Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Vanessa Carpenter Lourie | on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com |
| Wendell W. Webster | wwebster@websterfredrickson.com  DC03@ecfcbis.com |

TOTAL: 46