IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re: | ) | Bankruptcy Case No.: 23-00217-ELG |
|  | ) | Adversary Case No.: 23-10025-ELG |
| CHARLES PAXTON PARET, | ) |  |
|  | ) | Chapter 7 |
| Debtor. | ) |  |

### WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCHS' MOTION TO SHOW CAUSE FOR FAILURE TO PROVIDE DISCOVERY RESPONSES AND TO ADJOURN DEPOSITION

COMES NOW, Welch Family Limited Partnership, by and through the undersigned counsel, pursuant to Rules 9014, 9020, and 7037 of the Federal Rules of Bankruptcy Procedure, and hereby respectfully moves this Court to issue an order to show cause why Wendell Webster should not be held in contempt for failure to provide discovery responses, and to adjourn Mr. Webster's deposition after full discovery responses have been provided. In support of this Motion, Welch Family Limited Partnership states as follows:

1. Welch Family Limited Partnership served discovery requests upon Wendell Webster in accordance with the applicable rules of procedure by July 9, 2025, pursuant to the July 3, 2025 order of this Court [Dkt 173].
2. Despite proper service of these discovery requests, Wendell Webster has failed to provide responses as required by July 31, 2025. Id.
3. Welch Family Limited Partnership has made good faith efforts to obtain the requested discovery without court intervention.
4. Mr. Webster's deposition is currently scheduled to take place before he has provided the required discovery responses.
5. Federal Rule of Bankruptcy Procedure 7037 incorporates Federal Rule of Civil Procedure 37, which provides remedies for a party's failure to make disclosures or cooperate in discovery. Failure to Make Disclosures or to Cooperate in Discovery; Sanctions.
6. Under Federal Rule of Civil Procedure 37, this Court has the authority to compel discovery responses and impose appropriate sanctions for failure to comply with discovery obligations. Failure to Make Disclosures or to Cooperate in Discovery; Sanctions
7. Federal Rule of Bankruptcy Procedure 9014 governs contested matters in bankruptcy proceedings and provides that relief must be requested by motion with reasonable notice and opportunity to be heard. Contested Matters.
8. Federal Rule of Bankruptcy Procedure 9020 specifies that Rule 9014 governs contempt proceedings initiated by a party in interest.
9. This matter is ripe for adjudication.

10. It would be prejudicial to Welch Family Limited Partnership to proceed with Mr. Webster's deposition without having received and reviewed his discovery responses.
11. The requested adjournment of Mr. Webster's deposition until after receipt of full discovery responses is reasonable and necessary to allow for proper preparation.

WHEREFORE, WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCH respectfully requests that this Honorable Court:

1. Set a hearing on this Motion;
2. Issue an Order to Show Cause why Wendell Webster should not be held in contempt for failure to provide discovery responses;
3. Order Wendell Webster to provide complete responses to all outstanding discovery requests within seven days or August 8, 2025;
4. Order that the deposition of Wendell Webster be adjourned and reconvened (after the deposition set for August 5, 2025, is conducted) until August 12, 2025, after full discovery responses have been provided to Welch Family Limited Partnership;
5. Award Welch Family Limited Partnership its reasonable costs and attorneys' fees incurred in bringing this Motion; and
6. Grant such other and further relief as this Court deems just and proper.

WELCH FAMILY LIMITED PARTNERSHIP FOUR,
WELCH FAMILY LIMITED PARTNERSHIP FIVE,
WELCH FAMILY LIMITED PARTNERSHIP NINE,
WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCH

Respectfully submitted,

/s./Todd Lewis
Todd Lewis, Esq. DC Bar No. 497852
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304
(202) 550-9898
todd.lewis@tllgpc.com
*Counsel for the Welch Group*

## Certificate of Service

I HEREBY CERTIFY that on the 4th day of August 2025, I reviewed the Court's CM/ECF system, and it reports that an electronic copy of the foregoing, <u>WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCHS' MOTION TO SHOW CAUSE FOR FAILURE TO PROVIDE DISCOVERY RESPONSES AND TO ADJOURN DEPOSITION</u> PURSUANT TO FED. R. BANKR. P. 2002(g) was served via ECF on:

\s\ Todd Lewis
Todd Lewis