IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>CHARLES PAXTON PARET,<br><br>Debtor. | Bankruptcy Case No.: 23-00217-ELG<br>Adversary Case No.: 23-10025-ELG<br><br>Chapter 7 |

**WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCHS' MOTION TO SHOW CAUSE FOR DANIEL HUERTAS, WASHINGTON CAPITAL PARTNERS, DP CAPITAL, LLC, AND WCP FUND I, LLC's FAILURE TO PROVIDE DISCOVERY RESPONSES**

COMES NOW, WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCHS (the "Welch Group") by and through the undersigned counsel, pursuant to Rules 9014, 9020, and 7037 of the Federal Rules of Bankruptcy Procedure, and hereby respectfully moves this Court to issue an order to show cause why DANIEL HUERTAS, WASHINGTON CAPITAL PARTNERS, DP CAPITAL, LLC, AND WCP FUND I, LLC (the "Defendants") should not be held in contempt for failure to provide discovery responses, and to adjourn Mr. Webster's deposition after full discovery responses have been provided. In support of this Motion, Welch Family Limited Partnership states as follows:

1. The Welch Group served discovery requests upon DANIEL HUERTAS, WASHINGTON CAPITAL PARTNERS, DP CAPITAL, LLC, AND WCP FUND I, LLC in accordance with the applicable rules of procedure by July 9, 2025, pursuant to the July 3, 2025, order of this Court [Dkt 173] (the "Order").

2. Despite proper service of these discovery requests, Defendants have failed to provide responses as required by July 31, 2025. Id.

Todd Lewis, Esq. DC Bar No. 497852
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304
Telephone (202) 550-9898

3. The Welch Group has made good faith efforts to obtain the requested discovery without court intervention.
4. The Order also allowed the deposition of the Chapter 7 Trustee, Mr. Wendell Webster. The Discovery Responses of Defendants in this matter would be utilized for the deposition, which in this case cannot take place because of Defendants outright refusal to respond to discovery requests.
5. Federal Rule of Bankruptcy Procedure 7037 incorporates Federal Rule of Civil Procedure 37, which provides remedies for a party's failure to make disclosures or cooperate in discovery. Failure to Make Disclosures or to Cooperate in Discovery provides a clear path for this Court to award appropriate sanctions.
6. Under Federal Rule of Civil Procedure 37, this Court has the authority to compel discovery responses and impose appropriate sanctions for failure to comply with discovery obligations.
7. Federal Rule of Bankruptcy Procedure 9014 governs contested matters in bankruptcy proceedings and provides that relief must be requested by motion with reasonable notice and opportunity to be heard.
8. Federal Rule of Bankruptcy Procedure 9020 specifies that Rule 9014 governs contempt proceedings initiated by a party in interest.
9. This matter is ripe for adjudication.
10. The Welch Group is harmed by Defendants failure and refusal to respond to discovery responses in this matter.

WHEREFORE, WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCH respectfully requests that this Honorable Court:

1. Set a hearing on this Motion;
2. Issue an Order to Show Cause why DANIEL HUERTAS, WASHINGTON CAPITAL PARTNERS, DP CAPITAL, LLC, AND WCP FUND I, LLC should not be held in contempt for failure to provide discovery responses;

3. Order DANIEL HUERTAS, WASHINGTON CAPITAL PARTNERS, DP CAPITAL, LLC, AND WCP FUND I, LLC to provide complete responses to all outstanding discovery requests within seven days of the Court Order in this matter;

4. Award WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCH its reasonable costs and attorneys' fees incurred in bringing this Motion; and

5. Grant such other and further relief as this Court deems just and proper.

    WELCH FAMILY LIMITED PARTNERSHIP FOUR,
    WELCH FAMILY LIMITED PARTNERSHIP FIVE,
    WELCH FAMILY LIMITED PARTNERSHIP NINE,
    WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCH

Respectfully submitted,

/s./Todd Lewis
Todd Lewis, Esq. DC Bar No. 497852
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304
Telephone (202) 550-9898
todd.lewis@tllgpc.com
*Counsel for the Welch Group*

## Certificate of Service

I HEREBY CERTIFY that on the 11th day of August 2025, I reviewed the Court's CM/ECF system, and it reports that an electronic copy of the foregoing, WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCHS' MOTION TO SHOW CAUSE FOR FAILURE TO PROVIDE DISCOVERY RESPONSES PURSUANT TO FED. R. BANKR. P. 2002(g) was served via ECF on:

\s\ Todd Lewis
Todd Lewis