IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No.: 23-00217-ELG |
| | ) | Adversary Case No.: 23-10025-ELG |
| CHARLES PAXTON PARET, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

NOTICE OF WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCHS' MOTION TO SHOW CAUSE FOR DANIEL HUERTAS, WASHINGTON CAPITAL PARTNERS, DP CAPITAL, LLC, AND WCP FUND I, LLC's FAILURE TO PROVIDE DISCOVERY RESPONSES

PLEASE TAKE NOTICE that WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCH filed MOTION TO SHOW CAUSE FOR FAILURE TO PROVIDE DISCOVERY RESPONSES FOR DANIEL HUERTAS, WASHINGTON CAPITAL PARTNERS, DP CAPITAL, LLC, AND WCP FUND I, LLC's FAILURE TO PROVIDE DISCOVERY RESPONSES (the "Motion").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant this Motion, on or before August 27, 2025, you or your attorney must:

1.   File a written objection to the Motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> U.S. Bankruptcy Court Clerk's office
> United States Bankruptcy Court, District of Columbia
> 333 Constitution Avenue, N.W.
> Washington, DC 20001
> Room 1225

If you mail your objection to the Court filing, you must mail it early enough so that it will be received by the date it is due.

2. You must also send a copy of your objection to:

Todd Lewis, Esq.
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304

A hearing on the Motion has been scheduled for **August 27, 2025, at 9:30 a.m.** The hearing will be held in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee Mathewes (aimee_mathewes@dcb.uscourts.gov) for the Zoom information and should familiarize themselves with General Order 2023-01, Order Establishing Hearing Protocols Before Judge Gunn.

Dated: August 11, 2025

WELCH FAMILY LIMITED PARTNERSHIP FOUR,
WELCH FAMILY LIMITED PARTNERSHIP FIVE,
WELCH FAMILY LIMITED PARTNERSHIP NINE,
WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCH

Respectfully submitted,

/s./Todd Lewis
Todd Lewis, Esq. DC Bar No. 497852
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304
(202) 550-9898
todd.lewis@tllgpc.com
*Counsel for the Welch Group*

## Certificate of Service

I HEREBY CERTIFY that on the 11th day of August 2025, I reviewed the Court's CM/ECF system, and it reports that an electronic copy of the foregoing, <u>WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCHS' MOTION TO SHOW CAUSE FOR FAILURE TO PROVIDE DISCOVERY RESPONSES</u> PURSUANT TO FED. R. BANKR. P. 2002(g) was served via ECF on:

\s\ Todd Lewis
Todd Lewis

Case 23-00217-ELG    Doc 180    Filed 08/11/25    Entered 08/11/25 13:53:04    Desc Main
Document      Page 5 of 5