IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No.: 23-00217-ELG |
| CHARLES PAXTON PARET, | ) | Adversary Case No.: 23-10025-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |

### (AMENDED) NOTICE OF DEPOSITION OF WENDELL W. WEBSTER, CHAPTER 7 TRUSTEE AND REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 7030 and 9014, made applicable to this contested matter, WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCH (collectively the "Welch Group") by and through the undersigned counsel, will take the deposition upon oral examination of Wendell W. Webster, Chapter 7 Trustee for the bankruptcy estate of Charles Paret.

YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case.

Place: Zoom Deposition

Meeting Link: https://planet-depos.zoom.us/j/96011449483

Meeting ID: 960 1144 9483
Passcode: 518881

Call in #: 301 715 8592
Meeting ID: 960 1144 9483
Passcode: 518881

Date and Time: August 14, 20250, 10:00 A.M.

Said deposition shall be taken before a duly authorized court reporter and/or videographer and shall continue from day to day until completed. You are invited to attend and cross-examine.

Respectfully submitted,

/s./Todd Lewis

        Todd Lewis, Esq. DC Bar No. 497852
        Kitsune Lyon, PLC
        1007 N. Federal Highway, Suite 2005
        Fort Lauderdale, FL 33304
        (202) 550-9898
        todd.lewis@tllgpc.com
        *Counsel for the Welch Group*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of August 2025, I filed a true and correct of the NOTICE OF DEPOSITION OF WENDELL W. WEBSTER, CHAPTER 7 TRUSTEE filed by WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCH FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g) was served via ECF with the Trustee served as follows:

<u>Via Electronic Mail</u>
Justin P. Fasano
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820, Greenbelt, MD 20770
jfasano@mhlawyers.com
*Counsel for Trustee Wendell Webster*

        \s\ Todd Lewis
        Todd Lewis