Jonathan E. Levine
D.C. Bar No. 475891
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030
Telephone: (703) 352-1300
Facsimile: (703) 352-1301
jlevine@mbhylaw.com
*Counsel for Movant*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: Charles Paxton Paret, | Case No. 23-00217-ELG |
| Debtor | (Chapter 7) |

United Bank,

Movant

v.

Charles Paxton Paret,

Respondent

## MOTION FOR RULE 2004 EXAMINATION

COMES NOW, United Bank, by Counsel, and pursuant to Fed. R. Bnkr. P. 2004 and L. Rule 2004-1, moves for entry of an order for the examination of the Debtor, Charles Paxton Paret, and in support thereof states as follows:

1. United Bank is a secured creditor in the Debtor with a lien on Debtor's 2021 Land Rover Defender (the "Vehicle").

2. An order modifying the automatic stay (the "Order") with respect to the Vehicle was entered on July 3, 2025 [Doc. #172].

3. Debtor has not voluntarily surrendered the Vehicle and United Bank has been unable to locate the Vehicle to repossess it.

4. United Bank wishes to examine the Debtor with respect to the location of the Vehicle

and any other appropriate matter pursuant to Fed. R. Bnkr. P. 2004.

WHEREFORE, United Bank, by Counsel, moves the Court to enter an order requiring Debtor, Charles Paxton Paret, to submit to an examination, pursuant to Fed. R. Bnkr. P. 2004, to take place within 14 days from the date such order is entered, and for such other relief as the Court deems proper.

United Bank<br>By Counsel

MAHDAVI, BACON, HALFHILL & YOUNG, PLLC

By:   /s/ Jonathan E. Levine
    Jonathan E. Levine, Esquire
    CPF No.: 0606020002
    Federal Bar No. 17490
    11350 Random Hills Rd., Suite 700
    Fairfax, Virginia 22030
    Telephone: (703) 352-1300
    Facsimile: (703) 352-1301
    jlevine@mbhylaw.com
    *Counsel for United Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, a true copy of the foregoing Notice of Motion was electronically served on all parties and counsel of record in this matter using the Court's CM/ECF service and sent by first-class mail, postage pre-paid, to:

Jeffery T. Martin
John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Donald Melvin Temple
Donald M. Temple
1310 L Street, N.W., Suite 750
Washington, DC 20005

Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

Justin P. Fasano, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070

Charles Paxton Paret
343 First Street
Berryville, VA 22611

/s/ Jonathan E. Levine<br>Jonathan E. Levine

2