Jonathan E. Levine
D.C. Bar No. 475891
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030
Telephone: (703) 352-1300
Facsimile: (703) 352-1301
jlevine@mbhylaw.com
*Counsel for Movant*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: Charles Paxton Paret, | Case No. 23-00217-ELG |
| Debtor | (Chapter 7) |

United Bank,

Movant

v.

Charles Paxton Paret,

Respondent

## **NOTICE OF MOTION**

United Bank has filed papers with the court seeking to examine the Debtor, Charles Paxton Paret, pursuant to Fed. R. Bnkr. P. 2004. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion and to request a hearing, then by August 28, 2025, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

| | |
|---|---|
| United Bank | Wendell W. Webster |
| c/o Jonathan E. Levine, Esq. | Chapter 7 Trustee |
| Mahdavi, Bacon, Halfhill & Young, PLLC | 1101 Connecticut Avenue, NW |
| 11350 Random Hills Rd., Suite 700 | Suite 402 |
| Fairfax, VA 22030 | Washington, DC 20036 |

If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE,

1

THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION.

DATE: <u>August 21, 2025</u>        <u>United Bank</u>
                                                    By Counsel

MAHDAVI, BACON, HALFHILL & YOUNG, PLLC
By:    <u>/s/ Jonathan E. Levine</u>
    Jonathan E. Levine, Esquire
    D.C. Bar No. 475891
    11350 Random Hills Rd., Suite 700
    Fairfax, Virginia 22030
    Telephone: (703) 352-1300
    Facsimile: (703) 352-1301
    jlevine@mbhylaw.com
    *Counsel for United Bank*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2025, a true copy of the foregoing Notice of Motion was electronically served on all parties and counsel of record in this matter using the Court's CM/ECF service and sent by first-class mail, postage pre-paid, to:

Jeffery T. Martin
John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Donald Melvin Temple
Donald M. Temple
1310 L Street, N.W., Suite 750
Washington, DC 20005

Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

Justin P. Fasano, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070

Charles Paxton Paret
343 First Street
Berryville, VA 22611

                                                    <u>/s/ Jonathan E. Levine</u>
                                                    Jonathan E. Levine