IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No.: 23-00217-ELG |
| CHARLES PAXTON PARET, | ) | Adversary Case No.: 23-10025-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

CREDITORS WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCH'S FIRST SET OF INTERROGATORIES TO DANIEL HUERTAS, WASHINGTON CAPITAL PARTNERS, DP CAPITAL, LLC, AND WCP FUND I, LLC

Pursuant to Rule 7034 of the Federal Rules of Bankruptcy Procedure and Rule 34 of the Federal Rules of Civil Procedure, and in accordance with the Court's order permitting discovery concerning the Motion to Approve Settlement (Dkt. 173), Creditor Welch Family Limited Partnership Four, Welch Family Limited Partnership Five, Welch Family Limited Partnership Nine, Welch Family Limited Partnership Twenty-One, and Kenneth Welch (collectively the "Welch Group") hereby requests that the Defendants to the Litigation *infra*, namely Daniel Huertas, Washington Capital Partners, DP Capital, LLC, and WCP Fund I, LLC produce the following documents and materials for inspection and copying at the offices of Kitsune Lyon, PLC 2200 Wilson Blvd., Suite 102-50, Arlington, Virginia 22201, or as otherwise agreed by the parties, within the time provided by the Court or applicable rules.

## DEFINITIONS

1. "You," and "Your," means Daniel Huertas, Washington Capital Partners, DP Capital, LLC, or WCP Fund I, LLC, and includes, where applicable, that Defendant's agents, employees, members, officers, directors, representatives, attorneys, and any other persons or entities acting or purporting to act on their behalf.

2. WCP, and includes its agents, representatives, attorneys, accountants, consultants, and any other persons acting or purporting to act on his behalf.

3. "Bankruptcy Estate" means the estate created upon the filing of the bankruptcy petition in Case No. 23-00217-ELG, including all property, rights, claims, causes of action, or other interests of the Debtor, Charles Paxton Paret, that are or were property of the estate.

4. "Debtor" means Charles Paxton Paret, the debtor in Bankruptcy Case No. 23-00217-ELG.

5. "Litigation" means the action captioned *Webster v. Huertas, et al.*, Adv. Proc. No. 23-10025-ELG (Bankr. D.D.C.), including all versions of the complaint (including the Third Amended Complaint), and all related pleadings, discovery, motions, hearings, or other proceedings.

6. "Third Amended Complaint" means the Third Amended Complaint filed by the Trustee in the Litigation, and includes all allegations, exhibits, attachments.

7. "Settlement Agreement" means the document titled Settlement Agreement, attached as Exhibit A to the Motion for Approval of Settlement Agreement Pursuant to Fed. R. Bankr. P. 9019, Dkt. 158, in Bankruptcy Case No. 23-00217-ELG, and includes any drafts, related correspondence, and side agreements or understandings related thereto.

8. "Motion to Approve" means the Trustee's Motion for Approval of Settlement Agreement Pursuant to Fed. R. Bankr. P. 9019, filed on or about March 28, 2025, at Dkt. 158 in

Bankruptcy Case No. 23-00217-ELG.

9. "Huertas" means Daniel Huertas, a named defendant in the Litigation, and includes any persons or entities acting or purporting to act on his behalf, including employees, agents, attorneys, representatives, or affiliates.

10. "WCP" means the entity or trade name identified as a defendant in the Litigation as Washington Capital Partners and includes any affiliated entities or d/b/a operations, and all persons or entities acting or purporting to act on its behalf, including agents, employees, officers, directors, representatives, or attorneys.

11. "DP Capital" means DP Capital, LLC, a named defendant in the Litigation, and includes its officers, directors, employees, members, agents, representatives, affiliates, and any other person or entity acting or purporting to act on its behalf.

12. "WCP Fund I" means WCP Fund I, LLC, a named defendant in the Litigation, and includes its officers, directors, employees, members, agents, representatives, affiliates, and any other person or entity acting or purporting to act on its behalf.

13. "Defendants" means collectively and individually Huertas, WCP, DP Capital, and WCP Fund I, as well as any other affiliated entities or trade names used by or associated with the foregoing Defendants.

14. "Document" shall have the broadest meaning under Federal Rule of Civil Procedure 34 and Federal Rule of Bankruptcy Procedure 7034, and includes without limitation all writings, records, memoranda, reports, contracts, emails, letters, notes, presentations, spreadsheets, text messages, communications, data compilations, electronically stored information, and any other tangible or recorded information, regardless of format.

15. "Communication" means any oral or written exchange of information, including but

not limited to meetings, conversations, telephone calls, emails, letters, text messages, voicemails, or other forms of interaction or correspondence.

16. "Identify" when used with respect to a person, means to provide their full name, title, current or last known address, and their relationship to the matter at issue. When used with respect to a document, it means to state the type of document, its title or subject, its date, author(s), recipient(s), and its present or last known location or custodian.

17. "Relating to," "Referring to," "Concerning," or "Regarding" means directly or indirectly mentioning, describing, reflecting, evidencing, constituting, supporting, refuting, contradicting, summarizing, memorializing, or otherwise pertaining to the subject matter of the request.

## DOCUMENT REQUESTS

1. Produce all communications between You and the Trustee or the Bankruptcy Estate concerning the Litigation or Settlement Agreement.

2. Produce all documents You provided to the Trustee related to settlement or the underlying claims, including financial disclosures and valuation materials.

3. Produce all drafts, versions, or side agreements related to the Settlement Agreement, and communications discussing its terms or justification.

4. Produce all communications with third parties referencing the Debtor's role or interest in any project identified in the Third Amended Complaint.

5. Produce all documents and communications with the Debtor or his representatives regarding any property, project, or entity in the Third Amended Complaint.

6. Produce all documents and communications among Defendants regarding the Debtor's role, contributions, or interest in any project identified in the Third Amended Complaint.

7. Produce all agreements or informal arrangements with the Debtor concerning development, financing, or ownership of the projects referenced in the Third Amended Complaint.

8. Produce all valuation, appraisal, or value projections concerning properties or entities in the Third Amended Complaint.

9. Produce all financial records, profit/loss summaries, capital accounts, or distributions for any project identified in the Third Amended Complaint.

10. Produce all communications among Defendants concerning the Debtor's interest, the Litigation, or the Third Amended Complaint.

11. Produce all promotional or investor materials referencing the Debtor or any project in the Third Amended Complaint.

12. Produce all internal analyses or communications evaluating the Litigation's risks, merits, or liability exposure.

13. Produce all documents or communications concerning settlement offers, counteroffers, or resolutions discussed with the Trustee or among Defendants.

July 9, 2025

Respectfully submitted,

/s./Todd Lewis_____
Todd Lewis, Esq. DC Bar No. 497852
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304
(202) 550-9898
todd.lewis@tllgpc.com
*Counsel for the Welch Group*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2025, a true and correct copy of the foregoing document was served via electronic mail on the following:

Justin P. Fasano
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820, Greenbelt, MD 20770
jfasano@mhlawyers.com
*Counsel for Trustee Wendell Webster*

Kellee Baker
KB Law Firm, 7600 Ora Glen Drive #1691, Greenbelt, MD 20768
kblawfirm@gmail.com
*Counsel for Yi Rong Jean LLC*

Kenneth J. Barton, Jr.
Steptoe & Johnson PLLC, 1250 Edwin Miller Blvd, Ste 300, Martinsburg, WV 25404
kenneth.barton@steptoe-johnson.com
*Counsel for United Bank*

Alexandra DeSimone
David Gaffey
Whiteford Taylor & Preston LLP
adesiomone@wtplaw.com
dgaffey@whitefordlaw.com
*Counsel for Rajat Batra*

Daniel K. Eisenhauer
ecfaccount@orlans.com
*Counsel for Servis One, Inc. d/b/a BSI Financial Services*

Alan D. Eisler
aeisler@e-hlegal.com
*Counsel for Calliecorp, LLC*

Robert W. Angle
anglew@gtlaw.com
*Counsel for John W. Gosnell*

Vanessa Carpenter Lourie
vlourie@carpenterlourie.com
*Counsel for Luke Kamel*

Jeffery T. Martin

John E. Reid
jeff@martinlawgroup.com / jack@martinlawgroup.com
*Counsel for Debtor Charles Paret*

Mark Meyer
bankruptcy@rosenberg-assoc.com
*Counsel for Servis One, Inc.*

Gregory C. Mullen
bankruptcy@bww-law.com
*Counsel for Pennymac Loan Services, LLC*

James D. Sadowski – *Counsel for Manik Chamarthy, Manjula Sure, and others*
jds@gdllaw.com

Donald M. Temple
dtemplelaw@gmail.com
*Counsel for Debtor Charles Paret*

Maurice B. VerStandig
mac@mbvesq.com
*Counsel for Petitioning Creditors, incl. DP Capital LLC and WCP Fund I LLC*

                                                */s/ Todd Lewis*
                                                Todd Lewis