

Maurice B. VerStandig, Esq.
Sender's Direct Dial: (301) 444-4600
Sender's E-mail: mac@mbvesq.com

July 20, 2025

**VIA ELECTRONIC MAIL**
Robert W. Angle, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd.
Suite 1000
McLean, VA 22102
anglew@gtlaw.com

Todd Lewis, Esq.
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304
todd.lewis@tllgpc.com

    Re:    *In re Paret*, **Case No. 23-217-ELG (Bankr. D.D.C. 2023)**

Messrs. Angle and Lewis,

    As you are aware, the undersigned and this firm serve as outside counsel to Daniel Huertas, DP Capital LLC d/b/a/ Washington Capital Partners, and WCP Fund I LLC (collectively, and solely for ease of reference, the "WCP Parties"). I am in receipt of discovery requests, directed to the WCP Parties, by your respective clients in the matter of *In re Paret*, which is more fully captioned above. Pursuant to Federal Rule of Civil Procedure 26(c)(1), this letter is a good faith communication concerning the impermissible nature of the discovery being sought.

    It appears your respective clients' discovery requests have been issued pursuant to Federal Rule of Bankruptcy Procedure 9014(c), noting a now-pending motion to approve compromise in Mr. Paret's bankruptcy case to constitute a "contested matter" and, as such, to permit the utilization of certain portions of Title VII of the same rules. And, no doubt, your clients' respective oppositions to the pending settlement motion (alongside those of certain other parties) do render the same a "contested matter."

    Critically, however, the WCP Parties are not now—and never have been—parties to the contested matter. My clients did not file the at-issue motion to approve a compromise, did not oppose the at-issue motion, have not joined in any briefing addressing the motion, and have not taken any position thereupon.

    This creates a paradigm whereby my clients (i) are parties to the related adversary proceeding (to which your respective clients are not parties) and (ii) are *not* parties to the contested

9812 Falls Road
#114-160
Potomac, Maryland 20854

1452 W. Horizon Ridge Pkwy
#665
Henderson, Nevada 89012



matter (to which your respective clients do appear to be parties). Under this paradigm, the issuance of interrogatories and/requests for the production of documents, from your clients to my clients, is patently improper. *See, e.g.*, *Gibbs v. Ames*, 2023 U.S. Dist. LEXIS 226711, at *4 (S.D. W. Va. Dec. 20, 2023) ("The undersigned finds that any interrogatory or request for production of documents served upon a non-party is improper. Rules 33 and 34 of the Federal Rules of Civil Procedure provide that such may only be served upon a party to the action.") (citing Fed. R. Civ. P. 33(a)(1); Fed. R. Civ. P. 34(a)); *Ward v. Empire Vision Ctrs., Inc.*, 262 F.R.D. 256, 261 (W.D.N.Y. 2009) (". . . the federal rules provide that interrogatories may only be served upon parties to the lawsuit. Thus, service upon a non-party is inappropriate.") (citing Fed R. Civ. P. 33).

Accordingly, I ask that you please withdraw your discovery requests to the WCP Parties and formally notify me of such, via e-mail, not later than the close of business on Friday, July 25, 2025, as memorialized by the cessation of regular trading on the New York Stock Exchange. Should your clients fail to do so, one or more motions for entry of protective orders will be thereafter filed.

If you have any questions, or wish to further discuss this matter, please do not hesitate to contact me directly. I anticipate being out of the country most of the day on July 25, 2025, but will be in the eastern time zone and reachable on my cellular telephone at (240) 351-6442. (My travel plans are largely comprised of retrieving groceries from a Costco in Quebec, which is relatively proximate to where I reside. Please do not permit my technical absence from the country to deter you from calling.)

Sincerely,

Maurice "Mac" VerStandig, Esq.
*For the Firm*

cc:     Justin Fasano, Esq. (via electronic mail)

9812 Falls Road
#114-160
Potomac, Maryland 20854

1452 W. Horizon Ridge Pkwy
#665
Henderson, Nevada 89012