# Kitsune Lyon
### A Professional Limited Liability Law Firm

2200 Wilson Boulevard, Suite 102-50, Arlington, VA 22201 | Tel 202.550.9898

Todd Lewis, Esq.
(Licensed to Practice in VA, MD, NY, FL & DC)

Direct Dial +1.202.615.9055

July 22, 2025

**Via Electronic Mail:  mac@mbvesq.com**
Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Dear Attorney Verstandig:

     We write in response to your letter dated July 20, 2025, regarding the discovery requests directed to Daniel Huertas, DP Capital LLC d/b/a Washington Capital Partners, and WCP Fund I LLC (the "WCP Parties") in connection with the matter of In re Paret. We respectfully disagree with your characterization of the discovery requests as impermissible under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

     While you assert that the WCP Parties are not parties to the contested matter arising under Federal Rule of Bankruptcy Procedure 9014(c), their integral involvement in the underlying adversary proceeding and their connection to the proposed compromise render them proper subjects for discovery. The Bankruptcy Court, as a court of equity, maintains broad discretion to allow discovery where necessary to preserve the integrity of the bankruptcy process and to evaluate the fairness and reasonableness of any proposed settlement involving estate property.

     Even if the WCP Parties are not technically parties to the contested matter, the appropriate procedure to obtain the requested information is through the issuance of a subpoena pursuant to Federal Rule of Bankruptcy Procedure 9016, incorporating Federal Rule of Civil Procedure 45. To the extent the formal mechanism of a Rule 45 subpoena is required, we are prepared to reissue the discovery in the form of subpoenas promptly.

     However, in the interest of efficiency and to avoid unnecessary motion practice, we respectfully request that you advise whether your clients will accept service of the discovery requests as subpoenas under Rule 45. Alternatively, we are prepared to proceed with formal service through appropriate channels.

     We trust this addresses your concerns and provides a path forward that satisfies both the letter and spirit of the Bankruptcy Code and Rules. We are available to confer further should you wish to discuss.

      This correspondence is not to be construed as a waiver or relinquishment of any right or claim and Client reserves all rights and remedies afforded by Federal, State and local law.  As always, should you have any questions or concerns, please do not hesitate to contact me directly.

Sincerely,

*Todd Lewis*

Todd Lewis