IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Bankruptcy Case No.: 23-00217-ELG |
| CHARLES PAXTON PARET, | ) | Adversary Case No.: 23-10025-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |

### WELCH FAMILY LIMITED PARTNERSHIP FOUR, WELCH FAMILY LIMITED PARTNERSHIP FIVE, WELCH FAMILY LIMITED PARTNERSHIP NINE, WELCH FAMILY LIMITED PARTNERSHIP TWENTY-ONE, AND KENNETH WELCHS' WITNESS AND EXHIBIT LIST FOR SEPTEMBER 5, 2025, HEARING ON OBJECTION CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE

COMES NOW, Welch Family Limited Partnership Four, Welch Family Limited Partnership Five, Welch Family Limited Partnership Nine, Welch Family Limited Partnership Twenty-One, and Kenneth Welch (collectively the "Welch Group") by and through the undersigned counsel, in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case"), hereby files its witness and exhibit list in connection with on Chapter 7 Trustee's Motion to Approve Compromise ("Motion") set for hearing on September 5, 2025, at 9:00 AM before the Honorable Elizabeth L. Gunn at the United States Bankruptcy Court for the District of Columbia, Courtroom 1, 333 Constitution Ave NW, Washington, DC 20001.

### WITNESS LIST

The Welch Group reserves the right to examine any of the following witnesses:

1. Chapter 7 Trustee, Wendell Webster
2. Charles Paret

Todd Lewis, Esq. DC Bar No. 497852
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304
Telephone (202) 550-9898

3. Donald Temple

4. Daniel Huertas

5. Stephan Hessler or an alternative expert on partnership law in the District of Columbia.

## EXHIBIT LIST

| The Welch Group's Exhibit No. | Exhibit Description |
|---|---|
| 1 | *Deposition Transcript of Wendell Webster and all attendant exhibits.* |
| 2 | *All discovery materials provided by Wendell Webster* |
| 3 | *Settlement Proposal of Charles Paret* |
| 4 | *Complaint* |

The Welch Group reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing and (ii) the right to use additional exhibits for purposes of reply, rebuttal, or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. The Welch Group also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties-in-interest and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

Respectfully submitted,

/s./Todd Lewis
Todd Lewis, Esq. DC Bar No. 497852
Kitsune Lyon, PLC
1007 N. Federal Highway, Suite 2005
Fort Lauderdale, FL 33304
(202) 550-9898
todd.lewis@tllgpc.com
*Counsel for the Welch Group*

**Certificate of Service**

I hereby certify that on September 2, 2025, I filed a copy of the foregoing Welch Family Limited Partnership Four, Welch Family Limited Partnership Five, Welch Family Limited Partnership Nine, Welch Family Limited Partnership Twenty-One, and Kenneth Welch *Witness and Exhibit List for September 5, 2025, Hearing on Chapter 7 Trustee's Motion to Approve Settlement Agreement* via CM/ECF, which caused the same to be served upon all parties receiving notice thereby, including:

Justin P. Fasano: jfasano@mhlawyers.com


\s\ Todd Lewis
Todd Lewis