IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-00217-ELG |
| CHARLES PARET., ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## WENDELL WEBSTER'S WITNESS AND EXHIBIT LIST

Wendell Webster, Chapter 7 Trustee for Charles Paret, by and through his undersigned counsel, Justin P. Fasano and McNamee Hosea, P.A., hereby submits the below list of witnesses for plan confirmation.

### WITNESSES THAT MAY BE CALLED BY DEFENDANT

| Name of Witness | Estimated Time to Elicit Testimony | Date Called |
|---|---|---|
| Wendell Webster | 1 hour | 9/5/25 |
| A 30(b)(6) designee of WCP Fund I LLC and DP Capital LLC | 1 hour | 9/5/25 |
| Daniel Huertas | 1 hour | TBD |

### EXHIBITS TO BE OFFERED BY PLAINTIFF

| EX # | EXHIBIT DESCRIPTION | DATE |
|---|---|---|
| 1 | Third Amended Complaint (Docket No. 38) | |

_____
_____
Justin P. Fasano (Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Wendell Webster, Chapter 7 trustee for Charles Paret*

| | | |
|---|---|---|
| 2 | Motion to Dismiss Adversary Proceeding Filed by DP Capital, LLC, Daniel Huertas, WCP Fund I, LLC, Washington Capital Partners (Paret vs. Huertas, Docket No. 41) | |
| 3 | Declaration of Daniel Huertas | |
| 4 | Email from Justin Fasano to Todd Lewis and Donald Temple titled "For discussion tomorrow" with attached draft commercial promissory note | |
| 5 | E-mail from James Sadowski to Justin Fasano titled "RE: 23-00217-ELG CH7 Application to Employ - Charles Paxton Paret" | |
| 6 | Audio of March 13, 2024 hearing | |
| 7 | Audio of September 27, 2023 hearing | |
| 8 | Paret Settlement Offer | |
| | The Trustee reserves the right to introduce by judicial notice any pleadings or papers filed in this case or any related adversary proceeding. | |
| | The Trustee reserves the right to introduce any document offered by any other party | |
| | The Trustee reserves the right to use any other document for impeachment purposes or necessitated by surprise. | |

2

Dated: September 2, 2025                    Respectfully submitted,

/s/ Justin P. Fasano
Justin P. Fasano, Esq. (MD21201)
McNamee, Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, a true and correct copy of the foregoing was served by the Court's ECF system on those parties receiving notice thereby.


/s/ Justin P. Fasano
Counsel

3