# Justin P. Fasano

| | |
|---|---|
| **From:** | Justin P. Fasano |
| **Sent:** | Tuesday, November 26, 2024 2:18 PM |
| **To:** | todd.lewis@tllgpc.com; Donald Temple |
| **Subject:** | For discussion tomorrow |
| **Attachments:** | COMMERCIAL PROMISSORY NOTE - Paret.docx |

Should we talk around 2:00 tomorrow?



### Justin P. Fasano
*Principal\**

**McNamee Hosea**

6404 Ivy Lane, Suite 820          O 301.441.2420
Greenbelt, Maryland 20770        F 301.982.9450

[Facebook](...) | [mhlawyers.com](...)

*\*Admitted in Maryland and Virginia*

---

*The information contained herein is confidential and intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and delete the message.*
***Disclosure Required by IRS Circular 230:*** *In accordance with IRS requirements, we wish to inform you that, to the extent this communication contains tax advice, it is not intended or written to be used for the purpose of 1) avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service, or 2) promoting, marketing or recommending to another party any transaction or matter addressed herein.*