**Justin P. Fasano**

| | |
|---|---|
| **From:** | James D. Sadowski <JDS@gdllaw.com> |
| **Sent:** | Monday, July 8, 2024 5:26 PM |
| **To:** | Justin P. Fasano |
| **Subject:** | RE: 23-00217-ELG CH7 Application to Employ - Charles Paxton Paret |

Justin:

As a follow-up to my voicemail, Manik Chamarthy and Bala Sure are creditor clients (and not married to each other).

They have asked me to let the court and you know that they did not agree to fund the adversary proceeding (for $50K or some other amount).

So there appears to have been a miscommunication with Charlie and/or the lawyer they spoke with about that issue.

I don't think they will object to the motion to employ, but they want to clarify the record, so let me know the most efficient, cost-effective way to correct the representation in paragraph 12 of the motion (see snip below).

Thanks.

Jim

> 12. The estate has no assets
>
> provided a retainer of at least $215,00(
>
> creditors of the Debtor.
>
> WELCH limited partnershi

1



**James D. Sadowski, Esq.**
**GREENSTEIN DELORME & LUCHS, P.C.**

Shareholder
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
202-452-1400; ext. 5407
JDS@gdllaw.com
www.gdllaw.com

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS ONLY INTENDED FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE, OR COPYING IS STRICTLY PROHIBITED, AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER OF THIS MESSAGE. THANK YOU. FOR MESSAGES TO CONSUMER DEBTORS: THIS MESSAGE, AND ALL OTHERS FROM THIS OFFICE, IS A COMMUNICATION FROM A DEBT COLLECTOR IN AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

**From:** ecf_dcb@dcb.uscourts.gov
**Sent:** Tuesday, July 2, 2024 6:52 PM
**To:** courtmail@dcb.uscourts.gov
**Subject:** 23-00217-ELG CH7 Application to Employ - Charles Paxton Paret

**CAUTION:** This is an external message. Please verify that it is a trusted source before replying, clicking links or opening attachments.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

**United States Bankruptcy Court for the District of Columbia**

Notice of Electronic Filing

The following transaction was received from Justin Philip Fasano entered on 7/2/2024 at 6:52 PM EDT and filed on 7/2/2024
**Case Name:**       Charles Paxton Paret
**Case Number:**    23-00217-ELG
**Document Number:** 130

**Docket Text:**
Application to Employ Blank Rome LLP as Special Counsel Filed by Wendell W. Webster. Objections due by 7/16/2024. (Attachments: # (1) Exhibit Notice # (2) Exhibit Verified Statement of Dipu A. Doshi) (Fasano, Justin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** App to emp - BR.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1011211900 [Date=7/2/2024] [FileNumber=2763020-0]
[70e90aabd41b7b6572c7004b6f2f1d8362f50e0bc8f0d2c2c8953ed5a74caf9bde7b
b74acfb3d04b0027c29d352b780e53de2a82be122eb73b97ee98ed327ece]]
**Document description:** Exhibit Notice
**Original filename:** C:\fakepath\App to employ - notice - Paret.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1011211900 [Date=7/2/2024] [FileNumber=2763020-1]
[5f2ae0941ba63ac62c8049b33337798271d531a69407e042ff68720457954bf1b02f
92cecb21c9226d00a9067caa3bc75427c0310be20139dcdcdab688050084]]
**Document description:** Exhibit Verified Statement of Dipu A. Doshi
**Original filename:** C:\fakepath\Verified Statement - BR.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1011211900 [Date=7/2/2024] [FileNumber=2763020-2]
[0f5c55ed010d93db4ba894b28aeaa45b55392162589544f50ef16991f1c8b5e64184
ecc0ea8995ae72c2b9341c45d4119b0e89d8d24cda80d16fd384fec37794]]

**23-00217-ELG Notice will be electronically mailed to:**

Robert Angle on behalf of Creditor John W. Gosnell
anglew@gtlaw.com

Kellee Baker on behalf of Creditor YI RONG JEAN LLC
kblawfirm@gmail.com

Kenneth Joseph Barton, Jr on behalf of Creditor United Bank
kenneth.barton@steptoe-johnson.com, kelsey.miller@steptoe-johnson.com;shelby.turley@steptoe-johnson.com;taylor.wilburn@steptoe-johnson.com

Daniel Kevin Eisenhauer on behalf of Creditor Servis One, Inc. dba BSI Financial Services
ecfaccount@orlans.com, ANHSOrlans@InfoEx.com

Alan D. Eisler on behalf of Creditor Calliecorp, L.L.C
aeisler@e-hlegal.com, mcghamilton@gmail.com

Kristen S. Eustis on behalf of U.S. Trustee U. S. Trustee for Region Four
Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano on behalf of Plaintiff Wendell W. Webster
jfasano@mhlawyers.com,

jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano on behalf of Trustee Wendell W. Webster
jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Todd Lewis on behalf of Creditor Welch Family Limited Partnership Nine
todd.lewis@tllgpc.com, todd.lewis@tllgpc.com

Vanessa Carpenter Lourie on behalf of Creditor Luke Kamel
vlourie@carpenterlourie.com

Jeffery T. Martin on behalf of Debtor Charles Paxton Paret
jeff@martinlawgroupva.com,
Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com

Jeffery T. Martin on behalf of Plaintiff Charles Paxton Paret
jeff@martinlawgroupva.com,
Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroupva.com;steph@martinlawgroupva.com

Mark Meyer on behalf of Creditor SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES
bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Gregory C Mullen on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com

John E. Reid on behalf of Debtor Charles Paxton Paret
jack@martinlawgroup.com

James D. Sadowski on behalf of Creditor Manik Chamarthy
jds@gdllaw.com

James D. Sadowski on behalf of Creditor Manjula Sure
jds@gdllaw.com

James D. Sadowski on behalf of Creditor Ravinder Eeraveni
jds@gdllaw.com

James D. Sadowski on behalf of Creditor Srikanth Tangedipalli
jds@gdllaw.com

James D. Sadowski on behalf of Creditor Tanuja Vedere
jds@gdllaw.com

James D. Sadowski on behalf of Creditor Venuglobal Chidarala
jds@gdllaw.com

Donald Melvin Temple on behalf of Debtor Charles Paxton Paret
Dtemplelaw@gmail.com

Donald Melvin Temple on behalf of Plaintiff Charles Paxton Paret
Dtemplelaw@gmail.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig on behalf of Defendant Daniel Huertas
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Petitioning Creditor DP Capital LLC
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Petitioning Creditor WCP Fund I LLC
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Wendell W. Webster
wwebster@websterfredrickson.com, DC03@ecfcbis.com

**23-00217-ELG Notice will not be electronically mailed to:**

Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
PO Box 169005
Irving, TX 75016

---

This email has been scanned for spam and viruses. Click here to report this email as spam.