Case 23-00217-ELG   Doc 190-6   Filed 09/02/25   Entered 09/02/25 23:06:39   Desc
Exhibit 8 - Paret Settlement Offer    Page 1 of 7

WCP Property Portfolio                                    Settlement Offer and Payment Agreement

# COMPREHENSIVE SETTLEMENT OFFER AND PAYMENT AGREEMENT

Trustee and Creditor Resolution – WCP Property Portfolio

**To:**

Wendell Webster, Chapter 7 Trustee

1101 Connecticut Avenue, NW, Suite 402

Washington, DC 20036

 c/o Justin P. Fasano, Esq.

McNamee Hosea

6404 Ivy Lane, Suite 820

Greenbelt, MD 20770

Email: jfasano@mhlawyers.com

**Special Counsel:**

Donald M. Temple

The Law Offices of Donald M. Temple

2522B Virginia Ave. NW

Washington, DC 20037

 Dipu A. Doshi

Blank Rome LLP

1825 I St NW

Washington, DC 20006-5403

This Offer is submitted as of August 8, 2025, by DC Housing Fund Group ("Purchaser") to Wendell Webster ("Trustee") to resolve all claims arising from the disposition of the WCP Property Portfolio, including amounts owed to creditors and investors. The proposed structure ensures equitable treatment for all stakeholders, prioritizing value recovery from completed assets.

The DC Housing Fund Group comprises the following investors and organizations, all committed to acquiring the portfolio:

- Welch Limited Partnership IV

- American Housing Fund

- Catalyst Capital

- John Gosnell Family Office

Case 23-00217-ELG   Doc 190-6   Filed 09/02/25   Entered 09/02/25 23:06:39   Desc
Exhibit 8 - Paret Settlement Offer   Page 2 of 7

WCP Property Portfolio                    Settlement Offer and Payment Agreement

- Murnane Family Office
- Percival Family Office
- Jahabin Family Office
- Cochran Family Office
- Luke Kamel
- Dion Davitian

## 1. OVERVIEW OF OFFER

The Purchaser offers a total financial commitment of $63,575,000, allocated as follows:

- $63,575,000 to WCP and its affiliates for their portion of the property portfolio, including $17,178,714 in carried interest or additional equity to resolve investor and creditor claims, subject to Trustee oversight.

This proposal is based on current market appraisals, reflecting $24,575,000 in value growth through entitlements, construction, and appreciation since the original acquisition by the partnership between Charles Paret and Daniel Huertas. The completed properties, valued at $41,400,000, are prioritized for immediate disposition to fund near-term disbursements to creditors within 90–120 days. The Purchaser proposes a portfolio-wide structure to equitably resolve varying investor debt levels by leveraging the total added value to cover outstanding obligations.

## 2. PRIORITY FOCUS ON COMPLETED PROPERTIES

The eleven (11) completed properties, confirmed as market-ready, are as follows:

1. 1260 Holbrook Ter NE, Washington, DC – $1,550,000
2. 1262–1268 Holbrook Ter NE, Washington, DC – $6,500,000
3. 1736–1738 Trinidad Ave NE, Washington, DC – $2,500,000
4. 1619 Swann Street NW, Washington, DC – $1,500,000
5. 1471 Girard St NW, Washington, DC – $2,100,000
6. 2507 I St NW, Washington, DC – $1,650,000
7. 5419 1st St NE, Washington, DC – $3,200,000

Case 23-00217-ELG    Doc 190-6    Filed 09/02/25    Entered 09/02/25 23:06:39    Desc
Exhibit 8 - Paret Settlement Offer    Page 3 of 7

WCP Property Portfolio                                Settlement Offer and Payment Agreement

8. 431–433 Kennedy St NW, Washington, DC – $9,500,000 (Status TBD)

9. 107 Rhode Island Ave NW, Washington, DC – $1,450,000

10. 4910 Georgia Ave NW, Washington, DC – $11,450,000

11. 159 Fairfield Lane, Berryville, VA 22611 – $2,200,000

**Total Purchase Price for Completed Properties: $41,400,000**

## 3. CONSTRUCTION PROPERTIES

The three (3) construction properties, pending verification, have an estimated purchase price of $12,975,000. Verification includes current outstanding contractor bids, permit confirmation with the Department of Buildings (DOB) and Department of Housing and Community Development (DHCD), and on-site inspections for property condition. The properties are:

1. 419–423 Kennedy St NW, Washington, DC – $6,500,000

2. 1249 Bladensburg Rd NE, Washington, DC – $5,500,000

3. 1216 Raum St NE, Washington, DC – $975,000

## 4. ENTITLEMENT DEVELOPMENT PROPERTIES

The seven (7) entitlement development properties have an estimated purchase price of $9,200,000, based on as-is and projected appraisals, zoning and entitlement feasibility reviews, risk analysis, and development budgeting. The properties are:

1. 5505 1st St and 71 Kennedy St NW, Washington, DC – $3,450,000

2. 429 Kennedy St NW, Washington, DC – $950,000

3. 205 West Madison St, Baltimore, MD – $1,350,000

4. 1236 Simms Pl NE, Washington, DC – $350,000

5. 1736–1738 Montello Ave NE, Washington, DC – $900,000

6. 2449 P St NW, Washington, DC – $1,100,000

7. 5412 1st St NW, Washington, DC – $1,100,000

Case 23-00217-ELG   Doc 190-6   Filed 09/02/25   Entered 09/02/25 23:06:39   Desc
Exhibit 8 - Paret Settlement Offer   Page 4 of 7

WCP Property Portfolio                    Settlement Offer and Payment Agreement

## 5. DUE DILIGENCE AND TIMELINE

The due diligence process shall commence on August 25, 2025, and conclude on September 24, 2025, spanning thirty (30) days. The process includes:

1. **Ownership Verification**:
   - Full chain-of-title analysis covering the past 10 years for each property.
   - Identification of undisclosed transfers, liens, or encumbrances.
   - Confirmation of true beneficial ownership and affiliated holding entities.

2. **Property Documentation**:
   - WCP/DP Capital must provide title documents, debt instruments, foreclosure records, and related corporate documentation within 21 calendar days of agreement execution.

3. **Property Access & Inspections**:
   - WCP must coordinate access within 7 business days of acceptance, in cooperation with American Housing Fund.
   - Independent site inspections to assess condition, structural integrity, and code compliance.

4. **Appraisals**:
   - Conducted by D.C.-licensed independent appraisers using market, income, and sales approaches.
   - Updated property conditions to support valuations, compared to original purchase prices and known market shifts.

5. **Environmental and Zoning Review**:
   - Verification of permitting statuses.
   - Zoning and entitlement confirmation with DHCD and DOB.

6. **Forensic Financial Review**:
   - Supervised by legal counsel to confirm no misappropriation or concealment of investor assets.
   - Reconciliation of historical investment flows, construction expenditures, and transfers.

7. **Portfolio Evaluation Report**:

Case 23-00217-ELG   Doc 190-6   Filed 09/02/25   Entered 09/02/25 23:06:39   Desc
Exhibit 8 - Paret Settlement Offer    Page 5 of 7

WCP Property Portfolio                    Settlement Offer and Payment Agreement

- A centralized summary report of findings and valuations shall be delivered by September 24, 2025.

Completed properties shall receive priority, with all title, financial, and structural due diligence concluded and certified within the first 45 days.

## 6. INITIAL AND SECOND PAYMENTS

An initial payment of $600,000 shall be made upon execution of this Agreement, allocated as follows:

- $30,000 for due diligence expenses, including third-party inspections, legal review, and appraisals.
- $70,000 to the Trustee, Trustee's Counsel, and Legal Counsel collectively, to be deducted in an equal pari-passu manner from the proceeds/purchase fees of each property at their respective closings.
- $500,000 to be held in escrow as a deposit for the acquisition of the listed properties, to remain in escrow until closing.

A second payment of $500,000 shall be made upon:

- Successful completion of due diligence on the eleven completed properties.
- Full and verified distribution of the initial $600,000 to the Trustee and WCP.

The second $500,000 shall be allocated to creditors, the Trustee, Trustee's Counsel, and Legal Counsel per the Trustee's distribution protocol, to be deducted in an equal pari-passu manner from the proceeds/purchase fees of each property at their respective closings, accelerating the liquidation and closing of Tranche One properties.

## 7. TRUSTEE DISTRIBUTION PROTOCOL

All payments shall be directed to the Trustee, who shall disburse funds in the following order:

1. Investors and creditors, pro rata or by contractual entitlement and negotiated settlement amounts.
2. Legal Counsel, pursuant to a reduced 15% contingency fee from Coloma River.
3. Trustee fees and expenses.

Case 23-00217-ELG   Doc 190-6   Filed 09/02/25   Entered 09/02/25 23:06:39   Desc
Exhibit 8 - Paret Settlement Offer    Page 6 of 7

WCP Property Portfolio                    Settlement Offer and Payment Agreement

The Trustee shall maintain segregated trust accounts, issue monthly disbursement status reports, and shall not deviate from this protocol without written consent of all parties or a court order.

## 8. BANKRUPTCY CREDITOR RESOLUTION

A total of $17,178,714 shall be reserved for bankruptcy creditors, in the form of carried interest or to be paid out at closing on the proposed properties once agreed upon by all parties. The Trustee may negotiate and resolve individual claims, subject to legal review. Creditors shall have the following options to settle their claims:

1. Acquisition of one or more properties in the portfolio at the agreed-upon price in lieu of funds.

2. Payoff during the acquisition at an agreed-upon amount by one or more verified developers.

3. Maintain a carried interest in one or more properties as a Limited Partner (LP) Investor alongside the verified developer.

Remaining claimants are listed in the attached Exhibit A. The Trustee shall assess all investor claim amounts, provide written notification of claim resolution status within 30 days of submission, and ensure proportionate recovery or equity conversion offers if valuations fall short.

## 9. TRANSACTION COMPLETION DEADLINE

The entire transaction, including final resolution of all tranches, payment disbursements, and closing of all properties, shall be concluded no later than April 30, 2026.

## 10. GOVERNANCE AND EXECUTION

All parties shall cooperate in good faith. Upon acceptance of this offer by the Trustee and relevant parties, the parties shall have seven (7) business days to execute a formal agreement memorializing this settlement and proceed with implementation. The formal agreement shall include all due diligence protocols, payment structures, timelines, and closing obligations outlined herein and

Case 23-00217-ELG    Doc 190-6    Filed 09/02/25    Entered 09/02/25 23:06:39    Desc
Exhibit 8 - Paret Settlement Offer    Page 7 of 7

WCP Property Portfolio                    Settlement Offer and Payment Agreement

shall be binding on all parties, including successors, assigns, affiliated entities, and beneficiaries of transaction proceeds.

This offer shall remain valid for seven (7) days. Upon acceptance, a formal agreement shall be executed under District of Columbia law, incorporating the provisions above, including dispute resolution clauses (mediation, arbitration, and D.C. Superior Court jurisdiction).

**Respectfully submitted,**
On Behalf of the Below Investors, by their Debtor, Charles Paret,
Partner, Coloma River | WCP Portfolio
**Date**: August 11, 2025

- Welch Limited Partnership IV
- American Housing Fund
- Catalyst Capital
- John Gosnell Family Office
- Murnane Family Office
- Percival Family Office
- Jahabin Family Office
- Cochran Family Office
- Luke Kamel
- Dion Davitian