IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>CHARLES PAXTON PARET,<br><br>*Debtor*. | Case No.: 23-00217-ELG<br>Chapter 7 |

## CREDITOR JOHN W. GOSNELL'S WITNESS AND EXHIBIT LIST

Creditor John W. Gosnell ("Gosnell"), by counsel, hereby files its witness and exhibit list in connection with on Chapter 7 Trustee's Motion to Approve Compromise ("Motion") set for hearing on September 5, 2025, at 9:00 AM before the Honorable Elizabeth L. Gunn at the United States Bankruptcy Court for the District of Columbia, Courtroom 1, 333 Constitution Ave NW, Washington, DC 20001.[1]

## WITNESS LIST

Gosnell reserves the right to examine the following witnesses at the hearing:

1. Chapter 7 Trustee, Wendell Webster
2. Charles Paret
3. Daniel Huertas
4. Donald Temple
5. John Gosnell
6. Any witness listed by any other party.

---

[1] Counsel respectfully notes that this Witness and Exhibit List is being filed after the Court's requested deadline of September 2, 2025. The delay was due to the fact that the hearing was rescheduled by agreement to September 5, 2025 due in part because counsel was traveling out of state for a family funeral on September 2, 2025. No prejudice to any party is anticipated by this short delay, and Gosnell respectfully requests that the Court accept this filing as timely.

# EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1 | Deposition transcript of Wendell Webster, August 5, 2025 (including all exhibits thereto) |
| 2 | Deposition transcript of Wendell Webster, August 14, 2025 (including all exhibits thereto) |
| 3 | Third Amended Complaint in Adv. Proc. 23-10025-ELG |
| 4 | Trustee Wendell Webster's Answers and Objections to Interrogatories propounded by Gosnell |
| 6 | All documents produced by Wendell Webster in discovery in this case |
| 7 | Any and all exhibits identified by any other party |
| 8 | Any additional exhibits offered for rebuttal, impeachment, or as may become necessary at hearing |

September 3, 2025

Respectfully submitted,

*/s/ Robert W. Angle*
Robert W. Angle (DC Bar #1614979)
Greenberg Traurig, LLP
1750 Tysons Blvd.
Suite 1000
McLean, VA 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: anglew@gtlaw.com
*Counsel for John W. Gosnell*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of September, 2025, a true copy of the foregoing document was filed electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

*/s/ Robert W. Angle*
Robert W. Angle
