## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:

**Charles Paxton Paret**
    **Debtor**

Case No. 23-00217-ELG

Chapter 7

## NOTICE OF FAILURE TO PROSECUTE

Upon a review of the above referenced case, it appears that the parties may not be diligently prosecuting the following matter:

**Motion for 2004 Examination Filed by United Bank (ECF No. 184)**

**NOTICE IS HEREBY GIVEN** that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice (i.e., submission of an order pursuant to Local Bankruptcy Rule 9072-1), or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

For the Court:
Angela D. Caesar
BY: CA
Dated: 9/18/2025

Copies to: Debtor; recipients of e-notification of orders.

United States Bankruptcy Court

District of Columbia

In re:                                                              Case No. 23-00217-ELG

Charles Paxton Paret                                                 Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                          Page 1 of 3

Date Rcvd: Sep 18, 2025                       Form ID: pdf001                       Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Jonathan E. Levine, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030-6044 |
| cr | + | United Bank, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030, UNITED STATES 22030-6044 |
| 773704 | + | United Bank, Kenneth J Barton Jr., Esq., 1250 Edwin Miller Blvd., Suite 300, Martinsburg, WV 25404-3753 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Creditor Calliecorp  L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Alexandra DeSimone | on behalf of Creditor Rajat Batra adesimone@wtplaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Servis One  Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com |

David W. Gaffey
on behalf of Creditor Rajat Batra dgaffey@whitefordlaw.com clano@whitefordlaw.com;adesimone@whitefordlaw.com

Donald Melvin Temple
on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com

Donald Melvin Temple
on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com

Gregory C Mullen
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@bww-law.com,
bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com

James D. Sadowski
on behalf of Creditor Ravinder Eeraveni jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Creditor Tanuja Vedere jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Creditor Srikanth Tangedipalli jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Creditor Manjula Sure jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Creditor Manik Chamarthy jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Creditor Venuglobal Chidarala jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

Jeffery T. Martin
on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

Jeffery T. Martin
on behalf of Debtor Charles Paxton Paret jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

John E. Reid
on behalf of Debtor Charles Paxton Paret jack@martinlawgroup.com
brittany@martinlawgroup.com;Diana@martinlawgroup.com

Justin Philip Fasano
on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kellee Baker
on behalf of Creditor YI RONG JEAN LLC kblawfirm@gmail.com

Kenneth Joseph Barton, Jr
on behalf of Creditor United Bank kenneth.barton@steptoe-johnson.com
kelsey.miller@steptoe-johnson.com;shelby.turley@steptoe-johnson.com;taylor.wilburn@steptoe-johnson.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Mark Meyer
on behalf of Creditor SERVIS ONE INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com,
bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
on behalf of Defendant WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com

lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant DP Capital  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant WCP Fund I  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant DP Capital LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Washington Capital Partners mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Russell Drazin mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant JPK NewCo LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Daniel Huertas mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert Angle

on behalf of Creditor John W. Gosnell anglew@gtlaw.com  karrie.barbaro@gtlaw.com,robert-angle-8951@ecf.pacerpro.com

Todd Lewis

on behalf of Attorney Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com

Todd Lewis

on behalf of Creditor Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

Vanessa Carpenter Lourie

on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com

Wendell W. Webster

wwebster@websterfredrickson.com  DC03@ecfcbis.com


TOTAL: 46