The order below is hereby signed.

Signed: October 1 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:

| | |
|---|---|
| Charles Paxton Paret,<br>Debtor | Case No. 23-00217-ELG<br>(Chapter 7) |

United Bank,

Movant

v.

Charles Paxton Paret,

Respondent

### ORDER GRANTING MOTION FOR
### RULE 2004 EXAMINATION OF DEBTOR

UPON CONSIDERATION of the motion filed by United Bank to examine the Debtor, Charles Paxton Paret, any responses thereto, and good cause appearing therefore, it is hereby,

ORDERED, that United Bank is authorized to examine Debtor, Charles Paxton Paret, pursuant to Fed. R. Bnkr. P. 2004, and Debtor shall submit to such examination within 14 days from the entry of this order.

I ask for this:

/s/ Jonathan E. Levine
Jonathan E. Levine, Esquire
D.C. Bar No. 475891
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030
Telephone: (703) 352-1300
jlevine@mbhylaw.com
*Counsel for United Bank*

Local Rule 9072-1 Certification

I certify that on September 23, 2025 I emailed a copy of the foregoing Proposed Order to the Debtor, Charles Paret, and to Donald Melvin Temple, Esquire, Counsel for Debtor, seeking their endorsement but have not received a response to this request.

/s/ Jonathan E. Levine

cc:

Jonathan E. Levine, Esquire
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030

Jeffery T. Martin
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Donald Melvin Temple
Donald M. Temple
1310 L Street, N.W., Suite 750
Washington, DC 20005

Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

Justin P. Fasano, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070

Charles Paxton Paret
343 First Street
Berryville, VA 22611

**End of Order**