The order below is hereby signed.

Signed: October 1 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:

Charles Paxton Paret,                    Case No. 23-00217-ELG
Debtor                                   (Chapter 7)

---

United Bank,

Movant
v.

Charles Paxton Paret,

Respondent

---

## ORDER GRANTING MOTION FOR
## RULE 2004 EXAMINATION OF DEBTOR

UPON CONSIDERATION of the motion filed by United Bank to examine the Debtor,

Charles Paxton Paret, any responses thereto, and good cause appearing therefore, it is hereby,

ORDERED, that United Bank is authorized to examine Debtor, Charles Paxton Paret,

pursuant to Fed. R. Bnkr. P. 2004, and Debtor shall submit to such examination within 14 days

from the entry of this order.

I ask for this:

/s/ Jonathan E. Levine_____
Jonathan E. Levine, Esquire
D.C. Bar No. 475891
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030
Telephone:  (703) 352-1300
jlevine@mbhylaw.com
*Counsel for United Bank*

Local Rule 9072-1 Certification

I certify that on September 23, 2025 I emailed a copy of the foregoing Proposed Order to the
Debtor, Charles Paret, and to Donald Melvin Temple, Esquire, Counsel for Debtor, seeking their
endorsement but have not received a response to this request.

/s/ Jonathan E. Levine_____

cc:

Jonathan E. Levine, Esquire
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030

Jeffery T. Martin
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Donald Melvin Temple
Donald M. Temple
1310 L Street, N.W., Suite 750
Washington, DC 20005

2

Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

Justin P. Fasano, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070

Charles Paxton Paret
343 First Street
Berryville, VA 22611

**End of Order**

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 23-00217-ELG |
| Charles Paxton Paret | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 02, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Creditor Calliecorp  L.L.C aeisler@e-hlegal.com, mcghamilton@gmail.com |
| Alexandra DeSimone | on behalf of Creditor Rajat Batra adesimone@wtplaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor Servis One  Inc. dba BSI Financial Services ecfaccount@orlans.com, ANHSOrlans@InfoEx.com |
| David W. Gaffey | on behalf of Creditor Rajat Batra dgaffey@whitefordlaw.com  clano@whitefordlaw.com;adesimone@whitefordlaw.com |

District/off: 0090-1                                User: admin                                Page 2 of 3
Date Rcvd: Oct 02, 2025                            Form ID: pdf001                            Total Noticed: 1

Donald Melvin Temple
                    on behalf of Plaintiff Charles Paxton Paret Dtemplelaw@gmail.com

Donald Melvin Temple
                    on behalf of Debtor Charles Paxton Paret Dtemplelaw@gmail.com

Gregory C Mullen
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@bww-law.com,
                    bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com

James D. Sadowski
                    on behalf of Creditor Ravinder Eeraveni jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                    on behalf of Creditor Tanuja Vedere jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                    on behalf of Creditor Srikanth Tangedipalli jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                    on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                    on behalf of Creditor Manjula Sure jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                    on behalf of Creditor Venuglobal Chidarala jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                    on behalf of Creditor Manik Chamarthy jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                    on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                    on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                    on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

Jeffery T. Martin
                    on behalf of Plaintiff Charles Paxton Paret jeff@martinlawgroup.com
                    Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

Jeffery T. Martin
                    on behalf of Debtor Charles Paxton Paret jeff@martinlawgroup.com
                    Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

John E. Reid
                    on behalf of Debtor Charles Paxton Paret jack@martinlawgroup.com
                    brittany@martinlawgroup.com;Diana@martinlawgroup.com

Justin Philip Fasano
                    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
                    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
                    on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
                    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kellee Baker
                    on behalf of Creditor YI RONG JEAN LLC kblawfirm@gmail.com

Kenneth Joseph Barton, Jr
                    on behalf of Creditor United Bank kenneth.barton@steptoe-johnson.com
                    kelsey.miller@steptoe-johnson.com;shelby.turley@steptoe-johnson.com;taylor.wilburn@steptoe-johnson.com

Kristen S. Eustis
                    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Mark Meyer
                    on behalf of Creditor SERVIS ONE  INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com,
                    bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
                    on behalf of Defendant DP Capital  LLC mac@mbvesq.com,
                    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
                    on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com
                    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

| | |
|---|---|
| | on behalf of Defendant WCP Fund I  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant SF NU  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant Washington Capital Partners mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant JPK NewCo LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert Angle | on behalf of Creditor John W. Gosnell anglew@gtlaw.com  karrie.barbaro@gtlaw.com,robert-angle-8951@ecf.pacerpro.com |
| Todd Lewis | on behalf of Attorney Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com |
| Todd Lewis | on behalf of Creditor Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Vanessa Carpenter Lourie | on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com |
| Wendell W. Webster | wwebster@websterfredrickson.com  DC03@ecfcbis.com |

TOTAL: 46