UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>CHARLES PAXTON PARET<br><br>    Debtor(s) | Chapter 7<br>Case NO. 23-00217-ELG |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES.<br>4200 Regent Blvd., Ste. 200<br>Irving, TX 75063<br><br>    Movant<br><br>v.<br><br>Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611<br><br>and<br><br>Wendell W. Webster<br>1101 Connecticut Avenue NW<br>Suite 402<br>Washington, DC 20036<br><br>    Respondent(s) | Motion No. |

### **EXHIBIT A - DEBT**

**Arrears**

| | |
|---|---:|
| 12 payments of $2,569.38 for 01/01/2024 - 12/01/2024 | $30,832.56 |
| Late Charges | $84.71 |
| Attorney`s Fees | $1,424.00 |
| 11 payments of $2,616.68 for 01/01/2025 - 11/01/2025 | $28,783.48 |

Mark D. Meyer
DC BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-002022-VA-B-7

1

**Total Arrears:**         **$61,124.75**

2