UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>CHARLES PAXTON PARET<br><br>    Debtor(s) | Chapter 7<br>Case NO. 23-00217-ELG |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES.<br>4200 Regent Blvd., Ste. 200<br>Irving, TX 75063<br><br>    Movant<br><br>v.<br><br>Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611<br><br>and<br><br>Wendell W. Webster<br>1101 Connecticut Avenue NW<br>Suite 402<br>Washington, DC 20036<br><br>    Respondent(s) | Motion No. |

## **NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

    SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES. has filed papers with the court seeking relief from the automatic stay of 11 U.S.C § 362(a) to enable it proceed to foreclosure on the property known as 343 1st Street, Berryville, VA 22611.  Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by December 29, 2025 you or your lawyer must file a written response with the clerk of the Bankruptcy Court explaining your position and mail a copy to:

Mark D. Meyer
DC BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-002022-VA-B-7

Mark D. Meyer, Esq.
mark.meyer@rosenberg-assoc.com
Rosenberg and Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Wendell W. Webster, Trustee
1101 Connecticut Avenue NW
Suite 402
Washington, DC 20036

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

    The hearing is scheduled for
**February 4, 2026 at 9:30 AM at the United States Bankruptcy Court, 333 Constitution Avenue N.W., Washington, DC 20001 Courtroom Number 1. Parties may attend in person or virtually via Zoom. Contact the Courtroom Deputy for Zoom Information - Gunn_Hearings@dcb.uscourts.gov.**

    IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEOFRE THE SCHEDULED HEARING DATE.

Date: December 11, 2025

    /s/ Mark D. Meyer
    Mark D. Meyer, Esq. # 74290
    Rosenberg & Associates, LLC
    4340 East West Highway, Suite 600
    Bethesda, MD 20814
    301-907-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Wendell W. Webster, Trustee
1101 Connecticut Avenue NW
Suite 402
Washington, DC 20036

Jeffery T. Martin, Jr.
8065 Leesburg Pike, Ste. 750
Vienna, VA 22182

I hereby further certify that on the 11th day of December, 2025, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

        /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 74290
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000