UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>CHARLES PAXTON PARET<br><br>    Debtor(s) | Chapter 7<br>Case NO. 23-00217-ELG |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES.<br><br>    Movant<br>v.<br><br>Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611<br><br>and<br><br>Wendell W. Webster<br>1101 Connecticut Avenue NW<br>Suite 402<br>Washington, DC 20036<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
DC BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-002022-VA-B-7

## **ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and good cause having been shown, by the United State Bankruptcy Court for the District of Columbia.

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a) and 1301, be and the same is hereby, terminated to enable SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES., its successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements known as 343 1st Street, Berryville, VA 22611, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under

any other chapter of the Bankruptcy Code.

I ask for this:

<u>/s/ Mark D. Meyer</u>
Mark D. Meyer, Esq. # 74290
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

cc:  Mark D. Meyer, Esq.                    Wendell W. Webster, Trustee
     Rosenberg & Associates, LLC            1101 Connecticut Avenue NW
     4340 East West Highway, Suite 600      Suite 402
     Bethesda, MD 20814                     Washington, DC 20036

     Charles Paxton Paret                   Jeffery T. Martin, Jr.
     343 First Street                       8065 Leesburg Pike, Ste. 750
     Berryville, VA 22611                   Vienna, VA 22182


End of Order