

## Loan Information

| | | | | | |
|---|---|---|---|---|---|
| BSI Loan Number | | Borrower Name | CHARLES PARET | Property Address | 343 1ST ST BERRYVILLE, VA - 22611 |
| Current Loan Status | BKY | SPOC | KENNETTE RHODES | Loss Mit Status | |
| Investor Code | | Investor Block Number | | Client/Pool | United Security - United Security Financial Corp - FNMA |
| Servicing Transfer Date | 01/04/2021 | Data Date | 11/06/2025 | Principal Balance | $ 282,860.11 |

## Loan Servicing Transaction History

| Account Number | Date Posted | Effective Date | Paid Date | Transaction Code | Transaction Description | Fee Description | Transaction | Principal | Interest | Escrow | Fees | Late Charges | Unapplied | Optional Products | Teller Number | UPB After Transaction | Esc Bal After Transaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/14/2025 | | 12/01/2023 | E20 | EN MASSE ESCROW DISBURSEMENT | | $ -2,838.00 | | | $ -2,838.00 | | | | | 32022 | $ 282,860.11 | $ -19,674.82 |
| | 10/13/2025 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -16,836.82 |
| | 09/15/2025 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -16,604.71 |
| | 08/13/2025 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -16,372.60 |
| | 07/14/2025 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -16,140.49 |
| | 07/01/2025 | 07/01/2025 | 12/01/2023 | FP | COLLECTION OF A FEE THAT WAS NOT BILLED | GSE INTERIM SUB | | | | | $ 17,375.27 | | | | 3630 | | |
| | 06/13/2025 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -15,908.38 |
| | 05/27/2025 | | 12/01/2023 | E91 | EN MASSE ESCROW DISBURSEMENT | | $ -543.00 | | | $ -543.00 | | | | | 32687 | $ 282,860.11 | $ -15,676.27 |
| | 05/15/2025 | | 12/01/2023 | E90 | EN MASSE ESCROW DISBURSEMENT | | $ -1,761.83 | | | $ -1,761.83 | | | | | 32687 | $ 282,860.11 | $ -15,133.27 |
| | 05/13/2025 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -13,371.44 |
| | 04/14/2025 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -13,139.33 |
| | 03/13/2025 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -12,907.22 |
| | 02/13/2025 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -12,675.11 |
| | 01/13/2025 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -12,443.00 |
| | 12/13/2024 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -12,210.89 |
| | 11/22/2024 | | 12/01/2023 | E91 | EN MASSE ESCROW DISBURSEMENT | | $ -557.60 | | | $ -557.60 | | | | | 32687 | $ 282,860.11 | $ -11,978.78 |
| | 11/20/2024 | | 12/01/2023 | E90 | EN MASSE ESCROW DISBURSEMENT | | $ -1,672.80 | | | $ -1,672.80 | | | | | 32687 | $ 282,860.11 | $ -11,421.18 |
| | 11/14/2024 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -9,748.38 |
| | 10/14/2024 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -9,516.27 |
| | 10/11/2024 | | 12/01/2023 | E20 | EN MASSE ESCROW DISBURSEMENT | | $ -3,823.00 | | | $ -3,823.00 | | | | | 32022 | $ 282,860.11 | $ -9,284.16 |
| | 09/16/2024 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -5,461.16 |
| | 08/14/2024 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -5,229.05 |
| | 08/05/2024 | 08/05/2024 | 12/01/2023 | FB | FEES BILLED | EXPENSE ADVANCES | | | | | $ 1,050.00 | | | | 32551 | | |
| | 08/05/2024 | 08/05/2024 | 12/01/2023 | FB | FEES BILLED | EXPENSE ADVANCES | | | | | $ 199.00 | | | | 32551 | | |
| | 07/15/2024 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -4,996.94 |
| | 07/11/2024 | 03/08/2024 | 12/01/2023 | SR0 | REVERSAL | | $ -309.76 | | | | | | $ -309.76 | | 7269 | $ 282,860.11 | $ -4,764.83 |
| | 07/11/2024 | | 12/01/2023 | UFK | UNAPPLIED FUNDS TO 3 | | | | | | | | $ -155.00 | | | | |
| | 07/11/2024 | | 12/01/2023 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -154.76 | | 7269 | | |
| | 07/11/2024 | 03/08/2024 | 12/01/2023 | SR | SINGLE ITEM RECEIPT | | $ 309.76 | | | | | | $ 309.76 | | 7269 | $ 282,860.11 | $ -4,764.83 |
| | 07/11/2024 | | 12/01/2023 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | $ 309.76 | | 7269 | | |
| | 07/11/2024 | | 01/01/2024 | POS | NO. OF PLAN PMTS=00 | | | | | | | | | | 7269 | | |
| | 07/11/2024 | | 01/01/2024 | POS | DUE: 0.00 OVER: -309.76 | | $ 309.76 | | | | | | | | 7269 | | |
| | 06/17/2024 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -4,764.83 |
| | 05/23/2024 | | 12/01/2023 | E90 | EN MASSE ESCROW DISBURSEMENT | | $ -1,672.80 | | | $ -1,672.80 | | | | | 32687 | $ 282,860.11 | $ -4,532.72 |
| | 05/23/2024 | | 12/01/2023 | M91 | MANUAL DISBURSEMENT FOR ESCROW | | $ -557.60 | | | $ -557.60 | | | | | 31548 | $ 282,860.11 | $ -2,859.92 |
| | 05/14/2024 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -2,302.32 |
| | 04/15/2024 | | 12/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 282,860.11 | $ -2,070.21 |
| | 03/19/2024 | 03/08/2024 | 12/01/2023 | FB | FEES BILLED | NSF FEE | | | | | $ 50.00 | | | | 7269 | | |
| | 03/19/2024 | 03/08/2024 | 12/01/2023 | SR1 | REVERSAL | | $ -2,414.62 | | | | | | $ -2,414.62 | | 7269 | $ 282,860.11 | $ -1,838.10 |
| | 03/19/2024 | | 12/01/2023 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -2,414.62 | | 7269 | | |
| | 03/19/2024 | 03/08/2024 | 12/01/2023 | FB | FEES BILLED | NSF FEE | | | | | $ 50.00 | | | | 7269 | | |
| | 03/19/2024 | 03/08/2024 | 12/01/2023 | SR1 | REVERSAL | | $ -2,569.38 | | | | | | $ -2,569.38 | | 7269 | $ 282,860.11 | $ -1,838.10 |
| | 03/19/2024 | | 12/01/2023 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -2,569.38 | | 7269 | | |
| | 03/19/2024 | 03/08/2024 | 12/01/2023 | FB | FEES BILLED | NSF FEE | | | | | $ 50.00 | | | | 7269 | | |
| | 03/19/2024 | 03/08/2024 | 12/01/2023 | SR1 | REVERSAL | | $ -2,569.38 | | | | | | $ -2,569.38 | | 7269 | $ 282,860.11 | $ -1,838.10 |
| | 03/19/2024 | | 12/01/2023 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -2,569.38 | | 7269 | | |
| | 03/19/2024 | 03/19/2024 | 12/01/2023 | SR | SINGLE ITEM RECEIPT | | $ 7,708.14 | | | | | | $ 7,708.14 | | 7269 | $ 282,860.11 | $ -1,838.10 |
| | 03/19/2024 | | 12/01/2023 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ 7,708.14 | | 7269 | | |
| | 03/19/2024 | 03/08/2024 | 12/01/2023 | PR0 | PAYMENT REVERSAL | | $ -2,569.38 | $ -545.14 | $ -1,149.12 | $ -875.12 | | | | | 7269 | $ 282,860.11 | $ -1,838.10 |
| | 03/19/2024 | 03/08/2024 | 01/01/2024 | PR0 | PAYMENT REVERSAL | | $ -2,569.38 | $ -547.36 | $ -1,146.90 | $ -875.12 | | | | | 7269 | $ 282,314.97 | $ -962.98 |
| | 03/19/2024 | 03/08/2024 | 02/01/2024 | PR0 | PAYMENT REVERSAL | | $ -2,569.38 | $ -549.58 | $ -1,144.68 | $ -875.12 | | | | | 7269 | $ 281,767.61 | $ -87.86 |
| | 03/19/2024 | 03/19/2024 | 03/01/2024 | SR | SINGLE ITEM RECEIPT | | | | | | | | | | 8960 | $ 281,218.03 | $ 787.26 |
| | 03/19/2024 | | 03/01/2024 | UFK | UNAPPLIED FUNDS TO 3 | | | | | | | | $ 155.00 | | | | |
| | 03/19/2024 | | 03/01/2024 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | $ -155.00 | | 8960 | | |
| | 03/15/2024 | | 03/01/2024 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 281,218.03 | $ 787.26 |
| | 03/08/2024 | 03/08/2024 | 03/01/2024 | SR0 | REVERSAL | | $ -154.76 | | | | | | $ -154.76 | | 3831 | $ 281,218.03 | $ 1,019.37 |
| | 03/08/2024 | | 03/01/2024 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | $ -154.76 | | 3831 | | |
| | 03/08/2024 | 03/08/2024 | 03/01/2024 | RP | REGULAR PAYMENT | | $ 2,569.38 | $ 549.58 | $ 1,144.68 | $ 875.12 | | | | | 3831 | $ 281,218.03 | $ 1,019.37 |
| | 03/08/2024 | | 03/01/2024 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3831 | | |
| | 03/08/2024 | | 03/01/2024 | POS | DUE: 2569.38 SHORT: 154.76 | | $ 2,414.62 | | | | | | | | 3831 | | |
| | 03/08/2024 | 03/08/2024 | 02/01/2024 | RP | REGULAR PAYMENT | | $ 2,569.38 | $ 547.36 | $ 1,146.90 | $ 875.12 | | | | | 3831 | $ 281,767.61 | $ 144.25 |
| | 03/08/2024 | | 02/01/2024 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3831 | | |
| | 03/08/2024 | | 02/01/2024 | POS | DUE: 2569.38 SHORT: 0.00 | | $ 2,569.38 | | | | | | | | 3831 | | |
| | 03/08/2024 | 03/08/2024 | 01/01/2024 | RP | REGULAR PAYMENT | | $ 2,569.38 | $ 545.14 | $ 1,149.12 | $ 875.12 | | | | | 3831 | $ 282,314.97 | $ -730.87 |
| | 03/08/2024 | | 01/01/2024 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3831 | | |



| Account Number | Date Posted | Effective Date | Paid Date | Transaction Code | Transaction Description | Fee Description | Transaction | Principal | Interest | Escrow | Fees | Late Charges | Unapplied | Optional Products | Teller Number | UPB After Transaction | Esc Bal After Transaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 03/08/2024 | | 01/01/2024 | POS | DUE: 2569.38 SHORT: 0.00 | | $ 2,569.38 | | | | | | | | 3831 | | |
| | 03/08/2024 | 03/08/2024 | 12/01/2023 | RP | REGULAR PAYMENT | | $ 2,569.38 | $ 542.94 | $ 1,151.32 | $ 875.12 | | | | | 3831 | $ 282,860.11 | $ -1,605.99 |
| | 03/08/2024 | | 12/01/2023 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3831 | | |
| | 03/08/2024 | | 12/01/2023 | POS | DUE: 2569.38 SHORT: 0.00 | | $ 2,569.38 | | | | | | | | 3831 | | |
| | 03/08/2024 | 03/08/2024 | 11/01/2023 | SR | SINGLE ITEM RECEIPT | | $ 154.76 | | | | | | $ 154.76 | | 3831 | $ 283,403.05 | $ -2,481.11 |
| | 03/08/2024 | | 11/01/2023 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | $ 154.76 | | 3831 | | |
| | 03/08/2024 | 03/08/2024 | 11/01/2023 | RP | REGULAR PAYMENT | | $ 2,414.62 | $ 540.74 | $ 1,153.52 | $ 720.36 | | | | | 3831 | $ 283,403.05 | $ -2,481.11 |
| | 03/08/2024 | | 11/01/2023 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3831 | | |
| | 03/08/2024 | | 11/01/2023 | POS | DUE: 2414.62 OVER: -154.76 | | $ 2,569.38 | | | | | | | | 3831 | | |
| | 02/15/2024 | | 10/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 283,943.79 | $ -3,201.47 |
| | 02/09/2024 | 02/09/2024 | 10/01/2023 | SR0 | REVERSAL | | $ -155.00 | | | | | | $ -155.00 | | 8960 | $ 283,943.79 | $ -2,969.36 |
| | 02/09/2024 | | 10/01/2023 | UFK | UNAPPLIED FUNDS TO 3 | | | | | | | | $ -155.00 | | 8960 | | |
| | 02/09/2024 | 09/06/2023 | 10/01/2023 | SR | SINGLE ITEM RECEIPT | | $ 155.00 | | | | | | $ 155.00 | | 8960 | $ 283,943.79 | $ -2,969.36 |
| | 02/09/2024 | | 10/01/2023 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | $ 155.00 | | 8960 | | |
| | 02/09/2024 | | 03/01/2024 | PRE | NO. OF PLAN PMTS=02 | | | | | | | | | | 8960 | | |
| | 02/09/2024 | | 03/01/2024 | PRE | DUE: 153.10 OVER: -1.90 | | $ 155.00 | | | | | | | | 8960 | | |
| | 02/07/2024 | 02/07/2024 | 10/01/2023 | FB | FEES BILLED | CORP ADV 1 GENERAL | | | | | $ 550.00 | | | | 4631 | | |
| | 02/07/2024 | 02/07/2024 | 10/01/2023 | SR | SINGLE ITEM RECEIPT | | | | | | | | | | 8960 | $ 283,943.79 | $ -2,969.36 |
| | 02/07/2024 | | 10/01/2023 | UFK | UNAPPLIED FUNDS TO 3 | | | | | | | | $ 155.00 | | | | |
| | 02/07/2024 | | 10/01/2023 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | $ -155.00 | | 8960 | | |
| | 01/11/2024 | | 10/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 283,943.79 | $ -2,969.36 |
| | 12/15/2023 | | 10/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 283,943.79 | $ -2,737.25 |
| | 11/30/2023 | 11/29/2023 | 10/01/2023 | M90 | MANUAL DISBURSEMENT FOR ESCROW | | $ 1,858.56 | | | $ 1,858.56 | | | | | 3770 | $ 283,943.79 | $ -2,505.14 |
| | 11/29/2023 | | 10/01/2023 | M91 | MANUAL DISBURSEMENT FOR ESCROW | | $ -1,858.56 | | | $ -1,858.56 | | | | | 3311 | $ 283,943.79 | $ -4,363.70 |
| | 11/29/2023 | | 10/01/2023 | M90 | MANUAL DISBURSEMENT FOR ESCROW | | $ -1,672.80 | | | $ -1,672.80 | | | | | 3311 | $ 283,943.79 | $ -2,505.14 |
| | 11/29/2023 | | 10/01/2023 | M90 | MANUAL DISBURSEMENT FOR ESCROW | | $ -1,858.56 | | | $ -1,858.56 | | | | | 3311 | $ 283,943.79 | $ -832.34 |
| | 11/29/2023 | 09/06/2023 | 10/01/2023 | SR | SINGLE ITEM RECEIPT | | $ 155.00 | | | | | | $ 155.00 | | 8960 | $ 283,943.79 | $ 1,026.22 |
| | 11/29/2023 | | 10/01/2023 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | $ 155.00 | | 8960 | | |
| | 11/29/2023 | | 12/04/2023 | POS | NO. OF PLAN PMTS=00 | | | | | | | | | | 8960 | | |
| | 11/29/2023 | | 12/04/2023 | POS | DUE: 0.00 OVER: -155.00 | | $ 155.00 | | | | | | | | 8960 | | |
| | 11/29/2023 | 09/06/2023 | 10/01/2023 | SR0 | REVERSAL | | $ -155.00 | | | | | | $ -155.00 | | 8960 | $ 283,943.79 | $ 1,026.22 |
| | 11/29/2023 | | 10/01/2023 | UFK | UNAPPLIED FUNDS TO 3 | | | | | | | | $ -155.00 | | 8960 | | |
| | 11/28/2023 | | 10/01/2023 | AA | ADMINISTRATIVE ADJUSTMENTS | | | | | | | $ -84.71 | | | 4618 | $ 283,943.79 | $ 1,026.22 |
| | 11/28/2023 | | 10/01/2023 | UI | UNCOLLECTED ITEMS INCLUDING INTEREST AND LATE CHARGES | | | | | | | $ -84.71 | | | 4618 | | |
| | 11/28/2023 | | | FM | FILE MAINTENANCE | | | | | | | | | | 4618 | | |
| | 11/27/2023 | 11/27/2023 | 10/01/2023 | SR | SINGLE ITEM RECEIPT | | | | | | | | | | 3633 | $ 283,943.79 | $ 1,026.22 |
| | 11/27/2023 | | 10/01/2023 | UFK | UNAPPLIED FUNDS TO 3 | | | | | | | | $ 155.00 | | | | |
| | 11/27/2023 | | 10/01/2023 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | $ -155.00 | | 3633 | | |
| | 11/21/2023 | | 10/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 283,943.79 | $ 1,026.22 |
| | 11/13/2023 | | 10/01/2023 | E01 | EN MASSE ESCROW DISBURSEMENT | | $ -233.06 | | | $ -233.06 | | | | | 32262 | $ 283,943.79 | $ 1,258.33 |
| | 10/23/2023 | | 10/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 283,943.79 | $ 1,491.39 |
| | 10/12/2023 | | 10/01/2023 | E20 | EN MASSE ESCROW DISBURSEMENT | | $ -2,512.00 | | | $ -2,512.00 | | | | | 32022 | $ 283,943.79 | $ 1,723.50 |
| | 10/03/2023 | 10/03/2023 | 10/01/2023 | AP | AUTOPOST | | $ 2,414.62 | $ 538.55 | $ 1,155.71 | $ 720.36 | | | | | 93 | $ 283,943.79 | $ 4,235.50 |
| | 10/03/2023 | | 10/01/2023 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 93 | | |
| | 10/03/2023 | | 10/01/2023 | POS | DUE: 2414.62 SHORT: 0.00 | | $ 2,414.62 | | | | | | | | 93 | | |
| | 09/20/2023 | | 09/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 284,482.34 | $ 3,515.14 |
| | 09/11/2023 | 09/06/2023 | 09/01/2023 | SR0 | REVERSAL | | $ -155.00 | | | | | | $ -155.00 | | 3830 | $ 284,482.34 | $ 3,747.25 |
| | 09/11/2023 | | 09/01/2023 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -155.00 | | 3830 | | |
| | 09/11/2023 | 09/06/2023 | 09/01/2023 | SR | SINGLE ITEM RECEIPT | | $ 155.00 | | | | | | $ 155.00 | | 3830 | $ 284,482.34 | $ 3,747.25 |
| | 09/11/2023 | | 09/01/2023 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | $ 155.00 | | 3830 | | |
| | 09/11/2023 | | 10/01/2023 | POS | NO. OF PLAN PMTS=00 | | | | | | | | | | 3830 | | |
| | 09/11/2023 | | 10/01/2023 | POS | DUE: 0.00 OVER: -155.00 | | $ 155.00 | | | | | | | | 3830 | | |
| | 09/06/2023 | 09/06/2023 | 09/01/2023 | AP | AUTOPOST | | $ 2,414.62 | $ 536.37 | $ 1,157.89 | $ 720.36 | | | | | 95 | $ 284,482.34 | $ 3,747.25 |
| | 09/06/2023 | | 09/01/2023 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 95 | | |
| | 09/06/2023 | | 09/01/2023 | POS | DUE: 2414.62 SHORT: 0.00 | | $ 2,414.62 | | | | | | | | 95 | | |
| | 09/06/2023 | 09/06/2023 | 08/01/2023 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | | $ 155.00 | | | | | | $ 155.00 | | 95 | $ 285,018.71 | $ 3,026.89 |
| | 09/06/2023 | | 08/01/2023 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ 155.00 | | 95 | | |
| | 08/14/2023 | | 08/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 285,018.71 | $ 3,026.89 |
| | 08/07/2023 | 08/06/2023 | 08/01/2023 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 285,018.71 | $ 3,259.00 |
| | 08/07/2023 | 08/06/2023 | 08/01/2023 | AP | AUTOPOST | | $ 2,414.62 | $ 533.57 | $ 1,160.69 | $ 720.36 | | | | | 95 | $ 285,173.71 | $ 3,259.00 |
| | 07/17/2023 | | 07/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 285,707.28 | $ 2,538.64 |
| | 07/06/2023 | 07/06/2023 | 07/01/2023 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 285,707.28 | $ 2,770.75 |
| | 07/06/2023 | 07/06/2023 | 07/01/2023 | AP | AUTOPOST | | $ 2,414.62 | $ 530.79 | $ 1,163.47 | $ 720.36 | | | | | 95 | $ 285,862.28 | $ 2,770.75 |
| | 06/20/2023 | | 06/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 286,393.07 | $ 2,050.39 |
| | 06/06/2023 | 06/06/2023 | 06/01/2023 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 286,393.07 | $ 2,282.50 |
| | 06/06/2023 | 06/06/2023 | 06/01/2023 | AP | AUTOPOST | | $ 2,414.62 | $ 528.01 | $ 1,166.25 | $ 720.36 | | | | | 95 | $ 286,548.07 | $ 2,282.50 |
| | 05/15/2023 | | 05/01/2023 | E90 | EN MASSE ESCROW DISBURSEMENT | | $ -1,672.80 | | | $ -1,672.80 | | | | | 32687 | $ 287,076.08 | $ 1,562.14 |
| | 05/12/2023 | | 05/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 287,076.08 | $ 3,234.94 |
| | 05/06/2023 | 05/06/2023 | 05/01/2023 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 287,076.08 | $ 3,467.05 |
| | 05/06/2023 | 05/06/2023 | 05/01/2023 | AP | AUTOPOST | | $ 2,414.62 | $ 525.25 | $ 1,169.01 | $ 720.36 | | | | | 95 | $ 287,231.08 | $ 3,467.05 |
| | 04/12/2023 | | 04/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 287,756.33 | $ 2,746.69 |
| | 04/06/2023 | 04/06/2023 | 04/01/2023 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 287,756.33 | $ 2,978.80 |
| | 04/06/2023 | 04/06/2023 | 04/01/2023 | AP | AUTOPOST | | $ 2,414.62 | $ 522.50 | $ 1,171.76 | $ 720.36 | | | | | 95 | $ 287,911.33 | $ 2,978.80 |
| | 03/10/2023 | | 03/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 288,433.83 | $ 2,258.44 |
| | 03/06/2023 | 03/06/2023 | 03/01/2023 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 288,433.83 | $ 2,490.55 |
| | 03/06/2023 | 03/06/2023 | 03/01/2023 | AP | AUTOPOST | | $ 2,414.62 | $ 519.76 | $ 1,174.50 | $ 720.36 | | | | | 95 | $ 288,588.83 | $ 2,490.55 |
| | 02/10/2023 | | 02/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 289,108.59 | $ 1,770.19 |
| | 02/06/2023 | 02/06/2023 | 02/01/2023 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 289,108.59 | $ 2,002.30 |
| | 02/06/2023 | 02/06/2023 | 02/01/2023 | AP | AUTOPOST | | $ 2,414.62 | $ 517.03 | $ 1,177.23 | $ 720.36 | | | | | 95 | $ 289,263.59 | $ 2,002.30 |



| Account Number | Date Posted | Effective Date | Paid Date | Transaction Code | Transaction Description | Fee Description | Transaction | Principal | Interest | Escrow | Fees | Late Charges | Unapplied | Optional Products | Teller Number | UPB After Transaction | Esc Bal After Transaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01/13/2023 | | 01/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 289,780.62 | $ 1,281.94 |
| | 01/06/2023 | 01/06/2023 | 01/01/2023 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 289,780.62 | $ 1,514.05 |
| | 01/06/2023 | 01/06/2023 | 01/01/2023 | AP | AUTOPOST | | $ 2,414.62 | $ 514.31 | $ 1,179.95 | $ 720.36 | | | | | 95 | $ 289,935.62 | $ 1,514.05 |
| | 12/12/2022 | | 12/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 290,449.93 | $ 793.69 |
| | 12/06/2022 | 12/06/2022 | 12/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 290,449.93 | $ 1,025.80 |
| | 12/06/2022 | 12/06/2022 | 12/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 511.60 | $ 1,182.66 | $ 786.54 | | | | | 95 | $ 290,604.93 | $ 1,025.80 |
| | 11/23/2022 | 11/22/2022 | 11/01/2022 | FE | COLLECTION OF BILLED FEE TRANSACTION | AQ: PROPERTY INSP FEES | | | | | $ 45.00 | | | | 3830 | | |
| | 11/23/2022 | 11/22/2022 | 11/01/2022 | FE | COLLECTION OF BILLED FEE TRANSACTION | NSF FEE | | | | | $ 50.00 | | | | 3830 | | |
| | 11/23/2022 | 11/22/2022 | 11/01/2022 | FE | COLLECTION OF BILLED FEE TRANSACTION | NSF FEE | | | | | $ 50.00 | | | | 3830 | | |
| | 11/23/2022 | 11/22/2022 | 11/01/2022 | SR | SINGLE ITEM RECEIPT | | $ -145.00 | | | | | $ 169.42 | $ -314.42 | | 3830 | $ 291,116.53 | $ 239.26 |
| | 11/23/2022 | | 11/01/2022 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -314.42 | | 3830 | | |
| | 11/23/2022 | | 11/01/2022 | UI | UNCOLLECTED ITEMS INCLUDING INTEREST AND LATE CHARGES | | | | | | | $ 169.42 | | | 3830 | | |
| | 11/23/2022 | 11/22/2022 | 11/01/2022 | PA | PAYMENT POSTED ON POST/ALLOCATE | | | $ 509.53 | $ 1,184.73 | $ 786.54 | | | $ -2,480.80 | | 3830 | $ 291,116.53 | $ 239.26 |
| | 11/23/2022 | | 11/01/2022 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -2,480.80 | | 3830 | | |
| | 11/23/2022 | | 11/01/2022 | UI | UNCOLLECTED ITEMS INCLUDING INTEREST AND LATE CHARGES | | | | | | | $ -84.71 | | | 3830 | | |
| | 11/23/2022 | 11/22/2022 | 10/01/2022 | PA | PAYMENT POSTED ON POST/ALLOCATE | | | $ 507.47 | $ 1,186.79 | $ 786.54 | | | $ -2,480.80 | | 3830 | $ 291,626.06 | $ -547.28 |
| | 11/23/2022 | | 10/01/2022 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -2,480.80 | | 3830 | | |
| | 11/23/2022 | | 10/01/2022 | UI | UNCOLLECTED ITEMS INCLUDING INTEREST AND LATE CHARGES | | | | | | | $ -84.71 | | | 3830 | | |
| | 11/22/2022 | 11/22/2022 | 09/01/2022 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | | $ 5,276.02 | | | | | | $ 5,276.02 | | 93 | $ 292,133.53 | $ -1,333.82 |
| | 11/22/2022 | | 09/01/2022 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ 5,276.02 | | 93 | | |
| | 11/21/2022 | | 09/01/2022 | E90 | EN MASSE ESCROW DISBURSEMENT | | $ -1,700.68 | | | $ -1,700.68 | | | | | 32687 | $ 292,133.53 | $ -1,333.82 |
| | 11/10/2022 | | 09/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 292,133.53 | $ 366.86 |
| | 11/09/2022 | 11/09/2022 | 09/01/2022 | FB | FEES BILLED | NSF FEE | | | | | $ 50.00 | | | | 3740 | | |
| | 11/09/2022 | 11/09/2022 | 09/01/2022 | SR6 | REVERSAL | | $ -2,635.80 | | | | | | $ -2,635.80 | | 3740 | $ 292,133.53 | $ 598.97 |
| | 11/09/2022 | | 09/01/2022 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -2,635.80 | | 3740 | | |
| | 11/09/2022 | 11/09/2022 | 09/01/2022 | SR | SINGLE ITEM RECEIPT | | $ 2,480.80 | | | | | | $ 2,480.80 | | 3740 | $ 292,133.53 | $ 598.97 |
| | 11/09/2022 | | 09/01/2022 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ 2,480.80 | | 3740 | | |
| | 11/09/2022 | 11/06/2022 | 09/01/2022 | PR0 | PAYMENT REVERSAL | | $ -2,480.80 | $ -507.47 | $ -1,186.79 | $ -786.54 | | | | | 3740 | $ 292,133.53 | $ 598.97 |
| | 11/09/2022 | | 09/01/2022 | UI | UNCOLLECTED ITEMS INCLUDING INTEREST AND LATE CHARGES | | | | | | | $ 84.71 | | | 3740 | | |
| | 11/07/2022 | 11/06/2022 | 10/01/2022 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | | $ 155.00 | | | | | | $ 155.00 | | 95 | $ 291,626.06 | $ 1,385.51 |
| | 11/07/2022 | | 10/01/2022 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ 155.00 | | 95 | | |
| | 11/07/2022 | 11/06/2022 | 10/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 507.47 | $ 1,186.79 | $ 786.54 | | | | | 95 | $ 291,626.06 | $ 1,385.51 |
| | 11/07/2022 | | 10/01/2022 | UI | UNCOLLECTED ITEMS INCLUDING INTEREST AND LATE CHARGES | | | | | | | $ -84.71 | | | 95 | | |
| | 10/14/2022 | | 09/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 292,133.53 | $ 598.97 |
| | 10/12/2022 | | 09/01/2022 | E20 | EN MASSE ESCROW DISBURSEMENT | | $ -2,301.00 | | | $ -2,301.00 | | | | | 32022 | $ 292,133.53 | $ 831.08 |
| | 10/11/2022 | 10/11/2022 | 09/01/2022 | FB | FEES BILLED | NSF FEE | | | | | $ 50.00 | | | | 3740 | | |
| | 10/11/2022 | 10/06/2022 | 09/01/2022 | PR6 | PAYMENT REVERSAL | | $ -2,480.80 | $ -507.47 | $ -1,186.79 | $ -786.54 | | | | | 3740 | $ 292,133.53 | $ 3,132.08 |
| | 10/11/2022 | 10/06/2022 | 10/01/2022 | CTR | CURTAILMENT REVERSAL | | $ -155.00 | $ -155.00 | | | | | | | 3740 | $ 291,626.06 | $ 3,918.62 |
| | 10/06/2022 | 10/06/2022 | 10/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 291,471.06 | $ 3,918.62 |
| | 10/06/2022 | 10/06/2022 | 10/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 507.47 | $ 1,186.79 | $ 786.54 | | | | | 95 | $ 291,626.06 | $ 3,918.62 |
| | 09/13/2022 | | 09/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 292,133.53 | $ 3,132.08 |
| | 09/06/2022 | 09/06/2022 | 09/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 292,133.53 | $ 3,364.19 |
| | 09/06/2022 | 09/06/2022 | 09/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 504.79 | $ 1,189.47 | $ 786.54 | | | | | 95 | $ 292,288.53 | $ 3,364.19 |
| | 08/17/2022 | | 08/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 292,793.32 | $ 2,577.65 |
| | 08/06/2022 | 08/06/2022 | 08/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 292,793.32 | $ 2,809.76 |
| | 08/06/2022 | 08/06/2022 | 08/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 502.12 | $ 1,192.14 | $ 786.54 | | | | | 95 | $ 292,948.32 | $ 2,809.76 |
| | 07/27/2022 | 07/27/2022 | 07/01/2022 | FB | FEES BILLED | AQ: PROPERTY INSP FEES | | | | | $ 45.00 | | | | 3001 | | |
| | 07/15/2022 | | 07/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 293,450.44 | $ 2,023.22 |
| | 07/06/2022 | 07/06/2022 | 07/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 293,450.44 | $ 2,255.33 |
| | 07/06/2022 | 07/06/2022 | 07/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 499.46 | $ 1,194.80 | $ 786.54 | | | | | 95 | $ 293,605.44 | $ 2,255.33 |
| | 06/10/2022 | | 06/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 294,104.90 | $ 1,468.79 |
| | 06/06/2022 | 06/06/2022 | 06/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 294,104.90 | $ 1,700.90 |
| | 06/06/2022 | 06/06/2022 | 06/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 496.81 | $ 1,197.45 | $ 786.54 | | | | | 95 | $ 294,259.90 | $ 1,700.90 |
| | 05/26/2022 | 05/26/2022 | 05/01/2022 | FWA | COLLECTION OF BILLED FEE | ONE TIME DRAFT FEE | | | | | $ 20.00 | | | | 93 | | |
| | 05/26/2022 | 05/26/2022 | 05/01/2022 | FWA | COLLECTION OF BILLED FEE | NSF FEE | | | | | $ 50.00 | | | | 93 | | |
| | 05/26/2022 | 05/26/2022 | 05/01/2022 | FWA | COLLECTION OF BILLED FEE | NSF FEE | | | | | $ 50.00 | | | | 93 | | |
| | 05/26/2022 | 05/26/2022 | 05/01/2022 | AP | AUTOPOST | | $ 2,650.22 | $ 494.80 | $ 1,199.46 | $ 786.54 | | $ 169.42 | | | 93 | $ 294,756.71 | $ 914.36 |
| | 05/26/2022 | | 05/01/2022 | UI | UNCOLLECTED ITEMS INCLUDING INTEREST AND LATE CHARGES | | | | | | | $ 84.71 | | | 93 | | |
| | 05/20/2022 | | 04/01/2022 | E90 | EN MASSE ESCROW DISBURSEMENT | | $ -1,700.68 | | | $ -1,700.68 | | | | | 32687 | $ 295,251.51 | $ 127.82 |
| | 05/16/2022 | | 04/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 295,251.51 | $ 1,828.50 |
| | 05/10/2022 | 05/10/2022 | 04/01/2022 | FB | FEES BILLED | NSF FEE | | | | | $ 50.00 | | | | 3740 | | |
| | 05/10/2022 | 05/06/2022 | 04/01/2022 | PR6 | PAYMENT REVERSAL | | $ -2,480.80 | $ -494.80 | $ -1,199.46 | $ -786.54 | | | | | 3740 | $ 295,251.51 | $ 2,060.61 |
| | 05/10/2022 | 05/06/2022 | 05/01/2022 | CTR | CURTAILMENT REVERSAL | | $ -155.00 | $ -155.00 | | | | | | | 3740 | $ 294,756.71 | $ 2,847.15 |
| | 05/06/2022 | 05/06/2022 | 05/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 294,601.71 | $ 2,847.15 |
| | 05/06/2022 | 05/06/2022 | 05/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 494.80 | $ 1,199.46 | $ 786.54 | | | | | 95 | $ 294,756.71 | $ 2,847.15 |
| | 04/15/2022 | | 04/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 295,251.51 | $ 2,060.61 |
| | 04/06/2022 | 04/06/2022 | 04/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 295,251.51 | $ 2,292.72 |
| | 04/06/2022 | 04/06/2022 | 04/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 492.17 | $ 1,202.09 | $ 786.54 | | | | | 95 | $ 295,406.51 | $ 2,292.72 |
| | 03/14/2022 | | 03/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 295,898.68 | $ 1,506.18 |
| | 03/07/2022 | 03/06/2022 | 03/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 295,898.68 | $ 1,738.29 |
| | 03/07/2022 | 03/06/2022 | 03/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 489.55 | $ 1,204.71 | $ 786.54 | | | | | 95 | $ 296,053.68 | $ 1,738.29 |
| | 02/16/2022 | | 02/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 296,543.23 | $ 951.75 |
| | 02/07/2022 | 02/06/2022 | 02/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 296,543.23 | $ 1,183.86 |
| | 02/07/2022 | 02/06/2022 | 02/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 486.95 | $ 1,207.31 | $ 786.54 | | | | | 95 | $ 296,698.23 | $ 1,183.86 |
| | 01/25/2022 | | 01/01/2022 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 297,185.18 | $ 397.32 |
| | 01/06/2022 | 01/06/2022 | 01/01/2022 | CTA | CURTAILMENT | | $ 155.00 | $ 155.00 | | | | | | | 95 | $ 297,185.18 | $ 629.43 |
| | 01/06/2022 | 01/06/2022 | 01/01/2022 | AP | AUTOPOST | | $ 2,480.80 | $ 484.35 | $ 1,209.91 | $ 786.54 | | | | | 95 | $ 297,340.18 | $ 629.43 |


| Account Number | Date Posted | Effective Date | Paid Date | Transaction Code | Transaction Description | Fee Description | Transaction | Principal | Interest | Escrow | Fees | Late Charges | Unapplied | Optional Products | Teller Number | UPB After Transaction | Esc Bal After Transaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/27/2021 | 12/27/2021 | 12/01/2021 | AP | AUTOPOST | | $ 1,060.15 | $ 482.39 | $ 1,211.87 | $ 865.89 | | | $ -1,500.00 | | 93 | $ 297,824.53 | $ -157.11 |
| | 12/27/2021 | | 12/01/2021 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -1,500.00 | | 93 | | |
| | 12/27/2021 | | 12/01/2021 | UI | UNCOLLECTED ITEMS INCLUDING INTEREST AND LATE CHARGES | | | | | | | $ -84.71 | | | 93 | | |
| | 12/27/2021 | 12/27/2021 | 11/01/2021 | FP | COLLECTION OF A FEE THAT WAS NOT BILLED | ONE TIME DRAFT FEE | | | | | $ 20.00 | | | | 93 | | |
| | 12/16/2021 | | 11/01/2021 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 298,306.92 | $ -1,023.00 |
| | 12/07/2021 | 12/07/2021 | 11/01/2021 | FB | FEES BILLED | ONE TIME DRAFT FEE | | | | | $ 20.00 | | | | 3551 | | |
| | 12/07/2021 | 12/07/2021 | 11/01/2021 | FB | FEES BILLED | NSF FEE | | | | | $ 50.00 | | | | 3551 | | |
| | 12/07/2021 | 12/07/2021 | 11/01/2021 | SR6 | REVERSAL | | $ -1,080.15 | | | | | | $ -1,080.15 | | 3551 | $ 298,306.92 | $ -790.89 |
| | 12/07/2021 | | 11/01/2021 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -1,080.15 | | 3551 | | |
| | 12/07/2021 | 12/07/2021 | 11/01/2021 | SR | SINGLE ITEM RECEIPT | | $ 20.00 | | | | | | $ 20.00 | | 3551 | $ 298,306.92 | $ -790.89 |
| | 12/07/2021 | | 11/01/2021 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ 20.00 | | 3551 | | |
| | 12/07/2021 | 12/07/2021 | 11/01/2021 | FP | COLLECTION OF A FEE THAT WAS NOT BILLED | ONE TIME DRAFT FEE | | | | | $ -20.00 | | | | 3551 | | |
| | 12/07/2021 | 12/01/2021 | 11/01/2021 | PR0 | PAYMENT REVERSAL | | | $ -482.39 | $ -1,211.87 | $ -865.89 | | | $ 2,560.15 | | 3551 | $ 298,306.92 | $ -790.89 |
| | 12/07/2021 | | 11/01/2021 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ 2,560.15 | | 3551 | | |
| | 12/03/2021 | 12/01/2021 | 12/01/2021 | PA | PAYMENT POSTED ON POST/ALLOCATE | | | $ 482.39 | $ 1,211.87 | $ 865.89 | | | $ -2,560.15 | | 3669 | $ 297,824.53 | $ 75.00 |
| | 12/03/2021 | | 12/01/2021 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ -2,560.15 | | 3669 | | |
| | 12/01/2021 | 12/01/2021 | 11/01/2021 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | | $ 1,060.15 | | | | | | $ 1,060.15 | | 93 | $ 298,306.92 | $ -790.89 |
| | 12/01/2021 | | 11/01/2021 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ 1,060.15 | | 93 | | |
| | 12/01/2021 | 12/01/2021 | 11/01/2021 | FP | COLLECTION OF A FEE THAT WAS NOT BILLED | ONE TIME DRAFT FEE | | | | | $ 20.00 | | | | 93 | | |
| | 11/23/2021 | | 11/01/2021 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 298,306.92 | $ -790.89 |
| | 11/17/2021 | | 11/01/2021 | E90 | EN MASSE ESCROW DISBURSEMENT | | $ -1,700.68 | | | $ -1,700.68 | | | | | 32687 | $ 298,306.92 | $ -558.78 |
| | 11/16/2021 | | 11/01/2021 | E20 | EN MASSE ESCROW DISBURSEMENT | | $ -2,147.00 | | | $ -2,147.00 | | | | | 32022 | $ 298,306.92 | $ 1,141.90 |
| | 11/16/2021 | 11/16/2021 | 11/01/2021 | R10 | RECEIPT FOR ESCROW TYPE 10 | | $ 3,288.90 | | | $ 3,288.90 | | | | | 7700 | $ 298,306.92 | $ 3,288.90 |
| | 11/15/2021 | | 02/01/2020 | AA | ADMINISTRATIVE ADJUSTMENTS | | | | $ 9,691.23 | $ 11,240.28 | | | | | 32292 | $ 298,306.92 | |
| | 11/15/2021 | | 02/01/2020 | MDI | LOAN MOD DEFERRED PRINCIPAL: -46870.74 | | | | | | | | | | 32292 | | |
| | 11/15/2021 | 11/15/2021 | 02/01/2020 | FWV | FEE WAIVED | LOAN MOD DEFERRED | | | | | $ -13.50 | | | | 32292 | | |
| | 11/15/2021 | 11/15/2021 | 02/01/2020 | FWV | FEE WAIVED | LOAN MOD DEFERRED | | | | | $ -13.50 | | | | 32292 | | |
| | 11/15/2021 | 11/15/2021 | 02/01/2020 | FWV | FEE WAIVED | LOAN MOD DEFERRED | | | | | $ -12.00 | | | | 32292 | | |
| | 11/15/2021 | 11/15/2021 | 02/01/2020 | FWV | FEE WAIVED | LOAN MOD DEFERRED | | | | | $ -12.00 | | | | 32292 | | |
| | 11/15/2021 | | 02/01/2020 | AA | ADMINISTRATIVE ADJUSTMENTS | | | | $ .01 | | | $ 338.84 | | | 32292 | $ 307,998.15 | $ -11,240.28 |
| | 11/15/2021 | | 02/01/2020 | UI | UNCOLLECTED ITEMS INCLUDING INTEREST AND LATE CHARGES | | | | | | | $ 338.84 | | | 32292 | | |
| | 11/15/2021 | | 02/01/2020 | AA | LOAN MOD WRITE-OFF LT CHGS DUE: 84.71 | | | | | | | | | | 32292 | | |
| | 11/15/2021 | | 02/01/2020 | AA | LOAN MOD WRITE-OFF UNCOLL LT CHGS: 338.84 | | | | | | | | | | 32292 | | |
| | 11/15/2021 | | 02/01/2020 | WI | MOD INTEREST WRITEOFF: 0.01 | | | | | | | | | | 32292 | | |
| | 10/20/2021 | | 02/01/2020 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 307,998.15 | $ -11,240.28 |
| | 09/20/2021 | | 02/01/2020 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 307,998.15 | $ -11,008.17 |
| | 09/20/2021 | | 02/01/2020 | E10 | EN MASSE ESCROW DISBURSEMENT | | $ -4,671.00 | | | $ -4,671.00 | | | | | 32022 | $ 307,998.15 | $ -10,776.06 |
| | 08/20/2021 | | 02/01/2020 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 307,998.15 | $ -6,105.06 |
| | 08/03/2021 | 08/03/2021 | 02/01/2020 | R90 | RECEIPT FOR ESCROW TYPE 90 | | $ 1,700.68 | | | $ 1,700.68 | | | | | 3459 | $ 307,998.15 | $ -5,872.95 |
| | 07/19/2021 | | 02/01/2020 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 307,998.15 | $ -7,573.63 |
| | 06/16/2021 | | 02/01/2020 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 307,998.15 | $ -7,341.52 |
| | 05/24/2021 | | 02/01/2020 | E90 | EN MASSE ESCROW DISBURSEMENT | | $ -1,700.68 | | | $ -1,700.68 | | | | | 32687 | $ 307,998.15 | $ -7,109.41 |
| | 05/18/2021 | | 02/01/2020 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 307,998.15 | $ -5,408.73 |
| | 05/10/2021 | 05/10/2021 | 02/01/2020 | FB | FEES BILLED | CORP ADV 1 GENERAL | | | | | $ 13.50 | | | | 3644 | | |
| | 04/20/2021 | | 02/01/2020 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 307,998.15 | $ -5,176.62 |
| | 04/07/2021 | 04/07/2021 | 02/01/2020 | FB | FEES BILLED | CORP ADV 1 GENERAL | | | | | $ 13.50 | | | | 3644 | | |
| | 03/16/2021 | | 02/01/2020 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -232.11 | | | $ -232.11 | | | | | 32074 | $ 307,998.15 | $ -4,944.51 |
| | 03/08/2021 | | 02/01/2020 | AA | ADMINISTRATIVE ADJUSTMENTS | | | | | | | | | | 3341 | $ 307,998.15 | $ -4,712.40 |
| | 02/23/2021 | 02/23/2021 | 02/01/2020 | FB | FEES BILLED | CORP ADV 1 GENERAL | | | | | $ 12.00 | | | | 3644 | | |
| | 02/18/2021 | | 02/01/2020 | E40 | EN MASSE ESCROW DISBURSEMENT | | $ -464.22 | | | $ -464.22 | | | | | 32074 | $ 307,998.15 | $ -4,712.40 |
| | 01/21/2021 | 01/21/2021 | 02/01/2020 | FB | FEES BILLED | CORP ADV 1 GENERAL | | | | | $ 12.00 | | | | 3644 | | |
| | 01/14/2021 | 01/14/2021 | 02/01/2020 | SR | SINGLE ITEM RECEIPT | | $ 1,500.00 | | | | | | $ 1,500.00 | | 3401 | $ 307,998.15 | $ -4,248.18 |
| | 01/14/2021 | | 02/01/2020 | UFU | UNAPPLIED FUNDS TO 1 | | | | | | | | $ 1,500.00 | | 3401 | | |
| | 01/14/2021 | 01/14/2021 | 02/01/2020 | SR | SINGLE ITEM RECEIPT | | $ 2,299.83 | | | $ 2,299.83 | | | | | 3459 | $ 307,998.15 | $ -4,248.18 |
| | 01/07/2021 | | 02/01/2020 | AA | ADMINISTRATIVE ADJUSTMENTS | | | | | $ -6,548.01 | | | | | 3683 | $ 307,998.15 | $ -6,548.01 |
| | 01/07/2021 | | | FM | FILE MAINTENANCE | | | | | | | | | | 3683 | | |
| | 01/07/2021 | | 02/01/2020 | AA | ADMINISTRATIVE ADJUSTMENTS | | | | | | | $ -338.84 | | | 3683 | $ 307,998.15 | |
| | 01/07/2021 | | 02/01/2020 | UI | UNCOLLECTED ITEMS INCLUDING INTEREST AND LATE CHARGES | | | | | | | $ -338.84 | | | 3683 | | |
| | 01/07/2021 | | | FM | FILE MAINTENANCE | | | | | | | | | | 3683 | | |