# Select a Case

**There was 1 matching person.**

**There were 40 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Eisenhauer, Daniel Kevin (aty) (40 cases) | 19-00197-ELG | Anthony M Rachal, III | 13 | 03/27/19 | N / A | N / A |
| | 19-00446-ELG | Michelle D. Suggs | 13 | 07/08/19 | N / A | N / A |
| | 19-00550-ELG | Rietchie Dean | 13 | 08/15/19 | N / A | N / A |
| | 19-00828-ELG | Jaspreet Kaur Attariwala | 13 | 12/17/19 | N / A | N / A |
| | 19-00849-ELG | Kathleen E Gant | 13 | 12/29/19 | N / A | N / A |
| | 20-00404-ELG | Arthur L. Hopkins | 13 | 09/29/20 | N / A | N / A |
| | 20-00423-ELG | Tony Philson and Tracy Philson | 13 | 10/15/20 | N / A | N / A |
| | 20-00429-ELG | Tynisha Perry Holmes | 13 | 10/21/20 | N / A | N / A |
| | 21-00004-ELG | Samson G. Asrat | 13 | 01/05/21 | N / A | N / A |
| | 21-00015-ELG | LaVerne Mason Wilkins | 13 | 01/15/21 | N / A | N / A |
| | 22-00010-ELG | Ashley Nicole Haskett | 13 | 01/26/22 | N / A | N / A |
| | 22-00054-ELG | William Liggins | 13 | 03/25/22 | N / A | N / A |
| | 22-00060-ELG | Deborah E. Wright | 13 | 03/31/22 | N / A | N / A |
| | 23-00129-ELG | Qualitra Chantel Brown | 13 | 05/15/23 | N / A | N / A |
| | 23-00160-ELG | Rachel H Dove | 13 | 06/20/23 | N / A | N / A |
| | 23-00215-ELG | Jill Harper | 13 | 08/03/23 | N / A | N / A |
| | 23-00217-ELG | Charles Paxton Paret | 7 | 08/04/23 | N / A | N / A |
| | 23-00239-ELG | Casey Broughton Stringer | 7 | 08/28/23 | N / A | N / A |
| | 23-00261-ELG | Darryl W Thomas | 13 | 09/13/23 | N / A | N / A |
| | 23-00280-ELG | Ashley L Scott | 13 | 10/02/23 | N / A | N / A |
| | 24-00043-ELG | Altagracia Claribel Reynoso | 13 | 02/21/24 | N / A | N / A |

| Case | Name | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| [24-00276-ELG](#) | John W. Fraser, III and Tsahai M. Fraser | 13 | 08/08/24 | N / A | N / A |
| [24-00299-ELG](#) | Dana Bacon | 13 | 08/29/24 | N / A | N / A |
| [24-00335-ELG](#) | Maury Anthony Braham | 13 | 10/04/24 | N / A | N / A |
| [24-00360-ELG](#) | Lisa Danielle Frazier | 13 | 10/23/24 | N / A | N / A |
| [24-00394-ELG](#) | Da'Mali T. Goings | 13 | 11/21/24 | N / A | N / A |
| [24-00414-ELG](#) | Lucille Washington | 13 | 12/04/24 | N / A | N / A |
| [25-00010-ELG](#) | George William Pacori | 13 | 01/09/25 | N / A | N / A |
| [25-00087-ELG](#) | Daniel P. Singh | 13 | 03/11/25 | N / A | N / A |
| [25-00173-ELG](#) | Judith LaVerne Gee | 13 | 05/09/25 | N / A | N / A |
| [25-00194-ELG](#) | Victor Esteves Garcia | 7 | 05/20/25 | N / A | N / A |
| [25-00264-ELG](#) | 1522 C Street, LLC | 11 | 07/09/25 | N / A | N / A |
| [25-00320-ELG](#) | Jackie Sylvester Thomas | 13 | 08/07/25 | N / A | N / A |
| [25-00322-ELG](#) | Suzanne M Miller | 7 | 08/11/25 | N / A | N / A |
| [25-00323-ELG](#) | Ronald Dewayne Branch and Treliease Williams | 13 | 08/11/25 | N / A | N / A |
| [25-00421-ELG](#) | Andre Titus Brooks, Sr. | 13 | 09/17/25 | N / A | N / A |
| [25-00424-ELG](#) | Cheryl L. Ambush | 13 | 09/19/25 | N / A | N / A |
| [25-00447-ELG](#) | Lisa A. Edwards | 13 | 10/01/25 | N / A | N / A |
| [25-00498-ELG](#) | Kimberley Jean Baker | 13 | 10/29/25 | N / A | N / A |
| [25-00552-ELG](#) | Ernestine Flythe | 7 | 11/25/25 | N / A | N / A |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/24/2025 08:17:06 | | |
| **PACER Login:** pjm19595 | **Client Code:** | |
| **Description:** Search | **Search Criteria:** | LName: Eisenhauer FName: Daniel Type: aty Open Cases: included |
| **Billable Pages:** 1 | **Cost:** | 0.10 |