UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>CHARLES PAXTON PARET<br><br>     Debtor(s) | Chapter 7<br>Case NO. 23-00217-ELG |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES.<br>4200 Regent Blvd., Ste.200<br>Irving, TX 75038<br><br>     Movant<br>v.<br><br>Charles Paxton Paret<br>343 First Street<br>Berryville, VA 22611<br><br>and<br><br>Wendell W. Webster<br>1101 Connecticut Avenue NW<br>Suite 402<br>Washington, DC 20036<br><br>     Respondent(s) | Motion No. |

## **WITHDRAWAL OF MOTION FOR RELIEF**

Dear Clerk:

Please withdraw the Movant's Motion for Relief filed December 11, 2025.

    /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 74290
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

Mark D. Meyer
DC BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-002022-VA-B-7

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 27th day of February, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Withdrawal of Motion for Relief will be served electronically by the Court's CM/ECF system on the following:

Wendell W. Webster, Trustee

Jeffery T. Martin, Jr., Esquire

     I hereby further certify that on the 27th day of February, 2026, a copy of the foregoing Withdrawal of Motion for Relief was also mailed first class mail, postage prepaid to:

Charles Paxton Paret
343 First Street
Berryville, VA 22611

                                  /s/ Mark D. Meyer
                                  Mark D. Meyer, Esq.