**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In RE: | ) | 23-00217-ELG |
| | ) | |
| CHARLES PAXTON PARET, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDALL W. WEBSTER, Chapter 7 Trustee for Charles Paret | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| DANIEL HUERTAS, ET AL., | ) | |
| | ) | Adv. Proc 23-10025-ELG |
| Defendants. | ) | |
| | ) ) | |

**THE TRUSTEE'S MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE THIRD AMENDED COMPLAINT**

The Trustee of Debtor Charles Paxton Paret's estate (the "Trustee") respectfully moves this Court for summary judgment under Federal Rule of Civil Procedure 56(a).

The Trustee seeks a partial summary judgment order entering judgment in favor of the Trustee on Count I of its Third Amended Complaint and declaring the existence a partnership between Daniel Huertas, DP Capital LLC, and Charles Paret. The grounds for this Motion are set forth in the accompanying Memorandum in Support of the Trustee's Motion for Summary Judgment and Statement of Material Facts and supporting exhibits. The Trustee respectfully requests that this Court enter judgment in accordance with the attached Proposed Order.

Dated: February 27, 2026

| | |
|---|---|
| **BLANK ROME LLP** | **TEMPLE LAW OFFICES** |
| */s/Lisa M. Coyle* | */s/ Donald M. Temple* |
| 1271 Avenue of the Americas | Donald M. Temple #408749 |
| New York, New York 10020 | 2522-B Virginia Avenue, N.W. |
| Tel: (212) 885-5592 | Washington, DC 20037 |
| lisa.coyle@blankrome.com | Tel: (202) 628-1101 |
| Pro Hac Vice Motion To be Filed | dtemplelaw@gmail.com |

*Counsel of Record for Wendall W. Webster, Chapter 7 Trustee for Charles Paxton Paret*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 28, 2026, a copy of this filing was delivered via ECF on the following:

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com

*Counsel for Defendants*

                                              */s/ Donald Temple*
                                              Donald Temple