IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In RE: | ) | **23-00217-ELG** |
| | ) | |
| CHARLES PAXTON PARET, | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDALL W. WEBSTER, Chapter 7 Trustee for Charles Paret, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, ET AL., | ) | **Adv. Proc 23-10025-ELG** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

Upon consideration of the Trustee's Motion for Summary Judgment on Count I of the Third Amended Complaint, any opposition, reply, and any oral argument, it is hereby,

**ORDERED** that the Motion is **GRANTED**.

End of Order.

Copies to:

Donald M. Temple #408749
2522-B Virginia Avenue, N.W.
Washington, DC 20037
Tel: (202) 628-1101
dtemplelaw@gmail.com

Lisa M. Coyle
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 885-5592
lisa.coyle@blankrome.com

Justin P. Fasano
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301:441-2420
jfasano@mhlawyers.com

*Counsel of Record for Wendall W. Webster, Chapter 7 Trustee for Charles Paxton Paret*

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com

*Counsel for Defendants*