## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In RE: | ) | **23-00217-ELG** |
| | ) | |
| CHARLES PAXTON PARET, | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDALL W. WEBSTER, Chapter 7 | ) | |
| Trustee for Charles Paret, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, ET AL., | ) | **Adv. Proc 23-10025-ELG** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PRAECIPE

Attached is a copy of the Trustee's Exhibits to its Partial Motion for Summary Judgment, filed on February 28, 2026. These exhibits were inadvertently omitted from the original filing.

Respectfully submitted,

**DONALD M. TEMPLE, P.C.**

*/s/Donald M. Temple*
Donald M. Temple, Esq.
2522-A Virginia Avenue, N.W.
Washington, DC 20037
dtemplelaw@gmail.com
202-628-1101