# Exhibit 11

Previous editions are obsolete
Case 23-00217-ELG   Doc 210-11   Filed 03/05/26   Entered 03/05/26 11:43:01   Desc
Index Exhibit 11   Page 2 of 3
form HUD-1 (3/86) ref Handbook 4305.2

A. **Settlement Statement**

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265  FINAL

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ Conv. Unins. | 6. File Number<br>20-0387SMS | 7. Loan Number<br>420000380 | 8. Mortgage Insurance Case Number |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 04/10/2020 at 10:03 KB

| | | |
|---|---|---|
| D. NAME OF BORROWER: | 1260 Holbrook Holdings, LLC | |
| ADDRESS: | 1215 1st Street, NE, PHC, Washington, DC 20002 | |
| E. NAME OF SELLER: | N/A | |
| ADDRESS: | | |
| F. NAME OF LENDER: | Congressional Bank | |
| ADDRESS: | 6701 Democracy Blvd., Suite 400, Bethesda, MD 20817 | |
| G. PROPERTY ADDRESS: | 1260 Holbrook Terrace, NE, Washington, DC 20002<br>4055 0049 | |
| H. SETTLEMENT AGENT: | District Title, A Corporation | |
| PLACE OF SETTLEMENT: | 1150 Connecticut Avenue, NW, Suite 201, Washington DC 20036 | |
| I. SETTLEMENT DATE: | 04/10/2020 | |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 59,879.17 | 403. | |
| 104. Payoff:LOAN-002241<br>WCP Fund I LLC | 1,419,875.00 | 404. | |
| 105. Paydown LOAN-002243 | 88,120.83 | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | **1,567,875.00** | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Amount of Loan $1,850,000.00 | | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. Loan Advance<br>Congressional Bank | 1,567,875.00 | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | **1,567,875.00** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 1,567,875.00 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 1,567,875.00 | 602. Less reduction amount due seller (line 520) | |
| **303. CASH FROM BORROWER** | **0.00** | **603. CASH TO SELLER** | **0.00** |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: 68-0547548,except VA: VA Fed. Tax ID No: 30-0283179) with your correct taxpayer identification number. If you do not provide your correct taxpayer number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: _____ - _____ - _____ / _____ - _____ - _____   SELLER(S) SIGNATURE(S): _____ / _____

SELLER(S) NEW MAILING ADDRESS: _____
SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT  File Number: 20-0387  FINAL  PAGE 2
SETTLEMENT STATEMENT  GreenSpot's Settlement System  Printed 04/10/2020 at 10:03 KB

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ = | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at Settlement | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee  1.000 % | Congressional Bank | LR | 18,500.00 | |
| 802. Loan Discount  % | | | | |
| 803. Appraisal Fee  to | Sapperstein & Assoc | LR | 3,000.00 | |
| 804. Credit Report  to | Factual Data | LR | 70.00 | |
| 805. Doc Prep Fee  to | Congressional Bank | LR | 675.00 | |
| 806. Appraisal Review-1260 Holbroo  to | MidLantic Financial | LR | 750.00 | |
| 807. Flood Cert Fee  to | Factual Data | LR | 10.00 | |
| 808. UCC Search Fee  to | CT Lien Solutions | LR | 30.30 | |
| 809. UCC Continuation Fee  to | CT Lien Solutions | LR | 75.00 | |
| 810. Tax Service Fee  to | CoreLogic | LR | 221.00 | |
| 811. Appraisal Review-1471 Girard  to | MidLantic Financial | LR | 750.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From  to  @$  /day | | | | |
| 902. Mortgage Insurance Premium for  months to | | | | |
| 903. Hazard Insurance Premium for  years to | Chenault Insurance Service, LLC | | 5,970.00 | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | | |
| 1001. Hazard Insurance  mo. @ $  /mo | | | | |
| 1002. Mortgage Insurance  mo. @ $  /mo | | | | |
| 1003. City Property Taxes  mo. @ $  /mo | | | | |
| 1004. County Property Taxes  mo. @ $  /mo | | | | |
| 1005. Annual Assessments  mo. @ $  /mo | | | | |
| 1009. Aggregate Analysis Adjustment | | | 0.00 | 0.00 |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee  to | District Title, A Corporation | | 395.00 | |
| 1102. Abstract or Title Search  to | Executive Abstracting Company | | 125.00 | |
| 1103. Title Examination | | | | |
| 1104. Title Insurance Binder  to | District Title, A Corporation | | 495.00 | |
| 1105. Document Preparation  to | District Title, A Corporation | | 150.00 | |
| 1106. Notary Fees | | | | |
| 1107. Attorney's fees | | | | |
| (includes above items No: ) | | | | |
| 1108. Title Insurance  to | Fidelity National Title Insurance Company | | 4,527.50 | |
| (includes above items No: ) | | | | |
| 1109. Lender's Policy  1,850,000.00  - 4,477.50 | | | | |
| 1110. Owner's Policy | | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. Release Tracking Fee  to | reQuire | | 35.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees Deed $  ; Mortgage $ 161.27  ; Release $ 36.27 | | | 197.54 | |
| 1202. City Transfer Tax  Deed $  ; Mortgage $ | | | | |
| 1203. City Recordation Tax  Deed $  ; Mortgage $ 6,815.00 | | | 6,815.00 | |
| 1204. AOR & UCC Recording  to | D.C. Treasurer | | 72.54 | |
| 1205. Subordination Recording  to | D.C. Treasurer | | 36.27 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | | | | |
| 1302. Property Taxes - GT 4/30  to | D.C. Treasurer | | 11,421.52 | |
| 1303. WASA Lien - EST  to | DC Water | | 5,000.00 | |
| 1304. UCC Retrieval Search  to | UCC Retrievals Inc. | | 557.50 | |
| **1400. TOTAL SETTLEMENT CHARGES**  (enter on lines 103, Section J and 502, Section K) | | | 59,879.17 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement. In the event a monetary adjustment is required in my account, I agree to reimburse the settlement agent for such adjustment.

By signing below, I also acknowledge that District Title does its best to ensure that the above numbers are correct and accurate numbers per the terms of the contract, loan commitment and/or county/ city/ state recording fees. However, in the event that any of the above figures differ from the contract, loan commitment and/or county/state recording fees I agree to within seven (7) days, provide District Title with the correct monies. I also understand that District Title is relying upon my agreement and if District Title has to bring legal action that I shall be responsible for actual damage (including interest) court costs and reasonable attorneys fees.

Finally because of the administrative burden of refunding excess release money, any monies not necessary for the recording of releases on line 1201 may be retained, as profit, by District Title.
1260 Holbrook Holdings, LLC

By: Daniel Huertas, Manager _____

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

By:_____
DATE

Previous editions are obsolete   form HUD-1 (3/86) ref Handbook 4305.2