**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In RE: | ) | **23-00217-ELG** |
| | ) | |
| CHARLES PAXTON PARET, | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDALL W. WEBSTER, Chapter 7 | ) | |
| Trustee for Charles Paret, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, ET AL., | ) | **Adv. Proc 23-10025-ELG** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF LISA M. COYLE

I, Lisa M. Coyle, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the *Motion for Admission Pro Hac Vice* (the "**Motion**"):

1.      I am an attorney with the law firm Blank Rome LLP with offices at 1271 Avenue of the Americas, New York, NY 10020; telephone: (212) 885-5009; e-mail: lisa.coyle@blankrome.com. I am not a member of the Bar of this Court.

2.      I am a member in good standing of the New York State Bar; the New York State Appellate Division/1st Judicial Department; the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York; the United States District Court for the Northern District of New York; the United States District Court for the Western District of New York; the United States Court of Appeals for the District of Columbia; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; and the United States Court of Appeals for the Ninth Circuit.

3.      During the two years immediately preceding the filing of this Motion, I have not been admitted *pro hac vice* before this Court.

4.      I have never been disciplined by any bar.

5.      I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6.      Co-counsel in this proceeding will be Donald M. Temple, who has been formally admitted to the Bar of this Court.

7.      I understand that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2026                              Respectfully submitted,


                                                   */s/ Lisa M. Coyle*
                                                   Lisa M. Coyle