**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In RE: | ) | **23-00217-ELG** |
| | ) | |
| CHARLES PAXTON PARET, | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WENDALL W. WEBSTER, Chapter 7 | ) | |
| Trustee for Charles Paret, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, ET AL., | ) | **Adv. Proc 23-10025-ELG** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**
**(Lisa M. Coyle)**

This Court having considered the *Motion for Admission Pro Hac Vice* (the "**Motion**")

filed on behalf of Lisa M. Coyle as counsel to Wendall W. Webster, Chapter 7 Trustee for Charles

Paret, and her Declaration in support thereof, and upon the recommendation of Donald M.

Temple, co-counsel herein, it is by the United States Bankruptcy Court of the District of

Columbia,

ORDERED that the Motion is **GRANTED**; and it is further

ORDERED that Lisa M. Coyle is hereby **ADMITTED** *pro hac vice* to appear in the

above captioned chapter 7 case and the associated adversary proceeding.

I ASK FOR THIS:

*/s/ Donald M. Temple*
Donald M. Temple #408749
Temple Law Offices
2522-B Virginia Avenue, N.W.

Washington, DC 20037
Tel: (202) 628-1101
dtemplelaw@gmail.com

Lisa M. Coyle (*pro hac vice* pending)
Blank Rome LLP
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 885-5592
lisa.coyle@blankrome.com

*Counsel for Wendall W. Webster, Chapter 7 Trustee for Charles Paxton Paret*


End of Order.

Copies to:

Donald M. Temple #408749
2522-B Virginia Avenue, N.W.
Washington, DC 20037
Tel: (202) 628-1101
dtemplelaw@gmail.com

Lisa M. Coyle
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 885-5592
lisa.coyle@blankrome.com

Justin P. Fasano
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301:441-2420
jfasano@mhlawyers.com

*Counsel of Record for Wendall W. Webster,*
*Chapter 7 Trustee for Charles Paxton Paret*