Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for The VerStandig*
*Law Firm, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: | ) |
| | ) |
| CHARLES PAXTON PARET, | ) Case No. 23-217-ELG |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| | ) |
| WENDELL WEBSTER, CHAPTER 7 TRUSTEE, | ) |
| | ) Adv. Case No. 23-10025-ELG |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL HUERTAS, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Come now Maurice B. VerStandig and The VerStandig Law Firm, LLC, pursuant to Local

Rule 2091-1(a), and respectfully move this Honorable Court for leave to withdraw as counsel for

Daniel Huertas, WCP Fund I LLC, and DP Capital, LLC d/b/a Washington Capital Partners.

The withdrawal sought herein is for reasons protected by the attorney/client privilege.

1

Respectfully submitted,

Dated: June 14, 2026        By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein. A copy is also being sent via US Mail, postage prepaid, on June 15, 2026, to the following parties:

WCP Fund I LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

DP Capital LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

Daniel Huertas
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2