The order below is hereby signed.

Signed: June 23 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARLES PAXTON PARET, | ) | Case No. 23-217-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| WENDELL WEBSTER, CHAPTER 7 TRUSTEE, | ) | |
| | ) | Adv. Case No. 23-10025-ELG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL HUERTAS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel (the "Motion"), filed by Maurice B. VerStandig and The VerStandig Law Firm, LLC (collectively, "VLF"), the lack of opposition thereto, governing law, and the record herein, it is, by the United States Bankuptcy Court for the District of Columbia, hereby:

ORDERED, that he Motion be, and hereby is, GRANTED; and it is further

1

ORDERRED, that the appearance of VLF, as counsel for (i) Daniel Huertas, (ii) WCP Fund I LLC, and (iii) DP Capital, LLC d/b/a Washington Capital Partners be, and hereby is, WITHDRAWN.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for The VerStandig*
*Law Firm, LLC*

United States Bankruptcy Court

District of Columbia

In re:                                                                                          Case No. 23-00217-ELG

Charles Paxton Paret                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                              User: admin                                    Page 1 of 3

Date Rcvd: Jun 23, 2026                      Form ID: pdf001                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

**Recip ID                    Recipient Name and Address**
db                       + Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

**Name                          Email Address**

Alan D. Eisler
                              on behalf of Creditor Calliecorp  L.L.C aeisler@e-hlegal.com, alaneisler@gmail.com

Alexandra DeSimone
                              on behalf of Creditor Rajat Batra adesimone@wtplaw.com

Alexandria Jean Smith
                              on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com

Alexandria Jean Smith
                              on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com

David W. Gaffey
                              on behalf of Creditor Rajat Batra dgaffey@whitefordlaw.com
                              clano@whitefordlaw.com;adesimone@whitefordlaw.com;david-gaffey-4491@ecf.pacerpro.com

Donald Melvin Temple
                              on behalf of Plaintiff Wendell W. Webster Dtemplelaw@gmail.com

Donald Melvin Temple

on behalf of Trustee Wendell W. Webster Dtemplelaw@gmail.com

Gene Jung

on behalf of Creditor Servis One  Inc. dba BSI Financial Services gene.jung@yahoo.com, ecfnotifications@mtglaw.com

Gregory C Mullen

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkecfinbox@aldridgepite.com,
Gregory.c.mullen@gmail.com,gmullen@aldridgepite.com,gmullen@ecf.courtdrive.com

James D. Sadowski

on behalf of Creditor Ravinder Eeraveni jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Creditor Tanuja Vedere jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Creditor Srikanth Tangedipalli jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Creditor Manjula Sure jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Creditor Venuglobal Chidarala jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Creditor Manik Chamarthy jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

Jeffery T. Martin

on behalf of Debtor Charles Paxton Paret jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com;Elouis@martinlawgroup.com;Stuart@martinlawgroup.com

John E. Lucian

on behalf of Plaintiff Wendell W. Webster lucian@blankrome.com

John E. Reid

on behalf of Debtor Charles Paxton Paret jack@martinlawgroup.com
brittany@martinlawgroup.com;Diana@martinlawgroup.com

Justin Philip Fasano

on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano

on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kellee Baker

on behalf of Creditor YI RONG JEAN LLC kblawfirm@gmail.com

Kenneth Joseph Barton, Jr

on behalf of Creditor United Bank kenneth.barton@steptoe-johnson.com
kelsey.miller@steptoe-johnson.com;shelby.turley@steptoe-johnson.com;taylor.wilburn@steptoe-johnson.com

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Mark Meyer

on behalf of Creditor SERVIS ONE  INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com,
bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig

on behalf of Defendant DP Capital  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Petitioning Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

Maurice Belmont VerStandig

on behalf of Defendant WCP Fund I  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant DP Capital LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Attorney Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Washington Capital Partners mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Russell Drazin mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Petitioning Creditor WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant JPK NewCo LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Daniel Huertas mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Petitioning Creditor DP Capital LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert Angle

on behalf of Creditor John W. Gosnell anglew@gtlaw.com  karrie.barbaro@gtlaw.com,robert-angle-8951@ecf.pacerpro.com

Todd Lewis

on behalf of Attorney Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com

Todd Lewis

on behalf of Creditor Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

Vanessa Carpenter Lourie

on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com

Wendell W. Webster

wwebster@websterfredrickson.com  DC03@ecfcbis.com


TOTAL: 47