**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

In re:

**CHARLES PAXTON PARET**,

*Debtor.*

Case No.: 23-00217-ELG

Chapter 7

**NOTICE TO WITHDRAW FILING**

Please withdraw the following, Entry of Appearances, Document Number 219, as it was inadvertently misfiled.

Respectfully submitted,

/s/      Steven J. Willner
Steven J. Willner (Bar No. 888230698)
**NEUBERGER QUINN GIELEN
RUBIN & GIBBER, P.A.**
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone:    (410) 332-8550
Facsimile:     (410) 332-8594
sjw@nqgrg.com

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 4th day of August 2026, a copy of the foregoing was served via ECF/CM upon all counsel of record.

/s/      Steven J. Willner
Steven J. Willner (Bar No. 888230698)