**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 23-00217-ELG |
| **Charles Paxton Paret**<br>**Debtor** | Chapter 7 |

## NOTICE OF DEFICIENT FILING

**To Filer(s) and/or Filer's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you:

**[ECF No. 220– Request to Withdraw Document]**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before **8/18/2026**. Failure to timely correct the deficiencies may result in the pleading or other paper *being stricken from the record.*

| | |
|---|---|
| ☐ | The case number(s) does not match the above-captioned case. Please review this filing and docket to the correct case. |
| ☒ | **The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document.** |
| ☐ | Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document. |
| ☐ | The document has an electronic signature in an incorrect format. *See* Local Bankruptcy Rules Appendix D § 7(a). |
| ☐ | The document was filed using an out of date and/or unapproved form. |
| ☐ | The document is unsigned. |
| ☐ | The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c). |
| ☐ | The document linked hereto contains an error which requires corrective action. |
| ☐ | The ECF registered participant attorney filing the document does not match the attorney's signature on the document. |
| ☐ | The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1. |
| ☐ | The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b). |
| ☐ | The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037. |
| ☐ | A filing fee of $ is required with this filing. |
| ☐ | Coversheet for Amending Creditors or Creditor Information (Local Official Form 101) is required with this document. *See* Local Bankruptcy Rule 1009-1. |
| ☐ | Amended schedules do not include Declaration About an Individual Debtor's Schedules (Official Form 106Dec). |
| ☐ | Amended schedules do not include Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form B 202). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Individuals (Official Form 106Sum). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Non-Individuals (Official Form B206Sum). |
| ☐ | A certificate of service must be filed either separately or as an attachment to your pleading. |
| ☐ | The document requires a notice of objection deadline. |
| ☐ | The hearing date, time, and/or location in the notice is omitted. |
| ☐ | This document requires a notice of hearing. |
| ☐ | The notice is not properly linked to the associated pleading. |

| | |
|---|---|
| ☐ | The Clerk has determined that either the objection deadline and/or hearing date, time, and/or location was not properly scheduled in the court's system or in compliance with the applicable rules. An improperly scheduled hearing will not appear on the Court's docket. Movant must refile the notice under the proper notice event to schedule the hearing date and/or objection deadline. |
| ☐ | The title of the motion does not identify it as a motion for relief from the automatic stay and/or from the co-debtor stay. *See* Local Bankruptcy Rule 4001-1(a)(1). |
| ☐ | Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a). |
| ☐ | Other: |

For the Court:
Angela D. Caesar
BY: CA
Dated: 8/4/2026

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:                                                                                        Case No. 23-00217-ELG

Charles Paxton Paret                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                                    Page 1 of 3

Date Rcvd: Aug 04, 2026                      Form ID: pdf001                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ptcrd | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Creditor Calliecorp  L.L.C aeisler@e-hlegal.com, alaneisler@gmail.com |
| Alexandra DeSimone | on behalf of Creditor Rajat Batra adesimone@wtplaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com |
| David W. Gaffey | on behalf of Creditor Rajat Batra dgaffey@whitefordlaw.com clano@whitefordlaw.com;adesimone@whitefordlaw.com;david-gaffey-4491@ecf.pacerpro.com |

Donald Melvin Temple
    on behalf of Plaintiff Wendell W. Webster Dtemplelaw@gmail.com

Donald Melvin Temple
    on behalf of Trustee Wendell W. Webster Dtemplelaw@gmail.com

Gene Jung
    on behalf of Creditor Servis One  Inc. dba BSI Financial Services gjung@orlans.com

Gregory C Mullen
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkecfinbox@aldridgepite.com,
    Gregory.c.mullen@gmail.com,gmullen@aldridgepite.com,gmullen@ecf.courtdrive.com

James D. Sadowski
    on behalf of Creditor Tanuja Vedere jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
    on behalf of Creditor Srikanth Tangedipalli jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
    on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
    on behalf of Creditor Manjula Sure jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
    on behalf of Creditor Manik Chamarthy jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
    on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
    on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
    on behalf of Creditor Venuglobal Chidarala jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
    on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
    on behalf of Creditor Ravinder Eeraveni jds@gdllaw.com  mer@gdllaw.com

Jeffery T. Martin
    on behalf of Debtor Charles Paxton Paret jeff@martinlawgroup.com
    Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com;Elouis@martinlawgroup.com;Stuart@martinlawgroup.com

John E. Lucian
    on behalf of Plaintiff Wendell W. Webster lucian@blankrome.com

John E. Reid
    on behalf of Debtor Charles Paxton Paret jack@martinlawgroup.com
    brittany@martinlawgroup.com;Diana@martinlawgroup.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Plaintiff Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kellee Baker
    on behalf of Creditor YI RONG JEAN LLC kblawfirm@gmail.com

Kenneth Joseph Barton, Jr
    on behalf of Creditor United Bank kenneth.barton@steptoe-johnson.com
    kelsey.miller@steptoe-johnson.com;shelby.turley@steptoe-johnson.com;taylor.wilburn@steptoe-johnson.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Mark Meyer
    on behalf of Creditor SERVIS ONE  INC. DBA BSI FINANCIAL SERVICES bankruptcy@rosenberg-assoc.com,
    bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
    on behalf of Defendant DP Capital LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Attorney Maurice VerStandig mac@mbvesq.com

District/off: 0090-1

Date Rcvd: Aug 04, 2026

User: admin

Form ID: pdf001

Page 3 of 3

Total Noticed: 1

lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Russell Drazin mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant JPK NewCo LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Daniel Huertas mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert Angle

on behalf of Creditor John W. Gosnell anglew@gtlaw.com  karrie.barbaro@gtlaw.com,robert-angle-8951@ecf.pacerpro.com

Steven Jay Willner

on behalf of Defendant DP Capital  LLC sjw@nqgrg.com

Steven Jay Willner

on behalf of Petitioning Creditor DP Capital LLC sjw@nqgrg.com

Steven Jay Willner

on behalf of Petitioning Creditor WCP Fund I LLC sjw@nqgrg.com

Todd Lewis

on behalf of Attorney Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com

Todd Lewis

on behalf of Creditor Welch Family Limited Partnership Nine todd.lewis@tllgpc.com  todd.lewis@tllgpc.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

Vanessa Carpenter Lourie

on behalf of Creditor Luke Kamel vlourie@carpenterlourie.com

Wendell W. Webster

wwebster@websterfredrickson.com  DC03@ecfcbis.com

TOTAL: 44