Certificate Number: 03621-VAW-DE-040857628

Bankruptcy Case Number: 23-00217

03621-VAW-DE-040857628

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 14, 2026, at 7:43 o'clock PM EDT, Charles P Paret completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Virginia.

Date: April 14, 2026

By: /s/Ashley Bradley

Name: Ashley Bradley

Title: Credit Counselor